Case 2:97-cv-03496-DRD-JAD   Document 2   Filed 07/17/97   Page 1 of 1 PageID: 22



```
@document(language printer, formlength 66)
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK , NEW JERSEY 07101-0419

Local Civil Rule 10.1(b) of this c
requires name of judge on all
pleadings filed with this office.

WALSH SECURITIES INC : Civil Action No. 2:97cv03496
         Plaintiff(s) :
v. : NOTICE OF ALLOCATION
: and ASSIGNMENT
CRISTO PROPERTY :
         Defendant(s) :
:

Pursuant to Rule 40.1 of the Local Civil Rules of this Court, I have allocated the above entitled matter to NEWARK.

Please file all pleadings and make all motions returnable thereto.

This action has been assigned to the Hon. William G. Bassler United States District Judge for trial. You are also notified that all discovery and other non-dispositive matters will be assigned to United States Magistrate-Judge Dennis M. Cavanaugh.

All parties are hereby notified that you may consent to arbitration in this matter in accordance with Local Civil Rule 201.1. All parties must voluntarily consent to arbitration.

Also, you are further notified that all parties in a civil case may consent to conduct all proceedings, including trial and the entry of a final judgment, before the full-time United States Magistrate-Judge in accordance with the provision of Title 28 U.S.C. Code & 636(c).

**FILED**

JUL 17, 1997

AT 8:30 .................. M
WILLIAM T. WALSH
CLERK
Date: 07/17/97

WILLIAM T. WALSH
CLERK

by: Tara A. Wismer
TARA A. WISMER
Deputy Clerk

The Court has directed that counsel be informed that there will be STRICT ENFORCEMENT OF LOCAL CIVIL RULES 16.1 and 26.1 of the local rules of this Court (completion of discovery), and sanctions may be imposed for failure to comply with the rules and orders entered pursuant thereto; including dismissal of the action and suppression of the defense.