**FILED**

**NOV 2 6 1997**

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

**GIORDANO, HALLERAN & CIESLA, P.C.**
Mail to: P.O. Box 190, Middletown, N.J. 07748
Deliver to: 125 Half Mile Road, Middletown, N.J. 07748
(908) 741-3900

Attorneys for: Defendant Michael Alfieri, Esq.
Richard L. Friedman, Esq. (RF 7466) appearing

| | |
|---|---|
| WALSH SECURITIES, INC., | : UNITED STATES DISTRICT COURT |
| | : DISTRICT COURT OF NEW JERSEY |
| Plaintiff, | : |
| | : HONORABLE WILLIAM G. BASSLER |
| v. | : |
| | : Civil Action No. CV97-3496(WGB) |
| CHRISTO PROPERTY | : **CONSENT ORDER EXTENDING TIME** |
| MANAGEMENT, LTD., et al., | : **FOR DEFENDANT MICHAEL** |
| | : **ALFIERI, ESQ. TO ANSWER, MOVE** |
| Defendant. | : **OR OTHERWISE RESPOND** |

**THIS MATTER** having come before the Court on the application of the defendant Michael Alfieri, Esq., by his attorneys, Giordano, Halleran & Ciesla, P.C. (Richard L. Friedman, Esq. appearing) for an extension of the time to answer, move or otherwise respond to the Amended Complaint from November 28, 1997 to January 19, 1998, the plaintiff through its attorneys, Latham & Watkins (Robert Magnanini, Esq. appearing) having consented to the application based upon its need to serve new parties and the complexity of the matter, and good cause having been shown.



ENTERED
ON
THE DOCKET
on ____ 19__
WILLIAM T. WALSH CLERK
Deputy Clerk

**IT IS** on this 26 day of NOV, 1997:

**ORDERED** that the time for the defendant Michael Alfieri, Esq. to answer, move or otherwise respond is extended from November 28, 1997 to ~~January 19, 1998~~ DECEMBER 28, 1997.

_____
HON. WILLIAM G. BASSLER, USDJ

Consent is hereby given to the form and entry of the above order.

LATHAM & WATKINS
Attorneys for WALSH SECURITIES, INC.

By: _____
ROBERT MAGNANINI, ESQ.

v10/CL/1A/11074/002/P971118 CONSENT ORDER

-2-