

FILED
DEC 0 5 1997
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

CHAMBERS OF
DENNIS M. CAVANAUGH
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

December 5, 1997

Martin Luther King Jr.
Federal Building and U.S. Courthouse
50 Walnut Street
Room 2060
Newark, NJ 07101
(973) 645-3574

Michael Chertoff, Esq.
Latham & Watkins, Esqs.
One Newark Center, 16th Floor
Newark, New Jersey 07102

Michael D. Schottland
Schottland, Manning & Rosen, P.C.
P.O. Box 6578
Freehold, New Jersey 07728

Richard Lloyd Friedman, Esq.
Giordano, Halleran & Ciesla, PC
125 Mile High Road, P.O. Box 190
Middletown, New Jersey 07748

Richard DiBenedetto, Esq.
384 Greenwich Street
Bergenfield, New Jersey 07621

<u>**LETTER ORDER PURSUANT TO RULE 16.1**</u>

RE: **Walsh Securities, Inc.v. Cristo Property, et al**
<u>**Civil Action No. 97-3496 (WGB)**</u>

Dear Counsel:

A scheduling conference shall be conducted before the undersigned at __9:30 a.m.__ on __**Tuesday, January 20, 1998**__, in Courtroom 2A of the Martin Luther King, Jr. Courthouse Building, 50 Walnut Street, Newark, New Jersey. <u>See Fed. R. Civ. P. 16.1 and General Rule 15A</u>.

Counsel are advised that the early disclosure requirements of <u>Fed. R. Civ. P. 26</u> will be enforced. Therefore, counsel shall immediately exchange the following information without a formal discovery request:

- contested facts,

- identities of individuals likely to have knowledge of discoverable facts,

- documents and things in the possession of counsel or the party,

- identities of experts and their opinions,

- insurance agreements in force, and

- statement of the basis for any damages claimed.

At least fourteen (14) days prior to the conference scheduled herein, counsel shall personally meet and confer pursuant to <u>Fed. R. Civ. P. 26(f)</u>, and shall submit a discovery plan to the

undersigned not later than 72 hours prior to the conference with the Court. The discovery plan may include a summary of the status of settlement negotiations.

Each counsel must also prepare and submit to the Court the attached Information Sheet along with a copy of that party's pleading at least five (5) days prior to the conference.

The parties shall immediately serve interrogatories, limited to twenty-five (25) single questions, and requests for production of documents (no limit).

At the conference with the Court, all parties who are not appearing *pro se* must be represented by counsel who shall have full authority to bind their clients in all pre-trial matters. Clients or persons with authority over the matter shall be available by telephone. See General Rule 15A3.

Counsel for plaintiff(s) shall notify any party who hereafter enters an appearance of the above conference and forward to that party a copy of this Order.

The parties must advise this Court immediately if this action has been settled or terminated so that the above conference may be cancelled.

Counsel are advised that communications to the Court by facsimile transmission (fax) will not be accepted without prior permission from the undersigned and then only in an emergency.

Failure to comply with the terms herein may result in the imposition of sanctions.

SO ORDERED this day, December 5, 1997.

_____
DENNIS M. CAVANAUGH
UNITED STATES MAGISTRATE JUDGE

Orig:    Clerk
cc:      Scott Creegan
        All Parties
        File