FILED

DEC 12 1997

AT 8:30 _____
WILLIAM T. WALSH
CLERK

Michael D. Schottland (MS4522)
Schottland, Manning, Rosen,
Caliendo & Munson, P.A.
36 West Main Street
Freehold, New Jersey 07728
(732) 462-4405
Attorneys for Defendant/Counter-
claimants, National Home Funding,
Inc. and Robert Skowrenski, II

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WALSH SECURITIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CRISTO PROPERTY MANAGEMENT, LTD., etc., et al., <br><br> Defendants. | Civil Action No. CV 97-3496 (WGB) |

**CERTIFICATE OF SERVICE**

I, MICHAEL D. SCHOTTLAND, of full age, in lieu of oath or affidavit, certify and say:

1. I am an attorney at law licensed to practice in the State of New Jersey and represent the defendants, National Home Funding, Inc. and Robert Skowrenski, II, in connection with this action.

2. On November 25, 1997, by first class, prepaid mail, a true copy of the Answer, Cross-claim, Counterclaim and Jury Demand of Defendants National Home Funding, Inc. and Robert Skowrenski, II, was

served upon the attorneys for plaintiff, Walsh Securities, Inc. at the

address:          Robert A. Magnanini, Esquire
                  Latham & Watkins
                  One Newark Center, 16th Floor
                  Newark, New Jersey 07101-3174;

and a true copies were served by first class mail:

on November 26, 1997 upon:

                  Charles Uliano, Esquire
                  268 Norwood Avenue
                  West Long Branch, NJ 07764
                  Attorney or defendants, Anthony D'Apolito
                  and DAP Consulting, Inc.

on December 10, 1997:

                  Todd Panjonas, Esquire
                  2 Park Avenue, Suite 1420
                  New York, NY  10016
                  Attorney for defendants, Nations Title Ins.
                  Co. of N.Y., Inc. & Fidelity National Title
                  Ins. Co. of N.J.

                  Miles Feinstein, Esquire
                  1135 Clifton Avenue
                  Clifton, NJ  07013
                  Attorney for defendant, Lawrence Cuzzi

                  Mark W. Catanzaro, Esquire
                  513 S. Lenola Road, Suite 208
                  Morristown, NJ  08057
                  Attorney for defendant, Richard Pepsny

                  Richard L. Freidman, Esquire
                  Giordano, Halleran & Ciesla
                  125 Half Mile Road - P.O. Box 190
                  Middletown, NJ  07748
                  Attorney for def't, Michael Alfieri

                  Ronald Lee Reisner, Esquire
                  Drazin and Warshaw
                  26 Reckless Place - P.O. Box 8909
                  Red Bank, NJ  07701-8909
                  Attorney for def'ts, Capital Assets Property
                  Management & Investment Co. Inc.,
                  Capital Assets Property Management, LLC,
                  and Gary Greiser

Michael Washor, Esquire
275 Madison Avenue, 10th Floor
New York, N.Y. 10016
Attorney for def'ts, Cristo Property
Management LTD; DEK Homes of N.J., Inc.,
Oakwood Properties, Inc., and William Kane

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

December 10, 1997

MICHAEL D. SCHOTTLAND (MS4522)