


UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------X

WALSH SECURITIES, INC.,

                Plaintiff,

-against-

CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, DONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW YORK INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, and COASTAL TITLE AGENCY,

                Defendants.

------------------------------------------X

Civ.Action #97-3496(WGB)

Hon. WILLIAM G. BASSLER

STIPULATION EXTENDING TIME TO ANSWER OR MOVE

FILED
DEC 16 1997
At 8:30
WILLIAM T. WALSH
CLERK

ENTERED

       IT IS HEREBY STIPULATED that the time for the defendants CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, and WILLIAM J. KANE, to appear and to answer or to make any motion with relation to the Summons or to the Amended Complaint in this action,

be and the same hereby is extended to and including the 2nd day of February 1998.

Dated:   Newark, New Jersey
         December 2, 1997

                                    LATHAM & WATKINS
                                    *Attorneys for Plaintiff*
                                    *Walsh Securities  Inc.*

                                    By: /s/ Michael Chertoff
                                        Michael Chertoff (MC 6790)
                                    One Newark Center, 16th Floor
                                    Newark, New Jersey 07101-3174
                                    201-639-1234


         New York, New York
         December 1, 1997

                                    MEISSNER, KLEINBERG & FINKEL
                                    *Attorneys for Defendants*
                                    *CRISTO PROPERTY MANAGEMENT  LTD.*
                                    *and WILLIAM J. KANE*

                                    By: /s/ Richard A. Finkel
                                        Richard A. Finkel (RAF 0851)
                                    275 Madison Aveune, Suite 1000
                                    New York, New York 10016
                                    212-689-8600


IT IS SO ORDERED:

12/8/97

/s/ William G. Bassler
WILLIAM G. BASSLER
United States District Judge
District of New Jersey

Civ. Action # 4496 (WGB)

Index No.                                                                                      Year 19

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**WALSH SECURITIES, INC.,**

                                                                                      Plaintiff,

-against-

**CRISTO PROPETY MANAGEMENT, LTD., et al.,**

                                                                                      Defendants.

## STIPULATION EXTENDING TIME TO ANSWER OR MOVE

**MEISSNER, KLEINBERG & FINKEL**

*Attorneys for*  *  Defendants Cristo Property Management, Ltd. & William J. Kane

*Office and Post Office Address*

**275 Madison Avenue**
**New York, New York 10016**
**(212) 689-8600**
**Telecopier No. (212) 686-0252**

To:

*Attorney(s) for*

### ADMISSION OF SERVICE

The undersigned acknowledges receipt of a copy of the within                      on                   19
at           o'clock     M.

                                                                      *Attorney(s) for*
                                                                      by:_____

*PLEASE TAKE NOTICE*

☐ **NOTICE OF ENTRY:** *the within is a (certified) true copy of an Order entered in the office of the clerk of the within named Court on                19*

☐ **NOTICE OF SETTLEMENT:** *an Order of which the within is a true copy will be presented for settlement to the Hon.*

*one of the judges of the within named Court, at                                    on                   19*
*at              M.*

*Dated:*

                                                                      **MEISSNER, KLEINBERG & FINKEL**
                                                                      *Attorneys for*