12/17/97
8:30 am

FILED

DEC 1 7 1997

AT 8:30
WILLIAM T. WALSH
CLERK

DRAZIN and WARSHAW, P.C.
25 Reckless Place
P. O. Box 8909
Red Bank, New Jersey 07701
(732) 747-3730
Attorneys for Defendants Capital
Assets Property Management &
Investment Co., Inc.; Capital
Assets Property Management &
Investment Co., L.L.C.; and
Gary Grieser
RR 6813

| | |
|---|---|
| WALSH SECURITES, INC. | : UNITED STATES DISTRICT COURT |
| | : FOR THE DISTRICT OF NEW JERSEY |
| Plaintiff, | : |
| | : CIVIL ACTION NO. CV 97-3496 (WJB) |
| -vs- | : |
| | : |
| CRISTO PROPERTY MANAGEMENT | : CERTIFICATION OF SERVICE |
| LTD., etc., et als; | : |
| | : |
| Defendants, | : |

I hereby certify that on the date hereof, I caused a true copy of the within Answer, Jury

Demand, and Cross-Claims to be served by regular mail upon Michael Washor, Esq., attorney for

defendants, Cristo and Kane at 275 Madison Ave., 10th Floor, New York, N.Y. 10016;  Richard L.

Friedman, Esq., Giordano, Halleran & Ciesla, P.C., attorneys for defendant Alfieri, at P. O. Box

190, 125 Half Mile Road, Middletown, N.J. 07748; Mark W. Catanzaro, Esq., attorney for

1

defendant, Pepsny, at 513 South Lenola Road, Moorestown, N.J. 08057; Todd Panjonas, Esq.,

attorney for defendants Nations Title and Fidelity National Title at 2 Park Avenue, Suite 1420,

New York, N.Y. 10016, and August W. Fischer, Esq., attorney for defendant Colanni, at 53

Pequoit Road, Ringwood, N.J. 07456.


DRAZIN & WARSHAW, P.C.
Attorneys for Defendants Capital Assets
Property Management & Investment Co., Inc.,
Capital Assets Property Management &
Investment Co., L.L.C. and Gary Grieser


Dated: December 12, 1997            By: _____
                                         Ronald Lee Reisner