**CRUMMY, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE**
A Professional Corporation
One Riverfront Plaza
Newark, New Jersey 07102-5497
(201) 596-4500
Lawrence S. Lustberg (LL 1644)
James I. O'Hern (JO 2157)
Attorneys for Defendant
Stanley Yacker

FILED
DEC 17 1997
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WALSH SECURITIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CRISTO PROPERTY MANAGEMENT, LTD., et. al,<br><br>Defendants. | Civil Action No. 97-3496 (WGB)<br><br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

**THIS MATTER** having been opened to the Court by Crummy, Del Deo, Dolan, Griffinger & Vecchione, attorneys for defendant Stanley Yacker in the above-captioned action, pursuant to N.J. Federal Practice Rules, General Rule 6.1, by way of a stipulation seeking an extension of time in which Stanley Yacker may Answer or otherwise respond to plaintiff Walsh Securities, Inc.'s ("Plaintiff's") Amended Complaint,

**IT IS** on this 17 day of December, 1997,

**ORDERED** that Stanley Yacker be permitted to file his Answer or otherwise respond to Plaintiff's Amended Complaint on or before January 15, 1998.

_____
U.S.D.J.

ENTERED
on
THE DOCKET
12/17 19 97
WILLIAM T. WALSH CLERK
(Deputy Clerk)

#0143769.01
57079-30192

We hereby consent and stipulate
to the entry of the above Order.

**LATHAM & WATKINS**
Attorneys for Plaintiff
Walsh Securities, Inc.

By: _____
Robert A. Magnanini, Esq.

Dated: December 15, 1997

**CRUMMY, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE**
A Professional Corporation
Attorneys for Defendant
Stanley Yacker

By: _____
James I. O'Hern, Esq.

Dated: December 15, 1997

#0143769.01
57079-30192

**CRUMMY, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE**
A Professional Corporation
One Riverfront Plaza
Newark, New Jersey 07102-5497
(201) 596-4500
Lawrence S. Lustberg (LL 1644)
James I. O'Hern (JO 2157)
Attorneys for Defendant
Stanley Yacker

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., <br><br>　　　　Plaintiff, <br><br>vs. <br><br>CRISTO PROPERTY MANAGEMENT, LTD., et. al, <br><br>　　　　Defendants. | Civil Action No. 97-3496 (WGB) <br><br>**CERTIFICATION OF SERVICE** |

I, **JAMES I. O'HERN**, of full age, do hereby certify as follows:

1. I am an attorney at law of the State of New Jersey and a member of the law firm of Crummy, Del Deo, Dolan, Griffinger & Vecchione, A Professional Corporation, attorneys for defendant Stanley Yacker.

2. I hereby certify that on this 16th day of December 1997, a copy of defendant Stanley Yacker's letter application for the entry of a Stipulation and Order Extending Time was sent via hand delivery to Robert A. Magnanini, Esq., Latham & Watkins, One Newark Center, Newark, New Jersey 07101-3174, attorneys for plaintiff Walsh Securities, Inc.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JAMES I. O'HERN

Dated:   December 16, 1997

#0143808.01
57079-30192