Michael D. Schottland, (MS 4522)
SCHOTTLAND, MANNING, ROSEN,
CALIENDO & MUNSON, P.A.
36 West Main Street
Freehold, New Jersey 07728
(732) 462-4405
Attorneys for National Home Funding, Inc.
and Robert Skowrenski, II

FILED

DEC 22 1997

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | Civil Action No. CV 97-3496(WGB) |
| Plaintiff, | Hon. William G. Bassler |
| v. | |
| CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. LIMITED, et al., | **SUBSTITUTION OF ATTORNEY** |
| Defendants. | |

The undersigned hereby consents to the substitution of

MICHAEL D'ALESSIO, JR., ESQ.

as attorney for the Defendant, ROBERT SKOWRENSKI, III, in the above-captioned cause of action.

Dated: December 10, 1997

_____
MICHAEL D'ALESSIO, JR.
(Superseding Attorney)

_____
MICHAEL D. SCHOTTLAND(MDS4522)
(Withdrawing Attorney)