Michael Chertoff (MC 6790)
Geoffrey S. Berman (GB 0851)
Robert A. Magnanini (RM 7356)
LATHAM & WATKINS
One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
(201) 639-1234
Attorneys for Plaintiff Walsh Securities, Inc.

**FILED**

DEC 22 1997

AT 8:30
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, ROLAND J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW YORK INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, and COASTAL TITLE AGENCY, <br><br> Defendants. | Civil Action No. CV 97-3496 (WGB) <br><br> Hon. William G. Bassler <br><br> **ANSWER AND AFFIRMATIVE DEFENSES OF WALSH SECURITIES, INC. TO COUNTERCLAIM OF DEFENDANTS NATIONAL HOME FUNDING, INC. AND ROBERT SKOWRENSKI, II** |

## ANSWER TO DEFENDANTS' COUNTERCLAIM

Plaintiff, Walsh Securities, Inc. ("Walsh"), having its principal place of business at 4 Campus Drive, Parsippany, New Jersey, by way of answer to the Counterclaim of Defendants National Home Funding, Inc. ("NHF") and Robert Skowrenski, II, ("Skowrenski") says:

1. Walsh denies the allegations contained in the Answer of NHF and Skowrenski as to Walsh. After reasonable investigation, Walsh does not have knowledge of the allegations pertaining to the remaining defendants, and leaves the defendants NHF and Skowrenski to their proofs.

2. Walsh admits that NHF was a mortgage broker but does not have knowledge of NHF's internal employment practices and leave the defendant and Skowrenski to their proofs.

3. Denied as to Walsh. After reasonable investigation, Walsh does not have knowledge of the intentions of defendants Kane and Greiser and leaves defendants NHF and Skowrenski to their proofs.

4. Denied.

5. Denied.

6. Denied.

7. Denied as to Walsh. Walsh has no knowledge of the practices of defendants NHF and Skowrenski and leaves the defendants to their proofs.

8. Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Each and every Count of Defendants' Counterclaim fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Insofar as Defendants purport to state claims for misrepresentation and fraud, the allegations in Defendants' Counterclaim lack the particularity required by Fed. R. Civ. P. 9(b).

### THIRD AFFIRMATIVE DEFENSE

Defendants' Counterclaim is barred, in whole or in part, by the applicable statute of limitations.

### FOURTH AFFIRMATIVE DEFENSE

Defendants' Counterclaim is barred, in whole or in part, by the equitable doctrine of laches.

### FIFTH AFFIRMATIVE DEFENSE

Defendants' Counterclaim is barred, in whole or in part, by the equitable doctrine of waiver.

### SIXTH AFFIRMATIVE DEFENSE

Defendants' Counterclaim is barred, in whole or in part, by the equitable doctrine of estoppel.

### SEVENTH AFFIRMATIVE DEFENSE

Defendants' Counterclaim is barred, in whole or in part, by the equitable doctrine of unclean hands.

### EIGHTH AFFIRMATIVE DEFENSE

Defendants have no authority or standing to bring this suit.

### NINTH AFFIRMATIVE DEFENSE

To the extent that Defendants have sustained any injuries, such injuries, if any, were caused, in whole or in part, by the acts or omissions of others for whose conduct Walsh is not responsible.

### TENTH AFFIRMATIVE DEFENSE

Walsh had no knowledge of, and was not a culpable participant in, any violations of any laws.

### ELEVENTH AFFIRMATIVE DEFENSE

Walsh acted in good faith and did not directly or indirectly induce the act or acts complained of by the Defendants.

### TWELFTH AFFIRMATIVE DEFENSE

Walsh violated no legal duty owed to Defendants.

### THIRTEENTH AFFIRMATIVE DEFENSE

Walsh's conduct is not the cause of any injury or damages allegedly suffered by Defendants.

## FOURTEENTH AFFIRMATIVE DEFENSE

Defendants were contributorily negligent, and such negligence was the proximate, efficient, and contributing cause of their damages.

## FIFTEENTH AFFIRMATIVE DEFENSE

Walsh hereby gives notice that it intends to rely upon any other defense that may become available or appear during the discovery proceedings in this case and hereby reserves its right to amend its answer to assert other related defenses as may become available.

**WHEREFORE**, Plaintiff Walsh Securities, Inc. seeks judgment dismissing the counterclaim of defendants National Home Funding, Inc. and Robert Skowrenski, II, against Walsh and for interest, costs, attorney fees and other relief this Court deems to be just and equitable.

Dated: December /9, 1997

> LATHAM & WATKINS
> Michael Chertoff (MC 6790)
> Geoffrey S. Berman (GB 1851)
> One Newark Center
> Newark, NJ 07101-3174
> Telephone (201) 639-1234
> ATTORNEYS FOR PLAINTIFF WALSH SECURITIES, INC.
>
> By: /s/ Michael Chertoff
> Michael Chertoff

5

RECEIVED
DEC 22 1997
AT 8:30
WILLIAM T. WALSH
CLERK

Michael Chertoff (MC 6790)
Geoffrey S. Berman (GB 0851)
Robert A. Magnanini (RM 7356)
LATHAM & WATKINS
One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
(201) 639-1234
Attorneys for Plaintiff Walsh Securities, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, ROLAND J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW YORK INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, and COASTAL TITLE AGENCY, <br><br> Defendants. | Civil Action No. CV 97-3496 (WGB) <br><br> Hon. William G. Bassler <br><br> **CERTIFICATE OF SERVICE** |

I, TARA V. SAYBE, of full age, certify and state as follows:

1. I am employed as a paralegal by the law firm of Latham & Watkins, attorneys for the Plaintiff in the above-referenced action.

