**CRUMMY, DEL DEO, DOLAN,**
**GRIFFINGER & VECCHIONE**
A Professional Corporation
One Riverfront Plaza
Newark, New Jersey 07102-5497
(201) 596-4500
Lawrence S. Lustberg (LL 1644)
James I. O'Hern (JO 2157)
Attorneys for Defendant
Stanley Yacker

FILED
DEC 23 1997
AT 8:30 ____ M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CRISTO PROPERTY MANAGEMENT LTD., et al., <br><br> Defendants. | Civil Action No. 97-3496 (WGB) <br><br> **ORDER OF THE CLERK EXTENDING DEFENDANT STANLEY YACKER'S TIME TO ANSWER OR OTHERWISE RESPOND TO DEFENDANT/COUNTERCLAIMANT NATIONAL HOME FUNDING, INC.'S COUNTERCLAIM PURSUANT TO LOCAL RULE 13B** |

This matter having come before the Clerk of the United States District Court for the District of New Jersey on the application of Crummy, Del Deo, Dolan, Griffinger & Vecchione, a Professional Corporation, attorneys for defendant Stanley Yacker, for an extension of time within which to answer or otherwise respond to defendant/counterclaimant National Home Funding, Inc.'s counterclaim for a period of fifteen (15) days pursuant to Local Rule 6.1(b), and Stanley Yacker having been served on December 12, 1997, and the time to answer as

#0144349.01
57079-30192

set forth in Federal Rules of Civil Procedure 12(a) and Federal Rules of Civil Procedure Rule 81(c) having not yet expired, and there having been no prior extension of time to answer, and for good cause shown,

    **IT IS** on this __24__ day of __December__ 1997,

    **ORDERED** that the time within which defendant Stanley Yacker must answer or otherwise respond to defendant/counterclaimt National Home Funding, Inc.'s counterclaim is extended for a period of fifteen (15) days from January 2, 1998, to and including January 17, 1998, pursuant to Local Rule 6.1(b) of the Rules of the United States District Court for the District of New Jersey.

WILLIAM T. WALSH

CLERK OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT
OF NEW JERSEY

By: /s/ DONNA DE ANGELIS
DEPUTY CLERK

#0144349.01
57079-30192