



FILED

DEC 29 1997

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

AUGUST W. FISCHER, ESQ.
53 Pequot Rd.
Ringwood, NJ 07456
(973)962-7179

Attorney for Defendant
Richard Calanni

---

| | |
|---|---|
| WALSH SECURITIES, INC.<br><br>                Plaintiff,<br>-vs-<br><br>CRISTO PROPERTY MANAGEMENT LTD.,<br>et als.<br><br>                Defendant, | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>**CIVIL ACTION NO.:CV973496(WJB)**<br><br>**CERTIFICATION OF SERVICE** |

    I hereby certify that on the date hereof, I caused a true copy of the within Answer, Counter-claim and Cross-claim to be served by certified mail upon Michael Washor, Esq., Attorney for defendants, Cristo and Kane at 275 Madison Ave., 10th Floor, NY, NY 10016: Richard L. Friedman, Esq., Giordano, Halleran & Ciesla, P.C., attorneys for defendant Alfieri, at P.O. Box 190, 125 Half Mile road, Middletown, NJ 07748: Mark W. Catanzaro, Esq., Attorney for defendant, Pepsny, at 513 south Lenola Road, Moorestown, NJ 08057: Todd Panjonas, Esq., attorney for

Defendants, Nations Title and Fidelity National Title at 2 Park Ave., Suite 1420, New York, NY 10016 and Ronald Lee Reiser, Esq., Drazian & Warshaw, 26 Reckless Place,. P.O. Box 8909 Red Bank, NJ 07701; James R. Brown, Esq., 1089 Cedar St., Union, NJ 07083: Stanley Yacker, Esq., 330 Highway 34, Old Bridge, NJ 08857; Michael D. Scottland,. Esq., 36 W. Main St., Freehold, NJ 07728; Charles J. Uliano, Esq. 268 Norwood Ave., W. Long Branch, NJ 07764; Miles Feinstein, Esq., 1135 Clifton Ave., Clifton, NJ 07013.

Dated:                                   _____
                                          AUGUST W. FISCHER, ESQ.