McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant
  Commonwealth Land Title
  Insurance Company



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------x
WALSH SECURITIES, INC.,              :

                  Plaintiff,         : Civil Action No. 97-3496
                                       Hon. William G. Bassler
v.                                   :

CRISTO PROPERTY MANAGEMENT, LTD.,    :
A/K/A G.J.L. LIMITED, DEK HOMES OF
NEW JERSEY, INC., OAKWOOD            :
PROPERTIES INC., NATIONAL HOME
FUNDING, INC., CAPITAL ASSETS        :
PROPERTY MANAGEMENT, L.L.C.,           **ENTRY OF APPEARANCE BY**
WILLIAM J. KANE, GARY GRIESER,       : **McCARTER & ENGLISH, LLP**
ROBERT SKOWRENSKI, II, RICHARD         **AS ATTORNEYS FOR DEFENDANT**
CALANNI, RICHARD DIBENEDETTO, JAMES: **COMMONWEALTH LAND TITLE**
R. BROWN, THOMAS BRODO, RONALD J.      **INSURANCE COMPANY**
PIERSON, STANLEY YACKER, ESQ.,       :
MICHAEL ALFIERI, ESQ., RICHARD
PEPSNY, ESQ., ANTHONY M. CICALESE,   :
ESQ., LAWRENCE M. CUZZI, ANTHONY
D'APOLITO, DAP CONSULTING, INC.,     :
COMMONWEALTH LAND TITLE INSURANCE
COMPANY, NATIONS TITLE INSURANCE     :
OF NEW YORK INC., FIDELITY NATIONAL
TITLE INSURANCE COMPANY OF NEW       :
YORK, and COASTAL TITLE AGENCY,

                                     :

                  Defendants.        :
------------------------------------x

**TO: Clerk of the United States District Court**

We hereby enter our appearance as attorneys for defendant Commonwealth Land Title Insurance Company.

_____
DAVID R. KOTT

DATED: December 30, 1997.