McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant
  Commonwealth Land Title
  Insurance Company



FILED

DEC 31 1997

WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------x
WALSH SECURITIES, INC.,              :

            Plaintiff,               : Civil Action No. 97-3496
                                       Hon. William G. Bassler
v.                                   :

CRISTO PROPERTY MANAGEMENT, LTD.,    :
A/K/A G.J.L. LIMITED, DEK HOMES OF
NEW JERSEY, INC., OAKWOOD            :
PROPERTIES INC., NATIONAL HOME
FUNDING, INC., CAPITAL ASSETS        :
PROPERTY MANAGEMENT, L.L.C.,           **AFFIDAVIT OF SERVICE**
WILLIAM J. KANE, GARY GRIESER,       : **OF ENTRY OF APPEARANCE**
ROBERT SKOWRENSKI, II, RICHARD
CALANNI, RICHARD DIBENEDETTO, JAMES :
R. BROWN, THOMAS BRODO, RONALD J.
PIERSON, STANLEY YACKER, ESQ.,       :
MICHAEL ALFIERI, ESQ., RICHARD
PEPSNY, ESQ., ANTHONY M. CICALESE,   :
ESQ., LAWRENCE M. CUZZI, ANTHONY
D'APOLITO, DAP CONSULTING, INC.,     :
COMMONWEALTH LAND TITLE INSURANCE
COMPANY, NATIONS TITLE INSURANCE     :
OF NEW YORK INC., FIDELITY NATIONAL
TITLE INSURANCE COMPANY OF NEW       :
YORK, and COASTAL TITLE AGENCY,
                                     :
            Defendants.              :
------------------------------------x

STATE OF NEW JERSEY   )
                     )ss.:
COUNTY OF ESSEX      )

**PATRICIA V. CUMMINS**, of full age, being duly sworn according to law, upon her oath deposes and says:

1. I am employed by McCarter & English, LLP, attorneys for defendant Commonwealth Land Title Insurance Company.

2. On Tuesday, December 30, 1997, I caused to be served by regular mail a copy of an Entry of Appearance upon the attorneys named in the list attached hereto.

                                                                         **PATRICIA V. CUMMINS**

**SWORN** and **SUBSCRIBED** to
before me this 30th
day of December, 1997.

*Carol B. Hesketh*

**CAROL B. HESKETH**
A Notary Public of New Jersey
My Commission Expires April 24, 2001

## COUNSEL LIST

## WALSH SECURITIES, INC. V. CRISTO PROPERTY MANAGEMENT, ET AL CIVIL ACTION NO. 97-3496(WGB)

Robert A. Magnanini, Esq.
Latham & Watkins
One Newark Center, 16th Floor
Newark, New Jersey  07101-3174
Attorney for plaintiff Walsh Securities, Inc.

Michael Washor, Esq.
275 Madison Avenue
10th Floor
New York, New York  10016
Attorney for defendants Cristo Property Management, LTD, DEK Homes of NJ, Inc., Oakwood Properties, Inc., and William J. Kane

Michael Schottland, Esq.
36 W. Main Street
Freehold, New Jersey  07728
Attorney for defendants National Home Fund, Inc., and Robert Skowrenski, II

Ronald Lee Reisner, Esq.
Drazin & Warshaw
26 Reckless Place
P.O. Box 8909
Red Bank, New Jersey  07701-8909
Attorney for defendants Capital Assets Property Management & Investment Co., Inc., Capital Assets Property Management, LLC and Gary Greiser

Richard L. Friedman, Esq.
Giordano, Halleran & Ciesla
125 Half Mile Road
P.O. Box 190
Morristown, New Jersey  07748
Attorney for defendant Michael Alfieri, Esq.

Miles Feinstein, Esq.
1135 Clifton Avenue
Clifton, New Jersey  07013
Attorney for defendant Lawrence M. Cuzzi

Charles J. Uliano, Esq.
268 Norwood Avenue
W. Long Branch, New Jersey 07764
Attorney for defendants Anthony D'Apolito and DAP Consulting, Inc.

Mark W. Catanzaro, Esq.
Blason IV
Suite 208
513 Lenola Road
Moorestown, New Jersey 08057
Attorney for defendant Richard Pepsny

John Martini, Esq.
Fox, Rothschild, O'Brien & Frankel
997 Lenox Drive
Lawrenceville, New Jersey 08648
Attorney for defendants Nations Title Insurance and Fidelity National Title Insurance

August W. Fischer, Esq.
53 Pequot Road
Ringwood, New Jersey 07456
Attorney for Defendant Richard Calanni

Lawrence S. Lustberg, Esq.
James I. O'Hern, Esq.
Crummy, Del Deo, Dolan, Griffinger
  & Vecchione
One Riverfront Plaza
Newark, New Jersey 07102-5497
Attorneys for Stanley Yacker, Esq.