

DRAZIN and WARSHAW, P.C.
25 Reckless Place
P. O. Box 8909
Red Bank, New Jersey 07701
(732) 747-3730
Attorneys for Defendants Capital
Assets Property Management &
Investment Co., Inc.; Capital
Assets Property Management &
Investment Co., L.L.C.; and
Gary Grieser
RR 6813

---

| | |
|---|---|
| WALSH SECURITES, INC. | : UNITED STATES DISTRICT COURT |
| | : FOR THE DISTRICT OF NEW JERSEY |
| Plaintiff, | : |
| | : CIVIL ACTION NO. CV 97-3496 (WJB) |
| -vs- | : |
| | : |
| CRISTO PROPERTY MANAGEMENT | : CERTIFICATION OF SERVICE |
| LTD., etc., et als; | : |
| | : |
| Defendants, | : |

---

I hereby certify that on December, 31, 1997, I caused a true copy of the Answer to the amended Complaint, , Jury Demand, and Cross-Claims to be served by regular mail upon David R. Kott, Esq., McCarter & English, attorneys for defendant Commonwealth Land Title Insurance Company at Gateway Four, Newark, New Jersey 07102; Lawrence S. Lustberg, Esq., Crummy,

1

Del Deo, Dolan, Griffinger & Vecchione, P.C., attorneys for defendant Yacker at One Riverfront Plaza, Newark, NJ 07102-5497; and Richard A. Finkel, Esq., Meissner, Kleinberg & Finkel, attorneys for defendants Cristo and Kane at 275 Madison Avenue, Suite 1000, New York, NY 10016.

                                DRAZIN & WARSHAW, P.C.
                                Attorneys for Defendants Capital Assets
                                Property Management & Investment Co., Inc.
                                Capital Assets Property Management &
                                Investment Co., L.L.C. and Gary Grieser

Dated: 1/2/98

                              By _____
                                    Ronald Lee Reisner