FILED

JAN 07 1998

AT 8:30 .......... M
WILLIAM T. WALSH
CLERK

DRAZIN and WARSHAW, P.C.
25 Reckless Place
P. O. Box 8909
Red Bank, New Jersey 07701
(732) 747-3730
Attorneys for Defendants Capital
Assets Property Management &
Investment Co., Inc.; Capital
Assets Property Management &
Investment Co., L.L.C.; and
Gary Grieser
RR 6813

---

| | |
|---|---|
| WALSH SECURITES, INC. | : UNITED STATES DISTRICT COURT |
| | : FOR THE DISTRICT OF NEW JERSEY |
| Plaintiff, | : |
| | : CIVIL ACTION NO. CV 97-3496 (WJB) |
| -vs- | : |
| | : |
| CRISTO PROPERTY MANAGEMENT | : |
| LTD, a/k/a G.L.J. LIMITED, DEK HOMES | : |
| OF NEW JERSEY, INC., OAKWOOD | : |
| PROPERTIES, INC., NATIONAL HOME | : |
| FUNDING, INC., CAPITAL ASSETS | : |
| PROPERTY MANAGEMENT & | : |
| INVESTMENT CO., INC., CAPITAL | : **ANSWER TO CROSS-CLAIM OF** |
| ASSETS PROPERTY MANAGEMENT & | : **DEFENDANT CALANNI** |
| INVESTMENT CO., L.L.C., WILLIAM J. | : |
| KANE, GARY GRIESER, ROBERT | : |
| SKOWRENSKI, II, RICHARD CALANNI, | : |
| RICHARD DI BENEDETTO, JAMES R. | : |
| BROWN, THOMAS BRODO, RONALD J. | : |
| PIERSON, STANLEY YACKER, ESQ., | : |
| MICHAEL ALFIERI, ESQ., RICHARD | : |
| PEPSNY, ESQ., ANTHONY M. | : |
| CICALESE, ESQ., LAWRENCE M. | : |

1

CUZZI, ANTHONY D'APOLITO,
DAP CONSULTING, INC.,
COMMONWEALTH LAND TITLE
INSURANCE COMPANY, NATIONS
TITLE INSURANCE OF NEW
YORK, INC., FIDELITY NATIONAL
TITLE INSURANCE COMPANY OF
NEW YORK and COASTAL TITLE
AGENCY,

        Defendants,

Defendants, Capital Assets Property Management & Investment Co., Inc., Capital Assets Property Management & Investment Co., L.L.C., and Gary Grieser, having their principal place of business at 10 West Bergen Place, Red Bank, in the Borough of Red Bank, County of Monmouth, State of New Jersey, by way of answer to the Cross-Claim of Defendant Calanni say:

1. These defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraphs 1, 2, 3, 4, 5, 6 and 7 except to repeat and reallege their Answers to Plaintiff's Amended Complaint.

## AS TO COUNT ONE

2. The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 8, except to repeat and reallege their Answers to Plaintiff's amended Complaint.

3. These defendants deny the allegations of Paragraph 9.

## AS TO COUNT TWO

4. These defendants repeat and reallege their answers to Paragraphs 1-9 as if set forth at length herein.

5. These defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 11 except to repeat and reallege their answers to Plaintiff's Amended Complaint.

6. These defendants deny the allegations of Paragraph 12.

## AS TO COUNT THREE

7. These defendants repeat and reallege their answers to Paragraphs 1-11 as if set forth at length herein.

8. These defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of Pararaphs 13 and 14 except to repeat and reallege their Answers to Plaintiff's Amended Complaint.

9. These defendants deny the allegations of Paragraph 15.

> DRAZIN & WARSHAW, P.C.
> Attorneys for Defendants Capital Assets
> Property Management & Investment Co., Inc.
> Capital Assets Property Management &
> Investment Co., L.L.C. and Gary Grieser

Dated: 1/2/98

By: _____
Ronald Lee Reisner
For the Firm

3

DRAZIN and WARSHAW, P.C.
25 Reckless Place
P. O. Box 8909
Red Bank, New Jersey 07701
(732) 747-3730
Attorneys for Defendants Capital
Assets Property Management &
Investment Co., Inc.; Capital
Assets Property Management &
Investment Co., L.L.C.; and
Gary Grieser
RR 6813

| | | |
|---|---|---|
| WALSH SECURITES, INC. | : | UNITED STATES DISTRICT COURT |
| | : | FOR THE DISTRICT OF NEW JERSEY |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. CV 97-3496 (WJB) |
| -vs- | : | |
| | : | |
| CRISTO PROPERTY MANAGEMENT | : | CERTIFICATION OF SERVICE |
| LTD., etc., et als; | : | |
| | : | |
| Defendants, | : | |

I hereby certify that on the date hereof, I caused a true copy of the within Answer to Cross-Claim of Defendant, Calanni be served by regular mail upon Richard A. Finkel, Esq., Meissner, Kleinberg & Finkel, attorney for defendants, Cristo and Kane at 275 Madison Ave., Suite 1000, New York, N.Y. 10016; Richard L. Friedman, Esq., Giordano, Halleran & Ciesla, P.C., attorneys for defendant Alfieri, at P. O. Box 190, 125 Half Mile Road, Middletown, N.J.

1

07748; Mark W. Catanzaro, Esq., attorney for defendant, Pepsny, at 513 South Lenola Road, Moorestown, N.J. 08057; Todd Panjonas, Esq., attorney for defendants Nations Title and Fidelity National Title at 2 Park Avenue, Suite 1420, New York, N.Y. 10016, August W. Fischer, Esq., attorney for defendant Calanni, at 53 Pequot Road, Ringwood, N.J. 07456, Latham & Watkins, attorneys for plaintiff, Walsh Securities, Inc., at One Newark Center, 16th Floor, Newark, NJ 07101-3174; Lawrence S. Lustberg, Esq., Crummy, Del Deo, Dolan, Griffinger & Vecchione, P.C., attorneys for defendant Yacker at One Riverfront Plaza, Newark, NJ 07102-5497; David Kott, Esq., McCarter & English, attorneys for defendant Commonwealth Land Title Insurance Company at Gateway Four, Newark, NJ 07102; Charles J. Uliano, Esq., Chamlin, Rosen & Uliano, attorneys for defendant D'Appolito and Dap Consulting at 268 Norwood Ave., P. O. Box 38, West Long Branch, NJ 07764; and Michael D. Schottland, Esq. for defendants National Home Funding, Inc. and Skowrenski at 36 West Main Street, Freehold, NJ 07728.

DRAZIN & WARSHAW, P.C.
Attorneys for Defendants Capital Assets
Property Management & Investment Co., Inc.,
Capital Assets Property Management &
Investment Co., L.L.C. and Gary Grieser

Dated: January 2, 1998

By: _____
Ronald Lee Reisner