97-CV-3496 (WGB)

# RETURN OF SERVICE

| Service of the ~~Summons and Complaint~~ was made by me ANSWER, CROSS-CLAIM & COUNTERCLAIM | Date December 12, 1997 |
|---|---|
| NAME OF SERVER (Print) Kimberly J. Mozer | Title Walsh Securities Inc. vs. Cristo Property Management Ltd., etc., et al., CV 97- 3496 (WGB) |

Check one line below to indicate appropriate method of service

**COASTAL TITLE INSURANCE**

__ Served personally upon the defendant. Place where served: _____

__ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

__ Returned unexecuted: _____

Other (specify): Left copies thereof at the defendant's place of business at 21 West Main Street, Freehold, New Jersey, with Donna.

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Fees is true and correct.

Executed on   Dec. 12, 1997
                    Date

Signature of Server: *Kimberly J. Mozer*

36 W. Main St., Freehold, NJ 07728
Address of Server

FILED
JAN 8 1998
AT 8:30 ........ M
WILLIAM T. WALSH
CLERK

## RETURN OF SERVICE

| Service of the ~~Summons and Complaint~~ was made by me<br>ANSWER, CROSS-CLAIM & COUNTERCLAIM | Date<br>December 12, 1997 |
|---|---|
| NAME OF SERVER (Print) Angelo Palmarozza | Title   Walsh Securities Inc. vs. Cristo Property Management Ltd., etc., et al., |
| Check one line below to indicate appropriate method of service<br>ANTHONY M. CICALESE, ESQ. | CV 97- 3496 (WGB) |

__ Served personally upon the defendant. Place where served: _____

__ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

__ Returned unexecuted: _____

Other (specify): Left copies thereof at the defendant's place of business at 100 Eagle Rock Avenue, East Hanover, New Jersey, with Nancy McGlynn, receptionist.

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Fees is true and correct.

Executed on December 16th 1997
Date

Signature of Server  Angelo Palmarozza

45 East Main Street, Freehold, New Jersey
Address of Server

## RETURN OF SERVICE

| Service of the ~~Summons and Complaint~~ was made by me<br>ANSWER, CROSS-CLAIM & COUNTERCLAIM | Date December 12, 1997 |
|---|---|
| NAME OF SERVER (Print) Angelo Palmarozza | Title Walsh Securities Inc. vs. Cristo Property Management Ltd., etc., et al., |
| Check one line below to indicate appropriate method of service<br>~~STANLEY YACKER, ESQ.~~ | CV 97- 3496 (WGB) |

__ Served personally upon the defendant. Place where served: _____

__ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

__ Returned unexecuted: _____

Other (specify): Left copies thereof at the defendant's place of business at 729 Route # 34, Matawan, New Jersey, with Carole Davies, secretary

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Fees is true and correct.

Executed on December 16th 1997
Date

Signature of Server  Angelo Palmarozza

45 East Main Street, Freehold, New Jersey
Address of Server

## RETURN OF SERVICE

| | |
|---|---|
| Service of the ~~Summons and Complaint~~ was made by me<br>ANSWER, CROSS-CLAIM & COUNTERCLAIM | Date December 12, 1997 |
| NAME OF SERVER (Print)<br>Angelo Palmarozza | Title Walsh Securities Inc. vs. Cristo Property Management Ltd., etc., et al.. |
| Check one line below to indicate appropriate method of service<br>MR. RICHARD CALANNI | CV 97- 3496 (WGB) |

__ Served personally upon the defendant. Place where served: _____

X  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein, at 1 Old Farm Road, Tinton Falls, New Jersey, and by leaving with Frances Calanni, wife.

__ Returned unexecuted: _____

Other (specify): _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Fees is true and correct.

Executed on December 16th 1997        Signature of Server Angelo Palmarozza
            Date

45 East Main Street, Freehold, New Jersey
Address of Server

# RETURN OF SERVICE

| | |
|---|---|
| Service of the ~~Summons and Complaint~~ was made by me<br>ANSWER, CROSS-CLAIM & COUNTERCLAIM | Date<br>December 12, 1997 |
| NAME OF SERVER (Print) Angelo Palmarozza | Title   Walsh Securities Inc. vs. Cristo Property Management Ltd., etc., et al.. |
| Check one line below to indicate appropriate method of service<br>COMMONWEALTH LAND TITLE INS. CO. | CV 97- 3496 (WGB) |

__ Served personally upon the defendant. Place where served: _____

__ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

__ Returned unexecuted: _____

Other (specify): Left copies thereof at the defendant's place of business at 90 E. Halsey Road, Suite 108, Parsippany, New Jersey, with Sue Carmen, receptionist.

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Fees is true and correct.

Executed on _December 16th 1997_
                    Date

Signature of Server  Angelo Palmarozza

45 East Main Street, Freehold, New Jersey
Address of Server