97-CV-3496 (WGB)

# RETURN OF SERVICE

| Service of the ~~Summons and Complaint~~ was made by me<br>ANSWER, CROSS-CLAIM & COUNTERCLAIM | Date<br>December 13, 1997 |
|---|---|
| NAME OF SERVER (Print) Daniel Coleman | Title  Walsh Securities Inc. vs. Cristo Property Management Ltd., etc., et al.,<br>CV 97- 3496 (WGB) |

Check one line below to indicate appropriate method of service
MR. THOMAS BRODO

___ Served personally upon the defendant. Place where served: _____

X Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein, at 139B Fort Lee Road, Teaneck, New Jersey, and by leaving with Janice Grossman, live in girl friend.

___ Returned unexecluded: _____

Other (specify): _____

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Fees is true and correct.

Executed on _December 16th 1997_        _[signature]_
              Date                        Signature of Server  Daniel Coleman

45 East Main Street, Freehold, New Jersey
Address of Server

**FILED**
JAN  8 1998
AT 8:30 _____ AM
WILLIAM T. WALSH
CLERK