FILED

JAN   9 1998]

AT 8:30 . . . . . . . . . . . . . . . . M
WILLIAM T. WALSH
CLERK

DRAZIN and WARSHAW, P.C.
25 Reckless Place
P. O. Box 8909
Red Bank, New Jersey 07701
(732) 747-3730
Attorneys for Defendants Capital
Assets Property Management &
Investment Co., Inc.; Capital
Assets Property Management &
Investment Co., L.L.C.; and
Gary Grieser
RR 6813

1/9/98
8:30

---

| | |
|---|---|
| WALSH SECURITIES, INC. | : UNITED STATES DISTRICT COURT |
| | : FOR THE DISTRICT OF NEW JERSEY |
| Plaintiff, | : |
| | : CIVIL ACTION NO. CV 97-3496 (WJB) |
| -vs- | : |
| | : |
| CRISTO PROPERTY MANAGEMENT | : |
| LTD, a/k/a G.L.J. LIMITED, DEK HOMES | : |
| OF NEW JERSEY, INC., OAKWOOD | : |
| PROPERTIES, INC., NATIONAL HOME | : |
| FUNDING, INC., CAPITAL ASSETS | : |
| PROPERTY MANAGEMENT & | : |
| I NVESTMENT CO., INC., CAPITAL | : |
| ASSETS PROPERTY MANAGEMENT & | : |
| INVESTMENT CO., L.L.C., WILLIAM J. | : |
| KANE, GARY GRIESER, ROBERT | : |
| SKOWRENSKI, II, RICHARD CALANNI, | : |
| RICHARD DI BENEDETTO, JAMES R. | : |
| BROWN, THOMAS BRODO, RONALD J. | : |
| PIERSON, STANLEY YACKER, ESQ., | : |
| MICHAEL ALFIERI, ESQ., RICHARD | : |
| PEPSNY, ESQ., ANTHONY M. | : |
| CICALESE, ESQ., LAWRENCE M. | : |

**ANSWER TO CROSS-CLAIM OF
DEFENDANTS ANTHONY D'APOLITO
and DAP CONSULTING, INC.**

1

CUZZI, ANTHONY D'APOLITO,                    :
DAP CONSULTING, INC.,                        :
COMMONWEALTH LAND TITLE                      :
INSURANCE COMPANY, NATIONS                   :
TITLE INSURANCE OF NEW                       :
YORK, INC., FIDELITY NATIONAL                :
TITLE INSURANCE COMPANY OF                   :
NEW YORK and COASTAL TITLE                   :
AGENCY,                                      :
                                             :
          Defendants,                        :
_____           :

       Defendants, Capital Assets Property Management & Investment Co., Inc., Capital

Assets Property Management & Investment Co., L.L.C., and Gary Grieser, having their principal

place of business at 10 West Bergen Place, Red Bank, in the Borough of Red Bank, County of

Monmouth, State of New Jersey, by way of answer to the Cross-Claim of Defendants Anthony

D'Apolito and DAP Consulting, Inc., say:

      1.  These defendants deny the allegations of the Cross-Claim.

                               DRAZIN & WARSHAW, P.C.
                               Attorneys for Defendants Capital Assets
                               Property Management & Investment Co., Inc.
                               Capital Assets Property Management &
                               Investment Co., L.L.C. and Gary Grieser

Dated: January 6, 1998

                               By:_____
                                   Ronald Lee Reisner
                                   For the Firm

DRAZIN and WARSHAW, P.C.
25 Reckless Place
P. O. Box 8909
Red Bank, New Jersey 07701
(732) 747-3730
Attorneys for Defendants Capital
Assets Property Management &
Investment Co., Inc.; Capital
Assets Property Management &
Investment Co., L.L.C.; and
Gary Grieser
RR 6813

---

| | |
|---|---|
| WALSH SECURITIES, INC. | : UNITED STATES DISTRICT COURT |
| | : FOR THE DISTRICT OF NEW JERSEY |
| Plaintiff, | : |
| | : CIVIL ACTION NO. CV 97-3496 (WJB) |
| -vs- | : |
| | : |
| CRISTO PROPERTY MANAGEMENT | : CERTIFICATION OF SERVICE |
| LTD., etc., et als; | : |
| | : |
| Defendants, | : |
| | : |

I hereby certify that on the date hereof, I caused a true copy of the within Answer to

Cross-Claim of Defendants, D'Apolito and DAP Consulting , Inc. be served by regular mail

upon Richard A. Finkel, Esq., Meissner, Kleinberg & Finkel, attorney for defendants, Cristo and

Kane at 275 Madison Ave., Suite 1000, New York, N.Y. 10016; Richard L. Friedman, Esq.,

Giordano, Halleran & Ciesla, P.C., attorneys for defendant Alfieri, at P. O. Box 190, 125 Half

Mile Road, Middletown, NJ 07748; Mark W. Catanzaro, Esq., attorney for defendant, Pepsny.

1

at 513 South Lenola Road, Moorestown, N.J. 08057; Todd Panjonas, Esq., attorney for

defendants Nations Title and Fidelity National Title at 2 Park Avenue, Suite 1420, New York,

N.Y. 10016,  August W. Fischer, Esq., attorney for defendant Calanni, at 53 Pequot Road,

Ringwood, N.J. 07456, Michael Chertoff, Esq., Latham & Watkins, attorneys for plaintiff, Walsh

Securities, Inc., at One Newark Center, 16th Floor, Newark, NJ 07101-3174; Lawrence S.

Lustberg, Esq., Crummy, Del Deo, Dolan, Griffinger & Vecchione, P.C., attorneys for defendant

Yacker at One Riverfront Plaza, Newark, NJ 07102-5497; David Kott, Esq., McCarter &

English, attorneys for defendant Commonwealth Land Title Insurance Company at Gateway

Four, Newark, NJ 07102; Charles J. Uliano, Esq., Chamlin, Rosen & Uliano, attorneys for

defendant D'Appolito and Dap Consulting at 268 Norwood Ave., P. O. Box 38, West Long

Branch, NJ 07764; and Michael D. Schottland, Esq. for defendants National Home Funding, Inc.

and Skowrenski at 36 West Main Street, Freehold, NJ 07728.


      DRAZIN & WARSHAW, P.C.
      Attorneys for Defendants Capital Assets
      Property Management & Investment Co., Inc.,
      Capital Assets Property Management &
      Investment Co., L.L.C. and Gary Grieser


Dated:   January  6 , 1998     By: _____
                  Ronald Lee Reisner