97-CV-3496 (WGB)

FILED
JAN 8 1998
AT 8:30 ........ M
WILLIAM T. WALSH
CLERK

## RETURN OF SERVICE

| Service of the ~~Summons and Complaint~~ was made by me<br>ANSWER, CROSS-CLAIM & COUNTERCLAIM | Date<br>December 11, 1997 |
|---|---|
| NAME OF SERVER (Print)  Angelo Palmarozza | Title  Walsh Securities Inc. vs. Cristo Property Management Ltd., etc., et al., |
| Check one line below to indicate appropriate method of service<br>MR. JAMES BROWN | CV 97- 3496 (WGB) |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Returned unexecuted: _____

Other (specify): Left copies thereof at the defendant's place of business at 1089 Cedar Avenue, Union, New Jersey, with Richard Leggett, clerk.

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Fees is true and correct.

Executed on December 16th 1997            *signature*
            Date                   Signature of Server  Angelo Palmarozza

45 East Main Street, Freehold, New Jersey
Address of Server

## RETURN OF SERVICE

| Service of the ~~Summons and Complaint~~ was made by me ANSWER, CROSS-CLAIM & COUNTERCLAIM | Date December 11, 1997 |
|---|---|
| NAME OF SERVER (Print) Angelo Palmarozza | Title Walsh Securities Inc. vs. Cristo Property Management Ltd., etc., et al.. CV 97- 3496 (WGB) |

Check one line below to indicate appropriate method of service

MR. RONALD J. PIERSON

X  Served personally upon the defendant. Place where served: 2 Maryland Drive, Jackson, New Jersey

___  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

___  Returned unexecuted: _____

Other (specify): _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Fees is true and correct.

Executed on  December 16TH 1997
Date

Signature of Server  Angelo Palmarozza

45 East Main Street, Freehold, New Jersey
Address of Server

# RETURN OF SERVICE

| Service of the ~~Summons and Complaint~~ was made by me ANSWER, CROSS-CLAIM & COUNTERCLAIM | Date December 11, 1997 |
|---|---|
| NAME OF SERVER (Print) Angelo Palmarozza | Title Walsh Securities Inc. vs. Cristo Property Management Ltd., etc., et al.. CV 97- 3496 (WGB) |

Check one line below to indicate appropriate method of service

MR. RICHARD DIBENEDETTO

X Served personally upon the defendant. Place where served: 384 Greenwich Street, Bergenfield, New Jersey

\_ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

\_ Returned unexecuted: _____

Other (specify): _____

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Fees is true and correct.

Executed on December 16th 1997
Date

Signature of Server Angelo Palmarozza

45 East Main Street, Freehold, New Jersey
Address of Server