FILED

JAN 1 4 1998

AT 8:30 　　　　　　　　M
WILLIAM T. WALSH
CLERK

Richard T. DiBenedetto, Jr.
384 Greenwich Street
Bergenfield, NJ 07621
(201) 385-8214
Defendant Pro Se

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | Civil Action No. CV 97-3496 |
| Plaintiff | Hon. William G. Bassler |
| Vs. | |
| CRISTO PROPERTY MANAGEMENT, COASTAL TITLE AGENCY, RICHARD DIBENEDETTO, ET ALS. | Answer to Cross-Claim |
| Defendants | |

## ANSWER TO CROSS CLAIM
## COUNT ONE

Defendant, Richard DiBenedetto, answers the Cross-claim of National Home Funding and Robert Skowrenski, II, as follows:

1. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

2. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

3. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

4. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

5. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

6. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

WHEREFORE, defendant, Richard DiBenedetto, demands dismissal of cross-claim by National Home Funding Inc. and Robert Skowrenski, II.

## ANSWER TO CROSS CLAIM
## COUNT TWO

1. Defendant, Richard DiBenedetto, repeats answers contained in Count One at length herein.

2. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

3. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

4. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

WHEREFORE, defendant, Richard DiBenedetto, demands dismissal of cross-claim by National Home Funding Inc. and Robert Skowrenski, II.

## ANSWER TO CROSS CLAIM
## COUNT THREE

1. Defendant, Richard DiBenedetto, repeats answers contained in Counts One and Two at length herein.

2. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

3. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

4. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

WHEREFORE, defendant, Richard DiBenedetto, demands dismissal of cross-claim by National Home Funding Inc. and Robert Skowrenski, II.

## ANSWER TO CROSS CLAIM
## COUNT FOUR

1. Defendant, Richard DiBenedetto, repeats answers contained in Counts One, Two and Three at length herein.

2. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

3. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

WHEREFORE, defendant, Richard DiBenedetto, demands dismissal of cross-claim by National Home Funding Inc. and Robert Skowrenski, II.

## ANSWER TO CROSS CLAIM
## COUNT FIVE

1. Defendant, Richard DiBenedetto, repeats answers contained in Counts One, Two, Three and Four at length herein.

2. Admitted.

3. Denied.

4. Denied.

WHEREFORE, defendant, Richard DiBenedetto, demands dismissal of cross-claim by National Home Funding Inc. and Robert Skowrenski, II.

## ANSWER TO CROSS CLAIM
## COUNT SIX

1. Defendant, Richard DiBenedetto, repeats answers contained in Counts One, Two, Three, Four and Five at length herein.

2. Denied.

3. Denied.

WHEREFORE, defendant, Richard DiBenedetto, demands dismissal of cross-claim by National Home Funding Inc. and Robert Skowrenski, II.

## ANSWER TO CROSS CLAIM
## COUNT SEVEN

1. Defendant, Richard DiBenedetto, repeats answers contained in Counts One through Six at length herein.

2. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

3. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

4. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

WHEREFORE, defendant, Richard DiBenedetto, demands dismissal of cross-claim by National Home Funding Inc. and Robert Skowrenski, II.

### ANSWER TO CROSS CLAIM
### COUNT EIGHT

1. Defendant, Richard DiBenedetto, repeats answers contained in Counts One through Seven at length herein.

2. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

3. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

WHEREFORE, defendant, Richard DiBenedetto, demands dismissal of cross-claim by National Home Funding Inc. and Robert Skowrenski, II.

### ANSWER TO CROSS CLAIM
### COUNT NINE

1. Defendant, Richard DiBenedetto, repeats answers contained in Counts One through Eight at length herein.

2. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

3. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

4. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

WHEREFORE, defendant, Richard DiBenedetto, demands dismissal of cross-claim by National Home Funding Inc. and Robert Skowrenski, II.

### ANSWER TO CROSS CLAIM
### COUNT TEN

1. Defendant, Richard DiBenedetto, repeats answers contained in Counts One through Nine at length herein.

2. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

3. Neither admitted nor denied, but leaves the cross-claimant to its proofs

WHEREFORE, defendant, Richard DiBenedetto, demands dismissal of cross-claim by National Home Funding Inc. and Robert Skowrenski, II.

### ANSWER TO CROSS CLAIM
### COUNT ELEVEN

1. Defendant, Richard DiBenedetto, repeats answers contained in Counts One through Ten at length herein

2. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

3. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

4. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

WHEREFORE, defendant, Richard DiBenedetto, demands dismissal of cross-claim by National Home Funding Inc. and Robert Skowrenski, II.

