**FOX, ROTHSCHILD, O'BRIEN & FRANKEL, LLP**
Formed in the Commonwealth of Pennsylvania
BY: Jon C. Martin, Esq.
JM-2975
PRINCETON PIKE CORPORATE CENTER
997 LENOX DRIVE, BUILDING 3
LAWRENCEVILLE, NJ 08648-2311
(609) 896-3600
ATTORNEYS FOR Defendants, First National Title Insurance Company and Nations Title Insurance Company

FILED
JAN 14 1998
AT 8:30............AM
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

WALSH SECURITIES, INC.,
        Plaintiff
    v.

CRISTO PROPERTY MANAGEMENTS, LTD.
A/K/A G.J.L. LIMITED, DEK HOMES OF
NEW JERSEY, INC., OAKWOOD PROPERTIES
INC., NATIONAL HOME FUNDING, INC.,
CAPITAL ASSETS PROPERTY MANAGEMENT
& INVESTMENTS CO., INC., CAPITAL ASSETS
PROPERTY MANAGEMENT LLC., WILLIAM J.
KANE, GARY GRIESER, ROBERT
SKOWRENSKI, II, RICHARD CALANNI,
RICHARD DIBENEDETTO, JAMES R. BROWN,
THOMAS BRODO, RONALD J. PIERSON,
STANLEY YACKER, ESQ., MICHAEL
ALFIERI, ESQ., RICHARD PEPSNY,
ESQ., ANTHONY M. CICALESE, ESQ.,
LAWRENCE M. CUZZI, ANTHONY
D'APOLITO, DAP CONSULTING, INC.,
COMMONWEALTH LAND TITLE INSURANCE
COMPANY, NATIONS TITLE INSURANCE
OF NEW YORK INC., FIDELITY NATIONAL
TITLE INSURANCE COMPANY OF NEW
YORK AND COASTAL TITLE AGENCY,

        Defendants.

Civil Action No. 97-3496
Hon. William G. Bassler

**ENTRY OF APPEARANCE
BY FOX, ROTHSCHILD,
O'BRIEN & FRANKEL, LLP
AS ATTORNEYS FOR DEFENDANTS
FIDELITY NATIONAL TITLE
INSURANCE COMPANY AND
NATIONS TITLE INSURANCE
COMPANY**

**TO:**    Clerk of the United States District Court

F:\DATA\JMARTIN\JCM7133.PLD - 1/9/98

We hereby enter our appearance as attorneys for defendants, Fidelity National Insurance Company and Nations Title Insurance Company.

                                                                      FOX, ROTHSCHILD, O'BRIEN & FRANKEL, LLP

                                          BY: _____
                                                      Jon C. Martin

Dated: January 8, 1998

Edward J. Hayes, Esq.
Fox, Rothschild, O'Brien & Frankel, LLP
2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291