GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE
A Professional Corporation
One Riverfront Plaza
Newark, New Jersey 07102-5497
(973) 596-4500
*Attorneys for Defendant*
 *Stanley Yacker*

FILED

JAN 1 6 1998

AT 8:30 ............ AM
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

WALSH SECURITIES, INC.,

      Plaintiff,

- vs -

CRISTO PROPERTY MANAGEMENT
LTD., et al.,

      Defendants.

Civil Action No. 97-3496 (WGB)

**NOTICE OF MOTION
TO STAY PROCEEDINGS**

TO: Michael Chertoff, Esq.
   Latham & Watkins
   One Newark Center, 16th Floor
   Newark, New Jersey 07101

**PLEASE TAKE NOTICE** that, on February 9, 1998, at 10:00 in the forenoon, or as soon thereafter as counsel may be heard, the undersigned counsel for defendant Stanley Yacker shall move before the Honorable William G. Bassler, United States District Court for the District of New Jersey, Martin Luther King, Jr. Federal Building and United States Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order staying all proceedings against defendant Yacker in this civil action pending resolution of a criminal proceeding instituted by the United States Attorney for the District of New Jersey, and extending the time for Mr. Yacker to answer and or otherwise respond to any claims against him in this matter until said criminal proceedings are resolved.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, the defendant shall rely upon the Memorandum of Law, and Affidavit of Lawrence S. Lustberg, Esq., submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

                                      **GIBBONS, DEL DEO, DOLAN,**
                                      **GRIFFINGER & VECCHIONE**
                                      **A Professional Corporation**
                                      *Attorneys for Defendant*
                                      *Stanley Yacker*

By: _____
     James I. O'Hern

Dated: January 15, 1998

## CERTIFICATION OF SERVICE

I hereby certify that on the 15th day of January 1998, I caused a copy of defendant Stanley Yacker's Notice of Motion to Stay Proceedings, Memorandum of Law in Support thereof, Affidavit of Lawrence S. Lustberg, Esq., and proposed form of Order, to be served via overnight mail to the attached service list.

*James I. O'Hern*
James I. O'Hern

Dated: January 15, 1998

## SERVICE LIST

Richard A. Finkel, Esq.
Meissner, Kleinberg & Finkel
275 Madison Ave. Suite 1000
New York, NY 10016
Attorneys For Cristo and William Kane

Richard L. Friedman, Esq.
Giordano, Halleran & Ciesla
P. O. Box 190
125 Half Mile Road
Middletown, NJ 07748
Attorneys for Michael Alfieri, Esq.

Todd Panjonas, Esq.
2 Park Ave., Suite 1420
New York, NY 10016
Attorney for Nations Title &
Fidelity National Title

August W. Fischer, Esq.
53 Pequot Road
Ringwood, NJ 07456
Attorney for Richard Calanni

Michael Chertoff, Esq.
Latham & Watkins
One Newark Center, 16th Floor
Newark, NJ 07101-3174
Attorneys for Walsh Securities, Inc.

Lawrence S. Lustberg, Esq.
Crummy, Del Deo, Dolan, Griffinger & Vecchione
One Riverfront Plaza
Newark, NJ 07102-5497
Attorneys for Stanley Yacker, Esq.

David Kott, Esq.
McCarter & English
Gateway Four
Newark, NJ 07102
Attorneys for Commonwealth Land Title Insurance Co.

Charles J. Uliano, Esq.
Chamlin, Rosen & Uliano
268 Norwood Ave.
West Long Branch, NJ 07764
Attorneys for Anthony D'Apolito
and Dap Consulting

Michael D. Schottland, Esq.
36 West Main St.
Freehold, NJ 07728
Attorney for National Home Funding, Inc.
and Robert Skowrenski, II

Mark W. Catanzaro, Esq.
513 South Lenola Road
Moorestown, NJ 08057
Attorney for Richard Pepsny