```
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------x
WALSH SECURITIES, INC.,

                    Plaintiff,

     -against-

CRISTO PROPERTY MANAGEMENT, LTD.,
a/k/a G.J.L. LIMITED, DEK HOMES OF
NEW JERSEY, INC., OAKWOOD PROPERTIES           Civ.Action No. 97-3496(WGB)
INC., NATIONAL HOME FUNDING, INC.,
CAPITAL ASSETS PROPERTY MANAGEMENT &           Hon. WILLIAM G. BASSLER
INVESTMENT CO., INC., CAPITAL ASSETS
PROPERTY MANAGEMENT, L.L.C., WILLIAM              -    -    -
J. KANE, GARY GRIESER, ROBERT
SKOWRENSKI, II, RICHARD CALANNI,               PETITION FOR ADMISSION
RICHARD DIBENEDETTO, JAMES R. BROWN,           PRO HAC VICE
THOMAS BRODO, DONALD J. PIERSON,
STANLEY YACKER, ESQ., MICHAEL ALFIERI,
ESQ., RICHARD PEPSNY, ESQ., ANTHONY M.         LOCAL CIVIL RULE 101.1(c)
CICALESE, ESQ., LAWRENCE M. CUZZI,
ANTHONY D'APOLITO, DAP CONSULTING,
INC., COMMONWEALTH LAND TITLE
INSURANCE COMPANY, NATIONS TITLE
INSURANCE OF NEW YORK INC., FIDELITY
NATIONAL TITLE INSURANCE COMPANY OF
NEW YORK, and COASTAL TITLE AGENCY,

                    Defendants.
------------------------------------x
```

ORIGINAL FILED

JAN 1 6 1998

AT 8:30 ........... M
WILLIAM T. WALSH
CLERK

I, JOSEPH V. SORRENTINO, Esq., an active member in good standing of the Bar of the United States District Court for the District of New Jersey, respectfully requests that this Honorable Court admit *pro hac vice*, Richard A. Finkel, Esq., an attorney admitted to practice in the State of New York, and before the Supreme Court of the United States, the United States Court of Appeals for the Second Circuit, and the United States District Courts for the Southern, Eastern and Northern Districts of New

York, but not admitted to the Bar of this Court and ineligible for admission to the bar of this Court under Local Civil Rule 101.1(b), who, as a partner in the law firm of Meissner, Kleinberg & Finkel, LLP, will be co-counsel for defendants CRISTO PROPERTY MANAGEMENT, LTD., DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES INC., and WILLIAM J. KANE, in the above captioned case.

I am aware that the local rules of this Court require that I participate in the preparation and presentation of said case, and that I accept service of all papers served.

Dated:   New York, New York
         January 13, 1998

*[signature: Joseph V. Sorrentino]*
JOSEPH V. SORRENTINO (JVS 7324)
70 Hudson Street, Penthouse Suite
Hoboken, New Jersey 07030
201-656-6525
*Attorney for Defendants*
CRISTO PROPERTY MANAGEMENT, LTD.,
DEK HOMES OF NEW JERSEY, INC.,
OAKWOOD PROPERTIES INC., and
WILLIAM J. KANE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------X
WALSH SECURITIES, INC.,

                Plaintiff,

-against-

CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, DONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW YORK INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, and COASTAL TITLE AGENCY,

                Defendants.
------------------------------------X

Civ.Action No. 97-3496(WGB)

Hon. WILLIAM G. BASSLER

- - -

AFFIDAVIT IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

LOCAL CIVIL RULE 101.1(c)

      I, RICHARD A. FINKEL, am currently a member in good standing of the bar of the State of New York, having been admitted as an attorney and counselor at law in the State of New York on March 2, 1977, and I am a member in good standing of the bars of the Supreme Court of the United States, the United States Court of Appeals for the Second Circuit, and the United States District Courts for the Southern, Eastern and Northern Districts of New York, but I am not admitted to the Bar of this Court and I am

ineligible for admission to the bar of this Court under Local Civil Rule 101.1(b).

