FILED

JAN 16 1998

AT 8:30 .......... M
WILLIAM T. WALSH
CLERK

AUGUST W. FISCHER, ESQ.
53 Pequot Rd.
Ringwood, NJ 07456
(973)962-7179

Attorney for Defendant
Richard Calanni

| | |
|---|---|
| WALSH SECURITIES, INC. | : UNITED STATES DISTRICT COURT<br>: FOR THE DISTRICT OF NEW JERSEY<br>:<br>: CIVIL ACTION NO.:CV973496(WJB)<br>:<br>: ANSWER TO CROSS-CLAIM OF<br>: NATIONAL HOME FUNDING INC.<br>: and ROBERT SKOWRENSKI, II |
| Plaintiff, | |
| -vs- | |
| CRISTO PROPERTY MANAGEMENT LTD., et als. | |
| Defendant, | |

This defendant, RICHARD CALANNI, by way of answer to the cross-claim filed by National Home Funding Inc. and Robert Skowrenski, II states:

1. The allegations to the First Count of the cross-claim are not against this defendant and he makes no response thereto.

## SECOND COUNT

1. The allegations to the Second Count of the cross claim are not against this defendant and he makes no response thereto.

## THIRD COUNT

1. This defendant repeats its response to counts one and two as if set forth herein at length.

2. This defendant admits the allegations of paragraph number 2.

3. This defendant admits appraising certain properties but denies appraising the same at any amount higher than his professional opinion indicated. This defendant specifically denies being involved in artificially inflating the purchase price of any property.

## FOURTH COUNT

1. This defendant repeats its answers to the allegations contained in the first three counts of this cross-claim as is set forth at length herein.

2. This defendant denies he was negligent in the appraisals which he provided to the defendants in this matter.

## COUNTS FIVE through EIGHTEEN

This defendant makes no response to the allegations in counts five through eighteen since the allegations contain therein are against others and not him.

Dated: January 10, 1998

                                              AUGUST W. FISCHER, ESQ.
                                              Attorney for Richard Calanni

*Attorney(s):* AUGUST W. FISCHER, ESQ.
*Office Address & Tel. No.:* 53 Pequot Road, Ringwood, NJ 07456  (973)962-7179

*Attorney(s) for*

| | |
|---|---|
| WALSH SECURITIED, INC. <br><br> Plaintiff(s), <br><br> vs. <br><br> CRISTO PROPERTY MANAGEMENT LTD., et als. <br><br> Defendant(s). | UNITED STATES DISTRICT COURT <br> ~~SUPERIOR COURT OF NEW JERSEY~~ <br> FOR THE DISTRICT OF NEW JERSEY <br> ~~COUNTY DIVISION~~ <br><br> Docket No. CV973496 (WJB) <br><br> CIVIL ACTION <br><br> PROOF OF MAILING |

**1. I, the undersigned, am** Dawn Sudol, Secretary for AUGUST W. FISCHER, ESQ. **attorney(s) for** RICHARD CALANNI, Defendant

*in the above entitled action.*

**2. On** January 10, 1998, *I mailed in the U.S. Post Office in* Ringwood *New Jersey, a sealed envelope with postage prepaid thereon, by* certied *mail, return receipt requested, containing* Answer to Cross-claim of National Home Funding Inc., and Robert Skowrenski, II

*addressed to* Michael D. Schottland, Esq.
36 West Main St.
Freehold, NJ 07728

See attached list

*at said addressee's last known address.*

*I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.*

*Dated:* January 10, 19 98

*[signature]*
Dawn Sudol

Mark W. Catanzaro, Esq.
Blason IV
Suite  208
513 Lenola Road
Moorestown, New Jersey    08057
Attorney for Defendant Richard Pepsny

John Martini, Esq.
Fox Rothschild O'Brien & Frankel
997 Lenox Drive
Lawrenceville, New Jersey    08648
Attorney for Defendants Nations Title Insurance & Fidelity National Title Insurance

August W. Fischer, Esq.
53 Pequot Road
Ringwood, New Jersey    07456
Attorney for Defendant Richard Calanni

Lawrence S. Lustberg, Esq.
Crummy DelDeo Dolan Griffinger & Vecchione
One Riverfront Plaza
Newark, New Jersey    07102-5497
Attorney for Stanley Yacker, Esq.

David R. Kott, Esq.
McCarter & English
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey    07101-0652

<u>COUNSEL LIST</u>

<u>WALSH SECURITIES, INC. v. CRISTO PROPERTY MANAGEMENT ET AL
CIVIL ACTION NO. 97-3496 (WGB)</u>

Robert A. Magnanini, Esq.
Latham & Watkins
One Newark Center, 16th Floor
Newark, New Jersey   07101-3174
Attorney for Plaintiff Walsh Securities, Inc.

Michael Washor, Esq.
275 Madison Avenue, 10th Floor
New York, New York   10016
Attorney for Defendants Cristo Property Management, LTD, DEK Homes of NJ, Oakwood Properties, Inc. and William J. Kane

Michael Schottland, Esq.
36 West Main Street
Freehold, New Jersey   07728
Attorney for Defendants National Home Fund and Robert Skowrenski

Ronald Lee Reisner, Esq.
Drazin & Warshaw
26 Reckless Place
P.O. Box 8909
Red Bank, New Jersey   07710-8909
Attorneys for Defendants Capital Assets Property Management, Capital Assets Property Management, LLC and Gary Greiser

Richard L. Friedman, Esq.
Giordano Halleran & Ciesla
125 Half Mile Road
P.O. Box 190
Morristown, New Jersey   07748
Attorney for Defendant Michael Alfieri, Esq.

Miles Feinstein, Esq.
1135 Clifton Avenue
Clifton, New Jersey   07013
Attorney for Defendant Lawrence M. Cuzzi

Charles J. Uliano, Esq.
268 Norwood Avenue
West Long Branch, New Jersey   07764
Attorney for Defendants Anthony D'Apolito and DAP Consulting