

**FILED**

JAN 1 9 1998

AT 8:30 ............ M
WILLIAM T. WALSH
CLERK

Thomas G. Brodo
139 B Fort Lee road
Teaneck, New Jersey 07666
(201)836-7277
Defendant Pro Se

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

WALSH SECURITIES, INC. ,

    Plaintiff,

vs.

CRISTO PROPERTY MANAGEMENT,
LTD., A/K/A G.J.L. LIMITED, DEK
HOMES OF NEW JERSEY, INC.
OAKWOOD PROPERTIES, INC.,
NATIONAL HOME FUNDING, INC.,
CAPITAL ASSETS PROPERTY
MANAGEMENT & INVESTMENT CO.,
INC., CAPITAL ASSETS PROPERTY
MANAGEMENT, L.L.C., WILLIAM J.
KANE, GARY GRIESER, ROBERT
SKOWRENSKI, II, RICHARD CALANNI,
RICHARD DIBENEDETTO, JAMES R.
BROWN, THOMAS BRODO, ROLAND J.
PIERSON, STANLEY YACKER, ESQ.,
MICHAEL ALFIERI, ESQ.,RICHARD
PEPSNY, ESQ., ANTHONY M.
CICALESE, ESQ., LAWRENCE M.
CUZZI, ANTHONY D'APOLITO, DAP
CONSULTING, INC., COMMONWEALTH
LAND TITLE INSURANCE COMPANY,
NATIONS TITLE INSURANCE OF NEW
YORK INC., FIDELITY NATIONAL
TITLE INSURANCE COMPANY OF NEW
YORK, AND COASTAL TITLE AGENCY,

    Defendants.

Civil Action No. CV 97-3496(WGB)

Hon. William G. Bassler

**ANSWER AND AFFIRMATIVE
DEFENSES OF THOMAS G. BRODO
TO AMENDED COMPLAINT**

DEFENDANT THOMAS BRODO HEREBY ANSWERS THE COMPLAINT AS FOLLOWS:

1. This  Defendant has no factual basis upon which to answer this allegation.

2. This Defendant has no factual basis upon which to answer this allegation.

3. This Defendant has no factual basis upon which to answer this allegation.

4. This Defendant has no factual basis upon which to answer this allegation.

5. This Defendant has no factual basis upon which to answer this allegation.

6. This Defendant has no factual basis upon which to answer this allegation.

7. This Defendant has no factual basis upon which to answer this allegation.

8. This Defendant has no factual basis upon which to answer this allegation.

9. This Defendant has no factual basis upon which to answer this allegation.

10. This Defendant has no factual basis upon which to answer this allegation.

11. This Defendant has no factual basis upon which to answer this allegation.

12. This Defendant has no factual basis upon which to answer this allegation.

13. This Defendant has no factual basis upon which to answer this allegation.

14. This Defendant has no factual basis upon which to answer this allegation.

15. Admitted.

16. This Defendant has no factual basis upon which to answer this allegation.

17. Denied.

18. This Defendant has no factual basis upon which to answer this allegation.

19. This Defendant has no factual basis upon which to answer this allegation.

20. This Defendant has no factual basis upon which to answer this allegation.

21. This Defendant has no factual basis upon which to answer this allegation.

22. This Defendant has no factual basis upon which to answer this allegation.

23. This Defendant has no factual basis upon which to answer this allegation.

24. This Defendant has no factual basis upon which to answer this allegation.

25. This Defendant has no factual basis upon which to answer this allegation.

26. This Defendant has no factual basis upon which to answer this allegation.

27. This Defendant has no factual basis upon which to answer this allegation.

28 This Defendant has no factual basis upon which to answer this allegation.

29. This Defendant has no factual basis upon which to answer this allegation.

30. This Defendant has no factual basis upon which to answer this allegation.

31. This Defendant has no factual basis upon which to answer this allegation.

32. This Defendant has no factual basis upon which to answer this allegation.

33. Denied.

34. Denied.

35. Denied.

36. This Defendant has no factual basis upon which to answer this allegation.

37. This Defendant has no factual basis upon which to answer this allegation.

38. This Defendant has no factual basis upon which to answer this allegation.

38. This Defendant has no factual basis upon which to answer this allegation.

39. This Defendant has no factual basis upon which to answer this allegation.

40. This Defendant has no factual basis upon which to answer this allegation.

41. This Defendant has no factual basis upon which to answer this allegation.

42. This Defendant has no factual basis upon which to answer this allegation.

43. This Defendant has no factual basis upon which to answer this allegation.

44. This Defendant has no factual basis upon which to answer this allegation.

45. This Defendant has no factual basis upon which to answer this allegation.

46. This Defendant has no factual basis upon which to answer this allegation.

47. This Defendant has no factual basis upon which to answer this allegation.

48. This Defendant has no factual basis upon which to answer this allegation.

49. This Defendant has no factual basis upon which to answer this allegation.

50. This Defendant has no factual basis upon which to answer this allegation.

51. This Defendant has no factual basis upon which to answer this allegation.

52. Denied.

53. Denied.

54. Denied.

55. This Defendant has no factual basis upon which to answer this allegation.

56. This Defendant has no factual basis upon which to answer this allegation.

57. This Defendant has no factual basis upon which to answer this allegation.

(a) This Defendant has no factual basis upon which to answer this allegation.

(b) This Defendant has no factual basis upon which to answer this allegation.

(c) This Defendant has no factual basis upon which to answer this allegation.

(d)Denied.

(e) Denied.

