FILED

JAN 20 1998

AT 8:30 .............M
WILLIAM T. WALSH
CLERK

**MARK W. CATANZARO, ESQUIRE**
Blason IV - Suite 208
513 S. Lenola Road
Moorestown, New Jersey 08057
(609) 235-4266
By: Mark W. Catanzaro, Esquire (MWC 7126)
Attorney for Defendant, Richard Pepsny

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE
HONORABLE WILLIAM G. BASSLER

| | | |
|---|---|---|
| WALSH SECURITIES, INC., | : | |
| Plaintiff, | : | Civil Action No. 97cv3496(WGB) |
| vs. | : | |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, et al, | : | ANSWER TO CROSS-CLAIM OF DEFENDANTS NATIONAL HOME FUNDING, INC. AND ROBERT SKOWRENSKI, II |
| Defendants. | : | |

Defendant, Richard Pepsny, having his principal place of business at 2005 Route 35 in the Township of Middletown, County of Monmouth, State of New Jersey, by way of answer to the Cross-Claim of Defendants National Home Funding, Inc. and Robert Skowrenski, II, say:

## COUNTS ONE THROUGH FOURTEEN

1.  Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Counts One through Fourteen except to repeat and re-allege his Answer to Plaintiff's Amended Complaint and insofar as these allegations may be deemed to apply to this defendant as alleging any cause of action against him, they are denied.

WHEREFORE, defendant Richard Pepsny demands judgment dismissing National Home Funding and Robert Skowrenski's Cross-Claim together with costs and reasonable attorneys fees.

## COUNT FIFTEEN

1.  Answering defendant repeats and incorporates by reference the Answer previously filed to plaintiff's Complaint as well as the previous reply to Counts One through Fourteen as if the same were set forth at length herein.

2.  Admitted.

3.  Denied. This defendant denies the allegations contained in paragraph three except to admit that he participated in some fashion in some of the transactions referred to in plaintiff's Amended Complaint.

4.  Denied.

5.  Denied.

WHEREFORE, defendant Richard Pepsny demands judgment

dismissing National Home Funding and Robert Skowrenski's Cross-Claim together with costs and reasonable attorneys fees.

### COUNTS SIXTEEN THROUGH EIGHTEEN

1. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Counts Sixteen through Eighteen except to repeat and re-allege his Answer to Plaintiff's Amended Complaint and insofar as these allegations may be deemed to apply to this defendant as alleging any cause of action against him, they are denied.

WHEREFORE, defendant Richard Pepsny demands judgment dismissing National Home Funding and Robert Skowrenski's Cross-Claim together with costs and reasonable attorneys fees.

DATED: January 16, 1998    By: _____
                               Mark W. Catanzaro, Esquire

Thomas G. Brodo
139 B Fort Lee road
Teaneck, New Jersey 07666
(201)836-7277
Defendant Pro Se

FILED

JAN 19 1998

AT 8:30 ........... M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

WALSH SECURITIES, INC.,

    Plaintiff,

vs.

CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC. OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, ROLAND J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ.,RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW YORK INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, AND COASTAL TITLE AGENCY,

    Defendants.

Civil Action No. CV 97-3496(WGB)

Hon. William G. Bassler

**ANSWER AND AFFIRMATIVE
DEFENSES OF THOMAS G. BRODO
TO AMENDED COMPLAINT**

DEFENDANT THOMAS BRODO HEREBY ANSWERS THE COMPLAINT AS FOLLOWS:

