FILED

JAN 20 1998

AT 8:30 .......... M
WILLIAM T. WALSH
CLERK

**MARK W. CATANZARO, ESQUIRE**
Blason IV - Suite 208
513 S. Lenola Road
Moorestown, New Jersey 08057
(609) 235-4266
By: Mark W. Catanzaro, Esquire (MWC 7126)
Attorney for Defendant, Richard Pepsny

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE
HONORABLE WILLIAM G. BASSLER

| | | |
|---|---|---|
| WALSH SECURITIES, INC., | : | |
| Plaintiff, | : | Civil Action No. 97cv3496(WGB) |
| vs. | : | |
| | : | ANSWER TO CROSS-CLAIM OF |
| CRISTO PROPERTY | : | DEFENDANTS CAPITAL ASSETS |
| MANAGEMENT, LTD., a/k/a | | PROPERTY MANAGEMENT & |
| G.J.L. LIMITED, et al, | : | INVESTMENT CO., INC., CAPITAL |
| | | ASSETS PROPERTY MANAGEMENT & |
| Defendants. | : | INVESTMENT CO., L.L.C. AND |
| | | GARY GRIESER |
| | : | |

Defendant, Richard Pepsny, having his principal place of business at 2005 Route 35 in the Township of Middletown, County of Monmouth, State of New Jersey, by way of answer to the Cross-Claim of Defendants Capital Assets Property Management & Investment Co., Inc., Capital Assets Property Management & Investment Co., L.L.C.

and Gary Grieser, say:

1. Answering defendant denies that he is responsible for contribution to Capital Assets Property Management & Investment Co., Inc., Capital Assets Property Management & Investment Co., L.L.C., Gary Grieser and/or any other defendant in this litigation.

WHEREFORE, defendant Richard Pepsny demands judgment dismissing Capital Assets Property Management & Investment Co., Inc., Capital Assets Management & Investment Co., L.L.C. and Gary Grieser's Cross-Claim together with costs and reasonable attorneys fees.

DATED: January 16, 1998      By: _____
                                 Mark W. Catanzaro, Esquire