FILED

JAN 20 1998

AT 8:30 ............ M
WILLIAM T. WALSH
CLERK

**MARK W. CATANZARO, ESQUIRE**
Blason IV - Suite 208
513 S. Lenola Road
Moorestown, New Jersey 08057
(609) 235-4266
By: Mark W. Catanzaro, Esquire (MWC 7126)
Attorney for Defendant, Richard Pepsny

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE
HONORABLE WILLIAM G. BASSLER

| | | |
|---|---|---|
| WALSH SECURITIES, INC., | : | |
| Plaintiff, | : | Civil Action No. 97cv3496(WGB) |
| vs. | : | |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, et al, | : | CERTIFICATION OF SERVICE |
| Defendants. | : | |

Susan M. Kibler, of full age, makes the following certification:

1. I am a secretary employed by the Law Firm of Mark W. Catanzaro, attorney for the defendant, Richard Pepsny in the within action.

2. On January 16, 1998, I forwarded via New Jersey Lawyers Service to the Clerk, U.S. District Court, Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New

Jersey, an original and one copy of the following:

      a.    Answer to Cross-Claim of National Home Funding, Inc. and Robert Skowrenski, II;
      b.    Answer to Cross-Claim of Capital Assets Property Management & Investment Co., Inc., Capital Assets Property Management & Investment Co., L.L.C. and Gary Grieser; and
      c.    Answer to Cross-Claim of Richard Calanni.

3. On January 16, 1998, I forwarded via regular First Class Mail, postage pre-paid, a copy of the following:

      a.    Answer to Cross-Claim of National Home Funding, Inc. and Robert Skowrenski, II;
      b.    Answer to Cross-Claim of Capital Assets Property Management & Investment Co., Inc., Capital Assets Property Management & Investment Co., L.L.C. and Gary Grieser; and
      c.    Answer to Cross-Claim of Richard Calanni.

to the following:

    Robert A. Magnanini, Esquire
    Latham & Watkins
    One Newark Center, 16th Floor
    Newark, New Jersey 07101-3174

    Michael Washor, Esquire
    275 Madison Avenue
    10th Floor
    New York, New York 10016

    Michael Schottland, Esquire
    36 W. Main Street
    Freehold, NJ 07728

    Ronald Lee Reisner, Esquire
    Drazin and Warshaw
    26 Reckless Place
    P.O. Box 8909
    Red Bank, NJ 07701-8909

    Richard L. Friedman, Esquire
    Giordano, Halleran & Ciesla
    125 Half Mile Road
    P.O. Box 190
    Morristown, NJ 07748

Miles Feinstein, Esquire
1135 Clifton Avenue
Clifton, NJ 07013

Charles J. Uliano, Esquire
268 Norwood Avenue
W. Long Branch, NJ 07764

Jon C. Martin, Esquire
Fox, Rothschild, O'Brien & Frankel, L.L.P.
997 Lenox Drive
Lawrenceville, NJ 08648

James I. O'Hern, Esquire
Gibbons, Del Deo, Dolan, Griffinger & Vechione
1 Riverfront Plaza
Newark, New Jersey 07102-5497

August W. Fischer, Esquire
53 Pequot Road
Ringwood, NJ 07456

David R. Kott, Esquire
McCarter & English
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07101

Richard Dibenedetto
384 Greenwich Street
Bergenfield, NJ 07621

James R. Brown
1089 Cedar Avenue
Union, NJ 07083

Anthony M. Cicalese, Esquire
72 Eagle Rock Avenue
Building 2
East Hanover, NJ 07936

Coastal Title Insurance
21 West Main Street
Freehold, NJ 07728

Thomas Brodo
139 B Fort Lee Road
Teaneck, NJ 07666

Roland J. Peirson
Perison Appraisals
2 Maryland Drive
Jackson, New Jersey 08527

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: January 16, 1998               _____
                                      Susan M. Kibler