FILED

JAN 20 1998

AT 8:30 .......... M
WILLIAM T. WALSH
CLERK

**JEROME A. BALLAROTTO, ESQUIRE**
143 White Horse Avenue
Trenton, New Jersey 08610
(609) 581-8555
By: Jerome A. Ballarotto, Esquire (JAB 0999)
Attorney for Defendant, Richard Pepsny

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE
HONORABLE WILLIAM G. BASSLER

| | | |
|---|---|---|
| WALSH SECURITIES, INC., | : | |
| Plaintiff, | : | Civil Action No. 97cv3496(WGB) |
| vs. | : | |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, et al, | : | ENTRY OF APPEARANCE |
| Defendants. | : | |

Please enter my appearance as co-counsel on behalf of defendant, Richard Pepsny, in the above-captioned matter.

Dated: 1/19/98

Jerome A. Ballarotto, Esquire

**JEROME A. BALLAROTTO, ESQUIRE**
143 White Horse Avenue
Trenton, New Jersey 08610
(609) 581-8555
By: Jerome A. Ballarotto, Esquire (JAB 0999)
Attorney for Defendant, Richard Pepsny

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE
HONORABLE WILLIAM G. BASSLER

| | | |
|---|---|---|
| WALSH SECURITIES, INC., | : | |
| Plaintiff, | : | Civil Action No. 97cv3496(WGB) |
| vs. | : | |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, et al, | : | ENTRY OF APPEARANCE |
| Defendants. | : | |

Please enter my appearance as co-counsel on behalf of defendant, Richard Pepsny, in the above-captioned matter.

Dated: 1/19/98

Jerome A. Ballarotto, Esquire