FILED

JAN 21 1998

AT 8:30 .......... M
WILLIAM T. WALSH
CLERK

**MARK W. CATANZARO, ESQUIRE**
Blason IV - Suite 208
513 S. Lenola Road
Moorestown, New Jersey 08057
(609) 235-4266
By: Mark W. Catanzaro, Esquire (MWC 7126)
Attorney for Defendant, Richard Pepsny

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE
HONORABLE WILLIAM G. BASSLER

| | | |
|---|---|---|
| WALSH SECURITIES, INC., | : | |
| Plaintiff, | : | Civil Action No. 97cv3496(WGB) |
| vs. | : | |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, et al, | : : | ANSWER TO CROSS-CLAIM OF DEFENDANTS ANTHONY D'APOLITO AND DAP CONSULTING, INC. |
| Defendants. | : | |

Defendant, Richard Pepsny, having his principal place of business at 2005 Route 35 in the Township of Middletown, County of Monmouth, State of New Jersey, by way of answer to the Cross-Claim of Defendants Anthony D'Apolito, individually, and DAP Consulting, Inc., say:

1. Denied. After reasonable investigation, answering

defendant is without sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph one of the cross-claim and are therefore denied.

2. Denied. It is specifically denied that Anthony D'Apolito and/or DAP Consulting, Inc. is entitled to contribution from Richard Pepsny for the causes of action asserted by plaintiff. Answering defendant had no involvement in the conduct alleged in plaintiff's complaint and repeats and realleges the answers to the plaintiff's complaint as if the same were set forth at length herein.

WHEREFORE, defendant Richard Pepsny demands judgment dismissing Anthony D'Apolito and DAP Consulting, Inc.'s Cross-Claim together with costs and reasonable attorneys fees.

Dated: January 20, 1998

_____
Mark W. Catanzaro, Esquire

**MARK W. CATANZARO, ESQUIRE**
Blason IV - Suite 208
513 S. Lenola Road
Moorestown, New Jersey 08057
(609) 235-4266
By: Mark W. Catanzaro, Esquire (MWC 7126)
Attorney for Defendant, Richard Pepsny

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE
HONORABLE WILLIAM G. BASSLER**

| | | |
|---|---|---|
| WALSH SECURITIES, INC., | : | |
| Plaintiff, | : | Civil Action No. 97cv3496(WGB) |
| vs. | : | |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, et al, | : | CERTIFICATION OF SERVICE |
| Defendants. | : | |

Susan M. Kibler, of full age, makes the following certification:

1. I am a secretary employed by the Law Firm of Mark W. Catanzaro, attorney for the defendant, Richard Pepsny in the within action.

2. On January 20, 1998, I forwarded via New Jersey Lawyers

Service to the Clerk, U.S. District Court, Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, an original and one copy of Richard Pepsny's Answer to Cross-Claim of Defendants Anthony D'Apolito and DAP Consulting, Inc. and Certification of Service.

3. On January 20, 1998, I forwarded via regular First Class Mail, postage pre-paid, a copy of Richard Pepsny's Answer to Cross-Claim of Defendants Anthony D'Apolito and DAP Consulting, Inc. and Certification of Service to the following:

    Robert A. Magnanini, Esquire
    Latham & Watkins
    One Newark Center, 16th Floor
    Newark, New Jersey 07101-3174

    Michael Washor, Esquire
    275 Madison Avenue
    10th Floor
    New York, New York 10016

    Michael Schottland, Esquire
    36 W. Main Street
    Freehold, NJ 07728

    Ronald Lee Reisner, Esquire
    Drazin and Warshaw
    26 Reckless Place
    P.O. Box 8909
    Red Bank, NJ 07701-8909

    Richard L. Friedman, Esquire
    Giordano, Halleran & Ciesla
    125 Half Mile Road
    P.O. Box 190
    Morristown, NJ 07748

    Miles Feinstein, Esquire
    1135 Clifton Avenue
    Clifton, NJ 07013

    Charles J. Uliano, Esquire
    268 Norwood Avenue
    W. Long Branch, NJ 07764

Jon C. Martin, Esquire
Fox, Rothschild, O'Brien & Frankel, L.L.P.
997 Lenox Drive
Lawrenceville, NJ 08648

James I. O'Hern, Esquire
Gibbons, Del Deo, Dolan, Griffinger & Vechione
1 Riverfront Plaza
Newark, New Jersey 07102-5497

August W. Fischer, Esquire
53 Pequot Road
Ringwood, NJ 07456

David R. Kott, Esquire
McCarter & English
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07101

Richard Dibenedetto
384 Greenwich Street
Bergenfield, NJ 07621

James R. Brown
1089 Cedar Avenue
Union, NJ 07083

Anthony M. Cicalese, Esquire
72 Eagle Rock Avenue
Building 2
East Hanover, NJ 07936

Coastal Title Insurance
21 West Main Street
Freehold, NJ 07728

Thomas Brodo
139 B Fort Lee Road
Teaneck, NJ 07666

Roland J. Peirson
Perison Appraisals
2 Maryland Drive
Jackson, New Jersey 08527


I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are

willfully false, I am subject to punishment.

Dated: January 20, 1998

_____
Susan M. Kibler

-4-