McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
DK-4593
Attorneys for Defendant
  Commonwealth Land Title
  Insurance Company

FILED

JAN 27 1998

AT 8:30 .......... M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------x
WALSH SECURITIES, INC.,              :

              Plaintiff,             : Civil Action No. 97-3496
                                       Hon. William G. Bassler
v.                                   :

CRISTO PROPERTY MANAGEMENT, LTD.,    :
A/K/A G.J.L. LIMITED, DEK HOMES OF
NEW JERSEY, INC., OAKWOOD            :
PROPERTIES INC., NATIONAL HOME
FUNDING, INC., CAPITAL ASSETS        :
PROPERTY MANAGEMENT, L.L.C.,
WILLIAM J. KANE, GARY GRIESER,       :
ROBERT SKOWRENSKI, II, RICHARD         **APPLICATION AND ORDER FOR**
CALANNI, RICHARD DIBENEDETTO, JAMES: **AN EXTENSION OF TIME TO**
R. BROWN, THOMAS BRODO, RONALD J.      **ANSWER, MOVE OR OTHERWISE**
PIERSON, STANLEY YACKER, ESQ.,       : **REPLY**
MICHAEL ALFIERI, ESQ., RICHARD
PEPSNY, ESQ., ANTHONY M. CICALESE,   :
ESQ., LAWRENCE M. CUZZI, ANTHONY
D'APOLITO, DAP CONSULTING, INC.,     :
COMMONWEALTH LAND TITLE INSURANCE
COMPANY, NATIONS TITLE INSURANCE     :
OF NEW YORK INC., FIDELITY NATIONAL
TITLE INSURANCE COMPANY OF NEW       :
YORK, and COASTAL TITLE AGENCY,
                                     :

              Defendants.            :
------------------------------------x

Application is hereby made for a Clerk's Order extending the time within which defendant Commonwealth Land Title Insurance Company may answer, move or otherwise reply to the Amended Complaint filed by plaintiff herein from January 29, 1998 through and including February 13, 1998; and it is represented that:

1.  No previous extension has been obtained;

2.  Service of process was effected by service of the Summons and Amended Complaint upon defendant Commonwealth Land Title Insurance Company on its attorneys, McCarter & English, LLP on January 9, 1998;

3.  The Summons served upon defendant Commonwealth Land Title Insurance Company through its attorneys, McCarter & English, LLP provided 20 days for the time for defendant Commonwealth Land Title Insurance Company to answer, move or otherwise plead, and accordingly the time for defendant

2

Commonwealth Land Title Insurance Company to answer, move or otherwise reply expires on January 29, 1998.

                                        McCARTER & ENGLISH, LLP
                                        Attorneys for Defendant
                                          Commonwealth Land Title
                                          Insurance Company

By: _____
      David R. Kott
      A Member of the Firm

DATED: January 26, 1998

### O R D E R

The above application is ORDERED GRANTED.

                                        William T. Walsh, Clerk

By: _____
    DONNA DE ANGELIS
    Deputy Clerk

DATED: