FILED

FEB 0 2 1998

AT 8:30 ............ M
WILLIAM T. WALSH
CLERK

**MARK W. CATANZARO, ESQUIRE**
Blason IV - Suite 208
513 S. Lenola Road
Moorestown, New Jersey 08057
(609) 235-4266
By: Mark W. Catanzaro, Esquire (MWC 7126)
Attorney for Defendant, Richard Pepsny

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK VICINAGE
## HONORABLE WILLIAM G. BASSLER

| | | |
|---|---|---|
| WALSH SECURITIES, INC., | : | |
| Plaintiff, | : | Civil Action No. 97cv3496(WGB) |
| vs. | : | |
| CRISTO PROPERTY | : | |
| MANAGEMENT, LTD., a/k/a | | AFFIDAVIT OF |
| G.J.L. LIMITED, et al, | : | JEROME A. BALLAROTTO |
| Defendants. | : | |

STATE OF NEW JERSEY )
                     ss:
COUNTY OF MERCER    )

I, Jerome A. Ballarotto, being of full age, deposes and says:

1.    I am an attorney at law licensed to practice in the State

of New Jersey and I am a member in good standing of the bar of this

**MARK W. CATANZARO, ESQUIRE**
Blason IV - Suite 208
513 S. Lenola Road
Moorestown, New Jersey 08057
(609) 235-4266
By: Mark W. Catanzaro, Esquire (MWC 7126)
Attorney for Defendant, Richard Pepsny

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**
**HONORABLE WILLIAM G. BASSLER**

| | | |
|---|---|---|
| WALSH SECURITIES, INC., | : | |
| Plaintiff, | : | Civil Action No. 97cv3496(WGB) |
| vs. | : | |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, et al, | : : | CERTIFICATION OF SERVICE |
| Defendants. | : | |

Aline Floyd, of full age, makes the following certification:

1.    I am a secretary employed by the Law Firm of Jerome A. Ballarotto, attorney for the defendant, Richard Pepsny in the within action.

2.    On January 29, 1998, I forwarded via regular First Class mail, postage pre-paid to the Clerk, U.S. District Court, Martin

Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, an original and one copy of the Affidavit of Jerome A. Ballarotto and Certification of Service.

3.    On January 29, 1998, I forwarded via regular First Class Mail, postage pre-paid, a copy of the Affidavit of Jerome A. Ballarotto and Certification of Service to the following:

        Honorable Dennis M. Cavanaugh
        United States Magistrate Judge
        Martin Luther King, Jr.
        Federal Building & U.S. Courthouse
        50 Walnut Street
        Room 2060
        Newark, New Jersey 07101

        Honorable William G. Bassler
        United States District Judge
        Martin Luther King, Jr.
        Federal Building & U.S. Courthouse
        50 Walnut Street
        Room 5060
        Newark, New Jersey 07101

        Robert A. Magnanini, Esquire
        Latham & Watkins
        One Newark Center, 16th Floor
        Newark, New Jersey 07101-3174

        Michael Washor, Esquire
        275 Madison Avenue
        10th Floor
        New York, New York 10016

        Michael Schottland, Esquire
        36 W. Main Street
        Freehold, NJ 07728

        Ronald Lee Reisner, Esquire
        Drazin and Warshaw
        26 Reckless Place
        P.O. Box 8909
        Red Bank, NJ 07701-8909

-2-

court and have been retained to represent Richard Pepsny.

2.    This affidavit is submitted in support of defendant
Richard Pepsny's request to join the motions filed by defendants
Stanley Yacker, Cristo Property Management, Ltd., DEK Homes of New
Jersey, Inc., Oakwood Properties, Inc., and William J. Kane in
**Walsh Securities, Inc.** v. **Cristo Property Management, et al**, Civil
Action No. 97-3496(WGB), pending the resolution of a parallel
criminal proceeding, described herein.

3.    I was retained by Mr. Pepsny to represent him in a
criminal investigation currently being conducted by the United
States Attorney's Office for the District of New Jersey.   I have
been informed by Assistant United States Attorney Marc W. Farley,
Deputy Chief of the Fraud and Public Protection Division, that the
government is presently investigating over two hundred real estate
transactions which took place in the State of New Jersey, to
determine whether a fraud has been committed by any of the parties
involved in those transactions.

4.    Mr. Farley has informed me that Richard Pepsny is a
subject of this criminal investigation.

5.    I am aware that federal law enforcement authorities have
executed numerous search warrants in an effort to further it's
investigation concerning these matters.

6.    On July 17, 1997, Walsh Securities filed a civil
complaint naming, among others, defendant Richard Pepsny as a
defendant, the allegations of which complaint mirror the factual
allegations surrounding the criminal investigation presently being

-2-

conducted by the United States Attorney's Office.   On November 7, 1997, Walsh Securities filed an amended complaint naming eight (8) additional defendants.   On December 18, 1997, Richard Pepsny filed an Answer with Affirmative Defenses.

JEROME A. BALLAROTTO

Sworn and subscribed to
before me this 29th day
of January , 1998.

**ALINE B. FLOYD**
**A Notary Public of New Jersey**
**My Commission Expires June 24, 2001**

-3-

Richard L. Friedman, Esquire
Giordano, Halleran & Ciesla
125 Half Mile Road
P.O. Box 190
Morristown, NJ 07748

Miles Feinstein, Esquire
1135 Clifton Avenue
Clifton, NJ 07013

Charles J. Uliano, Esquire
268 Norwood Avenue
W. Long Branch, NJ 07764

Jon C. Martin, Esquire
Fox, Rothschild, O'Brien & Frankel, L.L.P.
997 Lenox Drive
Lawrenceville, NJ 08648

James I. O'Hern, Esquire
Gibbons, Del Deo, Dolan, Griffinger & Vechione
1 Riverfront Plaza
Newark, New Jersey 07102-5497

August W. Fischer, Esquire
53 Pequot Road
Ringwood, NJ 07456

David R. Kott, Esquire
McCarter & English
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07101

Richard Dibenedetto
384 Greenwich Street
Bergenfield, NJ 07621

James R. Brown
1089 Cedar Avenue
Union, NJ 07083

Anthony M. Cicalese, Esquire
72 Eagle Rock Avenue
Building 2
East Hanover, NJ 07936

Coastal Title Insurance
21 West Main Street
Freehold, NJ 07728

Thomas Brodo
139 B Fort Lee Road
Teaneck, NJ 07666

Roland J. Peirson
Perison Appraisals
2 Maryland Drive
Jackson, New Jersey 08527


I certify that the foregoing statements made by me are true.
I am aware that if any of the foregoing statements made by me are
willfully false, I am subject to punishment.

Dated: January 29, 1998

Aline Floyd

-4-