# DRAZIN AND WARSHAW

A PROFESSIONAL CORPORATION
COUNSELORS AT LAW
25 RECKLESS PLACE
P.O. BOX 8909
RED BANK, N.J. 07701-8909
(732) 747-3730

TELEFAX (732) 741-0865

LOUIS M. DRAZIN (1915-1988)*
THOMAS T. WARSHAW (1923-1995)*
DENNIS A. DRAZIN (MEMBER N.J. & N.Y. BARS)*
RONALD S. DRAZIN (MEMBER N.J. & D.C. BARS)
THOMAS J. DICHIARA
VINCENT L. STRIPTO
STEVEN L. KESSEL (MEMBER N.J. & D.C. BARS)
JOHN R. CONNELLY, JR.
BRIAN D. DRAZIN (MEMBER N.J. & GA BARS)
ROY D. CURNOW*
CHRISTOPHER R. BROWN
RALPH E. POLCARI
VINCENT N. FALCETANO, JR. +
PHILIP S. ROSENZWEIG (MEMBER N.J. & PA BARS)
RICHARD A. AMDUR, JR.
SCOTT J. SCHNEIDER
PAMELA J. JOHNSON
ZOE E. MAVRIDIS (MEMBER N.J. & D.C. BARS)
KRISTEN L. DARKE (MEMBER NJ & PA BARS)
RONALD LEE REISNER

HAZLET OFFICE
3315 HIGHWAY 35
HAZLET, N.J. 07730
(732) 264-6900

BRICK OFFICE
937 CEDAR BRIDGE AVE.
BRICK, N.J. 08723
(732) 477-1700

*CERTIFIED BY SUPREME COURT OF N.J.
AS A CIVIL TRIAL ATTORNEY
+CERTIFIED BY SUPREME COURT OF N.J.
AS A CRIMINAL TRIAL ATTORNEY

FEB 0 2 1998
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

January 28, 1998

**RECEIVED**

PLEASE REPLY TO RED BANK

FEB 0 2 1998

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

Honorable William G. Bassler, U.S. D.J.
Martin Luther King, Jr. Federal Bldg. & U. S. Courthouse
50 Walnut Street
Newark, NJ 07101

>   RE: Walsh Securities, etc. v. Cristo Property Management, etc., et als
>   Civil Action No. 97-3496 (WGB)
>   Our File No. 36836

Dear Judge Bassler:

We have received the motion by Mr. Lustberg, of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, attorneys for Stanley Yacker, together with his affidavit and brief.

We represent defendants Grieser and Capital Assets Property Management and Investment Co.

We join in this motion and support it for the reasons expressed in the Brief.

If the Court requires anything further, we shall supply it. Thank you for your consideration.

Respectfully submitted,

Ronald Lee Reisner

RLR/jj
cc: Hon. Dennis M. Cavanaugh
    Clerk, U. S. District Court
    All Counsel and Pro Se (On attached service list)

## SERVICE LIST

Meissner, Kleinberg & Finkel, LLP
275 Madison Ave. Suite 1000
New York, NY 10016
Attorneys for Defendants Cristo, Kane
DEK Homes of NJ, Inc., Oakwood Properties

Richard L. Friedman, Esq.
Giordano, Halleran & Ciesla
P. O. Box 190
125 Half Mile Road
Middletown, NJ 07748
Attorneys for Michael Alfieri, Esq.

Jon C. Martin, Esq.
Fox, Rothschild, O'Brien & Frankel
997 Lenox Drive
Lawrenceville, NJ 08648
Attorney for Defs. Nations Title Insurance Co.
Of N.Y, Inc. and Fidelity National Title Insurance
Co. Of N.Y.

August W. Fischer, Esq.
53 Pequot Road
Ringwood, NJ 07456
Attorney for Richard Calanni

Robert A. Magnanini, Esq.
Latham & Watkins
One Newark Center, 16th Floor
Newark, NJ 07101-3174
Attorneys for Walsh Securities, Inc.

James I. O'Hern, Esq.
Gibbons, Del Deo, Dolan, Griffinger & Vecchione
One Riverfront Plaza
Newark, NJ 07102-5497
Attorneys for Stanley Yacker, Esq.

David Kott, Esq.
McCarter & English
Gateway Four
Newark, NJ 07102
Attorneys for Commonwealth Land Title
Insurance Co.

Charles J. Uliano, Esq.
Chamlin, Rosen & Uliano
268 Norwood Ave.
West Long Branch, NJ 07764
Attorneys for Anthony D'Apolito
and Dap Consulting

Michael D. Schottland, Esq.
36 West Main St.
Freehold, NJ 07728
Attorney for National Home Funding, Inc.
and Robert Skowrenski, II

Mark W. Catanzaro, Esq.
513 South Lenola Road
Moorestown, NJ 08057
Attorney for Richard Pepsny

Miles Feinstein, Esq.
1135 Clifton Ave.
Clifton, NJ 07013
Attorney for Lawrence M. Cuzzi

Richard Dibenedetto
384 Greenwich St.
Bergenfield, NJ 07621
Pro se

James R. Brown
1090 Cedar Ave.
Union, NJ 07083
Pro se

Anthony M. Cicalese, Esq.
72 Eagle Rock Ave.
Building 2
East Hanover, NJ 07936
Pro se

Coastal Title Insurance
21 West Main St.
Freehold, NJ
Pro Se

Thomas Brodo
139 B. Fort Lee Road
Teaneck, NJ 07666
Pro se

Roland J. Pierson
Pierson Appraisals
2 Maryland Dr.
Jackson, NJ 08527
Pro se