FILED

FEB 0 5 1998

AT 8:30 .............. M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

WALSH SECURITIES, INC.          :
                                :
            Plaintiff             CIVIL ACTION NO.CV 97-3496(WGB)

vs.

CRISTO PROPERTY MANAGEMENT   : STIPULATION EXTENDING TIME TO
et al                          ANSWER ON BEHALF OF DEFENDANT
                               ANTHONY CICALESE
            Defendant          :

---

It is hereby stipulated and agreed between the attorneys for the plaintiff, Walsh Securities and the attorneys for defendant Anthony Cicalese that said defendant may file a responsive answer to the complaint and other responsive pleadings in this matter within 10 days of the date of this Stipulation.

DATE: 2/5/98

ROBERT A. MAGNANINI, ESQ.
ATTORNEY FOR PLAINTIFF

DATED: January 23, 1998

ENTERED
ON
THE DOCKET
WILLIAM T. WALSH, CLERK
Deputy Clerk