FILED

FEB 05 1998

**FOX, ROTHSCHILD, O'BRIEN & FRANKEL, LLP**
Formed in the Commonwealth of Pennsylvania
BY: Jon C. Martin, Esq.
JM-2975
PRINCETON PIKE CORPORATE CENTER
997 LENOX DRIVE, BUILDING 3
LAWRENCEVILLE, NJ 08648-2311
(609) 896-3600
ATTORNEYS FOR Defendants, Fidelity National Title Insurance Company
of New York and Nations Title Insurance Company

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

WALSH SECURITIES, INC.,
   Plaintiff
  v.

CRISTO PROPERTY MANAGEMENTS, LTD.
A/K/A G.J.L. LIMITED, DEK HOMES OF
NEW JERSEY, INC., OAKWOOD PROPERTIES
INC., NATIONAL HOME FUNDING, INC.,
CAPITAL ASSETS PROPERTY MANAGEMENT
& INVESTMENTS CO., INC., CAPITAL ASSETS
PROPERTY MANAGEMENT LLC., WILLIAM J.
KANE, GARY GRIESER, ROBERT
SKOWRENSKI, II, RICHARD CALANNI,
RICHARD DIBENEDETTO, JAMES R. BROWN,
THOMAS BRODO, RONALD J. PIERSON,
STANLEY YACKER, ESQ., MICHAEL
ALFIERI, ESQ., RICHARD PEPSNY,
ESQ., ANTHONY M. CICALESE, ESQ.,
LAWRENCE M. CUZZI, ANTHONY
D'APOLITO, DAP CONSULTING, INC.,
COMMONWEALTH LAND TITLE INSURANCE
COMPANY, NATIONS TITLE INSURANCE
OF NEW YORK INC., FIDELITY NATIONAL

Civil Action No. 97-3496
Hon. William G. Bassler

**CERTIFICATION OF
EDWARD J. HAYES, ESQ.**

F:\DATA\JMARTIN\JCM7142.PHV - 1/12/98

TITLE INSURANCE COMPANY OF NEW :
YORK AND COASTAL TITLE AGENCY, :
                                                                  :
            Defendants.   :
                                                                  :

Edward J. Hayes, Esq., of full age, by way of certification, states that:

1.     I am a member of the law firm of Fox, Rothschild, O'Brien & Frankel, LLP, having a professional office at 2000 Market Street, Philadelphia, Pennsylvania. I represent defendants, Nations Title Insurance Company of New York and Fidelity National Title Insurance Company of New York.

2.     I am a member in good standing of the bar of the Commonwealth of Pennsylvania. I am also a member of the bar of the United States District Court for the Eastern District of Pennsylvania. I am not under suspension or disbarment by any Court, state or federal. I am not a member of the Bar of the Supreme Court of New Jersey.

3.     Jon C. Martin, Esquire of Fox, Rothschild, O'Brien & Frankel, LLP, 997 Lenox Drive, Lawrenceville, New Jersey, is serving as local counsel in connection with the captioned matter. Mr. Martin is a member of the bar of the Supreme Court of New Jersey and of the United States District Court for the District of New Jersey. Mr. Martin will sign all papers and stipulations filed in connection with this matter. Upon admission Pro Hac Vice, I agree to make payment into the client's security fund pursuant to New Jersey Court Rule 1:28 for each calendar year of my admission.

4.     I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

                                                                                     *[signature]*
                                                                    EDWARD J. HAYES

DATED: January 19, 1998