FILED

FEB 0 5 1998

AT 8:30 .............. M
WILLIAM T. WALSH
CLERK

**FOX, ROTHSCHILD, O'BRIEN & FRANKEL, LLP**
Formed in the Commonwealth of Pennsylvania
BY: Jon C. Martin, Esq.
JM-2975
PRINCETON PIKE CORPORATE CENTER
997 LENOX DRIVE, BUILDING 3
LAWRENCEVILLE, NJ 08648-2311
(609) 896-3600
ATTORNEYS FOR Defendants, Fidelity National Title Insurance Company
of New York and Nations Title Insurance Company

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

WALSH SECURITIES, INC.,
          Plaintiff

v.

CRISTO PROPERTY MANAGEMENTS, LTD.
A/K/A G.J.L. LIMITED, DEK HOMES OF
NEW JERSEY, INC., OAKWOOD PROPERTIES
INC., NATIONAL HOME FUNDING, INC.,
CAPITAL ASSETS PROPERTY MANAGEMENT
& INVESTMENTS CO., INC., CAPITAL ASSETS
PROPERTY MANAGEMENT LLC., WILLIAM J.
KANE, GARY GRIESER, ROBERT
SKOWRENSKI, II, RICHARD CALANNI,
RICHARD DIBENEDETTO, JAMES R. BROWN,
THOMAS BRODO, RONALD J. PIERSON,
STANLEY YACKER, ESQ., MICHAEL
ALFIERI, ESQ., RICHARD PEPSNY,
ESQ., ANTHONY M. CICALESE, ESQ.,
LAWRENCE M. CUZZI, ANTHONY
D'APOLITO, DAP CONSULTING, INC.,
COMMONWEALTH LAND TITLE INSURANCE
COMPANY, NATIONS TITLE INSURANCE
OF NEW YORK INC., FIDELITY NATIONAL

Civil Action No. 97-3496
Hon. William G. Bassler



ENTERED

**ORDER FOR
ADMISSION OF COUNSEL
PRO HAC VICE (Local Civil
Rule 101.1(c))**

TITLE INSURANCE COMPANY OF NEW :
YORK AND COASTAL TITLE AGENCY, :
                                            Defendants. :

This matter having been opened to the Court by Fox, Rothschild, O'Brien & Frankel, LLP, attorneys for defendants, Nations Title Insurance of New York, Inc., and Fidelity National Title Insurance Company of New York, for an Order permitting Edward J. Hayes, Esq. of the law firm of Fox, Rothschild, O'Brien & Frankel, LLP, having an office at 2000 Market Street, Philadelphia, Pa., 19103, to appear and participate in the above captioned matter pro hac vice; and it having been demonstrated to the Court that Mr. Hayes is a member in good standing of the Bar of the Commonwealth of Pennsylvania; that Mr. Hayes is not under suspension or disbarment by any Court, state or federal, and that Mr. Hayes is not admitted to the practice by the Supreme Court of New Jersey; and all counsel having consented hereto, and good cause having been shown;

IT IS on this 5 day of February, 1998,

ORDERED and DECREED as follows:

1) Edward. J. Hayes, Esquire, is hereby permitted to appear and participate in this matter pro hac vice; and

2) Jon C. Martin, Esq., Fox, Rothschild, O'Brien & Frankel, LLP, Lawrenceville, New Jersey, shall continue to serve as local counsel of record and shall file all papers, enter all appearances, sign all stipulations and sign and receive any payments on judgments, decrees or orders issued in this matter; and

3)   Mr. Hayes shall contribute to the client's security fund in accordance with New Jersey Court Rule 1:28.

_____
Dennis M. Cavanaugh, U.S.M.J.