240.2982(TDF)

Thomas D. Flinn, (TD1849)
GARRITY, GRAHAM, FAVETTA & FLINN
A Professional Corporation
One Lackawanna Plaza
P.O. Box 4205
Montclair, New Jersey 07042
(973) 509-7500
Attorneys for Defendant Anthony M. Cicalese, Esq.

FILED
FEB 19 1998
AT 8:30 .......... M
WILLIAM T. WALSH
CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---------------------------------------x
WALSH SECURITIES, INC.,

    Plaintiff,

v.

CRISTO PROPERTY MANAGEMENT, LTD.,
A/K/A G.J.L. LIMITED, DEK HOMES OF NEW
JERSEY, INC., OAKWOOD PROPERTIES,
INC., NATIONAL HOME FUNDING, INC.,
CAPITAL ASSETS PROPERTY MANAGEMENT &
INVESTMENT CO., INC., CAPITAL ASSETS
PROPERTY MANAGEMENT, L.L.C., WILLIAM
J. KANE, GARY GRIESER, ROBERT
SKOWRENSKI, II, RICHARD CALANNI,
RICHARD DIBENEDETTO, JAMES R. BROWN,
THOMAS BRODO, RONALD J. PIERSON,
STANLEY YACKER, ESQ., MICHAEL ALFIERI,
ESQ., RICHARD PEPSNY, ESQ., ANTHONY M.
CICALESE, ESQ., LAWRENCE M. CUZZI,
ANTHONY D'APOLITO, DAP CONSULTING,
INC., COMMONWEALTH LAND TITLE
INSURANCE COMPANY, NATIONAL TITLE
INSURANCE COMPANY OF NEW YORK, INC.,
FIDELITY NATIONAL TITLE INSURANCE
COMPANY OF NEW YORK and COASTAL TITLE
AGENCY,

    Defendants.
---------------------------------------x

Civil Action No.
CV 97-3496(WGB)

Hon. William G. Bassler

Civil Action

**ANSWER TO THE CROSS-CLAIM**
**OF COMMONWEALTH LAND TITLE**
**INSURANCE COMPANY**

Defendant **Anthony M. Cicalese, Esq.**, by and through his attorneys **Garrity Graham Favetta & Flinn**, as and for his Answer to the Cross-Claim for Contribution and Indemnification of Commonwealth Land Title Insurance Company, says:

Defendant Anthony M. Cicalese denies all material allegations contained in the Cross-Claim for Contribution and Indemnification of Commonwealth Land Title Insurance Company.

                                           GARRITY GRAHAM FAVETTA & FLINN
                                           Attorneys for Defendant
                                              Anthony M. Cicalese, Esq.

Dated: 2/17/98                      By: _____
                                                   THOMAS D. FLINN