**FILED**

**MAR 17 1998**

AT 8:30 .............AM
WILLIAM T. WALSH
CLERK

AUGUST W. FISCHER, ESQ.
53 Pequot Rd.
Ringwood, NJ 07456
(973)962-7179

Attorney for Defendant
Richard Calanni

---

| | |
|---|---|
| WALSH SECURITIES, INC. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
| Plaintiff, | CIVIL ACTION NO.:CV973496(WJB) |
| -vs- | |
| CRISTO PROPERTY MANAGEMENT LTD., et als. | **NOTICE OF MOTION TO PROVIDE RULE 26 DOCUMENTS** |
| Defendant, | |

TO: Michael Cheroff, Esq.
    Latham & Watkins
    One Newark Center, 16th Floor
    Newark, NJ 07101

U.S. Attorney
970 Broad Street
Room 700
Newark, NJ 07102
Attn: Mark Farley, Esq.

**PLEASE TAKE NOTICE** that, on March 30, 1998 at 10:00 in the forenoon, or as soon thereafter as counsel may be heard, the undersigned counsel for the defendant Richard Calanni shall move before the Honorable William G. Bassler, United States District Court for the District of New Jersey, Martin Luther King, Jr. Federal Building and United States Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order requiring the United States Attorney to provide to the defendant, Richard Calanni, one copy

without cost, of all records, correspondence, and appraisals, provided by the defendant Richard Calanni to the United States Attorneys Office pursuant to subpoena.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, the defendant shall rely upon the Affidavit of Richard Calanni submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Dated: March 12, 1998

AUGUST W. FISCHER, ESQ.
Attorney for Richard Calanni

## CERTIFICATION OF SERVICE

I hereby certify that on the 16 day of March 1998, I caused a copy of defendant Richard Calanni's Notice of Motion to Provide Rule 26 Documents, Affidavit of Richard Calanni and proposed Order, to be served to the attached service list.

Dated:                                                      DAWN SUDOL

August W. Fischer, Esq.
53 Pequot Road
Ringwood, NJ 07456

Bob Agel
Coastal Title Agency
21 West Main Street
Freehold, NJ 07728

Charles J. Uliano, Esq.
268 Norwood Avenue
West Long Branch, NJ 07764

David R. Knott, Esq.
McCarter & English
Four Gateway Center
100 Mulberry St. P.O. Box 652
Newark, NJ 07101

James I. O'Hern, Esq.
Gibbons, Del Deo, Dolan, Griffenger & Vecchione
1 Riverfront Plaza
Newark, NJ 07102-5497

James R. Brown
1089 Cedar Avenue
Union, NJ 07083

Jon C. Martin, Esq.
Fox, Rothchild, O'Brien & Frankel, L.L.P.
997 Lenox Drive
Lawrenceville, NJ 08648

Michael Schottland, Esq.
36 West Main Street
Freehold, NJ 07728

Michael Washor
275 Madison Avenue
10th Floor
New York, New York 10016

Miles Feinstein, Esq.
1135 Clifton Avenue
Clifton, NJ 07013

Richard DiBenedetto
384 Greenwich Street
Bergerfield, NJ 07621

Richard L. Friedman, Esq,
Giordano Halleran & Ciesla
125 Half Mile Road
P.O. Box 190
Lincroft, NJ 07738

Robert A. Magnanini, Esq.
Latham & Watkins
One Newark Center
16th Floor
Newark, NJ 07101-3174

Ronald J. Peirson
Peirson Appraisals
2 Maryland Drive
Jackson, NJ 08527

Ronald Lee Reisner
Drazin & Warshaw
26 Reckless Place
P.O. Box 8909
Red Bank, NJ 07701-8909

Thomas Brodo
139 B Fort Lee Road
Teaneck, NJ 07666

Thomas Flinn
Garrity, Graham, Favetta & Flinn
One Lackawanna Plaza
P.O. Box 4205
Montclair, New Jersey 07042-8205