ANSELL ZARO GRIMM & AARON
1500 Lawrence Avenue
Ocean Township, New Jersey 07712
(732) 922-1000
Attorneys for Defendant Coastal Title Agency

| | |
|---|---|
| WALSH SECURITIES, INC., <br><br>　　　　Plaintiff, <br><br>vs. <br><br>CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, RONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW YORK INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, and COASTAL TITLE AGENCY, <br><br>　　　　Defendants. | Civil Action No. CV 97-3496 (WGB) <br><br>Hon. William G. Bassler <br><br>Docket No. <br><br>CONSENT ORDER <br><br>FILED <br>MAR 19 1998 <br>At 8:30................M <br>WILLIAM T. WALSH <br>CLERK |

　　THIS MATTER having come before the Court on application by Defendant Coastal Title Agency through its attorney James G. Aaron, Esq., of Ansell Zaro Grimm & Aaron and by Robert Magnanini, Esq., of Latham & Watkins, attorneys for Plaintiff, and as this is first request for an extension to file responsive

1

pleadings which were to be filed twenty (20) days after service which took place on or about November 12, 1997; and

WHEREAS, it had been brought to the Court's attention that no Answer was filed as a result of a dispute with Defendant Coastal Title Agency's insurer and a subsequent disclaiming of coverage as to Plaintiff's Amended Complaint, and for other good cause shown;

IT IS on this  19th  day  March , 1998;

ORDERED that Defendant Coastal Title Agency be allowed to file an Answer, Affirmative Defenses, Counterclaims and Crossclaims within ten (10) days of the entry of this Order; and

IT IS FURTHER ORDERED that a copy of this Order be served upon all parties within  7  day of its entry.

LATHAM & WATKINS
Attorneys for Plaintiff

By: _____
    Robert Magnanini, Esq.


ANSELL ZARO GRIMM & AARON
Attorneys for Defendant
Coastal Title Agency

By: _____
    James G. Aaron, Esq.

_____
United States District Judge

ANSELL ZARO
GRIMM & AARON
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
1500 LAWRENCE AVENUE
CN 7807
OCEAN, N.J. 07712

(908) 922-1000

f:\users\tl\lhs\coastal\walsh\consent.ord