NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| Walsh Securities, Inc. <br> Plaintiffs, <br> v. <br> Cristo Property Management Ltd., et al. <br> Defendants. | Hon. William G. Bassler <br><br> Civ. No. 97-3496 (WGB) <br><br> **O R D E R** |

DENNIS M. CAVANAUGH, U.S. Magistrate Judge:

This matter having come before this Court upon the motion of Defendant Richard Calanni for an Order compelling the United States Attorney to provide to Defendant Calanni, without cost, all records, correspondence, and appraisals provided by Defendant Calanni to the United States Attorney's Office in response to the subpoena served upon Defendant Calanni; and the Court having considered the record before it and the submissions of the parties; and a conference having been conducted before this Court on March 25, 1998; and for good cause shown;

it is on this 1st day of April, 1998:

ORDERED that Defendant Richard Calanni's motion is **denied**.

_____
Dennis M. Cavanaugh, U.S.M.J.

Orig: Clerk
cc: Honorable William G. Bassler
    All parties
    File