DD

FILED

MAR 30 1998

AT 8:30 .......... AM
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Minutes of Proceedings

Office: Newark

Judge : Bassler

Court Reporter: WALTER PERELLI

Other (s)    :

Proceeding Date: 3-30-98

Returnable Date: 02/23/98

Motion Filed   : 01/16/98

Title of Case:

Docket # 2-97-cv-03496
Arbitration--Yes__ No_X_

WALSH SECURITIES IN v. CRISTO PROPERTY, Et al

Appearances:

   (pla) WALSH SECURITIES IN
         -atty(s) MICHAEL CHERTOFF & ROBERT MAGNANINI, ESQ.
                 of LATHAM & WATKINS, ESQS.

   (dft) CRISTO PROPERTY
         -atty(s) ~~JOSEPH V. SORRENTINO~~
                 of MEISSNER, KLEINBERG & FINKEL, LLP
                         RONALD        RICHARD
   (dft) NATIONAL HOME
         -atty(s) ~~MICHAEL D. SCHOTTLAND~~ No APPEARANCE
                 of SCHOTTLAND, MANNING & ROSEN, PC

   (dft) CAPITAL ASSETS
         -atty(s) RONALD L. REISNER
                 of DRAZIN & WARSHAW, P.C.

   (dft) ROBERT SKOWRENSKI
         -atty(s) ~~MICHAEL D'ALESSIO~~ No APPEARANCE

   (dft) RICHARD CALANNI
         -atty(s) AUGUST W. FISCHER

   (dft) RICHARD DIBENEDETTO
         -atty(s) ~~RICHARD DIBENEDETTO~~ No APPEARANCE

   (dft) STANLEY YACKER
         -atty(s) LAWRENCE S. LUSTBERG
                 of GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VE
                 JAMES I. O'HERN
                 of GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VE

   (dft) MICHAEL ALFIERI
         -atty(s) ~~RICHARD LLOYD FRIEDMAN~~ No APPEARANCE.
                 of GIORDANO, HALLERAN & CIESLA, P.C.

   (dft) RICHARD PEPSNY
         -atty(s) ~~MARK W. CATANZARO~~ No APPEARANCE.

```
                of LAW OFFICES OF MARK W. CATANZARO

(dft) ANTHONY D'APOLITO
      -atty(s) ~~CHARLES JOHN ULIANO~~ KENNETH
               of CHAMLIN, ROSEN, CAVANAGH & ULIANO, PC
(dft) WILLIAM J. KANE
      -atty(s) ~~JOSEPH V. SORRENTINO~~
               of MEISSNER, KLEINBERG & FINKEL, LLP
                        RONALD        RICHARD
(dft) CAPITAL ASSETS PROP
      -atty(s) RONALD L. REISNER
               of DRAZIN & WARSHAW, P.C.

(dft) OAKWOOD PROPERTIES
      -atty(s) ~~JOSEPH V. SORRENTINO~~
               of MEISSNER, KLEINBERG & FINKEL, LLP
                        RONALD        RICHARD
(dft) DEK HOMES OF NJ, IN
      -atty(s) ~~JOSEPH V. SORRENTINO~~
               of MEISSNER, KLEINBERG & FINKEL, LLP
                        RONALD        RICHARD
(dft) NATIONS TITLE INS
      -atty(s) ~~JON C. MARTIN~~   No APPEARANCE
               of FOX, ROTHSCHILD, O'BRIEN & FRANKEL, LLP

(dft) FIDELTIY NATIONAL
      -atty(s) ~~JON C. MARTIN~~   No APPEARANCE
               of FOX, ROTHSCHILD, O'BRIEN & FRANKEL, LLP
(dft) LAWRENCE CUZZI  ———  TED DAHNNO
(dft) COMMONWEALTH LAND
      -atty(s) ~~DAVID R. KOTT~~  EDWARD FANNING
               of MCCARTER & ENGLISH
(dft) COASTAL TITLE AGENCY  ———  JAMES AARON & PAUL FARRERA
(dft) GARY GRIESER
      -atty(s) RONALD L. REISNER
               of DRAZIN & WARSHAW, P.C.
(dft) ROLAND J. PIERSON  ———  MATTHEW PODRACKY
(crsdf) CAPITAL ASSETS
      -atty(s) RONALD L. REISNER
               of DRAZIN & WARSHAW, P.C.

(crsdf) RICHARD CALANNI
      -atty(s) AUGUST W. FISCHER
               AUGUST W. FISCHER

(crsdf) RICHARD DIBENEDETTO
      -atty(s) RICHARD DIBENEDETTO
               RICHARD DIBENEDETTO

(crsdf) RICHARD PEPSNY
      -atty(s) MARK W. CATANZARO
               of LAW OFFICES OF MARK W. CATANZARO

(crsdf) CAPITAL ASSETS PROP
      -atty(s) RONALD L. REISNER
               of DRAZIN & WARSHAW, P.C.

(crsdf) GARY GRIESER
      -atty(s) RONALD L. REISNER
               of DRAZIN & WARSHAW, P.C.
```

```
(crscl) CAPITAL ASSETS
        -atty(s) RONALD L. REISNER
                 of DRAZIN & WARSHAW, P.C.

(crscl) CAPITAL ASSETS PROP
        -atty(s) RONALD L. REISNER
                 of DRAZIN & WARSHAW, P.C.

(crscl) GARY GRIESER
        -atty(s) RONALD L. REISNER
                 of DRAZIN & WARSHAW, P.C.

(cntdf) WALSH SECURITIES IN
        -atty(s) MICHAEL CHERTOFF
                 of LATHAM & WATKINS, ESQS.
                 MICHAEL CHERTOFF
                 of LATHAM & WATKINS, ESQS.
```

Nature of Proceedings:

Notice of MOTION |to stay all proceedings|  by STANLEY YACKER, |Motion hearing set for 2/9/98 on [33-1] motion|; w/cert. of serv. (Brief/PO Subm)

Notice of MOTION |to stay all proceedings by granting an extension of time to answer| and |to stay all discovery| by CRISTO PROPERTY, WILLIAM J. KANE, DEK HOMES OF NJ, INC, OAKWOOD PROPERTIES, |Motion hearing set for 2/23/98 on [35-1] motion, set for 2/23/98 on [35-2] motion|; w/cert. of serv. (Brief/PO Subm)

Adjourned To: 3-16-98   Time Commenced: 3:30   Time Adjourned: _____

Deputy Clerk

Disposition:

Court Indicated

Decision Reserved

Opinion & Order to Be Fld.