IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CIVIL NO.  97-3496

FILED

APR 0 1 1998

AT 8:30

WILLIAM T. WALSH
CLERK

WALSH SECURITIES, INC.,          :

                Plaintiff,        :

          v.                      :

CRISTO PROPERTY MANAGEMENT, :
LTD., a/k/a G.J.L. LIMITED, :
et al,                            :

                Defendants.       :
- - - - - - - - - - - - - - -x

TRANSCRIPT OF PROCEEDINGS
- Motion -

Newark, New Jersey
March 30, 1998

B E F O R E:

THE HONORABLE WILLIAM G. BASSLER,
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

LATHAM & WATKINS, ESQS.
BY: MICHAEL CHERTOFF, ESQ.
    ROBERT A. MAGNANINI, ESQ.
Attorneys for Plaintiff

MEISSNER, KLEINBERG & FINKEL, ESQS.
BY: RONALD M. KLEINBERG, ESQ.
    RICHARD A. FINKEL, ESQ.
Attorneys for Defendant Cristo Property Management, Ltd.
    DEK Homes and Oakwood Properties

---

Pursuant to Section 753 Title 28 United States Code, the
following transcript is certified to be an accurate record as
taken stenographically in the above entitled proceedings.

_____

WALTER J. PERELLI, C.S.R.
Official Court Reporter

WALTER J. PERELLI, C.S.R., OFFICIAL COURT REPORTER, NEWARK, NJ