DD

FILED   69

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

APR 0 1 1998

### Minutes of Proceedings

AT 8:30 . . . . . . . . . . . . . . . . . M
WILLIAM T. WALSH
CLERK

Office: Newark

Judge : Bassler

Court Reporter: _____
Other (s)   : _____
_____

Proceeding Date:   4/1/98

Returnable Date: 04/13/98

Motion Filed   : 03/17/98

Title of Case:

Docket # 2-97-cv-03496
Arbitration--Yes__ No_X_

WALSH SECURITIES IN v. CRISTO PROPERTY, Et al

Appearances:

(pla) WALSH SECURITIES IN
        -atty(s) MICHAEL CHERTOFF
                of LATHAM & WATKINS, ESQS.

(dft) THOMAS G. BRODO
        -atty(s) THOMAS G. BRODO

(dft) CRISTO PROPERTY
        -atty(s) JOSEPH V. SORRENTINO
                of MEISSNER, KLEINBERG & FINKEL, LLP

(dft) NATIONAL HOME
        -atty(s) MICHAEL D. SCHOTTLAND
                of SCHOTTLAND, MANNING & ROSEN, PC

(dft) CAPITAL ASSETS
        -atty(s) RONALD L. REISNER
                of DRAZIN & WARSHAW, P.C.

(dft) ROBERT SKOWRENSKI
        -atty(s) MICHAEL D'ALESSIO

(dft) RICHARD CALANNI
        -atty(s) AUGUST W. FISCHER

(dft) RICHARD DIBENEDETTO
        -atty(s) RICHARD DIBENEDETTO

(dft) STANLEY YACKER
        -atty(s) LAWRENCE S. LUSTBERG
                of GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VE
                JAMES I. O'HERN
                of GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VE

