FILED

APR 07 1998

AT 8:30 .......... M
WILLIAM T. WALSH
CLERK

THEODORE W. DAUNNO, ESQ.
1033 Clifton Avenue
Clifton, New Jersey  07013
(973) 472-0202
Attorney for Defendant, Lawrence J. Cuzzi

|  |  |
|---|---|
| WALSH SECURITIES, INC. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
| Plaintiffs, | CIVIL ACTION NO. CV-97-3496 (WJB) |
| vs. |  |
| CRISTO PROPERTY MANAGEMENT LTD, a/k/a G.J.J. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DI BENEDETTO, JAMES R. BROWN, THOMAS BRODO, RONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE J. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW YORK, INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK and COASTAL TITLE AGENCY, | **ANSWER TO SECOND AMENDED COMPLAINT, JURY DEMAND and CROSSCLAIMS** |
| Defendants. |  |

The Defendant, LAWRENCE J. CUZZI, residing at 38 Clive Hills Road, in the Township of Edison, County of Middlesex and State of New Jersey, by way of Answer to the Second Amended Complaint, says:

1. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 1 through 22.

2. The Defendant denies the allegations as set forth in Paragraph 23.

3. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraphs 24 through 32.

4. The Defendant denies the allegations as set forth in Paragraphs 33 through 36.

5. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraphs 37 through 51.

6. The Defendant denies the allegations set forth in Paragraphs 52 through 59.

## AS TO COUNT I

7. The Defendant repeats and realleges his answers to Paragraphs 1 through 60 as if set forth at length herein.

8. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraphs 61 and 62.

9. The Defendant denies the allegations of Paragraphs 63 through 68.

**FIRST SEPARATE DEFENSE**

The Second Amended Complaint fails to state a claim upon which relief can be granted as to this Defendant.

**SECOND SEPARATE DEFENSE**

Plaintiff's Second Amended Complaint against this Defendant is barred by its own negligent conduct and the conduct of its agents, employees and officers.

**THIRD SEPARATE DEFENSE**

Plaintiff's Second Amended Complaint against this Defendant is barred by the acts of its agents, employees and officers which constitute laches.

**FOURTH SEPARATE DEFENSE**

Plaintiff's Second Amended Complaint against this Defendant is barred by the acts of its agents, employees and officers which constitute estoppel.

**FIFTH SEPARATE DEFENSE**

Plaintiff's Second Amended Complaint against this Defendant is barred by the acts of its agents, employees and officers which constitute waiver.

**JURY DEMAND**

The Defendant, LAWRENCE J. CUZZI, demands a trial by jury on all issues.

**CROSSCLAIM FOR CONTRIBUTION**

The Defendant hereby demands contribution from Defendants, Cristo Property Management, Ltd., a/k/a G.J.L. Limited, DEK Homes of New Jersey, Inc., Oakwood Properties, Inc., National Home Funding, Inc., William J. Kane, Robert Skowrenski, II, Richard

### FIRST SEPARATE DEFENSE

The Second Amended Complaint fails to state a claim upon which relief can be granted as to this Defendant.

### SECOND SEPARATE DEFENSE

Plaintiff's Second Amended Complaint against this Defendant is barred by its own negligent conduct and the conduct of its agents, employees and officers.

### THIRD SEPARATE DEFENSE

Plaintiff's Second Amended Complaint against this Defendant is barred by the acts of its agents, employees and officers which constitute laches.

### FOURTH SEPARATE DEFENSE

Plaintiff's Second Amended Complaint against this Defendant is barred by the acts of its agents, employees and officers which constitute estoppel.

### FIFTH SEPARATE DEFENSE

Plaintiff's Second Amended Complaint against this Defendant is barred by the acts of its agents, employees and officers which constitute waiver.

### JURY DEMAND

The Defendant, LAWRENCE J. CUZZI, demands a trial by jury on all issues.

### CROSSCLAIM FOR CONTRIBUTION

The Defendant hereby demands contribution from Defendants, Cristo Property Management, Ltd., a/k/a G.J.L. Limited, DEK Homes of New Jersey, Inc., Oakwood Properties, Inc., National Home Funding, Inc., William J. Kane, Robert Skowrenski, II, Richard

Colanni, Richard DeBenedetto, James R. Brown, Thomas Brodo, Ronald J. Pierson, Stanley Yaker, Michael Alfieri, Richard Pepsny, Anthony D'Apolito, DAP Consulting, Inc., Commonwealth Land Title Insurance Company, Nations Title Insurance of New York, Inc., Fidelity National Title Insurance Company of New York, Costal Title Agency, Capital Assets Property Management & Investment Co., Inc., Capital Assets Property Management & Investment Co. L.L.C., and Gary Grieser.

