FILED

APR 08 1998

AT 8:... /M
WILLIAM T. WALSH
CLERK

**FOX, ROTHSCHILD, O'BRIEN & FRANKEL, LLP**
Formed in the Commonwealth of Pennsylvania
BY: Jon C. Martin, Esq.
JM-2975
PRINCETON PIKE CORPORATE CENTER
997 LENOX DRIVE, BUILDING 3
LAWRENCEVILLE, NJ 08648-2311
(609) 896-3600
ATTORNEYS FOR Defendants, Fidelity National Title Insurance Company
of New York and Nations Title Insurance Company

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

WALSH SECURITIES, INC.,
    Plaintiff
  v.

CRISTO PROPERTY MANAGEMENTS, LTD.
A/K/A G.J.L. LIMITED, DEK HOMES OF
NEW JERSEY, INC., OAKWOOD PROPERTIES
INC., NATIONAL HOME FUNDING, INC.,
CAPITAL ASSETS PROPERTY MANAGEMENT
& INVESTMENTS CO., INC., CAPITAL ASSETS
PROPERTY MANAGEMENT LLC., WILLIAM J.
KANE, GARY GRIESER, ROBERT
SKOWRENSKI, II, RICHARD CALANNI,
RICHARD DIBENEDETTO, JAMES R. BROWN,
THOMAS BRODO, RONALD J. PIERSON,
STANLEY YACKER, ESQ., MICHAEL
ALFIERI, ESQ., RICHARD PEPSNY,
ESQ., ANTHONY M. CICALESE, ESQ.,
LAWRENCE M. CUZZI, ANTHONY
D'APOLITO, DAP CONSULTING, INC.,
COMMONWEALTH LAND TITLE INSURANCE
COMPANY, NATIONS TITLE INSURANCE
OF NEW YORK INC., FIDELITY NATIONAL

Civil Action No. 97-3496
Hon. William G. Bassler

**AFFIDAVIT OF COMPLIANCE
OF EDWARD J. HAYES, ESQ.**

TITLE INSURANCE COMPANY OF NEW : 
YORK AND COASTAL TITLE AGENCY, : 
: 
　　　　　　　　　　　　　　Defendants. : 
: 

COMMONWEALTH OF PENNSYLVANIA: 
　　　　　　　　　　　　　　　　　　　　:ss 
COUNTY OF PHILADELPHIA　　　　　　: 

　　Edward J. Hayes, Esquire, being duly sworn according to law, deposes and says that he has complied with the Court's February 5, 1998 Order admitting him to practice in the State of New Jersey pro hac vice for the purposes of acting as counsel for defendants, Fidelity National Title Insurance Company of New York and Nations Title Insurance Company, in the above-captioned matter. Furthermore, in compliance with said Order, he has made payment to the New Jersey Lawyer's Fund for Client Protection as evidenced by the attached date-stamped copy of receipt of his payment.

　　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. HAYES

Date: 3-31-98

Sworn to and Subscribed
before me this 31st day
of March, 1998.

NOTARY PUBLIC

> Notarial Seal
> Sandra L. McKelsheth, Notary Public
> Philadelphia, Philadelphia County
> My Commission Expires Aug. 24, 2000
> Member, Pennsylvania Association of Notaries

# FRO&F  Fox, Rothschild, O'Brien & Frankel, LLP

Attorneys at Law    Founded 1907

• • •

Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2311
(609) 896-3600  FAX (609) 896-1469

Jon C. Martin
Certified Civil Trial Attorney
Direct Dial: (609) 895-3318
Internet Address: jmartin@frof.com

March 12, 1998

New Jersey Lawyer's Fund
 For Client Protection
Richard Hughes Justice Complex
P. O. Box 961
Trenton, NJ 08625-0961

Attn: Dorothy

Re:   *1998 Payment for Edward J. Hayes, Esquire*

Dear Dorothy:

Enclosed please find our firm's check in the amount of $163.00 representing payment for 1998's Pro Hac Vice admission of Edward J. Hayes, Esquire in the action entitled: Walsh Securities, Inc. v. Fidelity National Title Insurance Company of New York, et al., D.C.N.J., Civil Action No. 97-3496. He is sponsored by Jon C. Martin, Esquire. Also, this is to advise that Mr. Hayes was admitted to the Supreme Court of Pennsylvania in 1979. Kindly forward confirmation of payment in the self-addressed stamped envelope provided.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Jon C. Martin

JCM/slmw
Enclosures
cc:   Edward J. Hayes, Esq.

*Pro Hac Vice*
RECEIVED
#163 FOR 1998
MAR 13 1998
NJ LAWYERS FUND FOR
CLIENT PROTECTION

F:\DATA\JMARTIN\JCM7273.LTR - 3/5/98

Formed in the Commonwealth of Pennsylvania
EXTON, PA    •    LANSDALE, PA    •    LAWRENCEVILLE, NJ    •    PHILADELPHIA, PA