FILED
APR 08 1998
AT 8:30 ............ M
WILLIAM T. WALSH
CLERK

ANSELL ZARO GRIMM & AARON
1500 Lawrence Avenue
Ocean Township, New Jersey 07712
(732) 922-1000
Attorneys for Defendant Coastal Title Agency

| | |
|---|---|
| WALSH SECURITIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, RONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW YORK INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, and COASTAL TITLE AGENCY, <br><br> Defendants. | Civil Action No. CV 97-3496 (WGB) <br><br> Hon. William G. Bassler <br><br> Docket No. <br><br> CERTIFICATION OF MAILING |

Lawrence H. Shapiro, Esq., hereby certifies as follows:

1. I am an attorney of the State of New Jersey and an associate with the law firm of Ansell Zaro Grimm & Aaron and as such am fully familiar with the facts of the above stated matter.

ANSELL ZARO
GRIMM & AARON
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
1500 LAWRENCE AVENUE
CN 7807
OCEAN, NJ 07712
(908) 922-1000

1

2. On April 6, 1998, a copy of the Order allowing the filing out of time of an Answer to Amended Complaint, Affirmative Defenses, Counterclaim/Crossclaim, a copy of the filed Answer to Amended Complaint, Affirmative Defenses, Counterclaim and Cross Claims along with a copy of the Summons, with regard to Defendant Coastal Title Agency, were served via regular mail to the parties on the attached service list.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

ANSELL ZARO GRIMM & AARON
Attorneys for Plaintiffs

By: _____
LAWRENCE H. SHAPIRO, ESQ.

Dated:   April 6, 1998

ANSELL ZARO
GRIMM & AARON
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
1500 LAWRENCE AVENUE
CN 7807
OCEAN, N.J. 07712
(908) 922-1000

f:\users\tl\lhs\coastal\walsh\cert.mai

## SERVICE LIST - COASTAL adv. WALSH

Michael Chertoff, Esq.
Geoffrey Berman, Esq.
Robert A. Magnanini, Esq.
Latham & Watkins
One Newark Center, 16th Floor
Newark, NJ 07101

Attorneys for Plaintiff Walsh Securities

---

Michael Washor, Esq.
275 Madison Ave.
10th Floor
New York, NY 10016

Attorneys for Cristo Property Management, DEK Homes of NJ,
    Oakwood Properties, Inc., William J. Kane

---

Michael D. Schottland, Esq.
Schottland Manning Rosen Caliendo & Munson
36 W. Main St.
Freehold, NJ 07728
(732) 462-4405
(732) 409-0347
Attorneys for National Home Funding, Inc. and
    Robert Skowrenski II

---

Ronald Lee Reisner, Esq.
Drazin & Warshaw
PO Box 8909
Red Bank, NJ 07701
(732) 747-3730
(732) 741-0865 (fax)

Attorneys for Capital Assets Property Management &
    Investment Co., Inc., Capital Assets Property Management,
    LLC and Gary Greiser

August Fischer, Esq.
53 Pequot Road
Ringwood, NJ 07456
(973) 962-7179

Attorney for Richard Calanni

---

Richard L. Friedman, Esq.
Giordano Halleran & Ciesla
PO Box 190
Middletown, NJ 07748
(732) 741-3900
(732) 224-6599 (fax)

Attorneys for Michael Alfieri, Esq.

---

Miles Feinstein, Esq.
1135 Clifton Avenue
Clifton, NJ 07013
(973) 779-1124
(973) 779-4109 (fax)

Attorney for Lawrence M. Cuzzi

---

Charles J. Uliano, Esq.
268 Norwood Avenue
W. Long Branch, NJ 07764
(732) 229-3200
(732) 571-8741 (fax)

Attorney for Anthony D'Apolito and DAP Consulting, Inc.

---

Todd Panjonas, Esq.
2 Park Ave., Suite 1420
New York, NY 10016
(212) 481-5858
(212) 481-8747 (fax)

Attorney for Nations Title Insurance and Fidelity
    National Title Insurance Co. of New York

---

Lawrence Lustberg, Esq.
Crummy DelDeo Dolan Griffinger & Vecchione
One Riverfront Plaza
Newark, NJ 07102
(973) 596-4500
(973) 596-0545 (fax)

Attorneys for Stanley Yacker

---

Jerome A. Ballaroto, Esq.
143 White Horse Ave.
Trenton, NJ 08610
(609) 581-8555
(609) 581-9509 (fax)

Attorneys for Richard Pepsny

---

Thomas D. Flinn, Esq.
Garrity, Graham, Favette & Flinn
1 Kackawanna Plaza
Box 4205
Montclair, New Jersey 07042
(973) 509-7500
(973) 509-0414 (fax)

Attorney for Anthony M. Cicalese, Esq.

---

David R. Kott, Esq.
McCarter & English
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101-0652
(973) 622-4444
(973) 624-7070 (fax)

Attorney for Defendant Common Wealth Land Title Insurance Co.

Pasquale Menna, Esq.
Kauff and Menna
170 Broad Street
P.O. Box 762
Red Bank, New Jersey 07701
(732) 888-6200
(732) 888-6213 (fax)

Attorney for Defendant Ronald J. Pierson

---

Jon C. Martin, Esq.
Fox, Rothschild, O'Brien & Frankel
997 Lenox Drive
Lawrenceville, New Jersey 08648
(609) 896-3600
(609) 896-1469 (fax)

Attorney for Defendants Fidelity National Title Insurance Co. of NY
  and Nations Title Insurance Company

PRO SE:

Richard Dibenedetto, Pro Se
384 Greenwich Street
Bergenfield, NJ 07621

James R. Brown, Pro Se
1089 Cedar Avenue
Union, NJ 07083

Mr. Thomas Brodo, Pro Se
139-B Fort Lee Road
Teaneck, NJ 07666