FILED

APR 20 1998

WILLIAM T. WALSH
CLERK

AUGUST W. FISCHER, ESQ.
53 Pequot Rd.
Ringwood, NJ 07456
(973)962-7179

Attorney for Defendant
Richard Calanni

| | |
|---|---|
| WALSH SECURITIES, INC. | : UNITED STATES DISTRICT COURT<br>: FOR THE DISTRICT OF NEW JERSEY<br>:<br>: **CIVIL ACTION NO.:CV973496(WJB)**<br>:<br>: **ANSWER TO CROSS-CLAIM OF**<br>: **COASTAL TITLE AGENCY**<br>:<br>:<br>: |
| Plaintiff, | |
| -vs- | |
| CRISTO PROPERTY MANAGEMENT LTD., et als. | |
| Defendant, | |

This defendant, RICHARD CALANNI, by way of answer to the cross-claim states:

1. With regard to the allegations of Counts One through Five this defendant makes no response since the same are not directed against him.

2. This defendant states that there is no basis for any contribution, nor has he been in anyway negligent toward this co-defendant, nor is there any contractual relationship between these defendants.

Dated: April 17, 1998

AUGUST W. FISCHER, ESQ.
Attorney for Richard Calanni

**SERVICE LIST**

Michael Chertoff, Esq.
Georffrey Berman, Esq.
Robert A. Magnanini, Esq.
Latham & Watkins
One Newark Center 16th Floor
Newark, NJ 07101

Attorney for Plaintiff Walsh Securities


Michael D. Schottland, Esq.
Schottland, Manning Rosen Caliendo
36 W. Main St.
Freehold, NJ 07728

(732)462-4405
(732) 409-0347

Attorney for National Home Funding
and Robert Skowrenski II


Ansell, Zaro, Grim & Aaron
1500 Lawrence Ave.
CN 7807
Ocean, NJ 07712

(732)922-1000

Attorney for Coastal Title


Mark W. Catanzaro, Esq.
Blason IV, Suite 208
513 S. Lenola Road
Morrestown, NJ 08057
(609) 235-4266
(609) 235-4332 fax

Attorney for Richard Pepsny, Esq.

Charles J. Uliano. Esq.
268 Norwood Ave.
W. Long Branch, NJ 07764
(732) 229-3200
(732) 571-8741

Attorney for Anthony D'Apolito and
DAP Consulting, Inc.

Michael Washor, Esq.
275 Madison Ave.
10th Floor
New York, NY 10016

Attonrey for Cristo Property Management,
DEK Homes of NJ, Oakwood Properties,
Inc., William J. Kane


Ronald Lee Reisner, Esq.
Drazian & Warshaw
P.O. Box 8909
Red Bank, NJ 07701

(732) 747-3730
(732) 741-0865 fax

Attonrey for Capital Assets Property inc.
Management Investment Co. and Gary
Greiser


Richard L. Friedman, Esq.
Giordano Halleran & Ciesla
P.O. Box 190
Middletown, NJ 07748

(732) 741-3900
(732) 224-6599 (fax)

Attorneyfor Michael Alfieri, Esq.


Miles Feinstein, Esq.
1135 Clifton Ave.
Clifton, NJ 07013

(973) 779-1124
(973) 779-4109 fax

Attorney for Lawrence M. Cuzzi

Lawrence Lustberg, Esq.
Gibbons, DelDeo Dolan Griffinger
One Riverfront Plaza
Newark, NJ 07102
(973) 596-4500
(973) 596-0545
Attorney for Stanley Yacker

Thomas D. Flinn, Esq.
Garrity, Graham., Favette & Flinn
1 Kackawanna Plaza
Box 4205
Montclair, NJ 07042

(973) 509-7500
(973) 509-0414 fax

Attorney for Anthony M. Cicalese, Esq.

Pasquale Menna, Esq.
Kauff and Menna
170 Broad Street
P.O., Box 652
Red Bank, NJ 07701
(732) 888-6200
(732) 888-6213 fax
Attorney for Defendant Ronald J. Pierson

Pro Se:
Richard Dibenedetto
384 Greenwich Street
Bergenfield, NJ 07621

Thomas Brodo
139-B Fort Lee Raod
Teaneck, NJ 07666

David R. Kott, Esq.
McCarter & English
Four GAteway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07101-0652

(973) 622-4444
(973) 624-7070 fax
Attorney for Defendant Common Wealth Land Title Insurance Co.

Jon. C. Martin, Esq.
Fox, Rothschild, O'Brien & Finkel
997 Lenox Drive
Lawrenceville, NJ 08648

(609) 896-3600
(609) 896-1469 fax
Attorney for Defendants Fideltiy National Title Insurance Co. of NY

James R. Brown
1089 Cedar Avenue
Union, NJ 07083