UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

FILED
APR 28 1998
AT 8:30 .............. M
WILLIAM T. WALSH
CLERK

WALSH SECURITIES, INC.,

    Plaintiff,

v.

CRISTO PROPERTY MANAGEMENT, LTD., et als.,

    Defendants.

Civ. No. 97-3496(WGB)

O R D E R

    This matter having come before the Court upon the motion of Defendants Stanley Yacker, Cristo Property Management, DEK Homes, Oakwood Properties, and William Kane for a stay during the pendency of criminal investigations and proceedings being conducted by the United States Attorney's Office;

    Defendants Capital Assets, Gary Grieser, Richard Calanni, Roland Pierson, Richard Pepsny, Anthony D'Apolitto, DAP Consulting, and Anthony Cicalese having joined in the motion to stay;

    The Court having considered the submissions of the parties and the argument of counsel, and the sealed, in camera affidavit of the Government summarizing the criminal investigation;

    For the reasons set forth in the Court's opinion filed this day; and

For good cause shown;

It is this 28th day of April, 1998, hereby ORDERED that all interrogatory and deposition discovery in this action is **stayed until November 1, 1998.**

It is further ORDERED that document discovery in this action ordered by United States Magistrate Judge Dennis M. Cavanaugh **shall continue as ordered;**

It is further ORDERED that any parties who have been served and who have not yet filed answers in this action shall do so or shall otherwise move within **thirty (30) days** of the date of this order.

_____
WILLIAM G. BASSLER, U.S.D.J.