CHAMLIN, ROSEN & ULIANO
268 Norwood Avenue
PO Box 38
West Long Branch, NJ 07764
(732) 229-3200
Attorneys For Defendant, Anthony D'Apolito and
Dap Consulting Inc.

RECEIVED IN THE CHAMBERS OF

MAY 5 1998

TIME:_____ M
HON. WILLIAM G. BASSLER, U.S.D.J.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | Civil Action No: CV 97-3496(WGB) |
| Plaintiff, | Hon. William G. Bassler |
| v. | |
| CRISTO PROPERTY MANAGEMENT, LTD., A/K/A GJL LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO JAMES R. BROWN, THOMAS BRODO, RONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE M. CUZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW YORK INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, AND COASTAL TITLE AGENCY, | EXTENSION OF TIME TO ANSWER AMENDED COMPLAINT |
| Defendants. | |

FILED

MAY 6 - 1998

AT 8:30_____ M
WILLIAM T. WALSH
CLERK

The twenty (20) day period within which to answer the Amended Complaint in the above case should have been filed having expired,

the attorney(s) for the respective parties hereby consent to an extension of thirty (30) days, within which to file the answering pleading, as permitted by the provisions of Rule 4:6-1(c).

DATE: 4/15/95

Michael Chertoff, Esq.

DATE: 4/22/98

Charles J. Uliano, Esq.

SO ORDERED: _____

DATE: May 6, 1998