# GARRITY, GRAHAM, FAVETTA & FLINN

A PROFESSIONAL CORPORATION

COUNSELLORS AT LAW

ONE LACKAWANNA PLAZA, PO BOX 4205
MONTCLAIR, NJ 07042-8205
(973) 509-7500
FAX (973) 509-0414

140 BROADWAY, 46TH FLOOR
NEW YORK, NY 10005
(212) 858-7716

FRANCIS X. GARRITY
MICHAEL A. GRAHAM
ANTONIO D. FAVETTA
THOMAS D. FLINN*°
FRANK R. CINQUINA
FRANK H. REIMERS
ANTHONY J. MARINO°
RUDOLPH G. MORABITO
JOHN BADAGLIACCA
RICHARD T. GAROFALO

THOMAS T. CHAPPELL*°
OF COUNSEL

△ PENNSYLVANIA
° NEW YORK
□ WASHINGTON, D.C.
* CERTIFIED CIVIL TRIAL ATTORNEY

JANE GARRITY GLASS
TIMOTHY E. BURKE△
HOPE N. KIRSCH°
FRANCINE A. MINERVINI°
REGINA D. GEISE△
LAURA M. PLASTINE△
JO ANN KATZBAN°
FRANK D. RODRIGUEZ°□
BARRY A. WEINER°
PETER A. GAUDIOSO°
ANN MARIE FLEURY°
CAROLYN GEHL FEFFERMAN
NANCY I. STEIN-McCARTHY
DONNA L. MAGRI

June 19, 1998

ALL COUNSEL

Re: Walsh Securities, Inc. v. Cristo Property Management
Civ. 97-3496(WBG)
Our File No. 240.2982(TDF)

Counsel:

As some of you may know, we represent Anthony M. Cicalese in defense of the crossclaim of National Home and Robert Skowrenski. We will also be answering the crossclaim of Coastal Title Agency.

It has become apparent that we do not appear on many of your service lists, and are not listed as counsel of record on the Court's docket.

Kindly adjust your lists accordingly and see that we are copied on your correspondence and pleadings.

Thank you for your attention.

Very truly yours,

THOMAS D. FLINN
Ext. 223

TDF:sw
cc: William T. Walsh, Clerk