240.2982(TDF)
Thomas D. Flinn, (TD1849)
GARRITY, GRAHAM, FAVETTA & FLINN
A Professional Corporation
One Lackawanna Plaza
P.O. Box 4205
Montclair, New Jersey 07042
(973) 509-7500
Attorneys for Defendant Anthony M. Cicalese, Esq.

FILED
JUL 0 6 1998
AT 8:30 .............. M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------x
WALSH SECURITIES, INC.,

    Plaintiff,

v.

CRISTO PROPERTY MANAGEMENT, LTD.,
A/K/A G.J.L. LIMITED, DEK HOMES OF NEW
JERSEY, INC., OAKWOOD PROPERTIES,
INC., NATIONAL HOME FUNDING, INC.,
CAPITAL ASSETS PROPERTY MANAGEMENT &
INVESTMENT CO., INC., CAPITAL ASSETS
PROPERTY MANAGEMENT, L.L.C., WILLIAM
J. KANE, GARY GRIESER, ROBERT
SKOWRENSKI, II, RICHARD CALANNI,
RICHARD DIBENEDETTO, JAMES R. BROWN,
THOMAS BRODO, RONALD J. PIERSON,
STANLEY YACKER, ESQ., MICHAEL ALFIERI,
ESQ., RICHARD PEPSNY, ESQ., ANTHONY M.
CICALESE, ESQ., LAWRENCE M. CUZZI,
ANTHONY D'APOLITO, DAP CONSULTING,
INC., COMMONWEALTH LAND TITLE
INSURANCE COMPANY, NATIONAL TITLE
INSURANCE COMPANY OF NEW YORK, INC.,
FIDELITY NATIONAL TITLE INSURANCE
COMPANY OF NEW YORK and COASTAL TITLE
AGENCY,

    Defendants.
------------------------------------x

Civil Action No.
CV 97-3496(WGB)

Hon. William G. Bassler

Civil Action

CONSENT ORDER

ENTERED
on
THE DOCKET
on 7/8/ 19 98
WILLIAM F. WALSH, CLERK
By (Deputy Clerk)

THIS MATTER having come before this Court by GARRITY GRAHAM FAVETTA & FLINN, attorneys for defendant Anthony M. Cicalese, upon notice to Ansell Zaro Grimm & Aaron, attorneys for defendant Coastal Title Agency, for an Order permitting defendant to serve his Answer to the Crossclaim of Coastal Title Agency out-of-time, and the Court having considered the request of defendant, Anthony M. Ciclese, and for good cause having been shown;

IT IS on this __7__ day of __July__, 1998

**ORDERED** that leave is hereby GRANTED to defendant, Anthony M. Cicalese to file and serve his Answer to the Crossclaim of defendant Costal Title Agency, <u>Nunc Pro Tunc</u>; and it is further

**ORDERED** that a copy of the this Order shall be served upon all counsel of record within __10__ days of the date hereof.

_____
JSC

The Undersigned hereby consents
to the foregoing Order as to
form and entry.

ANSELL ZARO GRIMM & AARON
Attorneys for Defendant Coastal Title Agency

By: _____
LAWRENCE H. SHAPIRO