PURCELL, RIES, SHANNON, MULCAHY & O'NEILL
One Pluckemin Way
P.O. Box 754
Bedminster, NJ 07921
(908) 658-3800
Attorneys for Garden State Indemnity Company
ALI-2827
Our File No. (566) 9902-I

FILED
JAN 07 1999
AT 8:30 ............ M
WILLIAM T. WALSH
CLERK

## U.S. DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL ALFIERI; RICHARD PEPSNY; ANTHONY M. CICALESE; LAWRENCE M. CUZZI; BRIAN G. REILLY; ANTHONY D'APOLITO; DAP CONSULTING, INC.; CRISTO PROPERTY MANAGEMENT, LTD. a/k/a G.J.L. LIMITED; NATIONAL HOME FUNDING, INC.; CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C.; WILLIAM J. KANE; GARY GRIESER; ROBERT SKOWRENSKI, II; RICHARD CALANNI; RICHARD DeBENEDETTO; JAMES R. BROWN; STANLEY YACKER; DEK HOMES OF NEW JERSEY, INC.; OAKWOOD PROPERTIES, INC.; THOMAS BRODO, RONALD J. PIERSON; COMMONWEALTH LAND TITLE INSURANCE COMPANY; NATIONS TITLE INSURANCE COMPANY OF NEW YORK, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK; COASTAL TITLE AGENCY, <br><br> Defendants. | CIVIL ACTION NO.: 97-3496 (WGB) <br><br><br> **GARDEN STATE INDEMNITY COMPANY'S MOTION TO INTERVENE** |

TO:   ALL COUNSEL OF RECORD

(See attached list)

**PLEASE TAKE NOTICE**, that on Monday, January 25, 1999, at 9:00 a.m., or as soon thereafter as counsel can be heard, the undersigned attorneys for Garden State Indemnity Company will move before this Court for an Order permitting Garden State Indemnity Company to intervene in the matter captioned <u>Walsh Securities, Inc. v. Cristo Property Management, Ltd. a/k/a G.J.L. Limited, et als.</u>, United States District Court, District of New Jersey, Docket Number CV 97-3496 (WGB) pursuant to Rules 24(a) and 24(b).

**TAKE FURTHER NOTICE** that in support of this Motion, Garden State Indemnity Company will rely upon the supporting Brief submitted herewith.

Oral argument is waived unless opposition to this motion is filed.

A proposed form of order is attached hereto.

PURCELL, RIES, SHANNON, MULCAHY
& O'NEILL
Attorneys for Garden State Indemnity Company

Dated: January 5, 1999           By_____
                                  ANDREW L. INDECK, ESQ.


## CERTIFICATE OF FILING AND SERVICE

I certify that true copies of the within Notice of Motion, Supporting Brief and a proposed form of Order were filed with the U.S. District Court, District of New Jersey and served this date upon all counsel of record via first class mail.

PURCELL, RIES, SHANNON, MULCAHY
& O'NEILL
Attorneys for Garden State Indemnity Company

Dated: January 5, 1999           By_____
                                  ANDREW L. INDECK, ESQ.

# ** COUNSEL LIST **

RE: WALSH SECURITIES, INC. v. CRISTO PROPERTY MANAGEMENT
Civil Action No: 97-3496 (WGB)

^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^

**Attorneys for Walsh Securities, Inc.**
Michael Chertoff, Esq.
Robert A. Magnanini, Esq.
Latham & Watkins
One Newark Center, 10th Floor
Newark, NJ 07101-3174
(P) (973) 639-1234
(F) (973) 639-7298

**Attorneys for Cristo Property Management, Ltd.**
 **a/k/a G.J.L. Limited, DEK Homes of New Jersey, Inc.**
**Oakwood Properties, Inc. and William J. Kane**
Richard A. Finkel, Esq.
Ronald M. Kleinberg, Esq.
Meissner, Kleinberg & Finkel, LLP
275 Madison Avenue, 10th Floor
New York, NY 10016
(P) (212) 689-8600
(F) (212) 689-0252

**Attorneys for Richard Calanni**
August W. Fischer, Esq.
53 Pequot Road
Ringwood, NJ 07456
(P) (973) 962-7179
(F) (973) 962-0389

