FILED

OCT 29 1999

AT 8:30 ............ M
WILLIAM T. WALSH
CLERK

*Attorney(s):* August W. Fischer, Esq.

*Office Address & Tel. No.:* 53 Pequot Rd.,
Ringwood, NJ 07456 (973) 962-7179
*Attorney(s) for* Richard Calanni

| | |
|---|---|
| WALSH SECURITIES, INC.<br><br>*Plaintiff(s)*<br>vs.<br>CRISTO PROPERTY MANAGEMENT, LTD., et al.<br><br>*Defendant(s)* | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIV. NO. 97-3496<br>Docket No. 97-3496 (WGB)<br><br>CIVIL ACTION<br><br>SUBSTITUTION OF ATTORNEY |

*The undersigned hereby consent to the substitution of* RICHARD CALANNI, Pro Se

*as Attorney(s) for the* defendant Richard Calanni

*in the above entitled cause.*

Dated: October 25, 19 99

_____
RICHARD CALANNI, Pro Se
*Superseding Attorney(s)*

_____
AUGUST W. FISCHER, Esq.
*Withdrawing Attorney(s)*

**AUGUST W. FISCHER**
COUNSELLOR AT LAW
53 Pequot Road
Ringwood, N.J. 07456
(973)962-7179

FAX(973)962-0389

October 26, 1999

US District Courthouse Clerk
50 Walnut St.
Newark, NJ 07101

RE: WALSH SECURITY vs CRISTO MANAGEMENT
    CIVIL ACTION NO.:97-3496-(WGB)

Dear Sir/Madam:

Enclosed please find substitution of attorney wherein I am the withdrawing attorney and Mr. Richard Calanni will be representing himself pro se henceforth. Mr. Calanni's address is One Old Farm Road, Tinton Falls, New Jersey 07724. Would you please favor me with a stamped copy of the substitution of attorney returned in the self addressed stamped envelope.

Sincerely yours,

AUGUST W. FISCHER, ESQ.

AWF/ds