HOBBIE, CORRIGAN, BERTUCIO & TASHJY, PC
500 Hooper Avenue
Toms River, New Jersey 08753
(732)349-1515
Attorneys for Defendant, Michael Alfieri

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL ALFIERI, et al., <br><br> Defendant. | CIVIL ACTION NO.: 97-3496 (WGB) <br><br> **CIVIL ACTION** <br><br> SUBSTITUTION OF ATTORNEY |

The undersigned hereby consents to the substitution of Hobbie, Corrigan, Bertucio & Tashjy, PC, as attorneys for Defendant in the above-captioned matter.

DATED: 4/10/00

By: _____
Norman M. Hobbie, Esq.
GIORDANO, HALLERAN & CIESLA, PC
Withdrawing Attorney

By: _____
Norman M. Hobbie, Esq.
HOBBIE, CORRIGAN, BERTUCIO & TASHJY
Superceding Attorney

FILED
APR 1 8 2000
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK