**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**OFFICE OF THE CLERK**
**50 WALNUT ST.**
**P.O. Box 419**
**Newark, N.J. 07101-0419**

FILED
MAY 03 2000
AT 8:30 .......... M
WILLIAM T. WALSH
CLERK

William T. Walsh,
    Clerk

1 May 2000

Michael Chertoff, Esq.
Latham & Watkins
One Newark Center
16th Floor
Newark, N.J. 07102-3174

        Re: Walsh Securities  v.  Cristo Properties, et al
            Cv. 97-3496 (WGB)

Dear Counsel,

        Please be advised that Judge William G. Bassler, will be conducting a status conference on **26 May 2000 at 10:00 a.m.**

        Counsel is advised that they must submit to chambers a letter that sets forth the key issues and status of the case. The letter shall be submitted by each counsel and should consist of no more than two pages.  The letter must be submitted one week prior to the scheduled conference to the following address: Hon. William G. Bassler, Martin Luther King, Jr. Courthouse, 50 Walnut St., Newark, N.J. 07101-0999.

        Trial attorneys are to appear for the conference.  It is the plaintiff's responsibility to notify counsel for any represented party who is not listed on this correspondence.  This conference will in no way affect any dates set by Magistrate Cavanaugh at the Rule 16 conference.

        Judge Bassler is located on the 5th floor of the Martin Luther King, Jr., Courthouse.  If you need any additional information, please contact me at (973) 645-6652.

                                            Sincerely,

                                            Scott P. Creegan, Deputy Clerk

cc: File
    attached counsel List

1

JOSEPH V. SORRENTINO, Esq.
MEISSNER, KLEINBERG & FINKEL LLP
275 MADISON AVENUE
NEW YORK, NY 10016-1101

MICHAEL D. SCHOTTLAND, Esq.
SCHOTTLAND, MANNING & ROSEN, PC
36 WEST MAIN STREET
PO BOX 6578
FREEHOLD, NJ 07728

RONALD L. REISNER, Esq.
DRAZIN & WARSHAW, P.C.
25 RECKLESS PLACE
P.O. BOX 8909
RED BANK, NJ 07701-8909

MICHAEL D'ALESSIO, JR., Esq.
80 MAIN ST.
WEST ORANGE, NJ 07052

RICHARD DIBENEDETTO, Pro Se
153 STEPHENS LANE
MAHWAH, NJ 07430-3863

LAWRENCE S. LUSTBERG, Esq.
GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, PC
ONE RIVERFRONT PLAZA
NEWARK, NJ 07102-5497

RICHARD CALANNI, Pro Se
ONE OLD FARM ROAD
TINTON FALLS, NJ 07724

NORMAN M. HOBBIE, Esq.
HOBBIE, CORRIGAN, BERTUCIO & TASHJY, PC
500 HOOPER AVENUE
TOMS RIVER, NJ 08753

JEROME A. BALLAROTTO, Esq.
143 WHITE HORSE AVENUE
TRENTON, NJ 08610

MARK W. CATANZARO, Esq.
LAW OFFICES OF MARK W. CATANZARO
BLASON IV - SUITE 208
513 S. LENOLA ROAD
MOORESTOWN, NJ 08057

THOMAS D FLINN, Esq.
GARRITY, GRAHAM & FAVETTA, P.C.
ONE LACKAWANNA PLAZA
P.O. BOX 4205
MONTCLAIR, NJ 07042-4205

CHARLES JOHN ULIANO, Esq.
CHAMLIN, ROSEN, CAVANAGH & ULIANO, PC
268 NORWOOD AVENUE
P.O. BOX 38
WEST LONG BRANCH, NJ 07764

PASQUALE MENNA, Esq.
KAUFF & MENNA, ESQS.
170 BROAD STREET
P.O. BOX 762
RED BANK, NJ 07701

DAVID R. KOTT, Esq.
MCCARTER & ENGLISH
FOUR GATEWAY CENTER
100 MULBERY STREET
NEWARK, NJ 07102-4096

JON C. MARTIN, Esq.
FOX, ROTHSCHILD, O'BRIEN & FRANKEL, LLP
PRINCETON CORPORATE CENTER
997 LENOX DRIVE
BUILDING 3
LAWRENCEVILLE, NJ 08648-2311

JAMES G. AARON, Esq.
ANSELL, ZARO, GRIMM & AARON, ESQS.
1500 LAWRENCE AVENUE
CN 7807
OCEAN, NJ 07712

THOMAS G. BRODO, Pro Se
139 B. FORT LEE ROAD
TEANECK, NJ 07666

Robert Hanna, AUSA
UNITED STATES ATTORNEY'S OFFICE
DISTRICT OF NEW JERSEY
970 BROAD STREET
NEWARK, NJ 07102