FILED

MAY 2 5 2000

AT 8:30 . . . . . . . . . . . . . M
WILLIAM T. WALSH
CLERK

DRAZIN and WARSHAW, P.C.
25 Reckless Place
P. O. Box 8909
Red Bank, New Jersey 07701
(732) 747-3730
Attorneys for Defendants
Grieser and Capital Assets
RR 6813

---

WALSH SECURITIES, INC.          :

      Plaintiff,                 :

      -vs-

CRISTO PROPERTY MANAGE-      :
MENT, LTD., et als;             :

      Defendant,              :

---

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CIVIL ACTION NO. 97-3496 (WGB)

**NOTICE OF MOTION TO BE
RELIEVED AS COUNSEL**

TO:   Michael Chertoff, Esq.
      Latham & Watkins
      One Newark Center
      16th Floor
      Newark, NJ 07102-3174

**PLEASE TAKE NOTICE** that the undersigned will apply to the above named

Court, Honorable William G. Bassler, United States District Court Judge, at Martin

Luther King, Jr. Courthouse, 50 Walnut Street, Newark, New Jersey, on Monday,

June 26, 2000 for an order relieving Drazin & Warshaw, P.C. as attorneys for

defendants Grieser and Capital Assets.

1

A proposed form Order is submitted herewith.  An Affidavit of Ronald Lee

Reisner is submitted herewith, including a statement that no brief is necessary.

The movant hereby requests:

( X )   This motion may be submitted to the Court for ruling on the papers.

(   )   If the motion is CONTESTED by the timely filing of opposition papers,

ORAL ARGUMENT IS REQUESTED; otherwise, if this motion is

uncontested, it may be submitted to the Court for a ruling on the papers.

(   )   ORAL ARGUMENT is requested.

DRAZIN and WARSHAW, P.C.
Attorneys for Defendants Grieser
and Capital Assets

By_____
Ronald Lee Reisner

May 24, 2000

## **CERTIFICATION OF SERVICE**

We hereby certify that a copy of the within Notice of Motion, Affidavit and

proposed form of Order have been served in accordance with the Rules of Court upon

all counsel on the attached service list and:

Michael Chertoff, Esq.                       John A. Whipple, Esq.
Latham & Watkins                             264 South Street
One Newark Center                            Morristown, NJ 07960
16th Floor
Newark, NJ 07102                             Gary Grieser
                                             1266 Ocean Avenue, #2
                                             Sea Bright, NJ 07760
                                             Via Regular Mail and Certified Mail
                                             Return Receipt Requested

by mailing same in a sealed envelope, properly addressed, postage prepaid in the

United States Post Office in Red Bank, New Jersey this 24th day of May, 2000.

DRAZIN and WARSHAW, P.C.
Attorneys for Defendants Grieser
and Capital Assets

By _____
          Ronald Lee Reisner

3

Joseph V. Sorrentino, Esq.
Meissner, Kleinberg & Finkel LLP
275 Madison Avenue
New York, NY 10016-1102

Michael D. Schottland, Esq.
Schottland, Manning & Rosen
P. O. Box 6578
Freehold, NJ 07728

Michael D'Alessio, Jr., Esq.
80 Main Street
West Orange, NJ 07052

Richard DiBenedetto, Pro Se
153 Stephens Lane
Mahwah, NJ 07430-3863

Lawrence S. Lustberg, Esq.
Gibbons, Del Deo, Dolan, Griffinger & Vecchione
One Riverfront Plaza
Newark, NJ 07102-5497

Richard Calanni, Pro Se
One Old Farm Road
Tinton Falls, NJ 07724

Norman Hobbie, Esq.
Hobbie, Corrigan, Bertucio & Tashjy PC
500 Hooper Avenue
Toms River, NJ 08753

Jerome A. Ballarotto, Esq.
143 White Horse Avenue
Trenton, NJ 08610

Mark W. Catanzaro, Esq.
Blason IV - Suite 208
513 S. Lenola Road
Moorestown, NJ 08057

Thomas D. Flinn, Esq.
Garrity, Graham & Favetta, PC
P. O. Box 4205
Montclair, NJ 07042-4205

Charles J. Uliano, Esq.
Chamlin, Rosen, Uliano & Witherington
P. O. Box 38
West Long Branch, NJ 07764

Pasquale Menna, Esq.
Kauff & Menna
P. O. Box 762
Red Bank, NJ 07701

David R. Kott, Esq.
McCarter & English
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4096

Jon C. Martin, Esq.
Fox, Rothschild, O'Brien & Frankel, LLP
Princeton Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2311

James G. Aaron, Esq.
Ansell, Zaro, Grimm & Aaron
CN 7807
Ocean, NJ 07712

Thomas G. Brodo, Pro Se
139 B Fort Lee Road
Teaneck, NJ 07666

Robert Hanna, AUSA
United States Attorney's Office
District of New Jersey
970 Broad Street
Newark, NJ 07102

Michael Chertoff, Esq.
Latham & Watkins
One Newark Center
16th Floor
Newark, NJ 07102-3174