FILED

MAY 3 0 2000

AT 3:30 _____ M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

WALSH SECURITIES, INC.,          :

    Plaintiff,              :          Civ. No. 97-3496

v.                               :          ORDER

CRISTO PROPERTY MANAGEMENT,      :
LTD. et als.

    Defendants.            :

ENTERED
ON THE DOCKET

MAY 3 0 2000

WILLIAM T. WALSH, CLERK
By _____
(Deputy Clerk)

    This matter having come before the Court upon the motion of the Court for a status conference; and

    The Court having considered the submissions of the parties in response to the Deputy Clerk's letter of May 1, 2000; and,

    The Court having considered <u>in camera</u>, the sealed declaration of Assistant U.S. Attorney, Alan Liebman, in support of continued stay, summarizing the status of the criminal investigation; and,

    The Court having conducted a conference on the record on May 26, 2000, in the presence of counsel representing the plaintiff and defendants; and,

    In light of the pending criminal investigation, all of the parties, except National Home Funding and Robert Skowrenski II, are of the opinion that discovery should not proceed; and,

    For the reasons set forth in the Court's opinion filed on April 28, 1998 and for good cause shown;

IT IS on this 26th day of May, 2000, hereby ORDERED that all discovery in this action is stayed pending further order of the Court;

IT IS FURTHER ORDERED that this case be administratively dismissed until further order of the Court.

_____

WILLIAM G. BASSLER, U.S.D.J.