FILED
MAY 26 2000
AT 8:30 ........ M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                           DATE: 26 May 2000

JUDGE: Bassler

COURT REPORTER: Walter Perelli

DEPUTY CLERK: Scott P. Creegan

OTHER: _____

Title of Case:                          Docket # 97-3496

Walsh Securities   v.   Cristo, et al

Appearances:

P-   Robert Magnanini
D-   Michael D'Alessio, August Fisher, Lawrence Lustberg, Edward
     Bertucio, Laura Plastine Baker, Marcie Corbo, Pasquale Menna,
     David R. Kott, Jon C. Martin, Bill bloom

Nature of proceedings:

Status conference re: Discovery
Discovery stayed.
Case to be administratively terminated.


Time Commenced_____
Time Adjourned_____

cc: chambers
                                        _____
                                        Deputy Clerk