**FILED**

JUN 06 2000

WILLIAM T. WALSH
CLERK

**RECEIVED IN THE CHAMBERS OF**

DRAZIN and WARSHAW, P.C.
25 Reckless Place
P. O. Box 8909
Red Bank, New Jersey 07701
(732) 747-3730
Attorneys for Defendants
Grieser and Capital Assets
RR 6813

MAY 31 2000

TIME:_____ M
HON. WILLIAM G. BASSLER, U.S.D.J.

---

| | |
|---|---|
| WALSH SECURITIES, INC.<br><br>        Plaintiff,<br><br>-vs-<br><br>CRISTO PROPERTY MANAGE-MENT, LTD., et als;<br><br>        Defendant, | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO. 97-3496 (WGB)<br><br>**ORDER TO BE RELIEVED AS COUNSEL** |

**THIS MATTER** having been opened to the Court by Drazin and Warshaw, P.C., attorneys for defendants, Gary Grieser, Capital Assets Property Management & Investment Co., Inc., Capital Assets Property Management & Investment Co., LLC., and for good cause shown,

**IT IS** on this ___6___ day of __June__ 2,000 **ORDERED** that the Motion to be relieved as Counsel be and the same hereby is **GRANTED.**

_____
WILLIAM G. BASSLER, U.S.D.J.

ENTERED

JUN 06 2000