FILED

JAN 19 2001

AT 8:30 ...... M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED

JAN 19 2001

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

SCHOTTLAND, MANNING, ROSEN & CALIENDO, P.A.
36 West Main Street - P.O. Box 6578
Freehold, New Jersey 07728
(732) 462-4405
Attorneys for Defendant, National Home Funding

---

WALSH SECURITIES, INC.,

        Plaintiff,

vs.

CRISTO PROPERTY MANAGEMENT, LTD., et al.,

        Defendants.

Civil Action No. 97-3496 (WGB)

NOTICE OF MOTION TO BE
RELIEVED AS REPOSITORY

---

TO: Clerk, U.S. District Court
    M.L. King, Jr. Federal Bldg.
    & U.S. Courthouse
    50 Walnut Street
    Newark, NJ 07101

PLEASE TAKE NOTICE that the undersigned attorney for defendant, National Home Funding, will apply to the above named Court, Hon. William G. Bassler, U.S.D.J., at the Courthouse, 50 Walnut Street, Newark, New Jersey on Monday, January 22, 2001, to be relieved as a repository for the documents exchanged pursuant to *Fed. R. Civ. P. 26*.

In support hereof counsel relies on the Certification of Kenneth L. Thomson, Esq. annexed.

A proposed form of order is submitted herewith.

This motion may be submitted to the Court for ruling on the papers.

                                              SCHOTTLAND, MANNING,
                                              ROSEN & CALIENDO, P.A.
                                              Attorneys for Defendant,
                                              National Home Funding

January 18, 2001         By: _____
                                            KENNETH L. THOMSON

## CERTIFICATION OF FILING/SERVICE

I hereby certify that the within Notice of Motion and supporting documentation were filed with the Clerk of the U.S. District Court for the District of New Jersey at M.L. King, Jr. Federal Bldg. & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101; and true copies were served upon counsel of record in accordance with the annexed Service List, by first class, prepaid mail on even date herewith.

January 19, 2001

_____
KENNETH L. THOMSON

## SERVICE LIST

Michael Chertoff, Esq.
Robert A. Magnanini, Esq.
Latham & Watkins
One Newark Center, 16th Flr.
Newark, NJ  07101-3174
(201) 639-1234
Fax (201) 639-7298
**Attorneys for Walsh Securities**

Joseph V. Sorrentino, Esq.
Meissner, Kleinberg & Finkel
275 Madison Avenue, Suite 1000
New York, NY  10016
(212) 689-8600
**Attorneys for Cristo, Kane,
DEK Homes of NJ, Inc.,
& Oakwood Properties**

Charles J. Uliano, Esq.
Chamlin, Rosen, et al
268 Norwood Avenue
West Long Branch, NJ  07764
(732) 229-3200
Fax   571-8741
**Attorneys for Anthony
D'Apolito & Dap Consulting**

Theodore W. Daunno, Esq.
1033 Clifton Avenue
Clifton, NJ  07013
(973) 472-0202
Fax 472-2077
**Attorney for Lawrence Cuzzi**

Mark W. Catanzaro, Esquire
Blason IV, Suite 208
513 S. Lenola Road
Moorestown, NJ  08057
(609) 235-4266
Fax 235-4332
Attorney for Richard Pepsny

Andrew L. Indeck, Esq.
Scarinci & Hollenbeck, LLC
500 Plaza Drive, Box 3189
Secaucus, NJ  07096
(201) 392-8900
**Attorney for Garden State
Indemnity Co.**

Norman M. Hobbie, Esq.
Hobbie, Corrigan, Bertucio &
Tashjy
500 Hooper Avenue
Toms River, NJ  08753
(732) 349-1515
Fax (732) 797-2500
**Attorneys for Michael Alfieri,
Esq.**

Richard Calanni, Pro Se
One Old Farm Road
Tinton Falls, NJ  07724
**Attorney for Richard Calanni**

Richard DiBenedetto
153 Stephens Lane
Mahwah, NJ  07430
**Pro Se**

James R. Brown
1090 Cedar Avenue
Union, NJ  07083
**Pro Se**

David Kott, Esq.
McCarter & English
Gateway Four
Newark, NJ  07102
(973) 622-4444
**Attorneys for Commonwealth
Land Title Ins. Co.**

Lawrence S. Lustberg, Esq.
Gibbons, Del Deo, Dolan,
Griffinger & Vecchione
One Riverfront Plaza
Newark, NJ  07102-5497
**Attorneys for Stanley Yacker,
Esq.**

Jon C. Martin Esq.
Fox, Rothschild, et al
997 Lenox Drive
Lawrenceville, NJ  08648
(609) 896-3600
Fax 896-1469
**Attorneys for Nations Title
Ins. & Fidelity Nat'l Title**

Anthony M. Cicalese, Esq.
467 Long Hill Drive
Short Hills, NJ  07078
**Pro Se**

Thomas Brodo
319 Queen Anne Road, #B
Teaneck, N.J.  07666-3241
**Pro Se**

Pasquale Menna, Esq.
Kauff and Menna
170 Broad Street - PO Box 762
Red Bank, NJ 07701
(732) 747-4300
Fax 747-8814
**Attorneys for Roland J. Pierson**

Martin McGowan, Esquire
Methfessel & Werbel, P.C.
1308 Pierce Street
P.O. Box B
Rahway, NJ  07065
(732) 382-4200
(Fax) 382-4437
**Attorneys for Coastal Title**

Jerome A. Ballarotto, Esq.
143 White Horse Avenue
Trenton, New Jersey  08057
Attorney for Richard Pepsny

Michael D'Allesio, Jr., Esq.
80 Main Street
West Orange, NJ   07052
**Attorney for Robert Skowrenski, II**

Robert Hanna, Ass't U.S. Atty.
United States Attorney's
Office - District of N.J.
970 Broad Street
Newark, NJ   07102