**FILED**

MAR 26 2001

AT 8:30 .............. M
WILLIAM T. WALSH
CLERK

RECEIVED
WILLIAM T. WALSH, CLERK

2001 MAR 26  P 1:00

|  |  |
|---|---|
| Walsh Securities, Inc., <br>     Plaintiff(s), | UNITED STATES DISTRICT COURT <br> DISTRICT OF NEW JERSEY |
| -vs- | Civil Action No. 97-3496 (WGB) |
| Cristo Property Management, <br> LTD., et al., <br>     Defendant(s), | ORDER |

**THIS MATTER** having come before the Court upon motion by Schottland, Manning, Rosen & Caliendo, P.A. attorneys for the defendant National Home Funding, and for good cause shown,

**IT IS on this 23th day of March, 2001,**

**ORDERED** that the motion to relieve Schottland, Manning, Rosen & Caliendo as a repository for the retention of documents is granted. The pretrial scheduling order dated January 21, 1998 is amended. Latham & Watkins shall continue to retain one set of the documents; and it is further

**ORDERED** that Schottland, Manning, Rosen & Caliendo has leave to dispose of said documents on the condition that the firm provides fourteen days notice to its client of the firm's intention to dispose of said documents.

                                              */s/ Madeline Cox Arleo*
                                              **MADELINE COX ARLEO**
                                              **United States Magistrate Judge**

Original: Clerk
cc:     Hon. William G. Bassler, U.S.D.J.
        File
        Counsel

**ENTERED**
ON
THE DOCKET

**MAR 26 2001**

WILLIAM T. WALSH, CLERK
By_____
(Deputy Clerk)