```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS
```

NEWARK                                    DATE: 27 September 2004

JUDGE: William G. Bassler

COURT REPORTER: Thomas Brazaitis

DEPUTY CLERK: Scott P. Creegan

Title of Case:                            Docket # 97cv3496

Walsh Securities  v.  Cristo Properties, et al

Appearances:

```
P               Keena Mackey & Bill Hurlock
M Garden St.    Maqrc Wietzke
AUSA            Donna Galluccio
D Alfieri       Edward Bertuccio
D Cicalese      Michael Freeman
D Commonwealth  David Kott
D Nations       Patricia Barron
D Coastal       Martin McGowen
```

Nature of proceedings:
Status conf. On the 2 pending motions.
D Alfieri's motion to Lift admin. Stay or alternatively to dismiss.
 Government advised court it did not oppose motion.
      ORDERED motion Granted and administrative stay lifted
P Walsh's motion to have Latham And Watkins removed as counsel.
      ORDERED motion Granted.

Plaintiff Walsh has until 10-4-04 to notify the court if Robert Magnanini, Esq. Of Boise, Schiller & Flexner has been retained.

If counsel has not been retained than deft's can move for dismissal.

Time Commenced    2
Time Adjourned    3

cc: chambers                          /s/ Scott P. Creegan
                                       Deputy Clerk