**Edward C. Bertucio, Jr., Esq. (ECB 6435)**
**HOBBIE, CORRIGAN, BERTUCIO & TASHJY, P.C.**
125 Wyckoff Road
Eatontown, New Jersey 07724
(732) 380-1515
Attorneys for Defendant, Michael Alfieri, Esq.

2004 SEP 27 P 3: 40

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, RONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE J. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW YORK, INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, and COASTAL TITLE AGENCY,<br>                      Defendants. | Civ. No. 97-3496 (WGB)<br><br><br><br>**ORDER** |

This matter having come before the Court upon the motion of Michael Alfieri, Esq. to either dismiss with prejudice this matter or to vacate the previous administrative dismissal of this matter and lift the stay on discovery in this matter; and

The Court having considered the submissions of the parties; and

The Court having heard the arguments of counsel in open court; and

For the reasons set forth in the Court's opinion on the record in this matter and for good cause shown;

IT IS on this 27th day of September, 2004 hereby

~~[redacted]~~

~~[redacted]~~

**ORDERED** that the administrative dismissal of this matter dated May 26, 2000 is hereby reversed and vacated; and it is further

**ORDERED** that the stay of discovery in this case is lifted, and this litigation shall proceed forward immediately toward conclusion; and it is further

**ORDERED** that a copy of this Order shall be served upon all counsel of record within 10 days.

_____
William G. Bassler, U.S.D.J.