LATHAM & WATKINS LLP
One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
(973) 639-1234
Attorneys for Plaintiff
Walsh Securities, Inc.

RECEIVED
[ILLEGIBLE] CLERK

2004 SEP 27 P 3: 40

UNITED STATES
[ILLEGIBLE] COURT

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, RONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE J. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW YORK INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, and COASTAL TITLE AGENCY, <br><br> Defendants. | Civil Action No. CV 97-3496 (WGB) <br><br> Hon. William G. Bassler <br><br> **ORDER** |

    This matter having been brought before the Court by Latham & Watkins LLP, attorneys for Plaintiff Walsh Securities, Inc., on application to the Court to permit Latham & Watkins LLP to withdraw as counsel for Walsh Securities, Inc. in this civil action; and

**WHEREAS** the Court stayed this civil action on April 28, 1998 and administratively dismissed the civil action on May 30, 2000 in order to permit the United States Attorney's Office to continue to conduct criminal investigations; and

**WHEREAS** to date, the United States Attorney's Office has not stated that it has completed its criminal investigation; and

**WHEREAS** Walsh Securities, Inc. cannot re-instate this civil action until further order of the Court; and

**WHEREAS** Walsh Securities, Inc. has consented to Latham & Watkins LLP withdrawing as counsel, and the Court having considered the matter and for good cause having been shown;

IT IS ON THIS 27th, day of September, 2004,

**ORDERED** that Latham & Watkins LLP is hereby relieved as counsel for Walsh Securities, Inc. in this civil action; and it is further

**ORDERED** that Plaintiff Walsh Securities, Inc. retain substitute counsel prior to re-instating this civil action following the completion of the United States Attorney's Office's criminal investigation; and it is further

**ORDERED** that a true copy of this Order shall be served upon all counsel within ____ days of the date of receipt of this Order by counsel for Plaintiff.

_____
WILLIAM G. BASSLER
United States District Judge

2