LATHAM & WATKINS
One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
(973) 639-1234.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

WALSH SECURITIES, INC.,

     Plaintiff,

-v.-

CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. LIMITED, et al.,

     Defendants.

Case No. 97-3496 (WGB)

CIVIL ACTION

**SUBSTITUTION OF COUNSEL**

Please take notice that the firm of Boies, Schiller & Flexner LLP is substituted for the firm of Latham & Watkins LLP as representing the Plaintiff, Walsh Securities, Inc. in this action.

| | |
|---|---|
| **LATHAM & WATKINS, LLP**<br>One Newark Center, 16th Floor<br>Newark, New Jersey 07101<br>**(Withdrawing Attorneys)**<br><br>By: _/s/ David J. McLean_<br>  David J. McLean<br><br>Dated: Aug. 16, 2004 | **BOIES, SCHILLER & FLEXNER, LLP**<br>150 John F. Kennedy Parkway, 4th Floor<br>Short Hills, New Jersey 07078<br>**(Superseding Attorneys)**<br><br>By: _/s/ Robert A. Magnanini_<br>  Robert A. Magnanini<br><br>Dated: 10/8, 2004 |

NJ\90854.1

RECEIVED-CLERK U.S. DISTRICT COURT 2004 OCT 20 A 10: 05