**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**MADELINE COX ARLEO**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4903 |

November 29, 2004

See Attached Counsel List

**LETTER ORDER PURSUANT TO RULE 16.1**

RE:   **Walsh Securities, Inc. v. Cristo Property Mgmt., et al.**
        **Civil Action No. 97-3496  (WGB)**

Dear Counsel:

      A scheduling conference shall be conducted before the undersigned at **11:00 a.m.** on **Monday, December 20, 2004**, in Courtroom 2A of the Martin Luther King, Jr. Courthouse Building, 50 Walnut Street, Newark, New Jersey. See Fed. R. Civ. P. 16.1 and L.Civ.R. 16.1(a).

      Counsel are advised that the early disclosure requirements of Fed. R. Civ. P. 26 will be enforced. Therefore, counsel shall immediately exchange the following information without a formal discovery request:

- identities of individuals likely to have knowledge of discoverable facts,

- documents and things in the possession of counsel or the party,

- identities of experts and their opinions,

- insurance agreements in force, and

- statement of the basis for any damages claimed.

      At least fourteen (14) days prior to the conference scheduled herein, counsel shall personally meet and confer pursuant to Fed. R. Civ. P. 26(f), and shall submit a discovery plan to the undersigned not later than 72 hours prior to the conference with the Court. The discovery plan shall include (1) a brief summary of the claims and defenses; and (2) a proposed schedule for completing fact and expert discovery. The discovery plan may include a summary of the status of settlement negotiations.

At the conference, the Court will address scheduling of all motions.  <u>No motion shall be filed without prior leave of Court.</u>  If any motions have already been filed, please advise the Court immediately, in writing, regarding the nature of the motion and its present status.

The parties shall immediately serve interrogatories, limited to twenty-five (25) single questions, and requests for production of documents (no limit).

At the conference, all parties who are not appearing <u>pro se</u> must be represented by counsel who shall have full authority to bind their clients in all pre-trial matters.  <u>Counsel shall also be prepared to discuss the merits of the case and have settlement authority</u>.  Clients or persons with authority over the matter shall be available by telephone.  <u>See L.Civ.R. 16.1(a)</u>.

Counsel for plaintiff(s) shall notify any party who hereafter enters an appearance of the above conference and forward to that party a copy of this Order.

The parties must advise this Court immediately if this action has been settled or terminated so that the above conference may be canceled.

Failure to comply with the terms herein may result in the imposition of sanctions.

**SO ORDERED this day, November 29, 2004.**

                                                *s/Madeline Cox Arleo*
                                          **MADELINE COX ARLEO**
                                          **UNITED STATES MAGISTRATE JUDGE**

Orig:  Clerk
cc:     Courtroom Deputy
        File

Counsel List

Robert A. Magnanini, Esq.
Boies, Schiller & Flexner, LLP
150 John F. Kennedy Parkway - 4th Floor
Short Hills, NJ 07078

Joseph V. Sorrentino, Esq.
404 Manor Road
Staten Island, NY 10314

Michael D. Schottland, Esq.
36 West Main Street
Freehold, NJ 07728

Michael Dalessio, Jr., Esq.
80 Main Street
West Orange, NJ 07052

Richard DiBenedetto, Pro Se
153 Stephens Lane
Mahwah, NJ 07430-3863

James I. O'Hern, Esq.
Gibbons, DelDeo, Dolan,
Griffinger & Vecchione, PC
One Riverfront Plaza
Newark, NJ 07102-5496

Lawrence S. Lustberg, Esq.
Gibbons, Del Deo, Dolan,
Griffinger & Vecchione, PC
One Riverfront Plaza
Newark, NJ 07102-5496

Norman M. Hobbie, Esq.
Hobbie, Corrigan, Bertucio & Tashjy, PC
125 Wyckoff Road
Eatontown, NJ 07724

Richard Lloyd Friedman, Esq.
Giordano, Halleran & Ciesla, P.C.
125 Half Mile Road
P.O. Box 190
Middletown, NJ 07748

Jerome A. Ballarotto, Esq.
143 White Horse Avenue
Trenton, NJ 08610

Mark W. Catanzaro, Esq.
Blason IV - Suite 208
513 S. Lenola Road
Moorestown, NJ 08057

Thomas D Flinn, Esq.
Garrity, Graham & Favetta, P.C.
One Lackawanna Plaza
P.O. Box 4205
Montclair, NJ 07042-4205

Charles John Uliano, Esq.
Chamlin, Rosen, Uliano & Witherington, PC
268 Norwood Avenue - PO Box 38
West Long Branch, NJ 07764

Pasquale Menna, Esq.
Kauff & Menna, Esqs.
170 Broad Street
P.O. Box 762
Red Bank, NJ 07701

David R. Kott, Esq.
Mccarter & English, LLP
Four Gateway Center
100 Mulberry Street
PO Box 652
Newark, NJ 07101-0652

Jon C. Martin, Esq.
Fox Rothschild LLP
Princeton Pike Corporate Center
997 Lenox Drive - Building 3
Lawrenceville, NJ 08648-2311

James G. Aaron, Esq.
Ansell, Zaro, Grimm & Aaron, Esqs.
1500 Lawrence Avenue
CN - 7807
Ocean, NJ 07712

Thomas G. Brodo, Pro Se
319 Queen Anne Rd #B
Teaneck, NJ 07666