Chamlin Rosen Uliano & Witherington
268 Norwood Avenue
P.O. Box 38
West Long Branch, New Jersey 07764
(732) 229-3200

RECEIVED-CLERK
U.S. DISTRICT COURT

2005 JAN 27  A 9:11

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---

WALSH SECURITES, INC.,

    Plaintiff,

v.

CRISTO PORPERTY MANAGEMENT, LTD,
A/K/A G.J.L. LIMITED, DEK HOMES OF
NEW JERSEY, INC., OAKWOOD PROPERTIES
INC., NATIONAL HOME FUNDING, INC.,
CAPITAL ASSETS PROPERTY
MANAGEMENT, L.L.C., WILLIAM J. KANE,
GARY GRIESER, ROBERT SKOWRENSKI, II,
RICHARD CALANNI, RICHARD
DIBENEDETTO, JAMES R. BROWN,
THOMAS BRODO, RONALD J. PIERSON,
STANLEY YACKER, ESQ., MICHAEL
ALFIERI, ESQ., RICHARD PEPSNY, ESQ.,
ANTHONY M. CICALESE, ESQ.,
LAWRENCE J. CUZZI, ANTHONY
D'APOLITO, DAP CONSULTING, INC.,
COMMONWEALTH LAND TITLE
INSURANCE COMPANY, NATIONS TITLE
INSURANCE OF NEW YORK, INC.,
FIDELITY NATIONAL TITLE INSURANCE
COMPANY OF NEW YORK, and COASTAL
TITLE AGENCY,

    Defendants.

Civil Action No. CV 97-3496(WGB)

Hon. William G. Bassler

NOTICE OF MOTION TO
WITHDRAW AS COUNSEL

---

TO: Clerk, United States District Court
District of New Jersey
M.L. King, Jr. Federal Bldg. and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Honorable Madeline Cox Arleo, U.S.M.J.
M.L. King, Jr. Federal Bldg. and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Mr. Anthony D'Apolito
909 Woodland Avenue
Wall, New Jersey 07719-3131

PELASE TAKE NOTICE THAT on February 18, 2005 at two o'clock in the p.m., or as soon thereafter as counsel may be heard, in Room 2060, at the M.L. King, Jr. Federal Building and United States Court House, in Newark, New Jersey, the undersigned will bring the above motion on for hearing.

PLEASE TAKE NOTICE THAT Charles J. Uliano, Esq. of the firm of Chamlin, Rosen, Uliano & Witherington, attorneys of record for the Defendants, Anthony D'Apolito and DAP Consulting, Inc., in the above-captioned matter, moves the Court for permission to withdraw their appearance, whereby an Answer to the Amended Complaint was filed on May 6, 1998, as attorney of record for Defendants. This motion is based on the grounds that Defendant and movant have terminated their relationship as attorney and client.

_____
CHALRES J. ULIANO, ESQ.

Dated: