Chamlin Rosen Uliano & Witherington
268 Norwood Avenue
P.O. Box 38
West Long Branch, New Jersey 07764
(732) 229-3200

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

WALSH SECURITES, INC.,

      Plaintiff,

v.

CRISTO PORPERTY MANAGEMENT, LTD,
A/K/A G.J.L. LIMITED, DEK HOMES OF
NEW JERSEY, INC., OAKWOOD PROPERTIES
INC., NATIONAL HOME FUNDING, INC.,
CAPITAL ASSETS PROPERTY
MANAGEMENT, L.L.C., WILLIAM J. KANE,
GARY GRIESER, ROBERT SKOWRENSKI, II,
RICHARD CALANNI, RICHARD
DIBENEDETTO, JAMES R. BROWN,
THOMAS BRODO, RONALD J. PIERSON,
STANLEY YACKER, ESQ., MICHAEL
ALFIERI, ESQ., RICHARD PEPSNY, ESQ.,
ANTHONY M. CICALESE, ESQ.,
LAWRENCE J. CUZZI, ANTHONY
D'APOLITO, DAP CONSULTING, INC.,
COMMONWEALTH LAND TITLE
INSURANCE COMPANY, NATIONS TITLE
INSURANCE OF NEW YORK, INC.,
FIDELITY NATIONAL TITLE INSURANCE
COMPANY OF NEW YORK, and COASTAL
TITLE AGENCY,

      Defendants.

Civil Action No. CV 97-3496(WGB)

Hon. William G. Bassler

ORDER PERMITTING
WITHDRAWAL OF COUNSEL

THIS MATTER having come on for hearing on February 18, 2005, on motion of Charles J. Uliano, Esq. of the Firm of Chamlin, Rosen, Uliano & Witherington, attorneys of record for the Defendants, Anthony D'Apolito and DAP Consulting, Inc., for permission to withdraw their appearance as attorney of record for Defendants, Anthony D'Apolito and DAP Consulting, Inc., whereby an Answer to the Amended Complaint was filed on May 6, 1998;

And the Court being of the opinion that such withdrawal is proper and for good cause shown; therefore,

IT IS ORDERED that Charles J. Uliano, Esq. and the Firm of Chamlin, Rosen, Uliano & Witherington be permitted to withdraw as attorneys of record for the Defendants, Anthony D'Apolito and DAP Consulting, Inc., effective the date of this Order; and it is further

ORDERED that counsel for Defendant Anthony D'Apolito shall enter an Appearance within _____ days of this Order; and it is further

ORDERED that if counsel does not enter an Appearance on behalf of Defendant Anthony D'Apolito within _____ days, then Defendant Anthony D'Apolito shall proceed Pro Se; and it is further

ORDERED that counsel for Defendant DAP Consulting, Inc. shall enter an Appearance within _____ days of this Order; and it is further

ORDERED that if counsel does not enter an Appearance on behalf of Defendant DAP Consulting, Inc. within _____, then default shall enter in favor of Plaintiff against Defendant DAP Consulting, Inc.

_____
WILLIAM G. BASSLER, U.S.D.J.