# BOIES, SCHILLER & FLEXNER LLP

150 JOHN F. KENNEDY PARKWAY • 4TH FLOOR • SHORT HILLS, NJ 07078 • PH. 973.218.1111 • FAX 973.218.1106

January 28, 2005

Clerk
United States District Court for the District of New Jersey
M.L. King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:   *Walsh Securities, Inc. v. Michael Alfieri, Esq., et al.*
            <u>Civ. No. 97-3496(WGB)</u>

Dear Sir/Madam:

    Pursuant to Judge Arleo's Order of January 27, 2005 Plaintiff, Walsh Securities, Inc. is filing a Third Amended Complaint together with the Summonses for each new Defendant named in the Amended Complaint. Kindly call our office once the Summonses are executed so that we can have our messenger pick them up

    Thank you for your attention to this matter.

                                  Very truly yours,

                                  Robert A. Magnanini

RAM/r
Enclosures