Robert A. Magnanini, Esq. (RM 7356)
BOIES, SCHILLER & FLEXNER LLP
150 JOHN F. KENNEDY PARKWAY
SHORT HILLS, NEW JERSEY 07078
973-218-1111
Attorneys for Plaintiff Walsh Securities, Inc.

RECEIVED

JAN 21 2005

WILLIAM T. WALSH, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

WALSH SECURITIES, INC.,

        Plaintiff,

vs.

CRISTO ROPERTY MANAGEMENT, LTD.,
a/k/a G.J.L. LIMITED, DEK HOMES OF NEW
JERSEY, INC., OAKWOOD PROPERTIES, INC.,
NATIONAL HOME FUNDING, INC., CAPITAL
ASSETS PROPERTY MANAGEMENT &
INVESTMENT CO., INC., CAPITAL ASSSETS
PROPERTY MANAGEMENT, L.L.C., WILLIAM
KANE, GARY GRIESER, ROBERT SKOWRENSKI, II,
RICHARD CALANNI, RICHARD DiBENEDETTO,
JAMES R. BROWN, THOMAS BRODO, ROLAND
PIERSON, STANLEY YACKER, ESQ., MICHAEL
ALFIERI, ESQ., RICHARD PEPSNY, ESQ.,
ANTHONY M. CICALESE, ESQ., LAWRENCE
CUZZI, ANTHONY D'APOLITO, DAP CONSULTING,
INC., COMMONWEALTH LAND TITLE INSURANCE
CO., NATIONS TITLE INSURANCE OF NEW YORK,
INC., FIDELITY NATIONAL TITLE INSURANCE CO.
OF NEW YORK, COASTAL TITLE AGENCY, and
STEWART TITLE GUARANTY COMPANY,

        Defendants.

Action No. CV 97-3496 (WGB)

Hon. William G. Bassler

THIS MATTER having been opened to the Court and the Court having held a

F.R.C.P. Rule 16 Conference on January 20, 2005 and having considered submissions to

it and heard arguments and for good cause shown:

**IT IS HEREBY ORDERED THAT:**

1.     Plaintiff Walsh Securities, Inc. shall have until January 27, 2005 to file the Third Amended Complaint;

2.     Defendants will have until February 18, 2005 to file an Answer; and

3.     The Court shall hold a Case Management Conference at 2:00 p.m. on February 18, 2005 which will be also be the return date for any Orders to Show Cause issued by the Court. *

Madeline Cox Arleo, U.S.M.J.

* Appearance of the counsel of record is required.