# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**CHAMBERS OF**
**MADELINE COX ARLEO**
UNITED STATES MAGISTRATE JUDGE

**MARTIN LUTHER KING COURTHOUSE**
**50 WALNUT ST.**
**ROOM 2060**
**NEWARK, NJ 07101**
**973-297-4903**

February 2, 2005

Michael D. Schottland, Esq.
36 West Main Street
Freehold, NJ 07728

Michael Dalessio, Jr., Esq.
80 Main Street
West Orange, NJ 07052

Richard Dibenedetto, Pro Se
153 Stephens Lane
Mahwah, NJ 07430-3863

Lawrence S. Lustberg, Esq.
Gibbons, Del Deo, Dolan, Griffinger & Vecchione, PC
One Riverfront Plaza
Newark, NJ 07102-5496

Pasquale Menna, Esq.
Kauff & Menna, Esqs.
170 Broad Street
P.O. Box 762
Red Bank, NJ 07701

Thomas G. Brodo, Pro Se
319 Queen Anne Rd #B
Teaneck, NJ 07666

## ORDER TO SHOW CAUSE

RE:    **Walsh Securities, Inc. v. Cristo Property Mgmt, et al.**
       **Civil Action No. 97-3496 (WGB)**

Dear Counsel/Litigants:

You are directed to show cause before me on **Friday, February 18, 2005 at 2:00 p.m.** why monetary/reprimand sanctions should not be imposed pursuant to Fed. R. Civ. P. 16(f).  This Order to Show Cause arises out of your failure to attend the scheduling conference directed by my Orders dated November 29, 2004 and January 6, 2005.

You shall file any written submissions with the court by February 14, 2005.

**SO ORDERED.**

                                        *s/Madeline Cox Arleo*
                              **MADELINE COX ARLEO**
                              **UNITED STATES MAGISTRATE JUDGE**

Orig:  Clerk
cc:    U.S.D.J.
       All parties
       File