**MICHAEL D'ALESSIO, JR.**
80 Main Street
West Orange, New Jersey 07052
(973) 736-1500

RECEIVED-CLERK
U.S. DISTRICT COURT

2005 FEB -3 P 12: 20

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC. | Case No. 97-3496 (WGB) |
| Plaintiff, | CIVIL ACTION |
| vs. | |
| CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. LIMITED, et al | **SUBSTITUTION OF ATTORNEY** |
| Defendant(s) | |

The undersigned hereby consents to the substitution of Michael Schottland, Esq. located at 36 West Main Street, Freehold, New Jersey 07728, as attorney for defendant, Robert Skowrenski, II, in the above entitled cause.

_____
MICHAEL SCHOTTLAND, ESQ.
Superseding Attorney

_____
MICHAEL D'ALESSIO, ESQ.
Withdrawing Attorney

Dated: 2/2/05