**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

CHAMBERS OF
**MADELINE COX ARLEO**
UNITED STATES MAGISTRATE JUDGE

MARTIN LUTHER KING COURTHOUSE
50 WALNUT ST.
ROOM 2060
NEWARK, NJ 07101
973-297-4903

February 8, 2005

Capital Assets Property Management, L.L.C.
10 West Bergen Place
Red Bank, NJ 07701

## ORDER TO SHOW CAUSE

RE:   **Walsh Securities, Inc. v. Cristo Property Mgmt, et al.**
         **Civil Action No. 97-3496 (WGB)**

Dear Counsel/Litigants:

You are directed to show cause before me on **Friday, February 18, 2005 at 2:00 p.m.** why monetary/reprimand sanctions should not be imposed pursuant to Fed. R. Civ. P. 16(f). This Order to Show Cause arises out of your failure to attend the scheduling conference directed by my Orders dated November 29, 2004 and January 6, 2005.

Plaintiff Capital Assets Property Management, L.L.C. is a corporate entity. Under the law, it must be represented by a member of the bar. If counsel has not entered an appearance on behalf of Capital Assets Property Management, L.L.C. by  February 14, 2005 , I will ask Judge Bassler to strike its answer and enter default against it.

You shall file any written submissions with the court by February 14, 2005.

**SO ORDERED.**

*s/Madeline Cox Arleo*
**MADELINE COX ARLEO**
**UNITED STATES MAGISTRATE JUDGE**

Orig:   Clerk
cc:      U.S.D.J.
           All parties
           File