Lawrence S. Lustberg, Esq.
GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE
One Riverfront Plaza
Newark, New Jersey  07102-5496
973-596-4731
Attorneys for Defendants Stanley Yacker, Esq.

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC.,<br><br>           Plaintiff,<br><br>CRISTO PROPERTY MANAGEMENT, LTD., et al.<br><br>           Defendants. | Action No. CV 97-3496 (WGB)<br><br>**NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT STANLEY YACKER** |

PLEASE TAKE NOTICE that in response to the Order to Show Cause issued by the Court on February 2, 2004, Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C. (by Lawrence S. Lustberg, Esq.) hereby moves for leave to withdraw from the above-captioned matter as counsel for defendant Stanley Yacker.  Mr. Yacker, and counsel for the plaintiff, Boies, Schiller & Flexner, LLP (by Robert A. Magnanini, Esq.) consent to this application.  In further support of the within-described motion, counsel relies upon the Certification of Lawrence S. Lustberg, Esq., filed herewith.  No brief is necessary.

                                                                                /s/
                                                          Lawrence S. Lustberg (1644)
                                                          GIBBONS, DEL DEO, DOLAN,
                                                          GRIFFINGER & VECCHIONE
                                                          One Riverfront Plaza
                                                          Newark, New Jersey  07102-5496
                                                          973-596-4731

Dated: February 8, 2005