Lawrence S. Lustberg, Esq.
GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE
One Riverfront Plaza
Newark, New Jersey  07102-5496
973-596-4731
Attorneys for Defendants Stanley Yacker, Esq.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., <br><br> Plaintiff, <br><br> CRISTO PROPERTY MANAGEMENT, LTD., et al. <br><br> Defendants. | Action No. CV 97-3496 (WGB) <br><br> **ORDER FOR GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE, P.C. TO WITHDRAW AS COUNSEL FOR DEFENDANT STANLEY YACKER** |

      This matter having come before the Court on the application of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C. (by Lawrence S. Lustberg, Esq.) to withdraw from the representation of defendant Stanley Yacker in the above-captioned matter, and defendant Stanley Yacker and counsel for the plaintiff, Boies, Schiller & Flexner, LLP (by Robert A. Magnanini, Esq.) consenting to this motion, and for good cause shown

      IT IS on this _____ day of February, 2005

      ORDERED that the application of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C. to withdraw from the representation of defendant Stanley Yacker be and it hereby is granted.

 

      _____
      HONORABLE MADELINE ARLEO COX
      United States Magistrate Judge