# GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

LAWRENCE S. LUSTBERG
Director
(973) 596-4731

ONE RIVERFRONT PLAZA
NEWARK, N.J. 07102-5496
973-596-4500

DIRECT FACSIMILE
(973) 639-6285
llustberg@gibbonslaw.com

WEB SITE
http://www.gibbonslaw.com

February 8, 2005

**BY HAND DELIVERY**

Honorable Madeline Cox Arleo
United States Magistrate Judge
United States District Court
District of New Jersey
Martin Luther King Courthouse
50 Walnut Street, Room 2060
Newark, New Jersey  07101

      Re:   **Walsh Securities, Inc. v. Cristo Property Managment, et al.
            Civil Action No. 97-3496 (WGB)**

Dear Judge Arleo:

      Enclosed please find a courtesy copy of this Firm's Notice of Motion to Withdraw As Counsel in the above-captioned matter, my Certification in support thereof, a proposed order, and a certification of service.  As set forth in detail in my certification, I sincerely apologize for my failure to appear for the scheduling conferences set by the Court in this matter which, from my perspective, had been long concluded.  Certainly, however, I should have so communicated with the Court, or formally moved to withdraw, and I regret not having done so.  I am sorry.

      Thank you very much for your kind consideration with respect to this matter.

                              Respectfully yours,

                              /s/
                          Lawrence S. Lustberg (1644)

LSL/leo

Enclosure

cc:     Clerk, United States District Court, via hand delivery
           Counsel per attached service list (via first-class mail)
           Mr. Stanley Yacker (via first-class mail)

**GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE**

Honorable Madeline Cox Arleo
February 8, 2005
Page 2

## Service List

Robert A. Magnanini, Esq.
Boies, Schiller & Flexner, LLP
150 John F. Kennedy Parkway, 4th Floor
Short Hills, New Jersey  07078

Joseph Sorrentino, Esq.
404 Manor Road
Staten Island, New York  10314

Michael D. Schottland, Esq.
36 West Main Street
Freehold, New Jersey  07728

Mr. Richard Calanni
One Old Farm Road
Tinton Falls, New Jersey  07724

Mr. Richard DiBenedetto
153 Stephens Lane
Mahwah, New Jersey  07430-3863

Norman M. Hobbie, Esq.
Hobbie, Corrigan
Bertucio & Tashjy, P.C.
125 Wyckoff Road
Eatontown, New Jersey  07724

Mark W. Catanzaro, Esq.
Blason IV - Suite 208
513 S. Lenola Road
Moorestown, New Jersey  08057

Jerome A. Ballarotto, Esq.
143 White Horse Avenue
Trenton, New Jersey  08610

Thomas D. Flinn, Esq.
Garrity, Graham & Favetta, P.C.
One Lackawanna Plaza
P. O. Box 4205
Montclair, New Jersey  07042-4205

Charles John Uliano, Esq.
Chamlin, Rosen, Uliano &
Witherington, P.C.
268 Norwood Avenue
P. O. Box 38
West Long Branch, New Jersey  07764

Pasquale Menna, Esq.
Kauff & Menna, Esqs.
170 Broad Street
P. O. Box 762
Red Bank, New Jersey  07701

David R. Kott, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey  07101-0652

Mr. Thomas G. Brodo
319 Queen Anne Road, #B
Teaneck, New Jersey  07666

**GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE**

Honorable Madeline Cox Arleo
February 8, 2005
Page 3

| | |
|---|---|
| James G. Aaron, Esq.<br>Ansell, Zaro, Grimm & Aaron, Esqs.<br>1500 Lawrence Avenue<br>CN 7807<br>Ocean, New Jersey  07712 | Edward Hayes, Esq.<br>Fox, O'Brien, Rothschild & Frankel<br>997 Lenox Drive<br>Lawrenceville, New Jersey  08648 |
| Michael H. Freeman, Esq.<br>Greenberg, Dauber, Epstein & Tucker<br>One Gateway Center, Suite 600<br>Newark, New Jersey  07102 | Martin R. McGowan, Esq.<br>Methfessel & Werbel<br>3 Ethel Road<br>Edison, New Jersey  08818 |
| Theodore Daunno, Esq.<br>1033 Clifton Avenue<br>Clifton, New Jersey  07103 | Andrew L. Indeck, Esq.<br>Scarincui & Hollenbeck<br>1100 Valleybrook Avenue<br>Lyndhurst, New Jersey  07071 |