# GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

LAWRENCE S. LUSTBERG
Director
(973) 596-4731

ONE RIVERFRONT PLAZA
NEWARK, N.J. 07102-5496
973-596-4500

DIRECT FACSIMILE
(973) 639-6285
llustberg@gibbonslaw.com

WEB SITE
http://www.gibbonslaw.com

February 8, 2005

**VIA ELECTRONIC MAIL**

William T. Walsh, Clerk
United States District Court
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> Re: **Walsh Securities, Inc. v. Cristo Property Management, et al.
> Civil Action No. 97-3496 (WGB)**

Dear Mr. Walsh:

I represent defendant Stanley Yacker in the above-captioned matter. Enclosed for filing are:

1. Notice of Motion to Withdraw As Counsel;
2. Certification of Lawrence S. Lustberg, Esq.;
3. Proposed form of Order; and
4. Certification of Service.

Thank you for your assistance.

Sincerely yours,

/s/

Lawrence S. Lustberg (1644)

LSL/leo

Enclosures

cc: All Counsel (via first-class mail)
    Mr. Stanley Yacker (via first-class mail)