Lawrence S. Lustberg, Esq.
GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE
One Riverfront Plaza
Newark, New Jersey  07102-5496
973-596-4731
Attorneys for Defendants Stanley Yacker, Esq.

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | Action No. CV 97-3496 (WGB) |
| Plaintiff, | |
| CRISTO PROPERTY MANAGEMENT, LTD., et al. | **CERTIFICATION OF SERVICE** |
| Defendants. | |

Lawrence S. Lustberg, hereby certifies as follows:

1. I am a director in the law firm of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C., counsel for defendant Stanley Yacker in the above-entitled action.

2. On February 8, 2005, my office delivered by hand delivery to the Clerk of the Court and to the Honorable Madeline Cox Arleo the Notice of Motion for Leave to Withdraw as Counsel for Defendant Stanley Yacker, and supporting pleadings.  On the same day, the within motion was forwarded to the following via first-class mail:

> Robert A. Magnanini, Esq.
> Boies, Schiller & Flexner, LLP
> 150 John F. Kennedy Parkway, 4th Floor
> Short Hills, New Jersey  07078
>
> Joseph Sorrentino, Esq.
> 404 Manor Road
> Staten Island, New York  10314
>
> Michael D. Schottland, Esq.
> 36 West Main Street
> Freehold, New Jersey  07728

Mr. Richard Calanni
One Old Farm Road
Tinton Falls, New Jersey  07724

Mr. Richard DiBenedetto
153 Stephens Lane
Mahwah, New Jersey  07430-3863

Norman M. Hobbie, Esq.
Hobbie, Corrigan, Bertucio & Tashjy, P.C.
125 Wyckoff Road
Eatontown, New Jersey  07724

Mark W. Catanzaro, Esq.
Blason IV - Suite 208
513 S. Lenola Road
Moorestown, New Jersey  08057

Jerome A. Ballarotto, Esq.
143 White Horse Avenue
Trenton, New Jersey  08610

Thomas D. Flinn, Esq.
Garrity, Graham & Favetta, P.C.
One Lackawanna Plaza
P. O. Box 4205
Montclair, New Jersey  07042-4205

Charles John Uliano, Esq.
Chamlin, Rosen, Uliano & Witherington, P.C.
268 Norwood Avenue
P. O. Box 38
West Long Branch, New Jersey  07764

Pasquale Menna, Esq.
Kauff & Menna, Esqs.
170 Broad Street
P. O. Box 762
Red Bank, New Jersey  07701

David R. Kott, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey  07101-0652

Mr. Thomas G. Brodo
319 Queen Anne Road, #B
Teaneck, New Jersey  07666

James G. Aaron, Esq.
Ansell, Zaro, Grimm & Aaron, Esqs.
1500 Lawrence Avenue
CN 7807
Ocean, New Jersey  07712

Michael H. Freeman, Esq.
Greenberg, Dauber, Epstein & Tucker
One Gateway Center, Suite 600
Newark, New Jersey  07102

Theodore Daunno, Esq.
1033 Clifton Avenue
Clifton, New Jersey  07103

Edward Hayes, Esq.
Fox, O'Brien, Rothschild & Frankel
997 Lenox Drive
Lawrenceville, New Jersey  08648

Martin R. McGowan, Esq.
Methfessel & Werbel
3 Ethel Road
Edison, New Jersey  08818

Andrew L. Indeck, Esq.
Scarincui & Hollenbeck
1100 Valleybrook Avenue
Lyndhurst, New Jersey  07071

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE
A Professional Corporation
Attorneys for Defendant

By:  /s/
Lawrence S. Lustberg (1644)

Dated: February 8, 2005