AO 440 (Rev. 10/93) Summons in a Civil Action       **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS, THIRD AMENDED COMPLAINT** |
| EFFECTED (1) BY ME: | **PASCAL KUVALAKIS** |
| TITLE: | **PROCESS SERVER**    DATE: **02/07/2005 03:47PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

WEICHERT REALTORS

Place where served:

1625 STATE RT 10   MORRIS PLAINS NJ 07950

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

BARBARA  CONKLIN

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: F__ AGE: 51-65   HEIGHT: 5'9"-6'0"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___         SERVICES $ _____.___         TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

SIGNATURE OF PASCAL KUVALAKIS
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

EXECUTED ON: 02/07/2005 03:47PM

| | |
|---|---|
| ATTORNEY: | ROBERT A. MAGNANINI, ESQ. |
| PLAINTIFF: | WALSH SECURITIES INC. |
| DEFENDANT: | CRISTO ROPERTY MANAGEMENT LTD, ET ALS |
| VENUE: | DISTRICT |
| DOCKET: | CV 97 3496 WGB |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

*3rd Amd Cmp*

AO 440 (Rev. 10/93) Summons in a Civil Action       **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS, THIRD AMENDED COMPLAINT** |
| EFFECTED (1) BY ME: | **GEORGE GENCARELLI** |
| TITLE: | **PROCESS SERVER**       DATE: **02/07/2005  05:29PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

IRENE DIFEO

Place where served:

5 LEANN COURT   OLD BRIDGE NJ 08857

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

IRENE DIFEO

Relationship to defendant: SELF

Description of person accepting service:

SEX: F__ AGE: 51-65   HEIGHT: 5'4"-5'8"   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: RED   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ .___        SERVICES $ _____ .___        TOTAL $ _____ .___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

_____ L.S.
SIGNATURE OF GEORGE GENCARELLI
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

EXECUTED ON: 02/07/2005  05:29PM

| | |
|---|---|
| ATTORNEY: | ROBERT A. MAGNANINI, ESQ. |
| PLAINTIFF: | WALSH SECURITIES INC. |
| DEFENDANT: | CRISTO ROPERTY MANAGEMENT LTD, ET ALS |
| VENUE: | DISTRICT |
| DOCKET: | CV 97 3496 WGB |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |

SERVICE OF: **SUMMONS, THIRD AMENDED COMPLAINT**
EFFECTED (1) BY ME: **ANDREW PAWELEK**
TITLE: **PROCESS SERVER**      DATE: **02/07/2005  07:45PM**

---

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

DONNA PEPSNY

Place where served:

46 BAYSIDE DRIVE   ATLANTIC HIGHLANDS NJ 07716

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

DONNA PEPSNY

Relationship to defendant: SELF

Description of person accepting service:

SEX: F   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

**STATEMENT OF SERVER**

TRAVEL $ _____.___      SERVICES $ _____.___      TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

_____ L.S.
SIGNATURE OF ANDREW PAWELEK
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

EXECUTED ON: 02/07/2005  07:45PM

ATTORNEY:   ROBERT A. MAGNANINI, ESQ.
PLAINTIFF:  WALSH SECURITIES INC.
DEFENDANT:  CRISTO ROPERTY MANAGEMENT LTD, ET ALS
VENUE:      DISTRICT
DOCKET:     CV 97 3496 WGB

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** | |
|---|---|---|
| SERVICE OF: | **SUMMONS, THIRD AMENDED COMPLAINT** | |
| EFFECTED (1) BY ME: | **PASCAL KUVALAKIS** | |
| TITLE: | **PROCESS SERVER** | DATE: **02/07/2005  04:06PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:
STEWART TITLE GUARANTY CO.

Place where served:
1155   PARSIPPANY   RD.  PARSIPPANY  NJ

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

CLAIRE PALLARD

Relationship to defendant: ATTORNEY

Description of person accepting service:

SEX: F   AGE: 51-65   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___          SERVICES $ _____.___          TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

_____L.S.
SIGNATURE OF PASCAL KUVALAKIS
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

EXECUTED ON: 02/07/2005  04:06PM

ATTORNEY:    ROBERT A. MAGNANINI, ESQ.
PLAINTIFF:   WALSH SECURITIES INC.
DEFENDANT:   CRISTO ROPERTY MANAGEMENT LTD, ET ALS
VENUE:       DISTRICT
DOCKET:      CV 97 3496 WGB

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action     **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS, THIRD AMENDED COMPLAINT** |
| EFFECTED (1) BY ME: | **MICHAEL COMPOFELICE** |
| TITLE: | **PROCESS SERVER**     DATE: **02/08/2005  03:10PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

VECCHIO REALTY INC. D/B/A MURPHY REALTY BETTER HOMES & GARDENS C/O GARY S. REDISH, REG. AGENT

Place where served:

21 MAIN STREET  COURT PLAZA SOUTH HACKENSACK NJ 07601

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

MARYLIN MARCHESE

Relationship to defendant: OFFICE MANAGER

Description of person accepting service:

SEX: F   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 100-130 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___     SERVICES $ _____.___     TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

_____ L.S.
SIGNATURE OF MICHAEL COMPOFELICE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

EXECUTED ON: 02/08/2005  03:10PM

| | |
|---|---|
| ATTORNEY: | ROBERT A. MAGNANINI, ESQ. |
| PLAINTIFF: | WALSH SECURITIES INC. |
| DEFENDANT: | CRISTO ROPERTY MANAGEMENT LTD, ET ALS |
| VENUE: | DISTRICT |
| DOCKET: | CV 97 3496 WGB |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.