UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., <br> Plaintiff, <br><br> v. <br><br> CRISTO PROPERTY MANAGEMENT, <br> LTD., et al., <br><br> Defendants. | Civil Action No. 97-03496 (WGB)(MCA) <br><br> APPLICATION FOR EXTENSION OF TIME <br> TO ANSWER, MOVE OR OTHERWISE REPLY <br> on behalf of Irene Difeo |

Application is hereby made for a Clerk's Order extending time within which defendant Irene Difeo may answer, move, or otherwise reply to the complaint and any cross-claims filed in this matter herein and it is represented that:

1. No previous extension has been obtained.
2. Service of the cross-claim was made on February 7, 2005.
3. Time to Answer, Move or otherwise Reply expires on February 28, 2005.

*Irene Di Feo*
Irene Difeo, attorney pro se
5 Leann Court
Old Bridge, NJ 08857
(732) 679-0354
ID 7757

ORDER

The above application is ORDERED GRANTED extended to __3/15/05__

ORDER DATED: __2/24/05__

WILLIAM T. WALSH, Clerk

*[signature]*
Deputy Clerk