**MARK W. CATANZARO, ESQUIRE**
Blason IV - Suite 208
513 S. Lenola Road
Moorestown, New Jersey  08057
(856) 235-4266
By:  Mark W. Catanzaro, Esquire (MC 7126)
Attorney for Defendant, Donna Pepsny

```
                  IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF NEW JERSEY
                             NEWARK VICINAGE
                     HONORABLE WILLIAM G. BASSLER
```

WALSH SECURITIES, INC.         :

      Plaintiff,              :     Civil Action No.  97cv3496(WGB)

  vs.                           :

CRISTO PROPERTY MANAGEMENT,
et al                          :

      Defendant.              :

## APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY
### (L.Civ.R. 6.1(b))

Application is hereby made for a Clerk's Order extending time within which defendant Donna Pepsny may answer, move or otherwise reply to the Complaint filed by plaintiff herein and it is represented that:

1. No previous extension has been obtained;

2. Plaintiff served the complaint upon defendant on February 8, 2005 and defendant's Answer is due on or before February 28, 2005; and

3. Time to Answer, Move or otherwise Reply therefore expires on February 28, 2005.

S/ Mark W. Catanzaro<br>Mark W. Catanzaro, Esquire

**ORDER**

The above application is ORDERED GRANTED and defendant Donna Pepsny time to answer, move or otherwise reply is extended to March 15, 2005.

ORDER DATED_____

WILLIAM T. WALSH, Clerk

By:_____
      Deputy Clerk