UNITED STATES DISTRICT COURT
FOR THE DISTRIT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | CIVIL ACTION NO. 97-3496 (WGB) |
| Plaintiff, | Honorable William G. Bassler |
| vs. | Civil Action |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DiBENEDETTO, JAMES R. BROWN, THOMAS BRODO, ROLAND PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE CO., NATIONS TITLE INSURANCE OF NEW YORK, INC., FIDELITY NATIONAL TITLE INSURANCE CO. OF NEW YORK, COASTAL TITLE AGENCY, STEWART TITLE GUARANTY COMPANY, IRENE DIFEO, DONNA PEPSNY and WEICHERT REALTORS, | APPLICATION FOR AN EXTENTION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1 (b) |
| Defendants. | |

Application is hereby made for a Clerk's Order extending time within which defendant Weichert, Realtors may answer, move or otherwise reply to Complaint filed by plaintiff herein and it is represented that:

1.  No previous extension has been obtained;

2.  Service of Process was effected on February 8, 2005; and

3.  Time to Answer, Move or otherwise Reply expires on March 1, 2005

By: _____
Maritza Berdote Byrne, Esq.
McCusker, Anselmi, Rosen,
Carvelli, & Walsh, P.A.
127 Main Street
Chatham, NJ 07928
Attorney for Defendant
Weichert, Realtors

ORDER

The above application is ORDERED GRANTED extended to _3/16/05_ . ORDER

DATED ___2/28/05___ .

William T. Walsh, Clerk

By: _____
    Deputy Clerk