**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**MADELINE COX ARLEO**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4903 |

March 2, 2005

Charles J. Uliano, Esq.
Chamlin, Rosen, Uliano & Witherington
268 Norwood Avenue
P.O. Box 38
West Long Branch, NJ 07764

**LETTER ORDER**

  Re: **Walsh Securities, Inc. v. Cristo Property Management Ltd., et al.**
     **Civil Action No.: 97-3496 (WGB)**

Dear Mr. Uliano:

  This Court is in receipt of your Motion for Leave to Withdraw as Counsel for Defendants Anthony D'Appolito and DAP Consulting, Inc., filed on behalf of yourself and the law firm of Chamlin, Rosen, Uliano & Witherington. I have considered the papers in support of this Motion. Plaintiff does not oppose the Motion.

  This Court finds that good cause exists within the contemplation of R.P.C. 1.16(b) for withdrawal of counsel from this case. Accordingly, the Motion for Leave to Withdraw as Counsel is **granted**. You are hereby ordered to provide your clients with copies of this Order.

  The parties to this action are ordered to appear for a Show Cause hearing and Rule 16 Scheduling Conference on **March 28, 2005 at 2:00 p.m**. If Mr. D'Appolito does not secure new counsel and an appearance is not entered by the March 28, 2005 conference, he will be deemed to be proceeding on a pro se basis. DAP Consulting, on the other hand, is a corporate entity. Under the law, it must be represented by a member of the bar. Simbraw, Inc. v. United States, 367 F.3d 373 (3d. Cir. 1966). If counsel has not entered an appearance on behalf of DAP Consulting by **March 28, 2005**, I will ask Judge Bassler to strike its Answer and enter default against it.

  **SO ORDERED**.

                    s/Madeline Cox Arleo
                    **MADELINE COX ARLEO**
                    **United States Magistrate Judge**

cc: Hon. William G. Bassler, U.S.D.J.
   Clerk
   All parties
   File

-2-

-2-