**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**MADELINE COX ARLEO**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4903 |

March 2, 2005

Lawrence S. Lustberg, Esq.
Gibbons, Del Deo, Dolan,
Griffinger & Vecchione
One Riverfront Plaza
Newark, NJ 07102

**LETTER ORDER**

Re:   **Walsh Securities, Inc. v. Cristo Property Management Ltd., et al.
       Civil Action No.: 97-3496 (WGB)**

Dear Mr. Lustberg:

    This Court is in receipt of your Motion for Leave to Withdraw as Counsel for Defendant Stanley Yacker, filed on behalf of yourself and the law firm of Gibbons, Del Deo, Dolan, Griffinger & Vecchione. I have considered the papers in support of this Motion, and additionally, that Plaintiff consents to the Motion.

    This Court finds that good cause exists within the contemplation of R.P.C. 1.16(b) for withdrawal of counsel from this case. Accordingly, the Motion for Leave to Withdraw as Counsel is **granted**. You are hereby ordered to provide Mr. Yacker with copies of this Order.

    The parties to this action are ordered to appear for a Show Cause hearing and Rule 16 Scheduling Conference on **March 28, 2005 at 2:00 p.m**. If Mr. Yacker does not secure new counsel and an appearance is not entered by the March 28, 2005 conference, he will be deemed to be proceeding on a pro se basis.

    **SO ORDERED**.

                                                 s/Madeline Cox Arleo
                                               **MADELINE COX ARLEO**
                                               **United States Magistrate Judge**

cc:   Hon. William G. Bassler, U.S.D.J.
      Clerk
      All parties
      File