Michael D. Schottland (mds4522)
Schottland, Manning, Caliendo & Thomson, P.A.
36 West Main Street
Freehold, New Jersey 07728
(732) 462-4405
Attorneys for Defendants, Robert Skowrenski, II & National Home Funding, Inc.

RECEIVED-CLERK
U.S. DISTRICT COURT

2005 MAR -4  P 3: 19

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| WALSH SECURITIES, INC., | Action No. CV 97-3496 (WGB) |
| Plaintiff, |  |
| vs. |  |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, et al., | CERTIFICATE OF SERVICE |
| Defendants. |  |

Lynn Furniss, of full age, in lieu of oath or affidavit, certifies that:

1. I am a secretary employed by the above-named law firm, attorney for defendants Robert Skowrenski, II and National Home Funding, Inc.

2. On March 3, 2005, by first class, prepaid mail, I filed an original and two copies of Answer to Third Amended Complaint, Counterclaim and Third-Party Complaint on behalf of said defendants with the Clerk of the United States District Court, M.L. King, Jr. Federal Bldg., & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102; a copy of same was served on counsel in accordance with the following services list:

Robert A. Magnanini, Esq.
Boies Schiller & Flexner, LLP
150 John F. Kennedy Pkwy, 4th Floor
Short Hills, NJ 07078
Attorneys for Plaintiff, Walsh Securities

Ronald Kleinberg, Esq.
Meissner, Kleinberg & Finkel
275 Madison Ave., Suite 1000
New York, NY 10016
Attorneys for Cristo Property Mgmnt.,
DEK Homes of NJ, Oakwood Properties and
William Kane

Joseph V. Sorrentino, Esq.
404 Manor Road
Staten Island, NY 10016
Attorneys for CristoProperty, Wm. Kane,
DEK Homes of NJ, Inc.,
& Oakwood Properties

Charles J. Uliano, Esq.
Chamlin, Rosen, et al
268 Norwood Avenue
West Long Branch, NJ 07764
Attorneys for Anthony D'Apolito & Dap
Consulting

Theodore W. Daunno, Esq.
1033 Clifton Avenue
Clifton, NJ 07013
Attorney for Lawrence Cuzzi

Mark W. Catanzaro, Esquire
Blason IV, Suite 208
513 S. Lenola Road
Moorestown, NJ 08057
(609) 235-4266
Fax 235-4332
Attorney for Richard Pepsny

Jerome Ballarotto, Esq.
143 White Horse Avenue
Trenton, NJ 08610
Attorney for Richard Pepsny

Thomas D. Flinn, Esq.
Garrity, Graham, Favette & Flinn
1 Lackawanna Plaza, Box 4205
Montclair, NJ 07042
Attorney for Anthony M. Ciccalese

Andrew L. Indeck, Esq.
Scarinci & Hollenbeck, LLC
1100 Valleybrook Avenue
Lyndhurst, NJ 07071
Attorney for Garden State Indemnity Co.

Edward C. Bertucio, Esq.
Hobbie, Corrigan, Bertucio & Tashjy
125 Wyckoff Road
Eatontown, NJ 07724
Attorneys for Michael Alfieri, Esq.

Richard Calanni, *Pro Se*
One Old Farm Road
Tinton Falls, NJ 07724
Attorney for Richard Calanni

Richard DiBenedetto, *Pro Se*
153 Stephens Lane
Mahwah, NJ 07430

James R. Brown, *Pro Se*
1089 Cedar Avenue
Union, NJ 07083

David Kott, Esq.
McCarter & English
Gateway Four
100 Mulberry Street-P.O. Box 652
Newark, NJ 07102-0652
Attorneys for Commonwealth Land Title
Ins. Co.

Lawrence S. Lustberg, Esq.
Gibbons, Del Deo, Dolan, Griffinger &
Vecchione
One Riverfront Plaza
Newark, NJ 07102-5497
Attorneys for Stanley Yacker, Esq.

Anthony Argiropoulis, Esq.
Fox, O'Brien, Rothschild & Frankel
997 Lenox Drive
Lawrenceville, NJ 08648
Attorneys for Nations Title
Ins. & Fidelity Nat'l Title

Michael H. Freeman, Esq.
Greenberg Dauber Epstein & Tucker
One Gateway Center-Suite 600
Newark, NJ 07102
Attorneys for Anthony M. Cicalese, Esq.

Thomas Brodo, *Pro Se*
139B Fort Lee Road
Teaneck, N.J. 07666-3241

Pasquale Menna, Esq.
Kauff and Menna
170 Broad Street - PO Box 762
Red Bank, NJ 07701
Attorneys for Roland J. Pierson

Martin McGowan, Esquire
Methfessel & Werbel, P.C.
1308 Pierce Street
P.O. Box B
Rahway, NJ 07065
Attorneys for Coastal Title

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

March 3, 2005

LYNN FURNISS