

**METHFESSEL & WERBEL**
A Professional Corporation

JOEL N. WERBEL>
JOHN METHFESSEL, JR.>
EDWARD L. THORNTON*>
DONALD L. CROWLEY*+
FREDRIC PAUL GALLIN*+
STEPHEN R. KATZMAN#
WILLIAM S.BLOOM>*
ERIC L. HARRISON*+

Of Counsel
JOHN METHFESSEL, SR.>

Counsel
LORI BROWN STERNBACK*+
MARC DEMBLING*+
GERALD KAPLAN+
STEVEN A. KLUXEN^
JOHN R. KNODEL*+
MARTIN R. MCGOWAN, JR.>
THOMAS F. ZBOROWSKI>

Associates
TRACY B. BUSSEL>
KEVIN G. BORIS~
DOUGLAS R D'ANTONIO>
MICHAEL R. EATROFF>
NICHOLAS S. HARNIK>
FRANK J. KEENAN+
ALLISON M. KOENKE>
DANIELLE M. LOZITO+
BENJAMIN R. MESSING^
SARAH E. NEWSOME+
MICHAEL R. OLSZAK>
CYNTHIA R. RICHARDS*>
CHARLES P. SAVOTH, III>
PATRICIA C. SOH+
GINA M. STANZIALE>
DANIEL T. TOWELL+
JOHN VAN DYKEN+
MATTHEW A. WERBEL>

* Certified by the Supreme Court of Ne
   Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
>Member of NJ Bar only
#Member of NJ & LA. Bar
%Member of MI Bar
~Member of NJ & TX Bar

**Please reply to New Jersey**

March 23, 2005

United States District Court
M.L.K., Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

RE: **WALSH SECURITIES, INC. VS. CRISTO PROP.**
    Our File No.      : 45987 MRM
    Docket No.        : CV 97-3496 (WGB)

Dear Sir/Madam:

Enclosed please find the following documents:

☐ Substitution of Attorney

Would you kindly:
☐ File

The costs, if any, may be charged to our account, Number 0069300.

Very truly yours,
**METHFESSEL & WERBEL, ESQS.**

Martin R. McGowan
mcgowan@methwerb.com
Ext. 168

MRM:peg.
nc

3 Ethel Road ~ Suite 300 ~ P.O. Box 3012 ~ Edison, NJ 08818 ~ (732) 248-4200 ~ FAX (732) 248-2355
450 Seventh Avenue ~ Suite 1400 ~ New York, New York 10123 ~ (212) 947-1999 ~ FAX (212) 947-3332
www.njinslaw.com

METHFESSEL & WERBEL, ESQS.
3 Ethel Road, Suite 300
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
(732) 248-2355
mailbox@methwerb.com
Attorneys for Coastal Title Agency
Our File No. 45987 MRM

| | |
|---|---|
| WALSH SECURTIES, INC.<br><br>Plaintiff<br><br>v.<br><br>CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY INC., OAKWOOD PROPERTYS, INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMETN & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT L.L.C., WILLIAM KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DiBENEDETTO, JAMES R. BROWN, THOMAS BRODO, ROLAND PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE CO., NATIONS TITLE INSURANCE OF NEW YORK, INC., FIDELITY NATIONAL TITLE INSURANCE CO. OF NEW YORK, COASTAL TITLE AGENCY and STEWARK TITLE GUARANTY COMPANY,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br><br>Civil Action No. 97-3496 (WGB)<br><br>**SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consents to the substitution of Methfessel & Werbel as attorney(s) for defendant, Coastal Title Agency.

_____       _____
James G. Aaron, Esq.                  Martin M. McGowan, Esq.
Ansell Zaro Grimm & Aaron             Methfessel & Werbel
Withdrawing Attorney                  Superseding Attorney

Dated:                                Dated: