Our File No. 45987

## CERTIFICATE OF MAILING

The undersigned hereby certifies as follows:

1. I am employed by the law firm of Methfessel & Werbel.

2. On March 25, 2005 the undersigned prepared and forwarded copies of the within correspondence to the following parties:

>Office of the Clerk
>United States District Court
>Martin Luther King, Jr. Building
>50 Walnut Street
>Newark, NJ 07101
>
>Robert A. Magnanini, Esq.
>Boies Schiller & Flexner, LLP
>150 John F. Kennedy Pkwy, 4th Floor
>Short Hills, NJ 07078
>
>Thomas D. Flinn, Esq.
>Garrity, Graham, Favette & Flinn
>1 Lackawanna Plaza, Box 4205
>Montclair, NJ 07042
>
>Ronald Kleinberg, Esq.
>Meissner, Kleinberg & Finkel
>275 Madison Avenue, Suite 1000
>New York, NY 10016
>
>Andew L. Indeck, Esq.
>Scarinci & Hollenbeck, LLC
>1100 Valleybrook Avenue
>Lyndhurst, NJ 07071
>
>Joseph V. Sorrentino, Esq.
>404 Manor Road
>Staten Island, NY 10016
>
>Edward C. Bertucio, Esq.
>Hobbie, Corrigan, Bertucio & Tashjy
>125 Wyckoff Road
>Eatontown, NJ 07724

Charles J. Uliano, Esq.
Chamlin Rosen, et al.
268 Norwood Avenue
West Long Branch, NJ 07764


Richard Calanni, Pro Se
One Old Farm Road
Tinton Falls, NJ 07724
Attorneys for Richard Calanni

Theodore W. Daunno, Esq.
1033 Clifton Avenue
Clifton, NJ 07013

James R. Brown, Pro Se
1089 Cedar Avenue
Union, NJ

Mark W. Catanzaro, Esq.
Blason IV, Suite 208
513 S. Lenola Road
Moorestown, NJ 08057

David Kott, Esq.
McCarter & English
Gateway Four
100 Mulberry Street, PO Box 652
Newark, NJ 07102

Jerome Ballarotto, Esq.
143 White Horse Avenue
Trenton, NJ 08610
Attorney for Richard Pepsny

Lawrence S. Lustberg, Esq.
Gibbons, Del Deo, Dolan, Griffinger & Veccihone
One Riverfront Plaza
Newark, NJ 07102-5497

Anthony Agiropoulis, Esq.
Fox, O'Brien, Rothschild & Frankel
997 Lenox Drive
Lawrenceville, NJ 08648

Thomas Brodo, Pro Se
139B Fort Lee Road
Teaneck, NJ 07666-3241

Michael H. Freeman, Esq.
Greenberg Dauber Epstein & Tucker
One Gateway Center, Suite 600
Newark, NJ 07102

Pasquale Menna, Esq.
Kauf & Menna
170 Broad Street, PO Box 762
Red Bank, NJ 07701

Michael D. Schottland, Esq.
Schottland, Manning, Caliendo & Thomson
36 West Main Street
Freehold, NJ 07728

Irene Difeo, Pro Se
5 Leann Court
Old Bridge, NJ 08857

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*Peggy Wasco*

------------------------------------

Peggy Wasco