# GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

FREDERICK W. ALWORTH
Director
(973) 596-4531

ONE RIVERFRONT PLAZA
NEWARK, N.J. 07102-5496
973-596-4500

DIRECT FACSIMILE
(973) 639-6251
falworth@gibbonslaw.com

WEB SITE
http://www.gibbonslaw.com

March 28, 2005

**VIA ELECTRONIC AND REGULAR MAIL**

Robert Magnanini, Esq.
Boies, Schiller & Flexner, LLP
150 John F. Kennedy Parkway
Fourth Floor
Short Hills, New Jersey  07078

    Re:  **Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.
           Civil Action No.  CV 97-3496 (WGB)**

Dear Mr. Magnanini:

     We represent defendant Stewart Title Guaranty Company ("Stewart") in the above referenced action.  Pursuant to Appendix N of the Local Rules, enclosed, please find the following documents in connection with Stewart's Motion to Dismiss:

       1.  Notice of Motion to Dismiss Plaintiff's Third Amended Complaint as to Stewart;

       2.  Memorandum of Law in Support of Stewart's Motion to Dismiss Plaintiff's Third Amended Complaint; and

       3.  Proposed Form of Order.

**GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE**

Robert Magnanini, Esq.
March 28, 2005
Page 2

      If you should have any questions or concerns, please feel free to contact me. Thank you for your attention to this matter.

                           Very truly yours,

                           s/ Frederick W. Alworth
                        Frederick W. Alworth (FA-6977)

Enclosures

cc:    Clerk (via electronic filing w/o encls.)
       Scott Creegan, Deputy Clerk (via fed ex w/o encls.)
       Attached Counsel List (via facsimile & regular mail)

**GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE**

Robert Magnanini, Esq.
March 28, 2005
Page 3

WALSH SECURITIES V. CRISTO MANAGEMENT LTD.
Civil Action CV 97-3496 (WGB)

COUNSEL LIST

Robert A. Magnanini, Esq.
Boies, Schiller & Flexner LLP
150 JFK Parkway, 4th floor
Short Hills, NJ 07078
973-218-1111
Fax: 973-218-1106
**For Plaintiff, Walsh Securities**

Richard Calanni, **Pro Se**
1 Old Farm Road
Tinton Falls, NJ 07724
732-389-8738
Fax: 732-389-8853

Richard DiBenedetto, **Pro Se**
153 Stephens Lane
Matawan, NJ 07430

Mark W. Cantanzaro, Esq.
Blason IV – Suite 208
513 South Lenola Road
Moorestown, NJ 08057
856-235-4266
Fax: 856-235-4332
**For Richard Pepsney**

Michael Schottland, Esq.
Schottland, Manning, Rosen, Caliendo & Munson
36 West Main Street
Freehold, NJ 07728
732-462-4405
Fax: 732-409-0347
**For National Home Funding, Inc. and Robert Skowrenski, II**

Michael H. Freeman, Esq.

**GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE**

Robert Magnanini, Esq.
March 28, 2005
Page 4


Greenberg Dauber Epstein & Tucker
One Gateway Center – Suite 600
Newark, NJ 07102
973-643-3700
Fax: 973-643-1218
**For Anthony M. Cicalese**

Joseph V. Sorrentino, Esq.
404 Manor Road
Staten Island, NY 10314
718-720-4943
Fax: 718-720-5009
**For William J. Kane, Cristo Property Management Ltd. a/k/a GJL Ltd., Oakwood Properties, Inc. and DEK Homes of N.J.**

James G. Aaron, Esq.
Ansell, Zaro, Grimm & Aaron
1500 Lawrence Avenue
Ocean, NJ 07712
732-922-1000
Fax: 732-922-6161
**For Coastal Title Co.**

Theodore Daunno, Esq.
1033 Clifton Avenue
Clifton, NJ 07103
**For Lawrence J. Cuzzi**

Charles J. Uliano, Esq.
Chamlin, Rosen, Cavanaugh & Uliano
268 Norwood Avenue
West Long Branch, NJ 07764
732-229-32000
Fax: 732-571-8741
**For Anthony D'Apolito and DAP Consulting, Inc.**

David R. Kott, Esq.
McCarter & English
Four Gateway Center
Newark, NJ 07101

**GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE**

Robert Magnanini, Esq.
March 28, 2005
Page 5

973-639-2056
Fax: 973-624-7070
**For Commonwealth Land Title Insurance Co.**

Anthony Argiropoulos, Esq.
Fox, O'Brien, Rothschild & Frankel
997 Lenox Drive
Lawrenceville, NJ 08648
609-896-3600
Fax: 609-896-1469
**For Nations Title Insurance Co. of New York and Fidelity National Title Insurance Co. of New York**

Martin R. McGowan, Esq.
Methfessel & Werbel
3 Ethel Road
Edison, NJ 08818
732-248-4200
Fax: 732-248-2355
**For Coastal Title Insurance**

Thomas Brodo, **Pro Se**
139B Fort Lee Road
Teaneck, NJ 07666
201-836-9242
Fax: 201-836-7574

Andrew L. Indeck, Esq.
Scarincui & Hollenbeck
1100 Valleybrook Avenue
Lyndhurst, NJ 07071
201-896-4100
Fax: 201-896-8660
**For Garden State Indemnity Company**

Thomas D. Flinn, Esq.
Garrity, Graham, Favetta & Flinn
1 Lackawanna Plaza
Montclair, NJ 07041
973-509-7500

GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE

Robert Magnanini, Esq.
March 28, 2005
Page 6

Fax: 973-509-0414
**For Anthony M. Cicalese**

Pasquale Menna, Esq.
Kauff & Menna
170 Broad Street
Red Bank, NJ 07701
732-747-4300
Fax: 732-747-8814
**For Ronald J. Pierson**

Edward C. Bertucio, Jr., Esq.
Hobbie, Corrigan, Bertucio & Tashjy
125 Wyckoff Road
Eatontown, NJ 07724
732-380-1515
Fax: 732-380-1720
**For Michael Alfieri**

James R. Brown, **Pro Se**
212-340-9566