Frederick W. Alworth, Esq. (FA-6977)  
Terrence S. Brody, Esq. (TB-4463)  
**GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE**  
A Professional Corporation  
One Riverfront Plaza  
Newark, NJ  07102  
973-596-4500  
Attorneys for Defendant Stewart Title Guaranty Company

| | |
|---|---|
| WALSH SECURITIES, INC.,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DiBENEDETTO, JAMES R. BROWN, THOMAS BRODO, ROLAND PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE CO., NATIONS TITLE INSURANCE OF NEW YORK, INC., FIDELITY NATIONAL TITLE INSURANCE CO. OF NEW YORK, COASTAL TITLE AGENCY, and STEWART TITLE GUARANTY COMPANY, IRENE DiFEO, DONNA PEPSNY and WEICHERT REALTORS,<br><br>                    Defendants | **Document Electronically Filed**<br><br>UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>CV 97-3496 (WGB)<br><br>Hon. William G. Bassler<br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that, Defendant Stewart Title Guaranty Company ("Stewart") is represented by Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C. Frederick W. Alworth has been duly and properly designated by the Court as the "lead attorney to be noticed" on behalf of Stewart for purposes of the Case Management/Electronic Case Filing System.

I am an attorney associated with Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C. I am working on the above captioned matter with Mr. Alworth on behalf of Stewart. I am a registered Electronic Case Filing user. I hereby respectfully request that any Notices of Electronic Filing in the above captioned matter also be sent to me.

          **GIBBONS, DEL DEO, DOLAN,**
          **GRIFFINGER & VECCHIONE**
          A Professional Corporation
          Attorneys for Defendant
          Stewart Title Guaranty Company

          By: s/Terrence S. Brody
              Frederick W. Alworth (FA-6977)
              Terrence S. Brody (TB-4463)

DATED:  March 28, 2005
             Newark, NJ