IRENE DIFEO, PRO SE
5 LEANN COURT
OLD BRIDGE, N.J. 08857

RECEIVED-CLERK
U.S. DISTRICT COURT
2005 MAR 31 P 1:47

WALSH SECURITIES, INC.

    PLAINTIFF,

VS.

CRISTO PROPERTY MANAGEMENT, LTD.,a/k/a G.J. L LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING.,INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPER MANAGEMENT, LLC. WILLIAM KANE GARY GRIESER, ROBERT SKOWRENSKI,II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN,THOMAS BRODO,RONALD J. PIERSON,STANLEY YACKER,ESQ., MICHAEL ALFIERI,ESQ, RICHARD PEPSNY,ESQ., ANTHONY M. CICALESE, ESQ.,LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC.,COMMONWEALTH LAND TITLE INSURANCE CO.,NATIONS TITLE INSURANCE OF NEW YORK, INC. FIDELITY NATIONAL TITLE INSURANCE CO., OF NEW YORK, COASTAL TITLE AGENCY and STEWART TITLE GUARANTY COMPANY, IRENE DIFEO, DONNA PEPSNY, WEICHERT REALTORS AND VECCHIO REALTY INC.,d/b/a/ MURPHY REALTY BETTER HOMES AND GARDENS

    DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
NEW JERSEY

CV 97-3496 (WGB)

HON.WILLIAM G. BASSLER

**NOTICE OF MOTION**

Oral argument Requested

TO: ROBERT MAGNANINI, ESQ.
BOIES, SCHILLER & FLEXNER, LLP
150 JOHN F. KENNEDY PARKWAY
FOURTH FLOOR
SHORT HILLS, N.J. 07078
(973) 218-1111
ATTORNEY FOR PLAINTIFF

AND

ATTACHED COUNSEL LIST

PLEASE TAKE NOTICE THAT ON THURSDAY, March 31, 2005, at 9:00 A.M.,

OR AS SOON THEREAFTER AS COUNSEL MAY BE HEARD, IRENE DIFEO SHALL MOVE BEFORE THE HONORABLE WILLIAM G. BASSLER, U.S.D.J., IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY, N.L. KING, JR, FEDERAL BUILDING 7 COURTHOUSE, 50 WALNUT STREET, NEWARK,NEW JERSEY FOR AN ORDER PURSUANT TO FED. R. CIV. P. 12 (b) DISMISSING THE THIRD AMENDED COMPLAINT AS TO IRENE DIFEO.

PLEASE TAKE FURTHER NOTICE THAT A COPY OF THE PROPOSED ORDER IS INCLUDED WITH THIS NOTICE

PLEASE TAKE FURTHER NOTICE THAT, IN SUPPORT OF THE MOTION, IRENE DIFEO SHALL RELY ON THE ACCOMPANYING MEMORANDUM OF LAW, AND ALL OTHER PLEADINGS AND MEMORANDA ON FILE IN THIS MATTER.

PLEASE TAKE FURTHER NOTICE THAT NO TRIAL IS PRESENTLY SCHEDULED IN THIS MATTER.

PLEASE TAKE FURTHER NOTICE THAT IRENE DIFEO REQUEST ORAL

ARGUMENT IN THE EVENT THIS MOTION IS CONTESTED.

RESPECTFULLY YOURS,

*Irene DiFeo*

IRENE DIFEO- PRO SE

DATED MARCH 31, 2005
NEWARK, N.J.

Revised 1/25/05

## SERVICE LIST

## WALSH SECURITIES, INC. V. CRISTO PROPERTY MANAGEMENT, ET AL
## CIVIL ACTION NO. 97-3496(WGB)

Robert A. Magnanini, Esq.
Boies, Schiller & Flexner LLP
150 John F. Kennedy
Short Hills, NJ 07078
Attorney for plaintiff Walsh Securities, Inc.

