| | |
|---|---|
| WALSH SECURITES, INC. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
| PLAINTIFF, | |
| VS. | |
| CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC. NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO.,INC.,CAPITAL ASSETS PROPERTY MANAGEMENT,LLC, WILLIAM KANE GARY GRIESER,ROBERT SKOWRENSKI,II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, RONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI,ESQ.,RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING,INC., COMMONWEALTH LAND TITLE INSURANCE CO., NATIONS TITLE INSURANCE OF NEW YORK INC., FIDELITY NATIONAL TITLE INSURANCE CO.,OF NEW YORK,COASTAL TITLE AGENCY and STEWART TITLE GUARANTY COMPANY, IRENE DIFEO, DONNA PEPSNY, WEICHERT REALTORS AND VECCHIO REALTY, INC., D/B/A/ MURPHY REALTY BETTER HOMES AND GARDENS, | Hon. William G. Bassler

**ORDER** |
| DEFENDANTS | |

THIS MATTER HAVING COME BEFORE THE COURT UPON THE MOTION OF

DEFENDANT IRENE DIFEO APPEARING FOR AN ORDER DISMISSING

PLAINTIFF WALSH SECURITIES. INC.,'S AMENDED COMPLAINT, AND

WALSH, THROUGHT ITS ATTORNEYS,BOIES, SCHILLER & FLEXNER LLP

(ROBERT A. MAGNANINI, ESQ., APPEARING) HAVING OPPOSED THE

MOTION, AND THE COURT HAVING REVIEWED THE PARTIES' BRIEFS

AND ARGUMENTS, AND FOR GOOD CAUSE SHOWN,

IT IS ON THIS _____ DAY OF _____,2005;

ORDERED, THAT THE DEFENDANT'S MOTION BE AND IS HEREBY GRANTED, AND PLAINTIFF WALSH SECURITIES, INC.'S THIRD AMENDED COMPLAINT IS HEREBY DISMISSED AS TO IRENE DIFEO.

_____
HONORABLE WILLIAM G. BASSLER
UNITED STATES DISTRICT JUDGE