**ANTHONY D'APPOLITO**
**909 WOODLAND AVENUE**
**WALL TOWNSHIP, NEW JERSEY 07719**
**TELEPHONE: (732) 556-6240**
*Pro Se* Defendant Anthony D'Appolito, individually

RECEIVED-CLERK
U.S. DISTRICT COURT

2005 MAR 24  A 11: 06

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

WALSH SECURITIES, INC.,

        Plaintiff,

v.

CHRISTO PROPERTY
MANAGEMENT, LTD., ET ALS.,

        Defendants.

Civil Action:

SUBSTITUTION OF ATTORNEY

The undersigned hereby consent to the substitution of Anthony D'Appolito, *Pro Se* as attorney for defendant Anthony D'Appolito, individually, in the above matter.

_____
CHARLES J. ULIANO, ESQ.
WITHDRAWING ATTORNEY

DATED: 3-22-05

_____
ANTHONY D'APPOLITO, *PRO SE*
SUPERCEDING ATTORNEY

DATED: March 19, 2005