Frederick W. Alworth, Esq. (FA-6977)
Terrence S. Brody, Esq. (TB-4463)
**GIBBONS, DEL DEO, DOLAN,**
**GRIFFINGER & VECCHIONE**
A Professional Corporation
One Riverfront Plaza
Newark, NJ  07102
973-596-4500
Attorneys for Defendant Stewart Title Guaranty Company

---

WALSH SECURITIES, INC.,

                Plaintiff,

      vs.

CRISTO PROPERTY MANAGEMENT,
LTD., a/k/a G.J.L. LIMITED, DEK
HOMES OF NEW JERSEY, INC.,
OAKWOOD PROPERTIES, INC.,
NATIONAL HOME FUNDING, INC.,
CAPITAL ASSETS PROPERTY
MANAGEMENT & INVESTMENT CO.,
INC., CAPITAL ASSETS PROPERTY
MANAGEMENT, L.L.C., WILLIAM
KANE, GARY GRIESER, ROBERT
SKOWRENSKI, II, RICHARD
CALANNI, RICHARD DiBENEDETTO,
JAMES R. BROWN, THOMAS BRODO,
ROLAND PIERSON, STANLEY
YACKER, ESQ., MICHAEL ALFIERI,
ESQ., RICHARD PEPSNY, ESQ.,
ANTHONY M. CICALESE, ESQ.,
LAWRENCE CUZZI, ANTHONY
D'APOLITO, DAP CONSULTING, INC.,
COMMONWEALTH LAND TITLE
INSURANCE CO., NATIONS TITLE
INSURANCE OF NEW YORK, INC.,
FIDELITY NATIONAL TITLE
INSURANCE CO. OF NEW YORK,
COASTAL TITLE AGENCY, and
STEWART TITLE GUARANTY
COMPANY, IRENE DiFEO, DONNA
PEPSNY and WEICHERT REALTORS,

                Defendants

**Document Electronically Filed**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

CV 97-3496 (WGB)

Hon. William G. Bassler

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, I am  member of the law firm of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C., attorneys for Defendant Stewart Title Guaranty Company ("Stewart") in the above matter.  I am working on Stewart's behalf in connection with the above captioned matter.

I am a registered Electronic Case Filing user.  I hereby  respectfully request that I am designated by the Court as the "lead attorney to be noticed" on behalf of Stewart for purposes of the Case Management/Electronic Case Filing System.

<div style="margin-left:45%;">

**GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE**
A Professional Corporation
Attorneys for Defendant
Stewart Title Guaranty Company


By: s/Frederick W. Alworth
    Frederick W. Alworth (FA-6977)
    Terrence S. Brody (TB-4463)

</div>

DATED:   April 5, 2005
         Newark, NJ