Frederick W. Alworth, Esq. (FA6977)
**GIBBONS, DEL DEO, DOLAN,**
**GRIFFINGER & VECCHIONE**
A Professional Corporation
One Riverfront Plaza
Newark, NJ 07102
973-596-4500
Attorneys for Defendant Stewart Title Guaranty Company

RECEIVED
MAR 29 2005
WILLIAM T. WALSH, CLERK

| | |
|---|---|
| WALSH SECURITIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DiBENEDETTO, JAMES R. BROWN, THOMAS BRODO, ROLAND PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE CO., NATIONS TITLE INSURANCE OF NEW YORK, INC., FIDELITY NATIONAL TITLE INSURANCE CO. OF NEW YORK, COASTAL TITLE AGENCY, and STEWART TITLE GUARANTY COMPANY, IRENE DiFEO, DONNA PEPSNY and WEICHERT REALTORS, <br><br> Defendants | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY <br><br> CV 97-3496 (WGB) <br><br> Hon. William G. Bassler <br><br> **CONSENT ORDER** |

#821959 v1
999999-00534

THIS MATTER having been opened to the Court by plaintiff Walsh Securities by the filing of a Third Amended Complaint against Stewart Title Guaranty Company, and the parties agreeing to additional time to respond to the Complaint;

IT IS on this ___ day of March, 2005;

ORDERED that Stewart Title Guaranty Company shall have until March 31, 2005 to file a responsive pleading.

_____
Hon. Madeline Cox Arleo, U.S.M.J.

I HEREBY CONSENT TO THE
FORM AND ENTRY OF THIS ORDER:

**GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, P.C.**
Attorneys for Defendant
Stewart Title Guaranty Company

By: _____
Frederick W. Alworth

**BOIES, SCHILLER & FLEXNER LLP**
Attorney for Plaintiff
Walsh Securities, Inc.

By: _____
Robert A. Magnanini

#821959 v1
999999-00534