# HCB&T

## Hobbie, Corrigan, Bertucio & Tashjy, P.C.
### Attorneys at Law

Norman M. Hobbie * *
David P. Corrigan *
Edward C. Bertucio, Jr. *
M. Scott Tashjy
Michael R. Hobbie
Jacqueline DeCarlo

\* Certified by the Supreme
Court of New Jersey as a
Civil Trial Attorney

\* Certified by the Supreme
Court of New Jersey as a
Criminal Trial Attorney

File No.: 11704-0001

April 7, 2005

Honorable William G. Bassler
U.S. District Court for
The District of New Jersey
M.L. King, Jr. Federal Building
U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

RE: <u>Walsh Securities v. Michael Alfieri, Esq., et.al.</u>
    Civ. No. 97-3496 (WGB)

Dear Judge Bassler:

Please be advised that the undersigned, counsel for defendant Michael Alfieri, Esq. in the above-referenced matter, is in receipt of defendant Stewart Title Guaranty Company's and defendant Irene Difeo's motions to dismiss plaintiff's claims against them.

Please note that defendant Michael Alfieri, Esq. takes no position with regard to the request of the above defendants to have plaintiff's claim against them dismissed.

However, should the above-referenced motions be granted, defendant Michael Alfieri, Esq. respectfully submits that any dismissal granted in favor of the above-referenced defendants should not also serve to dismiss the cross-claims against those defendants. The cross-claims should remain in the case undisturbed.

**HOBBIE, CORRIGAN, BERTUCIO & TASHJY, P.C.**

April 7, 2005
Page 2

In support of this contention, defendant Michael Alfieri, Esq. respectfully directs the Court's attention to the Court of Appeals' holding in Aetna Insurance Company v. Newton, 398 F.2d 729 at 734 (3d Cir. 1968):

> "[A] dismissal of the original Complaint as to one of the defendants named therein does not operate as a dismissal of a cross-claim filed against such defendant by a co-defendant." Id., citing Fronmeyer v. L. & R. Construction Co., Inc., 139 F.Supp., 579, 585-586 (D.N.J. 1956).

This rule leaving intact cross-claims even where certain defendants prevail on plaintiff's affirmative claims has been consistently applied by federal courts. See, e.g., Fairview Park Excavating Co., Inc. v. Al Monzo Construction Company, Inc., et al., 560 F.2d 1122, 1125-1126 (3d Cir. 1977).

Therefore, it is respectfully requested that this Court preserve any and all cross-claims filed against the co-defendants by defendant Michael Alfieri, Esq., regardless of whether a dismissal of the plaintiff's complaint as to any of the co-defendants is granted.

Respectfully submitted,

HOBBIE, CORRIGAN, BERTUCIO & TASHJY, P.C.

Edward C. Bertucio, Jr., Esq.

ECB/jg
cc: Clerk, United States District Court (via e-filing)
    Attached Counsel List

F:\A\ALFIERI - GENERAL\L-Judge Bassler re motions to dismiss 4.7.05.doc

## WALSH SECURITIES v. CRISTO MANAGEMENT, LTD., et al.
### Civil Action No. CV 97-3496 (WGB)

### COUNSEL LIST

**Attorneys for Plaintiff, Walsh Securities**
Robert A. Magnanini, Esq.
Boies, Schiller & Flexner, LLP
150 JFK Parkway
Short Hills, New Jersey 07078

**Attorneys for Richard Calanni**
Richard Calanni, Pro Se
1 Old Farm Road
Tinton Falls, NJ 07724

**Attorneys for Richard DiBenedetto**
Richard DiBenedetto, Pro Se
153 Stephens Lane
Matawan, New Jersey 07430

**Attorneys for Stanley Yacker, Esq.**
Lawrence Lustberg, Esq.
James I. O'Hearn, Esq.
Gibson, Del Deo
One Riverfront Plaza
Newark, New Jersey 07102

**Attorneys for Richard Pepsny**
Mark W. Cantanzaro, Esq.
Blason IV – Suite 208
513 South Lenola Road
Moorestown, New Jersey 08057

**Attorneys for Richard Pepsny**
Jerome Ballarotto, Esq.
143 White Horse Avenue
Trenton, New Jersey 08610

**Attorneys for National Home Funding, Inc.
And Robert Skowrenski, II**
Michael Schottland, Esq.
Schottland, Manning, Rosen, Caliendo & Munson, P.A.
36 West Main Street
Box 6578
Freehold, New Jersey 07728

**Attorneys for Anthony M. Ciccalese**
Thomas D. Flinn, Esq.
Garrity, Graham, Favetta & Flinn
1 Lackawanna Plaza
P.O. Box 4205
Montclair, New Jersey 07042

Joseph V. Sorrentino, Esq.
70 Hudson Street, Penthouse Suite
Hoboken, New Jersey 07030

**Attorneys for Lawrence J. Cuzzi**
Theodore Daunno, Esq.
1033 Clifton Avenue
Clifton, New Jersey 07103

**Attorneys for Anthony D'Apolito and DAP Consulting, Inc.**
Anthony D'Apolito
909 Woodland Avenue
Wall Township, New Jersey 07719

**Attorneys for Commonwealth Land Title Insurance Company**
David R. Kott, Esq.
McCarter & English
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101

**Attorneys for Nations Title Insurance Company of New York, Inc. and Fidelity National Title Insurance Company of New York**
Anthony Argiropoulos, Esq.
Fox, O'Brien, Rothschild & Frankel
997 Lenox Drive
Lawrenceville, New Jersey 08648

**Attorneys for Coastal Title Insurance**
Martin R. McGowan, Esq.
Methfessel & Werbel
3 Ethel Road
P.O. Box 3012
Edison, New Jersey 08818

**Attorney for Thomas Brodo**
Thomas Brodo, Pro Se
139 B. Fort Lee Road
Teaneck, New Jersey 07666

**Attorneys for Defendant Stewart Title Guaranty Company**
Frederick W. Alworth, Esq.
Terrence S. Brody, Esq.
Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.
One Riverfront Plaza
Newark, New Jersey 07102

**Attorneys for Plaintiff Garden State Indemnity Company**
Andrew L. Indeck, Esq.
Scarinci & Hollenbeck, LLC
P.O. Box 790
Lyndhurst, New Jersey 07071-0790