RECEIVED
WILLIAM T. WALSH, CLERK

2005 APR -7 P 3:51

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

WALSH SECURITIES, INC.,

    Plaintiff,

vs.

CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, et al.

    Defendants.

: Civil Action No. CV 97-3496 (WGB)
:
: Hon. William G. Bassler
:
:
: ORDER

---

THIS MATTER having been opened to the Court upon the application of Boies, Schiller & Flexner LLP (Robert A. Magnanini, Esq. appearing), Counsel for Plaintiff Walsh Securities, Inc.; and

The Court having considered the submission of Walsh Securities, Inc.; and

For good cause shown and for purposes of judicial efficiency:

IT IS on this 7th day of April, 2005, hereby ORDERED that the briefing associated with Defendant Irene DiFeo's motion to dismiss Plaintiff's Third Amended Complaint filed by Ms. DiFeo on March 31, 2005 be coordinated and filed contemporaneously with the briefing associated with Defendant Stewart Title Guaranty Company's motion to dismiss Plaintiff's Third Amended Complaint which was filed on March 28, 2005 pursuant to Appendix (N) of the Local Civil Rules;

IT IS FURTHER ORDERED that Counsel for Walsh Securities, Inc. shall confer with Pro Se Defendant Irene DiFeo to advise Ms. DiFeo of the briefing schedule

associated with Defendant Stewart Title Guaranty Company's motion to dismiss

Plaintiff's Third Amended Complaint

_____

WILLIAM G. BASSLER, U.S.D.J.