UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | CIVIL ACTION NO. 97-3496 (WGB) |
| Plaintiff, | Honorable William G. Bassler |
| vs. | Civil Action |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DiBENEDETTO, JAMES R. BROWN, THOMAS BRODO, ROLAND PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE CO., NATIONS TITLE INSURANCE OF NEW YORK, INC., FIDELITY NATIONAL TITLE INSURANCE CO. OF NEW YORK, COASTAL TITLE AGENCY, STEWART TITLE GUARANTY COMPANY, IRENE DIFEO, DONNA PEPSNY and WEICHERT REALTORS, | NOTICE OF APPEARANCE |
| Defendants. | |

**PLEASE TAKE NOTICE THAT** John B. McCusker, Esq. of McCusker, Anselmi, Rosen, Carvelli & Walsh, 127 Main Street, Chatham, New Jersey 07928 hereby enters his appearance as co-counsel for defendant Weichert Realtors.

Since I am a registered Electronic Case Filing user, I hereby respectfully request that any Notices of Electronic Filing in the above-captioned matter also be sent to me.

> McCusker, Anselmi, Rosen, Carvelli & Walsh
> 127 Main Street
> Chatham, New Jersey 07928
> (973) 635-6300
>
> By: /s/ John B. McCusker
> John B. McCusker, Esq.

Dated: April 11, 2005

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing Notice of Appearance was served today via Federal Express upon:

>Robert A. Magnanini, Esq.
>BOIES, SCHILLER & FLEXNER, LLP
>150 John F. Kennedy Parkway
>Short Hills, NJ 07078

>McCUSKER, ANSELMI, ROSEN,
>CARVELLI & WALSH, P.A.
>127 Main Street
>Chatham, New Jersey 07928
>(973) 635-6300
>Attorneys for Defendant
>Weichert Realtors

By: _____
John B. McCusker (JBM 1482)

Dated: April 11, 2005