PASQUALE MENNA, ESQUIRE (PM 7667)
170 BROAD STREET
P. O. BOX 762
RED BANK, NEW JERSEY 07701
732-747-4300


RECEIVED-CLERK
U.S. DISTRICT COURT

2005 APR 12 P 3: 14

ATTORNEY FOR CO-DEFENDANT, ROLAND J. PIERSON, IMPROPERLY PLEADED AS RONALD J. PIERSON

|  |  |
|---|---|
| WALSH SECURITIES, INC., <br> Plaintiff(s), <br> v. <br><br> CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING, INC., CAPTIAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPTIAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, RONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW YORK INC., TIDELTIY NATIONAL TITLE ISNURANCE COMPANY OF NEW YORK and COASTAL TITLE AGENCY, Defendant(s). | UNITED STATES DISTRICT COURT <br> DISTRICT OF NEW JERSEY <br><br> CV ACTION #: CV-97-3496 [WGB] <br><br> HONORABLE WILLIAM G. BASSLER <br><br> NOTICE OF MOTION FOR COMPLAINT AND CROSS CLAIMS AGAINST THE DEFENDANT ROLAND PIERSON TO BE DISMISSED FOR REASON THAT THE DEFENDANT PIERSON HAD ALREADY FILED A CHAPTER VII BANKRUPTCY PETITION, AND THE CLAIMS OF ALL PARTIES WERE INCLUDED IN THE CHAPTER VII FILED BY THE PETITION THEREIN, AS WELL AS THE DISCHARGE [CASE NUMBER 04-55721 [RTL] <br><br> ORAL ARGUMENT REQUESTED IF OPPOSITION IS FILED |

Robert Magnanini, Esquire
Boies, Schiller & Flexner, LLP
150 John F. Kennedy Parkway

Fourth Floor
Short Hills, New Jersey 07078

and Attached Counsel List

Dear Ladies and Gentlemen:

**PLEASE TAKE NOTICE** that on the ___25th___ day of ___April___ 2005, at 9 a.m., or as soon thereafter as counsel may be heard, Pasquale Menna, Esquire, attorney for the defendant, Roland J. Pierson, improperly pleaded as Ronald J. Pierson, shall move before the Honorable William G. Bassler, U.S.D.J., in the United States District Court for the District of New Jersey, M.L. King Jr. Federal Building and Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order pursuant to Fed. R. Civ. P. 12(b) dismissing all Complaints and Cross Claims against Roland J. Pierson, improperly pleaded as Ronald J. Pierson.

**PLEASE TAKE FURTHER NOTICE** that a copy of the proposed Order is included with this Notice.

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, Pierson shall rely on the accompanying Memorandum of Law and all other pleadings and memoranda on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that no trial is presently scheduled in this matter.

**PLEASE TAKE FURTHER NOTICE** that Pierson requested oral argument in the event this Motion is contested.

_____
PASQUALE MENNA, ESQUIRE
ATTORNEY FOR ROLAND J. PIERSON,
IMPROPERLY PLEADED AS RONALD J. PIERSON

DATED: ___April 7, 2005___