PASQUALE MENNA, ESQUIRE (PM 7667)
170 BROAD STREET
P. O. BOX 762
RED BANK, NEW JERSEY 07701
732-747-4300
ATTORNEY FOR CO-DEFENDANT, ROLAND J. PIERSON, IMPROPERLY PLEADED AS RONALD J. PIERSON

| | |
|---|---|
| WALSH SECURITIES, INC., <br> Plaintiff(s), <br><br> v. <br><br> CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING, INC., CAPTIAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPTIAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, RONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, COMMONWELATH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW YORK INC., TIDELTIY NATIONAL TITLE ISNURANCE COMPANY OF NEW YORK and COASTAL TITLE AGENCY, <br> Defendant(s). | UNITED STATES DISTRICT COURT <br> DISTRICT OF NEW JERSEY <br><br><br><br><br> CV ACTION #: CV-97-3496 [WGB] <br><br> HONORABLE WILLIAM G. BASSLER <br><br><br> ORDER DISMISSING COMPLAINT AGAINST DEFENDANT ROLAND J. PIERSON, IMPROPERLY PLEADED AS RONALD J. PIERSON, AS WELL AS DISMISSAL OF COUNTERCLAIMS AND CROSS-CLAIMS AGAINST SAID DEFENDANT -- |

**THIS MATTER** having been opened to the Court on Motion by Pasquale Menna, Esquire, attorney for co-defendant Roland Pierson, improperly pleaded as Ronald J. Pierson, and the Court and the Court having reviewed the pleadings filed, and for good cause shown;

**IT IS THEREFORE ON THIS** _____ **DAY OF** _____ **2005, ORDERED** that the Defendant Roland J. Pierson, improperly pleaded as Ronald J. Pierson, is herewith dismissed as a Defendant in this matter and the Complaint filed by the Plaintiff and any and all Cross Claims by any Co-Defendants against Defendant Pierson are herewith Dismissed, and the Plaintiff and all Co-Defendants in this case are forever barred from prosecuting a civil action against Roland J. Pierson with respect to the issues raised in the within litigation.

**BE IT FUTHER ORDERED** that a copy of this Order be served on all parties in interest within \_\_\_\_\_ days of the entry of same.

_____
The Honorable William G. Bassler, U.S.D.J.