LAW OFFICES

PASQUALE MENNA

A PROFESSIONAL CORPORATION
170 BROAD STREET
P.O. BOX 762
RED BANK, NEW JERSEY 07701

(732) 747-4300
FAX (732) 747-8814
EMAIL: PMENLAW@AOL.COM

April 22, 2005

Clerk, United States District Court
District of New Jersey
M. L. King, Jr. Federal Building & U. S. Courthouse
50 Walnut Street
Newark, NJ  07102

> Re:   Walsh Securities, Inc. v. Cristo Property, et. al.
> Civil Action No. 97-3496 [WGB]

Dear Sir/Madam:

Herewith enclosed please find the Certification of Mailing with respect to the Motion that was filed on behalf of defendant Roland J. Pierson, improperly pleaded as Ronald J. Pierson.

Very truly yours,

/s/ Pasquale Menna
PASQUALE MENNA

PM:rmg

Encl.

## CERTIFICATION OF MAILING

I, Raeanne Marie Guzzi, Pasquale Menna, Esquire's paralegal, hereby certify that on the **11th day of April 2005**, I personally forwarded via regular mail an original cover letter to the Court, Notice of Motion to Dismiss Plaintiff's Complaints and Co-Defendants' Cross Claims, along with Certification(s) as well as other supporting documentation, and a proposed form of Order to:

The Honorable William G. Bassler, U.S.D.J.
63 M. L. King Jr. Federal Building
Room 5060
P. O. Box 999
Newark, New Jersey  07101-0999

I further certify that on the **11th day of April 2005**, I personally forwarded via regular mail a copy of the cover letter to the Court, Notice of Motion to Dismiss Plaintiff's Complaints and Co-Defendants' Cross Claims, along with Certification(s) as well as other supporting documentation, and a proposed form of Order to:

Clerk, United States District Court
District of New Jersey
M. L. King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ  07102

Scott Creegan
Deputy Clerk
United States District Court
District of New Jersey
M. L. King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ  07102

Thomas Brodo, Pro Se
139B Fort Lee Road
Teaneck, New Jersey  07666

Richard Calanni, Pro Se
One Old Farm Road
Tinton Falls, NJ  07724

Anthony D'Apolito, Pro Se
909 Woodland
Wall Township, New Jersey  07719

CERTIFICATION OF MAILING
ROLAND PIERSON
PAGE 2

Richard DiBenedetto, Pro Se
153 Stephens Lane
Mahwah, New jersey  07430

Irene DiFeo, Pro Se
5 Leann Court
Old Bridge, NJ  08857

Stanley Yacker, Esquire, Pro Se
33 Broadway, #1
Ocean Grove, NJ  07756-1397

Edward J. Hayes, Jr., Esquire
Fox, Rothschild, O'Brien & Frankel
2000 Market Street
10th Floor
Philadelphia, PA  19103-3291

I further certify that on **11th day of April 2005**, I personally forwarded via
facsimile a copy of the cover letter to the Court, Notice of Motion to Dismiss Plaintiff's
Complaints and Co-Defendants' Cross Claims, along with Certification(s) as well as
other supporting documentation, and a proposed form of Order, to:

Michael Schottland, Esquire
Schottland, Manning, Rosen, Callendo & Munson, P.A.
36 W. Main Street
Freehold, New Jersey  07728

Martin R. McGowan, Jr., Esquire
Methfessel & Werbel
3 Ethel Road
Suite 300
Edison, New Jersey  08818

Edward C. Bertucio, Jr., Esquire
Hobbie, Corrigan, Bertucio & Tashjy, P.C.
125 Wyckoff Road
Eatontown, New Jersey  07724

CERTIFICATION OF MAILING
ROLAND PIERSON
PAGE 3

Robert J. Reilly, III, Esquire
Reilly, Supple & Wischusen, LLC
571 Central Avenue
New Providence, New Jersey  07974

Mark W. Catanzaro, Esquire
Blason IV
Suite 208
513 Lenola Road
Moorestown, New Jersey  08057

Thoams D. Flinn, Esquire
Garrity, Graham, Favette & Flinn
1 Lackawanna Plaza, Box 4205
Montclair, NJ  07042

Anthony Argiropoulous, Esquire
Fox, Rothschild, O'Brien & Frankel
997 Lenox Drive, Building 3
Lawrenceville, New Jersey  08648

Frederick Alworth, Esqurie
Gibbons Del Deo Dolan Griffinger & Vecchione, P.C.
1 Riverfront Plaza
Newark, New Jersey  07102

John B. McCusker, Esquire
McCusker Anselmi Rosen Carvelli & Walsh, P.C.
127 Main Street
Chatham, NJ  07928

Andrew I. Indeck, Esquire
Scarinci & Hollenbeck, LLC
1100 Valleybrook Avenue
P. O. Box 790
Lyndhurst, NJ 07071

I further certify that on the **11th day of April 2005**, I personally forwarded via regular mail an original and one copy of the cover letter to the Court, Notice of Motion to Dismiss Plaintiff's Complaints and Co-Defendants' Cross Claims, along with

CERTIFICATION OF MAILING
ROLAND PIERSON
PAGE 4

Certification(s) as well as other supporting documentation, and a proposed form of Order but was returned to my employer's office indicating that the envelope that was delivered to the below individuals was "not delivered as addressed – unable to forward." – RTS (return to sender):

James R. Brown, Pro Se
1089 Cedar Avenue
Union, New Jersey  07083

Capital Assets Property Management, LLC
10 West Bergen Place
Red Bank, New Jersey  07701

Theodore W. Daunno, Esquire
1033 Clifton Avenue
Clifton, New Jersey  07013

I further certify that on **22nd day of April 2005**, I personally forwarded via regular mail a copy of the cover letter to the Court, Notice of Motion to Dismiss Plaintiff's Complaints and Co-Defendants' Cross Claims, along with Certification(s) as well as other supporting documentation, and a proposed form of Order, to:

Robert Magnanini, Esquire
Boies, Schiller, Flexner, LLP
150 JFK Parkway, Fourth Floor
Short Hills, NJ  07078

        I certify that the foregoing statements made by me are true to the best of my personal knowledge, information and belief.  I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.


Raeanne Marie Guzzi
Paralegal