BOIES SCHILLER & FLEXNER, LLP
Robert A. Magnanini (RM 7356)
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Attorneys for Plaintiff and Third Party
Defendant Robert Walsh

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., <br><br>        Plaintiff, <br><br>        vs. <br><br>CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, RONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW YORK INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, COASTAL TITLE AGENCY, STEWART TITLE GUARANTY COMPANY, IRENE DIFEO, DONNA PEPSNY, WEICHERT REALTORS and VECCHIO REALTY, INC. d/b/a | 3496 <br>CIVIL ACTION NO. 97-~~3497~~ <br><br>**APPLICATION FOR ADDITIONAL TIME TO ANSWER, MOVE OR RESPOND** <br><br>[Local Civil Rule 6.1(b)] |

```
MURPHY REALTY BETTER AND
GARDENS,

                    Defendants.
and

COMMONWEALTH LAND TITLE
INSURANCE COMPANY,

        Defendant/Third Party Plaintiff,
v.

ROBERT WALSH and ELIZABETH ANN
DeMOLA,

        Third Party Defendants.
```

Application is hereby made for a Clerk's Order extending the time within which Plaintiff and Third Party Defendant may answer, move or otherwise respond to the Complaint herein for 20 days, until May 14, 2005.

1. On or about March 2, 2005, Defendants Robert Skowrenski, II and National Home Funding, Inc., filed a civil action against Plaintiff and Third Party Defendant Robert Walsh.

2. Counsel for Plaintiff was served with the Complaint on or about April 6, 2005 and accepted service for Third Party Defendant Robert Walsh.

3. The time for Plaintiff Defendant to answer, move or otherwise respond to the Complaint was April 27, 2005.

4. No prior application for an extension has been made.

5. This request is made without waiving any defenses, including the lack of personal jurisdiction and improper service of process.

2

Respectfully submitted,

Robert A. Magnanini (RM 7356)
Boies, Schiller & Flexner LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
973-218-1111
973-218-1106 (Fax)

Dated: April 26, 2005

## ORDER

The above application is **ORDERED/GRANTED**; the time within which the Plaintiff and Third party Defendant may answer, move or otherwise respond to the Complaint is extended until ___5-11-05___.

Order Dated: ___5-2-05___

WILLIAM T. WALSH, Clerk

By _Jane Delle Monache_
Deputy Clerk

4

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of April, 2005, a true and correct copy of the foregoing was sent via regular mail to Michael D. Schottland, Esq., at Schottland, Manning, Caliendo & Thomson, 36 West Main Street, Freehold, New Jersey 07728 and a courtesy copy via regular mail to all counsel of record.

Rella DeSimone, Legal Assistant