# BOIES, SCHILLER & FLEXNER LLP

150 JOHN F. KENNEDY PARKWAY • 4TH FLOOR • SHORT HILLS, NJ 07078 • PH. 973.218.1111 • FAX 973.218.1106

April 26, 2005

Clerk, United States District Court
 for the District of New Jersey
M.L. King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    *Walsh Securities, Inc. v. Cristo Property Management, et al.*
              Civ. No. 97-3496(WGB)

Dear Sir/Madam:

    Enclosed please find an executed Application for Additional Time to Answer, Move or Respond, Order and Certificate of Service in the above matter for filing. Kindly have the Order executed and return a copy in the envelope provided. Thank you.

Very truly yours,

Robert A. Magnanini

RAM/r
Enclosures

cc:    David R. Kott, Esq.
        All Counsel of Record



WALSH SECURITIES V. CRISTO MANAGEMENT LTD.
Civil Action CV 97-3496 (WGB)

COUNSEL LIST

Robert A. Magnanini, Esq.
Boies, Schiller & Flexner LLP
150 JFK Parkway, 4th floor
Short Hills, NJ 07078
973-218-1111
Fax: 973-218-1106
**For Plaintiff, Walsh Securities**

Richard Calanni, **Pro Se**
1 Old Farm Road
Tinton Falls, NJ 07724
732-389-8738
Fax: 732-389-8853

Richard DiBenedetto, **Pro Se**
153 Stephens Lane
Matawan, NJ 07430

Frederick W. Alworth, Esq.
Gibbons, Del Deo
One Riverfront Plaza
Newark, NJ 07102
973-596-4500
Fax: 973-639-6251
**For Stanley Yacker, ESq.**

Mark W. Cantanzaro, Esq.
Blason IV – Suite 208
513 South Lenola Road
Moorestown, NJ 08057
856-235-4266
Fax: 856-235-4332
**For Richard Pepsney**

Michael Schottland, Esq.
Schottland, Manning, Rosen, Caliendo & Munson
36 West Main Street
Freehold, NJ 07728
732-462-4405
Fax: 732-409-0347
**For National Home Funding, Inc. and Robert Skowrenski, II**

Michael H. Freeman, Esq.
Greenberg Dauber Epstein & Tucker
One Gateway Center – Suite 600
Newark, NJ 07102
973-643-3700
Fax: 973-643-1218
**For Anthony M. Cicalese**

Joseph V. Sorrentino, Esq.
404 Manor Road
Staten Island, NY 10314
718-720-4943
Fax: 718-720-5009
**For William J. Kane, Cristo Property Management Ltd. a/k/a GJL Ltd., Oakwood Properties, Inc. and DEK Homes of N.J.**

Martin R. McGowan, Esq.
Methfesel & Werbel
3 Ethel Road, Suite 300
Edison, NJ 08818
732-248-4200
Fax: 732-248-2355
**For Coastal Title Co.**

Theodore Daunno, Esq.
1033 Clifton Avenue
Clifton, NJ 07103
**For Lawrence J. Cuzzi**

David R. Kott, Esq.
McCarter & English
Four Gateway Center
Newark, NJ 07101
973-639-2056
Fax: 973-624-7070
**For Commonwealth Land Title Insurance Co.**

Anthony Argiropoulos, Esq.
Fox, O'Brien, Rothschild & Frankel
997 Lenox Drive
Lawrenceville, NJ 08648
609-896-3600
Fax: 609-896-1469
**For Nations Title Insurance Co. of New York and Fidelity National Title Insurance Co. of New York**

Martin R. McGowan, Esq.
Methfessel & Werbel
3 Ethel Road
Edison, NJ 08818
732-248-4200
Fax: 732-248-2355
**For Coastal Title Insurance**

Thomas Brodo, **Pro Se**
139B Fort Lee Road
Teaneck, NJ 07666
201-836-9242
Fax: 201-796-5930

Andrew L. Indeck, Esq.
Scarincui & Hollenbeck
1100 Valleybrook Avenue
Lyndhurst, NJ 07071
201-896-4100
Fax: 201-896-8660
**For Garden State Indemnity Company**

Thomas D. Flinn, Esq.
Garrity, Graham, Favetta & Flinn
1 Lackawanna Plaza
Montclair, NJ 07041
973-509-7500
Fax: 973-509-0414
**For Anthony M. Cicalese**

Pasquale Menna, Esq.
Kauff & Menna
170 Broad Street
Red Bank, NJ 07701
732-747-4300
Fax: 732-747-8814
**For Ronald J. Pierson**

Edward C. Bertucio, Jr., Esq.
Hobbie, Corrigan, Bertucio & Tashjy
125 Wyckoff Road
Eatontown, NJ 07724
732-380-1515
Fax: 732-380-1720
**For Michael Alfieri**

John B. McCusker, Esq.
McCusker, Anselmi, Rosen, Carvelli & Walsh
127 Main Street
Chatham, NJ 07928
973-635-6300
Fax: 973-635-6363
**For Weichert Realtors**

James R. Brown, **Pro Se**
212-340-9566

Irene DeFeo, **Pro Se**
5 Leann Court
Old Bridge, NJ 08857

Anthony D'Appolito, **Pro Se**
909 Woodland Avenue
Wall Township, NJ 07719
732-556-6240