Robert A. Magnanini, Esq. (RM 7356)
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway, Fourth Floor
Short Hills, NJ 07078
973-218-1111
Attorneys for Plaintiff/Counterclaim
Defendant Walsh Securities, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : Civil Action No. CV 97-3496 (WGB) |
| Plaintiff, | : Hon. William G. Bassler |
| vs. | : |
| CRISTO ROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DiBENEDETTO, JAMES R. BROWN, THOMAS BRODO, ROLAND PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE CO., NATIONS TITLE INSURANCE OF NEW YORK, INC., FIDELITY NATIONAL TITLE INSURANCE CO. OF NEW YORK, COASTAL TITLE AGENCY, STEWART TITLE GUARANTY COMPANY, IRENE DIFEO, DONNA PEPSNY, WEICHERT REALTORS, AND VECCHIO REALTY, INC. D/B/A MURPHY REALTY BETTER HOMES and GARDENS, | : **ANSWER AND AFFIRMATIVE**<br>: **DEFENSES OF WALSH**<br>: **SECURITIES TO THE COUNTERCLAIM**<br>: **OF DEFENDANTS**<br>: **NATIONAL HOME FUNDING,**<br>: **INC. AND ROBERT**<br>: **SKOWRENSKI, II.**<br>: |
| Defendants. | : |

1

## ANSWER TO DEFENDANTS' COUNTERCLAIM

Plaintiff/Counterclaim Defendant, Walsh Securities, Inc. ("Walsh"), having its principal place of business at 4 Campus Drive, Parsippany, New Jersey, by way of answer to the Counterclaim of Defendants National Home Funding, Inc. ("NHF") and Robert Skowrenski, II, ("Skowrenski") says:

1. Walsh lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 1 and leaves Defendants to their proofs.

2. Walsh admits that Anthony D'Apolito was an employee of Walsh but lacks knowledge or information sufficient to form a belief as to the remainder of the allegations of paragraph 2 and leaves Defendants to their proofs.

3. Denied as to Walsh.  After reasonable investigation, Walsh does not have knowledge of the intentions of Defendants Greiser and Kane, nor D'Apolito, and leaves Defendants to their proofs.

4. Denied.

5. Denied.

6. Denied as to Walsh.

7. Denied as to Walsh.  Walsh does not have knowledge of the practices of Defendants NHF and Skowrenski and leaves the Defendants to their proofs.

8. Denied.

## AFFIRMATIVE DEFENSES TO DEFENDANTS' COUNTERCLAIM

### FIRST AFFIRMATIVE DEFENSE

Defendants' Counterclaim fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Insofar as Defendants' purport to state claims for misrepresentations and fraud, the allegations in Defendants' Counterclaim lack the particularity required by Fed. R. Civ. P. 9(b).

### THIRD AFFIRMATIVE DEFENSE

Defendants' Counterclaim is barred, in whole or in part, by the applicable statute of limitations.

### FOURTH AFFIRMATIVE DEFENSE

Defendants' Counterclaim is barred, in whole or in part, by the equitable doctrine of laches.

### FIFTH AFFIRMATIVE DEFENSE

Defendants' Counterclaim is barred, in whole or in part, by the equitable doctrine of waiver.

### SIXTH AFFIRMATIVE DEFENSE

Defendants' Counterclaim is barred, in whole or in part, by the equitable doctrine of estoppel.

### SEVENTH AFFIRMATIVE DEFENSE

Defendants' Counterclaim is barred, in whole or in part, by the equitable doctrine of unclean hands.

## EIGHTH AFFIRMATIVE DEFENSE

Defendants have no authority or standing to bring this suit.

## NINTH AFFIRMATIVE DEFENSE

To the extent that Defendants have sustained any injuries, such injuries, if any, were causes, in whole or in part, by the acts or omissions of others for whose conduct Walsh is not responsible.

## TENTH AFFIRMATIVE DEFENSE

Walsh has no knowledge of, and was not a culpable participant in, any violations of any laws.

## ELEVENTH AFFIRMATIVE DEFENSE

Walsh acted in good faith and did not directly or indirectly induce the act or acts complained of by the Defendants.

## TWELFTH AFFIRMATIVE DEFENSE

Walsh violated no legal duty owed to Defendants.

## THIRTEENTH AFFIRMATIVE DEFENSE

Walsh's conduct is not the cause of any injury or damages allegedly suffered by Defendants.

## FOURTEENTH AFFIRMATIVE DEFENSE

Defendants were contributorily negligent, and such negligence was the proximate, efficient, and contributing cause of their damages.

## FIFTEENTH AFFIRMATIVE DEFENSE

Walsh hereby gives notice that it intends to rely upon any other defense that may become available or appear during the discovery proceedings in this case and hereby

reserves its right to amend its answer to assert other related defenses as may become available.

**SIXTEENTH AFFIRMATIVE DEFENSE**

Walsh did not breach the covenant and duty of good faith and fair dealing because Defendants National Home Funding, Inc. and Robert Skowrenski, II chose and/or retained the Defendant Appraisers, Closing Attorneys and employed and/or supervised William J. Kane and paid them money for their fraudulent services. Upon information and belief, Defendant National Home Funding, Inc. made over $1,000,000.00 from the sale of the fraudulent mortgages to Walsh Securities.

**WHEREFORE**, Plaintiff Walsh Securities, Inc. seeks judgment dismissing the counterclaim of Defendants National Home Funding, Inc. and Robert Skowrenski, II, against Walsh and for interest, costs, attorney fees and other relief this Court deems to be just and equitable.

