**JOSEPH V. SORRENTINO, ESQ.**
213 South Avenue East, 2nd Floor
Cranford, New Jersey 07016
201-656-6525
Attorney for Defendant William Kane

RECEIVED-CLERK
U.S. DISTRICT COURT

2005 APR 28 A 10: 34

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

WALSH SECURITIES, INC.,

    Plaintiff,

CRISTO PROPERTY MANAGEMENT, LTD. a/k/a G.J.L. LIMITED, DEK HOME OF NEW JERSEY, INC., OAKWOOD PROPERTIES INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.I.C., WILLIAM J. KANE

    Defendants,

Action No. CV97-3496(WGB)

**NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT CRISTO PROPERTY MANAGEMENT, LTD.**

PLEASE TAKE NOTICE that in response to the Order to Show Cause issued by the Court on February 2, 2004, JOSEPH V. SORRENTINO, ESQ. hereby moves for leave to withdraw from the above-captioned matter as counsel for defendant CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.I.C., and WILLIAM KANE, and

Counsel for the plaintiff, BOIES, SCHILLER & FLEXNER, LLP (by Robert A. Magnanini, Esq.) consent to this application. In further support of the within-described motion, counsel relies upon the Certification of JOSEPH V. SORRENTINO, ESQ. filed herewith. No brief is necessary.

Dated: April 27, 2005

*Joseph V. Sorrentino*
JOSEPH V. SORRENTINO, ESQ. (7324)
213 South Avenue East, 2nd Floor
Cranford, New Jersey 07016
(201) 656-2565