**JOSEPH V. SORRENTINO, ESQ.**
213 South Avenue East, 2nd Floor
Cranford, New Jersey 07016
201-656-6525
Attorney for Defendant William Kane

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

WALSH SECURITIES, INC.,

        Plaintiff,

CRISTO PROPERTY MANAGEMENT,
LTD., ., a/k/a G.J.L. LIMITED,
DEK HOMES OF NEW JERSEY, INC.,
OAKWOOD PROPERTIES INC.,
NATIONAL HOME FUNDING, INC.,
CAPITAL ASSETS PROPERTY
MANAGEMENT & INVESTMENT CO.,
INC., CAPITAL ASSETS PROPERTY
MANAGEMENT, L.I.C., WILLIAM KANE,

        Defendants.

Action No. CV97-3496(WGB)

**ORDER FOR**

**JOSEPH V. SORRENTINO, ESQ.
TO WITHDRAW AS COUNSEL
FOR DEFENDANT CRISTO
PROPERTY MANAGEMENT,
LTD.**

This matter having come before the Court on the application of JOSEPH V.
SORRENTINO, ESQ. to withdraw from the representation of defendant CRISTO
PROPERTY MANAGEMENT, LTD. ., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW
JERSEY, INC., OAKWOOD PROPERTIES INC., NATIONAL HOME FUNDING,
INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC.,
CAPITAL ASSETS PROPERTY MANAGEMENT, L.I.C., and WILLIAM KANE. in
the above-captioned matter, and counsel for the plaintiff, BOIES, SCHILLER &
FLEXNER, LLP (by Robert A. Magnanini. Esq.) consenting to this motion, and for good
cause shown

      IT IS on this _____ day of April, 2005

ORDERED that the application of JOSEPH V. SORRENTINO, ESQ. to withdraw from the representation of defendant CRISTO PROPERTY MANAGEMENT, LTD. ., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.I.C., and WILLIAM KANE and it herby is granted.


_____
HONORABLE MADELINE ARLEO COX
United States Magistrate Judge