**JOSEPH V. SORRENTINO, ESQ.**
213 South Avenue East, 2nd Floor
Cranford, New Jersey 07016
201-656-6525
Attorney for Defendant William Kane

RECEIVED-CLERK
U.S. DISTRICT COURT

2005 APR 28  A 10: 34

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

WALSH SECURITIES, INC.,

    Plaintiff,

CRISTO PROPERTY MANAGEMENT,
LTD., a/k/a G.J.L. LIMITED,
DEK HOMES OF NEW JERSEY, INC.,
OAKWOOD PROPERTIES INC.,
NATIONAL HOME FUNDING, INC.,
CAPITAL ASSETS PROPERTY
MANAGEMENT & INVESTMENT CO.,
INC., CAPITAL ASSETS PROPERTY
MANAGEMENT, L.L.C., WILLIAM KANE.

    Defendants.

Action No. CV97-3496(WGB)

**CERTIFICATION OF SERVICE**

JOSEPH V. SORRENTINO, ESQ. hereby certifies as follows:

1. I am counsel for defendant CRISTO PROPERTY MANAGEMENT, LTD., and a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., and WILLIAM KANE in the above-entitled action.

2. On April 12, 2005, my office delivered by overnight delivery to the Clerk of the Court and to the Honorable Cox Arleo the Notice of Motion for Leave to Withdraw as Counsel for Defendant CRISTO PROPERTY MANAGEMENT, LTD., and a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., and WILLIAM KANE and supporting pleadings. On the same day, the within motion was forwarded to the following via first-class mail:

>   Robert A. Magnanini, Esq.
>   Boies, Schiller & Flexner, LLP
>   150 John F. Kennedy Parkway, 4th Floor
>   Short Hills, New Jersey 07078
>
>   Michael D. Schottland, Esq.
>   36 West Main Street
>   Freehold, New Jersey 07728
>
>   Mr. Richard Calanni
>   One Old Farm Road
>   Tinton Falls, New Jersey 07724
>
>   Mr. Richard DiBenedetto
>   153 Stephens Lane
>   Mahwah, New Jersey 07430-3863
>
>   Norman M. Hobbie, Esq.
>   Hobbie Corrigan, Bertucio & Tashjy, P.C.
>   125 Wyckoff Road
>   Eatontown, New Jersey 08057
>
>   Mark W. Catanzaro, Esq.
>   Blason IV – Suite 208
>   513 S. Lenola Road
>   Moorestown, New Jersey 08057

Jerome A. Ballarotto, Esq.
143 White Horse Avenue
Trenton, New Jersey 08610

Thomas D. Flinn, Esq.
Garrity, Graham & Favetta, P.C.
One Lackawanna Plaza
P.O. Box 4205
Montclair, New Jersey 07042-4205

Charles John Uliano, Esq.
Chamlin, Rose, Uliano & Witherington, P.C.
268 Norwood Avenue
P.O. Box 38
West Long Branch, New Jersey 07764

Pasquale Menna, Esq.
Kauff & Menna, Esqs.
170 Broad Street
P.O Box 762
Red Bank, New Jersey 07701

David R. Kott, Esq.
McCarter & English LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07101-0652

Mr. Thomas G. Brodo
319 Queen Anne Road, #B
Teaneck, New Jersey 07666

James G. Aaron, Esq.
Ansel, Zaro, Grimm & Aaron, Esqs.
1500 Lawrence Avenue
CN 7807
Ocean, New Jersey 07712

Michael H. Freeman, Esq.
Greenberg, Dauber, Epstein & Tucker
One Gateway Center, Suite 600
Newark, New Jersey 07102

Theodore Daunno, Esq.
1033 Clifton Avenue
Clifton, New Jersey 07103

Clifton, New Jersey 07103

Edward Hayes, Esq.
Fox, O'Brien, Rothschild & Frankel
997 Lenox Drive
Lawrenceville, New Jersey 08648

Martin R. McGowan, Esq.
Methfessel & Werbel
3 Ethel Road
Edison, New Jersey 08818

Andrew L. Indeck, Esq.
Scarincui & Hollenbeck
1100 Valleybrook Avenue
Lyndhurst, New Jersey 07071

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*[signature]*
JOSEPH V. SORRENTINO, ESQ. (7324)
213 South Avenue East, 2nd Floor
Cranford, New Jersey 07016
(201) 656-2565

Dated: April 27, 2005