# McCusker, Anselmi, Rosen, Carvelli & Walsh

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
127 MAIN STREET, CHATHAM, NEW JERSEY 07928
TEL: (973) 635-6300  FACSIMILE: (973) 635-6363
Writer's Direct Dial: 973-457-0122
e-mail: jmcc@marcw.com
Website: www.marcw.com

JOHN B. McCUSKER
ANDREW E. ANSELMI
BRUCE S. ROSEN
PAUL F. CARVELLI
JOSEPH T. WALSH, III
JONATHAN T.K. COHEN

JOHN F. TULLY
Special Counsel

AMY C. GROSSMAN
SUZANNE M. MURPHY
ROSEMARIE DASILVA
Of Counsel

MARITZA BERDOTE BYRNE
PAUL G. McCUSKER
MICHAEL T. MILLAR
WENDY B. GREEN
JAMES A. MESZAROS
CHARLES J. FALLETTA
GENEROSA CHIRICHIELLO
ALICYN B. CRAIG
EDWARD A. STURCHIO, JR.
MAURA W. SOMMER
ALICE M. SHANAHAN
BRIANA A. PERRY
CATHERINE M. CAMPBELL
LORI A. JORDAN
GEORGE W. CRIMMINS

May 10, 2005

**VIA FEDERAL EXPRESS**
Robert A. Magnanini, Esq.
BOIES, SCHILLER & FLEXNER, LLP
150 John F. Kennedy Parkway
Short Hills NJ 07078

      Re:    Walsh Securities v. Cristo Property Management, LTD, et al.
               CV97-3496 (WGB)

Dear Mr. Magnanini:

      On behalf of defendant Weichert, Realtors ("Weichert"), and pursuant to Local Civil Rule 7.1(b) (Optional Motion Procedure - Appendix N) enclosed please find the following:

1. Notice of Motion to Dismiss the Complaint for Failure to State a Claim;

2. Memorandum of Law in Support of the Motion;

3. The Supporting Declaration of John B. McCusker with Exhibits A-J;

4. Proposed order; and

5. Certificate of Service.

New York City Office: 156 West 56th Street, Suite 1702, New York, New York 10019, Tel.: (212) 308-0070, Facsimile: (212) 386-7280
Toms River Office: 98 East Water Street, Toms River, New Jersey 08753, Tel.: (732) 914-9114, Facsimile: (732) 914-8024

Page 2                                                                    May 10, 2005

      Oral argument is requested. Additionally, I have today electronically filed a copy of this letter, without enclosures, with the court.

Very truly yours,

John B. McCusker

Enclosure
cc: All Parties (w/ enclosures)