**BOIES, SCHILLER & FLEXNER LLP**

150 JOHN F. KENNEDY PARKWAY • 4TH FLOOR • SHORT HILLS, NJ 07078 • PH. 973.218.1111 • FAX 973.218.1106

May 16, 2005

**VIA FEDERAL EXPRESS**

Michael Schottland, Esq.
Schottland, Manning, Rosen, Caliendo & Munson
36 West Main Street
Freehold, NJ 07728

David R. Kott, Esq.
McCarter & English
Four Gateway Center
Newark, NJ 07101

      Re: Walsh Securities, Inc. v. Cristo Property Management, LTD., et al.
         Civil Action No.: 97-3496 (WGB)

Dear Counsel:

  On behalf of Third-Party Defendant Robert Walsh ("Walsh"), and pursuant to Local Civil Rule 7.1(b) (Optional Motion Procedure – Appendix N), enclosed please find the following:

  1. Notice of Motion to Dismiss the Third Party Complaints of Defendants Robert Skowrenski, II, National Home Funding, Inc. and Commonwealth Land Title Insurance Co.;

  2. Memorandum of Law in support thereof;

  3. Proposed Order; and

  4. Certificate of Service.

BOIES, SCHILLER & FLEXNER LLP

Michael Schottland, Esq.
David R. Kott, Esq.
Page 2

      Oral argument is requested. Additionally, I have today electronically filed a copy of this letter, without enclosures, with the Court.

                              Very truly yours,

                              Robert A. Magnanini

RAM/aa
Enclosures
cc: All Parties (with enclosures)