**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

CHAMBERS OF
**MADELINE COX ARLEO**
UNITED STATES MAGISTRATE JUDGE

MARTIN LUTHER KING COURTHOUSE
50 WALNUT ST.
ROOM 2060
NEWARK, NJ 07101
973-297-4903

May 17, 2005

**LETTER ORDER**

TO ALL COUNSEL ON ATTACHED LIST

    Re:    **Walsh Securities, Inc. V. Cristo Property Management, et al.
Civil Action No. 97-3496 (WGB)**

Dear Counsel:

    Attorney Joseph V. Sorrentino has moved for leave to withdraw as counsel for defendants Cristo Property Management, Ltd., a/k/a G.J.L. Limited, DEK Homes of New Jersey, Inc., Oakwood Properties Inc., National Home Funding, Inc., Capital Assets Property Management & Investment Co., Inc., Capital Assets Property Management, L.I.C., and William Kane.  I have considered the papers in support of the motion.  No papers were filed in opposition to the motion.

    This Court finds that good cause exists within the contemplation of R.P.C. 1.16(b)(6) for withdrawal of counsel from this case.  Accordingly, the motion for leave to withdraw is granted. Mr. Sorrentino is further ordered to provide his clients with copies of this Order.

    All defendants (except Mr. Kane) are corporate entities.  Under the law, they must be represented by a member of the bar.  If counsel has not entered an appearance on behalf of Cristo Property Management, Ltd., a/k/a G.J.L. Limited, DEK Homes of New Jersey, Inc., Oakwood Properties Inc., National Home Funding, Inc., Capital Assets Property Management & Investment Co., Inc., Capital Assets Property Management, L.I.C. (Mr. Kane can appear pro se) by June 1, 2005, I will ask Judge Bassler to strike their answer and enter default against them.

    All parties are directed to appear before the Court for a status conference on **June 7, 2005 at 2:00 p.m.**

    SO ORDERED.

                                               *s/Madeline Cox Arleo*
                                               **MADELINE COX ARLEO
United States Magistrate Judge**

cc:    Clerk
        Hon. William G. Bassler, U.S.D.J.
        All Parties
        File

Robert A. Magnanini, Esq.
Boies, Schiller & Flexner, LLP
150 John F. Kennedy Parkway, 4th Fl.
Short Hills, NJ 07078

Marc Wietzke, Esq.
Scarinci & Hollenbeck, LLC
1100 Valley Brook Avenue
Lyndhurst, NJ 07071

Richard Calanni, Pro Se
One Old Farm Road
Tinton Falls, NJ 07724

Edward Bertucio, Esq.
Hobbie, Corriga, Bertucio & Tashjy, P.C.
125 Wyckoff Road
Eatontown, NJ 08057

Stephen Balsamo, Esq.
Garrity, Graham, Favetta & Flinn, P.C.
One Lackawanna Plaza
P.O. Box 4205
Montclair, NJ 07042-4205

Irene DeFeo, Pro Se
5 Leann Court
Old Bridge, NJ 08857

David R. Kott, Esq.
McCarter & English, LLP
Four Gateway Center
Newark, NJ 07102

Vincent Manning, Esq.
Schottland, Manning, Caliendo & Thomson
36 West Main Street
Freehold, NJ 07728

Thomas Brodo, Pro Se
319 Queen Anne Road, #B
Teaneck, NJ 07666

Robert J. Reilly, Esq.
Reilly, Supple & Wischusen, LLC
571 Central Avenue
New Providence, NJ 07974

Anthony J. D'Appolito, Pro Se
909 Woodland Avenue
Wall, NJ 07719

Fred Alworth, Esq.
Gibbons, DelDeo, Dolan, Griffinger
 & Vecchione, P.C.
One Riverfront Plaza
Newark, NJ 07102

Daniel Towell, Esq.
Methfessel & Werbel
3 Ethel Road
Edison, NJ 08818

Jerome A. Ballarotto, Esq.
143 White Horse Avenue
Trenton, NJ 08610

John McCusker, Esq.
McCusker, Anselmi, Rosen,
 Carveli & Walsh, P.A.
127 Main Street
Chatham, NJ 07928

Patricia Barron, Esq.
Fox Rothschild, LLP
997 Lenox Drive
Lawrenceville, NJ 08648

Pasquale Menna, Esq.
Kauff & Menna
170 Broad Street
Red Bank, NJ 07701

Stanley Yacker, Esq., Pro Se
33 Broadway, #1
Ocean Grove, NJ

Mr. Richard DiBenedetto, Pro Se
153 Stephens Lane
Mahwah, NJ 07430-3863