RECEIVED
MAY 2 6 2005
AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

25-1087RJR750
ROBERT J. REILLY, III, ESQ. (RRR 4825)
REILLY, SUPPLE & WISCHUSEN, LLC
Murray Hill Officenter
571 Central Avenue
New Providence, N.J. 07974
(908) 665-1166
Attorneys for Defendant, Michael Alfieri, Esq. on Count VI only of the Third Amended Complaint

| | |
|---|---|
| WALSH SECURITIES, INC., | UNITED STATES DISTRICT COURT |
| | DISTRICT OF NEW JERSEY |
| Plaintiff, | ACTION NO. CV 97-3496 (WGB) |
| -v- | Hon. William G. Bassler |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO, INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, ROLAND PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE CO., NATIONS TITLE INSURANCE CO., OF NEW YORK, INC., FIDELITY NATIONAL TITLE INSURANCE CO OF NEW YORK, COASTAL TITLE AGENCY and STEWART TITLE GUARANTY COMPANY, | **SUBSTITUTION OF ATTORNEY** |
| Defendants | |

The undersigned hereby consent to the substitution of **REILLY, SUPPLE & WISCHUSEN, LLC,** as attorneys for Defendant, Michael Alfieri, Esq. on Count VI **ONLY** of the Third Amended Complaint in place of **EDWARD C. BERTUCIO, JR., ESQ.,** in the above-entitled cause.

Dated: May 6, 2005.

        REILLY, SUPPLE & WISCHUSEN, LLC

BY: _____
ROBERT J. REILLY, III
Superseding Attorney for Defendant, Michael
Alfieri, Esq. as to Count VI only of the Third
Amended Complaint

BY: _____
EDWARD C. BERTUCIO, JR., ESQ.
Withdrawing Attorney for Defendant, Michael
Alfieri, Esq. as to Count VI only of the Third
Amended Complaint