McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07101-0652
973.622.4444
fax 973.624.7070
www.mccarter.com



McCARTER
ENGLISH
ATTORNEYS AT LAW

**VIA REGULAR MAIL**

June 3, 2005

Re: Walsh Securities, Inc. v. Cristo Property Management, LTD.,
a/k/a G.J.L. Limited, et al.
Civil Action No. 97-3496 (WGB)

John B. McCusker
McCusker, Anselmi, Rosen, Carvelli & Walsh
127 Main Street
Chatham, New Jersey 07928

Dear Mr. McCusker:

As you know, we represent the defendant Commonwealth Land Title Insurance Company in the above-captioned case. Pursuant to Local Civil Rule 7.1(b) (Optional Motion Procedure-Appendix N), please find the following enclosed materials

1. An original and two (2) copies of Commonwealth's brief in opposition to third party defendant Weichert, Realtor's motion to dismiss, as it relates to Commonwealth Land Title Insurance Company's Third Party Complaint; and

2. Certification of Service.

I have filed an electronic copy of this letter, without enclosures, today with the Court.

Very truly yours,

/s/

David R. Kott
Enclosure
DRK/nsw
cc: Hon. William J. Bassler (w/encl.)
cc: All Persons on Attached Service List (w/encl. - By Regular Mail including Weichert - and also by Certified Mail, R.R.R. to Weichert)