# BOIES, SCHILLER & FLEXNER LLP

150 JOHN F. KENNEDY PARKWAY • 4TH FLOOR • SHORT HILLS, NJ 07078 • PH. 973.218.1111 • FAX 973.218.1106

June 3, 2005

**VIA FEDERAL EXPRESS AND ELECTRONIC MAIL**

Irene DiFeo
5 Leann Court
Old Bridge, NJ 08857

Frederick W. Alworth, Esq.
Gibbons, Del Deo
One Riverfront Plaza
Newark, NJ 07102

John B. McCusker, Esq.
McCusker, Anselmi, Rosen, Carvelli & Walsh
127 Main Street
Chatham, NJ 07928

      Re: Walsh Securities, Inc. v. Cristo Property Management, LTD., et al.
         Civil Action No.: 97-3496 (WGB)

Dear Counsel and Ms. Difeo:

  On behalf of Plaintiff Walsh Securities, Inc. ("Walsh Securities"), and pursuant to Local Civil Rule 7.1(b) (Optional Motion Procedure – Appendix N), enclosed please find the following:

  1. Plaintiff's Consolidated Memorandum in Opposition to Defendants Irene Difeo, Stewart Title Guaranty Company and Weichert Realtors' Motion to Dismiss Plaintiff's Third Amended Complaint;

  2. The Declaration of Robert A. Magnanini;

  3. A proposed form of Order; and

  4. A Certificate of Service.

NEW YORK  WASHINGTON DC  FLORIDA  CALIFORNIA  NEW HAMPSHIRE  NEW JERSEY
www.bsfllp.com

BOIES, SCHILLER & FLEXNER LLP

  Additionally, I have today electronically filed a copy of this letter, without enclosures, with the Court.

Very truly yours,

Robert A. Magnanini

RAM/r
Enclosures

cc: All Parties (Via Regular Mail w/encls.)