METHFESSEL & WERBEL, ESQS.
3 Ethel Road, Suite 300
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
Attorneys for Coastal Title Agency
Our File No. 45987 MRM

| | |
|---|---|
| WALSH SECURITIES, INC.<br><br>    Plaintiff,<br><br>V.<br><br>CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALLANI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, RONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE COMPANY OF NEW YORK, INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, COASTAL TITLE AGENCY AND STEWART TITLE GUARANTY COMPANY, IRENE DIFEO, DONNA PEPSNY, WEICHERT REALTORS, AND VECCHIO REALTY, INC. D/B/A MURPHY REALTY BETTER HOMES AND GARDENS,<br><br>    Defendants. | UNITED STATES DISTRICT - NEWARK<br>: CV 97-3496 (WGB)<br><br>Civil Action<br><br>**RULE 26 DISCLOSURES** |

**IN ACCORDANCE WITH** Federal Rule of Civil Procedure 26(a)(1), Defendant Coastal Title Agency hereby submits its initial Rule 26 Disclosures.

(A) Based upon current information and belief, the following witnesses appear to have some knowledge regarding the allegations raised in the withdrawn Complaint. The names and addresses have been collected from the documents produced through Rule 26 by other parties. Disclosure of individuals, entities or documents in this Rule 26 shall not act as an express or implied admission or ratification; acknowledgement of relevance, materiality or admissibility; or waiver of any objections or privileges throughout the later discovery and proceedings.

   1. Anthony M. Cicalese, Esq.
   2. Stanley Yacker, Esq.
   3. Robert Skowrenski, II
   4. Willliam J. Kane
   5. Robert Walsh
   6. Gary Grieser

(B) This defendant has previously furnished voluminous documentation to the respository currently maintained by plaintiff's attorney.

(C) None.

(D) Coastal Title Agency was insured under a policy of insurance issued by Summit Risk Services, bearing claim numbers GS031571a & NJ384-97. A copy of said policy is available for

inspection and copying at the law firm of Methfessel & Werbel, Esqs., upon reasonable notice to our office.

**METHFESSEL & WERBEL, ESQS.**

_____
Martin R. McGowan, Esq.

DATED: June 7, 2005