METHFESSEL & WERBEL, ESQS.
3 Ethel Road, Suite 300
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
Attorneys for Coastal Title Agency
Our File No.  45987 MRM

| | |
|---|---|
| WALSH SECURITIES, INC.<br><br>Plaintiff,<br><br>V.<br><br>CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALLANI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, RONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE COMPANY OF NEW YORK, INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, COASTAL TITLE AGENCY AND STEWART TITLE GUARANTY COMPANY, IRENE DIFEO, DONNA PEPSNY, WEICHERT REALTORS, AND VECCHIO REALTY, INC. D/B/A MURPHY REALTY BETTER HOMES AND GARDENS,<br><br>Defendants. | UNITED STATES DISTRICT - NEWARK<br>: CV 97-3496 (WGB)<br><br>Civil Action<br><br>**DEFENDANT COASTAL TITLE AGENCY'S FIRST SET OF INTERROGATORIES** |

Defendant Coastal Title Agency, by its attorneys, Methfessel & Werbel, Esqs., requests the parties identified in the title of this document give certified answers to the following Interrogatories based upon knowledge and information available to them and their agents and attorneys as required by the Federal Rules of Civil Procedure.

**METHFESSEL & WERBEL, ESQS.**
Attorneys for Coastal Title Agency

By:_____

  Martin R. McGowan

Dated: June 7, 2005

1. Set forth each and every fact (not legal conclusion) that supports any cross claims or other claims you make against the party serving these Interrogatories.

2. Identify each and every document that supports your answer to the immediately preceding Interrogatory.

3. Set forth each and every fact (not legal conclusion) that supports any cross claims or other claims you make against any other party to this lawsuit.

4. Identify each and every document that supports your answer to the immediately preceding Interrogatory.

5. If you contend that any party made any admissions, set forth in detail each and every admission, including the date if was made and the person making the admission.

6. Identify any and all documents that you contend are admissions.

7. Set forth each and every declaration against interest that you contend was made by any party or any witness, including the date it was made and the identity of the person making the declaration.

8. Identify any and all documents that you contend are declarations against interest.

9. Set forth each and every fact (not legal conclusion) that supports any affirmative or separate defenses pled by you.

10. Identify each and every document that supports our answer to the immediately preceding Interrogatory.