Our File No.  45987

**CERTIFICATE OF MAILING**

The undersigned hereby certifies as follows:

    l.  I am employed by the law firm of Methfessel & Werbel.

    2.  On June 7, 2005 the undersigned prepared and forwarded copies of the within correspondence to the following parties:

    United States District Court
    Martin Luther King, Jr. Building
    50 Walnut Street
    Newark, NJ 07101

    Thomas D. Flinn, Esq.
    Garrity, Graham, Favetta & Flinn
    One Lackawanna Plaza, PO Box 4205
    Montclair, NJ  07042-8205

    Irene Difeo
    5 Leann Court
    Old Bridge, NJ 08857

    John B. McCusker, Esq.
    McCusker, Anselmi, Rosen, Carvelli & Walsh,
    127 Main St.
    Chatham, NJ  07928

    James C. Aaron, Esq.
    Ansell, Zaro, Grimm & Aaron, P.C.
    1500 Lawrence Avenue
    Ocean, NJ  07712

    3.  I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

                                       ***Peggy Wasco***
                                       _____
                                       Peggy Wasco