RECEIVED

JUN 13 2005

WILLIAM T. WALSH, CLERK

**MARK W. CATANZARO, ESQUIRE**
Blason IV - Suite 208
513 S. Lenola Road
Moorestown, New Jersey 08057
(856) 235-4266
By: Mark W. Catanzaro, Esquire (MWC 7126)
Attorney for Defendant, Richard Pepsny

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE
HONORABLE WILLIAM G. BASSLER

| | | |
|---|---|---|
| WALSH SECURITIES, INC., | : | |
| Plaintiff, | : | Civil Action No. 97cv3496(WGB) |
| vs. | : | |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, et al, | : | CONSENT ORDER |
| Defendants. | : | |

**THIS MATTER** having been opened to the Court on the application of Mark W. Catanzaro, Esquire, attorney for defendant, Richard Pepsny, Esquire, seeking an Extension of Time to Answer the Plaintiff's Third Amended Complaint, and with the consent of counsel for plaintiff, Walsh Securities, Inc.;

**IT IS ON THIS** 17 day of _____, 2005:

**ORDERED** that the time within which the Defendant may Answer

Plaintiff's Third Amended Complaint is hereby extended To June 10, 2005; and,

IT IS FURTHER **ORDERED** that a copy of this Order be served upon all counsel within ___ days hereof.

_____
Madeline Cox Arleo, U.S.M.J.

I hereby consent to the entry
and form of the within Order.

By: _____
Robert A. Magnanini, Esquire
Attorney for Plaintiff


I hereby consent to the entry
and form of the within Order.

By: _____
Mark W. Catanzaro, Esquire
Attorney for Defendant,
Richard Pepsny, Esquire

-2-