UNITED STATES DISTRICT COURT
FOR THE DISTRIT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DiBENEDETTO, JAMES R. BROWN, THOMAS BRODO, ROLAND PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE CUZZI, ANTHONY D'APPOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE CO., NATIONS TITLE INSURANCE OF NEW YORK, INC., FIDELITY NATIONAL TITLE INSURANCE CO. OF NEW YORK, COASTAL TITLE AGENCY, STEWART TITLE GUARANTY COMPANY, IRENE DIFEO, DONNA PEPSNY and WEICHERT REALTORS, <br><br> Defendants. | CIVIL ACTION NO. 97-3496 (WGB) <br><br> Honorable William G. Bassler <br><br> Civil Action <br><br> PROPOSED ORDER |

**THIS MATTER** having been opened to the Court by McCusker, Anselmi, Rosen Carvelli & Walsh, a P.C., (John B. McCusker appearing), on behalf of defendant Weichert,

Realtors ("Weichert"), and the Court having considered the submissions of the parties and argument of counsel, and for the reasons set forth on the record and for good cause shown;

>  **IT IS**, on this ___ day of _____, 2005

>  **ORDERED** that Weichert's Motion to Dismiss for Failure to State a Claim be and is hereby granted; and,

>  **IT IS FURTHER ORDERED** that judgment is hereby entered for Weichert and the within matter is dismissed with prejudice.

_____<br>
Hon. William G. Bassler, U.S.D.J.