## CERTIFICATE OF SERVICE

I certify that on June 3, 2005, I caused to be served Plaintiff's Consolidated Memorandum in Opposition to Defendants Irene Difeo, Stewart Title Guaranty Company and Weichert Realtors' Motion to Dismiss Plaintiff's Third Amended Complaint, the Declaration of Robert A. Magnanini and a proposed form of Order, via Federal Express and electronic mail (Messrs. Alworth and McCusker only) upon the following parties:

Irene DiFeo, **Pro Se**
5 Leann Court
Old Bridge, NJ 08857

Frederick W. Alworth, Esq.
Gibbons, Del Deo
One Riverfront Plaza
Newark, NJ 07102
**For Stewart Title Insurance Co.**

John B. McCusker, Esq.
McCusker, Anselmi, Rosen, Carvelli & Walsh
127 Main Street
Chatham, NJ 07928
**For Weichert Realtors**

and via Regular Mail upon the parties set forth on the attached Service List.

Dated: June 3, 2005

By: /s/ Robert A. Magnanini
Robert A. Magnanini (RAM 7356)
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway, 4th floor
Short Hills, New Jersey 07078
(973) 218-1111
Counsel for Plaintiff Walsh Securities

1

WALSH SECURITIES V. CRISTO MANAGEMENT LTD.
Civil Action CV 97-3496 (WGB)

SERVICE LIST

Richard Calanni, **Pro Se**
1 Old Farm Road
Tinton Falls, NJ 07724

Richard DiBenedetto, **Pro Se**
153 Stephens Lane
Matawan, NJ 07430

Mark W. Cantanzaro, Esq.
Blason IV – Suite 208
513 South Lenola Road
Moorestown, NJ 08057
**For Richard Pepsney and Donna Pepsney**

Michael H. Freeman, Esq.
Greenberg Dauber Epstein & Tucker
One Gateway Center – Suite 600
Newark, NJ 07102
**For Anthony M. Cicalese**

Joseph V. Sorrentino, Esq.
404 Manor Road
Staten Island, NY 10314
**For William J. Kane, Cristo Property Management Ltd. a/k/a GJL Ltd., Oakwood Properties, Inc. and DEK Homes of N.J.**

Martin R. McGowan, Esq.
Methfessel & Werbel
3 Ethel Road, Suite 300
Edison, NJ 08818
**For Coastal Title Insurance Co.**

Theodore Daunno, Esq.
1033 Clifton Avenue
Clifton, NJ 07013
**For Lawrence J. Cuzzi**

Anthony Argiropoulos, Esq.
Fox, O'Brien, Rothschild & Frankel
997 Lenox Drive

Lawrenceville, NJ 08648
**For Nations Title Insurance Co. of New York and Fidelity National Title Insurance Co. of New York**

Thomas Brodo, **Pro Se**
139B Fort Lee Road
Teaneck, NJ 07666

Andrew L. Indeck, Esq.
Scarinci & Hollenbeck
1100 Valleybrook Avenue
Lyndhurst, NJ 07071
**For Garden State Indemnity Company**

Thomas D. Flinn, Esq.
Garrity, Graham, Favetta & Flinn
1 Lackawanna Plaza
Montclair, NJ 07041
**For Anthony M. Cicalese**

Pasquale Menna, Esq.
Kauff & Menna
170 Broad Street
Red Bank, NJ 07701
**For Roland J. Pierson**

Edward C. Bertucio, Jr., Esq.
Hobbie, Corrigan, Bertucio & Tashjy
125 Wyckoff Road
Eatontown, NJ 07724
**For Michael Alfieri**

Robert J. Reilly, III, Esq.
Reilly, Supple & Wischusen, LLC
Murray Hill Officenter
571 Central Avenue
New Providence, N.J. 07974
**For Michael Alfier (as to Count VI Only)**

James R. Brown, **Pro Se**
1089 Cedar Avenue
Union, NJ 07083
212-340-9566

Anthony D'Appolito, **Pro Se**
909 Woodland Avenue
Wall Township, NJ 07719

Stanley Yacker, Esq., **Pro Se**
c/o Monmouth Title
188 East Bergen Place
Red Bank, NJ 07701