Frederick W. Alworth, Esq. (FA-6977)
Terrence S. Brody, Esq. (TB-4463)
**GIBBONS, DEL DEO, DOLAN,**
**GRIFFINGER & VECCHIONE**
A Professional Corporation
One Riverfront Plaza
Newark, NJ  07102
973-596-4500
Attorneys for Defendant Stewart Title Guaranty Company

| | |
|---|---|
| WALSH SECURITIES, INC., <br><br>             Plaintiff, <br><br>     vs. <br><br> CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DiBENEDETTO, JAMES R. BROWN, THOMAS BRODO, ROLAND PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE CO., NATIONS TITLE INSURANCE OF NEW YORK, INC., FIDELITY NATIONAL TITLE INSURANCE CO. OF NEW YORK, COASTAL TITLE AGENCY, and STEWART TITLE GUARANTY COMPANY, IRENE DiFEO, DONNA PEPSNY and WEICHERT REALTORS, <br><br>             Defendants | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY <br><br> CV 97-3496 (WGB) <br><br> Hon. William G. Bassler <br><br><br> **NOTICE OF MOTION** <br><br><br> Oral Argument Requested |

TO:   Robert Magnanini, Esq.
      **Boies, Schiller & Flexner, LLP**
      150 John F. Kennedy Parkway
      Fourth Floor
      Short Hills, New Jersey 07078
      (973) 218-1111
      Attorneys for Plaintiff

            -  and   -

      Attached Counsel List

**PLEASE TAKE NOTICE** that on Monday, July 11, 2005, at 9:00 a.m., or as soon thereafter as counsel may be heard, Gibbons, Del Deo, Dolan, Griffinger & Vecchione, A Professional Corporation, attorneys for defendant, Stewart Guaranty Company (referred to as "Stewart"), shall move before the Honorable William G. Bassler, U.S.D.J., in the United States District Court for the District of New Jersey, M. L. King, Jr. Federal Building & Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order pursuant to Fed. R. Civ. P. 12(b) dismissing the Third Amended Complaint as to Stewart.

**PLEASE TAKE FURTHER NOTICE** that a copy of the proposed Order is included with this Notice.

**PLEASE TAKE FURTHER NOTICE** that, in support of the Motion, Stewart shall rely on the accompanying Memorandum of Law, and all other pleadings and memoranda on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that no trial is presently scheduled in this matter.

**PLEASE TAKE FURTHER NOTICE** that Stewart requests oral argument in the event this Motion is contested.

| | |
|---|---|
| Dated:     March 28, 2005<br>Newark, New Jersey | By: s/ Frederick W. Alworth (FA-6977)<br>Frederick W. Alworth (FA-6977)<br>Terrence S. Brody (TB-4463)<br>**GIBBONS, DEL DEO, DOLAN,**<br>**GRIFFINGER & VECCHIONE**<br>A Professional Corporation<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>P 973 596 4500<br>F 973 596 0545<br>Falworth@gibbonslaw.com<br><br>Attorneys for Defendant<br>Stewart Title Guaranty Company |

WALSH SECURITIES V. CRISTO MANAGEMENT LTD.
Civil Action CV 97-3496 (WGB)

COUNSEL LIST

Robert A. Magnanini, Esq.
Boies, Schiller & Flexner LLP
150 JFK Parkway, 4th floor
Short Hills, NJ 07078
973-218-1111
Fax: 973-218-1106
**For Plaintiff, Walsh Securities**

Richard Calanni, **Pro Se**
1 Old Farm Road
Tinton Falls, NJ 07724
732-389-8738
Fax: 732-389-8853

Richard DiBenedetto, **Pro Se**
153 Stephens Lane
Matawan, NJ 07430

Mark W. Cantanzaro, Esq.
Blason IV – Suite 208
513 South Lenola Road
Moorestown, NJ 08057
856-235-4266
Fax: 856-235-4332
**For Richard Pepsney**

Michael Schottland, Esq.
Schottland, Manning, Rosen, Caliendo & Munson
36 West Main Street
Freehold, NJ 07728
732-462-4405
Fax: 732-409-0347
**For National Home Funding, Inc. and Robert Skowrenski, II**

Michael H. Freeman, Esq.
Greenberg Dauber Epstein & Tucker
One Gateway Center – Suite 600
Newark, NJ 07102
973-643-3700
Fax: 973-643-1218
**For Anthony M. Cicalese**

Joseph V. Sorrentino, Esq.
404 Manor Road
Staten Island, NY 10314
718-720-4943
Fax: 718-720-5009

**For William J. Kane, Cristo Property Management Ltd. a/k/a GJL Ltd., Oakwood**
**Properties, Inc. and DEK Homes of N.J.**

James G. Aaron, Esq.
Ansell, Zaro, Grimm & Aaron
1500 Lawrence Avenue
Ocean, NJ 07712
732-922-1000
Fax: 732-922-6161
**For Coastal Title Co.**

Theodore Daunno, Esq.
1033 Clifton Avenue
Clifton, NJ 07103
**For Lawrence J. Cuzzi**

Charles J. Uliano, Esq.
Chamlin, Rosen, Cavanaugh & Uliano
268 Norwood Avenue
West Long Branch, NJ 07764
732-229-32000
Fax: 732-571-8741
**For Anthony D'Apolito and DAP Consulting, Inc.**

David R. Kott, Esq.
McCarter & English
Four Gateway  Center
Newark, NJ 07101
973-639-2056
Fax: 973-624-7070
**For Commonwealth Land Title Insurance Co.**

Anthony Argiropoulos, Esq.
Fox, O'Brien, Rothschild & Frankel
997 Lenox Drive
Lawrenceville, NJ 08648
609-896-3600
Fax: 609-896-1469
**For Nations Title Insurance Co. of New York and Fidelity National Title**
**Insurance Co. of New York**

Martin R. McGowan, Esq.
Methfessel & Werbel
3 Ethel Road
Edison, NJ 08818
732-248-4200
Fax: 732-248-2355
**For Coastal Title Insurance**

Thomas Brodo, **Pro Se**
139B Fort Lee Road

Teaneck, NJ 07666
201-836-9242
Fax: 201-836-7574

Andrew L. Indeck, Esq.
Scarincui & Hollenbeck
1100 Valleybrook Avenue
Lyndhurst, NJ 07071
201-896-4100
Fax: 201-896-8660
**For Garden State Indemnity Company**

Thomas D. Flinn, Esq.
Garrity, Graham, Favetta & Flinn
1 Lackawanna Plaza
Montclair, NJ 07041
973-509-7500
Fax: 973-509-0414
**For Anthony M. Cicalese**

Pasquale Menna, Esq.
Kauff & Menna
170 Broad Street
Red Bank, NJ 07701
732-747-4300
Fax: 732-747-8814
**For Ronald J. Pierson**

Edward C. Bertucio, Jr., Esq.
Hobbie, Corrigan, Bertucio & Tashjy
125 Wyckoff Road
Eatontown, NJ 07724
732-380-1515
Fax: 732-380-1720
**For Michael Alfieri**

James R. Brown, **Pro Se**
212-340-9566