| | |
|---|---|
| WALSH SECURITIES, INC.,<br><br>            Plaintiff,<br><br>    vs.<br><br>CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DiBENEDETTO, JAMES R. BROWN, THOMAS BRODO, ROLAND PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE CO., NATIONS TITLE INSURANCE OF NEW YORK, INC., FIDELITY NATIONAL TITLE INSURANCE CO. OF NEW YORK, COASTAL TITLE AGENCY, and STEWART TITLE GUARANTY COMPANY, IRENE DiFEO, DONNA PEPSNY and WEICHERT REALTORS,<br><br>            Defendants | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CV 97-3496 (WGB)<br><br>Hon. William G. Bassler<br><br>*Document Electronically Filed*<br><br><u>**ORDER**</u> |

**THIS MATTER** having come before the Court upon the motion of defendant Stewart Title Guaranty Company, through its attorneys, Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C. (Frederick W. Alworth, Esq., appearing), for an Order dismissing plaintiff Walsh Securities, Inc.'s Third Amended Complaint; and Walsh, through its attorneys, Boies, Schiller & Flexner, LLP (Robert A. Magnanini, Esq.,

appearing), having opposed the motion; and the Court having reviewed the parties' briefs and arguments, and for good cause shown,

IT IS on this __ day of _____, 2005:

**ORDERED**, that the defendant's motion be and is hereby granted, and plaintiff Walsh Securities, Inc.'s Third Amended Complaint is hereby dismissed as to Stewart Title Guaranty Company.

_____
HONORABLE WILLIAM G. BASSLER
United States District Judge