UNITED STATES DISTRICT COURT
FOR THE DISTRIT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | CIVIL ACTION NO. 97-3496 (WGB) |
| Plaintiff, | Honorable William G. Bassler |
| vs. | Civil Action |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DiBENEDETTO, JAMES R. BROWN, THOMAS BRODO, ROLAND PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE CUZZI, ANTHONY D'APPOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE CO., NATIONS TITLE INSURANCE OF NEW YORK, INC., FIDELITY NATIONAL TITLE INSURANCE CO. OF NEW YORK, COASTAL TITLE AGENCY, STEWART TITLE GUARANTY COMPANY, IRENE DIFEO, DONNA PEPSNY and WEICHERT REALTORS, | ORDER DISMISSING THIRD AMENDED COMPAINT INCLUDING CROSS CLAIMS |
| Defendants. | |

**THIS MATTER,** having been opened to the Court by McCusker, Anselmi, Rosen

Carvelli & Walsh, a P.C., (John B. McCusker appearing), on behalf of defendant Weichert,

Realtors ("Weichert"), and the Court having considered the submissions of the parties and argument of counsel, and for the reasons set forth on the record and for good cause shown;

     **IT IS**, on this ___ day of _____, 2005

     **ORDERED** that Weichert's Motion to Dismiss Plaintiff's claims and all crossclaims for Failure to State a Claim be and is hereby granted; and,

     **IT IS FURTHER ORDERED** that judgment is hereby entered for Weichert and the within matter is dismissed with prejudice.

 

                                          _____

                                          Hon. William G. Bassler, U.S.D.J.

2

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

WALSH SECURITIES, INC.,

Plaintiff,

v.

CRISTO PROPERTY MANAGEMENT, LTD., a/k/a
G.J.L. LIMITED, DEK HOMES OF NEW JERSEY,
INC., OAKWOOD PROPERTIES INC., NATIONAL
HOME FUNDING, INC., CAPITAL ASSETS
PROPERTY MANAGEMENT & INVESTMENT
CO., INC., CAPITAL ASSETS PROPERTY
MANAGEMENT, L.L.C., WILLIAM I. KANE,
GARY GRIESER, ROBERT SKOWRENSKI, II,
RICHARD CALANNI, RICHARD DIBENEDETTO,
JAMES R. BROWN, THOMAS BRODO, RONALD J.
PIERSON, STANLEY YACKER, ESQ., MICHAEL
ALFIERI, ESQ., RICHARD PEPSNY, ESQ.,
ANTHONY M. CICALESE, ESQ., LAWRENCE M.
CUZZI, ANTHONY D'APOLITO, DAY
CONSULTING, INC., COMMONWEALTH LAND
TITLE INSURANCE COMPANY, NATIONS TITLE
INSURANCE OF NEW YORK INC., FIDELITY
NATIONAL TITLE INSURANCE COMPANY OF
NEW YORK, COASTAL TITLE AGENCY, and
STEWART TITLE GUARANTY COMPANY, IRENE
DiFEO, DONNA PEPSNY, WEICHERT,
REALTORS, AND VECCHIO REALTY, INC. D/B/A
MURPHY REALTY BETTER HOMES and
GARDENS,

Defendants.

Civil Action No. 97-3496
Honorable William G. Bassler

Supplemental Certification
of John B. McCusker

I, John B. McCusker, Esq. of full age, upon my oath certify and

state:

1.     I am an attorney licensed to practice law in New Jersey and am

a Director of the law firm of McCusker, Anselmi, Rosen, Carvelli and

Walsh, P.A., counsel for the Defendant Weichert, Realtors ("Weichert"). I make this Supplemental Certification pursuant to Federal Rule Civil Procedure 12(b)(6) in support of Weichert's Motion to Dismiss Plaintiff's Third Amended Complaint as to Weichert because Plaintiff's claims are time-barred.

2.     A true and accurate copy of the U.S. District Court's District of New Jersey (Newark) Civil Docket for Walsh Securities, Inc. v. Cristo Property, et al. is attached hereto as Exhibit A.

3.     A true and accurate copy of the Court's Order granting Defendant Michael Alfieri's Motion to Lift the Administrative Stay or in the Alternate dismiss the within matter is attached hereto as Exhibit B.

/s John B. McCusker
John B. McCusker, Esq. (JBM 1482)
McCusker, Anselmi, Rosen,
Carvelli & Walsh, P.A.
127 Main Street
Chatham, New Jersey
(973) 635-6300
Attorneys for Defendant
Weichert, Realtors

Dated: June 17, 2005

# Exhibit A

12BK, SCHEDO

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CIVIL DOCKET FOR CASE #: 2:97-cv-03496-WGB

WALSH SECURITIES INC v. CRISTO PROPERTY, et al
Assigned to: Judge William G. Bassler
Demand: $0
Cause: 18:1961 Racketeering (RICO) Act

Date Filed: 07/17/1997
Jury Demand: Both
Nature of Suit: 470 Racketeer/Corrupt
Organization
Jurisdiction: Federal Question

**Plaintiff**

**WALSH SECURITIES INC.**                    represented by **MICHAEL CHERTOFF**
OFFICE OF THE U.S. ATTORNEY
970 BROAD STREET
SUITE 700
NEWARK, NJ 07102
(973) 645-2921
*TERMINATED: 10/20/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ROBERT A. MAGNANINI**
BOIES, SCHILLER & FLEXNER,
LLP
150 JOHN F. KENNEDY PARKWAY
4TH FLOOR
SHORT HILLS, NJ 07078
(973) 218-1111
Email: rmagnanini@bsfllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER IANNICELLI**
BOIES, SCHILLER & FLEXNER,
LLP
150 JOHN F. KENNEDY PARKWAY
SHORT HILLS, NJ 07078
(973) 218-1111
Email: ciannicelli@bsfllp.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CRISTO PROPERTY**                          represented by **JOSEPH V. SORRENTINO**
**MANAGEMENT, LTD.**                         404 MANOR ROAD

*also known as*
G.J.L. LIMITED

STATEN ISLAND, NY 10314
718-720-4943
*TERMINATED: 05/18/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**NATIONAL HOME FUNDING,
INC.**

represented by **MICHAEL D. SCHOTTLAND**
36 WEST MAIN STREET
FREEHOLD, NJ 07728
732-462-5626
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CAPITAL ASSETS PROPERTY
MANAGEMENT, L.L.C.**

represented by **RONALD L. REISNER**
DRAZIN & WARSHAW, P.C.
25 RECKLESS PLACE
RED BANK, NJ 07701
(732)747-3730
*TERMINATED: 06/06/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**WILLIAM J. KANE**

represented by **JOSEPH V. SORRENTINO**
(See above for address)
*TERMINATED: 05/18/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GARY GRIESER**

represented by **RONALD L. REISNER**
(See above for address)
*TERMINATED: 06/06/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ROBERT SKOWRENSKI, II**

represented by **MICHAEL DALESSIO, JR.**
80 MAIN ST.
WEST ORANGE, NJ 07052
(973) 736-1500
*TERMINATED: 02/03/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MICHAEL D. SCHOTTLAND**
(See above for address)
*TERMINATED: 12/22/1997*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**RICHARD CALANNI**                    represented by **RICHARD CALANNI**
ONE OLD FARM ROAD
TINTON FALLS, NJ 07724
PRO SE

**AUGUST W. FISCHER**
53 PEQUOT ROAD
RINGWOOD, NJ 07456
973-962-7179
*TERMINATED: 10/29/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**RICHARD DIBENEDETTO**                represented by **RICHARD DIBENEDETTO**
153 STEPHENS LANE
MAHWAH, NJ 07430-3863
PRO SE

**Defendant**

**JAMES R. BROWN**

**Defendant**

**ESQ. STANLEY YACKER**                represented by **JAMES I. O'HERN**
GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE
ONE RIVERFRONT PLAZA
NEWARK, NJ 07102-5496
(973) 596-4500
*TERMINATED: 03/04/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LAWRENCE S. LUSTBERG**
GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, PC
ONE RIVERFRONT PLAZA
NEWARK, NJ 07102-5496
(973) 596-4731
Email: llustberg@gibbonslaw.com
*TERMINATED: 03/04/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ESQ. MICHAEL ALFIERI**               represented by **NORMAN M. HOBBIE**

HOBBIE, CORRIGAN, BERTUCIO &
TASHJY, PC
125 WYCKOFF ROAD
EATONTOWN, NJ 07724
(732) 380-1515
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RICHARD LLOYD FRIEDMAN**
GIORDANO, HALLERAN &
CIESLA, P.C.
125 HALF MILE ROAD
P.O. BOX 190
MIDDLETOWN, NJ 07748
(732)-741-3900
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ROBERT J. REILLY, III**
REILLY, SUPPLE & WISCHUSEN,
LLC
MURRAY HILL OFFICENTER
571 CENTRAL AVENUE
NEW PROVIDENCE, NJ 07974
(908) 665-1166
Email: rreilly@rswlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**RICHARD PEPSNY, ESQ.**                    represented by **JEROME A. BALLAROTTO**
143 WHITE HORSE AVENUE
TRENTON, NJ 08610
(609) 581-8555
Email: jabesquire@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MARK W. CATANZARO**
BLASON IV - SUITE 208
513 S. LENOLA ROAD
MOORESTOWN, NJ 08057
(856) 235-4266
Email: mcatanzaro@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ESQ. ANTHONY M. CICALESE**                    represented by **THOMAS D FLINN**
GARRITY, GRAHAM & FAVETTA,

P.C.
ONE LACKAWANNA PLAZA
P.O. BOX 4205
MONTCLAIR, NJ 07042-4205
973-509-7500
Email:
thomas.flinn@garritygraham.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**LAWRENCE M. CUZZI**
*TERMINATED: 02/26/1998*

**Defendant**

**BRIAN G. REILLY**
*TERMINATED: 11/12/1997*

**Defendant**

**ANTHONY D'APOLITO**　　　　　represented by　**ANTHONY D'APOLITO**
909 WOODLAND AVENUE
WALL, NJ 07719
PRO SE

**CHARLES JOHN ULIANO**
CHAMLIN, ROSEN, ULIANO &
WITHERINGTON, PC
268 NORWOOD AVENUE
PO BOX 38
WEST LONG BRANCH, NJ 07764
(732) 229-3200
*TERMINATED: 03/04/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DAP CONSULTING, INC.**　　　　represented by　**CHARLES JOHN ULIANO**
(See above for address)
*TERMINATED: 03/04/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**RONALD J. PIERSON**　　　　　represented by　**PASQUALE MENNA**
KAUFF & MENNA, ESQS.
170 BROAD STREET
P.O. BOX 762
RED BANK, NJ 07701
(732) 747-4300
*LEAD ATTORNEY*

ATTORNEY TO BE NOTICED

**Defendant**
**LAWRENCE J. CUZZI**

**Defendant**
**Ms. IRENE DIFEO**

**Defendant**
**Mrs. DONNA PEPSNY**                represented by **MARK W. CATANZARO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**STEWART TITLE GUARANTY**          represented by **FREDERICK W. ALWORTH**
**COMPANY**                         GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, PC
ONE RIVERFRONT PLAZA
NEWARK, NJ 07102-5496
(973) 596-4500
Email: falworth@gibbonslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**TERRENCE S. BRODY**
GIBBONS, DELDEO
ONE RIVERFRONT PLAZA
NEWARK, NJ 07102
973-596-4489
Email: tbrody@gibbonslaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**Weichert**                        represented by **MARITZA D. BERDOTE BRYNE**
973 635-6300
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JOHN B. MCCUSKER**
MCCUSKER, ANSELMI, ROSEN,
CARVELLI & WALSH, PA
127 MAIN STREET
CHATHAM, NJ 07928
(973) 635-6300
Email: jmcc@marc-law.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**MURPHY REALTY BETTER**

**HOMES AND GARDENS**

**ThirdParty Plaintiff**

**ROBERT SKOWRENSKI, II**


V.

**ThirdParty Defendant**

**ROBERT F. WALSH**                     represented by  **ROBERT A. MAGNANINI**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*


**ThirdParty Defendant**

**ELIZABETH A. DEMOLA**

**Defendant**

**CAPITAL ASSETS PROPERTY**              represented by  **RONALD L. REISNER**
**MANAGEMENT & INVESTMENT**                             (See above for address)
**CO., INC.**                                           *TERMINATED: 06/06/2000*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*


**Defendant**

**OAKWOOD PROPERTIES, INC.**             represented by  **JOSEPH V. SORRENTINO**
                                                        (See above for address)
                                                        *TERMINATED: 05/18/2005*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*


**Defendant**

**DEK HOMES OF NEW JERSEY,**             represented by  **JOSEPH V. SORRENTINO**
**INC.**                                                (See above for address)
                                                        *TERMINATED: 05/18/2005*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*


**Defendant**

**COMMONWEALTH LAND TITLE**              represented by  **DAVID R. KOTT**
**INSURANCE COMPANY**                                   MCCARTER & ENGLISH, LLP
                                                        FOUR GATEWAY CENTER
                                                        100 MULBERRY STREET
                                                        PO BOX 652
                                                        NEWARK, NJ 07101-0652
                                                        (973) 622-4444
                                                        Email: dkott@mccarter.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**NATIONS TITLE INSURANCE
COMPANY OF NEW YORK, INC.**

represented by **JON C. MARTIN**
FOX ROTHSCHILD LLP
PRINCETON PIKE CORPORATE
CENTER
997 LENOX DRIVE
BUILDING 3
LAWRENCEVILLE, NJ 08648-2311
(609) 896-3600
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**COASTAL TITLE AGENCY**

represented by **JAMES G. AARON**
ANSELL, ZARO, GRIMM & AARON,
ESQS.
1500 LAWRENCE AVENUE
CN 7807
OCEAN, NJ 07712
(732) 922-1000
*TERMINATED: 03/24/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MARTIN M. MCGOWAN**
Methfessel & Werbel
3 Ethel Road
Edison, NJ 08818
732-248-4200
Fax: 732-248-2355
Email:
MCGOWAN@METHWERB.COM
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**THOMAS G. BRODO**

represented by **THOMAS G. BRODO**
319 QUEEN ANNE RD #B
TEANECK, NJ 07666
PRO SE

**Defendant**

**FIDELITY NATIONAL TITLE
INSURANCE COMPANY**

represented by **JON C. MARTIN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**NATIONAL HOME FUNDING,**

represented by **MICHAEL D. SCHOTTLAND**

**INC.**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**ROBERT SKOWRENSKI, II**          represented by **MICHAEL D. SCHOTTLAND**
(See above for address)
*TERMINATED: 12/22/1997*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**NATIONAL HOME FUNDING,**          represented by **MICHAEL D. SCHOTTLAND**
**INC.**                                  (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**ROBERT SKOWRENSKI, II**          represented by **MICHAEL D. SCHOTTLAND**
(See above for address)
*TERMINATED: 12/22/1997*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**WALSH SECURITIES INC.**          represented by **MICHAEL CHERTOFF**
(See above for address)
*TERMINATED: 10/20/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**WALSH SECURITIES INC.**          represented by **MICHAEL CHERTOFF**
(See above for address)
*TERMINATED: 10/20/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Cross Claimant**

**NATIONAL HOME FUNDING,**          represented by **MICHAEL D. SCHOTTLAND**
**INC.**                                  (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**ROBERT SKOWRENSKI, II**                 represented by **MICHAEL D. SCHOTTLAND**
                                                            (See above for address)
                                                            *TERMINATED: 12/22/1997*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**NATIONAL HOME FUNDING,**                represented by **MICHAEL D. SCHOTTLAND**
**INC.**                                                    (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**ROBERT SKOWRENSKI, II**                 represented by **MICHAEL D. SCHOTTLAND**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**RICHARD CALANNI**                       represented by **RICHARD CALANNI**
                                                            PRO SE

V.

