# McCusker, Anselmi, Rosen, Carvelli & Walsh

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
127 MAIN STREET, CHATHAM, NEW JERSEY 07928
TEL: (973) 635-6300  FACSIMILE: (973) 635-6363
e-mail: jmccusker@marcw.com
Website: www.marcw.com

JOHN B. McCUSKER
ANDREW E. ANSELMI
BRUCE S. ROSEN
PAUL F. CARVELLI
JOSEPH T. WALSH, III
JONATHAN T.K. COHEN

JOHN F. TULLY
Special Counsel

AMY C. GROSSMAN
SUZANNE M. MURPHY
ROSEMARIE DASILVA
Of Counsel

MARITZA BERDOTE BYRNE
PAUL G. McCUSKER
MICHAEL T. MILLAR
WENDY B. GREEN
JAMES A. MESZAROS
GENEROSA CHIRICHIELLO
ALICYN B. CRAIG
EDWARD A. STURCHIO, JR.
MAURA W. SOMMER
ALICE M. SHANAHAN
BRIANA A. PERRY
CATHERINE M. CAMPBELL
LORI A. JORDAN
GEORGE W. CRIMMINS

June 17, 2005

**VIA ELECTRONIC FILING**

William T. Walsh, Clerk
United States District Court
for the District of New Jersey
Martin Luther King, Jr.
 Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:  **Walsh Securities, Inc. v. Cristo Property Management, Ltd.
Civil Action No. CV-97-3496 (WGB)**

Dear Mr. Walsh:

    We represent Weichert, Realtors ("Weichert") in the above referenced matter. Pursuant to Appendix N, we hereby enclose the following for filing:

    Weichert's Motion to Dismiss Pursuant to Rule 12(b)(6), which consists of the following:

        1.    Notice of Motion;

        2.    Memorandum of Law in Support;

June 17, 2005

Page 2

    3.    Certification of John B. McCusker;

    4.    Proposed Form of Order and

    5.    Certificate of Service.

Plaintiff Walsh Securities, Inc. Opposition to Weichert's Motion to Dismiss, which consists of the following:

    6.    Consolidated Memorandum of Law in Opposition;

    7.    Declaration of Robert A. Magnanini;

    8.    Proposed Form of Order; and

    9.    Certificate of Service.

Defendant Commonwealth Land Title Insurance Company's Opposition to Weichert's Motion to Dismiss, which consists of the following:

    10.    Brief in Opposition.

Defendant Michael Alfieri, Esq.'s Opposition to Weichert's Motion to Dismiss, which consists of the following:

    11.    Letter Brief in Opposition dated June 15, 2005.

Weichert's Reply to Walsh Securities', Commonwealth's and Mr. Alfieri's Opposition, which consists of the following:

    12.    Memorandum of Law in Reply to Walsh's Opposition;

    13.    Memorandum of Law in Reply to Commonwealth's and Mr. Alfieri's Opposition;

    14.    Revised Proposed Form of Order;

    15.    Supplemental Certification of John B. McCusker

    16.    Certificate of Service.

We are delivering to Judge Bassler's Chambers, via Federal Express, two (2) copies of all of the above papers, as per Judge Bassler's individual practices. We respectfully request oral argument on this Motion.

June 17, 2005

Respectfully submitted,

*[signature]*

John B. McCusker

Enclosures

cc:    Honorable William G. Bassler, U.S.D.J. (w/ enclosures via federal express)
       All Counsel and Pro Se Parties (with respect to 12 through 15 only via U.S. Mail)