CERTIFICATE OF SERVICE –6/24/05

RECEIVED-CLERK
U.S. DISTRICT COURT
2005 JUN 24 A 9:57

IRENE DIFEO, PRO, SE
5 LEANN COURT
OLD BRIDGE, N.J. 08857

| | |
|---|---|
| WALSH SECURITIES INC.<br><br>   Plaintiff<br><br>   Vs.<br><br>CRISTO PROPERTY MANAGEMENT LTD. A/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM KANE, GARY FRIESER, ROBERT SKOWRENSKI,II, RICHARD CALANNI, RICHARD DiBENEDETTO, JAMES R. BROWN, THOMAS BRODO, ROLAND PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE CUZZI, ANTHONY D'APOLITO, DAP CONSULTING INC., COMMONWEALTH LAND TITLE INSURANCE CO., NATIONS TITLE INSURANCE CO., OF NEW YORK, INC., FIDELITY NATIONAL TITLE INSURANCE CO., OF NEW YORK, COASTAL TITLE AGENCY and STEWART TITLE GUARANTY CO., IRENE DIFEO, DONNA PEPSNY AND WEICHERT REALTORS,<br><br>   Defendants | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CV 97-3496 (WGB)<br><br>HON. WILLIAM G. BASSLER<br><br><br><br>CERTIFICATE OF SERVICE |

## WALSH SECURITIES V. CRISTO MANAGEMENT LTD.
### Civil Action CV 97-3496 (WGB)

### COUNSEL LIST

Robert A. Magnanini, Esq.
Boies, Schiller & Flexner LLP
150 JFK Parkway, 4th floor
Short Hills, NJ 07078
973-218-1111
Fax: 973-218-1106
**For Plaintiff, Walsh Securities**

Richard Calanni, **Pro Se**
1 Old Farm Road
Tinton Falls, NJ 07724
732-389-8738
Fax: 732-389-8853

Richard DiBenedetto, **Pro Se**
153 Stephens Lane
Matawan, NJ 07430


Mark W. Cantanzaro, Esq.
Blason IV – Suite 208
513 South Lenola Road
Moorestown, NJ 08057
856-235-4266
Fax: 856-235-4332
**For Richard Pepsney**

Michael Schottland, Esq.
Schottland, Manning, Rosen, Caliendo & Munson
36 West Main Street
Freehold, NJ 07728
732-462-4405
Fax: 732-409-0347
**For National Home Funding, Inc. and Robert Skowrenski, II**

Michael H. Freeman, Esq.
Greenberg Dauber Epstein & Tucker
One Gateway Center — Suite 600
Newark, NJ 07102
973-643-3700
Fax: 973-643-1218
**For Anthony M. Cicalese**

Joseph V. Sorrentino, Esq.
404 Manor Road
Staten Island, NY 10314
718-720-4943
Fax: 718-720-5009
**For William J. Kane, Cristo Property Management Ltd. a/k/a GJL Ltd., Oakwood Properties, Inc. and DEK Homes of N.J.**

James G. Aaron, Esq.
Ansell, Zaro, Grimm & Aaron
1500 Lawrence Avenue
Ocean, NJ 07712
732-922-1000
Fax: 732-922-6161
**For Coastal Title Co.**

Theodore Daunno, Esq.
1033 Clifton Avenue
Clifton, NJ 07103
**For Lawrence J. Cuzzi**

Charles J. Uliano, Esq.
Chamlin, Rosen, Cavanaugh & Uliano
268 Norwood Avenue
West Long Branch, NJ 07764
732-229-3200
Fax: 732-571-8741
**For Anthony D'Apolito and DAP Consulting, Inc.**

David R. Kott, Esq.
McCarter & English
Four Gateway Center - Post Office Box 652
Newark, NJ 07102
973-639-2056
Fax: 973-624-7070
**For Commonwealth Land Title Insurance Co.**

Anthony Argiropoulos, Esq.
Fox, O'Brien, Rothschild & Frankel
997 Lenox Drive--Building 3
Lawrenceville, NJ 08648
609-896-3600
Fax: 609-996-1469
**For Nations Title Insurance Co. of New York and Fidelity National Title Insurance Co. of New York**

Martin R. McGowan, Esq.
Methfessel & Werbel
3 Ethel Road
Edison, NJ 08818
732-248-4200
Fax: 732-248-2355
**For Coastal Title Insurance**

Thomas Brodo, **Pro Se**
139B Fort Lee Road
Teaneck, NJ 07666-3241
201-836-9242

Andrew L. Indeck, Esq.
Scarinci & Hollenbeck
1100 Valleybrook Avenue
Lyndhurst, NJ 07071
201-896-4100
Fax: 201-896-8660
**For Garden State Indemnity Company**

Thomas D. Flinn, Esq.
Garrity, Graham, Favetta & Flinn
1 Lackawanna Plaza
Montclair, NJ 07041
973-509-7500
Fax: 973-509-0414
**For Anthony M. Cicalese**

Pasquale Menna, Esq.
Kauff & Menna
170 Broad Street
Red Bank, NJ 07701
732-747-4300
Fax: 732-747-8814
**For Ronald J. Pierson**

Edward C. Bertucio, Jr., Esq.
Hobbie, Corrigan, Bertucio & Tashjy
125 Wyckoff Road
Eatontown, NJ 07724
732-380-1515
Fax: 732-380-1720
**For Michael Alfieri**

James R. Brown, **Pro Se**
1089 Cedar Avenue
Union, New Jersey
212-340-9566

Maura W. Sommer, Esq.
John B. McCusker, Esq.
McCusker, Anselmi, Rosen, Carvelli & Walsh
127 Main Street
Chatham, New Jersey 07928
973-636-6300
Direct: 973-457-0133
Fax: 973-635-6363
**For Defendant Weichert Realty**

Ronald Kleinberg, Esq.
Richard A. Finkel, Esq.
Meissner, Kleinberg & Finkel
275 Madison Avenue - Suite 1000
New York, New York 10016
(212) 689-8600
Fax: (212) 686-0252

Irene DiFeo, Pro Se
5 Leann Court
Old Bridge, New Jersey 08857
Fax: 732-679-0354

Jerome Ballarotto, Esq.
143 White Horse Avenue
Trenton, New Jersey 08610
**Attorney for Richard Pepsny**
**(609) 581-8555**
**Fax: (609) 581-9509**

Edward J. Hayes, Jr., Esq.
Fox, Rothschild, O'Brien & Frankel
2000 Market Street
10th Floor
Philadelphia, Pennsylvania 19103-3291
**Attorneys for Defendants Fidelity National Title Insurance and Nations Title Insurance**
**(215) 299-2000**
**Fax: (215) 299-2150**

Anthony D'Apolito, Pro Se
909 Woodland
Wall Township, NJ 07719

Stanley Yacker, Esq., Pro Se
33 Broadway, No. 1
Ocean Grove, NJ 07756-1397

Capital Assets Property Management, LLC
10 West Bergen Place
Red Bank, NJ 07701

Robert J. Reilly, III, Esq.
Reilly, Supple & Wischusen, LLC
571 Central Avenue
New Providence, NJ 07974
**Attorney for Defendant Michael Alfieri, Esq. on the Sixth Count**
**908-665-1166**
**Fax: 908-665-9137**

August W. Fischer
53 Pequot Road
Mahwah, New Jersey 07430-3863

Richard Lloyd Friedman, Esq.
Giordano, Halleran & Ciesla, PC
125 Half Mile Road
P.O. Box 190
Middletown, New Jersey 07748
(732) 741-3900
Fax: (732)- 224-6599