# BOIES, SCHILLER & FLEXNER LLP

150 JOHN F. KENNEDY PARKWAY • 4TH FLOOR • SHORT HILLS, NJ 07078 • PH 973 218 1111 • FAX 973 218 1106

July 8, 2005

**VIA REGULAR MAIL**

Anthony D'Apolito, Pro Se
909 Woodland Avenue
Wall Township, New Jersey 07719

        Re:   *Walsh Securities, Inc. v. Cristo Property Management, LTD., et al.*
                *Civil Action No.: 97-3496 (WGB)*

Dear Mr. D'Apolito:

    On behalf of Plaintiff Walsh Securities, Inc. ("Walsh Securities"), and pursuant to Local Civil Rule 7.1(b) (Optional Motion Procedure – Appendix N), enclosed please find the following:

1. Plaintiff's Memorandum of Law in Opposition to Defendant Anthony D'Apolito's Motion to Dismiss Plaintiff's Third Amended Complaint;

2. The Declaration of Robert A. Magnanini;

3. A proposed form of Order; and

4. A Certificate of Service.

    Additionally, I have today electronically filed a copy of this letter, without enclosures, with the Court.

                                                      Very truly yours,

                                                      Christopher Iannicelli, Esq.

CI
Enclosures