Robert A. Magnanini, Esq. (RM 7356)
BOIES, SCHILLER & FLEXNER LLP
150 JOHN F. KENNEDY PARKWAY
SHORT HILLS, NEW JERSEY 07078
973-218-1111
Attorneys for Plaintiff Walsh Securities, Inc.

**RECEIVED**

JUL -7 2005

WILLIAM T. WALSH, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

WALSH SECURITIES, INC.,

    Plaintiff,

vs.

CRISTO ROPERTY MANAGEMENT, LTD., et al.,

    Defendants.

Action No. CV 97-3496 (WGB)

Hon. William G. Bassler

**CASE MANAGEMENT ORDER**

---

**THIS MATTER** has been opened to the Court and the Court having shown:

IT IS on this ___7___ day of ___July___, 2005,

**ORDERED THAT:**

All Parties that have been previously served with the Complaint in the above matter will serve Interrogatories by **June 21, 2005**. If Interrogatories are not served by then, the parties will be barred from serving Interrogatories; and it is further

**ORDERED** that by **June 21, 2005**, counsel for defendant Michael Alfieri will circulate a form of index to all parties and report to the Court by **June 30, 2005** as to the form the indices will take; and it is further

**ORDERED** that all relevant documents will be turned over to the document repository located at the offices of Boies, Schiller & Flexner LLP, counsel for the

Plaintiff Walsh Securities, Inc., at 150 JFK Parkway, 4th floor, Short Hills, New Jersey 07078; and it is further

**ORDERED** that all Interrogatories be answered by **July 13, 2005**; and it is further

**ORDERED** that Plaintiff has until **July 14, 2005** to decide whether to serve a privilege log; and it is further

**ORDERED** that Plaintiff has until **July 29, 2005** to produce a privilege log; and it is further

**ORDERED** that if the parties cannot agree on documents listed on the privilege log, any party wishing to raise an issue with the Court must file a letter brief by **August 15, 2005**, any opposition to be filed by **August 29, 2005** and replies to be filed by **September 5, 2005**. The Motion will be argued before the Honorable Madeline Cox Arleo on **September 15, 2005 at 2:00 p.m.**; and it is further

**ORDERED** that the Court denied a request to have counsel for Plaintiff Walsh Securities, Inc. identify all bates stamped documents supporting its claim at this time; and it is further

**ORDERED** that counsel for Plaintiff will review the documents currently in the repository and notify the defendants as to whether indices currently exist for documents already produced by the repository; and it is further

**ORDERED** that the next Case Management Conference is scheduled for **September 15, 2005 at 2:00 p.m.**

Madeline Cox Arleo
United States Magistrate Judge