IRENE DIFEO, PRO SE
5 LEANN COURT
OLD BRIDGE, N.J. 08857

RECEIVED-CLERK
U.S. DISTRICT COURT

2006 AUG -2  A 10: 42

| | |
|---|---|
| WALSH SECURITIES, INC.<br><br>PLAINTIFF,<br><br>VS.<br><br>CRISTO PROPERTY MANAGEMENT, LTD.,a/k/a G.J. L LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING.,INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPER MANAGEMENT, LLC. WILLIAM KANE GARY GRIESER, ROBERT SKOWRENSKI,II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN,THOMAS BRODO,RONALD J. PIERSON,STANLEY YACKER,ESQ., MICHAEL ALFIERI,ESQ, RICHARD PEPSNY,ESQ., ANTHONY M. CICALESE, ESQ.,LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC.,COMMONWEALTH LAND TITLE INSURANCE CO.,NATIONS TITLE INSURANCE OF NEW YORK, INC. FIDELITY NATIONAL TITLE INSURANCE CO., OF NEW YORK, COASTAL TITLE AGENCY and STEWART TITLE GUARANTY COMPANY, IRENE DIFEO, DONNA PEPSNY, WEICHERT REALTORS AND VECCHIO REALTY INC.,d/b/a/ MURPHY REALTY BETTER HOMES AND GARDENS<br><br>DEFENDANTS | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF<br>NEW JERSEY<br><br>CV 97-3496  (WGB)<br><br>HON.WILLIAM G. BASSLER<br><br><br><br><br><br>**NOTICE OF MOTION**<br>FOR CONTINUANCE OF TRIAL DATE |

Robert A. Magnanini, Esq
Boies, Schiller & Flexner, L.L.P
150 John F. Kennedy Parkway
Short Hills, N.J. 07078
Attorney for Plaintiff Walsh Securities, Inc.

August 2, 2005

RECEIVED-CLERK
U.S. DISTRICT COURT

2005 AUG -2  A 10:

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Walsh Securities v Cristo Property Management LTD., et all

Action No. 97-3496 (WGB)
HONORABLE WILLIAM G. BASSLER

MOTION FOR TRIAL CONTINUANCE DATE

Now comes the defendant Irene DiFeo and respectfully requests a continuance on the above captioned case, which was scheduled for January of 2006 before the HONORABLE JUDGE WILLIAM G. BASSLER for the following reason.
I am being sent back to prison for 18 months and will not be able to represent myself as a pro se. I do not have the funds to hire and attorney.

WHEREFORE, for the above stated reason, the defendant Irene DiFeo respectfully requests that a trial continuance date be granted until February 2007 in the above-captioned case

This is the first continuance that has been requested.

Irene DiFeo, pro se
5 Leann Court
Old Bridge, N.J. 08857

SERVICE
A copy of the foregoing Motion for Continuance was sent to the attached counsel and pro se list by regular mail on the 2nd., day of August 2005.

Irene DiFeo, pro se

WALSH SECURITIES V. CRISTO MANAGEMENT, LTD.
CIVIL ACTION NO. CV 97-3496(WGB)
COUNSEL LIST

Robert A. Magnanini, Esquire
Boies, Schiller & Flexner, LLP
150 JFK Parkway
Short Hills, NJ 07078
**Attorneys for Plaintiff, Walsh Securities**

Richard Calanni, Pro Se
1 Old Farm Road
Tinton Falls, NJ 07724

Richard DiBenedetto, Pro Se
153 Stephens Lane
Matawan, NJ 07430

Stanley Yacker, Pro Se
c/o Monmouth Title
188 E. Bergen Place
Red Bank, New Jersey 07701

Mark W. Cantanzaro, Esquire
Blason IV – Suite 208
513 South Lenola Road
Moorestown, NJ 08057
**Attorneys for Richard Pepsny**

Michael Schottland, Esquire
Schottland, Manning, Rosen,
Caliendo & Munson, P.A.
36 West Main Street
Box 6578
Freehold, NJ 07728
**Attorneys for National Home Funding, Inc.
And Robert Skowrenski, III**

Thomas D. Flinn, Esquire
Garrity, Graham, Favetta & Flinn
1 Lackawanna Plaza
PO Box 4205
Montclair, NJ 07042
**Attorneys for Anthony M. Ciccalese**

Joseph V. Sorrentino, Esquire
70 Hudson Street
Penthouse Suite
Hoboken, NJ 07030
**Attorneys for Cristo Property Management, Ltd.
DEK Homes of NJ, Inc., Oakwood Properties, Inc.
And William Kane**

Theodore Daunno, Esquire
1033 Clifton Avenue
Clifton, NJ 07103
**Attorneys for Lawrence J. Cuzzi**

Anthony D'Apolito, Pro Se
909 Woodland Avenue
Wall Twp., NJ 07719
**Attorneys for Anthony D'Apolito and DAP Consulting, Inc.**

David R. Kott, Esquire
McCarter & English
Four Gateway Center
100 Mulberry Street
PO Box 652
Newark, NJ 07101
**Attorneys for Commonwealth Land Title Insurance. Co.**

Martin R. McGowan, Esquire
Methfessel & Werbel
3 Ethel Road
PO Box 3012
Edison, NJ 08818
**Attorneys for Coastal Title Insurance**

Thomas Brodo, Pro Se
139 B. Fort Lee Road
Teaneck, NJ 07666

Frederick W. Alworth, Esquire
Terrence S. Brody, Esquire
Gibbons, De Deo, Dolan, Griffinger & Vecchione, P.C.
One Riverfront Plaza
Newark, NJ 07102
**Attorneys Defendant Stewart Title Guaranty Company**

John B. McCusker, Esquire
McCusker, Anselmi Rosen, Carvelli & Walsh
127 Main Street
Chatham, NJ 07928
**Attorneys for Defendant Weichert Realtors**

Andrew L. Indeck, Esquire
Scaricini & Hollenbeck, LLC
PO Box 790
Lyndhurst, NJ 07071-0790
**Attorneys for Garden State Indemnity Company**

Robert J. Reilly, III, Esquire
Reilly, Supple & Wischusen, LLC
Murray Hill Office Center
571 Central Avenue
New Providence, NJ 07974
**Attorneys for Michael Alfieri, Esquire, on the Sixth Count**

Ronald M. Kleinberg, Esquire
Meissner, Kleinberg & Finkel, LLP
275 Madison Avenue, 10th Floor
New York, NY 10016
**Attorneys for Cristo Property Mgmt./William Kane**

Pasquale Menna, Esquire
Kauff and Menna
170 Broad Street
Red Bank, NJ 07701
**Attorney for Roland J. Pierson**

James Brown, Esquire, Pro Se
1089 Cedar Avenue
Union, NJ 07083

Irene DiFeo, Pro Se
5 Leann Court
Old Bridge, NJ 08857

Capital Assets Property Management, LLC
10 West Bergen Place
Red Bank, NJ 07701

Edward C. Bertucio, Esquire
Hobbie Corrigan, Bertucio & Tashjy
125 Wyckoff Road
Eatontown, NJ 07724
**Attorneys for Michael Alfieri, Esquire**