Honorable William G.Bassler
United States District Court Judge
M.L. King Jr. Federal Building & U.S.Courthouse
50 Walnut St.
Newark, New Jersey 07102

July 31,2005

RECEIVED · CLERK
U.S. DISTRICT COURT

2006 AUG -2  A 10: 42

Honorable Madeline Cox Arleo
United States Magistrate Judge
M.L.King Jr. Federal Building & U.S. Courthouse
50 Walnut St.
Newark, N.J. 07102

   Re; Walsh Securities Inc.,v .Cristo Property Management, et al.
      Civil No. 97-3496 (WGB)


Dear Honorable Judges,

   My name is Irene DiFeo, and I am a pro se and one of the many defendants in the
above matter.

   Enclosed please find a Motion for Continuance in Trial Date regarding the above
matter.

   I am asking for this additional motion since at this date I have not been dismissed
in this case for several reasons relating to Statute of Limitations.

   After eight years I was brought into this case in Feb. 2005. There is a mountain of
documents that have to be examined and I have already spent over 30 hours at the
plaintiff's attorney's office going thru them. It would take as many months to complete
them.

   The reason I am asking for this above motion is that because of a somewhat related
issue I was sentenced to 42 months in prison. Not at my request my attorney after 8
months of prison had the court release me pending my appeal. All fraud was vacated but
the conspiracy stayed. I had no idea there was even a fraud or scheme going on, that is
why I went to trial. There was no evidence of fraud on my part. However, as it stands I
must return at age 62 and not in good health to prison for another 18 months.

   Your Honors since I certainly can not afford an attorney and since my examination of
some of the documents I do have an understanding in some part of what happened please
grant this continuance. OF COURSE, it is my prayer that you dismiss me as per my
original motion to dismiss.

Thank you for your time and patience. All paperwork and mailings can still be sent to my home address since the prison is very strict with attorney privilege, and if the envelope is not marked "open in the presence of inmate', it is opened and read first before going to the inmate. My beloved husband will inform me of what is happening and I will do my very best to respond from where I am under the present situation.

I would also request that my husband be able to attend the Statue Meetings and any other pertinent proceeding

I am enclosed 2 copies for your convenience as is your regular practice.

Thank you again, I remain respectfully,

Irene DiFeo, pro se
5 Leann Ct.
Old Bridge, New Jersey 08857