IRENE DIFEO, PRO SE
5 LEANN COURT
OLD BRIDGE, N.J. 08857

| | |
|---|---|
| WALSH SECURITIES, INC. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
| PLAINTIFF, | |
| VS. | CV 97-3496 (WGB) |
| CRISTO PROPERTY MANAGEMENT, LTD.,a/k/a G.J. L LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING.,INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPER MANAGEMENT, LLC. WILLIAM KANE GARY GRIESER, ROBERT SKOWRENSKI,11, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN,THOMAS BRODO,RONALD J. PIERSON,STANLEY YACKER,ESQ., MICHAEL ALFIERI,ESQ, RICHARD PEPSNY,ESQ., ANTHONY M. CICALESE, ESQ.,LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC.,COMMONWEALTH LAND TITLE INSURANCE CO.,NATIONS TITLE INSURANCE OF NEW YORK, INC. FIDELITY NATIONAL TITLE INSURANCE CO., OF NEW YORK, COASTAL TITLE AGENCY and STEWART TITLE GUARANTY COMPANY, IRENE DIFEO, DONNA PEPSNY, WEICHERT REALTORS AND VECCHIO REALTY INC.,d/b/a/ MURPHY REALTY BETTER HOMES AND GARDENS | HON.WILLIAM G. BASSLER  **ORDER** |
| DEFENDANTS | |

THIS MATTER HAVING COME BEFORE THE COURT UPON THE MOTION OF
DEFENDANT IRENE DIFEO FOR AN ORDER FOR TRIAL DATE CONTINUANCE

PLAINTIFF WALSH SECURITIES THIRD AMENDED COMPLAINT, AND WALSH THROUGH ITS ATTORNEY BOIES, SCHILLER & FLEXNER LLP (ROBERT A. MAGNANINI, ESQ.,).

IT IS ON THE _____ DAY OF _____ 2005,

ORDERED THAT THE DEFENDANTS MOTION FOR TRIAL DATE CONTINUANCE OF FEBRUARY 2007 BE AND IS HEREBY GRANTED.

                                                _____
                                                HONORABLE WILLIAM G. BASSLER
                                                UNITED STATES DISTRICT JUDGE