**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

RECEIVED
DEPUTY MISREIL CLERK

2005 AUG -4  A 10: 30

CHAMBERS OF
**WILLIAM G. BASSLER**
SENIOR JUDGE

MARTIN LUTHER KING JR. FEDERAL
BUILDING & U.S. COURTHOUSE
50 WALNUT ST. - ROOM 5060
P.O. BOX 999
NEWARK, NJ 07101-0999
973-297-4903

**LETTER-ORDER ON FILE WITH THE CLERK OF COURT**

August 4, 2005

Re: **Walsh Securities, Inc. v. Cristo Property Mgmt. et al.**
Civ. No. 97-3496

Irene DiFeo
5 Leann Court
Old Bridge, New Jersey 08857

Dear Ms. DiFeo:

The Court is in receipt of your Notice of Motion for Continuance of Trial Date and accompanying letter dated July 31, 2005.

At this time, the Court has not set a trial date for this case. Therefore, the Court denies your motion as premature. The Court will, however, take into consideration your current prison sentence when setting a final trial date.

**So Ordered.**

Very truly yours,

William G. Bassler, U.S.S.D.J.

cc: Attached Service List