## SERVICE LIST

Robert A. Magnanini, Esq.
Christopher Iannicelli, Esq.
BOIES, SCHILLER & FLEXNER, LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
**For Walsh Securities and Robert Walsh**

Michael D. Schottland, Esq.
36 West Main Street
Freehold, New Jersey 07728
**For National Home Funding and Robert Skowrenski, III**

Richard Calanni
One Old Farm Road
Tinton Falls, New Jersey 07724
**Pro Se**

Richard DiBenedetto
153 Stephens Lane
Mahwah, New Jersey 07430-3863
**Pro Se**

James R. Brown
1089 Cedar Avenue
Union, New Jersey 07083
**Pro Se**

Stanley Yacker
33 Broadway, #1
Ocean Grove, New Jersey 07756
**Pro Se**

Edward C. Bertucio, Esq.
HOBBIE, CORIGAN, BERTUCIO & TASHJY, PC
125 Wyckoff Road
Eatontown, New Jersey 07724
**For Michael Alfieri**

Richard Lloyd Friedman, Esq.
GIORDAN, HALLERAN & CIESLA, P.C.
125 Half Mile Road
P.O. Box 190
Middletown, New Jersey 07748
**For Michael Alfieri**

2

Robert J. Reilly, III, Esq.
REILLY, SUPPLE & WISCHUSEN, LLC
Murray Hill Office Center
571 Central Avenue
New Providence, New Jersey 07974
**For Michael Alfieri**

Jerome A. Ballarotto, Esq.
143 White Horse Avenue
Trenton, New Jersey 08610
**For Richard Pepsny**

Mark W. Catanzaro, Esq.
Blason IV - Suite 208
513 South Lenola Road
Mooresetown, New Jersey 08057
**For Richard Pepsny and Donna Pepsny**

Thomas D. Flinn, Esq.
GARRITY, GRAHAM & FAVETTA, P.C.
One Lackawanna Plaza
P.O. Box 4205
Montclair, New Jersey 07042-4205
**For Anthony M. Cicalese**

Anthony D'Apolito
909 Woodland Avenue
Wall, New Jersey 07719
**Pro Se**

Pasquale Menna, Esq.
KAUFF & MENNA, ESQS.
170 Broad Street
P.O. Box 762
Red Bank, New Jersey 07701
**For Ronald J. Pierson**

Theodore Daunno, Esq.
1033 Clifton Avenue
Clifton, New Jersey 07103
**For Lawrence J. Cuzzi**

Frederick W. Alworth, Esq.
Terrence S. Brody, Esq.
GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE, PC
One Riverfront Plaza
Newark, New Jersey 07102-5496
**For Stewart Title Guarantee Company**

John B. McCusker, Esq.
MCCUSKER, ANSELMI, ROSEN, CARVELLI & WALSH, PA
127 Main Street
Chatham, New Jersey 07928
**For Weichert**

David R. Kott, Esq.
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101-0652
**For Commonwealth Land Title Insurance Company**

Jon C. Martin
FOX ROTHCHILD LLP
Princeton Pike Corporate Center
997 Lenox Drive
Building 3
Lawrenceville, New Jersey 08648-2311
**For Nations Title Insurance Company and Fidelity National Title
Insurance Company**

Martin M. McGowan, Esq.
METHFESSEL & WERBEL
3 Ethel Road
Edison, New Jersey 08818
**For Coastal Title Agency**

Thomas G. Brodo
319 Queen Anne Road #B
Teaneck, New Jersey 07666
**Pro Se**

4