FOX, ROTHSCHILD LLP
FORMED IN THE COMMONWEALTH OF PENNSYLVANIA
BY:   EDWARD J. HAYES (EJH-9808)
        ANTHONY ARGIROPOULOS, ESQUIRE (AA-2427)
P. O. Box 5231
PRINCETON, NJ  08543-5231
TEL. (609) 896-3600
FAX (609) 896-1469

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | Civil Action No. 97-3496 (WGB) |
| Plaintiff, | |
| v. | |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, RONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW YORK INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, COASTAL TITLE AGENCY, and STEWART TITLE GUARANTY COMPANY, IRENE DiFEO, DONNA PEPSNY, | **ENTRY OF APPEARANCE OF ANTHONY ARGIROPOULOS, ESQUIRE AND EDWARD J. HAYES, ESQUIRE FOR DEFENDANTS, FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK AND NATIONS TITLE INSURANCE OF NEW YORK, INC.**<br><br>(Filed Electronically) |

WEICHERT REALTORS, AND VECCHIO         :
REALTY, INC. D/B/A MURPHY REALTY       :
BETTER HOMES and GARDENS,              :
                                       :
      Defendants                       :

TO:    Clerk
       United States District Court for the District of New Jersey
       M.L. King Jr., Federal Bldg. & Courthouse
       50 Walnut Street, Rm 2060
       Newark, New Jersey 07102

     Please enter the appearance of Anthony Argiropoulos, Esquire, and Edward J. Hayes, Esquire of Fox Rothschild LLP in the above-captioned matter on behalf of Defendants, Fidelity National Title Insurance Company of New York and Nations Title Insurance of New York, Inc.

                                    _____
                                    Edward J. Hayes, Esquire (EJH-9808)
                                    Anthony Argiropoulos, Esquire (AA-2427)
                                    Fox, ROTHSCHILD LLP

                                    Attorneys for Defendants, Fidelity National
                                    Title Insurance Company of New York and
                                    Nations Title Insurance of New York, Inc.

Dated: August 8, 2005