McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant/Third-Party
  Plaintiff Commonwealth Land Title Insurance Company
DK-4593 (David R. Kott, Esq.)

|  |  |
|---|---|
|  | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY |
| WALSH SECURITIES, INC., : | |
| v.          Plaintiff, : | Civil Action No. 97-3496<br>Honorable William G. Bassler |
| CRISTO PROPERTY MANAGEMENT, LTD., :<br>a/k/a G.J.L. LIMITED, DEK HOMES OF<br>NEW JERSEY, INC., OAKWOOD<br>PROPERTIES INC., NATIONAL HOME :<br>FUNDING, INC., CAPITAL ASSETS<br>PROPERTY MANAGEMENT & INVESTMENT :<br>CO., INC., CAPITAL ASSETS<br>PROPERTY MANAGEMENT, L.L.C., :<br>WILLIAM J. KANE, GARY GRIESER,<br>ROBERT SKOWRENSKI, II, RICHARD :<br>CALANNI, RICHARD DIBENEDETTO, JAMES<br>R. BROWN, THOMAS BRODO, RONALD J. :<br>PIERSON, STANLEY YACKER, ESQ.,<br>MICHAEL ALFIERI, ESQ., RICHARD :<br>PEPSNY, ESQ., ANTHONY M. CICALESE,<br>ESQ., LAWRENCE M. CUZZI, ANTHONY :<br>D'APOLITO, DAP CONSULTING, INC.,<br>COMMONWEALTH LAND TITLE INSURANCE :<br>COMPANY, NATIONS TITLE INSURANCE<br>OF NEW YORK INC., FIDELITY NATIONAL :<br>TITLE INSURANCE COMPANY OF NEW YORK,<br>COASTAL TITLE AGENCY, and :<br>STEWART TITLE GUARANTY COMPANY,<br>IRENE DiFEO, DONNA PEPSNY, :<br>WEICHERT REALTORS, AND VECCHIO<br>REALTY, INC. D/B/A MURPHY REALTY :<br>BETTER HOMES and GARDENS,<br>:<br>            Defendants.<br>and :<br><br>COMMONWEALTH LAND TITLE INSURANCE :<br>COMPANY,<br>:<br>            Defendant/Third Party Plaintiff,<br>v. :<br><br>ROBERT WALSH and ELIZABETH ANN :<br>DeMOLA,<br>           Third Party Defendants. : | **AFFIDAVIT OF SERVICE** |

STATE OF NEW JERSEY   )
                                           )ss.:
COUNTY OF ESSEX        )

DAVID R. KOTT, of full age, being duly sworn according to law, upon his oath deposes and says:

1. I am a member of the firm of McCarter & English, LLP, attorneys for defendant/third party plaintiff Commonwealth Land Title Insurance Company in the within matter.

2. On August 12, 2005, I caused to be delivered by regular mail the Acceptance of Service of Defendant/Third Party Plaintiff Commonwealth Land Title Insurance Company's Third Party Complaint Against Third Party Defendant Elizabeth Ann DeMola By Jeffrey D. Smith, Esq. for Third Party Defendant Elizabeth Ann DeMola upon the persons and companies named in the attached Service List.

3. On August 12, 2005, I caused to be delivered by certified mail, return receipt requested the Acceptance of Service of Defendant/Third Party Plaintiff Commonwealth Land Title Insurance Company's Third Party Complaint Against Third Party Defendant Elizabeth Ann DeMola By Jeffrey D. Smith, Esq. for Third Party Defendant Elizabeth Ann DeMola upon Jeffrey D. Smith, Esq., DeCotiis, Fitzpatrick, Cole & Wisler, LLP, Glenpointe Centre West, 500 Frank W. Burr Boulevard, Teaneck, NJ 07666.

_____
David R. Kott

Sworn and subscribed to
Before me this 12th day
of August, 2005.

*Diana L. Christmas*
**DIANA L. CHRISTMAS**
A Notary Public Of New Jersey
My Commission Expires Jan. 16, 2007

2

ME1\5138881.1