Edward C. Bertucio, Jr., Esq. (ECB 6435)
HOBBIE, CORRIGAN, BERTUCIO & TASHJY, P.C.
125 Wyckoff Road
Eatontown, New Jersey 07724
(732) 380-1515
Attorneys for Defendant, Michael Alfieri, Esq.

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, RONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE J. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW YORK, INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, COASTAL TITLE AGENCY, STEWART TITLE GUARANTY COMPANY, IRENE DIFEO, DONNA PEPSNEY, WEICHERT REALTORS, AND VECCHIO REALTY, INC. D/B/A MURPHY REALTY BETTER HOMES AND GARDENS,<br>　　　　　Defendants. | Civ. No. 97-3496 (WGB)<br><br>**DEFENDANT ALFIERI'S NOTICE OF MOTION COMPELLING THE PRODUCTION OF PLAINTIFF'S DISCOVERY RESPONSES PURSUANT TO FED.R.CIV.P. 37(a)2** |

To: Civil Motions Clerk
United States District Court
District of New Jersey
MLK Federal Building and US Courthouse
50 Walnut Street
Newark, New Jersey 07102

Honorable William G. Bassler, U.S.D.J.
United States District Court
District of New Jersey
MLK Federal Building and US Courthouse
50 Walnut Street, Room 5060
Newark, New Jersey 07102

Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court
District of New Jersey
MLK Federal Building and US Courthouse
50 Walnut Street, Room 5060
Newark, New Jersey 07102

Attached counsel list

**PLEASE TAKE NOTICE** that as soon as counsel may be heard, the undersigned, counsel for Michael Alfieri, Esq., shall move before the Honorable William G. Bassler, U.S.D.J., for an order Compelling the production of Plaintiff's Discovery responses.

In support of the foregoing motion, counsel for Mr. Alfieri, Esq. shall rely upon the attached attorney's certification.

A proposed form of order is attached as well.

                                HOBBIE, CORRIGAN, BERTUCIO & TASHJY, P.C.
                                Attorneys for Michael Alfieri, Esquire

Dated: 8/29/05            By: _____
                                   Edward C. Bertucio, Jr., Esq.

Edward C. Bertucio, Jr., Esq. (ECB 6435)
HOBBIE, CORRIGAN, BERTUCIO & TASHJY, P.C.
125 Wyckoff Road
Eatontown, New Jersey 07724
(732) 380-1515
Attorneys for Defendant, Michael Alfieri, Esq.

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, RONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE J. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW YORK, INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, and COASTAL TITLE AGENCY,<br><br>Defendants. | Civ. No. 97-3496 (WGB)<br><br>**CERTIFICATION OF SERVICE** |

I HEREBY CERTIFY that an original and two (2) copies of the within Notice of Motion, was on this date electronically filed with the Civil Motions Clerk of the United States District Court, District of New Jersey, MLK Federal Building and US Courthouse, 50 Walnut Street, Newark, New Jersey 07102; and that true copies have been served upon the following parties, all via electronic filing and regular mail:

Honorable William G. Bassler, U.S.D.J.
United States District Court
District of New Jersey
MLK Federal Building and US Courthouse
50 Walnut Street, Room 5060
Newark, New Jersey 07102

Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court
District of New Jersey
MLK Federal Building and US Courthouse
50 Walnut Street, Room 5060
Newark, New Jersey 07102

All attorneys on attached counsel list.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

HOBBIE, CORRIGAN, BERTUCIO & TASHJY, P.C.
Attorneys for Michael Alfieri, Esquire

Dated: 8/29/05    By: _____
Edward C. Bertucio, Jr., Esq.

