Edward C. Bertucio, Jr., Esq. (ECB 6435)
HOBBIE, CORRIGAN, BERTUCIO & TASHJY, P.C.
125 Wyckoff Road
Eatontown, New Jersey 07724
(732) 380-1515
Attorneys for Defendant, Michael Alfieri, Esq.

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC.<br><br>          Plaintiff,<br><br>v.<br><br>CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, RONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE J. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW YORK, INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, and COASTAL TITLE AGENCY,<br><br>          Defendants. | Civ. No. 97-3496 (WGB)<br><br><br><br><br><br>ORDER |

THIS MATTER having been opened to the Court by Edward C. Bertucio, Jr., Esq. of the

law firm of Hobbie, Corrigan, Bertucio & Tashjy, a professional corporation, attorneys for

Defendant, Michael Alfieri, Esq., and the Court having read the papers submitted herein, and for good cause shown,

IT IS ON THIS _____ DAY OF _____, 2005,

ORDERED that Plaintiff is compelled to produce answers to Interrogatories and response to Defendant's Notice to Produce within _____ days of the date hereof pursuant to Fed.R.Civ.P. 37(a)2; and it is

FURTHER ORDERED that a copy of this Order be served upon all attorneys within _____ days of the date hereof.

_____
William G. Bassler, U.S.D.J.