# BOIES, SCHILLER & FLEXNER LLP

150 JOHN F. KENNEDY PARKWAY • 4TH FLOOR • SHORT HILLS, NJ 07078 • PH. 973.218.1111 • FAX 973.218.1106

September 15, 2005

**VIA ELECTRONIC FILING**

William T. Walsh, Clerk
United States District Court
for the District of New Jersey
Martin Luther King, Jr.
Federal Building and Courthouse
50 Walnut Street
Newark, NJ 07101

    Re: *Walsh Securities, Inc. v. Cristo Property Management, LTD., et al.*
       *Civil Action No.: 97-3496 (WGB)*

Dear Mr. Walsh:

  We represent Third-Party Defendant Robert Walsh ("Walsh") in the above-referenced matter. Pursuant to Local Civil Rule 7.1(b) (Optional Motion Procedure – Appendix N), today we hereby file electronically:

  Walsh's Motion to Dismiss, which consists of the following:

1. Notice of Motion to Dismiss the Third Party Complaints of Defendants Robert Skowrenski, II, National Home Funding, Inc. and Commonwealth Land Title Insurance Co.;

2. Memorandum of Law in support thereof;

3. Proposed Order; and

4. Certificate of Service.

BOIES, SCHILLER & FLEXNER LLP

Page 2

  Third Party Plaintiff Commonwealth Land Title Insurance Company's Opposition to Walsh's Motion to Dismiss, which consists of the following:

  5. Third Party Plaintiff Commonwealth Land Title Insurance Company's Brief in Opposition to Third Party Defendant Robert Walsh's Motion to Dismiss the Third Party Complaints of Defendants Robert Skowrenski, II, National Home Funding, Inc. and Commonwealth Land Title Insurance Company; and

  6. Certification of Service.

Walsh's Reply to Commonwealth's Opposition, which consists of the following:

  7. Memorandum of Law in Reply to Commonwealth's Opposition;

  8. Revised Proposed Form of Order; and

  9. Certificate of Service.

  As a result of discussion between counsel, and as more fully described in Walsh's Reply Memorandum, Walsh has withdrawn without prejudice to re-file its motion to dismiss the Third Party Complaint of Defendants Robert Skowrenski, II and National Home Funding, Inc.

  We are delivering to Judge Bassler's Chambers, via Federal Express, two (2) copies of all of the above papers, as per Judge Bassler's individual practices. We respectfully request oral argument on this motion.

            Respectfully submitted,

            Robert A. Magnanini

RAM/aa
Enclosures
cc: Honorable William G. Bassler, U.S.D.J. (w/ enclosures via federal express)
   All Counsel and Pro Se Parties (w/ enclosures via U.S. Mail)