5/16/05

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : Civil Action No. CV 97-3496 (WGB) |
| | : |
| Plaintiff, | : Hon. William G. Bassler |
| | : |
| vs. | : |
| | : |
| CRISTO ROPERTY MANAGEMENT, | : **NOTICE OF MOTION** |
| LTD., et als. | : |
| | : |
| Defendants. | : |

**PLEASE TAKE NOTICE** that upon the enclosed Memorandum of Law in support of the Motion of Third Party Defendant Robert Walsh to Dismiss the Third Party Complaints of Defendants Robert Skowrenski, II, National Home Funding, Inc. and Commonwealth Land Title Insurance Co. for Failure to State a Claim pursuant to Fed. R. Civ. P.12(b)(6), and a proposed form of Order, the undersigned will move, before the Honorable William G. Bassler, United States District Court Judge, District of New Jersey, Martin Luther King Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, on the __ day of _____, 2005, at 10:00 a.m. in the forenoon or as soon thereafter as counsel may be heard, for an Order, in the form of the proposed Order enclosed herewith, dismissing with prejudice the Third Party Complaints of Robert Skowrenski II, National Home Funding, Inc. and Commonwealth Land Title Insurance Co. as to and against Third Party Defendant Robert Walsh.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests oral argument.

Dated: May 16, 2005

By: _Robert A. Magnanini /CI_
     Robert A. Magnanini (RAM 7356)
     BOIES, SCHILLER & FLEXNER LLP
     150 John F. Kennedy Parkway, 4th floor
     Short Hills, New Jersey 07078
     (973) 218-1111
     Counsel for Third Party Defendant Robert Walsh