UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : Civil Action No. CV 97-3496 (WGB) |
| Plaintiff, | : Hon. William G. Bassler |
| vs. | : |
| CRISTO ROPERTY MANAGEMENT, LTD., et als. | : **PROPOSED ORDER** |
| Defendants. | : |

**THIS MATTER** having been opened to the Court by Boies, Schiller & Flexner, LLP (Robert A. Magnanini appearing), on behalf of Third Party Defendant Robert Walsh ("Walsh"), and the Court having considered the submissions of the parties and argument of counsel, and for the reasons set forth on the record and for good cause shown;

**IT IS**, on this ____ day of _____, 2005

**ORDERED** that Third Party Defendant Robert Walsh's Motion to Dismiss the Third Party Complaints of Defendants Robert Skowrenski, II, National Home Funding, Inc. and Commonwealth Land Title Insurance Co. be and is hereby granted; and it is

**FURTHER ORDERED** that the Third Party Complaints of Defendants Robert Skowrenski, II, National Home Funding, Inc. and Commonwealth Land Title Insurance Co. as to and against Third Party Defendant Robert Walsh shall be dismissed with prejudice; and it is

**FURTHER ORDERED** that copies of the within Order be served upon all parties in this action within ____ days.

_____
Hon. William G. Bassler, U.S.D.J.