## **CERTIFICATE OF SERVICE**

I certify that on May 16, 2005, I caused to be served the within Notice of Motion of Third-Party Defendant Robert Walsh to Dismiss the Third-Party Complaints of Defendants Robert Skowrenski, II, National Home Funding, Inc. and Commonwealth Land Title Insurance Co. for Failure to State a Claim pursuant to Fed. R. Civ. P.12(b)(6), Memorandum of Law in support thereof and a proposed form of Order, via Federal Express upon the following parties:

Michael Schottland, Esq.
Schottland, Manning, Rosen, Caliendo & Munson
36 West Main Street
Freehold, NJ 07728

David R. Kott, Esq.
McCarter & English
Four Gateway Center
Newark, NJ 07101

and via Regular Mail upon the parties set forth on the attached Service List.

Dated: May 16, 2005

By: *Robert A. Magnanini/CI*
Robert A. Magnanini (RAM 7356)
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway, 4th floor
Short Hills, New Jersey 07078
(973) 218-1111
Counsel for Third-Party Defendant Robert Walsh

WALSH SECURITIES V. CRISTO MANAGEMENT LTD.
Civil Action CV 97-3496 (WGB)

SERVICE LIST

Richard Calanni, **Pro Se**
1 Old Farm Road
Tinton Falls, NJ 07724

Richard DiBenedetto, **Pro Se**
153 Stephens Lane
Matawan, NJ 07430

Frederick W. Alworth, Esq.
Gibbons, Del Deo
One Riverfront Plaza
Newark, NJ 07102
**For Stewart Title Insurance Co.**

Mark W. Cantanzaro, Esq.
Blason IV – Suite 208
513 South Lenola Road
Moorestown, NJ 08057
**For Richard Pepsney and Donna Pepsney**

Michael H. Freeman, Esq.
Greenberg Dauber Epstein & Tucker
One Gateway Center – Suite 600
Newark, NJ 07102
**For Anthony M. Cicalese**

Joseph V. Sorrentino, Esq.
404 Manor Road
Staten Island, NY 10314
**For William J. Kane, Cristo Property Management Ltd. a/k/a GJL Ltd., Oakwood Properties, Inc. and DEK Homes of N.J.**

Martin R. McGowan, Esq.
Methfessel & Werbel
3 Ethel Road, Suite 300
Edison, NJ 08818
**For Coastal Title Insurance Co.**

Theodore Daunno, Esq.
1033 Clifton Avenue
Clifton, NJ 07013
**For Lawrence J. Cuzzi**

Anthony Argiropoulos, Esq.
Fox, O'Brien, Rothschild & Frankel
997 Lenox Drive
Lawrenceville, NJ 08648
**For Nations Title Insurance Co. of New York and Fidelity National Title Insurance Co. of New York**

Thomas Brodo, **Pro Se**
139B Fort Lee Road
Teaneck, NJ 07666

Andrew L. Indeck, Esq.
Scarinci & Hollenbeck
1100 Valleybrook Avenue
Lyndhurst, NJ 07071
**For Garden State Indemnity Company**

Thomas D. Flinn, Esq.
Garrity, Graham, Favetta & Flinn
1 Lackawanna Plaza
Montclair, NJ 07041
**For Anthony M. Cicalese**

Pasquale Menna, Esq.
Kauff & Menna
170 Broad Street
Red Bank, NJ 07701
**For Roland J. Pierson**

Edward C. Bertucio, Jr., Esq.
Hobbie, Corrigan, Bertucio & Tashjy
125 Wyckoff Road
Eatontown, NJ 07724
**For Michael Alfieri**

John B. McCusker, Esq.
McCusker, Anselmi, Rosen, Carvelli & Walsh
127 Main Street
Chatham, NJ 07928
**For Weichert Realtors**

James R. Brown, **Pro Se**
1089 Cedar Avenue
Union, NJ 07083
212-340-9566

Irene DiFeo, **Pro Se**
5 Leann Court
Old Bridge, NJ 08857

Anthony D'Appolito, **Pro Se**
909 Woodland Avenue
Wall Township, NJ 07719

Stanley Yacker, Esq., **Pro Se**
c/o Monmouth Title
188 East Bergen Place
Red Bank, NJ 07701