## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : Civil Action No. CV 97-3496 (WGB) |
| Plaintiff, | : Hon. William G. Bassler |
| vs. | : **REVISED** |
| | : **PROPOSED ORDER** |
| CRISTO ROPERTY MANAGEMENT, LTD., et als. | : |
| Defendants. | : |

THIS MATTER having been opened to the Court by Boies, Schiller & Flexner, LLP (Robert A. Magnanini appearing), on behalf of Third Party Defendant Robert Walsh ("Walsh"), and the Court having considered the submissions of the parties and argument of counsel, and for the reasons set forth on the record and for good cause shown;

IT IS, on this _____ day of _____, 2005

ORDERED that Third Party Defendant Robert Walsh's Motion to Dismiss the Third Party Complaint of Defendant Commonwealth Land Title Insurance Co. be and is hereby granted; and it is

FURTHER ORDERED that Commonwealth's request to amend its Complaint is denied; and it is

FURTHER ORDERED that the Third Party Complaint of Defendant Commonwealth Land Title Insurance Co. as to and against Third Party Defendant Robert Walsh shall be dismissed with prejudice; and it is

FURTHER ORDERED that copies of the within Order be served upon all parties in this action within _____ days.

_____
Hon. William G. Bassler, U.S.D.J.