


McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07101-0652
973.622.4444
fax 973.624.7070
www.mccarter.com




ATTORNEYS AT LAW

**VIA FAX, REGULAR MAIL & CERTIFIED MAIL – R.R.R.**

June 7, 2005

Re: Walsh Securities, Inc. v. Cristo Property Management, LTD., a/k/a G.J.L. Limited, et al.
Civil Action No. 97-3496 (WGB)

Robert A. Magnanini, Esq.
Boies, Schiller & Flexner, LLP
150 John F. Kennedy Parkway, 4th Floor
Short Hills, New Jersey 07078

Dear Mr. Magnanini:

As you know, we represent the defendant, Commonwealth Land Title Insurance Company, in the above-captioned case. Pursuant to Local Civil Rule 7.1(b) (Optional Motion Procedure-Appendix N), please find the following enclosed materials:

1. An original and two (2) copies of Commonwealth's brief in opposition to Third-Party Defendant Robert Walsh's motion to dismiss the Third-Party Complaints of Defendants Robert Skowrenski, II, National Home Funding, Inc., and Commonwealth Land Title Insurance Company; and

2. Certification of Service.

I have filed an electronic copy of this letter, without enclosures, today with the Court.

Very truly yours,

David R. Kott
Enclosure
DRK/nsw
cc: Hon. William J. Bassler (w/encl.)
All Persons on Attached Service List (w/encls. - By Regular Mail)