McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant/Third-Party
 Plaintiff Commonwealth Land Title Insurance Company
DK-4593 (David R. Kott, Esq.)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------------------------------------x

| | | |
|---|---|---|
| WALSH SECURITIES, INC., | : | |
| | | |
| v.          Plaintiff, | : | Civil Action No. 97-3496 |
| | | Honorable William G. Bassler |
| CRISTO PROPERTY MANAGEMENT, LTD., | : | |
| a/k/a G.J.L. LIMITED, DEK HOMES OF | | |
| NEW JERSEY, INC., OAKWOOD | : | |
| PROPERTIES INC., NATIONAL HOME | | |
| FUNDING, INC., CAPITAL ASSETS | : | CERTIFICATION OF SERVICE |
| PROPERTY MANAGEMENT & INVESTMENT | | |
| CO., INC., CAPITAL ASSETS | : | |
| PROPERTY MANAGEMENT, L.L.C., | | |
| WILLIAM J. KANE, GARY GRIESER, | : | |
| ROBERT SKOWRENSKI, II, RICHARD | | |
| CALANNI, RICHARD DIBENEDETTO, JAMES | : | |
| R. BROWN, THOMAS BRODO, RONALD J. | | |
| PIERSON, STANLEY YACKER, ESQ., | : | |
|  MICHAEL ALFIERI, ESQ., RICHARD | | |
| PEPSNY, ESQ., ANTHONY M. CICALESE, | : | |
| ESQ., LAWRENCE M. CUZZI, ANTHONY | | |
| D'APOLITO, DAP CONSULTING, INC., | : | |
| COMMONWEALTH LAND TITLE INSURANCE | | |
| COMPANY, NATIONS TITLE INSURANCE | : | |
| OF NEW YORK INC., FIDELITY NATIONAL | | |
| TITLE INSURANCE COMPANY OF NEW | : | |
| YORK, COASTAL TITLE AGENCY, and | | |
| STEWART TITLE GUARANTY COMPANY, | : | |
| IRENE DiFEO, DONNA PEPSNY, | | |
| WEICHERT REALTORS, AND VECCHIO | : | |
| REALTY, INC. D/B/A MURPHY REALTY | | |
| BETTER HOMES and GARDENS, | : | |
| | | |
|          Defendants. | : | |
| and | | |
| | : | |

| | |
|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, | : |
| Defendant/Third Party Plaintiff, | : |
| v. | : |
| ROBERT WALSH and ELIZABETH ANN, DeMOLA | : |
| Third Party Defendants. | : |

GERALDINE AUER, of full age, certifies as follows:

1. I am a legal secretary employed with the firm of McCarter & English, LLP, attorneys for defendants/third-party plaintiff Commonwealth Land Title Insurance Company.

2. On June 7, 2005 I caused to have the original and two copies Commonwealth's brief in opposition to Third-Party Defendant Robert Walsh's motion to dismiss the Third-Party Complaints of Defendants Robert Skowrenski, III, National Home Funding, Inc., and Commonwealth Land Title Insurance Company to be sent by certified mail, return receipt requested, via facsimile and by regular mail to Robert A. Magnanini, Esq., Boies, Schiller & Flexner, LLP, 150 John F. Kennedy Parkway, Short Hills, New Jersey. I also arranged for a copy to be sent by regular mail to the Honorable William G. Bassler, United States District Court, M.L. King, Jr. Federal Building & Courthouse, Room 5060, Newark, New Jersey.

3. On the same date I arranged to have a copy of the brief referred to in paragraph 2 to be served on all persons shown on the attached service list by regular mail.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

*/s/ Geraldine Auer*
GERALDINE AUER

Dated: June 7, 2005

NWK2: 1320101.01

Revised 4/02/05

## SERVICE LIST

### WALSH SECURITIES, INC. V. CRISTO PROPERTY MANAGEMENT, ET AL
### CIVIL ACTION NO. 97-3496(WGB)

Robert A. Magnanini, Esq.
Boies, Schiller & Flexner LLP
150 John F. Kennedy
Short Hills, NJ 07078
**Attorney for plaintiff Walsh Securities, Inc. and for third-party defendant Robert Walsh**

