GARRITY, GRAHAM, FAVETTA & FLINN
A Professional Corporation
One Lackawanna Plaza
P.O. Box 4205
Montclair, NJ 07042
Telephone: 973-509-7500
**Attorneys for Defendant, Anthony M. Cicalese, Esq.**
**Our File No. 240.02982/TDF**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | Action No.: CV 97-3496(WGB) |
| Plaintiff, | Hon. William G. Bassler |
| vs. | |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DiBENEDETTO, JAMES R. BROWN, THOMAS BRODO, ROLAND PIERSON, STANLEY YACKER ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE CO., NATIONS TITLE INSURANCE OF NEW YORK, INC., FIDELITY NATIONAL NATIONAL TITLE INSURANCE CO. OF NEW YORK, COASTAL TITLE AGENCY, STEWART TITLE GUARANTY COMPANY, IRENE DIFEO, DONNA PEPSNY, WEICHERT REALTORS, AND VECCHIO REALTY, INC., d/b/a MURPHY REALTY BETTER HOMES and GARDENS, | **NOTICE OF MOTION TO WITHDRAW AS COUNSEL** |
| Defendants. | |
| And | |
| COMMONWEALTH LAND TITLE INSURANCE | |

```
COMPANY,                                   :
                                           :
  Defendant/Third Party Plaintiff,         :
                                           :
v.                                         :
                                           :
ROBERT WALSH and ELIZABETH ANN             :
DeMOLA,                                    :
                                           :
        Third Party Defendants.            :
                                           :
```

TO: Clerk, United States District Court
    District of New Jersey
    M.L. King, Jr. Federal Bldg. and U.S. Courthouse
    50 Walnut Street
    Newark, NJ 07102

    Honorable Madeline Cox Arleo, U.S.M.J.
    M.L. King, Jr. Federal Bldg. and U.S. Courthouse
    50 Walnut Street
    Newark, NJ 07102

    Anthony M. Cicalese, Esq.
    467 Long Hill Drive
    Short Hills, NJ 07078

    Anthony M. Cicalese, Esq.
    275 Ocean Avenue
    Long Branch, NJ

    Anthony Cicalese
    74C Manatiales de Belen
    200 Mtrs Norte de igleseis de Ascen
    San Antonio de Belen
    Heredia, CR

    **VIA E-MAIL** centaur2@idsca.com **and amc714@acicalese.com**

**PLEASE TAKE NOTICE THAT** on November 4, 2005 at two o'clock in the p.m., or as soon thereafter as counsel may be heard, in Room 2060, at the Martin Luther King, Jr. Federal Building and United States Court House, in Newark, New Jersey, the undersigned will bring the above motion on for hearing.

**PLEASE TAKE NOTICE THAT** Thomas D. Flinn, Esq. of the firm of

2

Garrity, Graham, Favetta & Flinn, P.C., attorneys of record for the Defendant, Anthony M. Cicalese, Esq., in the above-captioned matter, moves the Court for permission to withdraw their appearance, whereby an Answer to the Amended Complaint was filed on April 27, 2005 as attorney of record for Anthony M. Cicalese, Esq., for all Counts of plaintiff's Complaint with the exception of Count Six (negligence). This Motion is based on the grounds that this firm has been instructed to file this Motion by Garden State Indemnity, the insurance carrier for Anthony M. Cicalese, Esq.

                                            GARRITY, GRAHAM, FAVETTA & FLINN
                                            Attorneys for Defendant,
                                            Anthony M. Cicalese, Esq.

                                            BY: S/THOMAS D. FLINN
                                                  THOMAS D. FLINN (1849)

