GARRITY, GRAHAM, FAVETTA & FLINN
A Professional Corporation
One Lackawanna Plaza
P.O. Box 4205
Montclair, NJ 07042
Telephone: 973-509-7500
**Attorneys for Defendant, Anthony M. Cicalese, Esq.**
**Our File No. 240.02982/TDF**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., : | Action No.: CV 97-3496(WGB) |
| Plaintiff, : | Hon. William G. Bassler |
| vs. : | |
| CRISTO PROPERTY MANAGEMENT, : | |
| LTD., a/k/a G.J.L. LIMITED, : | **ORDER PERMITTING** |
| DEK HOMES OF NEW JERSEY, INC., : | **WITHDRAWAL** |
| OAKWOOD PROPERTIES, INC., : | **OF COUNSEL** |
| NATIONAL HOME FUNDING, INC., : | |
| CAPITAL ASSETS PROPERTY : | |
| MANAGEMENT & INVESTMENT CO., : | |
| INC., CAPITAL ASSETS PROPERTY : | |
| MANAGEMENT, L.L.C., WILLIAM : | |
| KANE, GARY GRIESER, ROBERT : | |
| SKOWRENSKI, II, RICHARD : | |
| CALANNI, RICHARD DiBENEDETTO, : | |
| JAMES R. BROWN, THOMAS BRODO, : | |
| ROLAND PIERSON, STANLEY YACKER : | |
| ESQ., MICHAEL ALFIERI, ESQ., : | |
| RICHARD PEPSNY, ESQ., ANTHONY : | |
| M. CICALESE, ESQ., LAWRENCE : | |
| CUZZI, ANTHONY D'APOLITO, DAP : | |
| CONSULTING, INC., COMMONWEALTH : | |
| LAND TITLE INSURANCE CO., : | |
| NATIONS TITLE INSURANCE OF NEW : | |
| YORK, INC., FIDELITY NATIONAL : | |
| NATIONAL TITLE INSURANCE CO. : | |
| OF NEW YORK, COASTAL TITLE : | |
| AGENCY, STEWART TITLE GUARANTY : | |
| COMPANY, IRENE DIFEO, DONNA : | |
| PEPSNY, WEICHERT REALTORS, : | |
| AND VECCHIO REALTY, INC., : | |
| d/b/a MURPHY REALTY BETTER : | |
| HOMES and GARDENS, : | |
| : | |
| Defendants. : | |
| And : | |
| : | |
| COMMONWEALTH LAND TITLE INSURANCE : | |

```
COMPANY,                                  :
                                          :
   Defendant/Third Party Plaintiff,:
                                          :
v.                                        :
                                          :
ROBERT WALSH and ELIZABETH ANN            :
DeMOLA,                                   :
                                          :
        Third Party Defendants.           :
                                          :
```

**THIS MATTER** having come on for hearing on November 4, 2005, on Motion of Thomas D. Flinn, Esq. of the firm of Garrity, Graham, Favetta & Flinn, P.C., attorneys of record for the Defendant, Anthony M. Cicalese, Esq., for permission to withdraw their appearance as attorney of record for Defendant, Anthony M. Cicalese, Esq., whereby an Answer to the Amended Complaint was filed on April 27, 2005 for all Counts of plaintiff's Complaint with the exception of Count Six (negligence).

And the Court being of the opinion that such withdrawal is proper and for good cause shown; therefore,

**IT IS ORDERED** that Thomas D. Flinn, Esq., and the firm of Garrity, Graham, Favetta & Flinn, P.C., be permitted to withdraw as attorneys of record for the Defendant, Anthony M. Cicalese, Esq., for all Counts other than Count Six (negligence) of plaintiff's Complaint effective the date of this Order; and it is further

**ORDERED** that counsel for Defendant, Anthony M. Cicalese, Esq. shall enter an Appearance within _____ days of this Order for all Counts other than Count Six (negligence) of plaintiff's Complaint; and it is further

2

**ORDERED** that if counsel does not enter an Appearance on behalf of Defendant, Anthony M. Cicalese, Esq., with _____ days for all Counts other than Count Six (negligence) of plaintiff's Complaint, then Defendant, Anthony M. Cicalese, Esq. shall proceed Pro Se.

                                              WILLIAM G. BASSLER, U.S.D.J.

M:\Data\CLI\240\029\82\MOTIONS\Ord permitting withdrawal of counsel.wpd