UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : Civil Action No. CV 97-3496 (WGB) |
| Plaintiff, | : Hon. William G. Bassler |
| v. | : **NOTICE OF CHRISTOPHER IANNICELLI OF WITHDRAWAL OF APPEARANCE AS COUNSEL FOR PLAINTIFF WALSH SECURITIES, INC. PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 102.1** |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, et al. | |
| Defendants. | |

To the Clerk of this court and all parties of record:

Take notice that as of this date, pursuant to Local Rule of Civil Procedure 102.1, Christopher Iannicelli of Boies, Schiller & Flexner LLP withdraws his appearance as counsel for Plaintiff Walsh Securities, Inc. in the above-referenced matter. Plaintiff Walsh Securities, Inc. remains represented in this matter by Robert A. Magnanini of Boies, Schiller & Flexner LLP.

Respectfully submitted,
BOIES, SCHILLER & FLEXNER LLP

By: _____
Christopher Iannicelli

Dated: October 19, 2005