Robert A. Magnanini, Esq. (RM 7356)
BOIES, SCHILLER & FLEXNER LLP
150 JOHN F. KENNEDY PARKWAY
SHORT HILLS, NEW JERSEY 07078
973-218-1111
Attorneys for Plaintiff Walsh Securities, Inc.

RECEIVED
OCT 28 2005
WILLIAM T. WALSH, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

WALSH SECURITIES, INC.,

    Plaintiff,

vs.

CRISTO ROPERTY MANAGEMENT, LTD.,
et al.,

    Defendants.

Action No. CV 97-3496 (WGB)

Hon. William G. Bassler

**CASE MANAGEMENT ORDER**

---

    **THIS MATTER** has been opened to the Court and the Court having shown:

    IT IS on this _25_ day of _Oct_, 2005,

**ORDERED THAT:**

    The parties will turn over all relevant documents to the document repository located at the offices of Boies, Schiller & Flexner LLP, counsel for the Plaintiff Walsh Securities, Inc., at 150 JFK Parkway, 4th floor, Short Hills, New Jersey 07078 by **November 22, 2005**; and it is further

    **ORDERED** that the parties will go to the document repository and index documents which they have produced in the form previously circulated, agreed to by the parties and approved by the Court by **November 22, 2005**; and it is further

**ORDERED** that the parties endeavor to supplement their answers to interrogatories by **November 22,** 2005; and it is further

**ORDERED** that Plaintiff has until **November 22, 2005** decide whether to service a privilege log; and it is further

**ORDERED** that the next Case Management Conference is scheduled for

**December 13, 2005 at 2:00 pm.**

_____
Madeline Cox Arleo
United States Magistrate Judge