RECEIVED
NOV 4 2005
WILLIAM T. WALSH, CLERK

GARRITY, GRAHAM, FAVETTA & FLINN
A Professional Corporation
One Lackawanna Plaza
P.O. Box 4205
Montclair, NJ 07042
Telephone: 973-509-7500
**Attorneys for Defendant, Anthony M. Cicalese, Esq.
Our File No. 240.02982/TDF**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | Action No.: CV 97-3496(WGB) |
| Plaintiff, | Hon. William G. Bassler |
| vs. | |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DiBENEDETTO, JAMES R. BROWN, THOMAS BRODO, ROLAND PIERSON, STANLEY YACKER ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE CO., NATIONS TITLE INSURANCE OF NEW YORK, INC., FIDELITY NATIONAL NATIONAL TITLE INSURANCE CO. OF NEW YORK, COASTAL TITLE AGENCY, STEWART TITLE GUARANTY COMPANY, IRENE DiFEO, DONNA PEPSNY, WEICHERT REALTORS, AND VECCHIO REALTY, INC., d/b/a MURPHY REALTY BETTER HOMES and GARDENS, | **ORDER PERMITTING WITHDRAWAL OF COUNSEL** |
| Defendants. | |
| And | |

```
COMMONWEALTH LAND TITLE INSURANCE  :
COMPANY,                           :
                                   :
    Defendant/Third Party Plaintiff,:
                                   :
v.                                 :
                                   :
ROBERT WALSH and ELIZABETH ANN     :
DeMOLA,                            :
                                   :
    Third Party Defendants.        :
_____:
```

**THIS MATTER** having come on for hearing on November 4, 2005, on Motion of Thomas D. Flinn, Esq. of the firm of Garrity, Graham, Favetta & Flinn, P.C., attorneys of record for the Defendant, Anthony M. Cicalese, Esq., for permission to withdraw their appearance as attorney of record for Defendant, Anthony M. Cicalese, Esq., whereby an Answer to the Amended Complaint was filed on April 27, 2005 for all Counts of plaintiff's Complaint with the exception of Count Six (negligence).

And the Court being of the opinion that such withdrawal is proper and for good cause shown *and no opposition filed*; therefore,

**IT IS ORDERED** that Thomas D. Flinn, Esq., and the firm of Garrity, Graham, Favetta & Flinn, P.C., be permitted to withdraw as attorneys of record for the Defendant, Anthony M. Cicalese, Esq., for all Counts other than Count Six (negligence) of plaintiff's Complaint effective the date of this Order; and it is further

**ORDERED** that counsel for Defendant, Anthony M. Cicalese, Esq. shall *be deemed to be representing himself for* ~~enter an Appearance within ___ days of this Order for~~ all Counts other than Count Six (negligence) of plaintiff's Complaint, ~~and it is further~~

*M Cex Arleo USMJ*
*11-4-05*

2