UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : Civil Action No. CV 97-3496 (WGB) |
| Plaintiff, | : Hon. William G. Bassler |
| v. | : |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, et al. | : **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT ROLAND J. PIERSON ONLY** |
| Defendants. | |

It is hereby stipulated and agreed by and between Plaintiff Walsh Securities, Inc. and Defendant Roland J. Pierson that the Third Amended Complaint in the above-referenced matter is dismissed without prejudice and without costs as to Defendant Roland J. Pierson only.

_____   Dated: October 12, 2005
Pasquale Menna, Esq.
Kauff & Menna
170 Broad Street
Red Bank, NJ 07701
732-747-4800
**Counsel for Roland J. Pierson**

_____   Dated: October 21, 2005
Robert A. Magnanini, Esq.
Boies, Schiller & Flexner LLP
150 John F. Kennedy Parkway
Short Hills, NJ 07078
973-218-1111
**Counsel for Plaintiff Walsh Securities, Inc.**