LOMURRO, DAVISON, EASTMAN & MUÑOZ, P.A.
100 Willowbrook Road, Bldg. 1
Freehold, New Jersey  07728
(732) 462-7170
Attorneys for Defendants, Robert Skowrenski, II and National Home Funding, Inc.

| | |
|---|---|
| WALSH SECURITIES, INC.<br><br>Plaintiff,<br><br>vs.<br><br>CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, et al.<br><br>Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CASE NO.  Action No. CV 97-3496 (WGB)<br><br>Civil Action<br><br>SUBSTITUTION OF ATTORNEY |

The undersigned hereby consent to the substitution of Lomurro, Davison, Eastman & Muñoz, P.A. as attorneys for the Defendants, Robert Skowrenski, II and National Home Funding, Inc., in the above-captioned cause of action.

Dated:  September 1, 2005

LOMURRO, DAVISON, EASTMAN
& MUÑOZ, P.A.

By: _____
    MICHAEL D. SCHOTTLAND
    (Superseding Attorney)

MANNING, CALIENDO &
THOMSON, P.A.

By: _____
    (Withdrawing Attorney)