```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS


NEWARK                                    DATE: 12 January 2006

JUDGE: William G. Bassler

COURT REPORTER: Ira Rubenstein

DEPUTY CLERK: Scott P. Creegan


Title of Case:                            Docket # 97cv3496

Walsh Securities  v.  Cristo Properties, et al

Appearances:

P-             Robert Magnanini, Esq.
D Alfieri-     Robert Reilly & Edward Bertuccio
D Stewart      Terrence S. Brody
D Weichert     John McCusker
D Commonwealth David Kott & Natalie Watson

Nature of proceedings:
Hrg. On pending motions to dismiss and discovery
Counsel for Pltf. Indicted discovery motion (180)moot/resolved
Counsel for Pltf. Indicated motion (133) resolved
Court to submit 60 day Order on Irene DiFeo only
Arguments heard on motions (160, 165, and 181)
recess taken
Arguments to be heard on cross motions to dismiss counterclaims.
Argument adj. Until 1/13/06 @3:30 due to absence of counsel to
argue.  Counsel for Alfieri (Edward Bertuccio) left Oral argument

Court indicated decision reserved on motions 160,165 & 181.
Clerk to term. Motion 181 and 133

Time Commenced    2:30
Time Adjourned    5:00



cc: chambers                              /S/ SCOTT P. CREEGAN
                                          Deputy Clerk
```