```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
                  MINUTES OF PROCEEDINGS
```

NEWARK                                  DATE: 13 January 2006

JUDGE: William G. Bassler

COURT REPORTER: Lynn Johnson

DEPUTY CLERK: Scott P. Creegan


Title of Case:                          Docket # 97cv3496

Walsh Securities  v.  Cristo Properties, et al

Appearances:

P-              Robert Magnanini, Esq.
D Alfieri-      Edward Bertuccio
D Stewart       Terrence S. Brody
D Weichert      Maritza Byrne
D Commonwealth  David Kott

Nature of proceedings: motions heard over telephone
Hrg. On pending motions to dismiss counterclaims
Formal motions not filed, these motions referred to in counsel's brief's.
Arguments heard from counsel
Weichert's motion to dismiss counterclaim of deft. Commonwealth DENIED.
Stewart Title's motion to dismiss counterclaims dismissed without prejudice to refile

Time Commenced   3:30
Time Adjourned   5:00


cc: chambers                            /S/ SCOTT P. CREEGAN
                                        Deputy Clerk