WALSH SECURITIES, INC.,

                    Plaintiff,

          vs.

CRISTO PROPERTY MANAGEMENT,
LTD., a/k/a G.J.L. LIMITED, DEK
HOMES OF NEW JERSEY, INC.,
OAKWOOD PROPERTIES, INC.,
NATIONAL HOME FUNDING, INC.,
CAPITAL ASSETS PROPERTY
MANAGEMENT & INVESTMENT CO.,
INC., CAPITAL ASSETS PROPERTY
MANAGEMENT, L.L.C., WILLIAM
KANE, GARY GRIESER, ROBERT
SKOWRENSKI, II, RICHARD
CALANNI, RICHARD DiBENEDETTO,
JAMES R. BROWN, THOMAS BRODO,
ROLAND PIERSON, STANLEY YACKER,
ESQ., MICHAEL ALFIERI, ESQ.,
RICHARD PEPSNY, ESQ., ANTHONY
M. CICALESE, ESQ., LAWRENCE
CUZZI, ANTHONY D'APOLITO, DAP
CONSULTING, INC., COMMONWEALTH
LAND TITLE INSURANCE CO.,
NATIONS TITLE INSURANCE OF NEW
YORK, INC., FIDELITY NATIONAL
TITLE INSURANCE CO. OF NEW
YORK, COASTAL TITLE AGENCY, and
STEWART TITLE GUARANTY COMPANY,
IRENE DiFEO, DONNA PEPSNY and
WEICHERT REALTORS,

                    Defendants

RECEIVED
WILLIAM T. WALSH, CLERK

2006 JAN 20  A 10 38

UNITED STATES
DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

CV 97-3496 (WGB)

Hon. William G. Bassler

**ORDER**

**THIS MATTER** having come before the Court upon the motion of
defendant Stewart Title Guaranty Company ("Stewart Title"), through
its attorneys, Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.
(Terrence S. Brody, Esq., appearing), for an Order dismissing all
Cross-Claims; and Michael Alfieri, through his attorneys, Hobbie,
Corrigan, Bertucio & Tashjy, P.C. having opposed the motion; and the
Court having reviewed the parties' briefs; and a telephonic hearing

having taken place on the record on January 13, 2006, and for good cause shown,

IT IS on this 20th day of January, 2006:

**ORDERED** that Defendant Stewart Title's motion be and is hereby denied without prejudice; and it is further

**ORDERED** that Stewart Title be permitted to renew and file an independent motion to dismiss all cross-claims on the Court's docket on or before January 27, 2006.

_____
HONORABLE WILLIAM G. BASSLER
United States District Judge