UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

WALSH SECURITIES, INC., :

    Plaintiff, : Civil Action No. 97-3496
(WGB)
v. :
CRISTO PROPERTY MANAGEMENT, LTD., : ORDER
a/k/a G.J.L. LIMITED, DEK HOMES OF
NEW JERSEY, INC., OAKWOOD :
PROPERTIES INC., NATIONAL HOME
FUNDING, INC., CAPITAL ASSETS :
PROPERTY MANAGEMENT & INVESTMENT
CO., INC., CAPITAL ASSETS :
PROPERTY MANAGEMENT, L.L.C.,
WILLIAM J. KANE, GARY GRIESER, :
ROBERT SKOWRENSKI, II, RICHARD
CALANNI, RICHARD DIBENEDETTO, JAMES:
R. BROWN, THOMAS BRODO, RONALD J.
PIERSON, STANLEY YACKER, ESQ., :
MICHAEL ALFIERI, ESQ., RICHARD
PEPSNY, ESQ., ANTHONY M. CICALESE, :
ESQ., LAWRENCE M. CUZZI, ANTHONY
D'APOLITO, DAP CONSULTING, INC., :
COMMONWEALTH LAND TITLE INSURANCE
COMPANY, NATIONS TITLE INSURANCE :
OF NEW YORK INC., FIDELITY NATIONAL
TITLE INSURANCE COMPANY OF NEW :
YORK, COASTAL TITLE AGENCY, and
STEWART TITLE GUARANTY COMPANY, :
IRENE DiFEO, DONNA PEPSNY,
WEICHERT REALTORS, AND VECCHIO :
REALTY, INC. D/B/A MURPHY REALTY
BETTER HOMES and GARDENS, :

    Defendants. :

     :

---

    This matter having come before the Court on motion by Defendants, Steward Title Guaranty Company and Weichert Realtors, to dismiss; and

The Court having considered the record and the submissions of the parties and having had oral argument; and

For the reasons set forth in the opinion issued this day; and

Good cause having been shown;

It is this 20th day of January, 2006 ORDERED that the Defendants' motion to dismiss Count V, Breach of Contract by the Title Insurance Defendants, asserting a claim against Stewart Title, and Count VII, Respondeat Superior - Weichert, asserting a claim against Weichert, is **granted with prejudice**.

/s/ William G. Bassler
William G. Bassler, U.S.S.D.J.