McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant/Third-Party
  Plaintiff Commonwealth Land Title Insurance Company
DK-4593 (David R. Kott, Esq.)

|  |  |
|---|---|
| WALSH SECURITIES, INC., | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
| Plaintiff, | Civil Action No. 97-3496 (WGB) |
| v. | Honorable William G. Bassler |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, RONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW YORK INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, COASTAL TITLE AGENCY, and STEWART TITLE GUARANTY COMPANY, IRENE DiFEO, DONNA PEPSNY, WEICHERT REALTORS, AND VECCHIO REALTY, INC. D/B/A MURPHY REALTY BETTER HOMES and GARDENS, | **ORDER DENYING DEFENDANT WEICHERT REALTORS' MOTION TO DISMISS THE CROSSCLAIM OF DEFENDANT/THIRD PARTY PLAINTIFF COMMONWEALTH LAND TITLE INSURANCE COMPANY** |
| Defendants, and | |
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, | |
| Defendant/Third Party Plaintiff, | |
| v. | |
| ROBERT WALSH and ELIZABETH ANN DeMOLA, | |
| Third Party Defendants. | |

-2-

**THIS MATTER** having been opened to the Court by McCusker Anselmi Rosen Carvelli & Walsh, PC, attorneys for defendant Weichert Realtors, seeking to dismiss the crossclaim of defendant/third party plaintiff Commonwealth Land Title Insurance Company against defendant Weichert Realtors; and the Court having heard oral argument on January 12, 2006 and January 13, 2006; and the Court having reviewed the papers submitted in support of and in opposition to the motion; and for good cause shown,

**IT IS** on this 20th day of January, 2006:

**ORDERED** that the motion filed by defendant Weichert Realtors to dismiss the crossclaim asserted by defendant/third party plaintiff Commonwealth Land Title Insurance Company against defendant Weichert Realtors be and hereby is denied.

_____
HONORABLE WILLIAM G. BASSLER
United States District Judge