McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant/Third-Party
 Plaintiff Commonwealth Land Title Insurance Company
DK-4593 (David R. Kott, Esq.)

RECEIVED
T. WALSH, CLERK

2006 JAN 24 A 9: 15

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
DISTRICT COURT

| | |
|---|---|
| WALSH SECURITIES, INC., | : |
| | : Civil Action No. 97-3496 (WGB) |
| v. Plaintiff, | : Honorable William G. Bassler |
| | : |
| CRISTO PROPERTY MANAGEMENT, LTD., | |
| a/k/a G.J.L. LIMITED, DEK HOMES OF | : |
| NEW JERSEY, INC., OAKWOOD | **ORDER DENYING THIRD PARTY** |
| PROPERTIES INC., NATIONAL HOME | : **DEFENDANT ROBERT WALSH'S** |
| FUNDING, INC., CAPITAL ASSETS | **MOTION TO DISMISS THE** |
| PROPERTY MANAGEMENT & INVESTMENT | : **THIRD PARTY COMPLAINT FILED BY** |
| CO., INC., CAPITAL ASSETS | **DEFENDANT/THIRD PARTY** |
| PROPERTY MANAGEMENT, L.L.C., | : **PLAINTIFF COMMONWEALTH LAND** |
| WILLIAM J. KANE, GARY GRIESER, | **TITLE INSURANCE COMPANY** |
| ROBERT SKOWRENSKI, II, RICHARD | : **WITHOUT PREJUDICE** |
| CALANNI, RICHARD DIBENEDETTO, JAMES | **AND GRANTING** |
| R. BROWN, THOMAS BRODO, RONALD J. | : **DEFENDANT/THIRD PARTY** |
| PIERSON, STANLEY YACKER, ESQ., | **PLAINTIFF COMMONWEALTH LAND** |
| MICHAEL ALFIERI, ESQ., RICHARD | : **TITLE INSURANCE COMPANY** |
| PEPSNY, ESQ., ANTHONY M. CICALESE, | **LEAVE TO FILE AN AMENDED** |
| ESQ., LAWRENCE M. CUZZI, ANTHONY | : **THIRD PARTY COMPLAINT** |
| D'APOLITO, DAP CONSULTING, INC., | |
| COMMONWEALTH LAND TITLE INSURANCE | : |
| COMPANY, NATIONS TITLE INSURANCE | |
| OF NEW YORK INC., FIDELITY NATIONAL | : |
| TITLE INSURANCE COMPANY OF NEW YORK, | |
| COASTAL TITLE AGENCY, and | : |
| STEWART TITLE GUARANTY COMPANY, | |
| IRENE DiFEO, DONNA PEPSNY, | : |
| WEICHERT REALTORS, AND VECCHIO | |
| REALTY, INC. D/B/A MURPHY REALTY | : |
| BETTER HOMES and GARDENS, | |
| | : |
| Defendants, | |
| and | : |
| | |
| COMMONWEALTH LAND TITLE INSURANCE | : |
| COMPANY, | |
| | : |
| Defendant/Third Party Plaintiff, | |
| v. | : |
| | |
| ROBERT WALSH and ELIZABETH ANN | : |
| DeMOLA, | |
| Third Party Defendants. | : |

-2-

**THIS MATTER** having been opened to the Court by Robert A. Magnanini, Esq., attorney for plaintiff Walsh Securities, Inc., and for third-party defendant Robert Walsh, seeking to dismiss the Third Party Complaint filed by defendant/third party plaintiff Commonwealth Land Title Insurance Company; and the Court having heard oral argument on January 12, 2006; and the Court having reviewed the papers submitted in support of and in opposition to the motion; and for good cause shown,

**IT IS** on this __1st__ day of __January__, 2006:

**ORDERED** that third party defendant Robert Walsh's motion to dismiss the Third Party Complaint filed by Commonwealth Land Title Insurance Company be and hereby is denied without prejudice; and

**IT IS FURTHER ORDERED** that defendant/third party plaintiff Commonwealth Land Title Insurance Company be and hereby is granted leave to file an amended Third Party Complaint against third party defendant Robert Walsh within thirty (30) days hereof.

_____
HONORABLE WILLIAM G. BASSLER
United States District Judge

5431497.1