Frederick W. Alworth, Esq. (FA-6977)
Terrence S. Brody, Esq. (TB-4463)
**GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE**
A Professional Corporation
One Riverfront Plaza
Newark, NJ  07102
973-596-4500
Attorneys for Cross-Claim Defendant
Stewart Title Guaranty Company

| | |
|---|---|
| WALSH SECURITIES, INC.,<br><br>    Plaintiff,<br><br>  vs.<br><br>CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DiBENEDETTO, JAMES R. BROWN, THOMAS BRODO, ROLAND PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE CO., NATIONS TITLE INSURANCE OF NEW YORK, INC., FIDELITY NATIONAL TITLE INSURANCE CO. OF NEW YORK, COASTAL TITLE AGENCY, and STEWART TITLE GUARANTY COMPANY, IRENE DiFEO, DONNA PEPSNY and WEICHERT REALTORS,<br><br>    Defendants | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CV 97-3496 (WGB)<br><br>Hon. William G. Bassler<br><br><br>**NOTICE OF MOTION**<br><br><br>Oral Argument Requested |

#1049450 v1
081111-53415

**TO:**    Thomas D. Flynn, Esq.             Edward C. Bertucio, Jr.
           Stephen F. Balsamo, Esq.          Hobbie, Corrigan, Bertucio &
           Garrity, Graham & Favetta,        Tashjy, PC
           P.C.                              125 Wyckoff Road
           One Lackawanna Plaza              Eatontown, NJ  07724
           P.O. Box 4205
           Montclair, NJ  07042-4205

           Martin R. McGowan, Esq.           Richard Lloyd Friedman
           Methfessel & Werbel, PC           Giordano, Halleran & Ciesla, P.C.
           3 Ethel Road                      125 Half Mile Road
           Suite 300                         P.O. Box 190
           PO Box 3012                       Middletown, NJ  07748
           Edison, NJ  08818—3012

           David R. Kott, Esq.               Irene Di Feo
           McCarter & English LLP            5 Leann Court
           Four Gateway Center               Old Bridge, NJ  08857
           100 Mulberry Street
           PO Box 652
           Newark, NJ  07101-0652

           Robert J. Reilly, III             Donna Pepsny
           Reilly, Supple & Wishusen,        46 Bayside Drive
           LLC                               Atlantic Highlands, NJ  07716
           Murray Hill Office Center
           571 Central Avenue
           New Providence, NJ 07974

           Mark W. Catanzaro
           Blason IV - Suite 208
           513 S. Lenola Road
           Moorestown, NJ  08057

**PLEASE TAKE NOTICE** that on Monday, February 27, 2006, at 9:00 a.m., or as soon thereafter as counsel may be heard, Gibbons, Del Deo, Dolan, Griffinger & Vecchione, A Professional Corporation, attorneys for cross-claim defendant Stewart Guaranty Company (hereinafter referred to as "Stewart Title"), shall move before the Honorable William G. Bassler, U.S.D.J., in the United States District Court for the District of New Jersey, M. L. King, Jr. Federal Building & Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order

pursuant to Fed. R. Civ. P. 12(b) dismissing all cross-claims asserted against Stewart Title.

**PLEASE TAKE FURTHER NOTICE** that a copy of the proposed Order is included with this Notice.

**PLEASE TAKE FURTHER NOTICE** that, in support of the Motion, Stewart shall rely on the accompanying Memorandum of Law, Certification of Counsel, and all other pleadings and memoranda on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that no trial is presently scheduled in this matter.

**PLEASE TAKE FURTHER NOTICE** that Stewart requests oral argument in the event this Motion is contested.

Dated: January 26, 2006  
      Newark, New Jersey

By: s/ Terrence S. Brody (TB-4463)  
Frederick W. Alworth (FA-6977)  
Terrence S. Brody (TB-4463)  
**GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE**  
A Professional Corporation  
One Riverfront Plaza  
Newark, New Jersey 07102  
P 973 596 4500  
F 973 596 0545  
Falworth@gibbonslaw.com  
Tbrody@gibbonslaw.com

Attorneys for Defendant  
*Stewart Title Guaranty Company*