UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Walsh Securities
    Plaintiff,          :

                                     Civil 97cv3496(WGB)

    v.                    :

Irene DiFeo

                             :

    Defendant.

It appearing that it has been reported to the Court that the above-captioned matter has been resolved, as to defendant Irene Difeo only;

It is on this 12th day of January 2006,

ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if the resolution is not consummated. The terms of the resolution are incorporated herein by reference and the Court shall retain jurisdiction over the agreement to enforce its terms.

                                                               WILLIAM G. BASSLER
                                             United States Senior District Judge