**GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE**
A Professional Corporation
One Riverfront Plaza
Newark, NJ  07102
973-596-4500
Attorneys for Cross-Claim Defendant
*Stewart Title Guaranty Company*

| | |
|---|---|
| WALSH SECURITIES, INC., <br><br>             Plaintiff, <br><br> vs. <br><br> CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DiBENEDETTO, JAMES R. BROWN, THOMAS BRODO, ROLAND PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE CO., NATIONS TITLE INSURANCE OF NEW YORK, INC., FIDELITY NATIONAL TITLE INSURANCE CO. OF NEW YORK, COASTAL TITLE AGENCY, and STEWART TITLE GUARANTY COMPANY, IRENE DiFEO, DONNA PEPSNY and WEICHERT REALTORS, <br><br>             Defendants | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY <br><br> CV 97-3496 (WGB) <br><br> Hon. William G. Bassler <br><br><br> *Document Electronically Filed* <br><br><br><br> **CERTIFICATE OF SERVICE** |

I, **Terrence S. Brody**, an associate of the law firm of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C., counsel for cross-claim defendant Stewart Title Guaranty Company ("Stewart Title") in this

action, do hereby certify that on this 15th day of February, 2006, I caused a true and correct copy of Stewart Title's Reply Memorandum of Law in Further Support of its Motion to Dismiss All Cross-Claims to be served on all counsel and pro se litigants on the addresses indicated on the attached counsel list, by Electronic Filing and Federal Express.

    I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                            By:    s/Terrence S. Brody
                                                     Terrence s. Brody

Dated: February 15, 2006
      Newark, New Jersey

#1049468 v1
081111-53415