# HCBT

## Hobbie, Corrigan, Bertucio & Tashjy, P.C.
Attorneys at Law

Norman M. Hobbie * *
David P. Corrigan *
Edward C. Bertucio, Jr. *
M. Scott Tashjy
Michael R. Hobbie
Jacqueline DeCarlo

* Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

* Certified by the Supreme Court of New Jersey as a Criminal Trial Attorney

File No.: 11074-0001

February 8, 2006

RECEIVED
FEB 14 2006

The Honorable William G. Bassler, U.S.D.J.
United States District Court
Dr. Martin Luther King Jr. Courthouse
50 Walnut Street, P.O. Box 999
Newark, New Jersey 07101-0999

Re:   Walsh Securities v. Cristo Property, et al.
      Civil No. 97-3496 (WGB)
      Defendant Michael Alfieri, Esq.'s Letter Brief in Opposition to Stewart Title's
      Motion to Dismiss All Cross-Claims for Failure to State a Claim

Dear Judge Bassler:

Please accept this letter in lieu of a more formal brief in opposition to the motion of Stewart Title to dismiss all cross-claims for failure to state a claim, which motion is presently returnable before the Court February 27, 2006, to be decided on the papers pursuant to the prior instructions of Your Honor.

For a recitation of the pertinent procedural and factual history, the Court is respectfully directed to Your Honor's Opinion of January 20, 2006, setting forth the procedural and factual history of this matter in deciding certain motions to dismiss the plaintiff's complaint against certain defendants on the ground of the statute of limitations.

## HOBBIE, CORRIGAN, BERTUCIO & TASHJY, P.C.

February 8, 2006
Page 2

As to the law pertinent to the instant motion, Federal Rule of Civil Procedure 12(b)(6) only mandates dismissal of a pleading for failure to state a claim when "it appears beyond doubt that the plaintiff (or in this matter the parties filing the cross-claim against Stewart Title) cannot set forth any ground in support of its claim of entitlement to relief." Conley v. Gibson, 355 U.S. 41, 45-46 (1957). Alexiou v. Brad Benson Mitsubishi, 127 F. Supp. 2d 557, 559 (DNJ 2000).

In this matter, Defendant Michael Alfieri, Esq., respectfully submits that any dismissal of plaintiff's affirmative claims against Stewart Title as contained in Your Honor's recent opinion on Stewart Title's motion against the plaintiff should not also serve to dismiss the cross-claim Mr. Alfieri has against defendant Stewart Title. In support of this contention, Mr. Alfieri respectfully directs the Court's attention to the Court of Appeals holding in Aetna Insurance Company v. Newton, 398 F.2d 729, 734 (3d Cir. 1968):

> "[A] dismissal of the original complaint as to one of the defendants named therein does not operate as a dismissal of a cross-claim filed against such defendant by a co-defendant." Id., citing Fronmeyer v. L & R Construction, Co., Inc., 139 F. Supp., 579, 585-586 (DNJ 1956).

This rule, leaving in tact cross-claims even where certain defendants prevail on plaintiff's affirmative claims, has been consistently applied by Federal Courts. See, e.g., Fairview Park Excavating Company, Inc. v. Al Monzo Construction Company, Inc., et al., 560 F. 2d 1122, 1125-1126 (3d Cir. 1977).

In this case, the cross-claim at issue should not be dismissed pursuant to Dunn v. Praiss, 139 N.J. 564 (1995). In that case, the New Jersey Supreme Court held that in the context of the facts of that opinion, where a breach of a contractual duty parallelled closely the fault-based duty

# HOBBIE, CORRIGAN, BERTUCIO & TASHJY, P.C.

February 8, 2006
Page 3

of care imposed on a health-care provider, it was appropriate to allow a cross-claim for contribution where the alleged failure of the HMO was more like a negligent act than an intentional breach of contract. Id. at 577.

