**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

Robert A. Magnanini (RM7356)
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Attorneys for Plaintiff
Walsh Securities, Inc.

---

| | |
|---|---|
| WALSH SECURITIES, INC., | Civil Action No. 97-3496 (WGB) |
| Plaintiff, | |
| v. | **NOTICE OF MOTION TO ENTER DEFAULT** |
| CRISTO PROPERTY MANAGEMENT, Ltd., et al., | |
| Defendants. | |

Please enter upon the docket a Judgment by Default against defendants in the above-captioned action for its failure to answer or otherwise move as against Plaintiff's Complaint, in accordance with Fed. R. Civ. P. 55(a). Attached to this Request is an Affidavit in Support of Plaintiff's Request to Enter Default.

BOIES, SCHILLER & FLEXNER LLP
Attorneys for Plaintiff
Walsh Securities, Inc.

By: /s/
Robert A. Magnanini (RM7356)

Dated: February 24, 2006