UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : Civil Action No. CV 97-3496 (WGB) |
| | : |
| Plaintiff, | : Hon. William G. Bassler |
| | : |
| vs. | : |
| | : **DECLARATION OF** |
| CRISTO PROPERTY MANAGEMENT, | : **ROBERT A. MAGNANINI IN** |
| LTD., a/k/a G.J.L. LIMITED, et al. | : **SUPPORT OF PLAINTIFF'S** |
| | : **MOTION TO ENTER** |
| Defendants. | : **DEFAULT** |
| | : |

I, ROBERT A. MAGNANINI, do hereby declare:

1.     I am a Partner in the firm Boies, Schiller & Flexner LLP, counsel to Plaintiff Walsh Securities, Inc. ("Walsh Securities") in this matter, and submit this declaration in support of Walsh Securities' request pursuant to Fed. R. Civ. P. 55(a) for entry of default as to certain defendants for failure to plead or otherwise defend.

2.     On January 31, 2005, Walsh Securities filed a Third Amended Complaint against the defendants.

3.     Examination of the court files and record in this action shows that defendants Thomas Brodo, James R. Brown, Richard Calanni, Capital Assets Property Management LLC, Capital Assets Property Management & Investment Co., Cristo Property Management Ltd., a/k/a G.J.L Limited, Lawrence J. Cuzzi, DAP Consulting, Inc., DEK Homes of New Jersey, Oakwood Properties, Inc., Richard DiBenedetto, Gary Grieser, William J. Kane, and Stanley Yacker, Esq. (the "defaulting defendants") were served via electronic filing and by regular mail.

4.      The time which all of the defaulting defendants have had to answer or otherwise respond to the Third Amended Complaint has elapsed.

5.      Furthermore, counsel for Willliam Kane, Cristo Property Management Ltd., a/k/a G.J.L. Limited, DEK Homes of New Jersey, Oakwood Properties, Inc. and Stanley Yacker, Esq. withdrew from representation, and as a condition of withdrawal, Judge Arleo ordered the corporate defendants to obtain counsel within thirty (30) days or they would be in default and ordered the individual defendants to file an answer.

6.      Corporate defendants Cristo Property Management, LLC, DEK Homes of New Jersey, Oakwood Properties, Inc. Capital Assets Property Management & Investment Co. and DAP Consulting, Inc. are corporations and may not appear in this action Pro Se. None of the corporation defendants are represented by counsel nor have any filed an answer.

7.      The spreadsheets attached hereto as Exhibit A contain details on the 223 fraud loans including the losses sustained by Walsh Securities. These losses include $23,678,000.00 in principal on the mortgages, $45,701,484.00 in interest through March 31, 2006 for a total of $69,379,484.00.

8.      Walsh Securities had been sold to Resource Bancshares Mortgage Group for $21 million shares at a price of $20 million for a total of $420,000,000. As a direct result of the fraud perpetrated by the defendants, Walsh Securities lost the benefit of the acquisition.

9.      The total loss to Walsh Securities, excluding attorneys fees and costs is $489,379,484.00.

10.     This declaration is executed in accordance with Fed. R. Civ. P. 55(a), for the purpose of enabling Walsh Securities to obtain an entry of judgment of default against the defaulting defendants, for their failure to answer or otherwise defend as to Walsh Securities' Third Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed in Short Hills, New Jersey on this 24th day of February, 2006.

By:_____
        Robert A. Magnanini (RM 7356)

