## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

Robert A. Magnanini (RM7356)
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Attorneys for Plaintiff
Walsh Securities, Inc.

---

| | |
|---|---|
| WALSH SECURITIES, INC., | : Civil Action No. 97-3496 (WGB) |
| Plaintiff, | : |
| v. | : **ORDER FOR DEFAULT JUDGMENT** |
| CRISTO PROPERTY MANAGEMENT, Ltd., et al., | : |
| Defendants. | : |

---

THIS MATTER having been opened to the Court upon the application of Boies, Schiller & Flexner LLP (Robert A. Magnanini, Esq. appearing), Counsel for Plaintiff Walsh Securities, Inc.; and

The Court having considered the submission of Walsh Securities, Inc., and based upon the court files and docket in this action;

For good cause shown and for purposes of judicial efficiency:

IT IS on this ___ day of _____, 2006, hereby ORDERED that Walsh Securities, Inc.'s Request to Enter Default Judgment is granted and judgment shall be entered in the sum of $_____ jointly and severally against the following defendants:

Thomas Brodo; James R. Brown; Richard Calanni; Gary Grieser; Capital Assets

Property Management, LLC; Capital Assets Property Management & Investment Co.;

William J. Kane; Cristo Property Management Ltd., aka G.J.L. Limited; DEK Homes of

New Jersey; Oakwood Properties, Inc.; Lawrence J. Cuzzi; DAP Consulting, Inc.;

Richard DiBenedetto; and Stanley Yacker, Esq.


IT IS SO ORDERED this _____ day of _____, 2006


_____

WILLIAM G. BASSLER, U.S.D.J.