## CERTIFICATE OF SERVICE

I certify that on February 24, 2006, I caused to be served a copy of the Notion of Motion to Enter Default, Declaration of Robert A. Magnanini and a proposed form of Order, via Federal Express to all Defendants and Pro Se Defendants on the attached Service List, and electronic mail to the Clerk, United States District Court, District of New Jersey.

Rella DeSimone, Legal Assistant

WALSH SECURITIES V. CRISTO MANAGEMENT LTD.
Civil Action CV 97-3496 (WGB)

COUNSEL LIST

Robert A. Magnanini, Esq.
Boies, Schiller & Flexner LLP
150 JFK Parkway, 4th floor
Short Hills, NJ 07078
973-218-1111
Fax: 973-218-1106
**For Plaintiff, Walsh Securities**

Frederick W. Alworth, Esq.
Gibbons, Del Deo
One Riverfront Plaza
Newark, NJ 07102
973-596-4500
Fax: 973-639-6251
**For Stewart Title Insurance Co.**

Mark W. Cantanzaro, Esq.
Blason IV – Suite 208
513 South Lenola Road
Moorestown, NJ 08057
856-235-4266
Fax: 856-235-4332
**For Richard Pepsney and Donna Pepsney**

Michael Schottland, Esq.
Schottland, Manning, Rosen, Caliendo & Munson
36 West Main Street
Freehold, NJ 07728
732-462-4405
Fax: 732-409-0347
**For National Home Funding, Inc. and Robert Skowrenski, II**

Martin R. McGowan, Esq.
Methfessel & Werbel
3 Ethel Road, Suite 300
Edison, NJ 08818
732-248-4200
Fax: 732-248-2355
**For Coastal Title Insurance Co.**

David R. Kott, Esq.
McCarter & English
Four Gateway Center
Newark, NJ 07101
973-639-2056
Fax: 973-624-7070
**For Commonwealth Land Title Insurance Co.**

Anthony Argiropoulos, Esq.
Fox Rothschild
997 Lenox Drive
Lawrenceville, NJ 08648
609-896-3600
Fax: 609-896-1469
**For Nations Title Insurance Co. of New York and Fidelity National Title Insurance Co. of New York**

Andrew L. Indeck, Esq.
Scarinci & Hollenbeck
1100 Valleybrook Avenue
Lyndhurst, NJ 07071
201-896-4100
Fax: 201-896-8660
**For Garden State Indemnity Company**

Stephen E. Balsamo, Esq.
Garrity, Graham, Favetta & Flinn
1 Lackawanna Plaza
Montclair, NJ 07041
973-509-7500
Fax: 973-509-0414
**For Anthony M. Cicalese**

Edward C. Bertucio, Jr., Esq.
Hobbie, Corrigan, Bertucio & Tashjy
125 Wyckoff Road
Eatontown, NJ 07724
732-380-1515
Fax: 732-380-1720
**For Michael Alfieri**

Robert J. Reilly, III, Esq.
Reilly, Supple & Wischusen
571 Central Avenue
New Providence, NJ 07974
908-665-1166
Fax: 908-665-9137
**For Michael Alfieri**

John B. McCusker, Esq.
McCusker, Anselmi, Rosen, Carvelli & Walsh
127 Main Street
Chatham, NJ 07928
973-635-6300
Fax: 973-635-6363
**For Weichert Realtors**

James R. Brown, **Pro Se**
200 Middlesex Road #212
Matawan, NJ 07747
732-441-9090

Richard Calanni, **Pro Se**
1 Old Farm Road
Tinton Falls, NJ 07724
732-389-8738
Fax: 732-389-8853

Lawrence J. Cuzzi, **Pro Se**
38 Clive Hill Road
Edison, NJ 08820

Irene DiFeo, **Pro Se**
5 Leann Court
Old Bridge, NJ 08857
732-679-0354

Anthony D'Appolito, **Pro Se**
909 Woodland Avenue
Wall Township, NJ 07719
732-556-6240
Cell 732-433-8506

Thomas Brodo, **Pro Se**
139B Fort Lee Road
Teaneck, NJ 07666
201-836-9242
Fax: 201-796-5980

Richard DiBenedetto, **Pro Se**
153 Stephens Lane
Mahwah, NJ 07430
201-512-9921

Stanley Yacker, Esq., **Pro Se**
c/o Monmouth Title
188 East Bergen Place
Red Bank, NJ 07701
732-758-0201
Fax: 732-758-0122