IRENE DIFEO, PRO SE
5 LEANN COURT
OLD BRIDGE, N.J. 08857

| | |
|---|---|
| WALSH SECURITIES, INC. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
| PLAINTIFF, | |
| VS. | CV 97-3496  (WGB) |
| CRISTO PROPERTY MANAGEMENT, LTD.,a/k/a G.J. L LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING.,INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPER MANAGEMENT, LLC. WILLIAM KANE GARY GRIESER, ROBERT SKOWRENSKI,II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN,THOMAS BRODO,RONALD J. PIERSON,STANLEY YACKER,ESQ., MICHAEL ALFIERI,ESQ, RICHARD PEPSNY,ESQ., ANTHONY M. CICALESE, ESQ.,LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC.,COMMONWEALTH LAND TITLE INSURANCE CO.,NATIONS TITLE INSURANCE OF NEW YORK, INC. FIDELITY NATIONAL TITLE INSURANCE CO., OF NEW YORK, COASTAL TITLE AGENCY and STEWART TITLE GUARANTY COMPANY, IRENE DIFEO, DONNA PEPSNY, WEICHERT REALTORS AND VECCHIO REALTY INC.,d/b/a/ MURPHY REALTY BETTER HOMES AND GARDENS | HON.WILLIAM G. BASSLER  **ORDER** |
| DEFENDANTS | |

**THIS MATTER** having come before the court upon the motion of cross-claim defendant Irene DiFeo on Notice to all parties for an Order dismissing all Cross-Claims; and the Court having reviewed the parties' briefs and arguments, and for good cause shown,

IT IS on this ___ day of _____, 2006:

**ORDERED,** that Cross-Claim Defendant Irene DiFeo's motion is hereby granted, and all Cross-Claims are hereby dismissed as to Irene DiFeo.

                                                        HONORABLE WILLIAM G. BASSLER
                                                        United States District Judge

I, Irene H. DiFeo pro se, do hereby certify that on this 27 th day of February, 2006, I caused a true and correct copy of my motion to Dismiss All Cross–Claims to be served on all counsel and pro se litigants on the addresses indicated on the attached counsel list by First–Class mail.

I certify that the foregoing statements made by me are true.

*[signature]*
pro se

Irene H. DiFeo

Dated : February 27 , 2006

RECEIVED-CLERK
U.S. DISTRICT COURT
2006 FEB 27 A 10: 02

## SERVICE LIST

### WALSH SECURITIES, INC. V. CRISTO PROPERTY MANAGEMENT, ET AL
### CIVIL ACTION NO. 97-3496(WGB)

Robert A. Magnanini, Esq.
Boies, Schiller & Flexner L.L.P.
150 John F. Kennedy, 4th Floor
Short Hills, NJ 07078
**Attorney for Plaintiff Walsh Securities, Inc.**

Daniel Towell, Esq.
Methfessel & Werbel
3 Ethel Road, Suite 300
Edison, NJ 08818
**Attorneys for Defendant Coastal Title Agency**

Vincent Manning, Esq.
Schottland, Manning, Rosen, Caliendo & Thomson, P.A.
36 W. Main Street
Freehold, NJ 07728
**Attorney for Defendants National Home Funding, Inc. and Robert Skowrenski, II**

Edward C. Bertucio, Jr., Esq.
Hobbie, Corriga, Bertucio & Tashjy, P.C.
125 Wyckoff Road
Eatontown, NJ 07724
**Attorney for Defendant Michael Alfieri, Esq.**

David R. Kott, Esq.
McCarter & English
100 Mulberry Street
Newark, NJ 07101
**Attorney for Defendant/Third Party Plaintiff Commonwealth Land Title Insurance Co.**

Jerry Ballarotto, Esq.
143 White Horse Avenue
Trenton, NJ 08610
**Attorney for Defendant Richard Pepsny**

Stephen Balsamo, Esq.
Garrity, Graham, Favette & Flinn
1 Lackawanna Plaza, Box 4205
Montclair, NJ 07042
**Attorney for Defendant Anthony M. Ciccalese**

Anthony Argiropoulos, Esq.
Fox, Rothschild, L.L.P.
997 Lenox Drive, Bldg. 3
Lawrenceville, NJ 08648
**Attorney for Defendants Fidelity National Title Insurance and Nations Title Insurance of N.Y.**

Fred Alworth, Esq.
Gibbons, DelDeo, Dolan, Griffinger & Vecchione, P.C.
One Riverfront Plaza
Newark, NJ 07102-5497
**Attorney for Defendant Stewart Title**

Pasquale Menna, Esq.
Kauff and Menna
170 Broad Street
P.O. 762
Red Bank, NJ 07701
**Attorneys for Defendant Roland J. Pierson**