I, Irene H. DiFeo pro se, do hereby certify that on this 27th day of February, 2006, I caused a true and correct copy of my motion to Dismiss All Cross-Claims to be served on all counsel and pro se litigants on the addresses indicated on the attached counsel list by First-Class mail.

I certify that the foregoing statements made by me are true.

*[signature]*
pro se

Irene H. DiFeo

Dated: February 27, 2006

*[RECEIVED-CLERK U.S. DISTRICT COURT 2006 FEB 27 A 10:02 stamp]*

## SERVICE LIST

## WALSH SECURITIES, INC. V. CRISTO PROPERTY MANAGEMENT, ET AL
## CIVIL ACTION NO. 97-3496(WGB)

Robert A. Magnanini, Esq.
Boies, Schiller & Flexner L.L.P.
150 John F. Kennedy, 4th Floor
Short Hills, NJ 07078
**Attorney for Plaintiff Walsh Securities, Inc.**

Daniel Towell, Esq.
Methfessel & Werbel
3 Ethel Road, Suite 300
Edison, NJ 08818
**Attorneys for Defendant Coastal Title Agency**

Vincent Manning, Esq.
Schottland, Manning, Rosen, Caliendo & Thomson, P.A.
36 W. Main Street
Freehold, NJ 07728
**Attorney for Defendants National Home Funding, Inc. and Robert Skowrenski, II**

Edward C. Bertucio, Jr., Esq.
Hobbie, Corriga, Bertucio & Tashjy, P.C.
125 Wyckoff Road
Eatontown, NJ 07724
**Attorney for Defendant Michael Alfieri, Esq.**

David R. Kott, Esq.
McCarter & English
100 Mulberry Street
Newark, NJ 07101
**Attorney for Defendant/Third Party Plaintiff Commonwealth Land Title Insurance Co.**

Jerry Ballarotto, Esq.
143 White Horse Avenue
Trenton, NJ 08610
**Attorney for Defendant Richard Pepsny**

Stephen Balsamo, Esq.
Garrity, Graham, Favette & Flinn
1 Lackawanna Plaza, Box 4205
Montclair, NJ 07042
**Attorney for Defendant Anthony M. Ciccalese**

Anthony Argiropoulos, Esq.
Fox, Rothschild, L.L.P.
997 Lenox Drive, Bldg. 3
Lawrenceville, NJ 08648
**Attorney for Defendants Fidelity National Title Insurance and Nations Title Insurance of N.Y.**

Fred Alworth, Esq.
Gibbons, DelDeo, Dolan, Griffinger & Vecchione, P.C.
One Riverfront Plaza
Newark, NJ 07102-5497
**Attorney for Defendant Stewart Title**

Pasquale Menna, Esq.
Kauff and Menna
170 Broad Street
P.O. 762
Red Bank, NJ 07701
**Attorneys for Defendant Roland J. Pierson**

Marc Wietzke, Esq.
Scarinci & Hollenbeck, LLC
1100 Valleybrook Avenue
P.O. Box 790
Lyndhurst, NJ 07071
**Attorney for Garden State Indemnity Co.**
*(Legal Malpractice carrier for Defendant Michael Alfieri)*

Robert J. Reilly, Esq.
Reilly, Supple & Wischusen
571 Central Avenue
New Providence NJ 07974
**Attorney for Defendant Michael Alfieri**

Mark W. Cantanzaro, Esq.
Blason IV – Suite 208
513 S. Lenola Road
Moorestown, NJ 08057
**Attorney for Defendant Donna Pepsny**

Stanley Yacker, Pro Se
c/o Monmouth Title
188 East Bergen Place
Red Bank, NJ 07701

Irene DiFeo, Pro Se
5 Leann Court
Old Bridge, NJ 08857

Anthony D'Apolito, Pro Se
909 Woodland Avenue
Wall Township, NJ 07719

Richard Calanni, Pro Se
One Old Farm Road
Tinton Falls, NJ 07724

Thomas Brodo, Pro Se
139B Fort Lee Road
Teaneck, NJ 07666