McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant/Third-Party
 Plaintiff Commonwealth Land Title Insurance Company
DK-4593 (David R. Kott, Esq.)

|  |  |
|---|---|
| WALSH SECURITIES, INC., | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
| Plaintiff, | Civil Action No. 97-3496 Honorable William G. Bassler |
| v. | **ACCEPTANCE OF SERVICE OF DEFENDANT/THIRD PARTY PLAINTIFF COMMONWEALTH LAND TITLE INSURANCE COMPANY'S FIRST AMENDED THIRD-PARTY COMPLAINT AGAINST THIRD-PARTY DEFENDANTS ROBERT WALSH AND ELIZABETH ANN DeMOLA BY JEFFREY D. SMITH, ESQ., FOR THIRD-PARTY DEFENDANT ELIZABETH ANN DeMOLA** |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, RONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW YORK INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, COASTAL TITLE AGENCY, and STEWART TITLE GUARANTY COMPANY, IRENE DiFEO, DONNA PEPSNY, WEICHERT REALTORS, AND VECCHIO REALTY, INC. D/B/A MURPHY REALTY BETTER HOMES and GARDENS, | |
| Defendants. | |
| and | |
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, | |
| Defendant/Third Party Plaintiff, | |
| v. | |
| ROBERT WALSH and ELIZABETH ANN DeMOLA, | |
| Third Party Defendants. | |

I am authorized by third party defendant Elizabeth Ann DeMola to accept service of the attached Defendant/Third-Party Plaintiff Commonwealth Land Title Insurance Company's First Amended Third-Party Complaint Against Third-Party Defendants Robert Walsh and Elizabeth Ann DeMola (hereinafter "Commonwealth's First Amended Third-Party Complaint") and do hereby accept service of same.

By accepting service of the same, the undersigned is not entering an appearance in the within action and third party defendant Elizabeth Ann DeMola retains all defenses or objections to Commonwealth's First Amended Third-Party Complaint or to the jurisdiction or venue of the Court except for objections based on a defect in service of the attached Commonwealth's First Amended Third-Party Complaint.

Third party defendant Elizabeth Ann DeMola understands that a judgment may be entered against her on the attached Commonwealth's First Amended Third-Party Complaint if an answer or motion under Rule 12 is not served within sixty (60) days hereof, unless extended by the consent of the attorneys for defendant/third party plaintiff Commonwealth Land Title Insurance Company or by an Order of the Court.

_____
Jeffrey D. Smith, Esq.

Dated: March 6, 2006