RECEIVED
WILLIAM T. WALSH, CLERK

2006 MAR 16  A 10: 16

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : Civil Action No. CV 97-3496 (WGB) |
| Plaintiff, | : Hon. William G. Bassler |
| v. | : |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, et al. | : **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PRO SE DEFENDANT IRENE DiFEO ONLY** |
| Defendants. | |

It is hereby stipulated and agreed by and between Plaintiff Walsh Securities, Inc. and Defendant Irene DiFeo that the Third Amended Complaint in the above-referenced matter is dismissed without prejudice and without costs as to Defendant Irene DiFeo only.

_Irene Di Feo, pro se_                Dated: 3/1/06
Irene DiFeo, Pro Se
5 Leann Court
Old Bridge, NJ 08857
**Pro Se Defendant**

_/s/ Robert A. Magnanini_              Dated: 22 Feb 06
Robert A. Magnanini, Esq.
Boies, Schiller & Flexner LLP
150 John F. Kennedy Parkway
Short Hills, NJ 07078
973-218-1111
**Counsel for Plaintiff Walsh Securities, Inc.**

IT IS SO ORDERED on this _15_ day of _March_, 2006.

_/s/ William G. Bassler_
William G. Bassler, U.S.S.D.J.