Robert A. Magnanini, Esq. (RM 7356)
BOIES, SCHILLER & FLEXNER LLP
150 JOHN F. KENNEDY PARKWAY
SHORT HILLS, NEW JERSEY 07078
973-218-1111
Attorneys for Plaintiff Walsh Securities, Inc.

RECEIVED
MAR 10 2006
WILLIAM T. ~~~~~, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

WALSH SECURITIES, INC.,

    Plaintiff,

vs.

CRISTO ROPERTY MANAGEMENT, LTD.,
et al.,

    Defendants.

Action No. CV 97-3496 (WGB)

Hon. William G. Bassler

**CASE MANAGEMENT ORDER**

**THIS MATTER** has been opened to the Court pursuant to the Case Management Conference held before the Honorable Madeline Cox Arleo held on February 28, 2006;

IT IS on this ___16___ day of ___Mar___ 2006,

**ORDERED THAT:**

All parties will formally respond to any request for documents that have been served on them within forty-five (45) days of this Order; and it is further

**ORDERED** that all redacted documents will be placed in the document repository by April 1, 2006 and all parties will be notified thereof; and it is further

**ORDERED** and that this matter is hereby referred to Court Appointed Mediation pursuant to Local Civil Rule 300.1(d); and it is further

**ORDERED** that all parties shall produce a privilege log detailing the date of the document, the author(s) of the document, the recipient(s) of the document, the subject of the document and the privilege asserted and all such privileged logs will be produced within forty-five (45) days of this Order; and it is further

**ORDERED** that all remaining proceedings in this case are stayed pending the outcome of the Mediation.

_____
Madeline Cox Arleo
United States Magistrate Judge