**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

CHAMBERS OF
**MADELINE COX ARLEO**
UNITED STATES MAGISTRATE JUDGE

MARTIN LUTHER KING COURTHOUSE
50 WALNUT ST.
ROOM 2060
NEWARK, NJ 07101
973-297-4903

April 11, 2006

Hon. John M. Boyle
Lindabury, McCormick & Estabrook, P.A.
52 Cardinal Drive
P.O. Box 2396
Westfield, NJ 07091

    **Re:**    <u>**Walsh Securities v. Cristo, et al.**</u>
            <u>**Civil Action No.  97-3496 (WGB)**</u>

Dear Judge Boyle:

    I am pleased to refer these cases to you for mediation. All counsel have consented to mediation and agree that you are their choice for mediator. I have enclosed a copy of the Complaint for your review so you may familiarize yourself with this matter and perform the usual conflict check.

    I have stayed this case pending the mediation process. If you or the litigants need an extension, please advise. A status conference is scheduled for <u>**Thursday, June 15, 2006  at 2:30 p.m.**</u>

    Many thanks for assisting the Court in this matter.

                                           Very truly yours,

                                           *s/Madeline Cox Arleo*

                                         **MADELINE COX ARLEO**
                                         **United States Magistrate Judge**

cc:    Hon. William G. Bassler, U.S.D.J.
        All Counsel & Pro Se Litigants on Attached List
        File