IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| WALSH SECURITIES INC., | : | Hon. William G. Bassler, USDJ |
|  | : |  |
| Plaintiff(s), |  | Civil No. 97-3496 (WGB) |
| v. | : |  |
| CRISTO PROPERTIES, et al., |  | : |
|  |  | **ORDER OF REFERENCE** |
| Defendant(s) | : | **TO MEDIATION** |
|  | : |  |

The District Court for the District of New Jersey having adopted Local Civil Rule 301.1 establishing a program for mediation of complex civil actions, as well as any other civil action with consent of all parties and the District or Magistrate Judge; it appearing that mediation would conserve the resources and be in the best interests of the Court and the parties; and the parties having requested a stay so that they can participate in mediation;

**IT IS** on this 11th day of April, 2006;

**ORDERED**, that:

1. This civil action be and it is hereby referred to mediation by consent of the parties, consistent with Local Rule 301.1;

2. Counsel and the parties shall participate in mediation and shall cooperate with the mediator, of their choice, Hon. John M. Boyle;

3. Counsel and the parties (including individuals with settlement authority) shall attend mediation sessions as requested by the mediator;

4. The mediator may meet with counsel and parties jointly or <u>ex parte</u>. All information presented to the mediator shall be deemed confidential, unless requested otherwise, and shall not be disclosed by any one, including the mediator, without consent, except as necessary to advise the court of an apparent failure to participate. The mediator shall not be subject to subpoena by any party. No statements made or documents prepared for mediation shall be disclosed in any subsequent proceeding or construed as an admission;

5. All proceedings (including motion practice and discovery) are hereby stayed for a period of SIXTY (60) days.

6. In the event Mediation is unsuccessful, there shall be a **Status/Scheduling Conference conducted on June 15, 2006, at 2:30 p.m.** at which time all discovery issues shall be addressed.

　　　　　　　　　　　　　　　　　　　　__s/Madeline Cox Arleo_____
　　　　　　　　　　　　　　　　　　　　MADELINE COX ARLEO
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

cc:  Hon. Ronald J. Hedges, U.S.M.J.
　　　Scott Creegan, Deputy Clerk
　　　Carol Coleman, Arbitration Clerk
　　　File