Case 2:97-cv-03496-DRD-JAD Document 215 Filed 04/26/06 Page 1 of 7 PageID: 2456
CM/ECF LIVE - U.S. District Court for the District of New Jersey
Page 1 of 3

**Other Orders/Judgments**
2:97-cv-03496-WGB-MCA WALSH SECURITIES INC v. CRISTO PROPERTY, et al

## U.S. District Court

## District of New Jersey [LIVE]

Notice of Electronic Filing

The following transaction was received from DD, entered on 4/11/2006 at 2:56 PM EDT and filed on 4/11/2006
**Case Name:** WALSH SECURITIES INC v. CRISTO PROPERTY, et al
**Case Number:** 2:97-cv-3496
**Filer:**
**Document Number:** 214

**Docket Text:**
ORDER REFERRING CASE to Mediation. Counsel & the parties shall participate in mediation & shall cooperate w/the mediator, of their choice, Hon. John M. Boyle. All proceedings are STAYED for a period of 60 days. In the event Mediation is unsuccessful, there shall be a Status/Scheduling Cnf. conducted on 6/15/06 @ 2:30 p.m., at which time all disc. issues shall be addressed.. Signed by Judge Madeline C. Arleo on 4/11/06. (DD, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=4/11/2006] [FileNumber=1219426-0
] [705990ae9167a048ab08c79a5d8c0607114fa994da77a1cd8979ad1dc6d33687998
515faa0bf8492a8aa55719a689800800c918ccbcfe03945a1e76b6cf7c3a3]]

**2:97-cv-3496 Notice will be electronically mailed to:**

FREDERICK W. ALWORTH    falworth@gibbonslaw.com, efiling@gibbonslaw.com

ANTHONY ARGIROPOULOS    aargiropoulos@foxrothschild.com, hpratt@foxrothschild.com

JEROME A. BALLAROTTO    jabesquire@aol.com,

EDWARD C. BERTUCIO , JR    ebertucio@hcbtlaw.com, cdavi@hcbtlaw.com

TERRENCE S. BRODY    tbrody@gibbonslaw.com, rmiller-shockley@gibbonslaw.com

MARK W. CATANZARO    mcatanzaro@verizon.net, suekibler@verizon.net

THOMAS D FLINN    thomas.flinn@garritygraham.com,

✓ERIC L. HARRISON    harrison@methwerb.com, lages@methwerb.com

ANDREW L. INDECK    andrew@njlegalink.com, jstahl@njlegalink.com

DAVID R. KOTT    dkott@mccarter.com,

ROBERT A. MAGNANINI    rmagnanini@bsfllp.com

JOHN B. MCCUSKER    jmcc@marc-law.com,

MARTIN R. MCGOWAN    mcgowan@methwerb.com, mcg49@comcast.net

ROBERT J. REILLY, III    rreilly@rswlegal.com

MICHAEL D. SCHOTTLAND    mschottland@lomurrolaw.com, lfurniss@lomurrolaw.com

**2:97-cv-3496 Notice will be delivered by other means to:**

THOMAS G. BRODO
319 QUEEN ANNE RD #B
TEANECK, NJ 07666

JAMES R. BROWN
1089 CEDAR AVENUE
UNION, NJ 07083

MARITZA D. BERDOTE BRYNE
,

RICHARD CALANNI
,

ANTHONY D'APOLITO
,

THEODORE W DAUNNO
1033 CLIFTON AVENUE
CLIFTON, NJ 07013

RICHARD DIBENEDETTO
153 STEPHENS LANE
MAHWAH, NJ 07430-3863

AUGUST W. FISCHER
53 PEQUOT ROAD
RINGWOOD, NJ 07456

RICHARD LLOYD FRIEDMAN
GIORDANO, HALLERAN & CIESLA, PC
125 HALF MILE ROAD
PO BOX 190

MIDDLETOWN, NJ 07748

NORMAN M. HOBBIE
HOBBIE, CORRIGAN, BERTUCIO & TASHJY, PC
125 WYCKOFF ROAD
EATONTOWN, NJ 07724

JON C. MARTIN
FOX ROTHSCHILD LLP
PRINCETON PIKE CORPORATE CENTER
997 LENOX DRIVE
BUILDING 3
LAWRENCEVILLE, NJ 08648-2311

PASQUALE MENNA
KAUFF & MENA, ESQS.
170 BROAD STREET
P.O. BOX 762
RED BANK, NJ 07701

STANLEY YACKER
33 BROADWAY, #1
OCEAN ROVE, NJ 07756

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| WALSH SECURITIES INC., | : | Hon. William G. Bassler, USDJ |
| Plaintiff(s), | : | Civil No. 97-3496 (WGB) |
| v. | : |  |
| CRISTO PROPERTIES, et al., | : | **ORDER OF REFERENCE TO MEDIATION** |
| Defendant(s) | : |  |
|  | : |  |

