UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

SEE ATTACHED LIST

Civil No. 97-3496

Order of Reassignment

It is on this 5th day of July, 2006,

O R D E R E D that the entitled actions are reassigned from

JUDGE WILLIAM G. BASSLER to JUDGE SUSAN D. WIGENTON

S/ Garrett E. Brown, Jr.
GARRETT E. BROWN, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT