UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : Civil Action No. CV 97-3496 (SDW) |
| Plaintiff, | : Hon. Susan D. Wigenton |
| v. | : |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, et al. | : **STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANTS ROBERT SKOWRENSKI, II AND NATIONAL HOME FUNDING, INC. WITH PREJUDICE AND WITHOUT COSTS** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED that Plaintiff Walsh Securities, Inc.'s claims against Defendants Robert Skowrenski, II and National Home Funding, Inc. are hereby dismissed with prejudice and without costs against any party, AND claims by Skowrenski against plaintiff and third party defendants, Robert Walsh and Elizabeth Ann DeMola are hereby dismissed with prejudice and without costs against any party.

By: _____
Robert A. Magnanini, Esq.
Boies, Schiller & Flexner LLP
150 John F. Kennedy Parkway
Short Hills, NJ 07078
Counsel for Plaintiff Walsh Securities, Inc.

By: _____
Michael Schottland, Esq.
Lomurro, Davison, Eastman & Munoz, P.A.
100 Willowbrook Road, Building 1
Freehold, NJ 07728
Counsel for Defendants Robert Skowrenski, II and National Home Funding, Inc.

Dated: August 28, 2006

IT IS SO ORDERED this 5th day of Sept., 2006.

_____
Susan D. Wigenton, U.S.D.J.