UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Robert A. Magnanini (RM7356)
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Attorneys for Plaintiff
Walsh Securities, Inc.

---

| | | |
|---|---|---|
| WALSH SECURITIES, INC., | : | Civil Action No. 97-3496 (SDW) |
| Plaintiff, | : | |
| v. | : | **REQUEST FOR ENTRY OF DEFAULT AGAINST CERTAIN DEFENDANTS** |
| CRISTO PROPERTY MANAGEMENT, Ltd., et al., | : | |
| Defendants. | : | |

---

TO THE CLERK OF THE ABOVE-NAMED COURT:

Pursuant to Fed.R.Civ.P. 55(a), and based upon the failure of certain defendants to answer or otherwise defend as against Plaintiff's Third Amended Complaint, Plaintiff Walsh Securities, Inc. hereby respectfully requests the Clerk of Court to enter default upon the docket against the following defendants for the sum specified:

| | |
|---|---|
| **Cristo Property Management Ltd., a/k/a G.J.L. Limited** | $50,000,000.00 |
| **DEK Homes of New Jersey** | $50,000,000.00 |
| **Oakwood Properties, Inc.** | $50,000,000.00 |
| **Capital Assets Property Management & Investment Co.** | $50,000,000.00 |
| **Capital Assets Property Management, LLC** | $50,000,000.00 |
| **DAP Consulting, Inc.** | $1,000,000.00 |

Filed herewith is the Declaration of Robert A. Magnanini in Support of Plaintiff's Request to Enter Default.

>										BOIES, SCHILLER & FLEXNER LLP
>										Attorneys for Plaintiff
>										Walsh Securities, Inc.
>
>										By: _____
>										       Robert A. Magnanini (RM7356)

Dated: October 2/, 2006