UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Robert A. Magnanini (RM7356)
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Attorneys for Plaintiff
Walsh Securities, Inc.

---

| | |
|---|---|
| WALSH SECURITIES, INC., | Civil Action No. 97-3496 (SDW) |
| Plaintiff, | |
| v. | **CLERK'S CERTIFICATE OF ENTRY OF DEFAULT AGAINST CERTAIN DEFENDANTS** |
| CRISTO PROPERTY MANAGEMENT, Ltd., et al., | |
| Defendants. | |

---

The undersigned hereby certifies that on this _____ day of _____, 2006, pursuant to Fed.R.Civ.P. 55(a), default for failure to plead was entered upon the record of the above-captioned action against each of the following defendants as follows:

| | |
|---|---|
| **Cristo Property Management Ltd., a/k/a G.J.L. Limited** | $50,000,000.00 |
| **DEK Homes of New Jersey** | $50,000,000.00 |
| **Oakwood Properties, Inc.** | $50,000,000.00 |
| **Capital Assets Property Management & Investment Co.** | $50,000,000.00 |
| **Capital Assets Property Management, LLC** | $50,000,000.00 |
| **DAP Consulting, Inc.** | $1,000,000.00 |

WILLIAM T. WALSH, Clerk

Dated: _____, 2006      By:_____
                                Deputy Clerk