## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2006, I caused to be filed electronically with the Court the within Request for Entry of Default Against Certain Defendants; Clerk's Certificate of Entry of Default Against Certain Defendants; and Declaration of Robert A. Magnanini in Support of Request for Entry of Default Against Certain Defendants, and Exhibits thereto, and served via U.S. Mail upon the following persons as counsel for Defendants:

Frederick W. Alworth, Esq.
Gibbons, Del Deo
One Riverfront Plaza
Newark, NJ 07102
973-596-4500
Fax: 973-639-6251
**For Stewart Title Insurance Co.**

Mark W. Cantanzaro, Esq.
Blason IV – Suite 208
513 South Lenola Road
Moorestown, NJ 08057
856-235-4266
Fax: 856-235-4332
**For Richard Pepsney and Donna Pepsney**

Michael Schottland, Esq.
Lomurro Davison, Eastman, and Muñoz, P.A.
Attorneys at Law
Monmouth Executive Center
100 Willowbrook Road, Building #1
Freehold, New Jersey 07728
732-462-7170
Fax: 732-462-8955
Cell: 908-463-0433
**For National Home Funding, Inc. and Robert Skowrenski, II**

Martin R. McGowan, Esq.
Methfessel & Werbel
3 Ethel Road, Suite 300
Edison, NJ 08818
732-248-4200
Fax: 732-248-2355
**For Coastal Title Insurance Co.**

David R. Kott, Esq.
McCarter & English
Four Gateway Center
Newark, NJ 07101
973-639-2056
Fax: 973-624-7070
**For Commonwealth Land Title Insurance Co.**

Anthony Argiropoulos, Esq.
Fox Rothschild
997 Lenox Drive
Lawrenceville, NJ 08648
609-896-3600
Fax: 609-896-1469
-and-
Edward J. Hayes, Esq.
Fox Rothschild
2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291
Tel: 215.299.2000
Fax: 215.299.2150
**For Nations Title Insurance Co. of New York and Fidelity National Title Insurance Co. of New York**

Andrew L. Indeck, Esq.
Scarinci & Hollenbeck
1100 Valleybrook Avenue
Lyndhurst, NJ 07071
201-896-4100
Fax: 201-896-8660
**For Garden State Indemnity Company**

Stephen F. Balsamo, Esq.
Garrity, Graham, Favetta & Flinn
1 Lackawanna Plaza
Montclair, NJ 07041
973-509-7500
Fax: 973-509-0414
**For Anthony M. Cicalese**

Edward C. Bertucio, Jr., Esq.
Hobbie, Corrigan, Bertucio & Tashjy
125 Wyckoff Road
Eatontown, NJ 07724
732-380-1515
Fax: 732-380-1720
**For Michael Alfieri**
-and-
Robert J. Reilly, III, Esq.
Reilly, Supple & Wischusen
571 Central Avenue
New Providence, NJ 07974
908-665-1166
Fax: 908-665-9137
**For Michael Alfieri**

John B. McCusker, Esq.
McCusker, Anselmi, Rosen, Carvelli & Walsh
127 Main Street
Chatham, NJ 07928
973-635-6300
Fax: 973-635-6363
**For Weichert Realtors**

James R. Brown, **Pro Se**
200 Middlesex Road #212
Matawan, NJ 07747
732-441-9090

Richard Calanni, **Pro Se**
1 Old Farm Road
Tinton Falls, NJ 07724
732-389-8738
Fax: 732-389-8853

Lawrence J. Cuzzi, **Pro Se**
38 Clive Hill Road
Edison, NJ 08820

Irene DiFeo, **Pro Se**
5 Leann Court
Old Bridge, NJ 08857
732-679-0354

Anthony D'Appolito, **Pro Se**
909 Woodland Avenue
Wall Township, NJ 07719
732-556-6240
Cell 732-433-8506

Thomas Brodo, **Pro Se**
139B Fort Lee Road
Teaneck, NJ 07666
201-836-9242
Fax: 201-796-5980

Richard DiBenedetto, **Pro Se**
153 Stephens Lane
Mahwah, NJ 07430
201-512-9921

Stanley Yacker, Esq., **Pro Se**
c/o Monmouth Title
188 East Bergen Place
Red Bank, NJ 07701
732-758-0201
Fax: 732-758-0122

By: _____
Robert A. Magnanini