# BOIES, SCHILLER & FLEXNER LLP

150 JOHN F. KENNEDY PARKWAY • 4TH FLOOR • SHORT HILLS, NJ 07078 • PH. 973.218.1111 • FAX 973.218.1106

October 5, 2006

**VIA ELECTRONIC FILING**

Office of the Clerk
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:    Walsh Securities, Inc. v. Cristo Property Management, LTD., et al.
             Civil Action No.: 97-3496 (WGB)

Dear Madam/Sir:

    Enclosed please find the following documents for filing in the above-referenced action:

1. Request of Entry of Default Against Certain Defendants;
2. Clerk's Certificate of Entry of Default Against Certain Defendants; and
3. Declaration of Robert A. Magnanini in Support of Default Against Certain Defendants, and Exhibits thereto.

Thank you for your attention to this matter.

                                    Respectfully submitted,

                                      Robert A. Magnanini

RAM/aa
Enclosures

cc: All Counsel and Pro Se Parties (via U.S. Mail)