# BOIES, SCHILLER & FLEXNER LLP

150 JOHN F. KENNEDY PARKWAY • 4TH FLOOR • SHORT HILLS, NJ 07078 • PH. 973.218.1111 • FAX 973.218.1106

November 22, 2006

**VIA ELECTRONIC FILING**

Office of the Clerk
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street
Newark, NJ 07101

   Re: Walsh Securities, Inc. v. Cristo Property Management, LTD., et al.
     Civil Action No.: 97-3496 (WGB)

Dear Madam/Sir:

  Enclosed please find the following documents for filing in the above-referenced action:

1. Request for Clerk's Entry of Default Against Certain Pro Se Defendant Corporations;
2. Declaration of Robert A. Magnanini in Support of Request for Clerk's Entry of Default Against Certain Pro Se Defendant Corporations, and Exhibits thereto; and
3. Clerk's Certificate of Entry of Default Against Certain Pro Se Defendant Corporations.

Thank you for your attention to this matter.

              Respectfully submitted,

              Robert A. Magnanini

Enclosures

cc: Anthony D'Appolito (via regular and certified U.S. Mail)
   William Kane (via regular and certified U.S. Mail)
   Gary Grieser (via regular and certified U.S. Mail)

NEW YORK  WASHINGTON DC  FLORIDA  CALIFORNIA  NEW HAMPSHIRE  NEW JERSEY
www.bsfllp.com