## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2006, I caused to be filed electronically with the Court the within Request for Clerk's Entry of Default Against Certain Pro Se Defendant Corporations; Clerk's Certificate of Entry of Default Against Certain Pro Se Defendant Corporations; and Declaration of Robert A. Magnanini in Support of Request for Clerk's Entry of Default Against Certain Pro Se Defendant Corporations, and Exhibits thereto, and served via regular and certified U.S. Mail upon the following *pro se* Defendants:

Anthony D'Appolito, Pro Se
909 Woodland Avenue
Wall Township, NJ 07719
**For Anthony D'Appolito, Pro Se, and DAP Consulting, Inc., Pro Se**

William Kane, Pro Se
6119 Kipps Colony Drive West
St. Petersburg, Florida 33707-3969
**For William Kane, Pro Se; Cristo Property Management Ltd, a/k/a/ G.J.L. Limited, Pro Se; DEK Homes of New Jersey, Inc., Pro Se; and Oakwood Properties, Inc., Pro Se**

Gary Grieser, Pro Se
c/o Jules Rossi, Esq.
208 Main Street
Asbury Park, NJ 07712
**For Capital Assets Property Management & Investment Co., Inc., Pro Se, and Capital Assets Property Management, L.L.C., Pro Se**

By: _____
Robert A. Magnanini