UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Robert A. Magnanini (RM 7356)
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Attorneys for Plaintiff
Walsh Securities, Inc.

---

| | |
|---|---|
| WALSH SECURITIES, INC., | : Civil Action No. 97-3496 (SDW) |
| Plaintiff, | : |
| v. | : **CLERK'S CERTIFICATE OF ENTRY OF DEFAULT AGAINST CERTAIN PRO SE DEFENDANT CORPORATIONS** |
| CRISTO PROPERTY MANAGEMENT, Ltd., et al., | : |
| Defendants. | : |

---

The undersigned hereby certifies that on this ____ day of _____, 2006, pursuant to Fed.R.Civ.P. 55(a), default for failure to plead and/or obtain counsel was entered upon the record of the above-captioned action against each of the following *pro se* Defendant corporations as follows:

**Cristo Property Management Ltd., a/k/a G.J.L. Limited**

**DEK Homes of New Jersey**

**Oakwood Properties, Inc.**

**Capital Assets Property Management & Investment Co.**

**Capital Assets Property Management, LLC**

**DAP Consulting, Inc.**

WILLIAM T. WALSH, Clerk

Dated: _____, 2006    By:_____
                                Deputy Clerk