# BOIES, SCHILLER & FLEXNER LLP

150 JOHN F. KENNEDY PARKWAY • 4TH FLOOR • SHORT HILLS, NJ 07078 • PH. 973.218.1111 • FAX 973.218.1106

November 22, 2006

**VIA ELECTRONIC FILING**

Office of the Clerk
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:    Walsh Securities, Inc. v. Cristo Property Management, LTD., et al.
             Civil Action No.: 97-3496 (WGB)

Dear Madam/Sir:

    Pursuant to the request of the Hon. Susan D. Wigenton's law clerk, the Motion for Entry of Default (CM/ECF Docket Entry # 219) that was incorrectly filed as a motion is hereby withdrawn.

    On this date, we have filed a corrected application as a Request for Default (CM/ECF Docket Entry #220), which should be processed as a matter of course.

    Thank you for your attention to this matter.

                                            Respectfully submitted,

                                            Robert A. Magnanini