Robert A. Magnanini (RM 7356)
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Attorneys for Plaintiff
Walsh Securities, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CRISTO PROPERTY MANAGEMENT, Ltd., et al., <br><br> Defendants. | Civil Action No. 97-3496 (SDW) <br><br> **NOTICE OF MOTION FOR DEFAULT JUDGMENT AGAINST CERTAIN PRO SE DEFAULTING DEFENDANTS** |

PLEASE TAKE NOTICE that upon the Declaration of Robert A. Magnanini in support of Motion for Default Judgment Against Certain Pro Se Defaulting Defendants, dated November 29, 2006, and the attached exhibits, the undersigned will move in the United States District Court for the District of New Jersey, before the Honorable Madeline Cox Arleo, U.S.M.J., at the Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, on December 26, 2006, for an Order pursuant to Rule 55(b) of the Federal Rules of Civil Procedure recommending entering a Judgment by Default against Defendants, Cristo Property Management Ltd., a/k/a G.J.L. Limited, DEK Homes of New Jersey, Inc., Oakwood Properties, Inc., Capital Assets Property Management & Investment Co., Inc., Capital Assets Property Management, L.L.C., and DAP Consulting, Inc., in the above-captioned action for their failure to plead or otherwise defend as against Plaintiff's Third Amended Complaint and/or failure to obtain counsel.

BOIES, SCHILLER & FLEXNER LLP
Attorneys for Plaintiff
Walsh Securities, Inc.

By:_____
Robert A. Magnanini

Dated: November 29, 2006