# BOIES, SCHILLER & FLEXNER LLP

150 JOHN F. KENNEDY PARKWAY • 4TH FLOOR • SHORT HILLS, NJ 07078 • PH. 973.218.1111 • FAX 973.218.1106

November 30, 2006

**VIA ELECTRONIC FILING & U.S. MAIL**

Hon. Madeline Cox Arleo, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    Walsh Securities, Inc. v. Cristo Property Management, LTD., et al.
               Civil Action No. 97-3496 (SDW)

Dear Magistrate Judge Arleo:

      At a case management conference, you previously indicated that after default was entered against the *pro se* corporate Defendants that had failed to obtain counsel, I should submit Plaintiff's motion for default judgment to Your Honor's attention and you would handle it by Report and Recommendation.

      Therefore, enclosed please find a courtesy copy of the following documents that have been electronically filed in the above-referenced action:

1. Notice of Motion for Default Judgment Against Certain Pro Se Defaulting Defendants;

2. Declaration of Robert A. Magnanini in Support of Request for Clerk's Entry of Default Against Certain Pro Se Defaulting Defendants, and exhibits thereto;

3. Proposed for Default Judgment Against Certain Pro Se Defaulting Defendants; and

BOIES, SCHILLER & FLEXNER LLP

Hon. Madeline Cox Arleo, U.S.M.J.
November 30, 2006
Page 2

    4.    Certificate of Service.

Respectfully submitted,

Robert A. Magnanini

RAM:kmd
Encs.
cc:   Hon. Susan D. Wigenton, U.S.D.J. (courtesy copy)
      Anthony D'Appolito (via regular and certified U.S. Mail)
      William Kane (via regular and certified U.S. Mail)
      Gary Grieser (via regular and certified U.S. Mail)