Robert A. Magnanini (RM 7356)
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Attorneys for Plaintiff
Walsh Securities, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | Civil Action No. 97-3496 (SDW) |
| Plaintiff, | |
| v. | **DECLARATION OF ROBERT A. MAGNANINI IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT JUDGMENT AGAINST CERTAIN PRO SE DEFAULTING DEFENDANTS** |
| CRISTO PROPERTY MANAGEMENT, Ltd., et al., | |
| Defendants. | |

I, ROBERT A. MAGNANINI, do hereby declare:

1.      I am a Partner in the firm Boies, Schiller & Flexner LLP, counsel to Plaintiff

Walsh Securities, Inc. ("WSI") in this matter, and submit this Declaration in support of WSI's

request pursuant to Fed. R. Civ. P. 55(b) for entry of default judgment as to certain *pro se*

Defendant corporations for failure to plead as to WSI's Third Amended Complaint and failure to

comply with Court Orders instructing Defendants Cristo Property Management Ltd, a/k/a/ G.J.L.

Limited, DEK Homes of New Jersey, Inc., Oakwood Properties, Inc., Capital Assets Property

Management & Investment Co., Inc., Capital Assets Property Management, L.L.C., and DAP

Consulting, Inc. (collectively, the "Defaulting Defendants") that they could not continue to

appear *pro se.*

2.    On January 31, 2005, Walsh Securities filed a Third Amended Complaint against the defendants.

3.    Examination of the court files and record in this action show that the Defaulting Defendants and/or their attorneys were served via electronic filing and by regular mail.

4.    On November 28, 2006, pursuant to Fed. R Civ. P. 55(a), the Clerk of the Court entered default against the Defaulting Defendants.  (See Exhibit A).

5.    Based upon the Court files and records in this action and upon my personal knowledge of the proceedings herein, I state the following with respect to each defendant as to which WSI seeks an entry of default judgment:

> A.    **Cristo Property Management Ltd., a/k/a G.J.L Limited;**
> **DEK Homes of New Jersey ; Oakwood Properties, Inc.;**
> **Capital Assets Property Management & Investment Co.;**
> **and Capital Assets Property Management LLC.**

(i)    Attached hereto as Exhibit B is a true and correct copy of a February 17, 2005 Order to Show Cause (filed May 18, 2005 as Docket Entry No. 152) signed by U.S. Magistrate Judge Madeline Cox Arleo setting forth that, as corporate entities, Cristo Property Management Ltd, a/k/a/ G.J.L. Limited, DEK Homes of New Jersey, Inc., Oakwood Properties, Inc., Capital Assets Property Management & Investment Co., Inc. ("CAPMI") and Capital Assets Property Management, L.L.C. ("CAPM") cannot appear *pro se* and ordering that "[i]f counsel has not entered an appearance on behalf of . . . [said defendants]. . . by June 1, 2005, I will ask Judge Bassler to strike their answer and enter default against them."

(ii)    no counsel has ever made an appearance on behalf of said Defendants since February 17, 2005.

**B.     DAP Consulting, Inc.**

(i)     Attached hereto as <u>Exhibit C</u> is a true and correct copy of a March

2, 2005 Letter Order (filed March 4, 2005 as Docket Entry No. 123) signed by

U.S. Magistrate Judge Madeline Cox Arleo setting forth that, as a corporate

entity, DAP Consulting, Inc. cannot appear *pro se* and ordering that "[i]f counsel

has not entered an appearance on behalf of DAP Consulting by **March 28, 2005,** I

will ask Judge Bassler to strike its Answer and enter default against it." (emphasis

in original).

(ii)    Attached hereto as <u>Exhibit D</u> is a true and correct copy of a March

19, 2005 Letter (apparently not filed on the Docket) from Anthony D'Apolito, the

owner of DAP Consulting, Inc., to Magistrate Judge Arleo stating, at page 2, that

counsel would not be retained for DAP Consulting, Inc.

(iii)   No counsel has ever made an appearance on behalf of DAP

Consulting, Inc. since March 2, 2005.

6.      As detailed above, the time set for each of the defaulting *pro se* Defendant

corporations to retain counsel and answer or otherwise respond to the Third Amended Complaint

elapsed and default has been entered.

7.      In support of the damages amount requested for each Defaulting Defendant,

attached hereto as <u>Exhibit E</u> is a spreadsheet setting forth details on the 223 fraud loans alleged

in its Third Amended Complaint, including the losses sustained by WSI.  These losses include

$23,678,000.00 in principal on the mortgages and $49,357,603.00 in interest through November 30, 2006, for a total of $74,929,843.00.

8.    Walsh Securities had been sold to Resource Bancshares Mortgage Group for 21 million shares at a price of $20 million for a total of $420,000,000.00.  As a direct result of the fraud perpetrated by the defendants, Walsh Securities lost the benefit of the acquisition and the $420,000,000.00 sale was not consummated.

9.    Therefore, the total loss to Walsh Securities, excluding attorneys' fees and costs is $494,929,843.00.

10.    This declaration is executed in accordance with Fed. R. Civ. P. 55(b), for the purpose of enabling Walsh Securities to obtain an entry of judgment by default against the Defaulting Defendants, for their failure to answer or otherwise defend as to Walsh Securities' Third Amended Complaint and/or to obtain counsel.

I DECLARE UNDER PENALTY OF PERJURY that the foregoing is true and correct and that this Declaration was executed in Short Hills, New Jersey on this 30th day of November, 2006.

Robert A. Magnanini

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

Robert A. Magnanini (RM 7356)
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Attorneys for Plaintiff
Walsh Securities, Inc.

---

WALSH SECURITIES, INC.,  :   Civil Action No. 97-3496 (SDW)

    Plaintiff,  :

      v.  :   **CLERK'S CERTIFICATE OF**
          :   **ENTRY OF DEFAULT AGAINST**
          :   **CERTAIN PRO SE DEFENDANT**
CRISTO PROPERTY MANAGEMENT,  :   **CORPORATIONS**
Ltd., et al.,  :
          :
    Defendants.  :

---

The undersigned hereby certifies that on this ____ day of _____, 2006, pursuant to Fed.R.Civ.P. 55(a), default for failure to plead and/or obtain counsel was entered upon the record of the above-captioned action against each of the following *pro se* Defendant corporations as follows:

**Cristo Property Management Ltd., a/k/a G.J.L. Limited**

**DEK Homes of New Jersey**

**Oakwood Properties, Inc.**

**Capital Assets Property Management & Investment Co.**

**Capital Assets Property Management, LLC**

**DAP Consulting, Inc.**

WILLIAM T. WALSH, Clerk

Dated: 11/28/ , 2006

By:_____
Deputy Clerk

# EXHIBIT B

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CHAMBERS OF
**MADELINE COX ARLEO**
UNITED STATES MAGISTRATE JUDGE

MARTIN LUTHER KING COURTHOUSE
50 WALNUT ST.
ROOM 2060
NEWARK, NJ 07101
973-297-4903

May 17, 2005

## LETTER ORDER

TO ALL COUNSEL ON ATTACHED LIST

Re:   **Walsh Securities, Inc. V. Cristo Property Management, et al.**
      **Civil Action No. 97-3496 (WGB)**

Dear Counsel:

Attorney Joseph V. Sorrentino has moved for leave to withdraw as counsel for defendants Cristo Property Management, Ltd., a/k/a G.J.L. Limited, DEK Homes of New Jersey, Inc., Oakwood Properties Inc., National Home Funding, Inc., Capital Assets Property Management & Investment Co., Inc., Capital Assets Property Management, L.I.C., and William Kane. I have considered the papers in support of the motion. No papers were filed in opposition to the motion.

This Court finds that good cause exists within the contemplation of R.P.C. 1.16(b)(6) for withdrawal of counsel from this case. Accordingly, the motion for leave to withdraw is granted. Mr. Sorrentino is further ordered to provide his clients with copies of this Order.

