## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2006, I caused to be filed electronically with the Court the within Motion for Default Judgment Against Certain Pro Se Defaulting Defendants; Declaration of Robert A. Magnanini in Support of Request for Clerk's Entry of Default Against Certain Pro Se Defaulting Defendants, and exhibits thereto; and proposed Order for Default Judgment Against Certain Pro Se Defaulting Defendants, and served via regular and certified U.S. Mail upon the following *pro se* Defaulting Defendants:

    Anthony D'Appolito, Pro Se
    909 Woodland Avenue
    Wall Township, New Jersey 07719
    **For:**
    **Anthony D'Appolito, pro se**
    **and DAP Consulting, Inc., pro se**

    William Kane, Pro Se
    6119 Kipps Colony Drive West
    St. Petersburg, Florida 33707-3969
    **For:**
    **William Kane, pro se**
    **Cristo Property Management Ltd, a/k/a/ G.J.L. Limited, pro se**
    **DEK Homes of New Jersey, Inc., pro se**
    **and Oakwood Properties, Inc., pro se**

    Gary Grieser, Pro Se
    c/o Jules Rossi, Esq.
    208 Main Street
    Asbury Park, New Jersey 07712
    **For:**
    **Capital Assets Property Management & Investment Co., Inc., pro se**
    **and Capital Assets Property Management, L.L.C., pro se**

                                                                         */s/ Amy Walker Wagner*
                                                                           Amy Walker Wagner