Robert A. Magnanini (RM 7356)
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Attorneys for Plaintiff
Walsh Securities, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CRISTO PROPERTY MANAGEMENT, Ltd., et al., <br><br> Defendants. | Civil Action No. 97-3496 (SDW) <br><br> **ORDER FOR DEFAULT JUDGMENT AGAINST CERTAIN PRO SE DEFAULTING DEFENDANTS** |

THIS MATTER having been opened to the Court upon the application of Boies, Schiller & Flexner LLP (Robert A. Magnanini, Esq. appearing), counsel for Plaintiff Walsh Securities, Inc.; and the Court having considered the submission of Walsh Securities, Inc., and based upon the court files and docket in this action, and for the reasons set forth in the Report and Recommendation of the Honorable Madeline Cox Arleo, U.S.M.J.; and for good cause shown and for purposes of judicial efficiency:

IT IS on this ___ day of _____, 2006, hereby ORDERED that Walsh Securities, Inc.'s Request to Enter Default Judgment is granted and judgment shall be entered in the sum of $_____ jointly and severally against the following defendants:

    Cristo Property Management Ltd, a/k/a/ G.J.L. Limited

    DEK Homes of New Jersey, Inc.

    Oakwood Properties, Inc.

    Capital Assets Property Management & Investment Co., Inc.

    Capital Assets Property Management, L.L.C.

    DAP Consulting, Inc.

IT IS SO ORDERED this ____ day of _____, 2006

                _____

                    SUSAN D. WIGENTON, U.S.D.J.