**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   AUGUST W. FISCHER
   53 PEQUOT ROAD
   RINGWOOD, NJ 07456

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]  ☐ Agent
                  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

   [RINGWOOD NJ postmark]

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7000 1670 0006 7593 0281

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540