**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RICHARD LLOYD FRIEDMAN
GIORDANO, HALLERAN & CIESLA, PC
125 HALF MILE ROAD
PO BOX 190
MIDDLETOWN, NJ 07748

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  [signature]   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  J. Manning

C. Date of Delivery  12/19/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7000 1670 0006 7593 0274

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540