**CLERK**
**UNITED STATES DISTRICT COURT**
NEWARK, NEW JERSEY 07101-0419

OFFICIAL BUSINESS

**CLERK**
**UNITED STATES DISTRICT COURT**
NEWARK, NEW JERSEY 07101-0419

OFFICIAL BUSINESS

*STANLEY YACKER*
*33 BROADWAY, #1*
*OCEAN GROVE, NJ 07756*

7000 1670 0006 7593 0298

7000 1670 0006 7593 0236

NEWARK NJ 071

DISTRICT
2006 DEC 20  A 11: 29

RETURN TO SENDER

☐ MOVED, LEFT NO ADDRESS
☐ ATTEMPTED – NOT KNOWN
☐ UNCLAIMED     ☐ REFUSED
☐ NO SUCH STREET
☐ NO SUCH NUMBER
☐ INSUFFICIENT ADDRESS
☐ NOT DELIVERABLE AS
   ADDRESSED UNABLE TO FORWARD

UNITED STATES POSTAL SERVICE

Richard D4 Benedetto
153 Stephens Lane

YACK033  X 077 N1   1 605 C   39 12/20/06
FORWARD TIME EXP RTN TO SEND
YACKER
5 SWIMMING RIVER CT
BARNEGAT NJ 08005-5524

RETURN TO SENDER

CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101-0419

OFFICIAL BUSINESS

CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101-0419

OFFICIAL BUSINESS

THOMAS G. BRODO
319 QUEEN ANNE RD #B
TEANECK, NJ 07666

CERTIFIED MAIL

7000 1670 0006 7593 0304

7000 1670 0006 7593 0328

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☒ NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD
☐ OTHER

RETURN TO SENDER
RTS

NIXIE       075     1        40   12/22/06
           RETURN TO SENDER
           ATTEMPTED - NOT KNOWN
           UNABLE TO FORWARD
BC: 07102359550        *2551-03878-22-16