UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

RECEIVED-CLERK
U.S. DISTRICT COURT
2001 DEC 22 A 10: 22

U.S. DISTRICT COURT
MARTIN LUTHER KING, JR.
FEDERAL BLD. & U.S. COURTHOUSE
50 WALNUT STREET
P.O. BOX 419
NEWARK, N.J. 07101

Re: 97-3496 (SDW)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | | |
|---|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ | ☐ Agent<br>☐ Addressee | |
| | B. Received by (Printed Name)<br>Tom Bargiassi | C. Date of Delivery<br>12/19 | |
| 1. Article Addressed to:<br><br>JOHN M. BOYLE<br>LINDABURY, MCCORMICK & ESTABROOK, PC<br>53 CARDINAL DRIVE<br>PO BOX 2369<br>WESTFIELD, NJ 07091-2369 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No | | |
| | ☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes | |
| 2. Article Number (Transfer from service label)   7000  1670  0006  7593  0335 | | | |
| PS Form 3811, February 2004 | Domestic Return Receipt | | 102595-02-M-1540 |