# BOIES, SCHILLER & FLEXNER LLP

150 JOHN F. KENNEDY PARKWAY • 4TH FLOOR • SHORT HILLS, NJ 07078 • PH. 973.218.1111 • FAX 973.218.1106

January 4, 2007

**VIA ELECTRONIC FILING**

Office of the Clerk
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:    Walsh Securities, Inc. v. Cristo Property Management, LTD., et al.
             Civil Action No.: 97-3496 (WGB)

Dear Madam/Sir:

    Please withdraw Plaintiff's Motion for Default Judgment filed on February 24, 2006 (CM/ECF Docket Entry # 205). That motion was filed immediately prior to our attending mediation and since then a subsequent motion was filed thereby making the motion filed almost a year ago now moot.

    Thank you for your attention to this matter.

                                            Respectfully submitted,

                                            Robert A. Magnanini