UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CRISTO PROPERTY MANAGEMENT, LTD., et al., <br><br> Defendants. | Civil Action No. 97-3496 (SDW) <br><br> **ORDER** <br><br> January 4, 2007 |

ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

This matter having come before the Court on the Report and Recommendation of United States Magistrate Madeline C. Arleo, filed December 14, 2006; and the Court having received no objections to the Report and Recommendation; and the Court having reviewed the Report and Recommendation and the other documents on file on this matter; and for good cause shown;

It is on this 4th day of January 2007, **ORDERED** that the Report and Recommendation of Magistrate Judge Arleo, filed December 14, 2006 (regarding Dkt. Entry # 223) is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court.

**IT IS FURTHER ORDERED** that defendants Cristo Property Management Ltd., a/k/a G.J.L. Limited, DEK Homes of New Jersey, Inc., Oakwood Properties, Inc., Capital Assets Property Management & Investment Co., Inc., Capital Assets Property Management, L.L.C., and

DAP Consulting, Inc.'s answers be stricken and that default judgment be entered against said defendants on behalf of the plaintiff, Walsh Securities, Inc.

s/Susan D. Wigenton, U.S.D.J.

Orig:   Clerk
cc:     Judge Arleo
        Parties