UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

WALSH SECURITIES INC.              Civil No. 97-3496

                                   Order of Reassignment

vs.

CRISTO PROPERTY, et al.

It is on this 9th day of March, 2007,

O R D E R E D that the entitled action is reassigned from

JUDGE SUSAN D. WIGENTON to JUDGE DICKINSON R. DEBEVOISE

                                                S/Garrett E. Brown, Jr.
                                    GARRETT E. BROWN, JR. CHIEF JUDGE
                                    UNITED STATES DISTRICT COURT