UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                    DATE: March 12, 2007

JUDGE: Dickinson R. Debevoise

COURT REPORTER: Mollie Giordano

DEPUTY CLERK: Antigone Owens-Krefski


Title of Case:                          Docket# 97cv3496

Walsh Securities, Inc. v. Cristo Property, et al

Appearances:
P- Robert A. Magnanini, Esq.
D- Terrence S. Brody, Esq., David R. Kott, Esq., Keith J. Murphy,
Esq., Mukti N. Patel, Esq. and Irene DiFeo, pro se

Nature of proceeding: **Motion Hearing**
Hrg on dft Stewart Title Guaranty Company's motion to dismiss
crossclaim;
Hrg on dft Irene DiFeo's motion to dismiss crossclaim;
Ordered decisions reserved.

Time Commenced 2:50 p.m.
Time Adjourned 3:30 p.m.


cc: chambers                            S/Antigone Owens-Krefski
                                        Deputy Clerk