## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

-----------------------------------------------------------------

WALSH SECURITIES, INC.,                          :
                                             :
      Plaintiff,           :      Civ. No. 97-3496 (DRD)
                                             :
      v.                     :      **O R D E R**
                                             :
CRISTO PROPERTY MANAGEMENT, LTD.,                :
a/k/a G.J.L. LIMITED, DEK HOMES OF NEW           :
JERSEY, INC., OAKWOOD PROPERTIES INC.,           :
NATIONAL HOME FUNDING, INC., CAPITAL             :
ASSETS PROPERTY MANAGEMENT &                     :
INVESTMENT CO., INC., CAPITAL ASSETS             :
PROPERTY MANAGEMENT, L.L.C.,                     :
WILLIAM J. KANE, GARY GRIESER, ROBERT            :
SKOWRENSKI, II, RICHARD CALANNI,                 :
RICHARD DiBENEDETTO, JAMES R. BROWN              :
THOMAS BRODO, RONALD J. PIERSON,                 :
STANLEY YACKER, ESQ., MICHAEL ALFIERI,           :
ESQ., RICHARD PEPSNY, ESQ., ANTHONY M.           :
CICALESE, ESQ., LAWRENCE M. CUZZI,               :
ANTHONY D'APOLITO, DAP CONSULTING,               :
INC., COMMONWEALTH LAND TITLE                    :
INSURANCE COMPANY, NATIONS TITLE                 :
INSURANCE OF NEW YORK, INC., FIDELITY            :
NATIONAL TITLE INSURANCE COMPANY                 :
OF NEW YORK, COASTAL TITLE AGENCY,               :
and STEWART TITLE GUARANTY COMPANY,              :
IRENE DiFEO, DONNA PEPSNY, WEICHERT              :
REALTORS, and VECCHIO REALTY, INC.               :
d/b/a MURPHY REALTY BETTER HOMES and             :
GARDENS,                                         :
                                             :
      Defendants.          :
                                             :

-----------------------------------------------------------------

      Defendants, Stewart Title Guaranty Company and Irene DiFeo, having moved to dismiss

all cross-claims which have been asserted against them, and the court having heard the arguments

and reviewed the submissions of the parties, and for the reasons set forth in an opinion of even date,

IT IS, on this 28th day of March, 2007, **ORDERED** as follows:

1.  Stewart Title Guaranty Company's motion to dismiss all cross-claims is granted.

2. Irene DiFeo's motion to dismiss all cross-claims is granted.


/s/ Dickinson R. Debevoise
DICKINSON R. DEBEVOISE, U.S.S.D.J.

2