```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                                   :
                                   :
WALSH SECURITIES INC.              :         CIVIL 97-3496
                                   :
                                             HON. DICKINSON R. DEBEVOISE
           V.                      :
                                   
CRISTO PROPERTY, et al             :
```

NOTICE OF CALL FOR DISMISSAL
PURSUANT TO LOCAL RULE 41.1(a)

PLEASE TAKE NOTICE that the complaint in the above-captioned matter, having been pending for more than 120 days without any proceeding having been taken therein, will be dismissed on November 5th, 2007 at 10:00 a.m., unless good cause is shown with the filing of an affidavit before the return date. If said affidavit has not been filed before the return date, counsel are required to appear before the Court, to show good cause in writing why this action should not be dismissed for lack of prosecution.

```
                            WILLIAM T. WALSH,  CLERK

                            By
                            Antigone Owens-Krefski
                            Antigone Owens-Krefski, Deputy Clerk
```

October 11, 2007

cc: Hon. Dickinson R. Debevoise