UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

WALSH SECURITIES INC.          :

                                 :          Civil 97-3496 (DRD)
     v.
                                 :          ORDER

CRISTO PROPERTY, et al
                                 :

It appearing that a notice of call for dismissal pursuant to Rule 41.1(a) has been filed and the plaintiff having responded by filing an affidavit;

It is on this 30th day of October 2007,

O R D E R E D  that the notice of call for dismissal be withdrawn.

                                                                                                 DICKINSON R. DEBEVOISE
                                                                                                 United States Senior Judge