UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : Civil Action No. 97-cv-3496 (DRD) |
| Plaintiff, | : Hon. Dickinson R. Debevoise |
| v. | : |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, et al. | : **ORDER LIFTING STAY AND SCHEDULING CASE MANAGEMENT CONFERENCE** |
| Defendants. | : |

THIS MATTER having been opened to the Court by counsel for Walsh Securities, Inc. and good cause having been shown,

IT IS on this _____ day of _____, 2008,

ORDERED that the stay of discovery in this case is lifted, and this litigation shall proceed forward immediately toward conclusion; and it is further

ORDERED that a Case Management Conference is scheduled for _____, 2008 at _____.

Dated:_____, 2008

_____
Michael A. Shipp, U.S.M.J.