RECEIVED

JAN 16 2008

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : Civil Action No. 97-cv-3496 (DRD) |
| Plaintiff, | : Hon. Dickinson R. Debevoise |
| v. | |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, et al. | : **ORDER LIFTING STAY AND** <br> : **SCHEDULING CASE** <br> : **MANAGEMENT CONFERENCE** |
| Defendants. | |

THIS MATTER having been opened to the Court by counsel for Walsh Securities, Inc. and good cause having been shown,

IT IS on this 16th day of January, 2008,

ORDERED that the stay of discovery in this case is lifted, and this litigation shall proceed forward immediately toward conclusion; and it is further

ORDERED that a Case Management Conference is scheduled for February 8, 2008 at 11:30 a.m. Please report to Courtroom 2C.

Dated: January 16, 2008

_____
Michael A. Shipp, U.S.M.J.