**CLERK**
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101-0419

OFFICIAL BUSINESS



THEODORE W DAUNNO
1033 CLIFTON AVENUE
CLIFTON, NJ 07013

NIXIE    070  CE  1    30  01/25/08
    RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD
BC: 07101041919    *2430-02750-22-43

**Other Orders/Judgments**
2:97-cv-03496-DRD-MAS WALSH SECURITIES INC v. CRISTO PROPERTY, et al
12BK, SCHEDO

## U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 1/17/2008 at 11:48 AM EST and filed on 1/17/2008
**Case Name:** WALSH SECURITIES INC v. CRISTO PROPERTY, et al
**Case Number:** 2:97-cv-3496
**Filer:**
**Document Number:** 243

**Docket Text:**
ORDER that the stay of discovery is lifted; Case Management Conference set for 2/8/2008 11:30 AM before Magistrate Judge Michael A. Shipp.. Signed by Judge Michael A. Shipp on 1/16/08. (DD, )

**2:97-cv-3496 Notice has been electronically mailed to:**

FREDERICK W. ALWORTH    falworth@gibbonslaw.com, efiling@gibbonslaw.com

ANTHONY ARGIROPOULOS    aargiropoulos@foxrothschild.com, hpratt@foxrothschild.com

JEROME A. BALLAROTTO    jabesquire@aol.com

EDWARD C. BERTUCIO , JR    ebertucio@hcbtlaw.com, cdavi@hcbtlaw.com

TERRENCE S. BRODY    tbrody@gibbonslaw.com

MARK W. CATANZARO    mark@catanzarolaw.com, lisa@catanzarolaw.com, susan@catanzarolaw.com

THOMAS D FLINN    thomas.flinn@garritygraham.com

ERIC L. HARRISON    harrison@methwerb.com, tanzer@methwerb.com

NORMAN M. HOBBIE    nhobbie@hcbtlaw.com

ANDREW L. INDECK    andrew@njlegalink.com, jstahl@njlegalink.com

DAVID R. KOTT    dkott@mccarter.com

ROBERT A. MAGNANINI    rmagnanini@bsfllp.com, rsandman@bsfllp.com

JOHN B. MCCUSKER     jmcc@marc-law.com, mpapagelopoulos@marc-law.com

MARTIN R. MCGOWAN     mcgowan@methwerb.com, mcg49@comcast.net

ROBERT J. REILLY, III     rreilly@rswlegal.com

MICHAEL D. SCHOTTLAND     mschottland@lomurrolaw.com, lfurniss@lomurrolaw.com

AMY WALKER WAGNER     awagner@bsfllp.com, rsandman@bsfllp.com

**2:97-cv-3496 Notice will not be electronically mailed to::**

JOHN M. BOYLE
LINDABURY, MCCORMICK & ESTABROOK, PC
53 CARDINAL DRIVE
PO BOX 2369
WESTFIELD, NJ 07091-2369

THOMAS G. BRODO
319 QUEEN ANNE RD #B
TEANECK, NJ 07666

JAMES R. BROWN
1089 CEDAR AVENUE
UNION, NJ 07083

MARITZA D. BERDOTE BRYNE


RICHARD CALANNI


ANTHONY D'APOLITO


THEODORE W DAUNNO
1033 CLIFTON AVENUE
CLIFTON, NJ 07013

RICHARD DIBENEDETTO
153 STEPHENS LANE
MAHWAH, NJ 07430-3863

AUGUST W. FISCHER
53 PEQUOT ROAD
RINGWOOD, NJ 07456

RICHARD LLOYD FRIEDMAN
GIORDANO, HALLERAN & CIESLA, PC
125 HALF MILE ROAD

PO BOX 190
MIDDLETOWN, NJ 07748

JON C. MARTIN
FOX ROTHSCHILD LLP
PRINCETON PIKE CORPORATE CENTER
997 LENOX DRIVE
BUILDING 3
LAWRENCEVILLE, NJ 08648-2311

PASQUALE MENNA
KAUFF & MENA, ESQS.
170 BROAD STREET
P.O. BOX 762
RED BANK, NJ 07701

STANLEY YACKER
33 BROADWAY, #1
OCEAN ROVE, NJ 07756

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=1/17/2008] [FileNumber=2452162-0
] [7ad108b70071bf29a7ed67d487a8ad8ccdb783e7a6a2a2c2717a74fe5781bd99a07
5510bc35c3acececa852735a0242d52ab6ffbd64a9501a455ef5e3f5b4f7b]]