# BOIES, SCHILLER & FLEXNER LLP

150 JOHN F. KENNEDY PARKWAY • 4TH FLOOR • SHORT HILLS, NJ 07078 • PH. 973.218.1111 • FAX 973.218.1106

January 29, 2008

**VIA CM/ECF AND FACSIMILE**

Honorable Michael A. Shipp
United States Magistrate
M.L. King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.
              Civil Action No.: 97-3496 (DRD/MS)

Dear Judge Shipp:

      I write to confirm that, due to an unavoidable scheduling conflict with Robert Magnanini of our office, your Honor has consented to an adjournment of the Case Management Conference currently scheduled for February 8, 2008. I was advised by Frances Huskey that Friday, March 14, 2008 at 11:30 a.m. was convenient for your Honor, and have confirmed this date as acceptable to opposing counsel.

      Therefore, I respectfully request that your Honor adjourn the Case Management Conference currently scheduled for February 8, 2008 until March 14, 2008, when all counsel will be available to participate.

                        Respectfully submitted,

                        Amy Walker Wagner

AWW/aa
cc:    Edward Hayes, Esq. (via facsimile)
       David Kott, Esq. (via facsimile)
       Martin McGowan, Esq. (via facsimile)