

U.S. Department of Justice

United States Marshals Service
*District of New Jersey*

50 Walnut Street, Room 2009
Newark, New Jersey 07102

Telephone   (973) 645-2404
Facsimile   (973) 693-4142

**April 8, 2008**

CLERK, U.S. DISTRICT COURT
Martin Luther King Jr. Federal Bldg.
& U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 08608

Re: Return of Writ(s) of Execution

Dear Sir/Madam:

Please acknowledge receipt of the enclosed original writ(s), that are being returned, and return a signed copy of this letter, back to the Marshals Service.

| **DOCKET NUMBER** | **CASE TITLE** | **ACTION** |
|---|---|---|
| CV-97-3496 | Walsh Securities, Inc. vs. Cristo Property Mgmt | Writs have expired |

RECEIPT ACKNOWLEDGED BY: _____
                                                    Deputy Clerk

Sincerely,

*[signature]*

**JAMES T. PLOUSIS**
**United States Marshal**