UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

WALSH SECURITIES, INC.,

Plaintiff,                    :        Civil/Criminal Action No.:   CV 97-3496(WGB)

v.

CRISTO PROPERTY MANAGEMENT, LTD.,
et al.,

Defendants.                   :

## REQUEST BY ATTORNEY TO
## WITHDRAW FROM ELECTRONIC NOTIFICATION

Request is hereby made by Thomas D. Flinn, Esq., counsel for Defendant, Anthony M. Cicalese, Esq. (on certain Counts only), in the above-captioned matter, to withdraw from electronic notification in the within case, and it is represented that:

1.  The within civil complaint has been settled as to my client.

_____
Signature of Attorney

Name:       Thomas D. Flinn, Esq.
Address:    Garrity, Graham, Murphy, Garofalo & Flinn, P.C.
            One Lackawanna Plaza
            Montclair, New Jersey  07042
            (973) 509-7500   Ext. 223
e-Mail:     tdf@garritygraham.com