UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : Civil Action No. 97-cv-3496 (DRD) |
| Plaintiff, | : Hon. Dickinson R. Debevoise |
| v. | |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, et al. | : **STIPULATION AND ORDER** : **OF DISMISSAL AS TO** : **DEFENDANT DONNA PEPSNY** |
| Defendants. | : **WITH PREJUDICE AND** : **WITHOUT COSTS** |

IT IS HEREBY STIPULATED AND AGREED that Plaintiff Walsh Securities, Inc.'s claims against Defendant Donna Pepsny are hereby dismissed with prejudice and without costs against any party.

By: /S/
Robert A. Magnanini, Esq.
Boies, Schiller & Flexner LLP
150 John F. Kennedy Parkway
Short Hills, NJ 07078
Counsel for Plaintiff Walsh Securities, Inc.

Dated: April 18, 2008

By: 
Mark W. Catanzaro, Esq.
German, Gallagher & Murtagh
Blason IV, Suite 308
513 S. Lenola Road
Moorestown, NJ 08057
Counsel for Defendant Donna Pepsny

IT IS SO ORDERED this          day of                    , 2008.

_____
HON. DICKINSON R. DEBEVOISE, U.S.D.J

## CERTIFICATE OF SERVICE

I, Robert C. Sandman, hereby certify that the foregoing Stipulation and Order of Dismissal as to Defendant Donna Pepsny with Prejudice and Without Costs, was filed and served electronically on May 6, 2008 on counsel for all named parties through the Court's *ECF system*, and the following *Pro Se* Defendants were served by mail:

Anthony D'Apolito
3930 Belmar Boulevard
Wall, NJ 07753

Anthony Cicalese, Esq.
467 Long Hill Drive
Short Hills, NJ 07078

William Kane
6119 Kipps Colony Drive West
Gulfport, FL 33707-3969

Gary Grieser
330 Shore Drive
Highlands, NJ 07732

Richard Calanni
One Old Farm Road
Tinton Falls, NJ 07724

Richard DiBenedetto
3 Loller Drive
Martinsville, NJ 08836

James Brown
700 Route 18 North
East Brunswick, NJ 08816

Thomas Brodo
139B Fort Lee Road
Teaneck, NJ 07666

Stanley Yacker, Esq.
33 Broadway, #1
Ocean Grove, NJ 07756

Lawrence Cuzzi
38 Clive Hill Road
Edison, NJ 08820

Murphy Realty Better Homes and Gardens
100 Washington Street
Hoboken, NJ 07030

Robert C. Sandman