UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CRISTO PROPERTY MANAGEMENT, LTD., ET AL, <br><br> Defendants. | DOCKET NO. CV 97-3496 (WGB) <br><br> Civil Action <br><br> **REQUEST BY ATTORNEY TO WITHDRAW FROM ELECTRONIC NOTIFICATION** |

Request is hereby made by Andrew L. Indeck, Esq., counsel for Defendant Garden State Indemnity Company in the above-captioned matter, to withdraw from electronic notification in the within case, and it is represented that the within civil complaint has been settled as to our client.

*s/ Andrew L. Indeck*
ANDREW L. INDECK
SCARINCI & HOLLENBECK, LLC
ATTORNEYS AT LAW
1100 VALLEY BROOK AVENUE
P.O. BOX 790
LYNDHURST, N.J. 07071-0790
Telephone: (201) 896-4100
Attorneys for Garden State
    Indemnity Company
email: aindeck@njlegalink.com,
jstahl@njlegalink.com

Dated: April 29, 2008

{00376203.DOC}