UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC.<br><br>    Plaintiff,<br><br>v.<br><br>CRISTO PROPERTY MANAGEMENT,<br>LTD., et al.,<br>    Defendants. | Civ. No. 97-3496 (WGB) |

**REQUEST BY ATTORNEY TO**
**WITHDRAW FROM ELECTRONIC NOTIFICATION**

Request is hereby made by Edward C. Bertucio, Jr., Esq., counsel for Defendant, Michael Alfieri, Esq. (on certain Counts only), in the above-captioned matter, to withdraw from electronic notification in the within case, and it is represented that:

1. The within civil complaint has been dismissed as to my client.

_____
Edward C. Bertucio, Jr., Esq.

Name: Edward C. Bertucio, Jr., Esq.
Address: Hobbie, Corrigan, Bertucio & Tashjy, P.C.
125 Wyckoff Road
Eatontown, New Jersey 07724
Telephone: (732) 380-1515
e-mail: ebertucio@hcbtlaw.com