UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Robert A. Magnanini
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Attorneys for Plaintiff
Walsh Securities, Inc.

---

WALSH SECURITIES, INC., : Civil Action No. 97-3496 (DRD)
:
    Plaintiff, :
: **REQUEST FOR CLERK'S ENTRY OF**
    v. : **DEFAULT AGAINST CERTAIN *PRO SE***
: **DEFENDANTS**
CRISTO PROPERTY MANAGEMENT, :
Ltd., et al., :
:
    Defendants. :

---

**TO:  CLERK OF THE UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF NEW JERSEY**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Walsh Securities, Inc. requests that the Clerk of the Court enter default against the following *pro se* Defendants for their failure to plead or otherwise defend as detailed in the attached Declaration of Robert A. Magnanini, Esq.:

    **Anthony D'Apolito**
    **William Kane**
    **Gary Grieser**
    **Thomas Brodo**
    **Lawrence Cuzzi**
    **Vecchio Realty d/b/a Murphy Realty Better Homes and Gardens**

                                **BOIES, SCHILLER & FLEXNER LLP**

                                Attorneys for Plaintiff
                                Walsh Securities, Inc.

                                By:    /S/
                                      Robert A. Magnanini, Esq.

Dated: May 23, 2008