UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Robert A. Magnanini
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Attorneys for Plaintiff
Walsh Securities, Inc.

------------------------------------------------------------

WALSH SECURITIES, INC.,     :    Civil Action No. 97-3496 (DRD)

     Plaintiff,            :

                  :    **DECLARATION OF**
         v.           :    **ROBERT A. MAGNANINI**
                  :    **IN SUPPORT OF REQUEST FOR**
CRISTO PROPERTY MANAGEMENT,     :    **CLERK'S ENTRY OF DEFAULT**
Ltd., et al.,                 :    **AGAINST CERTAIN**
                  :    ***PRO SE* DEFENDANTS**

     Defendants.       :

------------------------------------------------------------

I, ROBERT A. MAGNANINI, do hereby declare:

1.     I am a Partner in the firm Boies, Schiller & Flexner LLP, counsel to Plaintiff Walsh Securities, Inc. ("WSI") in this matter, and submit this Declaration in support of WSI's request pursuant to Fed. R. Civ. P. 55(a) for Clerk's Entry of Default Against Certain *Pro Se* Defendants, and having personal knowledge of the facts set forth in this Affidavit

2.     On January 31, 2005, Plaintiff WSI filed a Third Amended Complaint against all of the Defendants.

3.     On April 3, 2008, Plaintiff WSI sent a letter to the *pro se* Defendants Anthony D'Apolito ("D'Apolito"), William Kane ("Kane"), Gary Grieser ("Grieser"), Thomas Brodo ("Brodo"), Lawrence Cuzzi ("Cuzzi"), and Vecchio Realty d/b/a Murphy Realty Better Homes

and Gardens ("Vecchio") advising them that they had not yet filed an answer or otherwise responded to the Third Amended Complaint, which had been filed over three years ago.

4.     To date, based upon court records and my personal knowledge of the proceedings, *pro se* Defendants D'Apolito, Kane, Grieser, Brodo, Cuzzi and Vecchio have failed to answer or otherwise respond, and have not requested an extension of time to answer.

5.     The time set for each of the defaulting *pro se* Defendants to answer or otherwise respond to the Third Amended Complaint has elapsed.

6.     This Declaration is executed in accordance with Rule 55(a) for the purpose of enabling Plaintiff WSI to obtain an entry of default against the defaulting *pro se* Defendants D'Apolito, Kane, Grieser, Brodo, Cuzzi and Vecchio, for failure to answer or otherwise defend against Plaintiff's Third Amended Complaint.

7.     Pursuant to the foregoing, Plaintiff WSI hereby submits its application for the entry of default against the defaulting *pro se* Defendants D'Apolito, Kane, Grieser, Brodo, Cuzzi and Vecchio.

I DECLARE UNDER PENALTY OF PERJURY that the foregoing is true and correct and that this Declaration was executed in Short Hills, New Jersey on this 23 day of May, 2008.

By: _____/S/_____
     Robert A. Magnanini, Esq.

2