## CERTIFICATE OF SERVICE

I, Robert C. Sandman, hereby certify that the forgoing Request for Clerk's Entry of Default Against Certain *Pro Se* Defendants; Clerk's Certificate of Entry of Default Against Certain *Pro Se* Defendants; and Declaration of Robert A. Magnanini in Support of Request for Clerk's Entry of Default Against Certain *Pro Se* Defendants, were filed and served electronically on May 23, 2008 on counsel for all named parties through the Court's *ECF system* and served via regular U.S. Mail upon the following *pro se* Defendants:

| | |
|---|---|
| Anthony D'Apolito<br>3930 Belmar Boulevard<br>Wall Township, NJ 07753 | Anthony Cicalese, Esq.<br>467 Long Hill Drive<br>Short Hills, NJ 07078 |
| William Kane<br>6119 Kipps Colony Drive West<br>Gulfport, FL 33707-3969 | Gary Grieser<br>330 Shore Drive<br>Highlands, NJ 07732 |
| Richard Calanni<br>One Old Farm Road<br>Tinton Falls, NJ 07724 | Richard DiBenedetto<br>3 Loller Drive<br>Martinsville, NJ 08836 |
| James Brown<br>700 Route 18 North<br>East Brunswick, NJ 08816 | Thomas Brodo<br>139B Fort Lee Road<br>Teaneck, NJ 07666 |
| Stanley Yacker, Esq.<br>c/o Monmouth Title Agency<br>188 East Bergen Place<br>Red Bank, NJ 07701 | Lawrence Cuzzi<br>38 Clive Hill Road<br>Edison, NJ 08820 |
| Murphy Realty Better Homes and Gardens<br>100 Washington Street<br>Hoboken, NJ 07030 | |

By: *[signature]*
Robert C. Sandman