UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Robert A. Magnanini
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Attorneys for Plaintiff
Walsh Securities, Inc.

---

| | |
|---|---|
| WALSH SECURITIES, INC., | Civil Action No. 97-3496 (DRD) |
| Plaintiff, | |
| v. | **REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST CERTAIN *PRO SE* DEFENDANTS** |
| CRISTO PROPERTY MANAGEMENT, Ltd., et al., | |
| Defendants. | |

---

**TO:   CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Walsh Securities, Inc. requests that the Clerk of the Court enter default against the following *pro se* Defendants for their failure to plead or otherwise defend as detailed in the attached Declaration of Robert A. Magnanini, Esq.:

**James R. Brown**
**Stanley Yacker**

**BOIES, SCHILLER & FLEXNER LLP**

Attorneys for Plaintiff
Walsh Securities, Inc.

By: ___/S/_____
Robert A. Magnanini, Esq.

Dated: June 10, 2008