## **CERTIFICATE OF SERVICE**

I, Robert C. Sandman, hereby certify that the forgoing Request for Clerk's Entry of Default Against Certain *Pro Se* Defendants; Clerk's Certificate of Entry of Default Against Certain *Pro Se* Defendants; and Declaration of Robert A. Magnanini in Support of Request for Clerk's Entry of Default Against Certain *Pro Se* Defendants, were filed and served electronically on June 10, 2008 on counsel for all named parties through the Court's ***ECF system*** and served via regular U.S. Mail upon the following *pro se* Defendants:

| | |
|---|---|
| James R. Brown<br>700 Route 18 North<br>East Brunswick, NJ 08816 | Stanley Yacker, Esq.<br>c/o Monmouth Title Agency<br>188 East Bergen Place<br>Red Bank, NJ 07701 |

By: *[signature]*
Robert C. Sandman