# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

Robert A. Magnanini
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Attorneys for Plaintiff
Walsh Securities, Inc.

---

| | |
|---|---|
| WALSH SECURITIES, INC., | Civil Action No. 97-3496 (DRD) |
| Plaintiff, | |
| v. | **CLERK'S CERTIFICATE OF ENTRY OF DEFAULT AGAINST CERTAIN *PRO SE* DEFENDANTS** |
| CRISTO PROPERTY MANAGEMENT, Ltd., et al., | |
| Defendants. | |

---

The undersigned hereby certifies that on this 29th day of May, 2008 default was entered in the record of the above action against the following *pro se* Defendants for their failure to plead or otherwise defend:

**Anthony D'Apolito**

**William Kane**

**Gary Grieser**

**Thomas Brodo**

**Lawrence Cuzzi**

**Vecchio Realty d/b/a Murphy Realty Better Homes and Gardens**

WILLIAM T. WALSH, Clerk

Dated: 5/29, 2008    By: S. Raimi
                          Deputy Clerk