FOX ROTHSCHILD LLP
F<small>ORMED IN THE</small> C<small>OMMONWEALTH OF</small> P<small>ENNSYLVANIA</small>
B<small>Y</small>:   E<small>DWARD</small> J. H<small>AYES</small> (EJH-9808)
     D<small>AVID</small> H. C<small>OLVIN</small> (DHC-9909)
P. O. B<small>OX</small> 5231
P<small>RINCETON</small>, NJ  08543-5231
Tel. (609) 896-3600; Fax (609) 896-1469

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : |
| | : |
| v. | Civil Action No. 97-3496 |
| | : |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, RONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW YORK INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, COASTAL TITLE AGENCY, and STEWART TITLE GUARANTY COMPANY, IRENE DiFEO, DONNA PEPSNY, WEICHERT REALTORS, AND VECCHIO REALTY, INC. D/B/A MURPHY REALTY BETTER HOMES and GARDENS, | **SUBSTITUTION OF APPEARANCE OF DAVID H. COLVIN FOR ANTHONY ARGIROPOLOUS AND JON C. MARTIN** |

To The Clerk of the United States District Court:

Kindly substitute my appearance for the appearances of Anthony Argiropolous and Jon C. Martin in the above matter as Mr. Argiropolous and Mr. Martin are no longer associated with Fox Rothschild LLP.

*[signature: DHC]*

David H. Colvin, Esquire (DHC-9909)
FOX ROTHSCHILD LLP

Attorneys for Defendants, Fidelity National Title Insurance Company of New York and Nations Title Insurance Company

Dated: June 12, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a true and correct copy of the Substitution upon the following individuals by first class mail, postage prepaid:

Robert A. Magnanini, Esq.
Boies, Schiller & Flexner LLP
150 John F. Kennedy
Short Hills, NJ 07078
**Attorney for plaintiff Walsh Securities, Inc. and for third-party defendant Robert Walsh**

Ronald M. Kleinberg, Esq.
Richard A. Finkel, Esq.
Meissner, Kleinberg & Finkel, LLP
275 Madison Ave., Suite 1000
New York, New York 10016
**Attorney for defendants Cristo Property Management, LTD, DEK Homes of NJ, Inc., Oakwood Properties, Inc., and William J. Kane**

Michael D. Schottland, Esq.
Lomurro, Davison, Eastman & Muñoz, P.A.
100 Willowbrook Road
Freehold, NJ 07728
**Attorney for Defendants National Home Funding, Inc. and Robert Skowrenski, II**

Martin R. McGowan, Jr., Esq.
Methfessel & Werbel
3 Ethel Road
Suite 300
Edison, NJ 08818
**Attorneys for Defendant Coastal Title Agency**

Edward C. Bertucio, Jr., Esq.
Hobbie, Corrigan, Bertucio & Tashjy, P.C.
125 Wyckoff Road
Eatontown, NJ 07724
**Attorney for Defendant Michael Alfieri, Esq.**

David R. Kott, Esquire
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
**Attorney for Commonwealth Land Title Insurance Company**

Date: June 12, 2008

_____
DAVID H. COLVIN