# BOIES, SCHILLER & FLEXNER LLP

150 JOHN F. KENNEDY PARKWAY • 4TH FLOOR • SHORT HILLS, NJ 07078 • PH. 973.218.1111 • FAX 973.218.1106

June 23, 2008

**VIA E-FILING**

Honorable Dickinson R. Debevoise
United States District Court for the
District of New Jersey
M.L. King. Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.
             Civil Action No.: 97-3496 (DRD)

Dear Judge Debevoise:

      Enclosed please find a Consent Order releasing from the Default Judgment entered January 24, 2007 against Cristo Property Management, Ltd. ("Cristo") certain properties whose title was transferred from Cristo prior to entry of the Default Judgment, and therefore not levied against by Plaintiff, Walsh Securities, Inc. If the Consent Order meets with Your Honor's approval, we ask that you sign it and have it entered on the docket.

      Thank you for your timely attention to this matter.

                                      Very truly yours,

                                      Robert A. Magnanini

RAM/aa
Enclosure

cc: Keith A. Bonchi, Esq.