UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : Civil Action No. 97-cv-3496 (DRD) |
| Plaintiff, | : Hon. Dickinson R. Debevoise |
| v. | : |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, et al., | : **CONSENT ORDER** <br> : **RELEASING CERTAIN** <br> : **PROPERTIES FROM** |
| Defendants. | : **JUDGMENT** |

**THIS MATTER** being opened to the Court upon the application of Boies, Schiller & Flexner LLP (Robert A. Magnanini, Esq.) counsel for Plaintiff, Walsh Securities, Inc., and Goldenberg, Mackler, Sayegh, Mintz, Pfeffer, Bonchi & Gill (Keith A. Bonchi, Esq.) appearing for Windsor REH, LLC, and it appearing to the Court that the parties have worked out a Consent Order as it relates to releasing certain properties, in which property records reveal title was transferred from Cristo Property Management, Ltd. a/k/a G.J.L. Ltd. prior to entry of the January 24, 2007 default Judgment and were not levied against by Walsh Securities, Inc., from any effect of the Walsh Securities, Inc. default Judgment entered against Cristo Property Management, Ltd. a/k/a G.J.L. Ltd. and dated January 24, 2007, and for good cause shown and for purposes of judicial efficiency;

IT IS on this _____ day of _____, 2008 **ORDERED AS FOLLOWS:**

1. The properties set forth below were never part of the Walsh Securities, Inc. Judgment entered against Cristo Property Management, Ltd. a/k/a G.J.L. Ltd., which was entered on January 24, 2007, and are thus released from the Walsh Securities, Inc. Judgment.

2. The properties that are released are as follows:

405 Sewall Avenue, Asbury Park, (Monmouth County) NJ (Block 141, Lot 3);

59 Ridge Avenue, Asbury Park, (Monmouth County) NJ (Block 94, Lot 8);

148 Sixth Avenue, Long Branch, (Monmouth County) NJ (Block 325, Lot 6);

1914 N.E. Central Avenue, Seaside Park, (Ocean County) NJ (Block 87, Lots 7 & 8); and

24 Webster Avenue, Seaside Heights, (Ocean County) NJ (Block 6.01, Lots 22 & 24).

3. A copy of the within Order shall be served upon all counsel within seven (7) days.

_____
HON. DICKINSON R. DEBEVOISE, U.S.D.J

I hereby consent to the form of the within Order:

BOIES, SCHILLER & FLEXNER, LLP

By: _____
ROBERT A. MAGNANINI, ESQ.
Attorney for Plaintiff
Walsh Securities, Inc.

GOLDENBERG, MACKLER, SAYEGH,
MINTZ, PFEFFER, BONCHI & GILL

By: _____
KEITH A. BONCHI, ESQ.
Attorney for Windsor REH, LLC