Robert A. Magnanini
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey  07078
(973) 218-1111
Attorneys for Plaintiff
Walsh Securities, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| WALSH SECURITIES, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>CRISTO PROPERTY MANAGEMENT,<br>Ltd., et al.,<br><br>      Defendants. | Civil Action No. 97-3496 (DRD)<br><br>**NOTICE OF MOTION FOR DEFAULT<br>JUDGMENT AGAINST CERTAIN<br>*PRO SE* DEFAULTING DEFENDANTS** |

PLEASE TAKE NOTICE that upon the Declaration of Robert A. Magnanini in support of Motion for Default Judgment Against Certain *Pro Se* Defaulting Defendants, dated June 27, 2008, and the attached exhibits, the undersigned will move in the United States District Court for the District of New Jersey, before the Honorable Dickinson R. Debevoise, U.S.D.J., at the Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, on July 21, 2008, for an Order pursuant to Rule 55(b) of the Federal Rules of Civil Procedure recommending entering a Judgment by Default against *Pro Se* Defendants, Anthony D'Apolito, William Kane, Gary Grieser, Thomas Brodo, Lawrence Cuzzi, Vecchio Realty d/b/a Murphy Realty Better Homes and Gardens, James Brown and Stanley Yacker, in the above-captioned action for their failure to plead or otherwise defend as against Plaintiff's Third Amended Complaint.

BOIES, SCHILLER & FLEXNER LLP
Attorneys for Plaintiff
Walsh Securities, Inc.

By:_____ /S/_____
Robert A. Magnanini

Dated:  June 27, 2008