Robert A. Magnanini
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Attorneys for Plaintiff
Walsh Securities, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| WALSH SECURITIES, INC., | : | Civil Action No. 97-3496 (DRD) |
|  | : |  |
| Plaintiff, | : |  |
|  | : | **DECLARATION OF ROBERT A.** |
| v. | : | **MAGNANINI IN SUPPORT OF** |
|  | : | **REQUEST FOR ENTRY OF DEFAULT** |
| CRISTO PROPERTY MANAGEMENT, | : | **JUDGMENT AGAINST CERTAIN** |
| Ltd., et al., | : | ***PRO SE* DEFAULTING DEFENDANTS** |
|  | : |  |
| Defendants. | : |  |
|  | : |  |

I, ROBERT A. MAGNANINI, do hereby declare:

1.       I am a Partner in the firm Boies, Schiller & Flexner LLP, counsel to Plaintiff

Walsh Securities, Inc. ("WSI") in this matter, and submit this Declaration in support of WSI's

request pursuant to Fed. R. Civ. P. 55(b) for entry of default judgment as to certain *pro se*

Defendants for failure to plead as to WSI's Third Amended Complaint.

2.       On January 31, 2005, Walsh Securities filed a Third Amended Complaint against

the defendants.

3.       On January 24, 2007, default judgment in the amount of $493,035,603.00 was

entered against Defendants Cristo Property Management Ltd, a/k/a/ G.J.L. Limited, DEK Homes

of New Jersey, Inc., Oakwood Properties, Inc., Capital Assets Property Management &

Investment Co., Inc., Capital Assets Property Management, L.L.C., and DAP Consulting, Inc. (See Exhibit A).

4.      On April 3, 2008, Plaintiff WSI sent a letter to *pro se* Defendants Anthony D'Apolito ("D'Apolito"), William Kane ("Kane"), Gary Grieser ("Grieser"), Thomas Brodo ("Brodo"), Lawrence Cuzzi ("Cuzzi"), Vecchio Realty d/b/a Murphy Realty Better Homes and Gardens ("Vecchio") & James Brown ("Brown") (collectively, the "Defaulting Defendants") advising them that they had not yet filed an answer or otherwise responded to the Third Amended Complaint, which had been filed over three years ago.  (See Exhibit B).

5.      On April 18, 2008 an extension was consented to giving *pro se* Defendant Brown until May 30, 2008 to file an answer or otherwise respond to the Third Amended Complaint. (See Exhibit C).

6.      On May 8, 2008, Plaintiff WSI sent a letter to the *pro se* Defendant Stanley Yacker ("Yacker") advising him that he had not yet filed an answer or otherwise responded to the Third Amended Complaint, which had been filed over three years ago.  (See Exhibit D).

7.      Examination of the Court's file and record in this action show that the Defaulting Defendants were served with the Third Amended Complaint via electronic filing and/or by regular mail.

8.      On May 29, 2008 and June 12, 2008, pursuant to Fed. R Civ. P. 55(a), the Clerk of the Court entered default against the Defaulting Defendants.  (See Exhibit E).

9.      As detailed above, the time set for each of the defaulting *pro se* Defendants to answer or otherwise respond to the Third Amended Complaint elapsed and default has been entered.

10.     In support of the damages amount requested for each Defaulting Defendant, attached hereto as Exhibit F is a spreadsheet setting forth details on the 223 fraud loans alleged in its Third Amended Complaint, including the losses sustained by WSI.  These losses include $23,678,000 in principal on the mortgages and $65,414,378 in interest through June 30, 2008, for a total of $89,092,378.

11.     Walsh Securities had been sold to Resource Bancshares Mortgage Group for 21 million shares at a price of $20 million for a total of $420,000,000.00.  As a direct result of the fraud perpetrated by the defendants, Walsh Securities lost the benefit of the acquisition and the $420,000,000.00 sale was not consummated.

12.     Therefore, the total loss to Walsh Securities, excluding attorneys' fees and costs is $509,092,378.

13.     This declaration is executed in accordance with Fed. R. Civ. P. 55(b), for the purpose of enabling Walsh Securities to obtain an entry of judgment by default against the Defaulting Defendants, for their failure to answer or otherwise defend as to Walsh Securities' Third Amended Complaint.

I DECLARE UNDER PENALTY OF PERJURY that the foregoing is true and correct and that this Declaration was executed in Short Hills, New Jersey on this 27 day of June, 2008.


_____/S/_____
Robert A. Magnanini

# EXHIBIT A

Robert A. Magnanini (RM 7356)
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Attorneys for Plaintiff
Walsh Securities, Inc.

RECEIVED
WILLIAM T WALSH, CLERK

2007 JAN 24  P 3: 23

UNITED STATES

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

WALSH SECURITIES, INC.,

        Plaintiff,

v.

CRISTO PROPERTY MANAGEMENT,
Ltd., et al.,

        Defendants.

Civil Action No. 97-3496 (SDW)

**ORDER FOR DEFAULT JUDGMENT
AGAINST CERTAIN PRO SE
DEFAULTING DEFENDANTS**

THIS MATTER having been opened to the Court upon the application of Boies, Schiller

& Flexner LLP (Robert A. Magnanini, Esq. appearing), counsel for Plaintiff Walsh Securities,

Inc.; and the Court having considered the submission of Walsh Securities, Inc., and based upon

the court files and docket in this action, and for the reasons set forth in the Report and

Recommendation of the Honorable Madeline Cox Arleo, U.S.M.J.; and for good cause shown

and for purposes of judicial efficiency:

IT IS on this 2⁷ day of _January_, 2007, hereby ORDERED that ~~Walsh Securities,~~

~~Inc.'s Request to Enter Default Judgment is granted~~ and judgment shall be entered in the sum of

*in favor of Walsh Securities,*

$493,035.603 jointly and severally against the following defendants:

        Cristo Property Management Ltd, a/k/a/ G.J.L. Limited

        DEK Homes of New Jersey, Inc.

Oakwood Properties, Inc.

Capital Assets Property Management & Investment Co., Inc.

Capital Assets Property Management, L.L.C.

DAP Consulting, Inc.

IT IS SO ORDERED this 2ʸ day of _January_, 2007

SUSAN D. WIGENTON, U.S.D.J.

2

# EXHIBIT B

# BOIES, SCHILLER & FLEXNER LLP

150 JOHN F. KENNEDY PARKWAY • 4TH FLOOR • SHORT HILLS, NJ 07078 • PH. 973.218.1111 • FAX 973.218.1106

April 3, 2008

**VIA U.S. MAIL**

**Defendants:**
Anthony D'Apolito;
William Kane;
Gary Grieser;
Richard Calanni;
Richard DiBenedetto;
James Brown;
Thomas Brodo;
Stanley Yacker;
Lawrence Cuzzi; and
Vecchio Realty d/b/a Murphy Realty Better Homes and Gardens

Re:   Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.
Civil Action No.: 97-3496 (WGB)

Dear Gentlemen:

As you are aware, the Court has lifted the stay in this action and set a discovery schedule. The Court's docket sheet reflects that you have not filed an Answer to the Third Amended Complaint that was filed by Walsh Securities, Inc.'s on January 31, 2005. For your reference, enclosed is a copy of the Third Amended Complaint, which reflects the date it was filed with the Court. Since over three years have passed, if an Answer is not filed on your behalf, on or before April 25, 2008, Walsh Securities will have a default entered against each of the defendants that have not answered. Please advise if you have retained counsel that will be representing you in this matter.

Please feel free to contact me or Amy Wagner with any questions.

