Robert A. Magnanini
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 218-1111
Attorneys for Plaintiff
Walsh Securities, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| WALSH SECURITIES, INC., | Civil Action No. 97-3496 (DRD) |
| Plaintiff, |  |
| v. | **ORDER FOR DEFAULT JUDGMENT AGAINST CERTAIN *PRO SE* DEFAULTING DEFENDANTS** |
| CRISTO PROPERTY MANAGEMENT, Ltd., et al., |  |
| Defendants. |  |

THIS MATTER having been opened to the Court upon the application of Boies, Schiller & Flexner LLP (Robert A. Magnanini, Esq. appearing), counsel for Plaintiff Walsh Securities, Inc.; and the Court having considered the submission of Walsh Securities, Inc., and based upon the court files and docket in this action, and for good cause shown and for purposes of judicial efficiency:

IT IS on this ___ day of _____, 2008, hereby ORDERED that Walsh Securities, Inc.'s Request to Enter Default Judgment is granted and judgment shall be entered in the sum of $_____ jointly and severally against the following defendants, in favor of Walsh Securities, Inc.:

Anthony D'Apolito

William Kane

Gary Grieser

Thomas Brodo

Lawrence Cuzzi

Vecchio Realty d/b/a Murphy Realty Better Homes and Gardens

James Brown

Stanley Yacker

IT IS SO ORDERED this ____ day of _____, 2008

_____
DICKINSON R. DEBEVOISE, U.S.D.J.