Robert A. Magnanini, Esq.
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway, Fourth Floor
Short Hills, New Jersey 07078
973-218-1111
Attorneys for Walsh Securities, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED; DEK HOMES OF NEW JERSEY, INC.; OAKWOOD PROPERTIES, INC.; NATIONAL HOME FUNDING, INC.; CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC.; CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C.; WILLIAM KANE; GARY GRIESER; ROBERT SKOWRENSKI, II; RICHARD CALANNI; RICHARD DiBENEDETTO; JAMES R. BROWN; THOMAS BRODO; ROLAND PIERSON; STANLEY YACKER, ESQ.; MICHAEL ALFIERI, ESQ.; RICHARD PEPSNY, ESQ.; ANTHONY M. CICALESE, ESQ.; LAWRENCE CUZZI; ANTHONY D'APOLITO; DAP CONSULTING, INC.; COMMONWEALTH LAND TITLE INSURANCE CO.; NATIONS TITLE INSURANCE OF NEW YORK, INC.; FIDELITY NATIONAL TITLE INSURANCE CO. OF NEW YORK; COASTAL TITLE AGENCY; STEWART TITLE GUARANTY COMPANY; IRENE DiFEO; DONNA PEPSNY; WEICHERT REALTORS; and VECCHIO REALTY, INC. d/b/a MURPHY REALTY BETTER HOMES AND GARDENS, <br><br> Defendants. | Civil Action No. 97-cv-3496 (DRD) <br><br> Hon. Dickinson R. Debevoise, U.S.D.J. <br><br><br><br><br><br><br><br> **NOTICE OF MOTION** |

1

**PLEASE TAKE NOTICE** that Plaintiff Walsh Securities, Inc. hereby moves the Court for an Order granting it Leave to File a Fourth Amended Complaint with Right of Relation Back, pursuant to Fed. R. Civ. P. 15(a) and Fed. R. Civ. P. 15(c)(2), in the form of the proposed Order filed herewith, which motion is supported by the accompanying Memorandum of Law and Declaration of Robert A. Magnanini, and which motion is to be heard before the Honorable Michael A. Shipp, United States Magistrate Judge, District of New Jersey, Martin Luther King Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, on the 21 day of July, 2008, at 10:00 a.m.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests oral argument if timely opposition is filed.

By: ____/s/_____
Robert A. Magnanini
**BOIES, SCHILLER & FLEXNER LLP**
150 John F. Kennedy Parkway, 4th floor
Short Hills, New Jersey 07078
(973) 218-1111
Counsel for Plaintiff Walsh Securities, Inc.

Dated: June 27, 2008