# EXHIBIT F

RECORD & RETURN TO:

Coastal Title Agency, Inc.
21 West Main Street - PO Box 740
Freehold, NJ 07728
1-800-521-0378

074451

Prepared by: _____
LORRAINE E. KING

# DEED

| COUNTY OF MONMOUTH |
|---|
| CONSIDERATION _____ |
| RTF _____ add'l RTF _____ |
| DATE _____ BY _____ |

This Deed, made this 8   day of NOVEMBER, 1996

Between
located at                                                          herein designated as
Grantor

And                              &   CAPITAL ASSESTS PROPERTY MANAGEMENT &
INVESTMENT, CO., INC.

, AS TO 40% INTEREST AND CAPITOL ASSESTS
PROPERTY MANAGEMENT & INVESTMENT, CO., INC. AS TO 60%
INETEREST

located at 10 WEST BERGEN PLACE, SUITE 104, RED BANK, NEW JERSEY  07701 herein
designated as the Grantee;

The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

Transfer of Ownership. The Grantor grants and conveys (transfers ownership of) the
property described below to the Grantee. This transfer is made for the sum of  UNDER ONE
HUNDRED DOLLARS. The Grantor acknowledges receipt of this money.

Tax Map Reference. (N.J.S.A. 46:15-1.1) Municipality of CITY OF ASBURY PARK
    Block                                      Account No.

_____ No Property tax identification number is available on the date of this Deed.  (Check this box
if applicable.)

Property. The Property consists of the land and all the buildings and structures on
the land in the CITY of ASBURY PARK County of MONMOUTH the State of New
Jersey, and is commonly known as                                      , ASBURY PARK,
 NEW JERSEY  The legal description is:

SEE ATTACHED SCHEDULE FOR LEGAL DESCRIPTION.

THE GRANTOR WILL WARRANT, SECURE AND FOREVER DEFEND THE TITLE
TO THE SUBJECT PROPERTY.

**OMMONWEALTH LAND**
**TITLE INSURANCE COMPANY**
A Reliance Group Holdings Company.

## TITLE INSURANCE COMMITMENT

Commitment No.

File No. CT-

## DESCRIPTION

ALL that certain tract, lot and parcel of land lying and being in the City of Asbury Park, County of Monmouth and state of New Jersey, being more particularly described as follows:

NOTE:   Being Lot(s)     Block     Tax Map of the City of Asbury Park.

Issued By:
COASTAL TITLE AGENCY, INC.
P.O. Box 740, 21 W. Main Street, Suite 2, Freehold, NJ 07728
(908) 308-1660   (800) 521-0378   (908) 775-5543   FAX #(908) 308-1881

CLERK'S OFFICE
MONMOUTH COUNTY
NEW JERSEY

INSTRUMENT NUMBER
1997037762

RECORDED ON
Apr 07, 1997
4:14:24 PM
BOOK:OB-5588 PG:625
Total Pages: 4

COUNTY RECORDING FEES    $22.00
DEDICATED TRUST FUND COMMISSION    $2.00
TOTAL    $24.00

In a deed dated _____, transferring real property identified as Block No. _____

FILE AND YELLOW COPIES MUST BE SUBMITTED WITH DEED TO COUNTY RECORDING OFFICER.

Lot No. _____ located at _____ ASBURY PARK, N.J.

MONMOUTH COUNTY

(Street Address, Municipality, County)

_____ and annexed hereto.

**(2) CONSIDERATION (See Instruction #6)**

Deponent states that, with respect to deed hereto annexed, the actual amount of money and the monetary value of any other thing of value constituting the entire compensation paid or to be paid for the transfer of title to the lands, tenements or other realty, <u>including the remaining amount of any prior mortgage to which the transfer is subject or which is to be assumed and agreed to be paid by the grantee and any other lien or encumbrance thereon not paid, satisfied or removed in connection with the transfer of title is $</u> _____

**(3) FULL EXEMPTION FROM FEE** Deponent claims that this deed transaction is fully exempt from the Realty Transfer Fee imposed by c.49, P.L. 1968, for the following reason(s): Explain in detail. (See Instruction #7.) Mere reference to exemption symbol is not sufficient.

