# BOIES, SCHILLER & FLEXNER LLP

150 JOHN F. KENNEDY PARKWAY • 4TH FLOOR • SHORT HILLS, NJ 07078 • PH. 973.218.1111 • FAX 973.218.1106

July 8, 2008

**VIA E-FILING**

Honorable Dickinson R. Debevoise
United States District Court for the
District of New Jersey
M.L. King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07101

   Re: Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.
      Civil Action No.: 97-3496 (DRD)

Dear Judge Debevoise:

  We respectfully request that Your Honor withdraw the Motion for Default Judgment, filed June 27, 2008, as to only Defendant Vecchio Realty d/b/a Murphy Realty Better Homes and Gardens. The motion should still be pending as to the other defendants.

  Thank you for your timely attention to this matter.

Very truly yours,

Robert A. Magnanini

RAM/aa