McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant/Third-Party
 Plaintiff Commonwealth Land Title Insurance Company
DK-4593 (David R. Kott, Esq.)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| WALSH SECURITIES, INC., | Civil Action No. 97-3496 |
| v.           Plaintiff, | Honorable Dickinson R. Debevoise |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, RONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW YORK INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, COASTAL TITLE AGENCY, and STEWART TITLE GUARANTY COMPANY, IRENE DiFEO, DONNA PEPSNY, WEICHERT REALTORS, AND VECCHIO REALTY, INC. D/B/A MURPHY REALTY BETTER HOMES and GARDENS, | **CASE MANAGEMENT ORDER** |
|           Defendants. | |
| and | |
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, | |
|           Defendant/Third Party Plaintiff, | |
| v. | |
| ROBERT WALSH and ELIZABETH ANN DeMOLA, | |
|           Third Party Defendants. | |

ME1 7509938v.1

This matter having been opened to the Court by McCarter & English, LLP, attorneys for defendant Commonwealth Land Title Insurance Company; and it appears that there is pending before the Court an application/motion of defendant Commonwealth Land Title Insurance Company with respect to the length of the deposition of the plaintiff; and it further appearing that there is pending before the Court a motion filed by the plaintiff seeking leave to file a Fourth Amended Complaint; and it further appearing that third-party defendants Robert Walsh and Elizabeth Ann DeMola have indicated that they will be filing pre-answer motions to dismiss the Amended Third Party Complaint;

IT IS this            day of                         , 2008,

ORDERED that:

1. Defendant Commonwealth Land Title Insurance Company's pending application/motion with respect to the length of the deposition of the plaintiff will be listed for disposition on August 18, 2008, and plaintiff shall file any opposition to that motion by July 24, 2008 and any defendant that wishes to file reply papers shall file reply papers by August 4, 2008;

2. Plaintiff's pending motion for leave to file a Fourth Amended Complaint shall be listed for disposition on August 18, 2008, and defendant shall file any opposition thereto by July 24, 2008 and plaintiff's reply brief shall be filed by August 4, 2008;

3. Third-party defendants shall answer or file pre-answer motions to dismiss as to the Amended Third Party Complaint no later than July 28, 2008 with a disposition date of September 2, 2008, with any opposition to any pre-answer motions to dismiss to be filed no later than August 15, 2008 and any reply briefs to be filed no later than August 25, 2008;

4. The undersigned will conduct a status/scheduling conference to set further deadlines with respect to completion of discovery and service of expert reports after the Court enters an

Order deciding any pre-answer motions to dismiss the Amended Third Party Complaint filed by the third party defendants.

_____
Honorable Michael A. Shipp, U.S.M.J.

ME1 7509938v.1