2. I hereby certify that on this date, I caused an original and two (2) copies of Plaintiff Walsh Securities, Inc.'s Answers and Affirmative Defenses to Counterclaims of Defendants National Home Funding, Inc. and Robert Skowrenski, II and Defendant Richard Calanni to be filed with the Clerk of the United States District Court, District of New Jersey, Dr. M.L. King, Jr. Federal Building and Courthouse, 50 Walnut Street, Newark, New Jersey by hand delivery.

3. I further certify that on this date, I caused one copy of the within papers to be served via U.S. mail upon All Parties on the attached list.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Tara V. Saybe

Dated: December 22, 1997

2

## Walsh Securities, Inc. v. Cristo Property Management
## Civil Action No. 97-3496 (WGB)
## Service List

Michael Washor, Esq.
275 Madison Avenue
10th Floor
New York, NY 10016

    Attorney for:

    Cristo Property Management, LTD.,
    a/k/a G.J.L. Limited
    c/o Willam J. Kane
    (registered agent)
    809 Highway 36
    Union Beach, NJ 07735

    DEK Homes of New Jersey, Inc.
    c/o William J. Kane
    (registered agent)
    809 Highway 36
    Union Beach, NJ 07735

    Oakwood Properties Inc.
    c/o William J. Kane
    (registered agent)
    809 Highway 36
    Union Beach, NJ 07735

    William J. Kane
    809 Highway 36
    Union Beach, NJ 07735


Michael D. Schottland, Esq.
36 W. Main Street
Freehold, NJ 07728
(908) 462-4405

    Attorney for:

    National Home Funding, Inc.

3443 Highway 9 North
Freehold, NJ 07728

Robert Skowrenski, II
3443 Highway 9 North
Freehold, NJ 07728

Ronald Lee Reisner, Esq.
Drazin and Warshaw
26 Reckless Place
P.O. Box 8909
Red Bank, NJ 07701-8909
(908) 747-3730
(908) 741-0865 (fax)

    Attorney for:

    Capital Assets Property Management
     & Investment Co., Inc.
    10 West Bergen Place
    Red Bank, NJ 07701

    Capital Assets Property Management, LLC
    10 West Bergen Place
    Red Bank, NJ 07701

    Gary Greiser
    444 Ocean Avenue
    Long Branch, NJ 07740

Richard L. Friedman, Esq.
Giordano, Halleran & Ciesla
125 Half Mile Road
PO Box 190
Morristown, NJ 07748

    Attorney for:

    Michael Alfieri, Esq.

Mark W. Catanzaro, Esq.
Blason IV, Suite 208
513 S. Lenola Road
Morrestown, NJ 08057

NY_DOCS\148182.1

Attorney for:

Richard Pepsny, Esq.
Law Office of Michael Alfieri
187 Route 34, Suite 1
Matawan, NJ 07747

Miles Feinstein, Esq.
1135 Clifton Avenue
Clifton, NJ 07013
(973) 779-1224

Attorney for:

Lawrence M. Cuzzi

Charles J. Uliano, Esq.
268 Norwood Avenue
W. Long Branch, NJ 07764

Attorney for:

Anthony D'Apolito
86 Parker Road
W. Long Branch, NJ 07764

DAP Consulting, Inc.
Anthony D'Apolito
(registered agent)
86 Parker Road
W. Long Branch, NJ 07764

John Martini, Esq.
Fox, Rothschild, O'Brien & Frankel
997 Lenox Drive
Lawrenceville, New Jersey 08648
(609) 895-3318
(609) 896-1469

Attorney for:

Nations Title Insurance
 Company of New York Inc.
106 Apple Street, Suite 300

Tinton Falls, NJ 07724

Fidelity National Title Insurance
  Company of New York
106 Apple Street, Suite 300
Tinton Falls, NJ 07724


August W. Fischer, Esq.
53 Pequot Road
Ringwood, NJ 07456

> Attorney for:
>
> Richard Calanni
> 1 Old Farm Road
> Tinton Falls, NJ 07724

Lawrence S. Lustberg, Esq.
James I. O'Hern, Esq.
Crummy, Del Deo, et al.
One Riverfront Plaza
Newark, NJ 07102-5497

> Attorney for:
>
> Stanley Yacker, Esq.
> 330 Highway 34
> Oldbridge, NJ


Pro se:

> Richard DiBenedetto
> 384 Greenwich Street
> Bergenfield, NJ 07621
>
> James R. Brown
> 1089 Cedar Avenue
> Union, NJ 07083
>
> Anthony M. Cicalese, Esq.
> 72 Eagle Rock Avenue
> Building 2
> East Hanover, NJ 07936

NY_DOCS\148182.1

Commonwealth Land Title
 Insurance Company
90 East Halsey Road
Suite 108
Parsippany, NJ 07054

Coastal Title Insurance
21 West Main Street
Freehold, NJ 07728

Thomas Brodo
139 B Fort Lee Road
Teaneck, NJ 0766

Roland J. Pierson
Pierson Appraisals
2 Maryland Drive
Jackson, New Jersey 08527
(908) 905-0059