### ANSWER TO CROSS CLAIM
### COUNT TWELVE

1. Defendant, Richard DiBenedetto, repeats answers contained in Counts One through Eleven at length herein.

2. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

3. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

WHEREFORE, defendant, Richard DiBenedetto, demands dismissal of cross-claim by National Home Funding Inc. and Robert Skowrenski, II.

### ANSWER TO CROSS CLAIM
### COUNT THIRTEEN

1. Defendant, Richard DiBenedetto, repeats answers contained in Counts One through Twelve at length herein.

2. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

3. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

4.  Neither admitted nor denied, but leaves the cross-claimant to its proofs.

5.  Neither admitted nor denied, but leaves the cross-claimant to its proofs.

WHEREFORE, defendant, Richard DiBenedetto, demands dismissal of cross-claim by National Home Funding Inc. and Robert Skowrenski, II.

### ANSWER TO CROSS CLAIM
### COUNT FOURTEEN

1.  Defendant, Richard DiBenedetto, repeats answers contained in Counts One through Thirteen at length herein.

2.  Neither admitted nor denied, but leaves the cross-claimant to its proofs.

3.  Neither admitted nor denied, but leaves the cross-claimant to its proofs.

4.  Neither admitted nor denied, but leaves the cross-claimant to its proofs.

5.  Neither admitted nor denied, but leaves the cross-claimant to its proofs.

WHEREFORE, defendant, Richard DiBenedetto, demands dismissal of cross-claim by National Home Funding Inc. and Robert Skowrenski, II

### ANSWER TO CROSS CLAIM
### COUNT FIFTEEN

1. Defendant, Richard DiBenedetto, repeats answers contained in Counts One through Fourteen at length herein.

2. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

3. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

4. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

5. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

WHEREFORE, defendant, Richard DiBenedetto, demands dismissal of cross-claim by National Home Funding Inc. and Robert Skowrenski, II

### ANSWER TO CROSS CLAIM
### COUNT SIXTEEN

1. Defendant, Richard DiBenedetto, repeats answers contained in Counts One through Fifteen at length herein.

2. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

3. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

4. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

5. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

WHEREFORE, defendant, Richard DiBenedetto, demands dismissal of cross-claim by National Home Funding Inc. and Robert Skowrenski, II

## ANSWER TO CROSS CLAIM
## COUNT SEVENTEEN

1. Defendant, Richard DiBenedetto, repeats answers contained in Counts One through Sixteen at length herein.

2. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

3. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

4. Neither admitted nor denied, but leave the cross-claimant to its proofs.

5. Neither admitted nor denied, but leave the cross-claimant to its proofs.

6. Neither admitted nor denied, but leave the cross-claimant to its proofs.

WHEREFORE, defendant, Richard DiBenedetto, demands dismissal of cross-claim by National Home Funding Inc. and Robert Skowrenski, II

## ANSWER TO CROSS CLAIM
## COUNT EIGHTEEN

1. Defendant, Richard DiBenedetto, repeats answers contained in Counts One through Seventeen at length herein.

2. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

3. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

4. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

5. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

6. Neither admitted nor denied, but leaves the cross-claimant to its proofs.

WHEREFORE, defendant, Richard DiBenedetto, demands dismissal of cross-claim by National Home Funding Inc. and Robert Skowrenski, II

### FIRST AFFIRMATIVE DEFENSE

Defendants, National Home Funding Inc. and Robert Skowrenski, II, have no authority or standing to bring this suit.

### SECOND AFFIRMATIVE DEFENSE

The CounterClaim of the Defendants, National Home Funding Inc. and Robert Skowrenski, II, is barred, in whole or in part by the equitable doctrine of unclean hands.

### THIRD AFFIRMATIVE DEFENSE

Defendant, Richard DiBenedetto, acted in good faith and did not directly or indirectly induce the act or acts complained of by the cross-claimants.

### FOURTH AFFIRMATIVE DIFENSE

Defendant, Richard DiBenedetto, conduct is not the course of any inquiry or damages allegedly suffered by the cross-claimants.

### FIFTH AFFIRMATIVE DEFENSE

Counterclaimants were contribulatory negligent, and such negligence was the proximate, efficient, and contributory cause of their damages.

WHEREFORE, defendant, Richard DiBenedetto, seeks judgement dismissing counterclaim of defendants, National Home Funding Inc. and Robert Skowrenski, II against Richard DiBenedetto and for interest, costs, attorney fees and other relief this Court deems to be just and equitable.

Dated:  December 24, 1997

*[signature]*

Richard DiBenedetto
Defendant
Pro Se