I reside at 2039 Ellen Drive Merrick, New York 11566.

I am a partner in the law firm of Meissner, Kleinberg & Finkel, LLP, with offices at 275 Madison Avenue, New York, New York 10016 (212-689-8600; *fax*: 212-868-0252), and that said law firm has been retained as co-counsel by defendants CRISTO PROPERTY MANAGEMENT, Ltd., DEK HOMES OF NEW JERSEY, Inc., OAKWOOD PROPERTIES Inc., and WILLIAM J. KANE, in the above captioned case now pending before this Honorable Court.

No disciplinary proceedings are presently pending nor have disciplinary proceedings ever been instituted against me, nor has any license, certificate or privilege to appear and practice before any judicial or regulatory administrative body ever been suspended or revoked; that neither by resignation, withdrawal, or otherwise has I terminated or attempted to terminate my office as an attorney in order to avoid disciplinary or disbarment proceedings.

I understand that if this Honorable Court grants my admission *pro hac vice*, the movant bringing this motion, JOSEPH V. SORRENTINO, Esq., must participate in the preparation and

presentation of the above captioned matter, and must accept service of all papers served.

I respectfully request that the Honorable Court exercise its discretion and grant the application that I be admitted to practice, *pro hac vice*, before this Court for the purposes of this case only. I am aware that if this application is granted, I will be subject to the disciplinary jurisdiction of this Honorable Court and that I will be required to make a payment to the New Jersey Lawyers' Fund for Client Protection.

Respectfully submitted,

Richard A. Finkel (RAF 0851)

STATE OF NEW YORK }

COUNTY OF NEW YORK } S.S.:

Richard A. Finkel, petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Richard A. Finkel

Subscribed and sworn to before me
this 13th day of January, 1998.

_____
Notary Public

PHILIP MEISSNER
Notary Public, State of New York
No. 4833020
Qualified in Nassau County
Commission Expires____7/31/99____

## *AFFIDAVIT OF SERVICE BY MAIL*

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

  ADELE M. TINARO, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and works in Manhattan, New York. That on the 13th day of January, 1998, deponent served a Petition and Supporting Affidavit for Admission Pro Hac Vice Local Civil Rule 101.1(c) upon:

    LATHAM & WATKINS
    One Newark Center, 16th Floor
    Newark, New Jersey 07101-3174

by depositing a true copy of same enclosed in post-paid sealed wrappers, properly addressed, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

            _____
            ADELE M. TINARO

Sworn to before me this
13th day of January, 1998

_____
*Notary Public*

RICHARD A. FINKEL
Notary Public, State of New York
No. 24-4045961
Qualified in Passaic County
Commission Expires March 30, 19__

Index No.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

WALSH SECURITIES, INC.,

                Plaintiff,

-against-

CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, DONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW YORK, INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK and COASTAL TITLE AGENCY.

                Defendants.

## PETITION AND SUPPORTING AFFIDAVIT FOR ADMISSION PRO HAC VICE
## LOCAL CIVIL RULE 101.1(C)

**MEISSNER, KLEINBERG & FINKEL**

*Attorneys for*

*Office and Post Office Address*

**275 Madison Avenue**
**New York, New York 10016**
**(212) 689-8600**
**Telecopier No. (212) 686-0252**

To:

Attorney(s) for

### ADMISSION OF SERVICE

The undersigned acknowledges receipt of a copy of the within           on        19
at     o'clock    M.

                                   Attorney(s) for

                                   by:

*PLEASE TAKE NOTICE*

☐ **NOTICE OF ENTRY:** the within is a (certified) true copy of an Order entered in the office of the clerk of the within named Court on      19

☐ **NOTICE OF SETTLEMENT:** an Order of which the within is a true copy will be presented for settlement to the Hon.

one of the judges of the within named Court, at                  on        19
at      M.

Dated:

                                   **MEISSNER, KLEINBERG & FINKEL**

                                   *Attorneys for*

                                   **275 Madison Avenue**