      1)Denied.
      2)Denied.
      3)This Defendant has no factual basis upon which to answer this allegation.

4)This Defendant has no factual basis upon which to answer this allegation.
5)This Defendant has no factual basis upon which to answer this allegation.
6)This Defendant has no factual basis upon which to answer this allegation.
7)This Defendant has no factual basis upon which to answer this allegation.
8)This Defendant has no factual basis upon which to answer this allegation.

(f)  This Defendant has no factual basis upon which to answer this allegation.

(g) This Defendant has no factual basis upon which to answer this allegation.

(h) This Defendant has no factual basis upon which to answer this allegation.

(i) This Defendant has no factual basis upon which to answer this allegation.

(j) This Defendant has no factual basis upon which to answer this allegation.

(k)        1) This Defendant has no factual basis upon which to answer this allegation.
2)This Defendant has no factual basis upon which to answer this allegation.
3) This Defendant has no factual basis upon which to answer this allegation.

(l) This Defendant has no factual basis upon which to answer this allegation.

(m) Denied.

58.  (a) This Defendant has no factual basis upon which to answer this allegation.

1) thru  9)  This Defendant has no factual basis upon which to answer these allegations.

(b) . This Defendant has no factual basis upon which to answer this allegation.

1) thru  9) This Defendant has no factual basis upon which to answer these allegations.

59. Denied.


## COUNT I

60.  The Defendant repeats each and every answer to the allegations of paragraphs 1 through 59 as if  fully set forth herein.

61. This Defendant has no factual basis upon which to answer this allegation.

62. Denied.

63. Denied.

64. This Defendant has no factual basis upon which to answer this allegation.

65. Denied.

66. This Defendant has no factual basis upon which to answer this allegation.

a) This Defendant has no factual basis upon which to answer this allegation.

b) This Defendant has no factual basis upon which to answer this allegation.

67. Denied.

68. This Defendant has no factual basis upon which to answer this allegation.

a) Denied.

b) This Defendant has no factual basis upon which to answer this allegation.

c) This Defendant has no factual basis upon which to answer this allegation.

WHEREFORE, as to this Count, Defendant prays the Court dismiss the action filed against this Defendant, and further, ORDER the Plaintiff to pay all costs associated with this action as thay pertain to this Defendant.

## COUNT II

69. This Defendant repeats each and every answer to the allegations of paragraphs 1 thru 68 as if fully set forth herein.

70. This Defendant has no factual basis upon which to answer this allegation.

71. This Defendant has no factual basis upon which to answer this allegation.

72. Denied.

73. Denied.

a) Denied.

b) This Defendant has no factual basis upon which to answer this allegation.

c) This Defendant has no factual basis upon which to answer this allegation.

WHEREFORE, as to this Count, this Defendant prays the Court dismiss the action against this Defendant, and further, ORDER that the Plaintiff pay all costs associated with this claim as they pertain to this Defendant.

## COUNT III

74. This Defendant repeats each and every answer to the allegations of Paragraphs 1 thru 73 as if fully set forth herein.

75. Denied.

76. Denied.

77. Denied.

78. Denied.

WHEREFORE, as to this Count, this Defendant prays the court dismiss the action against this Defendant, and further, ORDER, that the Plaintiff pay all costs associated with this claim as they pertain to this Defendant.

## COUNT IV

79. This Defendant repeats each and every answer to the allegations of paragraphs 1 thru 78 as if fully set forth herein.

80. This Defendant has no factual basis upon which to answer this allegation.

81. This Defendant has no factual basis upon which to answer this allegation.

82. This Defendant has no factual basis upon which to answer this allegation.

83. This Defendant has no factual basis upon which to answer this allegation.

84. This Defendant has no factual basis upon which to answer this allegation.

WHEREFORE, as to this Count, this Defendant prays the court dismiss the action against this Defendant, and further, ORDER that the Plaintiff pay all costs associated with this claim as they pertain to this Defendant.

## COUNT V

85. This Defendant repeats each and every answer to the allegations of paragraphs 1 thru 84 as if fully set forth herein.

86. This Defendant has no factual basis upon which to answer this allegation.

87. This Defendant has no factual basis upon which to answer this allegation.

88. This Defendant has no factual basis upon which to answer this allegation.

89. This Defendant has no factual basis upon which to answer this allegation.

90. This Defendant has no factual basis upon which to answer this allegation.

91. This Defendant has no factual basis upon which to answer this allegation.

WHEREFORE, as to this Count, this Defendant prays the Court dismiss the action against this Defendant, and further, ORDER that the Plaintiff pay all costs associated with this claim as they pertain to this Defendant.

## PRAYER FOR RELIEF

WHEREFORE, Defendant demands judgment against the Plaintiff, dismissing this action and for all costs incurred by this Defendant in defending same.

## AFFIRMATIVE DEFENSES

1. Plaintiff is barred by the doctrine of estoppel.

2. Plaintiff is barred by the doctrine of unclean hands

3. Plaintiff is barred by it's own action.

4. Plaintiff is barred by the fact of it's own conspiratorial fraud.

5. Plaintiff is barred by the fact that this Defendant committed no wrong nor anything which is actionable in his association with the Plaintiff or any parties to this action.

## DEMAND FOR TRIAL BY JURY

Defendant hereby demands a trial by jury as to all issues or those to which it has such right.

Dated January 19,1998

Thomas G. Brodo
139B fort Lee Road
Teaneck, New Jersey 07666

(201) 836-7277

Defendant/Pro Se.

Thomas G. Brodo