1. This Defendant has no factual basis upon which to answer this allegation.
2. This Defendant has no factual basis upon which to answer this allegation.
3. This Defendant has no factual basis upon which to answer this allegation.
4. This Defendant has no factual basis upon which to answer this allegation.
5. This Defendant has no factual basis upon which to answer this allegation.
6. This Defendant has no factual basis upon which to answer this allegation.
7. This Defendant has no factual basis upon which to answer this allegation.
8. This Defendant has no factual basis upon which to answer this allegation.
9. This Defendant has no factual basis upon which to answer this allegation.
10. This Defendant has no factual basis upon which to answer this allegation.
11. This Defendant has no factual basis upon which to answer this allegation.
12. This Defendant has no factual basis upon which to answer this allegation.
13. This Defendant has no factual basis upon which to answer this allegation.
14. This Defendant has no factual basis upon which to answer this allegation.
15. Admitted.
16. This Defendant has no factual basis upon which to answer this allegation.
17. Denied.
18. This Defendant has no factual basis upon which to answer this allegation.
19. This Defendant has no factual basis upon which to answer this allegation.
20. This Defendant has no factual basis upon which to answer this allegation.
21. This Defendant has no factual basis upon which to answer this allegation.
22. This Defendant has no factual basis upon which to answer this allegation.
23. This Defendant has no factual basis upon which to answer this allegation.
24. This Defendant has no factual basis upon which to answer this allegation.
25. This Defendant has no factual basis upon which to answer this allegation.
26. This Defendant has no factual basis upon which to answer this allegation.
27. This Defendant has no factual basis upon which to answer this allegation.
28 This Defendant has no factual basis upon which to answer this allegation.
29. This Defendant has no factual basis upon which to answer this allegation.
30. This Defendant has no factual basis upon which to answer this allegation.
31. This Defendant has no factual basis upon which to answer this allegation.
32. This Defendant has no factual basis upon which to answer this allegation.

33. Denied.

34. Denied.

35. Denied.

36. This Defendant has no factual basis upon which to answer this allegation.

37. This Defendant has no factual basis upon which to answer this allegation.

38. This Defendant has no factual basis upon which to answer this allegation.

38. This Defendant has no factual basis upon which to answer this allegation.

39. This Defendant has no factual basis upon which to answer this allegation.

40. This Defendant has no factual basis upon which to answer this allegation.

41. This Defendant has no factual basis upon which to answer this allegation.

42. This Defendant has no factual basis upon which to answer this allegation.

43. This Defendant has no factual basis upon which to answer this allegation.

44. This Defendant has no factual basis upon which to answer this allegation.

45. This Defendant has no factual basis upon which to answer this allegation.

46. This Defendant has no factual basis upon which to answer this allegation.

47. This Defendant has no factual basis upon which to answer this allegation.

48. This Defendant has no factual basis upon which to answer this allegation.

49. This Defendant has no factual basis upon which to answer this allegation.

50. This Defendant has no factual basis upon which to answer this allegation.

51. This Defendant has no factual basis upon which to answer this allegation.

52. Denied.

53. Denied.

54. Denied.

55. This Defendant has no factual basis upon which to answer this allegation.

56. This Defendant has no factual basis upon which to answer this allegation.

57. This Defendant has no factual basis upon which to answer this allegation.

(a) This Defendant has no factual basis upon which to answer this allegation.

(b) This Defendant has no factual basis upon which to answer this allegation.

(c) This Defendant has no factual basis upon which to answer this allegation.

(d) Denied.

(e) Denied.

    1) Denied.
    2) Denied.
    3) This Defendant has no factual basis upon which to answer this allegation.

       4) This Defendant has no factual basis upon which to answer this allegation.
       5) This Defendant has no factual basis upon which to answer this allegation.
       6) This Defendant has no factual basis upon which to answer this allegation.
       7) This Defendant has no factual basis upon which to answer this allegation.
       8) This Defendant has no factual basis upon which to answer this allegation.

(f) This Defendant has no factual basis upon which to answer this allegation.

(g) This Defendant has no factual basis upon which to answer this allegation.

(h) This Defendant has no factual basis upon which to answer this allegation.

(i) This Defendant has no factual basis upon which to answer this allegation.

(j) This Defendant has no factual basis upon which to answer this allegation.

(k)     1) This Defendant has no factual basis upon which to answer this allegation.
        2) This Defendant has no factual basis upon which to answer this allegation.
        3) This Defendant has no factual basis upon which to answer this allegation.

(l) This Defendant has no factual basis upon which to answer this allegation.

(m) Denied.

58. (a) This Defendant has no factual basis upon which to answer this allegation.

    1) thru 9) This Defendant has no factual basis upon which to answer these allegations.

  (b) . This Defendant has no factual basis upon which to answer this allegation.

    1) thru 9) This Defendant has no factual basis upon which to answer these allegations.