(dft) MICHAEL ALFIERI
        -atty(s) RICHARD LLOYD FRIEDMAN
                of GIORDANO, HALLERAN & CIESLA, P.C.

```
(dft) RICHARD PEPSNY
     -atty(s) MARK W. CATANZARO
             of LAW OFFICES OF MARK W. CATANZARO
             JEROME A. BALLAROTTO

(dft) ANTHONY D'APOLITO
     -atty(s) CHARLES JOHN ULIANO
             of CHAMLIN, ROSEN, CAVANAGH & ULIANO, PC

(dft) WILLIAM J. KANE
     -atty(s) JOSEPH V. SORRENTINO
             of MEISSNER, KLEINBERG & FINKEL, LLP

(dft) CAPITAL ASSETS PROP
     -atty(s) RONALD L. REISNER
             of DRAZIN & WARSHAW, P.C.

(dft) OAKWOOD PROPERTIES
     -atty(s) JOSEPH V. SORRENTINO
             of MEISSNER, KLEINBERG & FINKEL, LLP

(dft) DEK HOMES OF NJ, IN
     -atty(s) JOSEPH V. SORRENTINO
             of MEISSNER, KLEINBERG & FINKEL, LLP

(dft) NATIONS TITLE INS
     -atty(s) JON C. MARTIN
             of FOX, ROTHSCHILD, O'BRIEN & FRANKEL, LLP

(dft) FIDELTIY NATIONAL
     -atty(s) JON C. MARTIN
             of FOX, ROTHSCHILD, O'BRIEN & FRANKEL, LLP

(dft) RONALD J. PIERSON
     -atty(s) PASQUALE MENNA
             of KAUFF & MENNA, ESQS.

(dft) COMMONWEALTH LAND
     -atty(s) DAVID R. KOTT
             of MCCARTER & ENGLISH

(dft) GARY GRIESER
     -atty(s) RONALD L. REISNER
             of DRAZIN & WARSHAW, P.C.

(crsdf) THOMAS G. BRODO
     -atty(s) THOMAS G. BRODO
             THOMAS G. BRODO

(crsdf) CRISTO PROPERTY
     -atty(s) JOSEPH V. SORRENTINO
             of MEISSNER, KLEINBERG & FINKEL, LLP
             JOSEPH V. SORRENTINO
             of MEISSNER, KLEINBERG & FINKEL, LLP

(crsdf) CAPITAL ASSETS
     -atty(s) RONALD L. REISNER
             of DRAZIN & WARSHAW, P.C.
             RONALD L. REISNER
             of DRAZIN & WARSHAW, P.C.
             RONALD L. REISNER
```

```
                         of DRAZIN & WARSHAW, P.C.

(crsdf) ROBERT SKOWRENSKI
        -atty(s) MICHAEL D'ALESSIO
                 MICHAEL D'ALESSIO

(crsdf) RICHARD CALANNI
        -atty(s) AUGUST W. FISCHER
                 AUGUST W. FISCHER
                 AUGUST W. FISCHER
                 AUGUST W. FISCHER

(crsdf) RICHARD DIBENEDETTO
        -atty(s) RICHARD DIBENEDETTO
                 RICHARD DIBENEDETTO
                 RICHARD DIBENEDETTO
                 RICHARD DIBENEDETTO

(crsdf) STANLEY YACKER
        -atty(s) JAMES I. O'HERN
                 of GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VE
                 JAMES I. O'HERN
                 of GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VE

(crsdf) RICHARD PEPSNY
        -atty(s) MARK W. CATANZARO
                 of LAW OFFICES OF MARK W. CATANZARO
                 JEROME A. BALLAROTTO
                 MARK W. CATANZARO
                 of LAW OFFICES OF MARK W. CATANZARO
                 JEROME A. BALLAROTTO
                 MARK W. CATANZARO
                 of LAW OFFICES OF MARK W. CATANZARO

(crsdf) WILLIAM J. KANE
        -atty(s) JOSEPH V. SORRENTINO
                 of MEISSNER, KLEINBERG & FINKEL, LLP
                 JOSEPH V. SORRENTINO
                 of MEISSNER, KLEINBERG & FINKEL, LLP

(crsdf) CAPITAL ASSETS PROP
        -atty(s) RONALD L. REISNER
                 of DRAZIN & WARSHAW, P.C.
                 RONALD L. REISNER
                 of DRAZIN & WARSHAW, P.C.
                 RONALD L. REISNER
                 of DRAZIN & WARSHAW, P.C.

(crsdf) OAKWOOD PROPERTIES
        -atty(s) JOSEPH V. SORRENTINO
                 of MEISSNER, KLEINBERG & FINKEL, LLP
                 JOSEPH V. SORRENTINO
                 of MEISSNER, KLEINBERG & FINKEL, LLP

(crsdf) DEK HOMES OF NJ, IN
        -atty(s) JOSEPH V. SORRENTINO
                 of MEISSNER, KLEINBERG & FINKEL, LLP
                 JOSEPH V. SORRENTINO
                 of MEISSNER, KLEINBERG & FINKEL, LLP

(crsdf) NATIONS TITLE INS
        -atty(s) JON C. MARTIN
```

```
                        of FOX, ROTHSCHILD, O'BRIEN & FRANKEL, LLP

        (crsdf) FIDELTIY NATIONAL
                -atty(s) JON C. MARTIN
                        of FOX, ROTHSCHILD, O'BRIEN & FRANKEL, LLP

        (crsdf) GARY GRIESER
                -atty(s) RONALD L. REISNER
                        of DRAZIN & WARSHAW, P.C.
                        RONALD L. REISNER
                        of DRAZIN & WARSHAW, P.C.
                        RONALD L. REISNER
                        of DRAZIN & WARSHAW, P.C.

        (crscl) CAPITAL ASSETS
                -atty(s) RONALD L. REISNER
                        of DRAZIN & WARSHAW, P.C.

        (crscl) CAPITAL ASSETS PROP
                -atty(s) RONALD L. REISNER
                        of DRAZIN & WARSHAW, P.C.

        (crscl) NATIONS TITLE INS
                -atty(s) JON C. MARTIN
                        of FOX, ROTHSCHILD, O'BRIEN & FRANKEL, LLP

        (crscl) FIDELTIY NATIONAL
                -atty(s) JON C. MARTIN
                        of FOX, ROTHSCHILD, O'BRIEN & FRANKEL, LLP

        (crscl) GARY GRIESER
                -atty(s) RONALD L. REISNER
                        of DRAZIN & WARSHAW, P.C.

        (cntdf) WALSH SECURITIES IN
                -atty(s) MICHAEL CHERTOFF
                        of LATHAM & WATKINS, ESQS.
                        MICHAEL CHERTOFF
                        of LATHAM & WATKINS, ESQS.

    Nature of Proceedings:

        Notice of MOTION |to provide Rule 26 documents|  by RICHARD
        CALANNI, |Motion hearing set for 4/13/98 on [61-1] motion|;
        w/cert. of serv.  (AILB/PO Subm)
```

Adjourned To:_____   Time Commenced:_____   Time Adjourned:_____

Deputy Clerk

Disposition:

Hrg. on motion [61-1].  Court ordered motion denied.  Order submitted.