                                                **THEODORE W. DAUNNO**
                                                **Attorney for Defendant, Cuzzi**

Dated:  April 3, 1998

### DESIGNATION OF TRIAL COUNSEL

Defendant, LAWRENCE J. CUZZI, hereby designates THEODORE W. DAUNNO, ESQ., as trial counsel in this matter.

Dated:  April 3, 1998

                                                **THEODORE W. DAUNNO**
                                                **Attorney for Defendant, Cuzzi**

### CERTIFICATION OF SERVICE

I hereby certify that on the date hereof, I caused a true copy of the within Answer, Jury Demand and Crossclaim to be served by regular mail upon all counsel listed on the attached Mailing List.

Dated:  April 3, 1998

                                                **THEODORE W. DAUNNO**
                                                **Attorney for Defendant, Cuzzi**

**MAILING LIST**

Latham & Watkins, Esqs.
One Newark Center - 16th Fl.
Newark, NJ  07101-3174
Attn:  Robert A. Magnanini, Esq.
Attorney for Plaintiff, Walsh Securities, Inc.

Drazin & Warshaw, P.C.
25 Reckless Place
P.O. Box 8909
Red Bank, NJ  07701
Attn:  Ronald Lee Reisner, Esq.
Attorney for Defendants Capital Assets
Property Management & Investment Co.,
Inc., Capital Assets Property Management
& Investment Co., L.L.C. and Gary Grieser

Meissner, Kleinberg & Finkel, L.L.P.
275 Madison Avenue - 10th Fl.
New York, NY  10016
Attn:  Richard A. Finkel, Esq.
Attorney for Defendants, Cristo Property
Management, LTD., a/k/a G.J.L. Limited,
DEK Homes of New Jersey, Inc., Oakwood
Properties, Inc., William J. Kane

Schottland, Manning, Rosen, Caliendo & Munson, P.A.
36 West Main Street
Freehold, NJ  07728
Attn:  Michael D. Schottland, Esq.
Attorney for Defendant, National Home Funding, Inc.

August W. Fisher, Esq.
53 Pequot Road
Ringwood, NJ  07456
Attorney for Defendant, Richard Calanni

Richard DiBenedetto, Pro Se
153 Stephens Lane
Mahwah, NJ  07430

James R. Brown, Pro Se
1089 Cedar Avenue
Union, NJ  07083

Crummy, DelDeo, Dolan, Griffinger & Vacchione, Esq.
One Riverfront Plaza
Newark, NJ  07102
Attn:  Lawrence Lustberg, Esq.
Attorney for Defendant, Stanley Yacker, Esq.

Giordano, Halleran & Ciesla, Esqs.
125 Half Mile road
P.O. Box 190
Middletown, NJ  07748
Attn:  Richard L. Friedman, Esq.
Attorney for Defendant, Michael Alfieri, Esq.

Mark W. Catanzaro, Esq.
Blason IV, Suite 208
513 S. Lenola Road
Morrestown, NJ  08057
Attorney for Defendant, Richard Pepsny, Esq.
   and
Jerome Balarotto, Esq.
143 White Horse Avenue
Trenton, NJ  08610
Attorneys for Defendant, Richard Pepsny, Esq.

Anthony M. Cicalese, Esq., Pro Se
100 Eagle Rock Avenue
East Hanover, NJ

Chamlin, Rosen, Cavanagh & Iliano, Esqs.
268 Norwood Avenue
W. Long Branch, NJ  07764
Attn:  Charles J. Uliano, Esq.
Attorney for Defendants, Anthony D'Apolito
and DAP Consulting, Inc.

McCarter & English, Esqs.
Four Gateway Center
100 Mulberry Street - P.O. Box 652
Newark, NJ  07101
Attn:  David Kott, Esq.
Attorney for Defendant, Commonwealth Land Title Ins. Co.

Fox, O'Brien, Rothschild & Franke, Esqs.
997 Lenox Drive
Lawrenceville, NJ  08648
Attn:  Jon Martin, Esq.
Attorney for Defendant, Nations Title Insurance
Company of New York, Inc.

Methfessel & Werbel, Esqs.
130 Perce Street
Rahway, NJ  07065
Attn:  Martin R. McGowan, Esq.
Attorney for Defendant, Coastal Title Insurance
   and
Ansell, Zaro, Grimm & Aaron, Esqs.
1500 Lawrence Avenue
Ocean, NJ  07712
Attn:  James G. Aaron, Esq. and Larry Shapiro, Esq.
Attorneys for Defendant, Coastal Title Insurance

Kauff and Menna, Esqs.
170 Broad Street
P.O. Box 762
Red Bank, NJ   07701
Attn:   Pasquale Menna, Esq.
Attorney for Defendant, Ronald J. Pierson

Thomas Brodo, Pro Se
139 B Fort Lee Road
Teaneck, NJ   07660