**Attorneys for Richard DiBenedetto**
Richard DiBenedetto, Pro Se
153 Stephens Lane
Mahwah, NJ 07430
(P) (201) 512-9920


**Attorneys for James R. Brown**
James R. Brown, Pro Se
1089 Cedar Avenue
Union, NJ  07083
(P) (908) 687-7776
(F) (908) 687-4328

**Attorneys for Stanley Yacker, Esq.**
Lawrence Lustberg, Esq.
James I. O'Hearn, Esq.
Gibson, Del Delo,
One Riverfront Plaza
Newark, NJ  07102
(P) (973) 596-4500
(F) (973) 596-0545

**Attorneys for Richard Pepsny**

| | |
|---|---|
| Mark W. Catanzaro, Esq. | Jerome Balarotto, Esq. |
| Blason IV - Suite 208 | 143 White Horse Avenue |
| 513 South Lenola Road | Trenton, NJ  08610 |
| Moorestown, NJ  08057 | (P) (609) 581-8555 |
| (P) (609) 235-4266 | (F) (609) 581-9509 |
| (F) (609) 235-4332 | |

**Attorneys for Michael Alfieri, Esq.**
Richard L. Friedman, Esq.
Timothy J. Lyons, Esq.
Edward C. Betucio, Esq.
Giordano, Halleran & Ciesla
125 Half Mile Road
P.O. Box 190
Middletown, NJ  07748
(P) (732) 741-3900
(F) (732) 224-6599

**Attorneys for Capital Assets Property Management**
 **& Investment Co., Inc., Capital Assets Property**
**Management, LLC, and Gary Greiser**
Ronald Lee Reisner, Esq.
Drazin and Warshaw
25 Reckless Place
P.O. Box 8909
Red Bank, NJ  07701
(P) (732) 747-3730
(F) (732) 741-0865

**Attorneys for National Home Funding, Inc.
 and Robert Skowrenski, II**
Michael Schottland, Esq.
Schottland, Manning, Rosen,
 Caliendo & Munson, P.A.
36 West Main Street
Box 6578
Freehold, NJ  07728
(P) (732) 462-4405
(F) (732) 409-0347

**Attorneys for Anthony M. Cicalese**
Anthony M. Cicalese, Pro Se
Anthony M. Cicalese, PC
467 Long Hill Drive
Short Hills, NJ  07078
(P) (973) 912-0795
(F) (973) 515-0812

**Attorneys for Lawrence J. Cuzzi**
Theodore W. Daunno, Esq.
1033 Clifton Avenue
Clifton, NJ  07013
(P) (973) 472-0202
(F) (973) 472-2077

**Attorneys for Anthony D'Apolito and DAP Consulting, Inc.**
Charles J. Uliano, Esq.
Chamlin, Rosen, Cavanagh & Uliano
268 Norwood Avenue
P.O. Box 38
West Long Branch, NJ  07764
(P) (732) 229-3200
(F) (732) 571-8741

**Attorneys for Commonwealth Land Title Insurance Company**
David R. Kott, Esq.
McCarter & English
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ  07101
(P) (973) 622-4444
(F) (973) 624-7070

**Attorneys for Nations Title Insurance Company of New York, Inc. and Fidelity National Title Insurance Company of New York**
John C. Martin, Esq.
Fox, O'Brien, Rothschild & Frankel
997 Lenox Drive
Lawrenceville, NJ 08648
(P) (609) 896-3600
(F) (609) 896-1469

**Attorneys for Coastal Title Insurance**

| | |
|---|---|
| Martin R. McGowan, Esq. | James G. Aaron, Esq. |
| Methfessel & Werbel | Larry Shapiro, Esq. |
| 1308 Pierce Street | Ansell, Zaro, Grimm & Aaron |
| Rahway, NJ 07065 | 1500 Lawrence Avenue |
| (P) (732) 382-4200 | Ocean, NJ 07712 |
| (F) (732) 382-4437 | (P) (732) 922-1000 |
| | (F) (732) 922-6161 |

**Attorneys for Thomas Brodo**
Thomas Brodo, Pro Se
139 B Fort Lee Road
Teaneck, NJ 07666
(P) (201) 836-9242
(F) (201) 836-7574

**Attorneys for Ronald J. Pierson**
Pasquale Menna, Esq.
Kauff and Menna
170 Broad Street
P.O. Box 762
Red Bank, NJ 07701
(P) (732) 888-6200
(F) (732) 747-8814