Martin R. McGowan, Jr., Esq.
Methfessel & Werbel
3 Ethel Road, Suite 300
Edison, New Jersey 08818
Attorneys for Defendant Coastal Title Agency

Ronald M. Kleinberg, Esq.
Richard A. Finkel, Esq.
Meissner, Kleinberg & Finkel, LLP
275 Madison Ave., Suite 1000
New York, New York 10016
Attorney for defendants Cristo Property Management, LTD, DEK Homes of NJ, Inc., Oakwood Properties, Inc., and William J. Kane

Joseph Sorrentino, Esq.
404 Manor Road
Staten Island, New York 10314
Attorney for defendants Cristo Property Management, LTD, DEK Homes of NJ, Inc., Oakwood Properties, Inc., and William J. Kane

Michael Schottland, Esq.
Schottland, Manning, Rosen, Callendo
 & Munson, PA
36 W. Main Street
Freehold, New Jersey 07728
Attorney for defendants National Home Funding, Inc. and Robert Skowrenski, II

Edward C. Bertucio, Jr., Esq.
Hobbie, Corrigan, Bertucio & Tashjy, P.C.
125 Wyckoff Road
Eatontown, NJ 07724
Attorney for Defendant Michael Alfieri, Esq.

Theodore W. Daunno, Esq.
1033 Clifton Avenue
Clifton, New Jersey 07013
Attorney for Defendant Lawrence M. Cuzzi

Charles J. Uliano, Esq.
268 Norwood Avenue
W. Long Branch, New Jersey 07764
Attorney for Defendants Anthony D'Apolito and DAP Consulting, Inc.

Mark W. Catanzaro, Esq.
Blason IV, Suite 208
513 Lenola Road
Moorestown, New Jersey 08057
Attorney for defendant Richard Pepsny

Jerome A. Ballarotto, Esq.
143 White Horse Avenue
Trenton, New Jersey 08610
Attorney for defendant Richard Pepsny

Thomas D. Flinn, Esq.
Garrity, Graham, Favette & Flinn
1 Lackawanna Plaza, Box 4205
Montclair, NJ 07042
Attorney for Defendant Anthony M. Ciccalese

Edward Dauber, Esq.
Greenberg, Dauber, Epstein & Tucker
Suite 600
One Gateway Center
Newark, New Jersey 07102-5311

Anthony Argiropoulous, Esq.
Fox, Rothschild, O'Brien & Frankel
997 Lenox Drive, Bldg. 3
Lawrenceville, New Jersey 08648
Attorney for Defendants Fidelity National Title Insurance and Nations Title Insurance

Richard Calanni, Pro Se
One Old Farm Road
Tinton Falls, New Jersey 07724
Attorney for Defendant Richard Calanni

Lawrence S. Lustberg, Esq.
James I. O'Hern, Esq.
Crummy, Del Deo, Dolan, Griffinger
 & Vecchione
One Riverfront Plaza
Newark, New Jersey 07102-5497
Attorneys for Stanley Yacker, Esq.

Pasquale Menna, Esq.
Kauff and Menna
170 Broad Street
P.O. 762
Red Bank, New Jersey 07701
Attorneys for defendant Roland J. Pierson

Richard DiBenedetto, Pro Se
153 Stephens Lane
Mahway, New Jersey 07430

Thomas Brodo, Pro Se
139B Fort Lee Road
Teaneck, New Jersey 07666

James R. Brown, Pro Se
1089 Cedar Avenue
Union, New Jersey 07083

Capital Assets Property Management, L.L.C.
10 West Bergen Place
Red Bank, New Jersey 07701

Andrew I. Indeck, Esq.
Scarinci & Hollenbeck, LLC
1100 Valleybrook Avenue
P.O. Box 790
Lyndhurst, NJ 07071
Attorney for Garden State Indemnity Co. (Legal Malpractice carrier for defendant Michael Alfieri)

David R. Kott, Esq.
McCarter English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

att: Frederick W. Alworth
Gibbons, Del Deo, Dolan, Griffinger a Vecchione
One Riverfront Plaza
Newark, N.J. 07102-5496
attorney for defendant Title Stewart Title