Dated: May 5, 2005

BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway, Fourth Floor
Short Hills, NJ 07078
973-218-1111
Attorneys for Plaintiff/Counterclaim
Defendant Walsh Securities, Inc.

By:_____
   Robert A. Magnanini, Esq. (RM 7356)

## CERTIFICATE OF SERVICE

I, Rella Desimone, am a legal secretary employed by Boies, Schiller & Flexner, attorneys for Plaintiff/Counterclaim Defendant Walsh Securities, Inc. in this matter. On May 5, 2005, I caused Plaintiff/Counterclaim Defendant Walsh Securities, Inc.'s Answer and Affirmative Defenses to the Counterclaim of Defendants Robert Skowrenski, II and National Home Funding, Inc., to be served via first class, prepaid mail, upon the persons named in the attached Counsel List.

Rella Desimone

Dated: May 5, 2005

6

WALSH SECURITIES V. CRISTO MANAGEMENT LTD.
Civil Action CV 97-3496 (WGB)

COUNSEL LIST

Robert A. Magnanini, Esq.
Boies, Schiller & Flexner LLP
150 JFK Parkway, 4th floor
Short Hills, NJ 07078
973-218-1111
Fax: 973-218-1106
**For Plaintiff, Walsh Securities**

Richard Calanni, **Pro Se**
1 Old Farm Road
Tinton Falls, NJ 07724
732-389-8738
Fax: 732-389-8853

Richard DiBenedetto, **Pro Se**
153 Stephens Lane
Matawan, NJ 07430

Frederick W. Alworth, Esq.
Gibbons, Del Deo
One Riverfront Plaza
Newark, NJ 07102
973-596-4500
Fax: 973-639-6251
**For Stewart Title Insurance Co.**

Mark W. Cantanzaro, Esq.
Blason IV – Suite 208
513 South Lenola Road
Moorestown, NJ 08057
856-235-4266
Fax: 856-235-4332
**For Richard Pepsney and Donna Pepsney**

Michael Schottland, Esq.
Schottland, Manning, Rosen, Caliendo & Munson
36 West Main Street
Freehold, NJ 07728
732-462-4405
Fax: 732-409-0347
**For National Home Funding, Inc. and Robert Skowrenski, II**

Michael H. Freeman, Esq.
Greenberg Dauber Epstein & Tucker
One Gateway Center – Suite 600
Newark, NJ 07102
973-643-3700
Fax: 973-643-1218
**For Anthony M. Cicalese**

Joseph V. Sorrentino, Esq.
404 Manor Road
Staten Island, NY 10314
718-720-4943
Fax: 718-720-5009
**For William J. Kane, Cristo Property Management Ltd. a/k/a GJL Ltd., Oakwood
Properties, Inc. and DEK Homes of N.J.**

Martin R. McGowan, Esq.
Methfessel & Werbel
3 Ethel Road, Suite 300
Edison, NJ 08818
732-248-4200
Fax: 732-248-2355
**For Coastal Title Insurance Co.**

Theodore Daunno, Esq.
1033 Clifton Avenue
Clifton, NJ 07013
**For Lawrence J. Cuzzi**

David R. Kott, Esq.
McCarter & English
Four Gateway  Center
Newark, NJ 07101
973-639-2056
Fax: 973-624-7070
**For Commonwealth Land Title Insurance Co.**

Anthony Argiropoulos, Esq.
Fox, O'Brien, Rothschild & Frankel
997 Lenox Drive
Lawrenceville, NJ 08648
609-896-3600
Fax: 609-896-1469
**For Nations Title Insurance Co. of New York and Fidelity National Title
Insurance Co. of New York**

Thomas Brodo, **Pro Se**
139B Fort Lee Road
Teaneck, NJ 07666
201-836-9242
Fax: 201-796-5930

Andrew L. Indeck, Esq.
Scarinci & Hollenbeck
1100 Valleybrook Avenue
Lyndhurst, NJ 07071
201-896-4100
Fax: 201-896-8660
**For Garden State Indemnity Company**

Thomas D. Flinn, Esq.
Garrity, Graham, Favetta & Flinn
1 Lackawanna Plaza
Montclair, NJ 07041
973-509-7500
Fax: 973-509-0414
**For Anthony M. Cicalese**

Pasquale Menna, Esq.
Kauff & Menna
170 Broad Street
Red Bank, NJ 07701
732-747-4300
Fax: 732-747-8814
**For Ronald J. Pierson**

Edward C. Bertucio, Jr., Esq.
Hobbie, Corrigan, Bertucio & Tashjy
125 Wyckoff Road
Eatontown, NJ 07724
732-380-1515
Fax: 732-380-1720
**For Michael Alfieri**

John B. McCusker, Esq.
McCusker, Anselmi, Rosen, Carvelli & Walsh
127 Main Street
Chatham, NJ 07928
973-635-6300
Fax:  973-635-6363
**For Weichert Realtors**

James R. Brown, **Pro Se**
1089 Cedar Avenue
Union, NJ 07083
212-340-9566

Irene DiFeo, **Pro Se**
5 Leann Court
Old Bridge, NJ 08857

Anthony D'Appolito, **Pro Se**
909 Woodland Avenue
Wall Township, NJ 07719
732-556-6240

Stanley Yacker, Esq., **Pro Se**
c/o Monmouth Title
188 East Bergen Place
Red Bank, NJ 07701
732-758-0201
Fax: 732-758-0122