**Cross Claimant**

**RICHARD CALANNI**                       represented by **RICHARD CALANNI**
                                                            (See above for address)
                                                            PRO SE

**Cross Claimant**

**CAPITAL ASSETS PROPERTY**               represented by **RONALD L. REISNER**
**MANAGEMENT, L.L.C.**                                      (See above for address)
                                                            *TERMINATED: 06/06/2000*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**GARY GRIESER**                          represented by **RONALD L. REISNER**
                                                            (See above for address)
                                                            *TERMINATED: 06/06/2000*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**CAPITAL ASSETS PROPERTY**               represented by **RONALD L. REISNER**
**MANAGEMENT & INVESTMENT**                                 (See above for address)
**CO., INC.**                                               *TERMINATED: 06/06/2000*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**OAKWOOD PROPERTIES, INC.**

**Cross Defendant**

**DEK HOMES OF NEW JERSEY, INC.**

**Cross Defendant**

**COMMONWEALTH LAND TITLE INSURANCE COMPANY**

**Cross Defendant**

**NATIONS TITLE INSURANCE COMPANY OF NEW YORK, INC.**

**Cross Defendant**

**COASTAL TITLE AGENCY**

**Cross Defendant**

**THOMAS G. BRODO**

**Cross Defendant**

**FIDELITY NATIONAL TITLE INSURANCE COMPANY**

**Cross Defendant**

**RONALD J. PIERSON**

**Cross Defendant**

**CRISTO PROPERTY MANAGEMENT, LTD.**
*also known as*
G.J.L. LIMITED

**Cross Defendant**

**NATIONAL HOME FUNDING, INC.**                 represented by **MICHAEL D. SCHOTTLAND**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**WILLIAM J. KANE**

**Cross Defendant**

**ROBERT SKOWRENSKI, II**                       represented by **MICHAEL D. SCHOTTLAND**
                                                                (See above for address)

*TERMINATED: 12/22/1997*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**RICHARD CALANNI**                    represented by  **AUGUST W. FISCHER**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**RICHARD DIBENEDETTO**                represented by  **RICHARD DIBENEDETTO**
                                       (See above for address)
                                       PRO SE

**Cross Defendant**

**JAMES R. BROWN**

**Cross Defendant**

**ESQ. STANLEY YACKER**

**Cross Defendant**

**ESQ. MICHAEL ALFIERI**               represented by  **RICHARD LLOYD FRIEDMAN**
                                       (See above for address)
                                       *TERMINATED: 04/18/2000*
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **NORMAN M. HOBBIE**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**RICHARD PEPSNY, ESQ.**

**Cross Defendant**

**LAWRENCE M. CUZZI**

**Cross Defendant**

**ANTHONY D'APOLITO**

**Cross Defendant**

**DAP CONSULTING, INC.**

**Cross Claimant**

**ANTHONY D'APOLITO**                  represented by  **CHARLES JOHN ULIANO**
                                       (See above for address)
                                       *TERMINATED: 03/04/2005*
                                       *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**DAP CONSULTING, INC.**                    represented by **CHARLES JOHN ULIANO**
                                            (See above for address)
                                            *TERMINATED: 03/04/2005*
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**CRISTO PROPERTY
MANAGEMENT, LTD.**
*also known as*
G.J.L. LIMITED

**Cross Defendant**

**DEK HOMES OF NEW JERSEY,
INC.**

**Cross Defendant**

**OAKWOOD PROPERTIES, INC.**

**Cross Defendant**

**WILLIAM J. KANE**

**Cross Defendant**

**RICHARD CALANNI**                         represented by **RICHARD CALANNI**
                                            (See above for address)
                                            PRO SE

                                            **AUGUST W. FISCHER**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**RICHARD DIBENEDETTO**                     represented by **RICHARD DIBENEDETTO**
                                            (See above for address)
                                            PRO SE

**Cross Defendant**

**JAMES R. BROWN**

**Cross Defendant**

**ESQ. STANLEY YACKER**

**Cross Defendant**

**ESQ. MICHAEL ALFIERI**                    represented by   **RICHARD LLOYD FRIEDMAN**
                                                            (See above for address)
                                                            *TERMINATED: 04/18/2000*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **NORMAN M. HOBBIE**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**RICHARD PEPSNY, ESQ.**                    represented by   **MARK W. CATANZARO**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**LAWRENCE M. CUZZI**

**Cross Defendant**

**COMMONWEALTH LAND TITLE
INSURANCE COMPANY**

**Cross Defendant**

**NATIONS TITLE INSURANCE
COMPANY OF NEW YORK, INC.**

**Cross Defendant**

**COASTAL TITLE AGENCY**

**Cross Defendant**

**FIDELITY NATIONAL TITLE
INSURANCE COMPANY**

**Cross Defendant**

**CAPITAL ASSETS PROPERTY
MANAGEMENT & INVESTMENT
CO., INC.**                                 represented by   **RONALD L. REISNER**
                                                            (See above for address)
                                                            *TERMINATED: 06/06/2000*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**CAPITAL ASSETS PROPERTY
MANAGEMENT, L.L.C.**                        represented by   **RONALD L. REISNER**
                                                            (See above for address)
                                                            *TERMINATED: 06/06/2000*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**GARY GRIESER**

represented by **RONALD L. REISNER**
(See above for address)
*TERMINATED: 06/06/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**RONALD J. PIERSON**

**Cross Defendant**

**THOMAS G. BRODO**

**Cross Claimant**

**ESQ. MICHAEL ALFIERI**

represented by **RICHARD LLOYD FRIEDMAN**
(See above for address)
*TERMINATED: 04/18/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**NORMAN M. HOBBIE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**NATIONS TITLE INSURANCE COMPANY OF NEW YORK, INC.**

represented by **JON C. MARTIN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**FIDELITY NATIONAL TITLE INSURANCE COMPANY**

represented by **JON C. MARTIN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**CRISTO PROPERTY MANAGEMENT, LTD.**
*also known as*
G.J.L. LIMITED

represented by **JOSEPH V. SORRENTINO**
(See above for address)
*TERMINATED: 05/18/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**NATIONAL HOME FUNDING, INC.**

represented by **MICHAEL D. SCHOTTLAND**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**CAPITAL ASSETS PROPERTY
MANAGEMENT, L.L.C.**

represented by **RONALD L. REISNER**
(See above for address)
*TERMINATED: 06/06/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**WILLIAM J. KANE**

represented by **JOSEPH V. SORRENTINO**
(See above for address)
*TERMINATED: 05/18/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**GARY GRIESER**

represented by **RONALD L. REISNER**
(See above for address)
*TERMINATED: 06/06/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**ROBERT SKOWRENSKI, II**

represented by **MICHAEL DALESSIO, JR.**
(See above for address)
*TERMINATED: 02/03/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MICHAEL D. SCHOTTLAND**
(See above for address)
*TERMINATED: 12/22/1997*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**RICHARD CALANNI**

represented by **RICHARD CALANNI**
(See above for address)
PRO SE

**AUGUST W. FISCHER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**RICHARD DIBENEDETTO**

represented by **RICHARD DIBENEDETTO**
(See above for address)
PRO SE

**Cross Defendant**

**JAMES R. BROWN**

**Cross Defendant**

**ESQ. STANLEY YACKER**                represented by **JAMES I. O'HERN**
                                                    (See above for address)
                                                    *TERMINATED: 03/04/2005*
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **LAWRENCE S. LUSTBERG**
                                                    (See above for address)
                                                    *TERMINATED: 03/04/2005*
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**ESQ. MICHAEL ALFIERI**              represented by **RICHARD LLOYD FRIEDMAN**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **NORMAN M. HOBBIE**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**RICHARD PEPSNY, ESQ.**              represented by **JEROME A. BALLAROTTO**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **MARK W. CATANZARO**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**ESQ. ANTHONY M. CICALESE**

**Cross Defendant**

**LAWRENCE M. CUZZI**

**Cross Defendant**

**ANTHONY D'APOLITO**                 represented by **CHARLES JOHN ULIANO**
                                                    (See above for address)
                                                    *TERMINATED: 03/04/2005*
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**DAP CONSULTING, INC.**                    represented by  **CHARLES JOHN ULIANO**
                                                            (See above for address)
                                                            *TERMINATED: 03/04/2005*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**CAPITAL ASSETS PROPERTY**                 represented by  **RONALD L. REISNER**
**MANAGEMENT & INVESTMENT**                                 (See above for address)
**CO., INC.**                                               *TERMINATED: 06/06/2000*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**OAKWOOD PROPERTIES, INC.**                represented by  **JOSEPH V. SORRENTINO**
                                                            (See above for address)
                                                            *TERMINATED: 05/18/2005*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**DEK HOMES OF NEW JERSEY,**                represented by  **JOSEPH V. SORRENTINO**
**INC.**                                                    (See above for address)
                                                            *TERMINATED: 05/18/2005*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**THOMAS G. BRODO**                         represented by  **THOMAS G. BRODO**
                                                            (See above for address)
                                                            PRO SE

**Cross Claimant**

**COMMONWEALTH LAND TITLE**                 represented by  **DAVID R. KOTT**
**INSURANCE COMPANY**                                       (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**RONALD J. PIERSON**                       represented by  **PASQUALE MENNA**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**CRISTO PROPERTY
MANAGEMENT, LTD.**
*also known as*
G.J.L. LIMITED

represented by **JOSEPH V. SORRENTINO**
(See above for address)
*TERMINATED: 05/18/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**NATIONAL HOME FUNDING,
INC.**

represented by **MICHAEL D. SCHOTTLAND**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**CAPITAL ASSETS PROPERTY
MANAGEMENT, L.L.C.**

represented by **RONALD L. REISNER**
(See above for address)
*TERMINATED: 06/06/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**WILLIAM J. KANE**

represented by **JOSEPH V. SORRENTINO**
(See above for address)
*TERMINATED: 05/18/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**GARY GRIESER**

represented by **RONALD L. REISNER**
(See above for address)
*TERMINATED: 06/06/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**ROBERT SKOWRENSKI, II**

represented by **MICHAEL DALESSIO, JR.**
(See above for address)
*TERMINATED: 02/03/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MICHAEL D. SCHOTTLAND**
(See above for address)
*TERMINATED: 12/22/1997*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**RICHARD CALANNI**

represented by **RICHARD CALANNI**
(See above for address)
PRO SE

**AUGUST W. FISCHER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**RICHARD DIBENEDETTO**          represented by **RICHARD DIBENEDETTO**
(See above for address)
PRO SE

**Cross Defendant**

**JAMES R. BROWN**

**Cross Defendant**

**ESQ. STANLEY YACKER**          represented by **JAMES I. O'HERN**
(See above for address)
*TERMINATED: 03/04/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LAWRENCE S. LUSTBERG**
(See above for address)
*TERMINATED: 03/04/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**ESQ. MICHAEL ALFIERI**          represented by **RICHARD LLOYD FRIEDMAN**
(See above for address)
*TERMINATED: 04/18/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**NORMAN M. HOBBIE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**RICHARD PEPSNY, ESQ.**          represented by **JEROME A. BALLAROTTO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MARK W. CATANZARO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**ESQ. ANTHONY M. CICALESE**

<u>Cross Defendant</u>

**LAWRENCE M. CUZZI**

<u>Cross Defendant</u>

**ANTHONY D'APOLITO**                 represented by **CHARLES JOHN ULIANO**
                                                      (See above for address)
                                                      *TERMINATED: 03/04/2005*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**DAP CONSULTING, INC.**              represented by **CHARLES JOHN ULIANO**
                                                      (See above for address)
                                                      *TERMINATED: 03/04/2005*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**CAPITAL ASSETS PROPERTY**           represented by **RONALD L. REISNER**
**MANAGEMENT & INVESTMENT**                           (See above for address)
**CO., INC.**                                         *TERMINATED: 06/06/2000*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**OAKWOOD PROPERTIES, INC.**          represented by **JOSEPH V. SORRENTINO**
                                                      (See above for address)
                                                      *TERMINATED: 05/18/2005*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**DEK HOMES OF NEW JERSEY,**          represented by **JOSEPH V. SORRENTINO**
**INC.**                                              (See above for address)
                                                      *TERMINATED: 05/18/2005*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**COMMONWEALTH LAND TITLE**           represented by **DAVID R. KOTT**
**INSURANCE COMPANY**                                 (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**NATIONS TITLE INSURANCE**           represented by **JON C. MARTIN**
**COMPANY OF NEW YORK, INC.**                         (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**COASTAL TITLE AGENCY**

**Cross Defendant**

**THOMAS G. BRODO**                    represented by **THOMAS G. BRODO**
                                       (See above for address)
                                       PRO SE

**Cross Defendant**

**FIDELITY NATIONAL TITLE**            represented by **JON C. MARTIN**
**INSURANCE COMPANY**                  (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**COASTAL TITLE AGENCY**               represented by **JAMES G. AARON**
                                       (See above for address)
                                       *TERMINATED: 03/24/2005*
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**WALSH SECURITIES INC.**              represented by **MICHAEL CHERTOFF**
                                       (See above for address)
                                       *TERMINATED: 10/20/2004*
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

V.