## COUNSEL LIST

**Attorneys for Plaintiff, Walsh Securities**
Robert A. Magnanini, Esq.
Boies, Schiller & Flexner, LLP
150 JFK Parkway
Short Hills, New Jersey 07078

**Attorneys for Richard Calanni**
Richard Calanni, Pro Se
1 Old Farm Road
Tinton Falls, NJ 07724

**Attorneys for Richard DiBenedetto**
Richard DiBenedetto, Pro Se
153 Stephens Lane
Matawan, New Jersey 07430

**Attorneys for Stanley Yacker, Esq.**
**Stanley Yacker, Pro Se**
c/o Monmouth Title
188 E. Bergen Place
Red Bank, New Jersey 07701

**Attorneys for Richard Pepsny**
Mark W. Cantanzaro, Esq.
Blason IV – Suite 208
513 South Lenola Road
Moorestown, New Jersey 08057
Fax:   (856) 235-4332

**Attorneys for National Home Funding, Inc.**
**And Robert Skowrenski, II**
Michael Schottland, Esq.
Schottland, Manning, Rosen, Caliendo & Munson, P.A.
36 West Main Street
Box 6578
Freehold, New Jersey 07728

**Attorneys for Anthony M. Ciccalese**
Thomas D. Flinn, Esq.
Garrity, Graham, Favetta & Flinn
1 Lackawanna Plaza
P.O. Box 4205
Montclair, New Jersey 07042

**Attorneys for Cristo Property Management, LTD, DEK Homes of NJ, Inc., Oakwood Properties, Inc, and William Kane**
Joseph V. Sorrentino, Esq.
70 Hudson Street, Penthouse Suite
Hoboken, New Jersey 07030

**Attorneys for Lawrence J. Cuzzi**
Theodore Daunno, Esq.
1033 Clifton Avenue
Clifton, New Jersey 07013

**Attorneys for Anthony D'Apolito and DAP Consulting, Inc.**
Anthony D'Apolito, Pro Se
909 Woodland Avenue
Wall Township, New Jersey 07719

**Attorneys for Commonwealth Land Title Insurance Company**
David R. Kott, Esq.
McCarter & English
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101

**Attorneys for Nations Title Insurance Company of New York, Inc. and Fidelity National Title Insurance Company of New York**
Anthony Argiropoulos, Esq.
Fox, O'Brien, Rothschild & Frankel
997 Lenox Drive
Lawrenceville, New Jersey 08648

**Attorneys for Coastal Title Insurance**
Martin R. McGowan, Esq.
Methfessel & Werbel
3 Ethel Road
P.O. Box 3012
Edison, New Jersey 08818

**Attorney for Thomas Brodo**
Thomas Brodo, Pro Se
139 B. Fort Lee Road
Teaneck, New Jersey 07666

**Attorneys for Defendant Stewart Title Guaranty Company**
Frederick W. Alworth, Esq.
Terrence S. Brody, Esq.
Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.
One Riverfront Plaza
Newark, New Jersey 07102

**Attorneys for Defendant Weichert Realtors**
John B. McCusker, Esq.
McCusker, Anselmi, Rosen, Carvelli & Walsh
127 Main Street
Chatham, New Jersey 07928

**Attorneys for Garden State Indemnity Company**
Andrew L. Indeck, Esq.
Scarinci & Hollenbeck, LLC
P.O. Box 790
Lyndhurst, New Jersey 07071-0790

**Attorney for Michael Alfieri, Esq., on the Sixth Count**
Robert J. Reilly, III, Esq.
Reilly, Supple & Wischusen, LLC
Murray Hill Officenter
571 Central Avenue
New Providence, New Jersey 07974

**Attorneys for Cristo Property Mgmt. and William J. Kane**
Ronald M. Kleinberg, Esq.
Meissner, Kleinberg & Finkel, LLP
275 Madison Ave. 10th Floor
New York, NY 10016

**Attorney for Roland J. Pierson**
Pasquale Menna, Esq.
Kauff and Menna
170 Broad Street
Red Bank, New Jersey 07701

James Brown, Esq., Pro Se
1089 Cedar Avenue
Union, New Jersey 07083

**Attorney for Fidelity National Title Insurance and Nations Title Insurance**
Edward Hayes, Esq.
Fox, Rothschild, O'Brien & Frankel
2000 Market Street, 10th Floor
Philadelphia, PA 19103

Irene DiFeo, Pro Se
5 Leann Court
Old Bridge, NJ 08857

Capital Assets Property Management, LLC
10 West Bergen Place
Red Bank, NJ 07701