Ronald M. Kleinberg, Esq.
Richard A. Finkel, Esq.
Meissner, Kleinberg & Finkel, LLP
275 Madison Ave., Suite 1000
New York, New York 10016
**Attorney for defendants Cristo Property Management, LTD, DEK Homes of NJ, Inc., Oakwood Properties, Inc., and William J. Kane**

Joseph Sorrentino, Esq.
404 Manor Road
Staten Island, New York 10314
**Attorney for defendants Cristo Property Management, LTD, DEK Homes of NJ, Inc., Oakwood Properties, Inc., and William J. Kane**

Michael Schottland, Esq.
Schottland, Manning, Rosen, Callendo & Munson, PA
36 W. Main Street
Freehold, NJ 07728
**Attorney for Defendants National Home Funding, Inc. and Robert Skowrenski, II**

Martin R. McGowan, Jr., Esq.
Methfessel & Werbel
3 Ethel Road
Suite 300
Edison, New Jersey 08818
**Attorneys for Defendant Coastal Title Agency**

Edward C. Bertucio, Jr., Esq.
Hobbie, Corrigan, Bertucio & Tashjy, P.C.
125 Wyckoff Road
Eatontown, NJ 07724
**Attorney for Defendant Michael Alfieri, Esq.**

Robert J. Reilly, III, Esq.
Reilly, Supple & Wischusen, LLC
571 Central Avenue
New Providence, NJ  07974
**Attorney for defendant Michael Alfieri, Esq. on the Sixth Count**

Theodore W. Daunno, Esq.
1033 Clifton Avenue
Clifton, New Jersey 07013
**Attorney for Defendant Lawrence M. Cuzzi**

Mark W. Catanzaro, Esq.
Blason IV
Suite 208
513 Lenola Road
Moorestown, New Jersey 08057
**Attorney for defendants Richard Pepsny and Donna Pepsny**

Thomas D. Flinn, Esq.
Garrity, Graham, Favette & Flinn
1 Lackawanna Plaza, Box 4205
Montclair, NJ 07042
**Attorney for Defendant Anthony M. Ciccalese**

Anthony Argiropoulous, Esq.
Fox, Rothschild, O'Brien & Frankel
997 Lenox Drive, Bldg. 3
Lawrenceville, New Jersey 08648
**Attorney for Defendants Fidelity National Title Insurance and Nations Title Insurance**

Edward J. Hayes, Jr., Esq.
Fox, Rothschild, O'Brien & Frankel
2000 Market Street
10th Floor
Philadelphia, Pennsylvania 19103-3291
**Attorney for Defendants Fidelity National Title Insurance and Nations Title Insurance**

Pasquale Menna, Esq.
Kauff and Menna
170 Broad Street
P.O. 762
Red Bank, New Jersey 07701
**Attorneys for defendant Roland J. Pierson**

Frederick Alworth, Esq.
Gibbons Del Deo Dolan Griffinger & Vecchione, PC
1 Riverfront Plaza
Newark, NJ 07102
**Attorney for defendant Stewart Title Guaranty Company**

John B. McCusker, Esq.
McCusker Anselmi Rosen Carvelli & Walsh, PC
127 Main Street
Chatham, NJ 07928
**Attorney for defendant Weichert Realtors**

Thomas Brodo, Pro Se
139B Fort Lee Road
Teaneck, New Jersey  07666

James R. Brown, Pro Se
1089 Cedar Avenue
Union, New Jersey  07083

Richard Calanni, Pro Se
One Old Farm Road
Tinton Falls, New Jersey 07724

Anthony D'Apolito, Pro Se
909 Woodland
Wall Township, NJ 07719

Richard DiBenedetto, Pro Se
153 Stephens Lane
Mahwah, New Jersey  07430

Irene DiFeo, Pro Se
5 Leann Court
Old Bridge, NJ 08857

Stanley Yacker, Esq., Pro Se
33 Broadway, #1
Ocean Grove, NJ  07756-1397

Capital Assets Property Management, LLC
10 West Bergen Place
Red Bank, NJ 07701

Andrew I. Indeck, Esq.
Scarinci & Hollenbeck, LLC
1100 Valleybrook Avenue
P.O. Box 790
Lyndhurst, NJ 07071
**Attorney for Garden State Indemnity Co. (Legal Malpractice carrier**
                                                **for defendant Michael Alfieri)**



NWK2: 1304466.01

3