Dated: October 12, 2005

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 11th day of October, 2005, a copy of the foregoing NOTICE OF MOTION TO WITHDRAW AS COUNSEL was served by electron filing upon counsel listed on the Notice of Electronic Filing, and/or by first class, postage prepaid, addressed to the following:

```
Robert A. Magnanini, Esq.
Boies, Schiller & Flexner, LLP
150 JFK Parkway - 4th Floor
Short Hills, NJ  07078
Attorneys for                  Plaintiff, Walsh Securities, Inc.

Richard Calanni, Pro Se
One Old Farm Road
Tinton Falls, NJ  07724
Attorneys for                  Defendant, Richard Calanni

Richard DiBenedetto, Pro Se
153 Stephens Lane
Matawan, NJ  07430
Attorneys for                  Defendant, Richard DiBenedetto, Pro Se

Lawrence S. Lustberg, Esq./James I. O'Hern, Esq.
Gibbons, Del Deo, Dolan, Griffinger & Vecchione, Esqs.
One Riverfront Plaza
Newark, NJ  07102
Attorneys for                  Defendant, Stanley Yacker, Esq.

Mark W. Cantanzaro, Esq.
Law Offices of Mark W. Cantanzaro
Blason IV - Suite 208
513 South Lenola Road
Moorestown, NJ  08057
Attorneys for                  Defendant, Richard Pepsney

Michael Schottland, Esq.
Schottland, Manning, Rosen, Caliendo & Munson
36 West Main Street
P.O. Box 6578
Freehold, NJ  07728
Attorneys for                  Defendant, National Home Funding, Inc. and
                               Robert Skowrenski, II

Joseph V. Sorrentino, Esq.
Law Offices of Joseph V. Sorrentino
70 Hudson Street
Hoboken, NJ 07030
Attorneys for                  Defendants, William J. Kane, Cristo Property
                               Management Ltd., a/k/a GJL Ltd., Oakwood
                               Properties, Inc., and DEK Homes of N.J., Inc.

James G. Aaron, Esq.
Ansell, Zaro, Grimm & Aaron
1500 Lawrence Avenue
CN 7807
Ocean, NJ  07712
Attorneys for                  Defendant, Coastal Title Co.
```

```
Theodore Daunno, Esq.
Law Offices of Theodore Daunno
1033 Clifton Avenue
Clifton, NJ  07103
Attorneys for                   Defendant, Lawrence J. Cuzzi

David R. Kott, Esq.
McCarter & English, Esqs.
Four Gateway Center
100 Mulberry Street
Post Office Box 652
Newark, NJ  07102
Attorneys for                   Defendant/Third Party Plaintiff, Commonwealth
                                Land Title Insurance Company

Anthony Argiropoulos, Esq.
Fox, Rothschild, O'Brien & Frankel, LLP
P.O. Box 5231
Princeton, NJ 08543-5231
Attorneys for                   Defendants, Fidelity National Tilte Insurance
                                and Nations Title Insurance

Edward Hayes, Esq.
Fox, Rothschild, O'Brien & Frankel
2000 Market Street - 10th Floor
Philadelphia, PA 19103
Attorneys for                   Fidelity National Title Insurance and Nations
                                Title Insurance

Martin R. McGowan, Jr., Esq.
Methfessel & Werbel, Esqs.
3 Ethel Road
P.O. Box 3012
Edison, NJ  08818
Attorneys for                   Defendant, Coastal Title Agency

Thomas Brodo, Pro  Se
139 B Fort Lee Road
Teaneck, NJ  07666
Attorneys for                   Defendant, Thomas Brodo, Pro Se

Andrew L. Indeck, Esq.
Scarinci & Hollenbeck, L.L.C.
1100 Valley Brook Avenue
P.O. Box 790
Lyndhurst, NJ  07071-0790
Attorneys for                   Defendant, Garden State Indemnity Company
                                (legal  Malpractice  carrier  for  defendant
                                Michael Alfieri)

Pasquale Menna, Esq.
Kauff & Menna
170 Broad Street
P.O. Box 762
Red Bank, NJ  07701
Attorneys for                   Defendant, Ronald J. Pierson

Edward C. Bertucio, Jr., Esq.
Hobbie, Corrigan, Bertucio & Tashjy, PC
125 Wyckoff Road
Eatontown, NJ  07724
Attorneys for                   Defendant, Michael Alfieri, Esq.
```

```
Maura W. Sommer, Esq./John B. McCusker, Esq.
McCusker, Anselmi, Rosen & Carvelli, Esqs.
127 Main Street
Chatham, NJ 07928
Attorneys for                    Defendant, Weichert Realtors

August W. Fischer
Law Offices of August W. Fischer
53 Pequot Road
Ringwood, NJ 07456
Attorneys for                    Defendant, Richard Calanni

Ronald M. Kleinberg, Esq./Richard A. Finkel, Esq.
Meissner, Kleinberg & Finkel, LLP
275 Madison Avenue - Suite 1000
New York, NY 10016
Attorneys for                    Defendants, Cristo Property Management, LTD,
                                 DEK Homes of NJ, Inc., Oakwood Properties,
                                 Inc., and William J. Kane

Jerome A. Ballarotto, Esq.
Law Offices of Jerome A. Ballarotto
143 White Horse Avenue
Trenton, NJ 08610
Attorneys for                    Defendant, Richard Pepsny

James R. Brown, Pro Se
1089 Cedar Avenue
Union, NJ 07083
Attorneys for                    Defendant, James R. Brown

Sir/Madam
Capital Assets Property Management, L.L.C.
10 West Bergen Place
Red Bank, NJ 07701
Attorneys for                    Defendant, Capital Assets Property Management,
                                 L.L.C.

Irene DiFeo, Pro Se
5 Leann Court
Old Bridge, NJ 08857
Attorneys for                    Defendant, Irene DiFeo


Anthony D'Apolito, Pro Se
909 Woodland Avenue
Wall Township, NJ 07719
Attorneys for                    Defendant, Anthony D'Apolito, Pro Se

Robert J. Reilly, III, Esq.
Reilly, Supple & Wischusen, LLC
Murray Hill Office Center
571 Central Avenue
New Providence, NJ 07974
Attorneys for                    Defendant, Michael Aliferi, Esq.
                                 On Count Six only of Third Amended Complaint


                                     S/THOMAS D. FLINN
                                     THOMAS D. FLINN
```

M:\Data\CLI\240\029\82\MOTIONS\NOM to withdraw as counsel.wpd