In this case, not only is Defendant Alfieri charged in Counts I through V with various allegations (which Defendant Alfieri maintains are completely without factual support and ill-defined), but in Count VI Mr. Alfieri is also charged with professional negligence or malpractice (although there is a serious issue as to what, if any, duty of care Mr. Alfieri owed to the plaintiff or what privity the plaintiff had at all with Mr. Alfieri). At this juncture in the case where only written discovery has been exchanged and no depositions have yet commenced, for Stewart Title to claim that there is absolutely no factual support for the cross-claim is at best premature and at worst without factual basis. Although both Stewart Title, as well as Mr. Alfieri, deny any liability to plaintiff, to the extent that either or both are ultimately found to have some tort based liability (Mr. Alfieri through Count VI and the claim of professional negligence and Stewart Title derivatively through the assertion of the cross-claim) the motion should be denied.

Stewart Title cites in its certification of counsel to Resolution Trust Corporation v. Moskowitz, 845 F. Supp. 247 (DNJ 1994); Longport Ocean Plaza Condominium, Inc. v. Robert Cato and Associates, Inc., ____ F. Supp. 2d ____ (E.D. Pa. 2002); and to New Jersey Office Supply, Inc., v. Feldman, et al., ____ F. Supp. ____ (DNJ 1990) in support of its contention that the cross-claim of Mr. Alfieri cannot be supported. However, those cases are all District Court cases, which courts are obviously of parallel jurisdiction to the Court over which Your Honor presides and therefore not binding precedent. In addition, the attempt in Longport Ocean

# HOBBIE, CORRIGAN, BERTUCIO & TASHJY, P.C.

February 8, 2006
Page 4

Plaza Condominium Inc. v. Robert Cado and Associates, Inc., supra, to distinguish Dunn v. Praiss, supra, is ultimately unpersuasive in this case where the determination of whether either Stewart Title or Mr. Alfieri is a tort feasor in the first instance, as well as the issue as to whether they are joint tort feasors, is yet to be explored even in discovery through depositions, let alone at trial before a jury.

Thus the cross-claim should remain viable in the case at this point in the litigation. Dunn v. Praiss, supra; see also, Blazovic v. Andrich, 124 N.J. 90, 106 (1991) (finding a right of contribution between intentional and negligent tort feasors); Cartel Capitol Corp. v. Fireco of New Jersey, 81 N.J. 548 (1980) (finding proximate and concurrent causes of damages between a manufacturer's defective product and a seller's negligence in servicing the product).

For the foregoing reasons it is respectfully requested that Stewart Title's motion to dismiss the cross-claims of Michael Alfieri, Esq., be denied.

Respectfully submitted,

HOBBIE, CORRIGAN, BERTUCIO & TASHJY, P.C.

EDWARD C. BERTUCIO, JR., ESQ.

ECB/jle
cc: United States District Court (via E-File and direct filing)
    Attached counsel list

F:\A\ALFIERI - GENERAL\P-Ltr Brief in opp to Stewart Title's Mo to D X.Claim.doc

<u>**WALSH SECURITIES v. CRISTO MANAGEMENT, LTD., et al.**</u>
**Civil Action No. CV 97-3496 (WGB)**

<u>**CONTACT LIST**</u>

**Attorneys for Plaintiff, Walsh Securities**
Robert A. Magnanini, Esq.
Christopher Iannicelli, Esq.
Boies, Schiller & Flexner, LLP
150 JFK Parkway
Short Hills, New Jersey 07078
Phone: (973) 218-1111
Fax: (973) 218-1106

**Attorneys for Richard Calanni**
Richard Calanni, Pro Se
1 Old Farm Road
Tinton Falls, NJ 07724

**Attorneys for Richard DiBenedetto**
Richard DiBenedetto, Pro Se
153 Stephens Lane
Matawan, New Jersey 07430

**Attorneys for Stanley Yacker, Esq.**
Stanley Yacker, Pro Se
33 Broadway, #1
Ocean Grove, NJ 07756

**Attorneys for Richard and Donna Pepsny**
Mark W. Cantanzaro, Esq.
Blason IV – Suite 208
513 South Lenola Road
Moorestown, New Jersey 08057
Phone: (856) 235-4266
Fax:    (856) 235-4332