## Walsh Securities Inc.'s Losses on the 223 Loans

| Loan No. | Borrower | Closing Date | Seller | Title Company | Street No. | Street Address | City | State | Zip Code | Purchase Price | Walsh Loan Amount | Interest @ 12.0% (5-30-97 thru 3-31-06) | Total Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 621713 | Agpar, Raymond C. | 10/15/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 35 | Springdale Avenue | Newark | NJ | 07107 | 150,000 | 112,000 | 216,039 | 328,039 |
| 622023 | Ala, James | 10/22/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 222 | Hamilton Place | Paterson | NJ | 07501 | 115,000 | 86,250 | 166,369 | 252,619 |
| 622025 | Ala, James | 10/22/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 622 | Bramhall Avenue | Jersey City | NJ | 07304 | 135,000 | 101,250 | 195,303 | 296,553 |
| 622654 | Ala, James | 11/21/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 113 | West Bergen Place | Red Bank | NJ | 07701 | 136,000 | 102,500 | 197,714 | 300,214 |
| 622661 | Amador, Joseph L. | 11/8/1996 | GJL Limited | Commonwealth Land Title | 704 | Pine Street | Asbury Park | NJ | 07712 | 150,000 | 112,500 | 217,004 | 329,504 |
| 621714 | Agpar, Raymond C. | 10/15/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 89 | Jefferson Street | Paterson | NJ | 07522 | 115,000 | 86,250 | 166,369 | 252,619 |
| 621716 | Agpar, Raymond C. | 10/15/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 248 | Princeton Avenue | Jersey City | NJ | 07305 | 125,000 | 93,750 | 180,836 | 274,586 |
| 622019 | Agpar, Raymond C. | 11/8/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1043 | Summerfield Avenue | Asbury Park | NJ | 07712 | 150,000 | 112,500 | 217,004 | 329,504 |
| 628243 | Baitz, Robin K. | 5/29/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 406 | Third Avenue | Asbury Park | NJ | 07712 | 185,000 | 148,000 | 285,481 | 433,481 |
| 619941 | Balogh Jr., Ronald C. | 8/20/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 157 | Van Home Street | Jersey City | NJ | 07304 | 125,000 | 93,750 | 180,836 | 274,586 |
| 619942 | Balogh Jr., Ronald C. | 8/20/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 272 | Central Avenue | Long Branch | NJ | 07740 | 120,000 | 90,000 | 173,603 | 263,603 |
| 619946 | Balogh Jr., Ronald C. | 8/20/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 251 | Wilbur Ray Avenue | Long Branch | NJ | 07740 | 120,000 | 90,000 | 173,603 | 263,603 |
| 619948 | Balogh Jr., Ronald C. | 8/20/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 232 | Central Avenue | Long Branch | NJ | 07740 | 120,000 | 90,000 | 173,603 | 263,603 |
| 619949 | Balogh Jr., Ronald C. | 8/20/1996 | HUD Stmnt. Not in File | Commonwealth Land Title | 529 | 20th Street | Irvington | NJ | 07111 | 150,000 | 101,250 | 195,303 | 296,553 |
| 622417 | Breheny, Steven R. | 11/5/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 38 | Clive Hills Road | Edison | NJ | 08820 | 415,000 | 373,500 | 720,453 | 1,093,953 |
| 622825 | Bustos, Sr., Rafael | 11/5/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 509 | Ridge Avenue | Asbury Park | NJ | 07712 | 138,000 | 103,500 | 199,643 | 303,143 |
| 622626 | Bustos, Sr., Rafael | 12/31/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 138 | Ridge Avenue | Asbury Park | NJ | 07712 | 186,500 | 139,875 | 269,808 | 409,683 |
| 622628 | Bustos, Sr., Rafael | 11/5/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 904 | Emory Avenue | Asbury Park | NJ | 07712 | 200,000 | 150,000 | 289,338 | 439,338 |
| 622974 | Bustos-Lacy, Yolanda C. | 11/5/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 131? | Washington Avenue | Asbury Park | NJ | 07712 | 172,000 | 129,000 | 248,831 | 377,831 |
| 624178 | Campoli, Debra | 12/31/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 613 | Fourth Avenue | Asbury Park | NJ | 07712 | 149,000 | 104,300 | 201,186 | 305,486 |
| 624180 | Campoli, Debra | 12/31/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 65 | Jackson Street | Freehold | NJ | 07728 | 133,000 | 93,100 | 179,582 | 272,682 |
| 624181 | Campoli, Debra | 12/31/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 43 | Franklin Avenue | Seaside Heights | NJ | 08751 | 162,000 | 113,400 | 218,740 | 332,140 |
| 622850 | Christiano, Stephen | 4/2/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 29 | Pearl Street | Long Branch | NJ | 07740 | 145,000 | 108,750 | 209,770 | 318,520 |
| 618758 | Cosares, Nicholas | 6/28/1996 | DEK Homes of NJ | Commonwealth Land Title | 602 | Asbury Avenue | Asbury Park | NJ | 07712 | 115,000 | 86,250 | 166,369 | 252,619 |
| 619959 | Cosares, Nicholas | 8/21/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 512 | Sewall Avenue | Asbury Park | NJ | 07753 | 104,000 | 78,000 | 150,456 | 228,456 |
| 625401 | Crespo, Cruz | 4/25/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 559 | Groom Street | Perth Amboy | NJ | 08861 | 130,000 | 97,500 | 188,070 | 285,570 |
| 623309 | Cuzzi Jr., Mario | 11/22/1996 | GJL Limited | Commonwealth Land Title | 302 | Third Avenue | Asbury Park | NJ | 07712 | 204,000 | 153,000 | 295,125 | 448,125 |
| 623848 | Cuzzi, Lawrence M. | 12/30/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 305 | Second Avenue | Asbury Park | NJ | 07712 | 178,090 | 124,600 | 240,344 | 364,944 |
| 625048 | Cuzzi, Patricia | 2/20/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 32 | Blemont Avenue | Jersey City | NJ | 07304 | 120,000 | 84,000 | 162,029 | 246,029 |
| 625050 | Cuzzi, Patricia | 1/31/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 35 | McAdoo Avenue | Jersey City | NJ | 07304 | 132,000 | 92,400 | 178,232 | 270,632 |
| 628562 | Dasilva, Paul | 5/29/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 127 | Lippincott Avenue | Long Branch | NJ | 07740 | 95,000 | 71,250 | 137,435 | 208,685 |
| 628932 | Dasilva, Paul | 5/30/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 396 | Division Lane | Long Branch | NJ | 07740 | 110,000 | 82,500 | 159,136 | 241,636 |

Exhibit A to Declaration of Magnanini in Support of Walsh Securities' Motion to Enter Default