The District Court for the District of New Jersey having adopted Local Civil Rule 301.1 establishing a program for mediation of complex civil actions, as well as any other civil action with consent of all parties and the District or Magistrate Judge; it appearing that mediation would conserve the resources and be in the best interests of the Court and the parties; and the parties having requested a stay so that they can participate in mediation;

**IT IS on this 11th day of April, 2006;**

**ORDERED,** that:

1. This civil action be and it is hereby referred to mediation by consent of the parties, consistent with Local Rule 301.1;

2. Counsel and the parties shall participate in mediation and shall cooperate with the mediator, of their choice, Hon. John M. Boyle;

3. Counsel and the parties (including individuals with settlement authority) shall attend mediation sessions as requested by the mediator;

4. The mediator may meet with counsel and parties jointly or <u>ex parte</u>. All information presented to the mediator shall be deemed confidential, unless requested otherwise, and shall not be disclosed by any one, including the mediator, without consent, except as necessary to advise the court of an apparent failure to participate. The mediator shall not be subject to subpoena by any party. No statements made or documents prepared for mediation shall be disclosed in any subsequent proceeding or construed as an admission;

5. All proceedings (including motion practice and discovery) are hereby stayed for a period of SIXTY (60) days.

6. In the event Mediation is unsuccessful, there shall be a **Status/Scheduling Conference conducted on June 15, 2006, at 2:30 p.m.** at which time all discovery issues shall be addressed.

                                                                   <u>/s/Madeline Cox Arleo</u>
                                                                   MADELINE COX ARLEO
                                                                   United States Magistrate Judge

cc: Hon. Ronald J. Hedges, U.S.M.J.
     Scott Creegan, Deputy Clerk
     Carol Coleman, Arbitration Clerk
     File

CM/ECF LIVE - U.S. District Court for the District of New Jersey
Case 2:97-cv-03496-DRD-JAD Document 21 Filed 04/26/06 Page 6 of 7 PageID: 2461
Page 1 of 3

**Other Orders/Judgments**
2:97-cv-03496-WGB-MCA WALSH SECURITIES INC v. CRISTO PROPERTY, et al

## U.S. District Court

### District of New Jersey [LIVE]

Notice of Electronic Filing

The following transaction was received from DD, entered on 4/11/2006 at 2:52 PM EDT and filed on 4/11/2006
**Case Name:** WALSH SECURITIES INC v. CRISTO PROPERTY, et al
**Case Number:** 2:97-cv-3496
**Filer:**
**Document Number:** 213

**Docket Text:**
LETTER-ORDER Status Conference set for 6/15/2006 02:30 PM before Magistrate Judge Madeline C. Arleo.. Signed by Judge Madeline C. Arleo on 4/11/06. (DD, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=4/11/2006] [FileNumber=1219396-0
] [54b92d6c69421d1046f27f8a0aaec0f0a58b1ba6b34c9d47125628f748a454819ac
87fb3b1523c9d68671cf9bb4475b4c7873ab9b941aea06c72b52fd6d593ee]]

**2:97-cv-3496 Notice will be electronically mailed to:**

FREDERICK W. ALWORTH   falworth@gibbonslaw.com, efiling@gibbonslaw.com

ANTHONY ARGIROPOULOS   aargiropoulos@foxrothschild.com, bpratt@foxrothschild.com

JEROME A. BALLAROTTO   jabesquire@aol.com,

EDWARD C. BERTUCIO , JR   ebertucio@hcbtlaw.com, cdavi@hcbtlaw.com

TERRENCE S. BRODY   tbrody@gibbonslaw.com, rmiller-shockley@gibbonslaw.com

MARK W. CATANZARO   mcatanzaro@verizon.net, suekibler@verizon.net

THOMAS D FLINN   thomas.flinn@garritygraham.com,

ERIC L. HARRISON   harrison@methwerb.com, lages@methwerb.com

ANDREW L. INDECK   andrew@njlegalink.com, jstahl@njlegalink.com

https://ecf.njd.circ3.dcn/cgi-bin/Dispatch.pl?118466639322223                    04/11/2006

**CLERK**
**UNITED STATES DISTRICT COURT**
NEWARK, NEW JERSEY 07101-0419

OFFICIAL BUSINESS

RECEIVED-CLERK
U.S. DISTRICT COURT

2006 APR 26  A 10 43

US POSTAGE
$00.630
04/12/2006
Mailed From 07102

**THOMAS G. BRODO**
**319 QUEEN ANNE RD #B**
TEANECK, NJ 07666

NIXIE    076    1    40  04/22/06

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 07101    *2551-01698-22-16*

07666+3241-99 C011