All defendants (except Mr. Kane) are corporate entities. Under the law, they must be represented by a member of the bar. If counsel has not entered an appearance on behalf of Cristo Property Management, Ltd., a/k/a G.J.L. Limited, DEK Homes of New Jersey, Inc., Oakwood Properties Inc., National Home Funding, Inc., Capital Assets Property Management & Investment Co., Inc., Capital Assets Property Management, L.I.C. (Mr. Kane can appear pro se) by June 1, 2005, I will ask Judge Bassler to strike their answer and enter default against them.

All parties are directed to appear before the Court for a status conference on **June 7, 2005 at 2:00 p.m.**

**SO ORDERED.**

_s/Madeline Cox Arleo_
**MADELINE COX ARLEO**
**United States Magistrate Judge**

cc:   Clerk
      Hon. William G. Bassler, U.S.D.J.
      All Parties
      File

Robert A. Magnanini, Esq.
Boies, Schiller & Flexner, LLP
150 John F. Kennedy Parkway, 4th Fl.
Short Hills, NJ 07078

Marc Wietzke, Esq.
Scarinci & Hollenbeck, LLC
1100 Valley Brook Avenue
Lyndhurst, NJ 07071

Richard Calanni, Pro Se
One Old Farm Road
Tinton Falls, NJ 07724

Edward Bertucio, Esq.
Hobbie, Corriga, Bertucio & Tashjy, P.C.
125 Wyckoff Road
Eatontown, NJ 08057

Stephen Balsamo, Esq.
Garrity, Graham, Favetta & Flinn, P.C.
One Lackawanna Plaza
P.O. Box 4205
Montclair, NJ 07042-4205

Irene DeFeo, Pro Se
5 Leann Court
Old Bridge, NJ 08857

David R. Kott, Esq.
McCarter & English, LLP
Four Gateway Center
Newark, NJ 07102

Vincent Manning, Esq.
Schottland, Manning, Caliendo & Thomson
36 West Main Street
Freehold, NJ 07728

Thomas Brodo, Pro Se
319 Queen Anne Road, #B
Teaneck, NJ 07666

Robert J. Reilly, Esq.
Reilly, Supple & Wischusen, LLC
571 Central Avenue
New Providence, NJ 07974

Anthony J. D'Appolito, Pro Se
909 Woodland Avenue
Wall, NJ 07719

Fred Alworth, Esq.
Gibbons, DelDeo, Dolan, Griffinger
 & Vecchione, P.C.
One Riverfront Plaza
Newark, NJ 07102

Daniel Towell, Esq.
Methfessel & Werbel
3 Ethel Road
Edison, NJ 08818

Jerome A. Ballarotto, Esq.
143 White Horse Avenue
Trenton, NJ 08610

John McCusker, Esq.
McCusker, Anselmi, Rosen,
 Carveli & Walsh, P.A.
127 Main Street
Chatham, NJ 07928

Patricia Barron, Esq.
Fox Rothschild, LLP
997 Lenox Drive
Lawrenceville, NJ 08648

Pasquale Menna, Esq.
Kauff & Menna
170 Broad Street
Red Bank, NJ 07701

Stanley Yacker, Esq., Pro Se
33 Broadway, #1
Ocean Grove, NJ

Mr. Richard DiBenedetto, Pro Se
153 Stephens Lane
Mahwah, NJ 07430-3863

# EXHIBIT C

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

CHAMBERS OF
**MADELINE COX ARLEO**
UNITED STATES MAGISTRATE JUDGE

MARTIN LUTHER KING COURTHOUSE
50 WALNUT ST.
ROOM 2060
NEWARK, NJ 07101
973-297-4903

March 2, 2005

Charles J. Uliano, Esq.
Chamlin, Rosen, Uliano & Witherington
268 Norwood Avenue
P.O. Box 38
West Long Branch, NJ 07764

### LETTER ORDER

Re:     **Walsh Securities, Inc. v. Cristo Property Management Ltd., et al.**
        **Civil Action No.: 97-3496 (WGB)**

Dear Mr. Uliano:

This Court is in receipt of your Motion for Leave to Withdraw as Counsel for Defendants Anthony D'Appolito and DAP Consulting, Inc., filed on behalf of yourself and the law firm of Chamlin, Rosen, Uliano & Witherington. I have considered the papers in support of this Motion. Plaintiff does not oppose the Motion.

This Court finds that good cause exists within the contemplation of R.P.C. 1.16(b) for withdrawal of counsel from this case. Accordingly, the Motion for Leave to Withdraw as Counsel is **granted**. You are hereby ordered to provide your clients with copies of this Order.

The parties to this action are ordered to appear for a Show Cause hearing and Rule 16 Scheduling Conference on **March 28, 2005 at 2:00 p.m.** If Mr. D'Appolito does not secure new counsel and an appearance is not entered by the March 28, 2005 conference, he will be deemed to be proceeding on a pro se basis. DAP Consulting, on the other hand, is a corporate entity. Under the law, it must be represented by a member of the bar. Simbraw, Inc. v. United States, 367 F.3d 373 (3d. Cir. 1966). If counsel has not entered an appearance on behalf of DAP Consulting by **March 28, 2005,** I will ask Judge Bassler to strike its Answer and enter default against it.

**SO ORDERED.**

s/Madeline Cox Arleo
**MADELINE COX ARLEO**
**United States Magistrate Judge**

cc:     Hon. William G. Bassler, U.S.D.J.
        Clerk
        All parties
        File

# EXHIBIT D

3/19/n

# ANTHONY D'APPOLITO
## 909 WOODLAND AVENUE
## WALL TOWNSHIP, NEW JERSEY 07719
## TELEPHONE: (732) 556-6240

March 19, 2005

Honorable Madeline Cox Arleo, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Court House
50 Walnut Street
Newark, New Jersey 07101

Charles J. Uliano, Esq.
CHAMLIN, ROSEN, ULIANO & WITHERINGTON
268 Norwood Avenue
West Long Branch, New Jersey 07764

> RE:   Walsh Securities , Inc. v. Christo Property Management, Ltd., et als.
> Civil Action No.: 97-3496(WGB)

Dear Judge Cox and Mr. Uliano:

I am in receipt of the Court's March 2, 2005 "Letter Order" (copy enclosed) and Mr. Uliano's letter to me dated March 14, 2005 (copy enclosed) regarding the above matter.

As you both are aware, I am a defendant individually and a company that I owned, DAP Consulting, which company is now insolvent with no assets, is also named as a defendant. Formal Answers were previously filed as to both me and DAP Consulting by Mr. Uliano. I am aware that Mr. Uliano seeks to be relieved as counsel as to both me individually and DAP Consulting. I am also aware that I may represent myself individually in a _pro se_ capacity, but that any defense of the company DAP Consulting must be through an attorney.

To this end, by copy of this letter to Mr. Uliano I am sending him an executed Substitution of Attorney form allowing me to now represent myself individually _pro se_ which I would ask that he sign and forward to the Clerk for filing. I have previously filed an individual petition under Chapter 7 of the United States Bankruptcy Code which resulted in a formal discharge. I listed the

Page 2 of 2

plaintiff's claims in the above matter in that petition. It is my understanding that as a matter of law the plaintiff's claims against me individually have been formally discharged as a result of my bankruptcy filing, and I am now in the process of obtaining copies of the discharge Order to forward to the Court. In the interim, I will be substituting in to represent myself individually as a *pro se* party.

With regard to DAP Consulting, as noted, the company is insolvent and has no assets. As such, at this time I will not be retaining an attorney to defend that business entity. I am aware that the Court will likely strike the Answer previously filed and allow the entry of a default after March 28, 2005. I reserve the right to hire an attorney to contest any proofs that may be offered by the plaintiffs at any proof hearing that may be scheduled to take place against DAP Consulting.

Lastly, with regard to the Rule 16 Scheduling Conference set for March 28, 2005 at 2:00 p.m., I anticipate that I will have the proof that the plaintiff's claims were discharged in my bankruptcy before then. Upon receipt of same I will forward same to the Court which should conclude the matter as to me individually without the necessity of me appearing at the Scheduling Conference.

Thank you very much.