Very truly yours,

Robert A. Magnanini

Enclosure

NEW YORK      WASHINGTON DC      FLORIDA      CALIFORNIA      NEW HAMPSHIRE      NEW JERSEY
www.bsfllp.com

# EXHIBIT C

## BOIES, SCHILLER & FLEXNER LLP

150 JOHN F. KENNEDY PARKWAY • 4TH FLOOR • SHORT HILLS, NJ 07078 • PH. 973.218.1111 • FAX 973.218.1106

April 21, 2008

**VIA REGULAR MAIL**

James R. Brown
700 Route 18 North
East Brunswick, NJ 08816

    Re: Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.
      Civil Action No.: 97-3496 (WGB)

Dear Mr. Brown:

   Pursuant to our telephone conversation on April 18, 2008, I consent to extend your time to file an Answer to the Third Amended Complaint, originally due on or before April 25, 2008, until Friday, May 30, 2008.

         Very truly yours,

         Amy Walker Wagner

AWW/aa

# EXHIBIT D

# BOIES, SCHILLER & FLEXNER LLP

150 JOHN F. KENNEDY PARKWAY • 4TH FLOOR • SHORT HILLS, NJ 07078 • PH. 973.218.1111 • FAX 973.218.1106

May 8, 2008

**VIA U.S. MAIL**

Stanley Yacker, Esq.
c/o Monmouth Title Agency
188 East Bergen Place
Red Bank, NJ 07701

> Re:   Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.
>       Civil Action No.: 97-3496 (DRD)

Dear Mr. Yacker:

As you are aware, the Court has lifted the stay in this action and set a discovery schedule. The Court's docket sheet reflects that you have not filed an Answer to the Third Amended Complaint that was filed by Walsh Securities, Inc.'s on January 31, 2005. For your reference, enclosed is a copy of the Third Amended Complaint, which reflects the date it was filed with the Court. Since over three years have passed, if an Answer is not filed on your behalf, on or before May 30, 2008, Walsh Securities will have a default entered against you. Please advise if you have retained counsel that will be representing you in this matter.

Please feel free to contact me with any questions, or if you require additional time to file an Answer.

Very truly yours,

Amy Walker Wagner

AWW/aa
Enclosure

# EXHIBIT E

Case 2:97-cv-03496-DRD-MAS   Document 255-3   Filed 06/23/2008   Page 1 of 1

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

Robert A. Magnanini
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Attorneys for Plaintiff
Walsh Securities, Inc.

| | | |
|---|---|---|
| WALSH SECURITIES, INC., | : | Civil Action No. 97-3496 (DRD) |
| Plaintiff, | : | |
| | : | **CLERK'S CERTIFICATE OF** |
| v. | : | **ENTRY OF DEFAULT AGAINST** |
| | : | **CERTAIN *PRO SE* DEFENDANTS** |
| CRISTO PROPERTY MANAGEMENT, | : | |
| Ltd., et al., | : | |
| | : | |
| Defendants. | : | |

The undersigned hereby certifies that on this 21st day of May, 2008 default was entered in the record of the above action against the following *pro se* Defendants for their failure to plead or otherwise defend:

**Anthony D'Apolito**

**William Kane**

**Gary Grieser**

**Thomas Brodo**

**Lawrence Cuzzi**

**Vecchio Realty d/b/a Murphy Realty Better Homes and Gardens**

WILLIAM T. WALSH, Clerk

Dated: 5/29, 2008

By: S. Kaimi

Deputy Clerk

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

Robert A. Magnanini
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Attorneys for Plaintiff
Walsh Securities, Inc.

---

| | |
|---|---|
| WALSH SECURITIES, INC., | : Civil Action No. 97-3496 (DRD) |
| Plaintiff, | : |
| | : **CLERK'S CERTIFICATE OF** |
| v. | : **ENTRY OF DEFAULT AGAINST** |
| | : **CERTAIN *PRO SE* DEFENDANTS** |
| CRISTO PROPERTY MANAGEMENT, | : |
| Ltd., et al., | : |
| | : |
| Defendants. | : |

---

The undersigned hereby certifies that on this 12th day of June , 2008 default was entered in the record of the above action against the following *pro se* Defendants for their failure to plead or otherwise defend:

**James R. Brown**

**Stanley Yacker**

WILLIAM T. WALSH, Clerk

Dated: 6/12 , 2008

By: _Sheree Raino_
Deputy Clerk

# EXHIBIT F

## Walsh Securities Inc.'s Losses on the 223 Loans

| Loan No. | Borrower | Closing Date | Seller | Title Company | Street No | Street Address | City | State | Zip Code | Purchase Price | Walsh Loan Amount | Interest @ 12.0% (5-30-97 thru 6-30-08) | Total Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 621713 | Aggar, Raymond C. | 10/15/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 35 | Springdale Avenue | Newark | NJ | 07107 | 150,000 | 112,000 | 304,523 | 416,523 |
| 622023 | Ala, James | 10/22/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 222 | Hamilton Place | Paterson | NJ | 07501 | 115,000 | 86,250 | 234,510 | 320,760 |
| 622025 | Ala, James | 10/22/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 622 | Bramhall Avenue | Jersey City | NJ | 07304 | 135,000 | 101,250 | 275,294 | 376,544 |
| 622654 | Ala, James | 11/21/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 113 | West Bergen Place | Red Bank | NJ | 07701 | 136,000 | 102,500 | 278,693 | 381,193 |
| 622661 | Amador, Joseph L. | 11/8/1996 | G.I. Limited | Commonwealth Land Title | 704 | Pine Street | Asbury Park | NJ | 07712 | 150,000 | 112,500 | 305,882 | 418,382 |
| 621714 | Aggar, Raymond C. | 10/15/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 89 | Jefferson Street | Paterson | NJ | 07522 | 115,000 | 86,250 | 234,510 | 320,760 |
| 621716 | Aggar, Raymond C. | 10/15/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 248 | Princeton Avenue | Jersey City | NJ | 07305 | 125,000 | 93,750 | 254,902 | 348,652 |
| 622019 | Aggar, Raymond C. | 11/8/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1043 | Summerfield Avenue | Asbury Park | NJ | 07712 | 150,000 | 112,500 | 304,023 | 416,523 |
| 628243 | Baitz, Robin K. | 5/29/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 406 | Third Avenue | Asbury Park | NJ | 07712 | 185,000 | 148,000 | 402,405 | 550,405 |
| 619941 | Balogh Jr., Ronald C. | 8/20/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 157 | Van Home Street | Jersey City | NJ | 07304 | 125,000 | 93,750 | 254,902 | 348,652 |
| 619942 | Balogh Jr., Ronald C. | 8/20/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 272 | Central Avenue | Long Branch | NJ | 07740 | 120,000 | 90,000 | 244,706 | 334,706 |
| 619946 | Balogh Jr., Ronald C. | 8/20/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 251 | Wilbur Ray Avenue | Long Branch | NJ | 07740 | 120,000 | 90,000 | 244,706 | 334,706 |
| 619948 | Balogh Jr., Ronald C. | 8/20/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 232 | Central Avenue | Long Branch | NJ | 07740 | 120,000 | 90,000 | 244,706 | 334,706 |
| 619949 | Balogh Jr., Ronald C. | 8/20/1996 | HUD Stmnt. Not in File | Commonwealth Land Title | 529 | 20th Street | Irvington | NJ | 07111 | 150,000 | 101,250 | 275,294 | 376,544 |
| 622417 | Breheny, Steven R. | 11/5/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 38 | Clive Hills Road | Edison | NJ | 08820 | 415,000 | 373,500 | 1,015,531 | 1,389,031 |
| 622625 | Bustos, Sr., Rafael | 11/6/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 509 | Ridge Avenue | Asbury Park | NJ | 07712 | 138,000 | 103,500 | 281,412 | 384,912 |
| 622626 | Bustos, Sr., Rafael | 12/31/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 138 | Asbury Avenue | Asbury Park | NJ | 07712 | 186,500 | 139,875 | 380,314 | 520,189 |
| 622628 | Bustos, Sr., Rafael | 11/5/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 904 | Emory Avenue | Asbury Park | NJ | 07712 | 200,000 | 150,000 | 407,843 | 557,843 |
| 622694 | Bustos-Lacy, Yolanda C. | 11/5/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1312 | Washington Avenue | Asbury Park | NJ | 07712 | 172,000 | 129,000 | 350,745 | 479,745 |
| 624178 | Campoli, Debra | 12/31/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 613 | Fourth Avenue | Asbury Park | NJ | 07712 | 149,000 | 104,300 | 283,587 | 387,887 |
| 624180 | Campoli, Debra | 12/31/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 65 | Jackson Street | Freehold | NJ | 07728 | 133,000 | 93,100 | 253,135 | 346,235 |
| 624181 | Campoli, Debra | 12/31/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 43 | Franklin Avenue | Seaside Heights | NJ | 08751 | 162,000 | 113,400 | 308,329 | 421,729 |
| 628850 | Christiano, Stephen | 4/2/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 29 | Pearl Street | Long Branch | NJ | 07740 | 145,000 | 108,750 | 295,686 | 404,436 |
| 618758 | Cosares, Nicholas | 6/28/1996 | DEK Homes of NJ | Commonwealth Land Title | 602 | Asbury Avenue | Asbury Park | NJ | 07712 | 115,000 | 86,250 | 234,510 | 320,760 |
| 619959 | Cosares, Nicholas | 8/21/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 512 | Sewall Avenue | Asbury Park | NJ | 07753 | 104,000 | 78,000 | 212,078 | 290,078 |
| 625401 | Crespo, Cruz | 4/25/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 559 | Groom Street | Perth Amboy | NJ | 08861 | 130,000 | 97,500 | 265,098 | 362,598 |
| 623309 | Cuzzi Jr., Mario | 11/22/1996 | G.I. Limited | Commonwealth Land Title | 302 | Third Avenue | Asbury Park | NJ | 07712 | 204,000 | 153,000 | 416,000 | 569,000 |
| 623848 | Cuzzi, Lawrence M. | 12/30/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 305 | Second Avenue | Asbury Park | NJ | 07712 | 178,090 | 124,600 | 338,782 | 463,382 |
| 625048 | Cuzzi, Patricia | 2/20/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 32 | Blemont Avenue | Jersey City | NJ | 07304 | 120,000 | 84,000 | 228,339 | 312,339 |
| 625050 | Cuzzi, Patricia | 1/31/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 35 | McAdoo Avenue | Jersey City | NJ | 07304 | 132,000 | 92,400 | 251,231 | 343,631 |
| 628562 | Dasilva, Paul | 5/29/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 127 | Lippincott Avenue | Long Branch | NJ | 07740 | 95,000 | 71,250 | 193,725 | 264,975 |
| 628932 | Dasilva, Paul | 5/30/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 396 | Division Lane | Long Branch | NJ | 07740 | 110,000 | 82,500 | 224,314 | 306,814 |

Exhibit F to 6-27-08 Declaration of Magnanini in Support of Walsh Securities' Motion for Default Judgment

## Walsh Securities Inc.'s Losses on the 223 Loans

| Loan No. | Borrower | Closing Date | Seller | Title Company | Street No. | Street Address | City | State | Zip Code | Purchase Price | Walsh Loan Amount | Interest @ 12.0% (5-30-97 thru 6-30-08) | Total Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 628997 | Dasilva, Paul | 5/30/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 92 | River Street | Red Bank | NJ | 07701 | 128,000 | 96,000 | 261,020 | 357,020 |
| 624170 | Delyski, Dimitar D. | 12/31/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 340 | Franklin Place | Plainfield | NJ | 07060 | 195,000 | 136,500 | 371,137 | 507,637 |
| 626825 | Demarines, Erin | 3/31/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 35 | Fisk Street | Jersey City | NJ | 07307 | 115,000 | 86,250 | 234,510 | 320,760 |
| 622858 | Devincenzo, Donald | 11/18/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 102.5 | Oxonia Avenue | Neptune | NJ | 07753 | 124,000 | 93,000 | 252,863 | 345,863 |
| 622861 | Devincenzo, Donald | 11/18/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 326 | Fisher Avenue | Neptune | NJ | 07753 | 156,000 | 117,000 | 318,118 | 435,118 |
| 622013 | Dicaro Jr., Louis | 10/16/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 11 | Abbotsford Avenue | Long Branch | NJ | 07740 | 120,000 | 84,000 | 228,392 | 312,392 |
| 622018 | Dicaro Jr., Louis | 10/24/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1315 | Springwood Avenue | Asbury Park | NJ | 07712 | 150,000 | 105,000 | 285,490 | 390,490 |
| 622054 | Dicaro Jr., Louis | 11/22/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1041 | Bangs Avenue | Asbury Park | NJ | 07712 | 105,000 | 73,500 | 199,843 | 273,343 |
| 622008 | Didonna Jr., Thomas J. | 12/30/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 24 | Knoll Place | Newark | NJ | 07106 | 140,000 | 105,000 | 285,490 | 390,490 |
| 622009 | Didonna Jr., Thomas J. | 10/16/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 706 | First Avenue | Asbury Park | NJ | 07712 | 168,500 | 126,375 | 343,623 | 469,998 |
| 622010 | Didonna Jr., Thomas J. | 12/30/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 246 | Bayside Drive | Highlands | NJ | 07732 | 189,000 | 141,750 | 385,412 | 527,162 |
| 622647 | Didonna Jr., Thomas J. | 11/8/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1914 | Northeast Central Avenue | Seaside Park | NJ | 08752 | 185,000 | 138,750 | 377,255 | 516,005 |
| 626822 | Difrancesco, Ann | 3/31/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 274 | Central Avenue | Long Branch | NJ | 07740 | 122,000 | 97,600 | 265,370 | 362,970 |
| 624695 | Dippolito, Amanda | 1/23/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 24 | Webster Avenue | Seaside Heights | NJ | 08751 | 168,500 | 117,950 | 320,702 | 438,652 |
| 625059 | Dippolito, Amanda | 2/21/1997 | G.U. Limited | Commonwealth Land Title | 1230 | Arlington Avenue | Plainfield | NJ | 07060 | 128,000 | 87,500 | 237,908 | 325,408 |
| 624694 | Dippolito, Michael | 1/23/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 503 | Ridge Avenue | Asbury Park | NJ | 07712 | 163,000 | 114,100 | 310,233 | 424,333 |
| 626827 | Fania Jr., Anthony W. | 3/31/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 181 | Clark Street | Jersey City | NJ | 07307 | 168,000 | 132,000 | 358,090 | 490,090 |
| 627900 | Fania Jr., Anthony W. | 4/30/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1010 | Bangs Avenue | Asbury Park | NJ | 07712 | 160,000 | 120,000 | 326,275 | 446,275 |
| 626849 | Freeden, Barbara | 3/31/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 25 | Williams Street | East Orange | NJ | 07019 | 136,000 | 102,000 | 277,333 | 379,333 |
| 627422 | Freeden, James B. | 5/28/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 826 | Center Street | Union Beach | NJ | 07735 | 80,000 | 64,000 | 174,013 | 238,013 |
| 626019 | Fusco, Fred | 5/30/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 118-20 | Plainfield Avenue | Plainfield | NJ | 07060 | 142,000 | 106,500 | 288,639 | 395,139 |
| 627948 | Fusco, Fred | 4/30/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 729 | West Third Street | Plainfield | NJ | 07060 | 107,000 | 80,250 | 218,196 | 298,446 |
| 628045 | Fusco, Fred | 5/13/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 253 | Myrtle Avenue | Neptune | NJ | 07753 | 105,000 | 78,750 | 214,117 | 292,867 |
| 628561 | Guzman, Victor | 5/29/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 253 | Pine Street | Jersey City | NJ | 07307 | 75,000 | 56,250 | 152,755 | 209,005 |
| 624174 | Hristov, Laure | 12/31/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 28 | Blaine Avenue | Seaside Heights | NJ | 08751 | 148,000 | 103,600 | 281,684 | 385,284 |
| 624176 | Hristov, Laure | 12/31/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 609 | Third Avenue | Asbury Park | NJ | 07712 | 190,000 | 133,000 | 361,621 | 494,621 |
| 621717 | Hristov, Plamen | 10/16/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1409 | Mattison Avenue | Neptune | NJ | 07712 | 130,000 | 97,500 | 265,098 | 362,598 |
| 621719 | Hristov, Plamen | 10/16/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 460 | Madison Avenue | Long Branch | NJ | 07740 | 125,000 | 94,125 | 255,879 | 350,004 |
| 621720 | Hristov, Plamen | 10/15/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1004 | Heck Street | Asbury Park | NJ | 08853 | 150,000 | 112,500 | 305,882 | 418,382 |
| 622014 | Juergensen, Alicia | 10/21/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1014 | Second Avenue | Asbury Park | NJ | 07712 | 130,000 | 97,500 | 265,098 | 362,598 |
| 622015 | Juergensen, Alicia | 10/30/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1292 | Washington Avenue | Asbury Park | NJ | 07712 | 150,000 | 112,500 | 305,882 | 418,382 |
| 622022 | Juergensen, Alicia | 10/16/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1200 | Monroe Avenue | Asbury Park | NJ | 07712 | 142,000 | 106,500 | 289,569 | 396,069 |