CONSIDERATION UNDER ONE HUNDRED DOLLARS

**(4) PARTIAL EXEMPTION FROM FEE** *NOTE: All boxes below apply to grantor(s) only. ALL BOXES IN APPROPRIATE CATEGORY MUST BE CHECKED. Failure to do so will void claim for partial exemption. (See Instructions #8 and #9)*

Deponent claims that this deed transaction is exempt from the increased portion of the Realty Transfer Fee imposed by c.176, P.L. 1975 for the following reason(s):

**a) SENIOR CITIZEN (See Instruction #8)**
☐ Grantor(s) 62 yrs. of age or over.*
☐ One or two-family residential premises

☐ Owned and occupied by grantor(s) at time of sale.
☐ No joint owners other than spouse or other qualified exempt owners.

**b) BLIND (See Instruction #8)**
☐ Grantor(s) legally blind.*
☐ One or two-family residential premises.

☐ Owned and occupied by grantor(s) at time of sale.
☐ No joint owners other than spouse or other qualified exempt owners.

**DISABLED (See Instruction #8)**
☐ Grantor(s) permanently and totally disabled.*
☐ One or two-family residential premises.
☐ Receiving disability payments.

☐ Owned and occupied by grantor(s) at time of sale.
☐ Not gainfully employed.
☐ No joint owners other than spouse or other qualified exempt owners.

*IN THE CASE OF HUSBAND AND WIFE, ONLY ONE GRANTOR NEED QUALIFY.

**c) LOW AND MODERATE INCOME HOUSING (See Instruction #8)**
☐ Affordable According to H.U.D. Standards.
☐ Meets Income Requirements of Region.

☐ Reserved for Occupancy.
☐ Subject to Resale Controls.

**d) NEW CONSTRUCTION (See Instruction #9)**
☐ Entirely new improvement.
☐ Not previously used for any purpose.

☐ Not previously occupied.

Deponent makes this Affidavit to induce the County Clerk or Register of Deeds to record the deed and accept the fee submitted herewith in accordance with the provisions of c. 49, P.L. 1

Subscribed and Sworn to before me

this _8th_

day of _November_ , 19 96

SUZANNE GRIESER
Notary Public of New Jersey
My Commission Expires Jan. 26, 1998

Name of Deponent (sign above line)

Name of Grantor (type above line)

Address of Deponent

Address of Grantor at Time of Sale.

| FOR OFFICIAL USE ONLY This space for use of County Clerk or Register of Deeds. | |
|---|---|
| Instrument Number _____ | County _____ |
| Deed Number _____ Book _____ | Page _____ |
| Deed Dated _____ Date Recorded _____ | |

IMPORTANT - BEFORE COMPLETING THIS AFFIDAVIT, PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE HEREOF.
This form is prescribed by the Director, Division of Taxation in the Department of the Treasury, as required by law, and may not be altered or amended without the approval of the Director.
ORIGINAL — White copy to be retained by County.
DUPLICATE — Yellow copy to be forwarded by County to Division of Taxation on partial exemption from fee (N.J.A.C. 18:16—8.12).
TRIPLICATE — Pink copy is your file copy.

**Promises by Grantor.** The Grantor promises that the Grantor has done no act to encumber the property. This promise is called a "covenant as to Grantor's acts" (*N.J.S.A.* 46:4-6). This promise means that the Grantor has not allowed anyone else to obtain any legal rights which affect the property (such as by making a mortgage or allowing a judgment to be entered against the Grantor).

**Signatures.** This Deed is signed and attested to by the Grantor who has hereunto set their hand and seal the day and year first above written.

Signed, Sealed and Delivered
in the presence of

SUZANNE GRIESER
Notary Public of New Jersey
My Commission Expires Jan. 26, 1998

STATE OF NEW JERSEY      }
                         }   SS
COUNTY OF MONMOUTH       }

Be it Remembered, that on   November 8th, 1996, before me, the subscriber, a Notary Public of New Jersey, personally appeared                    ., who I am satisfied, is the person named in and who executed the within Instrument, and thereupon he acknowledged that he signed, sealed and delivered the same as his act and deed, for the uses and purposes therein expressed, and that the full and actual consideration paid or to be paid for the transfer of title to realty evidenced by the within deed, as such consideration is defined in N.J.S.A. 46:15-5, is UNDER ONE HUNDRED DOLLARS.

LORRAINE E. KING
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Feb. 21, 2001