59. Denied.

## COUNT I

60. The Defendant repeates each and every answer to the allegations of paragraphs 1 through 59 as if fully set forth herein.

61. This Defendant has no factual basis upon which to answer this allegation.

62. Denied.

63. Denied.

64. This Defendant has no factual basis upon which to answer this allegation.

65. Denied.

66. This Defendant has no factual basis upon which to answer this allegation.

a) This Defendant has no factual basis upon which to answer this allegation.

b) This Defendant has no factual basis upon which to answer this allegation.

67. Denied.

68. This Defendant has no factual basis upon which to answer this allegation.

a) Denied.

b) This Defendant has no factual basis upon which to answer this allegation.

c) This Defendant has no factual basis upon which to answer this allegation.

WHEREFORE, as to this Count, Defendant prays the Court dismiss the action filed against this Defendant, and further, ORDER the Plaintiff to pay all costs associated with this action as thay pertain to this Defendant.

## COUNT II

69. This Defendant repeats each and every answer to the allegations of paragraphs 1 thru 68 as if fully set forth herein.

70. This Defendant has no factual basis upon which to answer this allegation.

71. This Defendant has no factual basis upon which to answer this allegation.

72. Denied.

73. Denied.

a) Denied.

b) This Defendant has no factual basis upon which to answer this allegation.

c) This Defendant has no factual basis upon which to answer this allegation.

WHEREFORE, as to this Count, this Defendant prays the Court dismiss the action against this Defendant, and further, ORDER that the Plaintiff pay all costs associated with this claim as they pertain to this Defendant.

## COUNT III

74. This Defendant repeats each and every answer to the allegations of Paragraphs 1 thru 73 as if fully set forth herein.

75. Denied.

76. Denied.

77. Denied.

78. Denied.

WHEREFORE, as to this Count, this Defendant prays the court dismiss the action against this Defendant, and further, ORDER, that the Plaintiff pay all costs associated with this claim as they pertain to this Defendant.

## COUNT IV

79. This Defendant repeats each and every answer to the allegations of paragraphs 1 thru 78 as if fully set forth herein.

80. This Defendant has no factual basis upon which to answer this allegation.

81. This Defendant has no factual basis upon which to answer this allegation.

82. This Defendant has no factual basis upon which to answer this allegation.

83. This Defendant has no factual basis upon which to answer this allegation.

84. This Defendant has no factual basis upon which to answer this allegation.

WHEREFORE, as to this Count, this Defendant prays the court dismiss the action against this Defendant, and further, ORDER that the Plaintiff pay all costs associated with this claim as they pertain to this Defendant.

## COUNT V

85. This Defendant repeats each and every answer to the allegations of paragraphs 1 thru 84 as if fully set forth herein.

86. This Defendant has no factual basis upon which to answer this allegation.

87. This Defendant has no factual basis upon which to answer this allegation.

88. This Defendant has no factual basis upon which to answer this allegation.

89. This Defendant has no factual basis upon which to answer this allegation.

90. This Defendant has no factual basis upon which to answer this allegation.

91. This Defendant has no factual basis upon which to answer this allegation.

WHEREFORE, as to this Count, this Defendant prays the Court dismiss the action against this Defendant, and further, ORDER that the Plaintiff pay all costs associated with this claim as they pertain to this Defendant.

**PRAYER FOR RELIEF**

WHEREFORE, Defendant demands judgment against the Plaintiff, dismissing this action and for all costs incurred by this Defendant in defending same.

**AFFIRMATIVE DEFENSES**

1. Plaintiff is barred by the doctrine of estoppel.

2. Plaintiff is barred by the doctrine of unclean hands

3. Plaintiff is barred by it's own action.

4. Plaintiff is barred by the fact of it's own conspiratorial fraud.

5. Plaintiff is barred by the fact that this Defendant committed no wrong nor anything which is actionable in his association with the Plaintiff or any parties to this action.

**DEMAND FOR TRIAL BY JURY**

Defendant hereby demands a trial by jury as to all issues or those to which it has such right.

Dated January 19,1998

Thomas G. Brodo
139B fort Lee Road
Teaneck, New Jersey 07666

(201) 836-7277
Defendant/Pro Se
Thomas G. Brodo