**Cross Claimant**

**COASTAL TITLE AGENCY**               represented by **JAMES G. AARON**
                                       (See above for address)
                                       *TERMINATED: 03/24/2005*
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**ESQ. STANLEY YACKER**                represented by **JAMES I. O'HERN**
                                       (See above for address)
                                       *TERMINATED: 03/04/2005*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LAWRENCE S. LUSTBERG**
(See above for address)
*TERMINATED: 03/04/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**ESQ. ANTHONY M. CICALESE**

**Cross Defendant**

**CRISTO PROPERTY**                    represented by **JOSEPH V. SORRENTINO**
**MANAGEMENT, LTD.**                                    (See above for address)
*also known as*                                         *TERMINATED: 05/18/2005*
G.J.L. LIMITED                                          *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**WILLIAM J. KANE**                    represented by **JOSEPH V. SORRENTINO**
                                                        (See above for address)
                                                        *TERMINATED: 05/18/2005*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**LAWRENCE M. CUZZI**
*TERMINATED: 02/26/1998*

**Cross Claimant**

**ANTHONY D'APOLITO**                  represented by **CHARLES JOHN ULIANO**
                                                        (See above for address)
                                                        *TERMINATED: 03/04/2005*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**DAP CONSULTING, INC.**               represented by **CHARLES JOHN ULIANO**
                                                        (See above for address)
                                                        *TERMINATED: 03/04/2005*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Movant**

**GARDEN STATE INDEMNITY**             represented by **ANDREW L. INDECK**
**COMPANY**                                             SCARINCI & HOLLENBECK, LLC
                                                        1100 VALLEY BROOK AVENUE
                                                        PO BOX 790

LYNDHURST, NJ 07071
(201) 392-8900
Email: andrew@njlegalink.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Claimant**
**ESQ. MICHAEL ALFIERI**                    represented by **EDWARD C. BERTUCIO, JR.**
                                                            HOBBIE, CORRIGAN, BERTUCIO &
                                                            TASHJY, PC
                                                            125 WYCKOFF ROAD
                                                            EATONTOWN, NJ 07724
                                                            (732)380-1515
                                                            Email: ebertucio@hcbtlaw.com
                                                            *TERMINATED: 05/26/2005*
                                                            *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**
**JAMES R. BROWN**

**Cross Defendant**
**ESQ. STANLEY YACKER**

**Cross Defendant**
**ESQ. MICHAEL ALFIERI**

**Cross Defendant**
**LAWRENCE J. CUZZI**

**Cross Defendant**
**RICHARD PEPSNY, ESQ.**

**Cross Defendant**
**ESQ. ANTHONY M. CICALESE**

**Cross Defendant**
**LAWRENCE M. CUZZI**

**Cross Defendant**
**BRIAN G. REILLY**

**Cross Defendant**
**ANTHONY D'APOLITO**                       represented by **ANTHONY D'APOLITO**
                                                            PRO SE

**Cross Defendant**

**DAP CONSULTING, INC.**

<u>Cross Defendant</u>

**CAPITAL ASSETS PROPERTY
MANAGEMENT & INVESTMENT
CO., INC.**

<u>Cross Defendant</u>

**OAKWOOD PROPERTIES, INC.**

<u>Cross Defendant</u>

**DEK HOMES OF NEW JERSEY,
INC.**

<u>Cross Defendant</u>

**COMMONWEALTH LAND TITLE
INSURANCE COMPANY**

<u>Cross Defendant</u>

**NATIONS TITLE INSURANCE
COMPANY OF NEW YORK, INC.**

<u>Cross Defendant</u>

**COASTAL TITLE AGENCY**

<u>Cross Defendant</u>

**THOMAS G. BRODO**                          represented by **THOMAS G. BRODO**
                                                            (See above for address)
                                                            PRO SE

<u>Cross Defendant</u>

**FIDELITY NATIONAL TITLE
INSURANCE COMPANY**

<u>Cross Defendant</u>

**CRISTO PROPERTY
MANAGEMENT, LTD.**

<u>Cross Defendant</u>

**Ms. IRENE DIFEO**

<u>Cross Defendant</u>

**Mrs. DONNA PEPSNY**                        represented by **MARK W. CATANZARO**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**STEWART TITLE GUARANTY**

**COMPANY**

**Cross Defendant**
Weichert

**Cross Defendant**
RONALD J. PIERSON

**Cross Defendant**
NATIONAL HOME FUNDING,
INC.

**Cross Defendant**
CAPITAL ASSETS PROPERTY
MANAGEMENT, L.L.C.

**Cross Defendant**
WILLIAM J. KANE

**Cross Defendant**
GARY GRIESER

**Cross Defendant**
ROBERT SKOWRENSKI, II

**Cross Defendant**
RICHARD CALANNI

**Cross Defendant**
RICHARD DIBENEDETTO                represented by    **RICHARD DIBENEDETTO**
                                                      (See above for address)
                                                      PRO SE

**Cross Claimant**
ESQ. MICHAEL ALFIERI               represented by    **EDWARD C. BERTUCIO, JR.**
                                                      (See above for address)
                                                      *TERMINATED: 05/26/2005*
                                                      *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**
JAMES R. BROWN

**Cross Defendant**
ESQ. STANLEY YACKER

**Cross Defendant**

**ESQ. MICHAEL ALFIERI**

<u>Cross Defendant</u>

**LAWRENCE J. CUZZI**

<u>Cross Defendant</u>

**RICHARD PEPSNY, ESQ.**

<u>Cross Defendant</u>

**ESQ. ANTHONY M. CICALESE**

<u>Cross Defendant</u>

**LAWRENCE M. CUZZI**

<u>Cross Defendant</u>

**BRIAN G. REILLY**

<u>Cross Defendant</u>

**ANTHONY D'APOLITO**                          represented by **ANTHONY D'APOLITO**
                                                                 (See above for address)
                                                                 PRO SE

<u>Cross Defendant</u>

**DAP CONSULTING, INC.**

<u>Cross Defendant</u>

**CAPITAL ASSETS PROPERTY
MANAGEMENT & INVESTMENT
CO., INC.**

<u>Cross Defendant</u>

**OAKWOOD PROPERTIES, INC.**

<u>Cross Defendant</u>

**DEK HOMES OF NEW JERSEY,
INC.**

<u>Cross Defendant</u>

**COMMONWEALTH LAND TITLE
INSURANCE COMPANY**

<u>Cross Defendant</u>

**NATIONS TITLE INSURANCE
COMPANY OF NEW YORK, INC.**

<u>Cross Defendant</u>

**COASTAL TITLE AGENCY**

<u>Cross Defendant</u>

**THOMAS G. BRODO**                    represented by **THOMAS G. BRODO**
                                                      (See above for address)
                                                      PRO SE

**Cross Defendant**

**FIDELITY NATIONAL TITLE
INSURANCE COMPANY**

**Cross Defendant**

**CRISTO PROPERTY
MANAGEMENT, LTD.**

**Cross Defendant**

**Ms. IRENE DIFEO**

**Cross Defendant**

**Mrs. DONNA PEPSNY**                  represented by **MARK W. CATANZARO**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**STEWART TITLE GUARANTY
COMPANY**

**Cross Defendant**

**Weichert**

**Cross Defendant**

**MURPHY REALTY BETTER
HOMES AND GARDENS**

**Cross Defendant**

**RONALD J. PIERSON**

**Cross Defendant**

**NATIONAL HOME FUNDING,
INC.**

**Cross Defendant**

**CAPITAL ASSETS PROPERTY
MANAGEMENT, L.L.C.**

**Cross Defendant**

**WILLIAM J. KANE**

**Cross Defendant**

**GARY GRIESER**

**Cross Defendant**

**ROBERT SKOWRENSKI, II**

**Cross Defendant**

**RICHARD CALANNI**                              represented by **RICHARD CALANNI**
                                                                 (See above for address)
                                                                 PRO SE

**Cross Defendant**

**RICHARD DIBENEDETTO**                          represented by **RICHARD DIBENEDETTO**
                                                                 (See above for address)
                                                                 PRO SE

**Cross Claimant**

**COMMONWEALTH LAND TITLE
INSURANCE COMPANY**

V.

**Cross Defendant**

**JAMES R. BROWN**

**Cross Defendant**

**ESQ. STANLEY YACKER**

**Cross Defendant**

**ESQ. MICHAEL ALFIERI**

**Cross Defendant**

**LAWRENCE J. CUZZI**

**Cross Defendant**

**RICHARD PEPSNY, ESQ.**

**Cross Defendant**

**ESQ. ANTHONY M. CICALESE**

**Cross Defendant**

**LAWRENCE M. CUZZI**

**Cross Defendant**

**BRIAN G. REILLY**

**Cross Defendant**

**ANTHONY D'APOLITO**

**Cross Defendant**

**DAP CONSULTING, INC.**

<u>Cross Defendant</u>

**CAPITAL ASSETS PROPERTY
MANAGEMENT & INVESTMENT
CO., INC.**

<u>Cross Defendant</u>

**OAKWOOD PROPERTIES, INC.**

<u>Cross Defendant</u>

**DEK HOMES OF NEW JERSEY,
INC.**

<u>Cross Defendant</u>

**COMMONWEALTH LAND TITLE
INSURANCE COMPANY**

<u>Cross Defendant</u>

**NATIONS TITLE INSURANCE
COMPANY OF NEW YORK, INC.**

<u>Cross Defendant</u>

**COASTAL TITLE AGENCY**

<u>Cross Defendant</u>

**THOMAS G. BRODO**                represented by **THOMAS G. BRODO**
                                                   (See above for address)
                                                   PRO SE

<u>Cross Defendant</u>

**FIDELITY NATIONAL TITLE
INSURANCE COMPANY**

<u>Cross Defendant</u>

**CRISTO PROPERTY
MANAGEMENT, LTD.**

<u>Cross Defendant</u>

**Ms. IRENE DIFEO**

<u>Cross Defendant</u>

**Mrs. DONNA PEPSNY**              represented by **MARK W. CATANZARO**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**STEWART TITLE GUARANTY**

**COMPANY**

<u>Cross Defendant</u>

Weichert

<u>Cross Defendant</u>

**MURPHY REALTY BETTER
HOMES AND GARDENS**

<u>Cross Defendant</u>

**RONALD J. PIERSON**

<u>Cross Defendant</u>

**NATIONAL HOME FUNDING,
INC.**

<u>Cross Defendant</u>

**CAPITAL ASSETS PROPERTY
MANAGEMENT, L.L.C.**

<u>Cross Defendant</u>

**WILLIAM J. KANE**

<u>Cross Defendant</u>

**GARY GRIESER**

<u>Cross Defendant</u>

**ROBERT SKOWRENSKI, II**

<u>Cross Defendant</u>

**RICHARD CALANNI**                    represented by   **RICHARD CALANNI**
                                                        (See above for address)
                                                        PRO SE

<u>Cross Defendant</u>

**RICHARD DIBENEDETTO**                represented by   **RICHARD DIBENEDETTO**
                                                        (See above for address)
                                                        PRO SE

<u>Counter Claimant</u>

**NATIONAL HOME FUNDING,
INC.**

<u>Counter Claimant</u>

**ROBERT SKOWRENSKI, II**

V.

<u>Counter Defendant</u>

**WALSH SECURITIES INC.**                    represented by **CHRISTOPHER IANNICELLI**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*


V.

<u>**Cross Claimant**</u>

**Ms. IRENE DIFEO**


V.

<u>**Cross Defendant**</u>

**JAMES R. BROWN**

<u>**Cross Defendant**</u>

**ESQ. STANLEY YACKER**

<u>**Cross Defendant**</u>

**ESQ. MICHAEL ALFIERI**

<u>**Cross Defendant**</u>

**LAWRENCE J. CUZZI**

<u>**Cross Defendant**</u>

**RICHARD PEPSNY, ESQ.**

<u>**Cross Defendant**</u>

**ESQ. ANTHONY M. CICALESE**

<u>**Cross Defendant**</u>

**LAWRENCE M. CUZZI**

<u>**Cross Defendant**</u>

**BRIAN G. REILLY**

<u>**Cross Defendant**</u>

**ANTHONY D'APOLITO**                    represented by **ANTHONY D'APOLITO**
                                                        (See above for address)
                                                        PRO SE


<u>**Cross Defendant**</u>

**DAP CONSULTING, INC.**

<u>**Cross Defendant**</u>

**CAPITAL ASSETS PROPERTY
MANAGEMENT & INVESTMENT
CO., INC.**

**Cross Defendant**

**OAKWOOD PROPERTIES, INC.**

**Cross Defendant**

**DEK HOMES OF NEW JERSEY, INC.**

**Cross Defendant**

**COMMONWEALTH LAND TITLE INSURANCE COMPANY**

**Cross Defendant**

**NATIONS TITLE INSURANCE COMPANY OF NEW YORK, INC.**

**Cross Defendant**

**COASTAL TITLE AGENCY**

**Cross Defendant**

**THOMAS G. BRODO**                          represented by **THOMAS G. BRODO**
                                                            (See above for address)
                                                            PRO SE

**Cross Defendant**

**FIDELITY NATIONAL TITLE INSURANCE COMPANY**

**Cross Defendant**

**CRISTO PROPERTY MANAGEMENT, LTD.**

**Cross Defendant**

**Ms. IRENE DIFEO**

**Cross Defendant**

**Mrs. DONNA PEPSNY**

**Cross Defendant**

**STEWART TITLE GUARANTY COMPANY**

**Cross Defendant**

**Weichert**

**Cross Defendant**

**MURPHY REALTY BETTER HOMES AND GARDENS**

**Cross Defendant**

**RONALD J. PIERSON**

**Cross Defendant**

**NATIONAL HOME FUNDING, INC.**

**Cross Defendant**

**CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C.**

**Cross Defendant**

**WILLIAM J. KANE**

**Cross Defendant**

**GARY GRIESER**

**Cross Defendant**

**ROBERT SKOWRENSKI, II**

**Cross Defendant**

**RICHARD CALANNI**                    represented by **RICHARD CALANNI**
                                        (See above for address)
                                        PRO SE

**Cross Defendant**

**RICHARD DIBENEDETTO**                represented by **RICHARD DIBENEDETTO**
                                        (See above for address)
                                        PRO SE

**Cross Claimant**

**Mrs. DONNA PEPSNY**

V.