**Attorneys for National Home Funding, Inc.**
**And Robert Skowrenski, II**
Michael Schottland, Esq.
Schottland, Manning, Rosen, Caliendo & Munson, P.A.
36 West Main Street
Box 6578
Freehold, New Jersey 07728
Phone: (732) 462-7170
Fax: (732) 462-8955
mschottland@lomurrolaw.com

**Attorneys for Anthony M. Ciccalese**
Thomas D. Flinn, Esq.
Garrity, Graham, Favetta & Flinn
1 Lackawanna Plaza
P.O. Box 4205
Montclair, New Jersey 07042
Phone: (973) 509-7500
thomasflinn@garritygraham.com

**Attorneys for Lawrence J. Cuzzi**
Theodore Daunno, Esq.
1033 Clifton Avenue
Clifton, New Jersey 07103
Phone: (201) 472-0202

**Attorneys for Anthony D'Apolito and DAP Consulting, Inc.**
Anthony D'Apolito, Pro Se
909 Woodland Avenue
Wall Township, New Jersey 07719

**Attorneys for Commonwealth Land Title Insurance Company**
David R. Kott, Esq.
McCarter & English, L.L.P.
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101
~~Phone: (973) 639-2056~~
Phone: (973)622-4444
Fax:    (973) 624-7070

**Attorneys for Nations Title Insurance Company of New York, Inc. and Fidelity National Title Insurance Company of New York**
Anthony Argiropoulos, Esq.
Jon C. Martin, Esq.
Fox, O'Brien, Rothschild & Frankel
997 Lenox Drive
Lawrenceville, New Jersey 08648
Phone: (609) 896-3600
Fax:    (609) 896-1469
aargiropoulos@foxrothschild.com

**Attorneys for Coastal Title Insurance**
Martin R. McGowan, Esq.
Methfessel & Werbel
3 Ethel Road
Suite 300
Edison, New Jersey 08818
Phone: (732) 248-4200
Fax:     (732) 248-2355
mcgowan@methwerb.com

**Attorney for Thomas Brodo**
Thomas Brodo, Pro Se
319 Queen Anne Rd., #B
Teaneck, NJ 07666

**Attorneys for Defendant Stewart Title Guaranty Company**
Frederick W. Alworth, Esq.
Terrence S. Brody, Esq.
Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Phone: (973) 596-4500 Alworth
Phone: (973) 596-4489 Brody

**Attorneys for Defendant Weichert Realtors**
John B. McCusker, Esq.
McCusker, Anselmi, Rosen, Carvelli & Walsh, PA
127 Main Street
Chatham, New Jersey 07928
Phone: (973) 635-6300
jmcc@marc-law.com

**Attorneys for Garden State Indemnity Company**
Andrew L. Indeck, Esq.
Scarinci & Hollenbeck, LLC
1100 Valley Brook Avenue
P.O. Box 790
Lyndhurst, New Jersey 07071-0790
Phone: (201) 392-8900
andrew@njlegalink.com

**Attorney for Michael Alfieri, Esq., on the Sixth Count**
Robert J. Reilly, III, Esq.
Reilly, Supple & Wischusen, LLC
Murray Hill Officenter
571 Central Avenue
New Providence, New Jersey 07974
Phone: (908) 665-1166

**Attorney for Roland J. Pierson**
Pasquale Menna, Esq.
Kauff and Menna
170 Broad Street
P.O. Box 782
Red Bank, New Jersey 07701
Phone: (732) 747-4300

**Attorney for James Brown**
James Brown, Esq., Pro Se
1089 Cedar Avenue
Union, New Jersey 07083

**Attorney for Irene DiFeo**
Irene DiFeo, Pro Se
5 Leann Court
Old Bridge, NJ 08857
Phone: (732) 679-0354

**HCBT**
Hobbie, Corrigan, Bertucio & Tashjy, P.C.
125 Wyckoff Road
Eatontown, NJ 07724

08608+1300-20 C032

Clerk, U.S. District Court for
The District of New Jersey
402 East State Street, Room 2020
Trenton, New Jersey 08608