## Walsh Securities Inc.'s Losses on the 223 Loans

| Loan No. | Borrower | Closing Date | Seller | Title Company | Street No | Street Address | City | State | Zip Code | Purchase Price | Walsh Loan Amount | Interest @ 12.0% (5-30-97 thru 3-31-06) | Total Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 628997 | Dasilva, Paul | 5/30/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 92 | River Street | Red Bank | NJ | 07701 | 128,000 | 96,000 | 185,176 | 281,176 |
| 624170 | Deliyski, Dimitar D. | 12/31/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 340 | Franklin Place | Plainfield | NJ | 07060 | 195,000 | 136,500 | 263,298 | 399,798 |
| 626825 | Demarines, Erin | 3/31/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 35 | Fisk Street | Jersey City | NJ | 07307 | 115,000 | 86,250 | 166,369 | 252,619 |
| 622858 | Devincenzo, Donald | 11/18/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1025 | Oxonia Avenue | Neptune | NJ | 07753 | 124,000 | 93,000 | 179,390 | 272,390 |
| 622861 | Devincenzo, Donald | 11/18/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 326 | Fisher Avenue | Neptune | NJ | 07753 | 156,000 | 117,000 | 225,684 | 342,684 |
| 622013 | Dicaro Jr., Louis | 10/16/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 11 | Abbotsford Avenue | Long Branch | NJ | 07740 | 120,000 | 84,000 | 162,029 | 246,029 |
| 622018 | Dicaro Jr., Louis | 10/24/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1315 | Springwood Avenue | Asbury Park | NJ | 07712 | 150,000 | 105,000 | 202,537 | 307,537 |
| 622054 | Dicaro Jr., Louis | 11/22/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1045 | Bangs Avenue | Asbury Park | NJ | 07712 | 105,000 | 73,500 | 141,776 | 215,276 |
| 622008 | Didonna Jr., Thomas J. | 12/30/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 24 | Knoll Place | Newark | NJ | 07106 | 140,000 | 105,000 | 202,537 | 307,537 |
| 622009 | Didonna Jr., Thomas J. | 10/16/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 706 | First Avenue | Asbury Park | NJ | 07712 | 168,500 | 126,375 | 243,768 | 370,143 |
| 622010 | Didonna Jr., Thomas J. | 12/30/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 246 | Bayside Drive | Highlands | NJ | 07732 | 189,000 | 141,750 | 273,425 | 415,175 |
| 622647 | Didonna Jr., Thomas J. | 1/18/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1914 | Northeast Central Avenue | Seaside Park | NJ | 08752 | 185,000 | 138,750 | 267,638 | 406,388 |
| 626822 | Difrancesco, Ann | 3/31/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 274 | Central Avenue | Long Branch | NJ | 07740 | 122,000 | 97,600 | 188,263 | 285,863 |
| 624695 | Dippolito, Amanda | 1/23/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 24 | Webster Avenue | Seaside Heights | NJ | 08751 | 168,500 | 117,950 | 227,516 | 345,466 |
| 625059 | Dippolito, Amanda | 2/21/1997 | GJL Limited | Commonwealth Land Title | 1230 | Arlington Avenue | Plainfield | NJ | 07060 | 128,000 | 87,500 | 168,781 | 256,281 |
| 624694 | Dippolito, Michael | 1/23/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 503 | Ridge Avenue | Asbury Park | NJ | 07712 | 163,000 | 114,100 | 220,090 | 334,190 |
| 626827 | Fania Jr., Anthony W. | 3/31/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 181 | Clerk Street | Jersey City | NJ | 07307 | 168,000 | 132,000 | 254,618 | 386,618 |
| 627900 | Fania Jr., Anthony W. | 4/30/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1010 | Bangs Avenue | Asbury Park | NJ | 07712 | 160,000 | 120,000 | 231,471 | 351,471 |
| 626849 | Freeden, Barbara | 3/31/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 25 | Williams Street | East Orange | NJ | 07019 | 136,000 | 102,000 | 196,750 | 298,750 |
| 627427 | Freeden, James B. | 5/29/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 826 | Center Street | Union Beach | NJ | 07735 | 80,000 | 64,000 | 123,451 | 187,451 |
| 628019 | Fusco, Fred | 5/30/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 118/20 | Plainfield Avenue | Plainfield | NJ | 07060 | 142,000 | 106,500 | 205,430 | 311,930 |
| 627948 | Fusco, Fred | 4/30/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 729 | West Third Street | Plainfield | NJ | 07060 | 107,000 | 80,250 | 154,796 | 235,046 |
| 628045 | Fusco, Fred | 5/13/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 253 | Myrtle Avenue | Neptune | NJ | 07753 | 105,000 | 78,750 | 151,902 | 230,652 |
| 628561 | Guzman, Victor | 5/29/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 253 | Pine Street | Jersey City | NJ | 07307 | 75,000 | 56,250 | 108,502 | 164,752 |
| 624174 | Hristov, Laurie | 12/31/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 28 | Blaine Avenue | Seaside Heights | NJ | 08751 | 148,000 | 103,600 | 199,836 | 303,436 |
| 624176 | Hristov, Laurie | 12/31/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 609 | Third Avenue | Asbury Park | NJ | 07712 | 190,000 | 133,000 | 256,547 | 389,547 |
| 621717 | Hristov, Plamen | 10/16/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 460 | Mattison Avenue | Neptune | NJ | 07712 | 130,000 | 97,500 | 188,070 | 285,570 |
| 621719 | Hristov, Plamen | 10/16/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 460 | Henrickson Avenue | Long Branch | NJ | 07740 | 125,000 | 94,125 | 181,560 | 275,685 |
| 621720 | Hristov, Plamen | 10/15/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1004 | Heck Street | Asbury Park | NJ | 08853 | 150,000 | 112,500 | 217,004 | 329,504 |
| 622014 | Juergensen, Alicia | 10/21/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1014 | Second Avenue | Asbury Park | NJ | 07712 | 130,000 | 97,500 | 188,070 | 285,570 |
| 622015 | Juergensen, Alicia | 10/30/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1292 | Washington Avenue | Asbury Park | NJ | 07712 | 150,000 | 112,500 | 217,004 | 329,504 |
| 622022 | Juergensen, Alicia | 10/16/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1200 | Monroe Avenue | Asbury Park | NJ | 07712 | 142,000 | 106,500 | 205,430 | 311,930 |

Exhibit A to Declaration of Magnanini in Support of Walsh Securities' Motion to Enter Default