Respectfully submitted,

Anthony D'Appolito

# EXHIBIT E

## Walsh Securities Inc.'s Losses on the 223 Loans

| Loan No. | Borrower | Closing Date | Seller | Title Company | Street No. | Street Address | City | State | Zip Code | Purchase Price | Walsh Loan Amount | Interest @ 12.0% (5-30-97 thru 11-30-06) | Total Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 621713 | Agpar, Raymond C. | 10/15/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 35 | Springdale Avenue | Newark | NJ | 07107 | 150,000 | 112,000 | 233,322 | 354,282 |
| 622023 | Ala, James | 10/22/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 222 | Hamilton Place | Paterson | NJ | 07501 | 115,000 | 86,250 | 179,679 | 272,829 |
| 622025 | Ala, James | 10/22/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 622 | Bramhall Avenue | Jersey City | NJ | 07304 | 135,000 | 101,250 | 210,927 | 320,277 |
| 622654 | Ala, James | 11/21/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 113 | West Bergen Place | Red Bank | NJ | 07701 | 136,000 | 102,500 | 213,531 | 324,231 |
| 622661 | Amador, Joseph L. | 11/8/1996 | GJL Limited | Commonwealth Land Title | 704 | Pine Street | Red Bank | NJ | 07712 | 150,000 | 112,500 | 234,364 | 355,864 |
| 621714 | Agpar, Raymond C. | 10/15/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 89 | Jefferson Street | Paterson | NJ | 07522 | 115,000 | 86,250 | 179,679 | 272,829 |
| 621716 | Agpar, Raymond C. | 10/15/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 248 | Princeton Avenue | Jersey City | NJ | 07305 | 125,000 | 93,750 | 195,303 | 296,553 |
| 622019 | Agpar, Raymond C. | 11/8/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1043 | Summerfield Avenue | Asbury Park | NJ | 07712 | 150,000 | 112,500 | 234,364 | 355,864 |
| 628243 | Baltz, Robin K. | 5/29/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 406 | Third Avenue | Asbury Park | NJ | 07712 | 185,000 | 148,000 | 308,319 | 468,159 |
| 619941 | Balogh Jr., Ronald C. | 8/20/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 157 | Van Home Street | Jersey City | NJ | 07304 | 125,000 | 93,750 | 195,303 | 296,553 |
| 619942 | Balogh Jr., Ronald C. | 8/20/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 272 | Central Avenue | Long Branch | NJ | 07740 | 120,000 | 90,000 | 187,491 | 284,691 |
| 619946 | Balogh Jr., Ronald C. | 8/20/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 251 | Wilbur Ray Avenue | Long Branch | NJ | 07740 | 120,000 | 90,000 | 187,491 | 284,691 |
| 619948 | Balogh Jr., Ronald C. | 8/20/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 232 | Central Avenue | Long Branch | NJ | 07740 | 120,000 | 90,000 | 187,491 | 284,691 |
| 619949 | Balogh Jr., Ronald C. | 8/20/1996 | HUD Stmnt. Not in File | Commonwealth Land Title | 529 | 20th Street | Irvington | NJ | 07111 | 150,000 | 101,250 | 210,927 | 320,277 |
| 622417 | Breheny, Steven R. | 11/5/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 38 | Clive Hills Road | Edison | NJ | 08820 | 415,000 | 373,500 | 778,089 | 1,181,469 |
| 622825 | Bustos, Sr., Rafael | 11/6/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 509 | Ridge Avenue | Asbury Park | NJ | 07712 | 138,000 | 103,500 | 215,614 | 327,394 |
| 622626 | Bustos, Sr., Rafael | 12/31/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 138 | Ridge Avenue | Asbury Park | NJ | 07712 | 186,500 | 139,875 | 291,393 | 442,458 |
| 622628 | Bustos, Sr., Rafael | 11/5/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 904 | Emory Avenue | Asbury Park | NJ | 07712 | 200,000 | 150,000 | 312,485 | 474,485 |
| 622694 | Bustos-Lacy, Yolanda C | 11/5/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1312 | Washington Avenue | Asbury Park | NJ | 07712 | 172,000 | 129,000 | 268,737 | 408,057 |
| 624178 | Campoli, Debra | 12/31/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 611 | Fourth Avenue | Asbury Park | NJ | 07712 | 149,000 | 104,300 | 217,281 | 329,925 |
| 624180 | Campoli, Debra | 12/31/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 65 | Jackson Street | Freehold | NJ | 07728 | 133,000 | 93,100 | 193,949 | 294,497 |
| 624181 | Campoli, Debra | 12/31/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 43 | Franklin Avenue | Seaside Heights | NJ | 08751 | 162,000 | 113,400 | 236,239 | 358,711 |
| 626850 | Christiano, Stephen | 4/2/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 29 | Pearl Street | Long Branch | NJ | 07740 | 145,000 | 108,750 | 226,552 | 344,002 |
| 618758 | Cosares, Nicholas | 6/28/1996 | DEK Homes of NJ | Commonwealth Land Title | 602 | Asbury Avenue | Asbury Park | NJ | 07712 | 115,000 | 86,250 | 179,679 | 272,829 |
| 619959 | Cosares, Nicholas | 8/21/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 512 | Sewall Avenue | Asbury Park | NJ | 07753 | 104,000 | 78,000 | 162,492 | 246,732 |
| 625401 | Crespo, Cruz | 4/25/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 559 | Groom Street | Perth Amboy | NJ | 08861 | 130,000 | 97,500 | 203,116 | 308,416 |
| 623309 | Cuzzi Jr., Mario | 11/22/1996 | GJL Limited | Commonwealth Land Title | 302 | Third Avenue | Asbury Park | NJ | 07712 | 204,000 | 153,000 | 318,735 | 483,975 |
| 623848 | Cuzzi, Lawrence M. | 12/30/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 305 | Second Avenue | Asbury Park | NJ | 07712 | 178,090 | 124,600 | 259,572 | 394,140 |
| 625048 | Cuzzi, Patricia | 2/20/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 32 | Belmont Avenue | Jersey City | NJ | 07304 | 120,000 | 84,000 | 174,991 | 265,711 |
| 625050 | Cuzzi, Patricia | 1/31/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 35 | McAdoo Avenue | Jersey City | NJ | 07304 | 132,000 | 92,400 | 192,491 | 292,283 |
| 628562 | Dasilva, Paul | 5/29/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 127 | Lippincott Avenue | Long Branch | NJ | 07740 | 95,000 | 71,250 | 148,430 | 225,380 |
| 628932 | Dasilva, Paul | 5/30/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 396 | Division Lane | Long Branch | NJ | 07740 | 110,000 | 82,500 | 171,667 | 260,967 |

Exhibit E to Declaration of Magnanini in Support of Walsh Securities' Motion for Default Judgment