Exhibit F to 6-27-08 Declaration of Magnanini in Support of Walsh Securities' Motion for Default Judgment

## Walsh Securities Inc.'s Losses on the 223 Loans

| Loan No. | Borrower | Closing Date | Seller | Title Company | Street No. | Street Address | City | State | Zip Code | Purchase Price | Walsh Loan Amount | Interest @ 12.0% (5-30-97 thru 6-30-08) | Total Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 622416 | Juergensen, Alicia | 11/8/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 49 | Second Avenue | Long Branch | NJ | 07740 | 200,000 | 150,000 | 407,843 | 557,843 |
| 625055 | Juergensen, Alicia | 1/30/1997 | GJL Limited | Commonwealth Land Title | 29 | Westervelt Avenue | Jersey City | NJ | 07306 | 166,000 | 110,250 | 299,765 | 410,015 |
| 629031 | Juliao, Jorge | 5/30/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 91 | Coles Street | Jersey City | NJ | 07302 | 95,000 | 71,250 | 194,655 | 265,905 |
| 629074 | Juliao, Jorge | 5/30/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 126 | Laurel Avenue | Long Branch | NJ | 07740 | 45,000 | 33,750 | 91,764 | 125,514 |
| 628560 | Keleher, John Glenn | 5/29/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 332 | South Cook Avenue | Trenton | NJ | 08620 | 88,000 | 66,000 | 179,457 | 245,457 |
| 628856 | Keleher, John Glenn | 6/4/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 203 | Arlington Avenue | Jersey City | NJ | 07305 | 161,000 | 120,750 | 325,531 | 446,281 |
| 624698 | Klitchovich, Milosh M. | 1/23/1997 | GJL Limited | Commonwealth Land Title | 342 | Randolph Avenue | Jersey City | NJ | 07305 | 140,000 | 91,000 | 247,425 | 338,425 |
| 627355 | Lentino, Arlene | 4/16/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1703 | Bangs Avenue | Neptune | NJ | 07753 | 175,000 | 140,000 | 380,654 | 520,654 |
| 619484 | Leodis, George T. | 7/24/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 402 | Ridge Avenue | Neptune | NJ | 07753 | 120,000 | 90,000 | 244,706 | 334,706 |
| 619957 | Leodis, George T. | 8/20/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 408 | Second Avenue | Long Branch | NJ | 07740 | 215,000 | 161,250 | 438,432 | 599,682 |
| 619485 | Leodis, George T. | 7/24/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1207 | Bergh Street | Asbury Park | NJ | 07712 | 180,000 | 135,000 | 367,059 | 502,059 |
| 618728 | Liebler, David A. | 6/27/1996 | Oakwood Props. Inc. | Commonwealth Land Title | 91 | Cooper Avenue | Long Branch | NJ | 07740 | 210,000 | 157,500 | 438,235 | 595,735 |
| 618730 | Liebler, David A. | 6/27/1996 | Oakwood Props. Inc. | Commonwealth Land Title | 258 | Central Avenue | Long Branch | NJ | 07728 | 120,000 | 90,000 | 244,706 | 334,706 |
| 619473 | Montanye, Jill A. | 7/25/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1017-1019 | Bangs Avenue | Asbury Park | NJ | 07712 | 200,000 | 150,000 | 407,843 | 557,843 |
| 619475 | Montanye, Jill A. | 7/25/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 523 | Monroe Avenue | Asbury Park | NJ | 07712 | 108,000 | 81,000 | 220,235 | 301,235 |
| 619477 | Montanye, Jill A. | 7/24/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 905 | Bergh Street | Asbury Park | NJ | 07712 | 150,000 | 112,500 | 305,882 | 418,382 |
| 624173 | Owens, Thomas | 12/31/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 101 | Herbert Street | Red Bank | NJ | 07701 | 150,000 | 101,500 | 275,974 | 377,474 |
| 624686 | Owens, Thomas | 1/17/1997 | GJL Limited | Commonwealth Land Title | 1110 | Fifth Avenue | Asbury Park | NJ | 07712 | 180,000 | 126,000 | 342,588 | 468,588 |
| 624494 | Owens, Thomas | 1/17/1997 | GJL Limited | Commonwealth Land Title | 706 | North Sixth Street | Asbury Park | NJ | 07712 | 156,000 | 109,200 | 296,910 | 406,110 |
| 624696 | Pelardis, George | 1/23/1997 | GJL Limited | Commonwealth Land Title | 1121-1122 | West Third Street | Plainfield | NJ | 07060 | 88,000 | 61,600 | 167,487 | 229,087 |
| 624697 | Pelardis, George | 1/23/1997 | GJL Limited | Commonwealth Land Title | 59 | Ridge Avenue | Asbury Park | NJ | 07712 | 140,000 | 98,000 | 266,457 | 364,457 |
| 624923 | Pelardis, George | 1/31/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 85 | Roosevelt Avenue | Jersey City | NJ | 07306 | 147,000 | 102,900 | 279,780 | 382,680 |
| 626626 | Pelardis, George | 3/31/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1052 | Williams Street | Elizabeth | NJ | 7033 | 118,000 | 88,500 | 240,627 | 329,127 |
| 622649 | Piscioneri, Joseph | 1/12/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 405 | Sewall Avenue | Asbury Park | NJ | 07712 | 182,000 | 136,500 | 371,137 | 507,637 |
| 622650 | Piscioneri, Joseph | 1/24/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 806 | Emory Avenue | Asbury Park | NJ | 07712 | 165,000 | 123,750 | 336,471 | 460,221 |
| 624490 | Piscioneri, Joseph | 1/17/1997 | GJL Limited | Commonwealth Land Title | 136 | James Street | Long Branch | NJ | 07740 | 201,000 | 140,700 | 382,557 | 523,257 |
| 622472 | Powell, Kimberly E. | 11/22/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 30 | Dewitt Avenue | Asbury Park | NJ | 07712 | 115,000 | 80,500 | 218,876 | 299,376 |
| 622657 | Reilly, Brian G. | 11/6/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1278 | Washington Avenue | Asbury Park | NJ | 07712 | 140,000 | 105,000 | 285,490 | 390,490 |
| 622658 | Reilly, Brian G. | 11/6/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 126 | Union Avenue | Long Branch | NJ | 07740 | 122,000 | 91,500 | 248,784 | 340,284 |
| 622622 | Ricigliano, Pamela | 11/6/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 20-22 | Ridge Avenue | Asbury Park | NJ | 07712 | 142,000 | 106,500 | 288,639 | 395,139 |
| 622011 | Rizzuto, Loretta | 10/16/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 706 | Second Avenue | Asbury Park | NJ | 07712 | 168,500 | 126,375 | 343,608 | 469,983 |
| 622016 | Rizzuto, Loretta | 10/16/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 613 | First Avenue | Asbury Park | NJ | 07712 | 150,000 | 112,500 | 305,882 | 418,382 |