**Cross Defendant**

**JAMES R. BROWN**

**Cross Defendant**

**ESQ. STANLEY YACKER**

**Cross Defendant**

**LAWRENCE J. CUZZI**

**Cross Defendant**

**ESQ. ANTHONY M. CICALESE**

**Cross Defendant**

**ANTHONY D'APOLITO**

**Cross Defendant**

**DAP CONSULTING, INC.**

**Cross Defendant**

**CAPITAL ASSETS PROPERTY
MANAGEMENT & INVESTMENT
CO., INC.**

**Cross Defendant**

**OAKWOOD PROPERTIES, INC.**

**Cross Defendant**

**DEK HOMES OF NEW JERSEY,
INC.**

**Cross Defendant**

**COMMONWEALTH LAND TITLE
INSURANCE COMPANY**

**Cross Defendant**

**NATIONS TITLE INSURANCE
COMPANY OF NEW YORK, INC.**

**Cross Defendant**

**COASTAL TITLE AGENCY**

**Cross Defendant**

**THOMAS G. BRODO**                    represented by **THOMAS G. BRODO**
                                       (See above for address)
                                       PRO SE

**Cross Defendant**

**FIDELITY NATIONAL TITLE
INSURANCE COMPANY**

**Cross Defendant**

**CRISTO PROPERTY
MANAGEMENT, LTD.**

**Cross Defendant**

**Ms. IRENE DIFEO**

**Cross Defendant**

**STEWART TITLE GUARANTY
COMPANY**

**Cross Defendant**

**MURPHY REALTY BETTER**

**HOMES AND GARDENS**

<u>Cross Defendant</u>
**RONALD J. PIERSON**

<u>Cross Defendant</u>
**NATIONAL HOME FUNDING, INC.**

<u>Cross Defendant</u>
**CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C.**

<u>Cross Defendant</u>
**WILLIAM J. KANE**

<u>Cross Defendant</u>
**GARY GRIESER**

<u>Cross Defendant</u>
**ROBERT SKOWRENSKI, II**

<u>Cross Defendant</u>
**RICHARD CALANNI**                    represented by **RICHARD CALANNI**
                                        (See above for address)
                                        PRO SE

<u>Cross Defendant</u>
**RICHARD DIBENEDETTO**                represented by **RICHARD DIBENEDETTO**
                                        (See above for address)
                                        PRO SE

<u>Cross Claimant</u>
**ESQ. ANTHONY M. CICALESE**

V.

<u>Cross Defendant</u>
**JAMES R. BROWN**

<u>Cross Defendant</u>
**ESQ. STANLEY YACKER**

<u>Cross Defendant</u>
**ESQ. MICHAEL ALFIERI**

<u>Cross Defendant</u>
**LAWRENCE J. CUZZI**

**Cross Defendant**

**RICHARD PEPSNY, ESQ.**

**Cross Defendant**

**ESQ. ANTHONY M. CICALESE**

**Cross Defendant**

**LAWRENCE M. CUZZI**

**Cross Defendant**

**BRIAN G. REILLY**

**Cross Defendant**

**ANTHONY D'APOLITO**

**Cross Defendant**

**DAP CONSULTING, INC.**

**Cross Defendant**

**CAPITAL ASSETS PROPERTY
MANAGEMENT & INVESTMENT
CO., INC.**

**Cross Defendant**

**OAKWOOD PROPERTIES, INC.**

**Cross Defendant**

**DEK HOMES OF NEW JERSEY,
INC.**

**Cross Defendant**

**COMMONWEALTH LAND TITLE
INSURANCE COMPANY**

**Cross Defendant**

**NATIONS TITLE INSURANCE
COMPANY OF NEW YORK, INC.**

**Cross Defendant**

**COASTAL TITLE AGENCY**

**Cross Defendant**

**THOMAS G. BRODO**                represented by **THOMAS G. BRODO**
                                                   (See above for address)
                                                   PRO SE

**Cross Defendant**

**FIDELITY NATIONAL TITLE**

**INSURANCE COMPANY**

**Cross Defendant**

**CRISTO PROPERTY
MANAGEMENT, LTD.**

**Cross Defendant**

**Ms. IRENE DIFEO**

**Cross Defendant**

**Mrs. DONNA PEPSNY**

**Cross Defendant**

**STEWART TITLE GUARANTY
COMPANY**

**Cross Defendant**

**Weichert**

**Cross Defendant**

**MURPHY REALTY BETTER
HOMES AND GARDENS**

**Cross Defendant**

**RONALD J. PIERSON**

**Cross Defendant**

**NATIONAL HOME FUNDING,
INC.**

**Cross Defendant**

**CAPITAL ASSETS PROPERTY
MANAGEMENT, L.L.C.**

**Cross Defendant**

**WILLIAM J. KANE**

**Cross Defendant**

**GARY GRIESER**

**Cross Defendant**

**ROBERT SKOWRENSKI, II**

**Cross Defendant**

**RICHARD CALANNI**               represented by  **RICHARD CALANNI**
                                                  (See above for address)
                                                  PRO SE

**Cross Defendant**

**RICHARD DIBENEDETTO**

represented by **RICHARD DIBENEDETTO**
(See above for address)
PRO SE

<u>Cross Claimant</u>

**COASTAL TITLE AGENCY**

represented by **ERIC L. HARRISON**
METHFESSEL & WERBEL, PC
SUITE 300
PO BOX 3012
EDISON, NJ 08818-3012
(732) 248-4200
Email: harrison@methwerb.com
*ATTORNEY TO BE NOTICED*

V.

<u>Cross Defendant</u>

**RICHARD PEPSNY, ESQ.**

<u>Cross Defendant</u>

**ESQ. ANTHONY M. CICALESE**

<u>Cross Defendant</u>

**LAWRENCE M. CUZZI**

<u>Cross Defendant</u>

**ANTHONY D'APOLITO**

<u>Cross Defendant</u>

**DAP CONSULTING, INC.**

<u>Cross Defendant</u>

**CAPITAL ASSETS PROPERTY
MANAGEMENT & INVESTMENT
CO., INC.**

<u>Cross Defendant</u>

**OAKWOOD PROPERTIES, INC.**

<u>Cross Defendant</u>

**DEK HOMES OF NEW JERSEY,
INC.**

<u>Cross Defendant</u>

**THOMAS G. BRODO**

represented by **THOMAS G. BRODO**
(See above for address)
PRO SE

<u>Cross Defendant</u>

**COMMONWEALTH LAND TITLE
INSURANCE COMPANY**

<u>Cross Defendant</u>

**JAMES R. BROWN**

<u>Cross Defendant</u>

**RONALD J. PIERSON**

<u>Cross Defendant</u>

**CRISTO PROPERTY
MANAGEMENT, LTD.**

<u>Cross Defendant</u>

**NATIONAL HOME FUNDING,
INC.**

<u>Cross Defendant</u>

**CAPITAL ASSETS PROPERTY
MANAGEMENT, L.L.C.**

<u>Cross Defendant</u>

**WILLIAM J. KANE**

<u>Cross Defendant</u>

**GARY GRIESER**

<u>Cross Defendant</u>

**ROBERT SKOWRENSKI, II**

<u>Cross Defendant</u>

**RICHARD CALANNI**   represented by **RICHARD CALANNI**
(See above for address)
PRO SE

<u>Cross Defendant</u>

**RICHARD DIBENEDETTO**   represented by **RICHARD DIBENEDETTO**
(See above for address)
PRO SE

<u>Cross Defendant</u>

**ESQ. STANLEY YACKER**

<u>Cross Defendant</u>

**ESQ. MICHAEL ALFIERI**

<u>Cross Defendant</u>

**NATIONS TITLE INSURANCE
COMPANY OF NEW YORK, INC.**

**Cross Defendant**

**COASTAL TITLE AGENCY**

**Cross Defendant**

**FIDELITY NATIONAL TITLE
INSURANCE COMPANY**

**Cross Defendant**

**LAWRENCE J. CUZZI**

**Cross Defendant**

**WALSH SECURITIES INC.**

**Cross Defendant**

**GARDEN STATE INDEMNITY
COMPANY**

**Cross Defendant**

**BRIAN G. REILLY**

**Cross Defendant**

**Ms. IRENE DIFEO**

**Cross Defendant**

**Mrs. DONNA PEPSNY**

**Cross Defendant**

**STEWART TITLE GUARANTY
COMPANY**

**Cross Defendant**

**Weichert**

**Cross Defendant**

**MURPHY REALTY BETTER
HOMES AND GARDENS**

**Cross Defendant**

**ROBERT F. WALSH**

**Cross Defendant**

**ELIZABETH A. DEMOLA**

**ThirdParty Plaintiff**

**COMMONWEALTH LAND TITLE
INSURANCE COMPANY**

V.

**ThirdParty Defendant**

**ELIZABETH A. DEMOLA**

**ThirdParty Defendant**

**Robert Walsh**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/17/1997 | 1 | COMPLAINT filed; jury demand FILING FEE $ 150.00 RECEIPT # 242282 (femp) (Entered: 07/18/1997) |
| 07/17/1997 | 2 | NOTICE of Allocation and Assignment filed. Magistrate Dennis M. Cavanaugh (femp) (Entered: 07/18/1997) |
| 11/07/1997 | 3 | AMENDED COMPLAINT w/jury demand by WALSH SECURITIES INC , (Answer due 11/17/97 for DAP CONSULTING, INC., for ANTHONY D'APOLITO, for ANTHONY M. CICALESE, for RICHARD PEPSNY ESQ., for MICHAEL ALFIERI, for STANLEY YACKER, for JAMES R. BROWN, for RICHARD DIBENEDETTO, for RICHARD CALANNI, for ROBERT SKOWRENSKI II, for GARY GRIESER, for WILLIAM J. KANE, for CAPITAL ASSETS, for NATIONAL HOME, for CRISTO PROPERTY ) amending [1-1] complaint against CAPITAL ASSETS PROP, OAKWOOD PROPERTIES, DEK HOMES OF NJ, INC, COMMONWEALTH LAND, NATIONS TITLE INS, COASTAL TITLE AGENCY, THOMAS G. BRODO, FIDELTIY NATIONAL (DD) (Entered: 11/12/1997) |
| 11/12/1997 |  | SUMMONS(ES) ON AMENDED COMPLAINT issued for CRISTO PROPERTY, NATIONAL HOME, CAPITAL ASSETS, WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, STANLEY YACKER, MICHAEL ALFIERI, RICHARD PEPSNY ESQ., ANTHONY M. CICALESE, ANTHONY D'APOLITO, DAP CONSULTING, INC., CAPITAL ASSETS PROP, OAKWOOD PROPERTIES, DEK HOMES OF NJ, INC, COMMONWEALTH LAND, NATIONS TITLE INS, COASTAL TITLE AGENCY, THOMAS G. BRODO, FIDELTIY NATIONAL ( 20 Days) (Mailed to Counsel) (DD) (Entered: 11/12/1997) |
| 11/14/1997 |  | SUMMONS(ES) ON AMENDED COMPLAINT issued for LAWRENCE M. CUZZI ( 20 Days) (Mailed to Counsel) (DD) (Entered: 11/14/1997) |
| 11/26/1997 | 4 | CONSENT ORDER, extending time , set answer for AMENDED CMP. due for 12/28/97 for MICHAEL ALFIERI ( signed by Mag. Judge Dennis M. Cavanaugh ) (DD) (Entered: 12/01/1997) |
| 11/28/1997 | 6 | ANSWER TO AMENDED COMPLAINT; jury demand and |

| | | CROSSCLAIM by NATIONAL HOME, ROBERT SKOWRENSKI II (DD) (Entered: 12/05/1997) |
|---|---|---|
| 11/28/1997 | 6 | COUNTERCLAIM by NATIONAL HOME, ROBERT SKOWRENSKI II against WALSH SECURITIES INC; w/jury demand (DD) (Entered: 12/05/1997) |
| 12/01/1997 | 5 | ANSWER by RICHARD DIBENEDETTO to amended complaint; jury demand (DD) (Entered: 12/02/1997) |
| 12/03/1997 | 7 | ANSWER TO AMENDED COMPLAINT and CROSSCLAIM by RICHARD CALANNI; w/cert. of serv. (DD) (Entered: 12/05/1997) |
| 12/03/1997 | 7 | COUNTERCLAIM by RICHARD CALANNI; w/cert. of serv. (DD) (Entered: 12/05/1997) |
| 12/05/1997 | | SUMMONS(ES) ON AMENDED COMPLAINT issued for RONALD J. PIERSON ( 20 Days) (Mailed to Counsel) (DD) (Entered: 12/05/1997) |
| 12/05/1997 | 8 | LETTER ORDER, set scheduling conference for 9:30 1/20/98 ; etc. ( signed by Mag. Judge Dennis M. Cavanaugh ) (DD) (Entered: 12/08/1997) |
| 12/09/1997 | 9 | ANSWER TO AMENDED COMPLAINT; jury demand and CROSSCLAIM by CAPITAL ASSETS, GARY GRIESER, CAPITAL ASSETS PROP against OAKWOOD PROPERTIES, DEK HOMES OF NJ, INC, COMMONWEALTH LAND, NATIONS TITLE INS, COASTAL TITLE AGENCY, THOMAS G. BRODO, FIDELTIY NATIONAL, RONALD J. PIERSON, CRISTO PROPERTY, NATIONAL HOME, WILLIAM J. KANE, ROBERT SKOWRENSKI II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, STANLEY YACKER, MICHAEL ALFIERI, RICHARD PEPSNY ESQ., LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC.; w/cert. of serv. (DD) (Entered: 12/09/1997) |
| 12/12/1997 | 10 | CERTIFICATE OF SERVICE by defts., NATIONAL HOME, ROBERT SKOWRENSKI II of Answer, Cross-claim, Counterclaim (DD) (Entered: 12/12/1997) |
| 12/16/1997 | 11 | STIPULATION and ORDER, extending time , set answer due for 2/2/98 for WILLIAM J. KANE, for CRISTO PROPERTY ( signed by Judge William G. Bassler ) (DD) (Entered: 12/17/1997) |
| 12/17/1997 | 12 | CERTIFICATE OF SERVICE by defts., CRISTO PROPERTY, WILLIAM J. KANE of Answer w/Cross-Claims (DD) (Entered: 12/17/1997) |
| 12/17/1997 | 15 | STIPULATION and ORDER, extending time , set answer due for 1/15/98 for STANLEY YACKER ( signed by Judge William G. Bassler ) (DD) Modified on 12/23/1997 (Entered: 12/19/1997) |
| 12/18/1997 | 13 | ANSWER by RICHARD PEPSNY ESQ. to amended complaint; w/cert. of serv. (DD) (Entered: 12/18/1997) |
| | | |