## Walsh Securities Inc.'s Losses on the 223 Loans

| Loan No. | Borrower | Closing Date | Seller | Title Company | Street No | Street Address | City | State | Zip Code | Purchase Price | Walsh Loan Amount | Interest @ 12.0% (5-30-97 thru 3-31-06) | Total Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 622416 | Juergensen, Alicia | 11/8/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 49 | Second Avenue | Long Branch | NJ | 07740 | 200,000 | 150,000 | 289,338 | 439,338 |
| 625055 | Juergensen, Alicia | 1/30/1997 | GJL Limited | Commonwealth Land Title | 29 | Westervelt Avenue | Jersey City | NJ | 07306 | 166,000 | 110,250 | 212,664 | 322,914 |
| 629031 | Juliao, Jorge | 5/30/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 91 | Coles Street | Jersey City | NJ | 07302 | 95,000 | 71,250 | 137,435 | 208,685 |
| 628074 | Juliao, Jorge | 5/30/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 126 | Laurel Avenue | Long Branch | NJ | 07740 | 45,000 | 33,750 | 65,101 | 98,851 |
| 628660 | Keleher, John Glenn | 5/29/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 332 | South Cook Avenue | Trenton | NJ | 08620 | 88,000 | 66,000 | 127,309 | 193,309 |
| 628856 | Keleher, John Glenn | 6/4/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 203 | Arlington Avenue | Jersey City | NJ | 07305 | 161,000 | 120,750 | 232,917 | 353,667 |
| 624698 | Kitchovitch, Milosh M. | 12/31/1996 | GJL Limited | Commonwealth Land Title | 342 | Randolph Avenue | Jersey City | NJ | 07305 | 140,000 | 91,000 | 175,532 | 266,532 |
| 627355 | Lentino, Arlene | 4/16/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1703 | Bangs Avenue | Neptune | NJ | 07753 | 175,000 | 140,000 | 270,049 | 410,049 |
| 619484 | Leodis, George T. | 7/24/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 402 | Ridge Avenue | Neptune | NJ | 07753 | 120,000 | 90,000 | 173,603 | 263,603 |
| 619957 | Leodis, George T. | 8/20/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 406 | Second Avenue | Long Branch | NJ | 07740 | 215,000 | 161,250 | 311,039 | 472,289 |
| 619485 | Leodis, George T. | 7/24/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1217 | Bergh Street | Asbury Park | NJ | 07712 | 180,000 | 135,000 | 260,404 | 395,404 |
| 618728 | Liebler, David A. | 6/27/1996 | Oakwood Props. Inc. | Commonwealth Land Title | 91 | Cooper Avenue | Long Branch | NJ | 07740 | 210,000 | 157,500 | 303,805 | 461,305 |
| 618730 | Liebler, David A. | 6/27/1996 | Oakwood Props. Inc. | Commonwealth Land Title | 256 | Central Avenue | Long Branch | NJ | 07728 | 120,000 | 90,000 | 173,603 | 263,603 |
| 619473 | Montanye, Jill A. | 7/25/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1017-1019 | Bangs Avenue | Asbury Park | NJ | 07712 | 200,000 | 150,000 | 289,338 | 439,338 |
| 619475 | Montanye, Jill A. | 7/25/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 523 | Monroe Avenue | Asbury Park | NJ | 07712 | 108,000 | 81,000 | 156,242 | 237,242 |
| 619477 | Montanye, Jill A. | 7/24/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 905 | Bergh Street | Asbury Park | NJ | 07712 | 150,000 | 112,500 | 217,004 | 329,504 |
| 624173 | Owens, Thomas | 12/31/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 101 | Herbert Street | Red Bank | NJ | 07701 | 150,000 | 101,500 | 195,785 | 297,285 |
| 624486 | Owens, Thomas | 1/17/1997 | GJL Limited | Commonwealth Land Title | 1110 | Fifth Avenue | Asbury Park | NJ | 07712 | 180,000 | 126,000 | 270,044 | 396,044 |
| 624494 | Owens, Thomas | 1/17/1997 | GJL Limited | Commonwealth Land Title | 706 | North Sixth Street | Asbury Park | NJ | 07712 | 156,000 | 109,200 | 210,638 | 319,838 |
| 624696 | Pelardis, George | 1/23/1997 | GJL Limited | Commonwealth Land Title | 112-1-122 | West Third Street | Plainfield | NJ | 07060 | 88,000 | 61,600 | 118,821 | 180,421 |
| 624697 | Pelardis, George | 1/23/1997 | GJL Limited | Commonwealth Land Title | 59 | Ridge Avenue | Asbury Park | NJ | 07712 | 140,000 | 98,000 | 189,034 | 287,034 |
| 624923 | Pelardis, George | 1/31/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 85 | Roosevelt Avenue | Jersey City | NJ | 07306 | 147,000 | 102,900 | 198,486 | 301,386 |
| 628826 | Pelardis, George | 3/31/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1052 | Williams Street | Elizabeth | NJ | 7033 | 118,000 | 88,500 | 170,709 | 259,209 |
| 622649 | Piscioneri, Joseph | 11/21/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 405 | Sewall Avenue | Asbury Park | NJ | 07712 | 182,000 | 136,500 | 263,298 | 399,798 |
| 622650 | Piscioneri, Joseph | 1/24/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 806 | Emory Avenue | Asbury Park | NJ | 07712 | 165,000 | 123,750 | 238,704 | 362,454 |
| 624490 | Piscioneri, Joseph | 1/17/1997 | GJL Limited | Commonwealth Land Title | 136 | James Street | Long Branch | NJ | 07740 | 201,000 | 140,700 | 271,399 | 412,099 |
| 624172 | Powell, Kimberly E. | 1/17/1997 | GJL Limited | Commonwealth Land Title | 30 | Dewitt Avenue | Asbury Park | NJ | 07712 | 115,000 | 80,500 | 155,278 | 235,778 |
| 622657 | Reilly, Brian G. | 11/22/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 122/8 | Washington Avenue | Asbury Park | NJ | 07712 | 140,000 | 105,000 | 202,537 | 307,537 |
| 622658 | Reilly, Brian G. | 11/6/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 126 | Union Avenue | Long Branch | NJ | 07740 | 122,000 | 91,500 | 176,496 | 267,996 |
| 622622 | Ricigliano, Pamela | 11/6/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 20-22 | Ridge Avenue | Asbury Park | NJ | 07712 | 142,000 | 106,500 | 205,430 | 311,930 |
| 622011 | Rizzuto, Loretta | 10/16/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 706 | Second Avenue | Asbury Park | NJ | 07712 | 168,500 | 126,375 | 243,768 | 370,143 |
| 622016 | Rizzuto, Loretta | 10/16/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 613 | First Avenue | Asbury Park | NJ | 07712 | 150,000 | 112,500 | 217,004 | 329,504 |

Exhibit A to Declaration of Magnanini in Support of Walsh Securities' Motion to Enter Default