## Walsh Securities Inc.'s Losses on the 223 Loans

| Loan No. | Borrower | Closing Date | Seller | Title Company | Street No. | Street Address | City | State | Zip Code | Purchase Price | Walsh Loan Amount | Interest @ 12.0% (5-30-97 thru 11-30-06) | Total Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 628997 | Dasilva, Paul | 5/30/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 92 | River Street | Red Bank | NJ | 07701 | 128,000 | 96,000 | 199,990 | 303,670 |
| 624170 | Deljeski, Dimitar D. | 12/31/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 340 | Franklin Place | Plainfield | NJ | 07060 | 195,000 | 136,500 | 284,362 | 431,782 |
| 626825 | Demarines, Erin | 3/31/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 35 | Fisk Street | Jersey City | NJ | 07307 | 115,000 | 86,250 | 179,679 | 272,829 |
| 622858 | Devincenzo, Donald | 11/18/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 102.5 | Oxonia Avenue | Neptune | NJ | 07753 | 124,000 | 93,000 | 193,741 | 294,181 |
| 622861 | Devincenzo, Donald | 11/18/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 326 | Fisher Avenue | Neptune | NJ | 07753 | 156,000 | 117,000 | 243,739 | 370,099 |
| 622013 | Dicaro Jr., Louis | 10/16/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 11 | Abbotsford Avenue | Long Branch | NJ | 07740 | 120,000 | 84,000 | 174,991 | 265,711 |
| 622018 | Dicaro Jr., Louis | 10/24/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1315 | Springwood Avenue | Asbury Park | NJ | 07712 | 150,000 | 105,000 | 218,740 | 332,140 |
| 622054 | Dicaro Jr., Louis | 11/22/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1041 | Bangs Avenue | Asbury Park | NJ | 07712 | 105,000 | 73,500 | 153,118 | 232,498 |
| 622008 | Didonna Jr., Thomas J. | 12/30/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 24 | Knoll Place | Newark | NJ | 07106 | 140,000 | 105,000 | 218,740 | 332,140 |
| 622009 | Didonna Jr., Thomas J. | 10/16/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 706 | First Avenue | Asbury Park | NJ | 07712 | 168,500 | 126,375 | 263,269 | 399,754 |
| 622010 | Didonna Jr., Thomas J. | 12/30/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 246 | Bayside Drive | Highlands | NJ | 07732 | 189,000 | 141,750 | 295,299 | 448,399 |
| 622847 | Didonna Jr., Thomas J. | 11/8/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1914 | Northeast Central Avenue | Seaside Park | NJ | 08752 | 185,000 | 138,750 | 289,049 | 438,899 |
| 622822 | Difrancesco, Ann | 3/31/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 28 | Webster Avenue | Long Branch | NJ | 07740 | 122,000 | 97,600 | 203,324 | 308,732 |
| 624695 | Dippolito, Amanda | 1/23/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 24 | Webster Avenue | Seaside Heights | NJ | 08751 | 168,500 | 117,950 | 245,717 | 373,103 |
| 625059 | Dippolito, Amanda | 2/21/1997 | G.U. Limited | Commonwealth Land Title | 1230 | Arlington Avenue | Plainfield | NJ | 07060 | 128,000 | 87,500 | 182,283 | 276,783 |
| 624694 | Dippolito, Michael | 1/23/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 503 | Ridge Avenue | Asbury Park | NJ | 07712 | 163,000 | 114,100 | 237,697 | 360,925 |
| 626827 | Fania Jr., Anthony W. | 3/31/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 181 | Clerk Street | Jersey City | NJ | 07307 | 168,000 | 132,000 | 274,987 | 417,547 |
| 627900 | Fania Jr., Anthony W. | 4/30/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1010 | Bangs Avenue | Asbury Park | NJ | 07712 | 160,000 | 120,000 | 249,989 | 379,589 |
| 626849 | Freeden, Barbara | 3/31/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 25 | Williams Street | East Orange | NJ | 07019 | 136,000 | 102,000 | 212,490 | 322,650 |
| 627422 | Freeden, James B. | 5/28/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 118-20 | Center Street | Union Beach | NJ | 07735 | 80,000 | 64,000 | 133,327 | 202,447 |
| 626019 | Fusco, Fred | 5/30/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 118-20 | Plainfield Avenue | Plainfield | NJ | 07060 | 142,000 | 106,500 | 221,864 | 336,884 |
| 627948 | Fusco, Fred | 4/30/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 729 | West Third Street | Plainfield | NJ | 07060 | 107,000 | 80,250 | 167,180 | 253,850 |
| 628045 | Fusco, Fred | 5/13/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 253 | Myrtle Avenue | Neptune | NJ | 07753 | 105,000 | 78,750 | 164,054 | 249,104 |
| 628561 | Guzman, Victor | 5/29/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 253 | Pine Street | Jersey City | NJ | 07307 | 75,000 | 56,250 | 117,182 | 177,932 |
| 624174 | Hristov, Laure | 12/31/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 253 | Blaine Avenue | Seaside Heights | NJ | 08751 | 148,000 | 103,600 | 215,823 | 327,711 |
| 624176 | Hristov, Laure | 12/31/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 609 | Third Avenue | Asbury Park | NJ | 07712 | 190,000 | 133,000 | 277,071 | 420,711 |
| 621717 | Hristov, Plamen | 10/16/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1409 | Mattison Avenue | Neptune | NJ | 07712 | 130,000 | 97,500 | 203,116 | 308,416 |
| 621719 | Hristov, Plamen | 10/16/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 460 | Henrickson Avenue | Long Branch | NJ | 07740 | 125,000 | 94,125 | 196,085 | 297,740 |
| 621720 | Hristov, Plamen | 10/15/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1004 | Heck Street | Asbury Park | NJ | 08853 | 150,000 | 112,500 | 234,364 | 355,864 |
| 622014 | Juergensen, Alicia | 10/21/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1014 | Second Avenue | Asbury Park | NJ | 07712 | 130,000 | 97,500 | 203,116 | 308,416 |
| 622015 | Juergensen, Alicia | 10/30/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1292 | Washington Avenue | Asbury Park | NJ | 07712 | 150,000 | 112,500 | 234,364 | 355,864 |
| 622022 | Juergensen, Alicia | 10/16/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1200 | Monroe Avenue | Asbury Park | NJ | 07712 | 142,000 | 106,500 | 221,864 | 336,884 |

Exhibit E to Declaration of Magnanini in Support of Walsh Securities' Motion for Default Judgment