Exhibit F to 6-27-08 Declaration of Magnanini in Support of Walsh Securities' Motion for Default Judgment

Walsh Securities Inc.'s Losses on the 223 Loans

| Loan No. | Borrower | Closing Date | Seller | Title Company | Street No | Street Address | City | State | Zip Code | Purchase Price | Walsh Loan Amount | Interest @ 12.0% (5-30-97 thru 6-30-08) | Total Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 622017 | Rizzuto, Loretta | 10/16/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 612 | First Avenue | Asbury Park | NJ | 07712 | 128,000 | 96,000 | 261,020 | 357,020 |
| 622020 | Rizzuto, Loretta | 10/16/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 610 | Third Avenue | Asbury Park | NJ | 07712 | 123,000 | 92,250 | 250,823 | 343,073 |
| 619487 | Salvatoniello, Alphonse | 7/24/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1114 | Monroe Avenue | Asbury Park | NJ | 07712 | 108,000 | 81,000 | 220,235 | 301,235 |
| 619488 | Salvatoniello, Alphonse | 7/25/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1206 | Second Avenue | Asbury Park | NJ | 07712 | 125,000 | 77,250 | 210,039 | 287,289 |
| 619589 | Salvatoniello, Alphonse | 7/25/1996 | D&Sons Construction | Commonwealth Land Title | 211 | Roosevelt Avenue | Aberdeen | NJ | 07753 | 125,000 | 93,750 | 254,902 | 348,652 |
| 619590 | Salvatoniello, Alphonse | 7/25/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1308 | Seventh Avenue | Neptune | NJ | 07753 | 130,000 | 97,500 | 265,098 | 362,598 |
| 626014 | Southen, Carmen | 3/11/1997 | GJL Limited | Commonwealth Land Title | 209 | Richmond Street | Plainfield | NJ | 07060 | 138,000 | 89,700 | 244,076 | 333,776 |
| 626847 | Velila, Kenneth J. | 4/21/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 756 | East Second Street | Plainfield | NJ | 07060 | 90,000 | 67,500 | 183,529 | 251,029 |
| 627430 | Velila, Kenneth J. | 5/29/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 101 | Baldwin Street | New Brunswick | NJ | 08901 | 105,000 | 78,750 | 214,117 | 292,867 |
| 626824 | Vilardi, Janice | 4/21/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 266 | Arlington Avenue | Jersey City | NJ | 07305 | 153,000 | 114,750 | 312,000 | 426,750 |
| 627997 | Vilardi, Janice | 5/7/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 226 | Monticello Avenue | Jersey City | NJ | 07305 | 154,000 | 115,500 | 313,891 | 429,391 |
| 623845 | Viscardo, Susan | 12/20/1996 | GJL Limited | Commonwealth Land Title | 1117 | Asbury Avenue | Asbury Park | NJ | 07712 | 114,349 | 79,800 | 216,972 | 296,772 |
| 623846 | Viscardo, Susan | 12/30/1996 | Cristo Prop. Mgmt. | Commonwealth Land Title | 303 | Comstock Avenue | Asbury Park | NJ | 07712 | 100,214 | 70,000 | 190,327 | 260,327 |
| 624260 | Viscardo, Susan | 1/13/1997 | GJL Limited | Commonwealth Land Title | 515 | Seventh Avenue | Asbury Park | NJ | 07712 | 185,500 | 129,850 | 353,056 | 482,906 |
| 627290 | White, Joanna M. | 4/11/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 31 | Fifth Street | Highlands | NJ | 07732 | 100,000 | 80,000 | 217,516 | 297,516 |
| 626398 | Wright, Bonnie M. | 5/23/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1 | Passaic Street | Carteret | NJ | 07008 | 116,000 | 92,800 | 252,319 | 345,119 |
| 627425 | Wright, Wesley | 4/15/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 1116 | Fifth Avenue | Asbury Park | NJ | 07712 | 173,000 | 129,750 | 272,896 | 402,646 |
| 626848 | Zanca, Allan A. | 3/31/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 12 | Williams Street | East Orange | NJ | 07017 | 132,000 | 99,000 | 269,176 | 368,176 |
| 627862 | Zanca, Allan A. | 4/28/1997 | Cristo Prop. Mgmt. | Commonwealth Land Title | 929 | Summerfield Avenue | Asbury Park | NJ | 07712 | 133,000 | 99,750 | 262,848 | 362,598 |
| 625051 | Cuzzi, Patricia | 1/31/1997 | GJL Limited | Fidelity National Title | 147 | Neptune Avenue | Jersey City | NJ | 07304 | 154,000 | 107,800 | 293,103 | 400,903 |
| 622656 | Ala, James | 11/22/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 115 | West Bergen Place | Red Bank | NJ | 07701 | 136,000 | 102,000 | 277,333 | 379,333 |
| 622660 | Amador, Joseph L. | 11/8/1996 | GJL Limited | Fidelity National Title | 93 | North Broadway | Long Branch | NJ | 07740 | 200,000 | 150,000 | 407,843 | 557,843 |
| 622662 | Amador, Joseph L. | 11/18/1996 | GJL Limited | Fidelity National Title | 613 | Pine Street | Asbury Park | NJ | 07712 | 150,000 | 112,500 | 305,882 | 418,382 |
| 627947 | Baltz, Robin K. | 4/30/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 98 | Wade Street | Jersey City | NJ | 07305 | 140,000 | 112,000 | 304,523 | 416,523 |
| 628329 | Baltz, Robin K. | 5/13/1997 | GJL Limited | Fidelity National Title | 337 | Fisher Avenue | Neptune | NJ | 07753 | 151,000 | 120,800 | 328,450 | 449,250 |
| 622627 | Bustos, Sr., Rafael | 11/16/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 703 | Fourth Avenue | Asbury Park | NJ | 07712 | 190,000 | 142,500 | 387,451 | 529,951 |
| 622692 | Bustos-Lacy, Yolanda C | 11/5/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 508 | Sixth Avenue | Asbury Park | NJ | 07712 | 175,000 | 131,250 | 356,883 | 488,133 |
| 622693 | Bustos-Lacy, Yolanda C | 11/5/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 1105 | Grand Avenue | Asbury Park | NJ | 07712 | 185,000 | 138,750 | 377,255 | 516,005 |
| 622695 | Bustos-Lacy, Yolanda C | 12/30/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 601 | Fourth Avenue | Asbury Park | NJ | 07712 | 205,000 | 153,750 | 418,039 | 571,789 |
| 624179 | Campoli, Debra | 12/31/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 711 | Grand Avenue | Asbury Park | NJ | 07712 | 192,500 | 134,750 | 366,379 | 501,129 |
| 626016 | Capoli, John | 3/13/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 920 | West Third Street | Plainfield | NJ | 07063 | 120,000 | 78,000 | 212,007 | 290,007 |
| 627288 | Crawford, Christopher | 4/11/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 439 | East Seventh Street | Plainfield | NJ | 07060 | 165,000 | 123,750 | 336,572 | 460,322 |