| 12/19/1997 | 14 | ANSWER TO AMENDED COMPLAINT; jury demand and CROSSCLAIM by ANTHONY D'APOLITO, DAP CONSULTING, INC. against CRISTO PROPERTY, DEK HOMES OF NJ, INC, OAKWOOD PROPERTIES, WILLIAM J. KANE, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, STANLEY YACKER, MICHAEL ALFIERI, RICHARD PEPSNY ESQ., LAWRENCE M. CUZZI, COMMONWEALTH LAND, NATIONS TITLE INS, COASTAL TITLE AGENCY, FIDELTIY NATIONAL, CAPITAL ASSETS PROP, CAPITAL ASSETS, GARY GRIESER, RONALD J. PIERSON, THOMAS G. BRODO; w/cert. of serv. (DD) (Entered: 12/19/1997) |
| --- | --- | --- |
| 12/22/1997 | 16 | Substitute attorney for ROBERT SKOWRENSKI II; Terminated attorney MICHAEL D'ALLESSIO for ROBERT SKOWRENSKI II ; Added, MICHAEL D'ALESSIO JR. (DD) (Entered: 12/23/1997) |
| 12/22/1997 | 17 | ANSWER by WALSH SECURITIES INC to [6-1] counter claim; w/cert. of serv. (DD) (Entered: 12/23/1997) |
| 12/23/1997 | 18 | APPLICATION by deft., STANLEY YACKER and Clerk's Order extending time to answer until 1/17/98 to deft., NATIONAL HOME FUNDING, INC'S counterclaim (DD) (Entered: 12/24/1997) |
| 12/29/1997 | 19 | ANSWER TO AMENDED COMPLAINT and CROSSCLAIM by MICHAEL ALFIERI; w/cert. of serv. (DD) (Entered: 12/30/1997) |
| 12/29/1997 | 19 | ANSWER by MICHAEL ALFIERI to any & all cross-claims; w/cert. of serv. (DD) (Entered: 12/30/1997) |
| 12/29/1997 | 20 | CERTIFICATE OF SERVICE by deft., RICHARD CALANNI of Answer, Counter-claim & Cross-claim via certified mail (DD) (Entered: 12/31/1997) |
| 12/31/1997 | 21 | NOTICE of attorney appearance for COMMONWEALTH LAND by DAVID R. KOTT (jd) (Entered: 12/31/1997) |
| 12/31/1997 | 22 | AFFIDAVIT OF SERVICE on behalf of deft COMMONWEALTH LAND of copies of entry of attorney appearance (jd) (Entered: 12/31/1997) |
| 01/05/1998 | 23 | CERTIFICATE OF SERVICE by defts., CAPITAL ASSETS, CAPITAL ASSETS PROP, GARY GRIESER of Answer to Amended Cmp., Jury Demand & Cross-Claims (DD) (Entered: 01/06/1998) |
| 01/07/1998 | 24 | ANSWER by CAPITAL ASSETS, GARY GRIESER, CAPITAL ASSETS PROP to [7-2] cross claim; w/cert. of serv. (DD) (Entered: 01/07/1998) |
| 01/08/1998 | | Text not available. (Entered: 01/08/1998) |
| 01/08/1998 | 25 | RETURN OF SERVICE executed as to ANTHONY M. CICALESE, STANLEY YACKER, RICHARD CALANNI, COMMONWEALTH LAND, COASTAL TITLE AGENCY 12/12/97 Answer due on 1/1/98 for COASTAL TITLE AGENCY, for ANTHONY M. CICALESE, for |

| | | STANLEY YACKER, for RICHARD CALANNI, for COMMONWEALTH LAND (DD) (Entered: 01/08/1998) |
|---|---|---|
| 01/08/1998 | 26 | RETURN OF SERVICE executed as to THOMAS G. BRODO 12/13/97 Answer due on 1/2/98 for THOMAS G. BRODO (DD) (Entered: 01/08/1998) |
| 01/08/1998 | 30 | RETURN OF SERVICE executed as to RICHARD DIBENEDETTO, JAMES R. BROWN, RONALD J. PIERSON 12/11/97 Answer due on 12/31/97 for RONALD J. PIERSON, for JAMES R. BROWN, for RICHARD DIBENEDETTO (DD) (Entered: 01/09/1998) |
| 01/09/1998 | 27 | ANSWER by CAPITAL ASSETS, GARY GRIESER, CAPITAL ASSETS PROP to [14-2] cross claim; w/cert. of serv. (DD) (Entered: 01/09/1998) |
| 01/09/1998 | 28 | ANSWER by CAPITAL ASSETS, GARY GRIESER, CAPITAL ASSETS PROP to cross-claim of deft., PEPSNY; w/cert. of serv. (DD) (Entered: 01/09/1998) |
| 01/09/1998 | 29 | ANSWER by CAPITAL ASSETS, GARY GRIESER, CAPITAL ASSETS PROP to [6-2] cross claiml; w/cert. of serv. (DD) (Entered: 01/09/1998) |
| 01/14/1998 | 31 | ANSWER by RICHARD DIBENEDETTO to [6-2] cross claim (DD) (Entered: 01/14/1998) |
| 01/14/1998 | 32 | NOTICE of attorney appearance for NATIONS TITLE INS, FIDELTIY NATIONAL by JON C. MARTIN (DD) (Entered: 01/14/1998) |
| 01/16/1998 | 33 | Notice of MOTION to stay all proceedings by STANLEY YACKER, Motion hearing set for 2/9/98 on [33-1] motion ; w/cert. of serv. (Brief/PO Subm) (DD) (Entered: 01/16/1998) |
| 01/16/1998 | 34 | AFFIDAVIT of LAWRENCE S. LUSTBERG, ESQ. on behalf of STANLEY YACKER Re: [33-1] motion to stay all proceedings (DD) (Entered: 01/16/1998) |
| 01/16/1998 | 35 | Notice of MOTION to stay all proceedings by granting an extension of time to answer and to stay all discovery by CRISTO PROPERTY, WILLIAM J. KANE, DEK HOMES OF NJ, INC, OAKWOOD PROPERTIES, Motion hearing set for 2/23/98 on [35-1] motion, set for 2/23/98 on [35-2] motion ; w/cert. of serv. (Brief/PO Subm) (DD) (Entered: 01/16/1998) |
| 01/16/1998 | 36 | APPLICATION/MOTION by defts., CRISTO PROPERTY MANAGEMENT, LTD., DEK HOMES OF NJ, INC., OAKWOOD PROPERTIES INC. & WILLIAM J. KANE for admission of RONALD M. KLEINBERG, ESQ. to appear pro hac vice {copy sent to WGB} (DD) (Entered: 01/16/1998) |
| 01/16/1998 | 37 | APPLICATION/MOTION by defts., CRISTO PROPERTY MANAGEMENT, LTD., DEK HOMES OF NJ, INC., OAKWOOD PROPERTIES INC. & WILLIAM J. KANE for admission of RICHARD |

| 01/16/1998 | 38 | A. FINKEL, ESQ. to appear pro hac vice (DD) (Entered: 01/16/1998) ANSWER by RICHARD CALANNI to [6-2] cross claim (DD) (Entered: 01/16/1998) |
| 01/19/1998 | 39 | ANSWER to Complaint by THOMAS G. BRODO; jury demand (DD) (Entered: 01/20/1998) |
| 01/20/1998 | 40 | ANSWER by RICHARD PEPSNY ESQ. to [6-2] cross claim (DD) (Entered: 01/20/1998) |
| 01/20/1998 | 41 | ANSWER by RICHARD PEPSNY ESQ. to [9-2] cross claim (DD) (Entered: 01/20/1998) |
| 01/20/1998 | 42 | ANSWER by RICHARD PEPSNY ESQ. to [7-2] cross claim (DD) (Entered: 01/20/1998) |
| 01/20/1998 | 43 | CERTIFICATE OF SERVICE by deft., RICHARD PEPSNY ESQ. of Answer to Cross-Claim of National Home Funding, Inc., Robert Skowrenski, II, Capital Assets Property Management & Investment Co., Inc., Capital Assets Property Management & Investment Co., L.L.C., Gary Geiser & Richard Calanni (DD) (Entered: 01/20/1998) |
| 01/20/1998 | 44 | NOTICE of attorney appearance as co-counsel for RICHARD PEPSNY ESQ. by JEROME A. BALLAROTTO (DD) Modified on 04/27/1998 (Entered: 01/21/1998) |
| 01/21/1998 | 45 | ANSWER by RICHARD PEPSNY ESQ. to [14-2] cross claim; w/cert. of serv. (DD) (Entered: 01/21/1998) |
| 01/23/1998 | 46 | PRETRIAL SCHEDULING ORDER setting Discovery cutoff 12/31/98 ; Amending of pleadings on 3/30/98 ; Joining of Parties 3/30/98 Status conference 9:30 6/17/98 ; Settlement conference 9:30 6/17/98 ; Interrogatories due & request for production of documents on or before 4/27/98; etc. ( signed by Mag. Judge Dennis M. Cavanaugh ) (DD) (Entered: 01/27/1998) |
| 01/27/1998 | | Deadline updated; set interrogatories due on 4/27/98 , set request for production of documents due for 4/27/98 (DD) (Entered: 01/27/1998) |
| 01/27/1998 | 47 | APPLICATION by COMMONWEALTH LAND and Clerk's Order extending time to answer. Answer due 2/13/98 for COMMONWEALTH LAND (DD) (Entered: 01/30/1998) |
| 02/02/1998 | 48 | ANSWER TO AMENDED COMPLAINT and CROSSCLAIM by NATIONS TITLE INS, FIDELTIY NATIONAL 11/17/97 against CRISTO PROPERTY, NATIONAL HOME, CAPITAL ASSETS, WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, STANLEY YACKER, MICHAEL ALFIERI, RICHARD PEPSNY ESQ., ANTHONY M. CICALESE, LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., CAPITAL ASSETS PROP, OAKWOOD PROPERTIES, DEK HOMES OF NJ, INC, THOMAS G. BRODO; w/cert. of serv. (DD) (Entered: 02/02/1998) |

| 02/02/1998 | 49 | AFFIDAVIT of JEROME A. BALLAROTTO on behalf of RICHARD PEPSNY ESQ. Re: request to join the motions fld. by defts Stanley Yacker, Cristo Property Management, Ltd., DEK Homes of NJ, Inc., Oakwood Properties, Inc., & William J. Kane (DD) (Entered: 02/02/1998) |
|---|---|---|
| 02/02/1998 | 50 | LETTER By defts., CAPITAL ASSETS, GARY GRIESER Re: joining in motion fld. by deft., Stanley Yacker (DD) (Entered: 02/02/1998) |
| 02/05/1998 | 51 | STIPULATION and ORDER, extending time for deft., ANTHONY CICALESE to answer w/in 10 days of the date of this Stipulation ( signed by Mag. Judge Dennis M. Cavanaugh ) (DD) (Entered: 02/06/1998) |
| 02/05/1998 | 53 | CERTIFICATION of EDWARD J. HAYES, ESQ. on behalf of NATIONS TITLE INS, FIDELTIY NATIONAL Re: for admission of EDWARD J. HAYES, ESQ. to appear pro hac vice (DD) (Entered: 02/06/1998) |
| 02/05/1998 | 54 | ORDER, for EDWARD J. HAYES, ESQ. to appear pro hac vice ( signed by Mag. Judge Dennis M. Cavanaugh ) (DD) (Entered: 02/06/1998) |
| 02/06/1998 | 52 | ANSWER by ANTHONY M. CICALESE to [6-2] cross claim (DD) (Entered: 02/06/1998) |
| 02/11/1998 | 55 | AMENDMENT TO AMENDED COMPLAINT by WALSH SECURITIES INC , (Answer due 2/21/98 for LAWRENCE J. CUZZI improperly pled as Lawrence M. Cuzzi) amending [3-1] amended complaint (DD) Modified on 02/11/1998 (Entered: 02/11/1998) |
| 02/13/1998 | 56 | ANSWER by COMMONWEALTH LAND to amended complaint; w/cert. of serv. (DD) (Entered: 02/17/1998) |
| 02/13/1998 | 56 | ANSWER by COMMONWEALTH LAND to [6-1] counter claim; w/cert. of serv. (DD) (Entered: 02/17/1998) |
| 02/13/1998 | 56 | CROSSCLAIM by COMMONWEALTH LAND; w/cert. of serv. (DD) (Entered: 02/17/1998) |
| 02/13/1998 | 56 | ANSWER by COMMONWEALTH LAND to any & all cross-claims; w/cert. of serv. (DD) (Entered: 02/17/1998) |
| 02/19/1998 | 57 | ANSWER by ANTHONY M. CICALESE to [56-1] cross claim (DD) (Entered: 02/19/1998) |
| 02/20/1998 | 58 | ANSWER TO AMENDED COMPLAINT; jury demand and CROSSCLAIM by RONALD J. PIERSON against CRISTO PROPERTY, NATIONAL HOME, CAPITAL ASSETS, WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, STANLEY YACKER, MICHAEL ALFIERI, RICHARD PEPSNY ESQ., ANTHONY M. CICALESE, LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., CAPITAL ASSETS PROP, OAKWOOD PROPERTIES, DEK HOMES OF NJ, |