## Walsh Securities Inc.'s Losses on the 223 Loans

| Loan No. | Borrower | Closing Date | Seller | Title Company | Street No. | Street Address | City | State | Zip Code | Purchase Price | Walsh Loan Amount | Interest @ 12.0% (5-30-97 thru 3-31-06) | Total Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 622017 | Rizzuto, Loretta | 10/16/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 612 | First Avenue | Asbury Park | NJ | 07712 | 128,000 | 96,000 | 185,176 | 281,176 |
| 622020 | Rizzuto, Loretta | 10/16/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 610 | Third Avenue | Asbury Park | NJ | 07712 | 123,000 | 92,250 | 177,943 | 270,193 |
| 619487 | Salvatoriello, Alphonse | 7/24/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1114 | Monroe Avenue | Asbury Park | NJ | 07712 | 108,000 | 81,000 | 156,242 | 237,242 |
| 619488 | Salvatoriello, Alphonse | 7/25/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 12/06 | Second Avenue | Asbury Park | NJ | 07712 | 125,000 | 77,250 | 149,006 | 226,256 |
| 619589 | Salvatoriello, Alphonse | 7/25/1996 | D&Sons Construction | Commonwealth Land Title | 221 | Roosevelt Avenue | Aberdeen | NJ | 07753 | 125,000 | 93,750 | 180,836 | 274,586 |
| 619590 | Salvatoriello, Alphonse | 7/25/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 13/08 | Seventh Avenue | Neptune | NJ | 07753 | 130,000 | 97,500 | 188,070 | 285,570 |
| 626014 | Southern, Carmen | 3/11/1997 | GJL Limited | Commonwealth Land Title | 200 | Richmond Street | Plainfield | NJ | 07060 | 138,000 | 89,700 | 173,024 | 262,724 |
| 626847 | Velila, Kenneth J. | 4/2/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 756 | East Second Street | Plainfield | NJ | 07060 | 90,000 | 67,500 | 130,202 | 197,702 |
| 627430 | Velila, Kenneth J. | 5/29/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 10 | Baldwin Street | New Brunswick | NJ | 08901 | 105,000 | 78,750 | 151,902 | 230,652 |
| 626824 | Vilardi, Janice | 4/2/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 266 | Arlington Avenue | Jersey City | NJ | 07305 | 153,000 | 114,750 | 221,344 | 336,094 |
| 627997 | Vilardi, Janice | 5/7/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 226 | Monticello Avenue | Jersey City | NJ | 07305 | 154,000 | 115,500 | 222,790 | 338,290 |
| 623845 | Viscardo, Susan | 12/20/1996 | GJL Limited | Commonwealth Land Title | 1117 | Asbury Avenue | Asbury Park | NJ | 07712 | 114,349 | 79,800 | 153,928 | 233,728 |
| 623846 | Viscardo, Susan | 12/30/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 303 | Comstock Avenue | Asbury Park | NJ | 07712 | 100,214 | 70,000 | 135,024 | 205,024 |
| 624260 | Viscardo, Susan | 1/13/1997 | GJL Limited | Commonwealth Land Title | 515 | Seventh Avenue | Asbury Park | NJ | 07712 | 185,500 | 129,850 | 250,471 | 380,321 |
| 627290 | White, Joanna M. | 4/11/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 31 | Fifth Street | Highlands | NJ | 07732 | 100,000 | 80,000 | 154,314 | 234,314 |
| 628338 | Wright, Bonnie M. | 5/23/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1 | Passaic Street | Carteret | NJ | 07008 | 116,000 | 92,800 | 179,004 | 271,804 |
| 627425 | Wright, Wesley | 4/15/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1116 | Fifth Avenue | Asbury Park | NJ | 07712 | 173,000 | 129,750 | 250,278 | 380,028 |
| 626848 | Zanca, Allan A. | 3/31/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 12 | Williams Street | East Orange | NJ | 07017 | 132,000 | 99,000 | 190,963 | 289,963 |
| 627862 | Zanca, Allan A. | 4/28/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 929 | Summerfield Avenue | Asbury Park | NJ | 07712 | 133,000 | 99,750 | 192,410 | 292,160 |
| 625051 | Cuzzi, Patricia | 1/31/1997 | GJL Limited | Fidelity National Title | 147 | Neptune Avenue | Jersey City | NJ | 07304 | 154,000 | 107,800 | 207,938 | 315,738 |
| 622655 | Ala, James | 11/22/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 115 | West Bergen Place | Red Bank | NJ | 07701 | 136,000 | 102,000 | 196,750 | 298,750 |
| 622660 | Amador, Joseph L. | 11/8/1996 | GJL Limited | Fidelity National Title | 93 | North Broadway | Long Branch | NJ | 07740 | 200,000 | 150,000 | 289,338 | 439,338 |
| 622662 | Amador, Joseph L. | 11/18/1996 | GJL Limited | Fidelity National Title | 613 | Pine Street | Asbury Park | NJ | 07712 | 150,000 | 112,500 | 216,504 | 329,004 |
| 627947 | Baltz, Robin K. | 4/30/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 98 | Wade Street | Jersey City | NJ | 07305 | 140,000 | 112,000 | 216,039 | 328,039 |
| 628329 | Baltz, Robin K. | 5/13/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 337 | Fisher Avenue | Neptune | NJ | 07753 | 151,000 | 120,800 | 233,014 | 353,814 |
| 622627 | Bustos, Sr., Rafael | 11/6/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 703 | Fourth Avenue | Asbury Park | NJ | 07712 | 190,000 | 142,500 | 274,871 | 417,371 |
| 622692 | Bustos-Lacy, Yolanda C | 1/15/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 508 | Sixth Avenue | Asbury Park | NJ | 07712 | 175,000 | 131,250 | 253,171 | 384,421 |
| 622693 | Bustos-Lacy, Yolanda C | 1/15/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 1105 | Grand Avenue | Asbury Park | NJ | 07712 | 185,000 | 138,750 | 267,638 | 406,388 |
| 622695 | Bustos-Lacy, Yolanda C | 12/30/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 601 | Fourth Avenue | Asbury Park | NJ | 07712 | 205,000 | 153,750 | 296,572 | 450,322 |
| 624179 | Campoli, Debra | 12/31/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 711 | Grand Avenue | Asbury Park | NJ | 07712 | 192,500 | 134,750 | 259,922 | 394,672 |
| 626016 | Capoli, John | 3/13/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 920 | West Third Street | Plainfield | NJ | 07063 | 120,000 | 78,000 | 150,456 | 228,456 |
| 627288 | Crawford, Christopher | 4/11/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 439 | East Seventh Street | Plainfield | NJ | 07060 | 165,000 | 123,750 | 238,704 | 362,454 |

Exhibit A to Declaration of Magnanini in Support of Walsh Securities' Motion to Enter Default