Walsh Securities Inc.'s Losses on the 223 Loans

| Loan No. | Borrower | Closing Date | Seller | Title Company | Street No. | Street Address | City | State | Zip Code | Purchase Price | Walsh Loan Amount | Interest @ 12.0% (5-30-06) 97 thru 11-30-06 | Total Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 622416 | Juergensen, Alicia | 11/8/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 49 | Second Avenue | Long Branch | NJ | 07740 | 200,000 | 150,000 | 312,485 | 474,485 |
| 625055 | Juergensen, Alicia | 1/30/1997 | GJL Limited | Commonwealth Land Title | 29 | Westervelt Avenue | Jersey City | NJ | 07306 | 166,000 | 110,250 | 229,677 | 348,747 |
| 629031 | Juliao, Jorge | 5/30/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 91 | Coles Street | Jersey City | NJ | 07302 | 95,000 | 71,250 | 148,430 | 225,380 |
| 629074 | Juliao, Jorge | 5/30/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 126 | Laurel Avenue | Long Branch | NJ | 07740 | 45,000 | 33,750 | 70,309 | 106,759 |
| 628560 | Keleher, John Glenn | 5/29/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 332 | South Cook Avenue | Trenton | NJ | 08620 | 88,000 | 66,000 | 137,494 | 208,774 |
| 628856 | Keleher, John Glenn | 6/4/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 203 | Arlington Avenue | Jersey City | NJ | 07305 | 161,000 | 120,750 | 251,550 | 391,960 |
| 624698 | Kitchovitch, Milosh M. | 1/23/1997 | GJL Limited | Commonwealth Land Title | 342 | Randolph Avenue | Jersey City | NJ | 07305 | 140,000 | 91,000 | 189,575 | 287,855 |
| 627355 | Lentino, Arlene | 4/16/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1703 | Bangs Avenue | Neptune | NJ | 07753 | 175,000 | 140,000 | 291,653 | 442,863 |
| 619484 | Leodis, George T. | 7/24/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 402 | Ridge Avenue | Neptune | NJ | 07753 | 120,000 | 90,000 | 187,491 | 284,691 |
| 619957 | Leodis, George T. | 8/20/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 408 | Second Avenue | Long Branch | NJ | 07740 | 215,000 | 161,250 | 335,922 | 510,072 |
| 619485 | Leodis, George T. | 7/24/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1207 | Bergh Street | Asbury Park | NJ | 07712 | 180,000 | 135,000 | 281,236 | 427,036 |
| 618728 | Liebler, David A. | 6/27/1996 | Oakwood Props. Inc. | Commonwealth Land Title | 91 | Cooper Avenue | Long Branch | NJ | 07740 | 210,000 | 157,500 | 328,109 | 498,209 |
| 618730 | Liebler, David A. | 6/27/1996 | Oakwood Props. Inc. | Commonwealth Land Title | 258 | Central Avenue | Long Branch | NJ | 07728 | 120,000 | 90,000 | 187,491 | 284,691 |
| 619473 | Montanye, Jill A. | 7/25/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1017-1015 | Bangs Avenue | Asbury Park | NJ | 07712 | 200,000 | 150,000 | 312,485 | 474,485 |
| 619475 | Montanye, Jill A. | 7/25/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 523 | Monroe Avenue | Asbury Park | NJ | 07712 | 108,000 | 81,000 | 168,741 | 256,221 |
| 619477 | Montanye, Jill A. | 7/24/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 905 | Bergh Street | Asbury Park | NJ | 07712 | 150,000 | 112,500 | 234,364 | 355,864 |
| 624173 | Owens, Thomas | 12/31/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 101 | Herbert Street | Red Bank | NJ | 07701 | 150,000 | 101,500 | 211,448 | 321,068 |
| 624486 | Owens, Thomas | 1/17/1997 | GJL Limited | Commonwealth Land Title | 1110 | Fifth Avenue | Asbury Park | NJ | 07712 | 180,000 | 126,000 | 291,648 | 427,728 |
| 624494 | Owens, Thomas | 1/17/1997 | GJL Limited | Commonwealth Land Title | 706 | North Sixth Street | Asbury Park | NJ | 07712 | 156,000 | 109,200 | 227,489 | 345,425 |
| 624696 | Pelardis, George | 1/23/1997 | GJL Limited | Commonwealth Land Title | 1121-1123 | West Third Street | Plainfield | NJ | 07060 | 88,000 | 61,600 | 128,327 | 194,855 |
| 624697 | Pelardis, George | 1/23/1997 | GJL Limited | Commonwealth Land Title | 59 | Ridge Avenue | Asbury Park | NJ | 07712 | 140,000 | 98,000 | 204,157 | 309,997 |
| 624923 | Pelardis, George | 1/31/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 85 | Roosevelt Avenue | Jersey City | NJ | 07306 | 147,000 | 102,900 | 214,365 | 325,497 |
| 626826 | Pelardis, George | 3/31/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1052 | Williams Street | Elizabeth | NJ | 7033 | 118,000 | 88,500 | 184,366 | 279,946 |
| 622649 | Piscioneri, Joseph | 11/21/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 258 | Sewall Avenue | Asbury Park | NJ | 07712 | 182,000 | 136,500 | 284,362 | 431,782 |
| 622650 | Piscioneri, Joseph | 1/24/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 806 | Emory Avenue | Asbury Park | NJ | 07712 | 165,000 | 123,750 | 257,800 | 391,450 |
| 624490 | Piscioneri, Joseph | 1/17/1997 | GJL Limited | Commonwealth Land Title | 136 | James Street | Long Branch | NJ | 07740 | 201,000 | 140,700 | 293,111 | 445,067 |
| 624172 | Powell, Kimberly E. | 1/17/1997 | GJL Limited | Commonwealth Land Title | 30 | Dewitt Avenue | Asbury Park | NJ | 07712 | 115,000 | 80,500 | 167,700 | 254,640 |
| 622857 | Reilly, Brian G. | 11/22/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1278 | Washington Avenue | Asbury Park | NJ | 07712 | 140,000 | 105,000 | 218,740 | 332,140 |
| 622858 | Reilly, Brian G. | 11/6/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 126 | Union Avenue | Long Branch | NJ | 07740 | 122,000 | 91,500 | 190,616 | 289,436 |
| 622622 | Ricigliano, Pamela | 11/6/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 20-22 | Ridge Avenue | Asbury Park | NJ | 07712 | 142,000 | 106,500 | 221,864 | 336,884 |
| 622011 | Rizzuto, Loretta | 10/16/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 706 | Second Avenue | Asbury Park | NJ | 07712 | 168,500 | 126,375 | 263,269 | 399,754 |
| 622016 | Rizzuto, Loretta | 10/16/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 613 | First Avenue | Asbury Park | NJ | 07712 | 150,000 | 112,500 | 234,364 | 355,864 |

Exhibit E to Declaration of Magnanini in Support of Walsh Securities' Motion for Default Judgment

## Walsh Securities Inc.'s Losses on the 223 Loans

| Loan No. | Borrower | Closing Date | Seller | Title Company | Street No. | Street Address | City | State | Zip Code | Purchase Price | Walsh Loan Amount | Interest @ 12.0% (5-30-97 thru 11-30-06) | Total Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 622017 | Rizzuto, Loretta | 10/16/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 612 | First Avenue | Asbury Park | NJ | 07712 | 128,000 | 96,000 | 199,990 | 303,670 |
| 622020 | Rizzuto, Loretta | 10/16/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 610 | Third Avenue | Asbury Park | NJ | 07712 | 123,000 | 92,250 | 192,178 | 291,808 |
| 619487 | Salvatoriello, Alphonse | 7/24/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1114 | Monroe Avenue | Asbury Park | NJ | 07712 | 108,000 | 81,000 | 168,741 | 256,221 |
| 619488 | Salvatoriello, Alphonse | 7/25/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1206 | Second Avenue | Asbury Park | NJ | 07712 | 125,000 | 77,250 | 160,926 | 244,356 |
| 619539 | Salvatoriello, Alphonse | 7/25/1996 | D&Sons Construction | Commonwealth Land Title | 211 | Roosevelt Avenue | Aberdeen | NJ | 07753 | 125,000 | 93,750 | 195,303 | 296,553 |
| 619550 | Salvatoriello, Alphonse | 7/25/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1308 | Seventh Avenue | Neptune | NJ | 07753 | 130,000 | 97,500 | 203,116 | 308,416 |
| 626014 | Southern, Carmen | 3/11/1997 | GJL Limited | Commonwealth Land Title | 209 | Richmond Street | Plainfield | NJ | 07060 | 138,000 | 89,700 | 186,866 | 283,742 |
| 626847 | Vella, Kenneth J. | 4/21/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 756 | East Second Street | Plainfield | NJ | 07060 | 90,000 | 67,500 | 140,618 | 213,518 |
| 627430 | Vella, Kenneth J. | 5/29/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 101 | Baldwin Street | New Brunswick | NJ | 08901 | 105,000 | 78,750 | 164,054 | 249,104 |
| 626824 | Vilardi, Janice | 4/21/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 266 | Arlington Avenue | Jersey City | NJ | 07305 | 153,000 | 114,750 | 239,052 | 362,982 |
| 627997 | Vilardi, Janice | 5/7/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 226 | Monticello Avenue | Jersey City | NJ | 07305 | 154,000 | 115,500 | 240,613 | 365,353 |
| 623845 | Viscardo, Susan | 12/20/1996 | GJL Limited | Commonwealth Land Title | 1117 | Asbury Avenue | Asbury Park | NJ | 07712 | 114,349 | 79,800 | 166,242 | 252,426 |
| 623846 | Viscardo, Susan | 12/30/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 303 | Comstock Avenue | Asbury Park | NJ | 07712 | 100,214 | 70,000 | 145,826 | 221,426 |
| 624260 | Viscardo, Susan | 1/13/1997 | GJL Limited | Commonwealth Land Title | 515 | Seventh Avenue | Asbury Park | NJ | 07712 | 185,500 | 129,850 | 270,509 | 410,747 |
| 627290 | White, Joanna M. | 4/11/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 31 | Fifth Street | Highlands | NJ | 07732 | 100,000 | 80,000 | 166,659 | 253,059 |
| 628398 | Wright, Bonnie M. | 5/23/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1 | Passaic Street | Carteret | NJ | 07008 | 116,000 | 92,800 | 193,324 | 293,548 |
| 627425 | Wright, Wesley | 4/15/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1116 | Fifth Avenue | Asbury Park | NJ | 07712 | 173,000 | 129,750 | 270,300 | 410,430 |
| 626848 | Zanca, Allan A. | 3/31/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 12 | Williams Street | East Orange | NJ | 07017 | 132,000 | 99,000 | 206,240 | 313,160 |
| 627862 | Zanca, Allan A. | 4/28/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 929 | Summerfield Avenue | Asbury Park | NJ | 07712 | 133,000 | 99,750 | 207,803 | 315,533 |
| 625051 | Cuzzi, Patricia | 1/31/1997 | GJL Limited | Fidelity National Title | 147 | Neptune Avenue | Jersey City | NJ | 07304 | 154,000 | 107,800 | 224,573 | 340,897 |
| 622855 | Ala, James | 11/22/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 115 | West Bergen Place | Red Bank | NJ | 07701 | 136,000 | 102,000 | 212,490 | 322,650 |
| 622660 | Amador, Joseph L. | 11/8/1996 | GJL Limited | Fidelity National Title | 93 | North Broadway | Long Branch | NJ | 07740 | 200,000 | 150,000 | 312,485 | 474,485 |
| 622662 | Amador, Joseph L. | 11/18/1996 | GJL Limited | Fidelity National Title | 613 | Pine Street | Asbury Park | NJ | 07712 | 150,000 | 112,500 | 233,824 | 355,324 |
| 622947 | Baitz, Robin K. | 4/30/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 98 | Wade Street | Jersey City | NJ | 07305 | 140,000 | 112,000 | 233,322 | 354,282 |
| 628329 | Baitz, Robin K. | 5/13/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 337 | Fisher Avenue | Neptune | NJ | 07753 | 151,000 | 120,800 | 251,655 | 382,119 |
| 622627 | Bustos, Sr., Rafael | 11/6/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 703 | Fourth Avenue | Asbury Park | NJ | 07712 | 190,000 | 142,500 | 298,861 | 450,761 |
| 622692 | Bustos-Lacy, Yolanda C. | 11/5/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 508 | Sixth Avenue | Asbury Park | NJ | 07712 | 175,000 | 131,250 | 273,425 | 415,175 |
| 622693 | Bustos-Lacy, Yolanda C. | 11/5/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 1105 | Grand Avenue | Asbury Park | NJ | 07712 | 185,000 | 138,750 | 289,049 | 438,899 |
| 622695 | Bustos-Lacy, Yolanda C. | 12/30/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 601 | Fourth Avenue | Asbury Park | NJ | 07712 | 205,000 | 153,750 | 320,298 | 486,348 |
| 624179 | Campoli, Debra | 12/31/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 711 | Grand Avenue | Asbury Park | NJ | 07712 | 192,500 | 134,750 | 280,716 | 426,246 |
| 626016 | Capoli, John | 3/13/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 920 | West Third Street | Plainfield | NJ | 07063 | 120,000 | 78,000 | 162,492 | 246,732 |
| 627288 | Crawford, Christopher | 4/11/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 439 | East Seventh Street | Plainfield | NJ | 07060 | 165,000 | 123,750 | 257,800 | 391,450 |