Exhibit F to 6-27-08 Declaration of Magnanini in Support of Walsh Securities' Motion for Default Judgment

## Walsh Securities Inc.'s Losses on the 223 Loans

| Loan No. | Borrower | Closing Date | Seller | Title Company | Street No | Street Address | City | State | Zip Code | Purchase Price | Walsh Loan Amount | Interest @ 12.0% (5-30-97 thru 6-30-08) | Total Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 627635 | Crawford, Christopher | 5/7/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 43 | Clinton Avenue | Plainfield | NJ | 07060 | 120,000 | 90,000 | 244,706 | 334,706 |
| 628242 | Crawford, Christopher | 5/13/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 8 | Central Avenue | Long Branch | NJ | 07740 | 95,000 | 71,250 | 193,725 | 264,975 |
| 625402 | Crespo, Cruz | 4/25/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 206 | Sherman Street | Perth Amboy | NJ | 08861 | 124,000 | 93,000 | 252,863 | 345,863 |
| 623303 | Cuzzi Jr., Mario | 11/22/1996 | GJL Limited | Fidelity National Title | 1324 | Asbury Avenue | Asbury Park | NJ | 07712 | 133,500 | 100,125 | 272,111 | 372,236 |
| 623304 | Cuzzi Jr., Mario | 11/22/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 378 | West Columbus Avenue | Long Branch | NJ | 07740 | 122,500 | 91,875 | 249,804 | 341,679 |
| 623307 | Cuzzi Jr., Mario | 11/22/1996 | GJL Limited | Fidelity National Title | 604 | Grand Avenue | Asbury Park | NJ | 07712 | 194,500 | 145,875 | 396,628 | 542,503 |
| 623301 | Cuzzi Jr., Mario | 11/22/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 701 | Fourth Avenue | Asbury Park | NJ | 07712 | 156,000 | 117,000 | 318,118 | 435,118 |
| 623302 | Cuzzi Jr., Mario | 11/22/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 1218 | Washington Avenue | Asbury Park | NJ | 07712 | 140,000 | 105,000 | 285,490 | 390,490 |
| 623305 | Cuzzi Jr., Mario | 11/22/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 612 | Seventh Avenue | Asbury Park | NJ | 07712 | 168,000 | 126,000 | 342,588 | 468,588 |
| 623306 | Cuzzi Jr., Mario | 11/22/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 509 | First Avenue | Asbury Park | NJ | 07712 | 121,000 | 90,750 | 246,745 | 337,495 |
| 626026 | Cuzzi, Lawrence M. | 3/11/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 40 | Westervelt Avenue | Plainfield | NJ | 07060 | 145,000 | 94,250 | 256,900 | 351,150 |
| 625047 | Cuzzi, Patricia | 1/31/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 117 | North Street | Jersey City | NJ | 07397 | 118,000 | 81,200 | 220,779 | 301,979 |
| 622630 | Davis, John | 2/20/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 28 | Poet Drive | Matawan | NJ | 07747 | 198,000 | 138,600 | 376,847 | 515,447 |
| 628328 | Delia III, Ralph Joseph | 5/30/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 251 | Pine Street | Jersey City | NJ | 07305 | 75,000 | 60,000 | 163,137 | 223,137 |
| 624171 | Deliyski, Dimitar D. | 12/31/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 253A | South Pearl Street | Red Bank | NJ | 07701 | 140,000 | 98,000 | 266,457 | 364,457 |
| 624261 | Deliyski, Dimitar D. | 1/13/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 132 | Leighton Avenue | Red Bank | NJ | 07701 | 147,000 | 102,900 | 279,780 | 382,680 |
| 624488 | Deliyski, Dimitar D. | 1/17/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 511 | Asbury Avenue | Asbury Park | NJ | 07712 | 222,000 | 155,400 | 422,526 | 577,926 |
| 624489 | Dicaro Jr., Louis | 1/17/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 105 | West Bigelow Street | Newark | NJ | 07108 | 98,000 | 68,600 | 186,520 | 255,120 |
| 624926 | Dippolito, Amanda | 1/30/1997 | GJL Limited | Fidelity National Title | 245 | Clark Street | Jersey City | NJ | 07305 | 118,000 | 82,600 | 224,585 | 307,185 |
| 624927 | Dippolito, Amanda | 1/30/1997 | GJL Limited | Fidelity National Title | 744-46 | West Fourth Street | Plainfield | NJ | 07060 | 125,000 | 87,500 | 237,908 | 325,408 |
| 624692 | Dippolito, Michael | 1/27/1997 | GJL Limited | Fidelity National Title | 604 | Fourth Avenue | Asbury Park | NJ | 07712 | 208,000 | 145,600 | 395,890 | 541,490 |
| 624924 | Dippolito, Michael | 1/30/1997 | GJL Limited | Fidelity National Title | 724 | East Sixth Street | Plainfield | NJ | 07060 | 127,000 | 88,900 | 241,715 | 330,615 |
| 624925 | Dippolito, Michael | 1/30/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 941 | West Fifth Street | Plainfield | NJ | 07060 | 118,000 | 82,600 | 224,585 | 307,185 |
| 628559 | Dossantos, Luis | 5/29/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 220 | Washington Street | Trenton | NJ | 08611 | 85,000 | 56,250 | 152,941 | 209,191 |
| 628046 | Fania Jr., Anthony W. | 5/9/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 1206 | Heck Street | Asbury Park | NJ | 07712 | 100,000 | 75,000 | 203,921 | 278,921 |
| 627864 | Freeden, Barbara | 5/7/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 45 | 66th Street | West New York | New York | 07093 | 143,000 | 107,250 | 291,608 | 398,858 |
| 627003 | Freeden, Glenn R. | 4/25/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 10 | Bradley Street | Neptune | NJ | 07753 | 110,000 | 82,500 | 224,314 | 306,814 |
| 627354 | Freeden, James B. | 4/14/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 503 | First Avenue | Asbury Park | NJ | 07712 | 159,000 | 127,200 | 345,851 | 473,051 |
| 626851 | Freeden, Peter A. | 4/25/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 1004 | Bergh Street | Asbury Park | NJ | 07712 | 140,000 | 112,000 | 304,523 | 416,523 |
| 628930 | Guzman, Victor | 6/5/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 18 | Ford Avenue | Freehold | NJ | 07728 | 92,000 | 69,000 | 187,608 | 256,608 |
| 624175 | Hristov, Laure | 12/31/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 20 | Dupont Street | Seaside Heights | NJ | 08751 | 175,000 | 122,500 | 333,072 | 455,572 |
| 624177 | Hristov, Laure | 12/31/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 26 | Institute Street | Freehold | NJ | 07728 | 94,000 | 65,800 | 178,907 | 244,707 |