| | | |
|---|---|---|
| | | INC, COMMONWEALTH LAND, NATIONS TITLE INS, COASTAL TITLE AGENCY, THOMAS G. BRODO, FIDELTIY NATIONAL; w/cert. of serv. (DD) (Entered: 02/20/1998) |
| 02/23/1998 | 60 | ANSWER by WALSH SECURITIES INC to counterclaim of JAMES BROWN (DD) (Entered: 02/26/1998) |
| 02/24/1998 | 59 | LETTER By defts., CAPITAL ASSETS, GARY GRIESER joining in motion by deft., WILLIAM KANE (DD) (Entered: 02/24/1998) |
| 02/26/1998 | | SUMMONS(ES) issued for LAWRENCE J. CUZZI (improperly pled as Lawrence M. Cuzzi) ( 20 Days) (Mailed to Counsel) (DD) (Entered: 02/26/1998) |
| 03/17/1998 | 61 | Notice of MOTION to provide Rule 26 documents by RICHARD CALANNI, Motion hearing set for 4/13/98 on [61-1] motion ; w/cert. of serv. (AILB/PO Subm) (DD) (Entered: 03/18/1998) |
| 03/17/1998 | 62 | AFFIDAVIT of RICHARD CALANNI on Re: [61-1] motion to provide Rule 26 documents (DD) (Entered: 03/18/1998) |
| 03/19/1998 | 63 | ANSWER by MICHAEL ALFIERI to [7-2] cross claim (DD) (Entered: 03/19/1998) |
| 03/19/1998 | 64 | CONSENT ORDER, set answer due for 3/30/98 for COASTAL TITLE AGENCY ( signed by Judge William G. Bassler ) (DD) (Entered: 03/20/1998) |
| 03/27/1998 | 65 | ANSWER AMENDED COMPLAINT; jury demand and COUNTERCLAIM by COASTAL TITLE AGENCY against WALSH SECURITIES INC (DD) (Entered: 03/27/1998) |
| 03/27/1998 | 65 | CROSSCLAIM by COASTAL TITLE AGENCY w/jury demand against STANLEY YACKER, ANTHONY M. CICALESE, CRISTO PROPERTY, WILLIAM J. KANE (DD) (Entered: 03/27/1998) |
| 03/30/1998 | | SUMMONS(ES) ON ANSWER, COUNTERCLAIM & CROSSCLAIM to Amended Cmp. issued for WALSH SECURITIES INC, CRISTO PROPERTY, NATIONAL HOME, CAPITAL ASSETS, WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, STANLEY YACKER, MICHAEL ALFIERI, RICHARD PEPSNY ESQ., ANTHONY M. CICALESE, LAWRENCE M. CUZZI, ANTHONY D'APOLITO, FIDELTIY NATIONAL, RONALD J. PIERSON ( 20 Days) (Mailed to Counsel) (DD) (Entered: 03/30/1998) |
| 03/30/1998 | 67 | Minute entry: Proceedings recorded by Ct-Reporter: WALTER PERELLI; Minutes of: 3/30/98; The following actions were taken, [33-1] motion to stay all proceedings - DECISION RESERVED. [35-1] motion to stay all proceedings by granting an extension of time to answer - DECISION RESERVED. [35-2] motion to stay all discovery - DECISION RESERVED. Opinion & Order to be fld. By Judge William G. Bassler (DD) (Entered: 04/01/1998) |

| 04/01/1998 | 66 | ORDER denying [61-1] motion to provide Rule 26 documents ( signed by Mag. Judge Dennis M. Cavanaugh ) (DD) (Entered: 04/01/1998) |
| 04/01/1998 | 68 | TRANSCRIPT of Proceedings taken on 3/30/98 (DD) (Entered: 04/01/1998) |
| 04/01/1998 | 69 | Minute entry: Proceedings recorded by Ct-Reporter: NONE; Minutes of: 4/1/98; The following actions were taken, denying [61-1] motion to provide Rule 26 documents. ORDER SUBM. By Mag. Judge Dennis M. Cavanaugh (DD) (Entered: 04/03/1998) |
| 04/07/1998 | 70 | ANSWER TO SECOND AMENDED COMPLAINT; jury demand and CROSSCLAIM by LAWRENCE M. CUZZI; w/cert. of serv. (DD) (Entered: 04/07/1998) |
| 04/08/1998 | 71 | AFFIDAVIT of COMPLIANCE of EDWARD J. HAYES, ESQ. on behalf of NATIONS TITLE INS, FIDELTIY NATIONAL (DD) (Entered: 04/08/1998) |
| 04/08/1998 | 72 | CERTIFICATE OF SERVICE by deft., COASTAL TITLE AGENCY of Answer to Amended Cmp & Amended Cmp. (DD) (Entered: 04/09/1998) |
| 04/20/1998 | 73 | ANSWER by RICHARD CALANNI to [65-1] cross claim (DD) (Entered: 04/20/1998) |
| 04/27/1998 | 74 | DECLARATION * * * (DD) (Entered: 04/27/1998) |
| 04/27/1998 | 75 | ORDER * * *( signed by Judge William G. Bassler ) (DD) (Entered: 04/27/1998) |
| 04/28/1998 | 76 | OPINION ( signed by Judge William G. Bassler ) (DD) (Entered: 04/28/1998) |
| 04/28/1998 | 77 | ORDER, staying all interrogatory & deposition discovery until 11/1/98, document discovery shall continue as ordered , extending time w/in 30 days of the date of this order to answer for any parties who have been served & not filed answers ( signed by Judge William G. Bassler ) (DD) (Entered: 04/28/1998) |
| 05/06/1998 | 78 | STIPULATION and ORDER, extending time for 30 days for defts. ANTHONY D'APOLITO & DAP CONSULTING, INC. to answer SECOND AMENDED CMP. ( signed by Judge William G. Bassler ) (DD) (Entered: 05/11/1998) |
| 05/06/1998 | 79 | ANSWER TO SECOND AMENDED COMPLAINT; jury demand and CROSSCLAIM by ANTHONY D'APOLITO, DAP CONSULTING, INC. 11/17/97; w/cert. of serv. (DD) (Entered: 05/11/1998) |
| 05/11/1998 | 80 | ANSWER by WALSH SECURITIES INC to [65-2] counter claim; w/cert. of serv. (DD) (Entered: 05/11/1998) |
| 05/27/1998 | 81 | ANSWER by COASTAL TITLE AGENCY to any & all negligence cross-claims; w/jury demand (DD) (Entered: 05/27/1998) |
| 06/09/1998 | 82 | AMENDED OPINION {FOR PUBLICATION} ( signed by Judge |

| | | William G. Bassler ) (DD) (Entered: 06/10/1998) |
|---|---|---|
| 06/26/1998 | 83 | NOTICE of attorney appearance for ANTHONY M. CICALESE by THOMAS D FLINN (DD) (Entered: 07/07/1998) |
| 07/06/1998 | 84 | CONSENT ORDER, granting deft., ANTHONY M. CICALESE leave to file ANSWER TO CROSSCLAIM Nunc Pro Tunc ( signed by Judge William G. Bassler ) (DD) (Entered: 07/08/1998) |
| 07/15/1998 | 85 | ANSWER by ANTHONY M. CICALESE to [65-1] cross claim; w/jury demand (DD) (Entered: 07/16/1998) |
| 01/07/1999 | 86 | Notice of MOTION to intervene by GARDEN STATE INDEM by GARDEN STATE INDEM, Motion set for 2/8/99 on [86-1] motion w/cert. of serv. & proposed copy of Intervenor Cmp. (Brief/PO Subm) (DD) Modified on 01/07/1999 (Entered: 01/07/1999) |
| 02/10/1999 | 87 | OPINION ( signed by Judge William G. Bassler ) (DD) (Entered: 02/10/1999) |
| 02/10/1999 | 88 | ORDER denying [86-1] motion to intervene by GARDEN STATE INDEM ( signed by Judge William G. Bassler ) (DD) (Entered: 02/10/1999) |
| 10/29/1999 | 89 | Substitute attorney for RICHARD CALANNI ; Terminated attorney AUGUST W. FISCHER for RICHARD CALANNI ; Added RICHARD CALANNI as pro se, (DD) (Entered: 10/29/1999) |
| 04/18/2000 | 90 | Substitute attorney for MICHAEL ALFIERI; Terminated attorney RICHARD LLOYD FRIEDMAN; Added, NORMAN M. HOBBIE (eh) (Entered: 04/18/2000) |
| 05/03/2000 | 91 | LETTER by Scott P. Creegan, Deputy Clerk to counsel Re: status conf. set for 5/26/00 at 10:00 a.m. (DD) (Entered: 05/04/2000) |
| 05/03/2000 | | Deadline updated; set status conference for 10:00 5/26/00 (DD) (Entered: 05/04/2000) |
| 05/23/2000 | 95 | SECOND DECLARATION * * * (DD) (Entered: 05/31/2000) |
| 05/25/2000 | 92 | Notice of MOTION for DRAZIN & WARSHAW, P.C. to withdraw as attorney by CAPITAL ASSETS, GARY GRIESER, CAPITAL ASSETS PROP, Motion set for 6/26/00 on [92-1] motion ; w/cert. of serv. (SILB/PO Subm) (DD) (Entered: 05/30/2000) |
| 05/25/2000 | 93 | AFFIDAVIT of RONALD LEE REISNER on behalf of CAPITAL ASSETS, GARY GRIESER, CAPITAL ASSETS PROP Re: [92-1] motion for DRAZIN & WARSHAW, P.C. to withdraw as attorney (DD) (Entered: 05/30/2000) |
| 05/26/2000 | 96 | Minute entry: Proceedings recorded by Ct-Reporter: WALTER PERELLI; Minutes of: 5/26/00; The following actions were taken, STATUS CONF. re: Discovery. Discovery stayed. Case to be administratively terminated. By Judge William G. Bassler (DD) (Entered: 06/06/2000) |

| 05/30/2000 | 94 | ORDER for Administrative Termination; staying all discovery pending further order of the Court ( Signed by Judge William G. Bassler ) n/m (DD) (Entered: 05/30/2000) |
|---|---|---|
| 06/06/2000 | 97 | ORDER granting [92-1] motion for DRAZIN & WARSHAW, P.C. to withdraw as attorney (Terminated attorney RONALD L. REISNER for CAPITAL ASSETS PROP, attorney RONALD L. REISNER for GARY GRIESER, attorney RONALD L. REISNER for CAPITAL ASSETS, attorney RONALD L. REISNER for CAPITAL ASSETS PROP, attorney RONALD L. REISNER for GARY GRIESER, attorney RONALD L. REISNER for CAPITAL ASSETS, attorney RONALD L. REISNER for GARY GRIESER, attorney RONALD L. REISNER for CAPITAL ASSETS, attorney RONALD L. REISNER for CAPITAL ASSETS PROP, attorney RONALD L. REISNER for CAPITAL ASSETS PROP, attorney RONALD L. REISNER for GARY GRIESER, attorney RONALD L. REISNER for CAPITAL ASSETS, attorney RONALD L. REISNER for CAPITAL ASSETS PROP, attorney RONALD L. REISNER for GARY GRIESER ( signed by Judge William G. Bassler ) n/m (DD) (Entered: 06/06/2000) |
| 01/19/2001 | 98 | Notice of MOTION to be relieved as a repository for the documents exchanged by NATIONAL HOME, Motion set for 1/22/01 on [98-1] motion ; w/cert. of serv. (CILB/PO Subm) (DD) (Entered: 01/19/2001) |
| 01/19/2001 | 99 | CERTIFICATION of KENNETH L. THOMSON w/attached exhibits A-B on behalf of NATIONAL HOME Re: [98-1] motion to be relieved as a repository for the documents exchanged (DD) (Entered: 01/19/2001) |
| 03/26/2001 | 100 | ORDER granting [98-1] motion to be relieved as a repository for the documents exchanged; the pretrial scheduling order dated 1/21/98 is amended. Latham & Watkins shall continue to retain one set of the documents, etc. ( signed by Magistrate Judge Madeline C. Arleo ) n/m (jd) (Entered: 03/26/2001) |
| 09/27/2004 | 101 | Minute Entry for proceedings held before Judge William G. Bassler : Motion Hearing held on 9/27/2004 re: Deft. Alfieri's motion to lift the Stay and Pltf. Walsh's motion to relieve Latham and Watkins as counsel. ORDERED motions Granted. OTBS (Court Reporter Thomas Brazaitis.) (spc, ) (Entered: 09/30/2004) |
| 09/30/2004 | 102 | ORDER REOPENING CASE - the administrative dismissal dated 5/26/00 is REVERSED & VACATED; the stay of discovery is lifted.. Signed by Judge William G. Bassler on 9/27/04. (DD, ) (Entered: 09/30/2004) |
| 09/30/2004 | 103 | ORDER that Latham & Watkins LLP is hereby relieved as counsel for Walsh Securities, Inc.; that Pltf., Walsh Securities, Inc. retain substitute counsel prior to re-instating action following the completion of the US Atty's Office's criminal investigation.. Signed by Judge William G. Bassler on 9/27/04. (DD, ) (Entered: 09/30/2004) |
| 10/20/2004 | 104 | Substitution of Attorney - Attorney ROBERT A. MAGNANINI for WALSH SECURITIES INC. added. Attorney MICHAEL CHERTOFF |