## Walsh Securities Inc.'s Losses on the 223 Loans

| Loan No. | Borrower | Closing Date | Seller | Title Company | Street No | Street Address | City | State | Zip Code | Purchase Price | Walsh Loan Amount | Interest @ 12.0% (5-30-97 thru 3-31-06) | Total Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 627635 | Crawford, Christopher | 5/7/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 43 | Clinton Avenue | Plainfield | NJ | 07060 | 120,000 | 90,000 | 173,603 | 263,603 |
| 628242 | Crawford, Christopher | 5/13/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 8 | Central Avenue | Long Branch | NJ | 07740 | 95,000 | 71,250 | 137,435 | 208,685 |
| 625402 | Crespo, Cruz | 4/25/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 206 | Sherman Street | Perth Amboy | NJ | 08861 | 124,000 | 93,000 | 179,390 | 272,390 |
| 623303 | Cuzzi Jr., Mario | 11/22/1996 | GJL Limited | Fidelity National Title | 13/4 | Asbury Avenue | Asbury Park | NJ | 07712 | 133,500 | 100,125 | 195,133 | 295,258 |
| 623304 | Cuzzi Jr., Mario | 11/22/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 376 | West Columbus Avenue | Long Branch | NJ | 07740 | 122,500 | 91,875 | 177,220 | 269,095 |
| 623307 | Cuzzi Jr., Mario | 11/22/1996 | GJL Limited | Fidelity National Title | 604 | Grand Avenue | Asbury Park | NJ | 07712 | 194,500 | 145,875 | 281,382 | 427,257 |
| 623301 | Cuzzi Jr., Mario | 11/22/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 701 | Fourth Avenue | Asbury Park | NJ | 07712 | 156,000 | 117,000 | 225,684 | 342,684 |
| 623302 | Cuzzi Jr., Mario | 11/22/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 121/8 | Washington Avenue | Asbury Park | NJ | 07712 | 140,000 | 105,000 | 202,537 | 307,537 |
| 623305 | Cuzzi Jr., Mario | 11/22/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 612 | Seventh Avenue | Asbury Park | NJ | 07712 | 168,000 | 126,000 | 243,044 | 369,044 |
| 623306 | Cuzzi Jr., Mario | 11/22/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 509 | First Avenue | Asbury Park | NJ | 07712 | 121,000 | 90,750 | 175,050 | 265,800 |
| 626026 | Cuzzi, Lawrence M. | 3/11/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 40 | Westervelt Avenue | Plainfield | NJ | 07060 | 145,000 | 94,250 | 181,801 | 276,051 |
| 625047 | Cuzzi, Patricia | 1/31/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 117 | North Street | Jersey City | NJ | 07397 | 118,000 | 81,200 | 156,628 | 237,828 |
| 626530 | Davis, John | 2/20/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 28 | Poet Drive | Matawan | NJ | 07747 | 198,000 | 138,600 | 267,349 | 405,949 |
| 628328 | Delia III, Ralph Joseph | 5/30/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 251 | Pine Street | Jersey City | NJ | 07305 | 75,000 | 60,000 | 115,735 | 175,735 |
| 624171 | Deliyski, Dimitar D. | 12/31/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 255A | South Pearl Street | Red Bank | NJ | 07701 | 140,000 | 98,000 | 189,034 | 287,034 |
| 624261 | Deliyski, Dimitar D. | 1/13/1997 | GJL Limited | Fidelity National Title | 132 | Leighton Avenue | Red Bank | NJ | 07701 | 147,000 | 102,900 | 198,486 | 301,386 |
| 624488 | Deliyski, Dimitar D. | 1/17/1997 | GJL Limited | Fidelity National Title | 511 | Asbury Avenue | Asbury Park | NJ | 07712 | 222,000 | 155,400 | 299,750 | 455,150 |
| 624489 | Dicaro Jr., Louis | 1/17/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 105 | West Bigelow Street | Newark | NJ | 07108 | 98,000 | 68,600 | 132,324 | 200,924 |
| 624926 | Dippolito, Amanda | 1/30/1997 | GJL Limited | Fidelity National Title | 245 | Clerk Street | Jersey City | NJ | 07305 | 118,000 | 82,600 | 159,329 | 241,929 |
| 624927 | Dippolito, Amanda | 1/30/1997 | GJL Limited | Fidelity National Title | 744-46 | West Fourth Street | Plainfield | NJ | 07060 | 125,000 | 87,500 | 168,781 | 256,281 |
| 624692 | Dippolito, Michael | 1/27/1997 | GJL Limited | Fidelity National Title | 604 | Fourth Avenue | Asbury Park | NJ | 07712 | 208,000 | 145,600 | 280,851 | 426,451 |
| 624924 | Dippolito, Michael | 1/30/1997 | GJL Limited | Fidelity National Title | 724 | East Sixth Street | Plainfield | NJ | 07060 | 127,000 | 88,900 | 171,481 | 260,381 |
| 624925 | Dippolito, Michael | 1/30/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 941 | West Fifth Street | Plainfield | NJ | 07060 | 118,000 | 82,600 | 159,329 | 241,929 |
| 628559 | Dossantos, Luis | 5/29/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 220 | Washington Street | Trenton | NJ | 08611 | 85,000 | 56,250 | 108,502 | 164,752 |
| 628046 | Fania Jr., Anthony W. | 5/9/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 12/16 | Heck Street | Asbury Park | NJ | 07712 | 100,000 | 75,000 | 144,669 | 219,669 |
| 627684 | Freeden, Barbara | 5/7/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 45 | 66th Street | West New York | New York | 07093 | 143,000 | 107,250 | 206,877 | 314,127 |
| 627003 | Freeden, Glenn R. | 4/25/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 10 | Bradley Street | Neptune | NJ | 07753 | 110,000 | 82,500 | 159,136 | 241,636 |
| 627354 | Freeden, James B. | 4/14/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 503 | First Avenue | Asbury Park | NJ | 07712 | 159,000 | 127,200 | 245,359 | 372,559 |
| 626851 | Freeden, Peter A. | 4/25/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 100/4 | Bergh Street | Asbury Park | NJ | 07712 | 140,000 | 112,000 | 216,039 | 328,039 |
| 628930 | Guzman, Victor | 6/5/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 18 | Ford Avenue | Freehold | NJ | 07728 | 92,000 | 69,000 | 133,095 | 202,095 |
| 624175 | Hristov, Laure | 12/31/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 20 | Dupont Street | Seaside Heights | NJ | 08751 | 175,000 | 122,500 | 236,293 | 358,793 |
| 624177 | Hristov, Laure | 12/31/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 26 | Institute Street | Freehold | NJ | 07728 | 94,000 | 65,800 | 126,923 | 192,723 |

Exhibit A to Declaration of Magnanini in Support of Walsh Securities' Motion to Enter Default