Exhibit E to Declaration of Magnanini in Support of Walsh Securities' Motion for Default Judgment

## Walsh Securities Inc.'s Losses on the 223 Loans

| Loan No. | Borrower | Closing Date | Seller | Title Company | Street No. | Street Address | City | State | Zip Code | Purchase Price | Walsh Loan Amount | Interest @ 12.0% (5-30-97 thru 11-30-06) | Total Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 627835 | Crawford, Christopher | 5/7/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 43 | Clinton Avenue | Plainfield | NJ | 07060 | 120,000 | 90,000 | 187,491 | 284,691 |
| 628242 | Crawford, Christopher | 5/13/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 8 | Central Avenue | Long Branch | NJ | 07740 | 95,000 | 71,250 | 148,430 | 225,380 |
| 625402 | Crespo, Cruz | 4/25/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 206 | Sherman Street | Perth Amboy | NJ | 08861 | 124,000 | 93,000 | 193,741 | 294,181 |
| 623303 | Cuzzi Jr., Mario | 11/22/1996 | GJL Limited | Fidelity National Title | 1324 | Asbury Avenue | Asbury Park | NJ | 07712 | 133,500 | 100,125 | 210,744 | 318,879 |
| 623304 | Cuzzi Jr., Mario | 11/22/1996 | GJL Limited | Fidelity National Title | 378 | West Columbus Avenue | Long Branch | NJ | 07740 | 122,500 | 91,875 | 191,398 | 290,623 |
| 623307 | Cuzzi Jr., Mario | 11/22/1996 | GJL Limited | Fidelity National Title | 604 | Grand Avenue | Asbury Park | NJ | 07712 | 194,500 | 145,875 | 303,893 | 461,438 |
| 623301 | Cuzzi Jr., Mario | 11/22/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 701 | Fourth Avenue | Asbury Park | NJ | 07712 | 156,000 | 117,000 | 243,739 | 370,099 |
| 623302 | Cuzzi Jr., Mario | 11/22/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 1218 | Washington Avenue | Asbury Park | NJ | 07712 | 140,000 | 105,000 | 218,740 | 332,140 |
| 623305 | Cuzzi Jr., Mario | 11/22/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 612 | Seventh Avenue | Asbury Park | NJ | 07712 | 168,000 | 126,000 | 262,488 | 398,568 |
| 623306 | Cuzzi Jr., Mario | 11/22/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 509 | First Avenue | Asbury Park | NJ | 07712 | 121,000 | 90,750 | 189,054 | 287,064 |
| 626026 | Cuzzi, Lawrence M. | 3/11/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 40 | Westervelt Avenue | Plainfield | NJ | 07060 | 145,000 | 94,250 | 196,345 | 298,135 |
| 625047 | Cuzzi, Patricia | 1/31/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 117 | North Street | Jersey City | NJ | 07307 | 118,000 | 81,200 | 169,158 | 256,854 |
| 622630 | Davis, John | 2/20/1997 | GJL Limited | Fidelity National Title | 28 | Poet Drive | Matawan | NJ | 07747 | 198,000 | 138,600 | 288,737 | 438,425 |
| 628328 | Della III, Ralph Joseph | 5/30/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 251 | Pine Street | Jersey City | NJ | 07305 | 75,000 | 60,000 | 124,994 | 189,794 |
| 624171 | Delyski, Dimitar D. | 12/31/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 253A | South Pearl Street | Red Bank | NJ | 07701 | 140,000 | 98,000 | 204,157 | 309,997 |
| 624261 | Delyski, Dimitar D. | 1/13/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 132 | Leighton Avenue | Red Bank | NJ | 07701 | 147,000 | 102,900 | 214,365 | 325,497 |
| 624488 | Delyski, Dimitar D. | 1/17/1997 | GJL Limited | Fidelity National Title | 511 | Asbury Avenue | Asbury Park | NJ | 07712 | 222,000 | 155,400 | 323,730 | 491,562 |
| 624489 | Dicaro Jr., Louis | 1/17/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 105 | West Bigelow Street | Newark | NJ | 07108 | 98,000 | 68,600 | 142,910 | 216,998 |
| 624926 | Dippolito, Amanda | 1/30/1997 | GJL Limited | Fidelity National Title | 245 | Clerk Street | Jersey City | NJ | 07305 | 118,000 | 82,600 | 172,075 | 261,283 |
| 624927 | Dippolito, Amanda | 1/30/1997 | GJL Limited | Fidelity National Title | 744-46 | West Fourth Street | Plainfield | NJ | 07060 | 125,000 | 87,500 | 182,283 | 276,783 |
| 624692 | Dippolito, Michael | 1/27/1997 | GJL Limited | Fidelity National Title | 604 | Fourth Avenue | Asbury Park | NJ | 07712 | 208,000 | 145,600 | 303,319 | 460,567 |
| 624924 | Dippolito, Michael | 1/30/1997 | GJL Limited | Fidelity National Title | 724 | East Sixth Street | Plainfield | NJ | 07060 | 127,000 | 88,900 | 185,199 | 281,211 |
| 624925 | Dippolito, Michael | 1/30/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 941 | West Fifth Street | Plainfield | NJ | 07060 | 118,000 | 82,600 | 172,075 | 261,283 |
| 628559 | Dossantos, Luis | 5/29/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 220 | Washington Street | Trenton | NJ | 08611 | 85,000 | 56,250 | 117,182 | 177,932 |
| 628046 | Fania Jr., Anthony W. | 5/9/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 1206 | Heck Street | Asbury Park | NJ | 07712 | 100,000 | 75,000 | 156,243 | 237,243 |
| 627864 | Freedon, Barbara | 5/7/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 45 | 66th Street | West New York | NJ | 07093 | 143,000 | 107,250 | 223,427 | 339,257 |
| 627003 | Freeden, Glenn R. | 5/13/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 10 | Bradley Street | Neptune | NJ | 07753 | 110,000 | 82,500 | 171,867 | 260,967 |
| 627354 | Freeden, James B. | 4/14/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 503 | First Avenue | Asbury Park | NJ | 07712 | 159,000 | 127,200 | 264,988 | 402,364 |
| 628851 | Freeden, Peter A. | 4/25/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 1004 | Bergh Street | Asbury Park | NJ | 07712 | 140,000 | 112,000 | 233,322 | 354,282 |
| 628930 | Guzman, Victor | 6/5/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 18 | Ford Avenue | Freehold | NJ | 07728 | 92,000 | 69,000 | 143,743 | 218,263 |
| 624175 | Hristov, Laure | 12/31/1996 | GJL Limited | Fidelity National Title | 20 | Dupont Street | Seaside Heights | NJ | 08751 | 175,000 | 122,500 | 255,196 | 387,496 |
| 624177 | Hristov, Laure | 12/31/1996 | GJL Limited | Fidelity National Title | 26 | Institute Street | Freehold | NJ | 07728 | 94,000 | 65,800 | 137,077 | 208,141 |