Exhibit F to 6-27-08 Declaration of Magnanini in Support of Walsh Securities' Motion for Default Judgment

## Walsh Securities Inc.'s Losses on the 223 Loans

| Loan No. | Borrower | Closing Date | Seller | Title Company | Street No. | Street Address | City | State | Zip Code | Purchase Price | Walsh Loan Amount | Interest @ 12.0% (5-30-97 thru 6-30-08) | Total Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 622645 | Juergensen, Hans | 11/13/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 1032-34 | Bangs Avenue | Asbury Park | NJ | 07712 | 180,000 | 135,000 | 367,059 | 502,059 |
| 624712 | Juergensen, Hans | 1/27/1997 | G.JL Limited | Fidelity National Title | 110 | Liberty Street | Long Branch | NJ | 07740 | 153,000 | 107,100 | 291,200 | 398,300 |
| 624713 | Juergensen, Hans | 1/23/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 62 | Sherman Avenue | Jersey City | NJ | 07307 | 145,000 | 101,500 | 275,974 | 377,474 |
| 624714 | Juergensen, Hans | 1/23/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 207 | Virginia Avenue | Jersey City | NJ | 07305 | 168,000 | 117,600 | 319,749 | 437,349 |
| 625058 | Juergensen, Hans | 1/31/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 58 | Third Street | Newark | NJ | 07107 | 75,000 | 52,500 | 142,745 | 195,245 |
| 622863 | Juergensen, Hans | 12/30/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 1422 | Mattison Avenue | Asbury Park | NJ | 07712 | 147,000 | 110,250 | 299,765 | 410,015 |
| 624715 | Juergensen, Hans | 1/23/1997 | G.JL Limited | Fidelity National Title | 338 | Franklin Place | Plainfield | NJ | 07060 | 168,000 | 117,600 | 319,749 | 437,349 |
| 627377 | Kaczmarek, Laurie J. | 4/16/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 12 | Bond Street | Freehold | NJ | 07728 | 106,000 | 79,500 | 216,157 | 295,657 |
| 628633 | Keleher, John Glenn | 5/23/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 175 | Van Horne Street | Jersey City | NJ | 07305 | 118,000 | 88,500 | 240,627 | 329,127 |
| 624491 | Kitchovitch, Milosh | 1/17/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 317 | Sumner Avenue | Seaside Heights | NJ | 08751 | 133,000 | 93,100 | 253,135 | 346,235 |
| 624492 | Kitchovitch, Milosh | 1/23/1997 | G.JL Limited | Fidelity National Title | 115 | Blaine Avenue | Seaside Heights | NJ | 08751 | 165,000 | 115,500 | 314,039 | 429,539 |
| 624493 | Kitchovitch, Milosh | 1/17/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 15 | North Fourth Street | Paterson | NJ | 07522 | 159,000 | 111,300 | 302,620 | 413,920 |
| 627420 | Lentino, Arlene | 5/7/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 80 | Graham Street | Jersey City | NJ | 07304 | 134,000 | 107,200 | 291,472 | 398,672 |
| 618726 | Lieber, David A. | 6/27/1996 | Oakwood Props. Inc. | Fidelity National Title | 126 | Leighton Avenue | Red Bank | NJ | 07701 | 120,000 | 86,250 | 234,510 | 320,760 |
| 619474 | Montanye, Jill A. | 7/25/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 506 | Asbury Avenue | Asbury Park | NJ | 07712 | 200,000 | 146,250 | 397,647 | 543,897 |
| 619476 | Montanye, Jill A. | 7/24/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 1222 | Monroe Avenue | Asbury Park | NJ | 07712 | 101,000 | 75,750 | 205,961 | 281,711 |
| 619478 | Montanye, Jill A. | 7/25/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 17 | Eastwood Avenue | Long Branch | NJ | 07740 | 120,000 | 93,750 | 254,902 | 348,652 |
| 619588 | Montanye, Jill A. | 7/26/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 404 | Emory Avenue | Asbury Park | NJ | 07712 | 180,000 | 135,000 | 367,059 | 502,059 |
| 627898 | Moreira, Michelle R. | 4/30/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 608 | Third Avenue | Asbury Park | NJ | 07712 | 156,000 | 117,000 | 318,118 | 435,118 |
| 627946 | Moreira, Michelle R. | 4/30/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 286 | Pacific Street | Jersey City | NJ | 07305 | 143,000 | 107,250 | 291,601 | 398,851 |
| 626025 | Papa, James | 5/30/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 130 | Plainfield Avenue | Plainfield | NJ | 07899 | 138,000 | 103,500 | 281,412 | 384,912 |
| 627634 | Papa, James | 4/30/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 611 | Charles Street | Perth Amboy | NJ | 08861 | 130,000 | 97,500 | 265,098 | 362,598 |
| 627001 | Pelardis, Afrodite E. | 4/25/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 422 | John Street | Plainfield | NJ | 07060 | 80,000 | 60,000 | 163,137 | 223,137 |
| 627636 | Pelardis, Afrodite E. | 5/23/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 461 | Bergen Avenue | Jersey City | NJ | 07305 | 65,000 | 48,750 | 131,870 | 180,620 |
| 624495 | Pelardis, George | 1/23/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 66-68 | Fremont Avenue | Seaside Heights | NJ | 07745 | 123,000 | 86,100 | 234,102 | 320,202 |
| 622653 | Piscioneri, Joseph | 11/27/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 1124 | Sewall Avenue | Asbury Park | NJ | 07712 | 102,000 | 76,500 | 243,702 | 320,202 |
| 623844 | Powell, Kimberly E. | 12/27/1996 | G.JL Limited | Fidelity National Title | 600 | Fifth Avenue | Asbury Park | NJ | 07753 | 182,500 | 127,750 | 383,048 | 510,798 |
| 624259 | Powell, Kimberly E. | 1/15/1997 | G.JL Limited | Fidelity National Title | 1415-1417 | Springwood Avenue | Asbury Park | NJ | 07712 | 163,500 | 114,450 | 346,886 | 461,336 |
| 622656 | Reilly, Brian G. | 11/22/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 609 | Fourth Avenue | Asbury Park | NJ | 07712 | 175,500 | 131,625 | 393,584 | 525,209 |
| 622624 | Ricigliano, Pamela | 11/6/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 1113-111 | Sewall Avenue | Asbury Park | NJ | 07712 | 169,000 | 126,750 | 380,330 | 507,080 |
| 622646 | Ricigliano, Pamela | 11/8/1996 | Cristo Prop. Mgmt. | Fidelity National Title | 1100 | Summerfield Avenue | Asbury Park | NJ | 07712 | 145,000 | 108,750 | 331,388 | 440,138 |
| 627637 | Vilardi, Janice | 5/29/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 191 | Handy Street | New Brunswick | NJ | 08903 | 86,000 | 64,500 | 211,057 | 275,557 |

Exhibit F to 6-27-08 Declaration of Magnanini in Support of Walsh Securities' Motion for Default Judgment