| | | terminated.. (DD, ) (Entered: 10/26/2004) |
|---|---|---|
| 11/29/2004 | 105 | LETTER ORDER scheduling Initial Conference set for 12/20/2004 11:00 AM in Newark - Courtroom 2A before Magistrate Judge Madeline C. Arleo. Signed by Judge Madeline C. Arleo on 11/29/04. (jl, ) (Entered: 11/29/2004) |
| 12/20/2004 | | Minute Entry for proceedings held before Judge Madeline C. Arleo : Scheduling Conference held on 12/20/2004. Initial Conference rescheduled for 1/20/2005 3:00 PM in Newark - Courtroom 2A before Magistrate Judge Madeline C. Arleo. All parties MUST attend in person. Joint discovery plan to be submitted. (jl, ) (Entered: 12/29/2004) |
| 01/06/2005 | 106 | LETTER ORDER scheduling Initial Conference set 1/20/2005 at 3:00 PM in Newark - Courtroom 2A before Magistrate Judge Madeline C. Arleo. Signed by Judge Madeline C. Arleo on 1/6/05. (jl, ) (Entered: 01/06/2005) |
| 01/20/2005 | | Minute Entry for proceedings held before Judge Madeline C. Arleo : Scheduling Conference held on 1/20/2005. (jl, ) (Entered: 02/07/2005) |
| 01/27/2005 | 107 | MOTION to Withdraw as Attorney by ANTHONY D'APOLITO, DAP CONSULTING, INC.. (Attachments: # 1 proposed order# 2 certf. of Charles J. Uliano, Esq.)(DD, ) (Entered: 01/27/2005) |
| 01/27/2005 | | Set Deadlines as to 107 MOTION to Withdraw as Attorney. Motion Hearing set for 2/28/2005 before Judge William G. Bassler. [PLEASE BE ADVISED THAT THIS MOTION WILL BE DECIDED ON THE PAPERS UNLESS OTHERWISE NOTIFIED BY THE COURT] (DD, ) (Entered: 01/27/2005) |
| 01/28/2005 | 108 | AMENDED COMPLAINT *THIRD AMENDED COMPLAINT* against IRENE DIFEO, DONNA PEPSNY, STEWART TITLE GUARANTY COMPANY, Weichert, JAMES R. BROWN, STANLEY YACKER, MICHAEL ALFIERI, LAWRENCE J. CUZZI, RICHARD PEPSNY, ESQ, ANTHONY M. CICALESE, ANTHONY D'APOLITO, DAP CONSULTING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., OAKWOOD PROPERTIES, INC., DEK HOMES OF NEW JERSEY, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE COMPANY OF NEW YORK, INC., COASTAL TITLE AGENCY, THOMAS G. BRODO, FIDELITY NATIONAL TITLE INSURANCE COMPANY, CRISTO PROPERTY MANAGEMENT, LTD., RONALD J. PIERSON, NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO, filed by WALSH SECURITIES INC..(IANNICELLI, CHRISTOPHER) (Entered: 01/28/2005) |
| 01/28/2005 | 109 | Letter from Robert A. Magnanini. (Attachments: # 1 Summons# 2 Summons# 3 Summons)(IANNICELLI, CHRISTOPHER) (Entered: 01/28/2005) |

| 01/28/2005 | 111 | ORDER extending time until 2/18/05 for defts. to file answer; Case Management Cnf. set for 2/18/2005 02:00 PM which will also be the return date for any OTSC issued by the Court before Magistrate Judge Madeline C. Arleo.. Signed by Judge Madeline C. Arleo on 1/28/05. (DD, ) (Entered: 01/31/2005) |
| 01/31/2005 | 110 | *Third Amended* ANSWER to Amended Complaint *Separate Defenses and*, CROSSCLAIM against all defendants by MICHAEL ALFIERI. (BERTUCIO, EDWARD) (Entered: 01/31/2005) |
| 01/31/2005 | | Clerk's note - Please disregard document no. 110, entered in error.(nr, ) (Entered: 01/31/2005) |
| 01/31/2005 | | Clerk's note - Please disregard document No. 108, filed in error. (nr, ) (Entered: 01/31/2005) |
| 01/31/2005 | 112 | AMENDED COMPLAINT *THIRD AMENDED COMPLAINT* against all defendants all defendants., filed by WALSH SECURITIES INC.. (Attachments: # 1 Summons)(IANNICELLI, CHRISTOPHER) (Entered: 01/31/2005) |
| 02/02/2005 | 113 | *Third Amended* ANSWER to Amended Complaint *Separate Defenses*, CROSSCLAIM against all defendants by MICHAEL ALFIERI. (BERTUCIO, EDWARD) (Entered: 02/02/2005) |
| 02/02/2005 | 114 | ORDER TO SHOW CAUSE Show Cause Hearing set for 2/18/2005 02:00 PM in Newark - Courtroom 2A before Magistrate Judge Madeline C. Arleo. Show Cause Response due by 2/14/2005. Signed by Judge Madeline C. Arleo on 2/2/05. (jl, ) (Entered: 02/02/2005) |
| 02/03/2005 | | Summons on THIRD AMENDED CMP. Issued as to IRENE DIFEO, DONNA PEPSNY, STEWART TITLE GUARANTY COMPANY, Weichert, MURPHY REALTY BETTER HOMES AND GARDENS.Days Due - 20. [mailed to counsel] (DD, ) (Entered: 02/03/2005) |
| 02/03/2005 | 115 | Substitution of Attorney - Attorney MICHAEL D. SCHOTTLAND for ROBERT SKOWRENSKI, II added. Attorney MICHAEL DALESSIO, JR terminated.. (DD, ) (Entered: 02/03/2005) |
| 02/08/2005 | 116 | ORDER TO SHOW CAUSE Show Cause Hearing set for 2/18/2005 02:00 PM in Newark - Courtroom 2A before Magistrate Judge Madeline C. Arleo. Show Cause Response due by 2/14/2005.. Signed by Judge Madeline C. Arleo on 2/8/05. (jl, ) (Entered: 02/08/2005) |
| 02/08/2005 | 117 | MOTION to Withdraw *as counsel* by STANLEY YACKER. (Attachments: # 1 Text of Proposed Order # 2 Certification # 3 Supplement Letter to Judge Arleo# 4 Supplement Letter to Clerk# 5 Certificate of Service)(LUSTBERG, LAWRENCE) (Entered: 02/08/2005) |
| 02/09/2005 | | Set Deadlines as to 117 MOTION to Withdraw *as counsel*. Motion Hearing set for 3/14/2005 before Judge William G. Bassler. [PLEASE BE ADVISED THAT THIS MOTION WILL BE DECIDED ON THE |

| | | PAPERS UNLESS OTHERWISE NOTIFIED BY THE COURT] (DD, ) (Entered: 02/09/2005) |
|---|---|---|
| 02/15/2005 | 118 | ANSWER to Amended Complaint *Answer to Cross-Claim for Contribution, Separate Defenses,* CROSSCLAIM *for Contribution and Crossclaim for Indemnification* against all defendants by COMMONWEALTH LAND TITLE INSURANCE COMPANY. (KOTT, DAVID) (Entered: 02/15/2005) |
| 02/15/2005 | 119 | SUMMONS Returned Executed (third amended cmp.) IRENE DIFEO served on 2/7/2005, answer due 2/28/2005; DONNA PEPSNY served on 2/7/2005, answer due 2/28/2005; STEWART TITLE GUARANTY COMPANY served on 2/7/2005, answer due 2/28/2005; Weichert served on 2/7/2005, answer due 2/28/2005; MURPHY REALTY BETTER HOMES AND GARDENS served on 2/7/2005, answer due 2/28/2005. (sr, ) (Entered: 02/17/2005) |
| 02/18/2005 | | Reset Hearings: Order To Show Cause & Initial Conference set for 3/28/2005 at 2:00 PM in Newark - Courtroom 2A before Magistrate Judge Madeline C. Arleo. ALL COUNSEL & PRO SE DEFENDANTS MUST APPEAR. (jl, ) (Entered: 02/18/2005) |
| 02/24/2005 | 120 | Application and Clerk's Order to extend time until 3/15/05 to answer COMPLAINT as to Irene DiFeo. (DD, ). (Entered: 02/24/2005) |
| 02/28/2005 | 121 | Application and Proposed Order for Clerk's Order to extend time to answer as to Donna Pepsny. Attorney MARK W. CATANZARO and MARK W. CATANZARO for DONNA PEPSNY; DONNA PEPSNY; DONNA PEPSNY and DONNA PEPSNY added. (CATANZARO, MARK) (Entered: 02/28/2005) |
| 02/28/2005 | 122 | Application and Clerk's Order to extend time to answer until 3/16/05 as to deft., WEICHERT, RELATORS. (DD, ) (Entered: 02/28/2005) |
| 03/01/2005 | | CLERK'S TEXT ORDER - The Application for a Clerk's Order Extending Time to Answer - Doc. #121 subm. by M. CATANZARO ON 2/28/05 has been GRANTED. The answer due date has been set for 3/15/05. (DD, ) (Entered: 03/01/2005) |
| 03/04/2005 | 123 | LETTER-ORDER granting 107 Motion to Withdraw as Attorney. Attorney CHARLES JOHN ULIANO terminated. Mr. D'Appolito to secure new counsel by 3/28/05 or deemed to proceed pro se; DAP Consulting to secure new counsel by 3/28/05 or answer will be stricken & default entered. ORDER TO SHOW CAUSE & RULE 16 Scheduling Cnf. set for 3/28/05 @ 2:00 p.m. . Signed by Judge Madeline C. Arleo on 3/2/05. (DD, ) (Entered: 03/04/2005) |
| 03/04/2005 | 124 | LETTER-ORDER granting 117 Motion to Withdraw as Attorney. Gibbons, Del Deo, Dolan, Griffinger & Vecchione terminated. Mr. Yacker to secure new counsel by 3/28/05 or deemed to proceed pro se. OREDER TO SHOW CAUSE & RULE 16 Scheduling Cn. set for 3/28/05 @ 2:00 p.m.. Signed by Judge Madeline C. Arleo on 3/2/05. (DD, ) (Entered: 03/04/2005) |

| 03/04/2005 | | Set/Reset Hearings: OTSC & Initial Cnf. set for 3/28/2005 02:00 PM before Magistrate Judge Madeline C. Arleo. (DD, ) (Entered: 03/04/2005) |
|---|---|---|
| 03/04/2005 | 125 | ANSWER to Third Amended Complaint, COUNTERCLAIM against WALSH SECURITIES INC. & THIRD PARTY COMPLAINT by NATIONAL HOME FUNDING, INC., ROBERT SKOWRENSKI, II. (Attachments: # 1 cert. of serv.)(DD, ) (Entered: 03/07/2005) |
| 03/11/2005 | 126 | ANSWER to Third Amended Complaint, CROSSCLAIM & ANSWER TO CROSSCLAIM against all defendants w/jury demand by IRENE DIFEO.(DD, ) (Entered: 03/14/2005) |
| 03/15/2005 | 127 | ANSWER to Crossclaim *Michael Alfieri*, ANSWER to Crossclaim *Irene Difeo*, ANSWER to Amended Complaint, ANSWER to Crossclaim, CROSSCLAIM against JAMES R. BROWN, STANLEY YACKER, LAWRENCE J. CUZZI, ANTHONY M. CICALESE, ANTHONY D'APOLITO, DAP CONSULTING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., OAKWOOD PROPERTIES, INC., DEK HOMES OF NEW JERSEY, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE COMPANY OF NEW YORK, INC., COASTAL TITLE AGENCY, THOMAS G. BRODO, FIDELITY NATIONAL TITLE INSURANCE COMPANY, CRISTO PROPERTY MANAGEMENT, LTD., IRENE DIFEO, STEWART TITLE GUARANTY COMPANY, MURPHY REALTY BETTER HOMES AND GARDENS, RONALD J. PIERSON, NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO by DONNA PEPSNY.(CATANZARO, MARK) (Entered: 03/15/2005) |
| 03/24/2005 | 128 | ANSWER to Amended Complaint, CROSSCLAIM against all defendants by ANTHONY M. CICALESE.(FLINN, THOMAS) (Entered: 03/24/2005) |
| 03/24/2005 | 129 | Substitution of Attorney - Attorney MARTIN M. MCGOWAN and ERIC L. HARRISON for COASTAL TITLE AGENCY, MARTIN M. MCGOWAN and ERIC L. HARRISON for COASTAL TITLE AGENCY added. Attorney JAMES G. AARON terminated.. (HARRISON, ERIC) (Entered: 03/24/2005) |
| 03/24/2005 | 134 | NOTICE by ANTHONY D'APOLITO re 123 Order on Motion to Withdraw as Attorney, - ANTHONY D'APPOLITO deemed pro se (DD, ) (Entered: 04/01/2005) |
| 03/25/2005 | 130 | ANSWER to Amended Complaint , *ANSWER to Crossclaim for Contribution*, CROSSCLAIM *for Indemnification* against all parties by COASTAL TITLE AGENCY. (Attachments: # 1)(HARRISON, ERIC) (Entered: 03/25/2005) |
| 03/28/2005 | 131 | Notice of Intent to submit a Dispositive motion by STEWART TITLE |

| | | |
|---|---|---|
| | | GUARANTY COMPANY (ALWORTH, FREDERICK) (Entered: 03/28/2005) |
| 03/28/2005 | 132 | NOTICE of Appearance by TERRENCE S. BRODY on behalf of STEWART TITLE GUARANTY COMPANY (BRODY, TERRENCE) (Entered: 03/28/2005) |
| 03/28/2005 | | Minute Entry for proceedings held before Judge Madeline C. Arleo : Scheduling Conference held on 3/28/2005. (jl, ) (Entered: 03/29/2005) |
| 03/29/2005 | 138 | CONSENT ORDER extending time until 3/25/05 for STEWART TITLE GUARANTY CO. to answer Third Amended Cmp.. Signed by Judge Madeline C. Arleo on 3/29/05. (DD, ) (Entered: 04/06/2005) |
| 03/31/2005 | 133 | MOTION to Dismiss THIRD AMENDED CMP. w/cert. of serv. by IRENE DIFEO. (Attachments: # 1 proposed order# 2 Brief in support) (DD, ) (Entered: 04/01/2005) |
| 03/31/2005 | | Set Deadlines as to 133 MOTION to Dismiss. Motion Hearing set for 4/25/2005 before Judge William G. Bassler. [PLEASE BE ADVISED THAT THIS MOTION WILL BE DECIDED ON THE PAPERS UNLESS OTHERWISE NOTIFIED BY THE COURT] (DD, ) (Entered: 04/01/2005) |
| 04/05/2005 | 135 | THIRD PARTY COMPLAINT against ELIZABETH A. DEMOLA, Robert Walsh, filed by COMMONWEALTH LAND TITLE INSURANCE COMPANY.(KOTT, DAVID) (Entered: 04/05/2005) |
| 04/05/2005 | 136 | ANSWER to Crossclaim, ANSWER to Crossclaim, ANSWER to Crossclaim, ANSWER to Crossclaim, ANSWER to Crossclaim, ANSWER to Crossclaim by COMMONWEALTH LAND TITLE INSURANCE COMPANY.(KOTT, DAVID) (Entered: 04/05/2005) |
| 04/05/2005 | 137 | NOTICE of Appearance by FREDERICK W. ALWORTH on behalf of STEWART TITLE GUARANTY COMPANY (ALWORTH, FREDERICK) (Entered: 04/05/2005) |
| 04/08/2005 | 139 | BRIEF filed by MICHAEL ALFIERI, MICHAEL ALFIERI, MICHAEL ALFIERI, MICHAEL ALFIERI, MICHAEL ALFIERI, MICHAEL ALFIERI, MICHAEL ALFIERI, MICHAEL ALFIERI, MICHAEL ALFIERI, MICHAEL ALFIERI, MICHAEL ALFIERI, MICHAEL ALFIERI, MICHAEL ALFIERI. (BERTUCIO, EDWARD) (Entered: 04/08/2005) |
| 04/08/2005 | 140 | ORDER that the briefing associated w/Deft. Irene DiFeo's motion to dismiss Third Amended Cmp. fld. by Ms. DiFeo on 3/31/05 be coordinated & fld. w/the briefing associated w/Deft. Stewart Title Guaranty Co.'s motion to dismiss Pltf's Third Amended Cmp. which was fld. on 3/28/05. . Signed by Judge William G. Bassler on 4/7/05. (DD, ) (Entered: 04/11/2005) |
| 04/11/2005 | 141 | NOTICE of Appearance by JOHN B. MCCUSKER on behalf of Weichert (MCCUSKER, JOHN) (Entered: 04/11/2005) |
| | | |