## Walsh Securities Inc.'s Losses on the 223 Loans

| Loan No. | Borrower | Closing Date | Seller | Title Company | Street No | Street Address | City | State | Zip Code | Purchase Price | Walsh Loan Amount | Interest @ 12.0% (5-30-97 thru 3-31-06) | Total Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 622645 | Juergensen, Hans | 11/13/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 1032-34 | Bangs Avenue | Asbury Park | NJ | 07712 | 180,000 | 135,000 | 260,404 | 395,404 |
| 624712 | Juergensen, Hans | 1/27/1997 | GJL Limited | Fidelity National Title | 110 | Liberty Street | Long Branch | NJ | 07740 | 153,000 | 107,100 | 206,587 | 313,687 |
| 624713 | Juergensen, Hans | 1/23/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 62 | Sherman Avenue | Jersey City | NJ | 07307 | 145,000 | 101,500 | 195,785 | 297,285 |
| 624714 | Juergensen, Hans | 1/23/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 207 | Virginia Avenue | Jersey City | NJ | 07305 | 168,000 | 117,600 | 226,841 | 344,441 |
| 625058 | Juergensen, Hans | 1/31/1997 | GJL Limited | Fidelity National Title | 58 | Third Street | Newark | NJ | 07107 | 75,000 | 52,500 | 101,268 | 153,768 |
| 622863 | Juergensen, Hans | 12/30/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 1422 | Mattison Avenue | Asbury Park | NJ | 07712 | 147,000 | 110,250 | 212,664 | 322,914 |
| 624715 | Juergensen, Hans | 1/23/1997 | GJL Limited | Fidelity National Title | 338 | Franklin Place | Plainfield | NJ | 07060 | 168,000 | 117,600 | 226,841 | 344,441 |
| 627377 | Kaczmarek, Laurie J. | 4/16/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 12 | Bond Street | Freehold | NJ | 07728 | 106,000 | 79,500 | 153,349 | 232,849 |
| 623633 | Keleher, John Glenn | 5/23/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 175 | Van Horne Street | Jersey City | NJ | 07305 | 118,000 | 88,500 | 170,709 | 259,209 |
| 624491 | Kitchovitch, Milosh | 1/17/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 317 | Sumner Avenue | Seaside Heights | NJ | 08751 | 133,000 | 93,100 | 179,582 | 272,682 |
| 624492 | Kitchovitch, Milosh | 1/23/1997 | GJL Limited | Fidelity National Title | 115 | Blaine Avenue | Seaside Heights | NJ | 08751 | 165,000 | 115,500 | 222,790 | 338,290 |
| 624493 | Kitchovitch, Milosh | 1/17/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 15 | North Fourth Street | Paterson | NJ | 07522 | 159,000 | 111,300 | 214,689 | 325,989 |
| 627420 | Lentino, Arlene | 5/7/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 80 | Graham Street | Jersey City | NJ | 07304 | 134,000 | 107,200 | 206,780 | 313,980 |
| 618726 | Liebler, David A. | 6/27/1996 | Oakwood Props. Inc. | Fidelity National Title | 126 | Leighton Avenue | Red Bank | NJ | 07701 | 120,000 | 86,250 | 166,369 | 252,619 |
| 619474 | Montanye, Jill A. | 7/25/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 508 | Asbury Avenue | Asbury Park | NJ | 07712 | 200,000 | 146,250 | 282,105 | 428,355 |
| 619476 | Montanye, Jill A. | 7/24/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 1222 | Monroe Avenue | Asbury Park | NJ | 07712 | 101,000 | 75,750 | 146,116 | 221,866 |
| 619478 | Montanye, Jill A. | 7/25/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 17 | Eastwood Avenue | Long Branch | NJ | 07740 | 120,000 | 93,750 | 180,836 | 274,586 |
| 619588 | Montanye, Jill A. | 7/26/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 404 | Emory Avenue | Asbury Park | NJ | 07712 | 180,000 | 135,000 | 260,404 | 395,404 |
| 627698 | Moreira, Michelle R. | 4/30/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 608 | Third Avenue | Asbury Park | NJ | 07712 | 156,000 | 117,000 | 225,684 | 342,684 |
| 627946 | Moreira, Michelle R. | 4/30/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 286 | Pacific Street | Jersey City | NJ | 07305 | 143,000 | 107,250 | 206,877 | 314,127 |
| 626025 | Papa, James | 5/30/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 130 | Plainfield Avenue | Plainfield | NJ | 07899 | 138,000 | 103,500 | 199,643 | 303,143 |
| 627634 | Papa, James | 4/30/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 611 | Charles Street | Perth Amboy | NJ | 08861 | 130,000 | 97,500 | 188,070 | 285,570 |
| 627001 | Pelardis, Afrodite E. | 4/25/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 422 | John Street | Plainfield | NJ | 07060 | 80,000 | 60,000 | 115,735 | 175,735 |
| 627636 | Pelardis, Afrodite E. | 5/23/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 461 | Bergen Avenue | Jersey City | NJ | 07305 | 65,000 | 48,750 | 94,035 | 142,785 |
| 624495 | Pelardis, George | 1/23/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 66-38 | Fremont Avenue | Seaside Heights | NJ | 07745 | 123,000 | 86,100 | 166,080 | 252,180 |
| 622653 | Piscioneri, Joseph | 11/27/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 1124 | Sewell Avenue | Asbury Park | NJ | 07712 | 102,000 | 76,500 | 147,562 | 224,062 |
| 623844 | Powell, Kimberly E. | 12/27/1996 | GJL Limited | Fidelity National Title | 600 | Fifth Avenue | Asbury Park | NJ | 07753 | 182,500 | 127,750 | 246,420 | 374,170 |
| 624259 | Powell, Kimberly E. | 1/15/1997 | GJL Limited | Fidelity National Title | 1415-1417 | Springwood Avenue | Asbury Park | NJ | 07712 | 163,500 | 114,450 | 220,765 | 335,215 |
| 622656 | Reilly, Brian G. | 11/22/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 609 | Fourth Avenue | Asbury Park | NJ | 07712 | 175,500 | 131,625 | 253,894 | 385,519 |
| 622624 | Ricigliano, Pamela | 11/6/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 1113-1115 | Sewall Avenue | Asbury Park | NJ | 07712 | 169,000 | 126,750 | 244,491 | 371,241 |
| 622646 | Ricigliano, Pamela | 11/8/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 1100 | Summerfield Avenue | Asbury Park | NJ | 07712 | 145,000 | 108,750 | 209,770 | 318,520 |
| 627637 | Vilardi, Janice | 5/29/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 191 | Handy Street | New Brunswick | NJ | 08903 | 86,000 | 64,500 | 124,415 | 188,915 |

Page 6 of 7

Exhibit A to Declaration of Magnanini in Support of Walsh Securities' Motion to Enter Default