Exhibit E to Declaration of Magnanini in Support of Walsh Securities' Motion for Default Judgment

## Walsh Securities Inc.'s Losses on the 223 Loans

| Loan No. | Borrower | Closing Date | Seller | Title Company | Street No. | Street Address | City | State | Zip Code | Purchase Price | Walsh Loan Amount | Interest @ 12.0% (5-30-97 thru 11-30-06) | Total Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 622845 | Juergensen, Hans | 1/13/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 1032-34 | Bangs Avenue | Asbury Park | NJ | 07712 | 180,000 | 135,000 | 281,236 | 427,036 |
| 624712 | Juergensen, Hans | 1/27/1997 | GJL Limited | Fidelity National Title | 110 | Liberty Street | Long Branch | NJ | 07740 | 153,000 | 107,100 | 223,114 | 338,782 |
| 624713 | Juergensen, Hans | 1/23/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 62 | Sherman Avenue | Jersey City | NJ | 07307 | 145,000 | 101,500 | 211,448 | 321,068 |
| 624714 | Juergensen, Hans | 1/23/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 207 | Virginia Avenue | Jersey City | NJ | 07305 | 168,000 | 117,600 | 244,988 | 371,996 |
| 625058 | Juergensen, Hans | 1/31/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 58 | Third Street | Newark | NJ | 07107 | 75,000 | 52,500 | 109,369 | 166,069 |
| 622663 | Juergensen, Hans | 12/30/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 1422 | Mattison Avenue | Asbury Park | NJ | 07712 | 147,000 | 110,250 | 229,677 | 348,747 |
| 624716 | Juergensen, Hans | 1/23/1997 | GJL Limited | Fidelity National Title | 338 | Franklin Place | Plainfield | NJ | 07060 | 168,000 | 117,600 | 244,988 | 371,996 |
| 627377 | Kaczmarek, Laurie J. | 4/16/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 12 | Bond Street | Freehold | NJ | 07728 | 106,000 | 79,500 | 165,617 | 251,477 |
| 628633 | Keleher, John Glenn | 5/23/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 175 | Van Home Street | Jersey City | NJ | 07305 | 118,000 | 88,500 | 184,366 | 279,946 |
| 624491 | Kitchovitch, Milosh | 1/17/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 317 | Summer Avenue | Seaside Heights | NJ | 08751 | 133,000 | 93,100 | 193,949 | 294,497 |
| 624492 | Kitchovitch, Milosh | 1/23/1997 | GJL Limited | Fidelity National Title | 115 | Blaine Avenue | Seaside Heights | NJ | 08751 | 165,000 | 115,500 | 240,613 | 365,353 |
| 624493 | Kitchovitch, Milosh | 1/17/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 15 | North Fourth Street | Paterson | NJ | 07522 | 159,000 | 111,300 | 231,864 | 352,068 |
| 627420 | Lentino, Arlene | 5/7/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 80 | Graham Street | Jersey City | NJ | 07304 | 134,000 | 107,200 | 223,322 | 339,098 |
| 618726 | Liebler, David A. | 6/27/1996 | Oakwood Props. Inc. | Fidelity National Title | 126 | Leighton Avenue | Red Bank | NJ | 07701 | 120,000 | 86,250 | 179,679 | 272,829 |
| 619474 | Montayne, Jill A. | 7/25/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 506 | Asbury Avenue | Asbury Park | NJ | 07712 | 200,000 | 146,250 | 304,673 | 462,623 |
| 619476 | Montayne, Jill A. | 7/24/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 1222 | Monroe Avenue | Asbury Park | NJ | 07712 | 101,000 | 75,750 | 157,805 | 239,615 |
| 619478 | Montayne, Jill A. | 7/25/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 17 | Eastwood Avenue | Long Branch | NJ | 07740 | 120,000 | 93,750 | 195,303 | 296,553 |
| 619588 | Montayne, Jill A. | 7/26/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 404 | Emory Avenue | Asbury Park | NJ | 07712 | 180,000 | 135,000 | 281,236 | 427,036 |
| 627888 | Moreira, Michelle R. | 4/30/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 608 | Third Avenue | Asbury Park | NJ | 07712 | 166,000 | 117,000 | 243,739 | 370,099 |
| 627946 | Moreira, Michelle R. | 4/30/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 286 | Pacific Street | Jersey City | NJ | 07305 | 143,000 | 107,250 | 223,427 | 339,257 |
| 626025 | Papa, James | 5/30/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 130 | Plainfield Avenue | Plainfield | NJ | 07899 | 138,000 | 103,500 | 215,614 | 327,394 |
| 627634 | Papa, James | 4/30/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 611 | Charles Street | Perth Amboy | NJ | 08861 | 130,000 | 97,500 | 203,116 | 308,416 |
| 627001 | Pelardis, Afroditie E. | 4/25/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 422 | John Street | Plainfield | NJ | 07060 | 80,000 | 60,000 | 124,994 | 189,794 |
| 627636 | Pelardis, Afroditie E. | 5/23/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 461 | Bergen Avenue | Jersey City | NJ | 07305 | 65,000 | 48,750 | 101,558 | 154,208 |
| 624495 | Pelardis, George | 1/23/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 66-68 | Fremont Avenue | Seaside Heights | NJ | 07745 | 123,000 | 86,100 | 179,366 | 272,354 |
| 622653 | Piscioneri, Joseph | 11/27/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 1124 | Sewall Avenue | Asbury Park | NJ | 07712 | 102,000 | 76,500 | 159,367 | 241,987 |
| 623844 | Powell, Kimberly E. | 12/27/1996 | GJL Limited | Fidelity National Title | 600 | Fifth Avenue | Asbury Park | NJ | 07753 | 182,500 | 127,750 | 266,134 | 404,104 |
| 624259 | Powell, Kimberly E. | 1/15/1997 | GJL Limited | Fidelity National Title | 1415-1417 | Springwood Avenue | Asbury Park | NJ | 07712 | 163,500 | 114,450 | 238,426 | 362,032 |
| 622656 | Reilly, Brian G. | 11/22/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 609 | Fourth Avenue | Asbury Park | NJ | 07712 | 175,500 | 131,625 | 274,206 | 416,361 |
| 622624 | Ricigliano, Pamela | 11/6/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 1113-1115 | Sewall Avenue | Asbury Park | NJ | 07712 | 169,000 | 126,750 | 264,050 | 400,940 |
| 622646 | Ricigliano, Pamela | 11/8/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 1100 | Summerfield Avenue | Asbury Park | NJ | 07712 | 145,000 | 108,750 | 226,552 | 344,002 |
| 627637 | Vilardi, Janice | 5/29/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 191 | Handy Street | New Brunswick | NJ | 08903 | 96,000 | 64,500 | 134,368 | 204,028 |