## Walsh Securities Inc.'s Losses on the 223 Loans

| Loan No. | Borrower | Closing Date | Seller | Title Company | Street No | Street Address | City | State | Zip Code | Purchase Price | Walsh Loan Amount | Interest @ 12.0% (5-30-08) 97 thru 6-30-08 | Total Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 627863 | White, Joanna M. | 4/25/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 933 | Bangs Avenue | Asbury Park | NJ | 07712 | 175,000 | 140,000 | 416,356 | 556,356 |
| 628244 | Wright, Bonnie M. | 5/23/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 1210 | Second Avenue | Asbury Park | NJ | 07712 | 138,000 | 110,400 | 335,875 | 446,275 |
| 628828 | Wright, Wesley | 3/31/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 222 | Monticello Avenue | Jersey City | NJ | 07307 | 161,000 | 120,750 | 364,016 | 484,766 |
| 627475 | Zanca, Allan A. | 5/29/1997 | Cristo Prop. Mgmt. | Fidelity National Title | 384 | Delavan Street | New Brunswick | NJ | 08901 | 93,000 | 69,750 | 225,349 | 295,099 |
| 615792 | Cosares, Nicholas | 4/3/1996 | DEK Homes of NJ | Nations Title Insurance of NY | 539 | Myrtle Avenue | Neptune | NJ | 11531 | 100,000 | 70,000 | 226,029 | 296,029 |
| 617762 | Cosares, Nicholas | 5/29/1996 | Oakwood Props. Inc. | Nations Title Insurance of NY | 42 | East Sunset Avenue | Red Bank | NJ | 07741 | 140,000 | 105,000 | 321,192 | 426,192 |
| 617763 | Cosares, Nicholas | 5/29/1996 | Oakwood Props. Inc. | Nations Title Insurance of NY | 50 | South Fifth Avenue | Long Branch | NJ | 07701 | 120,000 | 90,000 | 280,408 | 370,408 |
| 617764 | Cosares, Nicholas | 5/30/1996 | Oakwood Props. Inc. | Nations Title Insurance of NY | 125 | Elmwood Avenue | Long Branch | NJ | 07701 | 180,000 | 135,000 | 402,761 | 537,761 |
| 618760 | Cosares, Nicholas | 6/28/1996 | HUD Stmnt. Not in File | Nations Title Insurance of NY | 26 | Avenue of Two Rivers | Rumson | NJ | 07760 | 203,000 | 152,000 | 448,983 | 600,983 |
| 614472 | Crespo, Julio | 2/27/1996 | D&Sons Construction | Nations Title Insurance of NY | 335 | Watson Avenue | Perth Amboy | NJ | 00876 | 156,000 | 109,200 | 332,612 | 441,812 |
| 614368 | Grieser, Gary D. | 2/29/1996 | DEK Homes of NJ | Nations Title Insurance of NY | 1702 | Elk Street | Piscataway | NJ | 07791 | 155,000 | 108,500 | 330,709 | 439,209 |
| 614404 | Grieser, Gary D. | 2/22/1996 | BNB Associates Corp. | Nations Title Insurance of NY | 490 | East 24th Street | Paterson | NJ | 07514 | 138,000 | 96,600 | 298,353 | 394,953 |
| 614500 | Grieser, Gary D. | 3/15/1996 | DEK Homes of NJ | Nations Title Insurance of NY | 45 | Abbotsford Avenue | Long Branch | NJ | 07740 | 193,000 | 135,000 | 402,761 | 537,761 |
| 614502 | Grieser, Gary D. | 2/29/1996 | DEK Homes of NJ | Nations Title Insurance of NY | 606 | Fifth Avenue | Asbury Park | NJ | 07712 | 200,000 | 140,000 | 416,355 | 556,355 |
| 614503 | Grieser, Gary D. | 2/29/1996 | DEK Homes of NJ | Nations Title Insurance of NY | 915 | Fifth Avenue | Asbury Park | NJ | 07712 | 200,000 | 140,000 | 216,355 | 356,355 |
| 617770 | Leodis, Anna | 5/31/1996 | Oakwood Props. Inc. | Nations Title Insurance of NY | 1102 | Bangs Avenue | Asbury Park | NJ | 07712 | 150,000 | 112,500 | 341,584 | 454,084 |
| 617772 | Leodis, Anna | 5/29/1996 | HUD Stmnt. Not in File | Nations Title Insurance of NY | 124 | Leighton Avenue | Red Bank | NJ | 07744 | 140,000 | 105,000 | 321,192 | 426,192 |
| 617774 | Leodis, Anna | 5/31/1996 | Oakwood Props. Inc. | Nations Title Insurance of NY | 703 | Comstock Avenue | Long Branch | NJ | 07740 | 180,000 | 135,000 | 402,761 | 537,761 |
| 619480 | Leodis, George T. | 7/25/1996 | Cristo Prop. Mgmt. | Nations Title Insurance of NY | 768 | State Street | Perth Amboy | NJ | 08861 | 165,000 | 123,750 | 371,173 | 494,923 |
| 619481 | Leodis, George T. | 7/24/1996 | Cristo Prop. Mgmt. | Nations Title Insurance of NY | 5 | Eastwood Avenue | Long Branch | NJ | 07740 | 120,000 | 90,000 | 280,408 | 370,408 |
| 618670 | Liebler, David A. | 6/27/1996 | Oakwood Props. Inc. | Nations Title Insurance of NY | 128 | Leighton Avenue | Red Bank | NJ | 07740 | 115,000 | 86,250 | 270,212 | 356,462 |
| 618729 | Liebler, David A. | 6/27/1996 | DEK Homes of NJ | Nations Title Insurance of NY | 1000 | Fourth Avenue | Asbury Park | NJ | 07712 | 125,000 | 93,750 | 290,604 | 384,354 |
| 618731 | Liebler, David A. | 6/27/1996 | DEK Homes of NJ | Nations Title Insurance of NY | 140-146 | Seventh Avenue | Plainfield | NJ | 07060 | 225,000 | 150,000 | 443,545 | 593,545 |
| 618732 | Liebler, David A. | 6/27/1996 | Oakwood Props. Inc. | Nations Title Insurance of NY | 130 | River Street | Red Bank | NJ | 07728 | 160,000 | 120,000 | 361,977 | 481,977 |
| 618759 | Liebler, David A. | 6/28/1996 | Oakwood Props. Inc. | Nations Title Insurance of NY | 148-150 | Sixth Avenue | Long Branch | NJ | 07728 | 170,000 | 118,500 | 357,898 | 476,398 |
| 618761 | Liebler, David A. | 6/28/1996 | Oakwood Props. Inc. | Nations Title Insurance of NY | 1266 | Ocean Avenue Unit 2 | SEA BRIGHT | NJ | 07760 | 295,000 | 221,250 | 637,271 | 858,521 |
| 619472 | Montanye, Jill A. | 7/25/1996 | Cristo Prop. Mgmt. | Nations Title Insurance of NY | 319 | Sewall Avenue | Asbury Park | NJ | 07712 | 150,000 | 112,500 | 341,584 | 454,084 |
| 619486 | Salvatoriello, Alphonse | 7/26/1996 | D&Sons Construction | Nations Title Insurance of NY | 155 | Chelsea Avenue | Long Branch | NJ | 07510 | 220,000 | 165,000 | 484,330 | 649,330 |
| 621711 | Hristov, Plamen | 10/21/1996 | Cristo Prop. Mgmt. | Stewart Title Guaranty Co. | 151 | Fisher Avenue | Neptune | NJ | 07753 | 120,000 | 90,000 | 280,408 | 370,408 |
| 616897 | Leodis, Anna | 4/30/1997 | Gary Grieser, Jr. | Stewart Title Guaranty Co. | 34 | Park Road | Monmouth Beach | NJ | 07750 | 90,000 | 67,500 | 219,231 | 286,731 |
| | | | | | | | | | TOTAL: | 23,678,000 | | 65,414,378 | 89,092,378 |

Page 7 of 7

Exhibit F to 6-27-08 Declaration of Magnanini in Support of Walsh Securities' Motion for Default Judgment