| 04/12/2005 | <u>142</u> | MOTION to Dismiss Cmp. by RONALD J. PIERSON. (Attachments: # <u>1</u> certf. of Pasquale Menna# <u>2</u> proposed order)(DD, ) (Entered: 04/14/2005) |
|---|---|---|
| 04/12/2005 | | Set Deadlines as to <u>142</u> MOTION to Dismiss. Motion Hearing set for 5/9/2005 before Judge William G. Bassler. [PLEASE BE ADVISED THAT THIS MOTION WILL BE DECIDED ON THE PAPERS UNLESS OTHERWISE NOTIFIED BY THE COURT] (DD, ) (Entered: 04/14/2005) |
| 04/15/2005 | <u>143</u> | PRETRIAL SCHEDULING ORDER: In Person Status Conference set for 5/4/2005 03:00 PM before Magistrate Judge Madeline C. Arleo. Amended Pleadings due by 4/30/2005. Discovery due by 12/30/2005; etc.. Signed by Judge Madeline C. Arleo on 4/14/05. (DD, ) (Entered: 04/18/2005) |
| 04/25/2005 | <u>144</u> | CERTIFICATE OF SERVICE by RONALD J. PIERSON re <u>142</u> MOTION to Dismiss (DD, ) (Entered: 04/26/2005) |
| 04/26/2005 | <u>146</u> | Application and Clerk's Order to extend time to answer as to Robert Walsh Attorney ROBERT A. MAGNANINI for ROBERT F. WALSH added.. Answer due 5/11/05 (jd, ) (Entered: 05/02/2005) |
| 04/27/2005 | <u>145</u> | *Defendant, Anthony M. Cicalese, Esq.'s* ANSWER to Amended Complaint *and to all Cross-Claims, Cross-Claims for Contribution, Cross-Claim for Indemnification, and Separate Defenses* by ANTHONY M. CICALESE.(FLINN, THOMAS) (Entered: 04/27/2005) |
| 04/27/2005 | <u>147</u> | Application and Clerk's Order to extend time to answer GRANTED as to Third-Party Deft. Robert Walsh until 5/14/05. (Attachments: # <u>1</u> Letter) (dc, ) (Entered: 05/04/2005) |
| 05/03/2005 | | Reset Hearings: Status Conference rescheduled for 6/7/2005 2:00 PM in Newark - Courtroom 2A before Magistrate Judge Madeline C. Arleo. (Miller, S) (Entered: 05/03/2005) |
| 05/05/2005 | <u>148</u> | *Walsh Securities, Inc.'s* ANSWER to Counterclaim *of National Home Funding, Inc. and Robert Skowrenski, II.* by WALSH SECURITIES INC..(IANNICELLI, CHRISTOPHER) (Entered: 05/05/2005) |
| 05/06/2005 | <u>149</u> | MOTION to Withdraw as Attorney by WILLIAM J. KANE. (Attachments: # <u>1</u> Certification of Joseph V. Sorrentino# <u>2</u> Proposed Order# <u>3</u> Certificate of Service)(JB, ) (Entered: 05/06/2005) |
| 05/06/2005 | | Setting Deadlines as to <u>149</u> MOTION to Withdraw as Attorney. Motion Hearing set for 6/13/2005 10:00 AM before Judge William G. Bassler. (Please be advised that this motion will be decided on paper unless otherwise notify by the court. (JB, ) (Entered: 05/06/2005) |
| 05/10/2005 | <u>150</u> | Letter from John B. McCusker, Esq.. (MCCUSKER, JOHN) (Entered: 05/10/2005) |
| 05/16/2005 | <u>151</u> | Letter from Robert A. Magnanini. (IANNICELLI, CHRISTOPHER) (Entered: 05/16/2005) |

| 05/18/2005 | 152 | LETTER ORDER granting 149 Motion to Withdraw as Attorney. Attorney JOSEPH V. SORRENTINO terminated . Signed by Judge Madeline C. Arleo on 5/17/05. (jl, ) (Entered: 05/18/2005) |
| 05/26/2005 | 153 | Substitution of Attorney - Attorney ROBERT J. REILLY, III for MICHAEL ALFIERI added. Attorney EDWARD C. BERTUCIO, JR terminated.. (DD, ) (Entered: 05/31/2005) |
| 06/03/2005 | 154 | RESPONSE re 150 Letter. (KOTT, DAVID) (Entered: 06/03/2005) |
| 06/03/2005 | 155 | Letter from Robert A. Magnanini. (IANNICELLI, CHRISTOPHER) (Entered: 06/03/2005) |
| 06/07/2005 | 156 | RESPONSE re 151 Letter. (KOTT, DAVID) (Entered: 06/07/2005) |
| 06/07/2005 | 157 | NOTICE by COASTAL TITLE AGENCY, COASTAL TITLE AGENCY, COASTAL TITLE AGENCY, COASTAL TITLE AGENCY, COASTAL TITLE AGENCY, COASTAL TITLE AGENCY, COASTAL TITLE AGENCY, COASTAL TITLE AGENCY, COASTAL TITLE AGENCY, COASTAL TITLE AGENCY, COASTAL TITLE AGENCY, COASTAL TITLE AGENCY, COASTAL TITLE AGENCY *Rule 26 Disclosures* (Attachments: # 1 First Set of Interrogatories# 2 First Request for Production of Documents# 3 Certificate of Mailing) (HARRISON, ERIC) (Entered: 06/07/2005) |
| 06/15/2005 | 158 | RESPONSE to Motion re 142 MOTION to Dismiss, 133 MOTION to Dismiss filed by MICHAEL ALFIERI, MICHAEL ALFIERI, MICHAEL ALFIERI. (BERTUCIO, EDWARD) (Entered: 06/15/2005) |
| 06/15/2005 | 159 | CONSENT ORDER that the time w/in which the deft., RICHARD PEPSNY, ESQ. may answer Third Amended Cmp. is extended to 6/10/05.. Signed by Judge Madeline C. Arleo on 6/13/05. (DD, ) (Entered: 06/16/2005) |
| 06/16/2005 | | Update Answer Due Deadline as to RICHARD PEPSNY, ESQ. until 6/10/05 (DD, ) (Entered: 06/16/2005) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/16/2005 16:40:57 | | |
| **PACER Login:** | ma0391 | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** | 2:97-cv-03496-WGB Start date: 1/1/1970 End date: 6/16/2005 |
| **Billable Pages:** | 25 | **Cost:** | 2.00 |

# Exhibit B

**Edward C. Bertucio, Jr., Esq. (ECB 6435)**
**HOBBIE, CORRIGAN, BERTUCIO & TASHJY, P.C.**
125 Wyckoff Road
Eatontown, New Jersey 07724
(732) 380-1515
Attorneys for Defendant, Michael Alfieri, Esq.

RECEIVED
MOSH CLERK

2004 SEP 27  P  3: 40

UNITED STATES
DISTRICT COURT

### UNITED STATES DISTRICT COURT FOR
### THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC. | Civ. No. 97-3496 (WGB) |
| Plaintiff, | |
| v. | |
| CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, RONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE J. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW YORK, INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, and COASTAL TITLE AGENCY, | **ORDER** |
| Defendants. | |

This matter having come before the Court upon the motion of Michael Alfieri, Esq. to

either dismiss with prejudice this matter or to vacate the previous administrative dismissal of this

matter and lift the stay on discovery in this matter; and

The Court having considered the submissions of the parties; and

The Court having heard the arguments of counsel in open court; and

For the reasons set forth in the Court's opinion on the record in this matter and for good cause shown;

IT IS on this  27th  day of  September , 2004 hereby



A

**ORDERED** that the administrative dismissal of this matter dated May 26, 2000 is hereby reversed and vacated; and it is further

**ORDERED** that the stay of discovery in this case is lifted, and this litigation shall proceed forward immediately toward conclusion; and it is further

**ORDERED** that a copy of this Order shall be served upon all counsel of record within
___10___ days.

William G. Bassler, U.S.D.J.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                 DATE: 27 September 2004

JUDGE: William G. Bassler

COURT REPORTER: Thomas Brazaitis

DEPUTY CLERK: Scott P. Creegan

Title of Case:                         Docket # 97cv3496

Walsh Securities   v.  Cristo Properties, et al

Appearances:

P                Keena Mackey & Bill Hurlock
M Garden St.     Maqrc Wietzke
AUSA             Donna Galluccio
D Alfieri        Edward Bertuccio
D Cicalese       Michael Freeman
D Commonwealth   David Kott
D Nations        Patricia Barron
D Coastal        Martin McGowen

Nature of proceedings:
Status conf. On the 2 pending motions.
D Alfieri's motion to Lift admin. Stay or alternatively to dismiss.
 Government advised court it did not oppose motion.
     ORDERED motion Granted and administrative stay lifted
P Walsh's motion to have Latham And Watkins removed as counsel.
     ORDERED motion Granted.

Plaintiff Walsh has until 10-4-04 to notify the court if Robert
Magnanini, Esq. Of Boise, Schiller & Flexner has been retained.

If counsel has not been retained than deft's can move for
dismissal.

Time Commenced____2_____
Time Adjourned____3_____

cc: chambers                         /s/ Scott P. Creegan___
                                     Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused the within Reply to Plaintiff's

Opposition to Weichert, Realtors Motion to Dismiss the Complaint For Failure to State a

Claim Pursuant to Fed. R. Civ. P. 12, Reply to Co-Defendant's Opposition to the same,

the Supplemental Certification of John B. McCusker and proposed form of Order to be

served by United States Mail upon:

All parties as set forth in Exhibit A attached hereto.

McCUSKER, ANSELMI, ROSEN
CARVELLI & WALSH, P.A.
127 Main Street
Chatham, New Jersey 07928
(973) 635-6300
Attorneys for Weichert, Realtors.

By: _____
Maura W. Sommer

Dated: June 17, 2005

## SCHEDULE A

### SERVICE LIST

**WALSH SECURITIES, INC. V. CRISTO PROPERTY MANAGEMENT, ET AL
CIVIL ACTION NO. 97-3496(WGB)**

Robert A. Magnanini, Esq.
Boies, Schiller & Flexner L.L.P.
150 John F. Kennedy, 4th Floor
Short Hills, NJ 07078
**Attorney for Plaintiff Walsh Securities,
Inc.**

Daniel Towell, Esq.
Methfessel & Werbel
3 Ethel Road, Suite 300
Edison, NJ 08818
**Attorneys for Defendant Coastal Title
Agency**

Vincent Manning, Esq.
Schottland, Manning, Rosen, Caliendo
& Thomson, P.A.
36 W. Main Street
Freehold, NJ 07728
**Attorney for Defendants National Home
Funding, Inc. and Robert Skowrenski, II**

Edward C. Bertucio, Jr., Esq.
Hobbie, Corriga, Bertucio &
Tashjy, P.C.
125 Wyckoff Road
Eatontown, NJ 07724
**Attorney for Defendant Michael Alfieri,
Esq.**

David R. Kott, Esq.
McCarter & English
100 Mulberry Street
Newark, NJ 07101
**Attorney for Defendant/Third Party
Plaintiff Commonwealth Land Title
Insurance Co.**

Jerry Ballarotto, Esq.
143 White Horse Avenue
Trenton, NJ 08610
**Attorney for Defendant Richard Pepsny**

Stephen Balsamo, Esq.
Garrity, Graham, Favette & Flinn
1 Lackawanna Plaza, Box 4205
Montclair, NJ 07042
**Attorney for Defendant Anthony M.
Ciccalese**

Patricia Barron, Esq.
Fox, Rothschild, L.L.P.
997 Lenox Drive, Bldg. 3
Lawrenceville, NJ 08648
**Attorney for Defendants
Fidelity National Title Insurance and
Nations Title Insurance of N.Y.**

Fred Alworth, Esq.
Gibbons, DelDeo, Dolan, Griffinger &
Vecchione, P.C.
One Riverfront Plaza
Newark, NJ 07102-5497
**Attorney for Defendant Stewart Title**

Pasquale Menna, Esq.
Kauff and Menna
170 Broad Street
P.O. 762
Red Bank, NJ 07701
**Attorneys for Defendant Roland J.
Pierson**

Marc Wietzke, Esq.
Scarinci & Hollenbeck, LLC
1100 Valleybrook Avenue
P.O. Box 790
Lyndhurst, NJ 07071
**Attorney for Garden State Indemnity Co.**
*(Legal Malpractice carrier for Defendant*
*Michael Alfieri)*

Robert J. Reilly, Esq.
Reilly, Supple & Wischusen
571 Central Avenue
New Providence NJ 07974
**Attorney for Defendant Michael Alfieri**

Mark W. Cantanzaro, Esq.
Blason IV – Suite 208
513 S. Lenola Road
Moorestown, NJ 08057
**Attorney for Defendant Donna Pepsny**

Stanley Yacker, Pro Se
c/o Monmouth Title
188 East Bergen Place
Red Bank, NJ 07701

Irene DiFeo, Pro Se
5 Leann Court
Old Bridge, NJ 08857

Anthony D'Apolito, Pro Se
909 Woodland Avenue
Wall Township, NJ 07719

Richard Calanni, Pro Se
One Old Farm Road
Tinton Falls, NJ 07724

Thomas Brodo, Pro Se
139B Fort Lee Road
Teaneck, NJ 07666