## Walsh Securities Inc.'s Losses on the 223 Loans

| Loan No. | Borrower | Closing Date | Seller | Title Company | Street No | Street Address | City | State | Zip Code | Purchase Price | Walsh Loan Amount | Interest @ 12.0% (5-30-97 thru 3-31-06) | Total Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 627863 | White, Joanna M. | 4/25/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 933 | Bargs Avenue | Asbury Park | NJ | 07712 | 175,000 | 140,000 | 270,049 | 410,049 |
| 628244 | Wright, Bonnie M. | 5/23/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 121/0 | Second Avenue | Asbury Park | NJ | 07712 | 138,000 | 110,400 | 212,953 | 323,353 |
| 628828 | Wright, Wesley | 3/31/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 222 | Monticello Avenue | Jersey City | NJ | 07307 | 161,000 | 120,750 | 232,917 | 353,667 |
| 627475 | Zanca, Allan A. | 5/29/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 384 | Delavan Street | New Brunswick | NJ | 08901 | 93,000 | 69,750 | 134,542 | 204,292 |
| 615592 | Cosares, Nicholas | 4/3/1996 | DEK Homes of NY | Nations Title Insurance of NY | 539 | Myrtle Avenue | Neptune | NJ | 11531 | 100,000 | 70,000 | 135,024 | 205,024 |
| 617762 | Cosares, Nicholas | 5/29/1996 | Oakwood Props. Inc. | Nations Title Insurance of NY | 42 | East Sunset Avenue | Red Bank | NJ | 07741 | 140,000 | 105,000 | 202,537 | 307,537 |
| 617763 | Cosares, Nicholas | 5/29/1996 | Oakwood Props. Inc. | Nations Title Insurance of NY | 50 | South Fifth Avenue | Long Branch | NJ | 07701 | 120,000 | 90,000 | 173,603 | 263,603 |
| 617764 | Cosares, Nicholas | 5/30/1996 | Oakwood Props. Inc. | Nations Title Insurance of NY | 125 | Elmwood Avenue | Long Branch | NJ | 07701 | 180,000 | 135,000 | 260,404 | 395,404 |
| 618760 | Cosares, Nicholas | 6/28/1996 | HUD Stmnt. Not in File | Nations Title Insurance of NY | 26 | Avenue Of Two Rivers | Rumson | NJ | 07760 | 203,000 | 152,000 | 293,196 | 445,196 |
| 614472 | Crespo, Julio | 2/27/1996 | D&Sons Construction | Nations Title Insurance of NY | 335 | Watson Avenue | Perth Amboy | NJ | 08876 | 156,000 | 109,200 | 210,638 | 319,838 |
| 614368 | Grieser, Gary D. | 2/29/1996 | DEK Homes of NJ | Nations Title Insurance of NY | 1702 | Elk Street | Piscataway | NJ | 07791 | 155,000 | 108,500 | 209,288 | 317,788 |
| 614404 | Grieser, Gary D. | 2/22/1996 | BNB Associates Corp. | Nations Title Insurance of NY | 490 | East 24th Street | Paterson | NJ | 07514 | 138,000 | 96,600 | 186,334 | 282,934 |
| 614500 | Grieser, Gary D. | 3/15/1996 | DEK Homes of NY | Nations Title Insurance of NY | 45 | Abbottsford Avenue | Long Branch | NJ | 07740 | 193,000 | 135,000 | 260,404 | 395,404 |
| 614502 | Grieser, Gary D. | 2/29/1996 | DEK Homes of NY | Nations Title Insurance of NY | 606 | Fifth Avenue | Asbury Park | NJ | 07712 | 200,000 | 140,000 | 270,049 | 410,049 |
| 614503 | Grieser, Gary D. | 2/29/1996 | DEK Homes of NY | Nations Title Insurance of NY | 915 | Fifth Avenue | Asbury Park | NJ | 07712 | 200,000 | 140,000 | 270,049 | 410,049 |
| 617770 | Leodis, Anna | 5/31/1996 | Oakwood Props. Inc. | Nations Title Insurance of NY | 1102 | Bargs Avenue | Asbury Park | NJ | 07712 | 150,000 | 112,500 | 217,004 | 329,504 |
| 617772 | Leodis, Anna | 5/29/1996 | HUD Stmnt. Not in File | Nations Title Insurance of NY | 124 | Leighton Avenue | Red Bank | NJ | 07744 | 140,000 | 105,000 | 202,537 | 307,537 |
| 617774 | Leodis, Anna | 5/31/1996 | Oakwood Props. Inc. | Nations Title Insurance of NY | 703 | Comstock Avenue | Long Branch | NJ | 07740 | 180,000 | 135,000 | 260,404 | 395,404 |
| 619480 | Leodis, George T. | 7/25/1996 | Cristo Prop. Mgmt. | Nations Title Insurance of NY | 768 | State Street | Perth Amboy | NJ | 08861 | 165,000 | 123,750 | 238,704 | 362,454 |
| 619481 | Leodis, George T. | 7/24/1996 | Cristo Prop. Mgmt. | Nations Title Insurance of NY | 130 | Eastwood Avenue | Long Branch | NJ | 07740 | 120,000 | 90,000 | 173,603 | 263,603 |
| 619670 | Liebler, David A. | 6/27/1996 | Oakwood Props. Inc. | Nations Title Insurance of NY | 128 | Leighton Avenue | Red Bank | NJ | 07740 | 115,000 | 86,250 | 166,369 | 252,619 |
| 618729 | Liebler, David A. | 6/27/1996 | DEK Homes of NJ | Nations Title Insurance of NY | 100/0 | Fourth Avenue | Asbury Park | NJ | 07712 | 125,000 | 93,750 | 180,836 | 274,586 |
| 618731 | Liebler, David A. | 6/27/1996 | DEK Homes of NJ | Nations Title Insurance of NY | 140-146 | Seventh Avenue | Plainfield | NJ | 07060 | 225,000 | 150,000 | 289,338 | 439,338 |
| 618732 | Liebler, David A. | 6/27/1996 | Oakwood Props. Inc. | Nations Title Insurance of NY | 132 | River Street | Red Bank | NJ | 07728 | 160,000 | 120,000 | 231,471 | 351,471 |
| 618759 | Liebler, David A. | 6/28/1996 | Oakwood Props. Inc. | Nations Title Insurance of NY | 148-150 | Sixth Avenue | Long Branch | NJ | 07728 | 170,000 | 118,500 | 228,577 | 347,077 |
| 618781 | Liebler, David A. | 6/28/1996 | Oakwood Props. Inc. | Nations Title Insurance of NY | 1266 | Ocean Avenue Unit 2 | SEA BRIGHT | NJ | 07760 | 295,000 | 221,250 | 426,774 | 648,024 |
| 619472 | Montanye, Jill A. | 7/25/1996 | Cristo Prop. Mgmt. | Nations Title Insurance of NY | 319 | Sewall Avenue | Asbury Park | NJ | 07712 | 150,000 | 112,500 | 217,004 | 329,504 |
| 619486 | Salvatoriello, Alphonse | 7/26/1996 | D&Sons Construction | Nations Title Insurance of NY | 155 | Chelsea Avenue | Long Branch | NJ | 07510 | 220,000 | 165,000 | 318,272 | 483,272 |
| 621711 | Hristov, Plamen | 10/21/1996 | Cristo Prop. Mgmt. | Stewart Title Guaranty Co. | 151 | Fisher Avenue | Neptune | NJ | 07753 | 120,000 | 90,000 | 173,603 | 263,603 |
| 618897 | Leodis, Anna | 4/30/1997 | Gary Grieser, Jr. | Stewart Title Guaranty Co. | 34 | Park Road | Monmouth Beach | NJ | 07750 | 90,000 | 67,500 | 130,202 | 197,702 |
| | | | | | | | | | TOTAL: | | 23,678,000 | 45,701,484 | 69,379,484 |

Exhibit A to Declaration of Magnanini in Support of Walsh Securities' Motion to Enter Default