Exhibit E to Declaration of Magnarini in Support of Walsh Securities' Motion for Default Judgment

## Walsh Securities Inc.'s Losses on the 223 Loans

| Loan No. | Borrower | Closing Date | Seller | Title Company | Street No. | Street Address | City | State | Zip Code | Purchase Price | Walsh Loan Amount | Interest @ 12.0% (5-30-97 thru 11-30-06) | Total Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 627663 | White, Joanna M. | 4/25/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 933 | Bangs Avenue | Asbury Park | NJ | 07712 | 175,000 | 140,000 | 291,653 | 442,853 |
| 628244 | Wright, Bonnie M. | 5/23/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 1210 | Second Avenue | Asbury Park | NJ | 07712 | 138,000 | 110,400 | 229,989 | 349,221 |
| 628828 | Wright, Wesley | 3/31/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 222 | Monticello Avenue | Jersey City | NJ | 07307 | 161,000 | 120,750 | 251,550 | 381,960 |
| 627475 | Zanca, Allan A. | 5/29/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 384 | Delavan Street | New Brunswick | NJ | 08901 | 93,000 | 69,750 | 145,305 | 220,635 |
| 615792 | Cosares, Nicholas | 4/3/1996 | DEK Homes of NJ | Nations Title Insurance of NY | 539 | Myrtle Avenue | Neptune | NJ | 11531 | 100,000 | 70,000 | 145,826 | 221,426 |
| 617762 | Cosares, Nicholas | 5/29/1996 | Oakwood Props. Inc. | Nations Title Insurance of NY | 42 | East Sunset Avenue | Red Bank | NJ | 07741 | 140,000 | 105,000 | 218,740 | 332,140 |
| 617763 | Cosares, Nicholas | 5/29/1996 | Oakwood Props. Inc. | Nations Title Insurance of NY | 50 | South Fifth Avenue | Long Branch | NJ | 07701 | 120,000 | 90,000 | 187,491 | 284,691 |
| 617764 | Cosares, Nicholas | 5/30/1996 | Oakwood Props. Inc. | Nations Title Insurance of NY | 125 | Elmwood Avenue | Long Branch | NJ | 07701 | 180,000 | 135,000 | 281,236 | 427,036 |
| 618760 | Cosares, Nicholas | 6/28/1996 | HUD Stmnt. Not in File | Nations Title Insurance of NY | 26 | Avenue Of Two Rivers | Rumson | NJ | 07760 | 203,000 | 152,000 | 316,652 | 480,812 |
| 614472 | Crespo, Julio | 2/27/1996 | D&Sons Construction | Nations Title Insurance of NY | 335 | Watson Avenue | Perth Amboy | NJ | 00876 | 156,000 | 109,200 | 227,489 | 345,425 |
| 614368 | Grieser, Gary D. | 2/29/1996 | DEK Homes of NJ | Nations Title Insurance of NY | 1702 | Elk Street | Piscataway | NJ | 07791 | 155,000 | 108,500 | 226,031 | 343,211 |
| 614404 | Grieser, Gary D. | 2/22/1996 | BNB Associates Corp. | Nations Title Insurance of NY | 490 | East 24th Street | Paterson | NJ | 07514 | 138,000 | 96,600 | 201,241 | 305,569 |
| 614500 | Grieser, Gary D. | 3/15/1996 | DEK Homes of NJ | Nations Title Insurance of NY | 45 | Abbotsford Avenue | Long Branch | NJ | 07740 | 193,000 | 135,000 | 281,236 | 427,036 |
| 614502 | Grieser, Gary D. | 2/29/1996 | DEK Homes of NJ | Nations Title Insurance of NY | 606 | Fifth Avenue | Asbury Park | NJ | 07712 | 200,000 | 140,000 | 291,653 | 442,853 |
| 614503 | Grieser, Gary D. | 2/29/1996 | DEK Homes of NJ | Nations Title Insurance of NY | 915 | Fifth Avenue | Asbury Park | NJ | 07712 | 200,000 | 140,000 | 291,653 | 442,853 |
| 617770 | Leodis, Anna | 5/31/1996 | Oakwood Props. Inc. | Nations Title Insurance of NY | 1102 | Bangs Avenue | Asbury Park | NJ | 07712 | 150,000 | 112,500 | 234,364 | 355,864 |
| 617772 | Leodis, Anna | 5/29/1996 | HUD Stmnt. Not in File | Nations Title Insurance of NY | 124 | Leighton Avenue | Red Bank | NJ | 07744 | 140,000 | 105,000 | 218,740 | 332,140 |
| 617774 | Leodis, Anna | 5/31/1996 | Oakwood Props. Inc. | Nations Title Insurance of NY | 703 | Comstock Avenue | Long Branch | NJ | 07740 | 180,000 | 135,000 | 281,236 | 427,036 |
| 619480 | Leodis, George T. | 7/25/1996 | Cristo Prop. Mgmt. | Nations Title Insurance of NY | 768 | State Street | Perth Amboy | NJ | 08861 | 165,000 | 123,750 | 257,800 | 391,450 |
| 619481 | Leodis, George T. | 7/24/1996 | Cristo Prop. Mgmt. | Nations Title Insurance of NY | 5 | Eastwood Avenue | Long Branch | NJ | 07740 | 120,000 | 90,000 | 187,491 | 284,691 |
| 618670 | Liebler, David A. | 6/27/1996 | Oakwood Props. Inc. | Nations Title Insurance of NY | 128 | Leighton Avenue | Red Bank | NJ | 07740 | 115,000 | 86,250 | 179,679 | 272,829 |
| 618729 | Liebler, David A. | 6/27/1996 | DEK Homes of NJ | Nations Title Insurance of NY | 1000 | Fourth Avenue | Asbury Park | NJ | 07712 | 125,000 | 93,750 | 195,303 | 296,553 |
| 618731 | Liebler, David A. | 6/27/1996 | DEK Homes of NJ | Nations Title Insurance of NY | 140-146 | Seventh Avenue | Plainfield | NJ | 07060 | 225,000 | 150,000 | 312,485 | 474,485 |
| 618732 | Liebler, David A. | 6/27/1996 | Oakwood Props. Inc. | Nations Title Insurance of NY | 130 | River Street | Red Bank | NJ | 07728 | 160,000 | 120,000 | 249,989 | 379,989 |
| 618759 | Liebler, David A. | 6/28/1996 | Oakwood Props. Inc. | Nations Title Insurance of NY | 148-150 | Sixth Avenue | Long Branch | NJ | 07728 | 170,000 | 118,500 | 246,863 | 374,843 |
| 618781 | Liebler, David A. | 6/28/1996 | Oakwood Props. Inc. | Nations Title Insurance of NY | 1266 | Ocean Avenue Unit 2 | SEA BRIGHT | NJ | 07760 | 285,000 | 221,250 | 460,916 | 699,866 |
| 619472 | Montanye, Jill A. | 7/25/1996 | Cristo Prop. Mgmt. | Nations Title Insurance of NY | 319 | Sewall Avenue | Asbury Park | NJ | 07712 | 150,000 | 112,500 | 234,364 | 355,864 |
| 619486 | Salvatoriello, Alphonse | 7/26/1996 | D&Sons Construction | Nations Title Insurance of NY | 155 | Chelsea Avenue | Long Branch | NJ | 07510 | 220,000 | 165,000 | 343,734 | 521,934 |
| 621711 | Hristov, Plamen | 10/21/1996 | Cristo Prop. Mgmt. | Stewart Title Guaranty Co. | 151 | Fisher Avenue | Neptune | NJ | 07753 | 120,000 | 90,000 | 187,491 | 284,691 |
| 616897 | Leodis, Anna | 4/30/1996 | Gary Grieser, Jr. | Stewart Title Guaranty Co. | 34 | Park Road | Monmouth Beach | NJ | 07750 | 90,000 | 67,500 | 140,618 | 213,518 |
| | | | | | | | | | TOTAL: | | 23,678,000 | 49,357,603 | 74,929,843 |

Exhibit E to Declaration of Magnanini in Support of Walsh Securities' Motion for Default Judgment