# EXHIBIT "B"

August 21, 1997

Fidelity National Title
Insurance Company of New York
111 Pounders Plaza, Suite 600
East Hartford, CT 06108
Attn: William A. Liska, Esq.
Vice President & Division Counsel

    RE:    Memorandum to Agents and Approved Attorneys, Dated August 12, 1997, Regarding Walsh Securities Inc.

Dear Mr. Liska:

    We are in receipt of a copy of your memorandum, dated August 12, 1997, which you disseminated to your agents and approved attorneys, and in which you instruct that "no binders, commitments or title insurance policies should be issued to Walsh Securities covering property in any state without the prior approval of Fidelity."

    Your refusal to continue to issue insurance policies to Walsh Securities, and your dissemination of the above memorandum to members of the mortgage industry, are irresponsible actions which were clearly undertaken to economically retaliate against Walsh Securities for claims it has recently made under title insurance policies issued by Fidelity. Retaliation is the only explanation for your decision to single out in your memorandum Walsh Securities as the only entity for which your agents and approved attorneys must obtain prior approval. Walsh Securities was the victim of fraud perpetrated by several individuals and entities identified in the newspaper article attached to your memorandum -- individuals that include closing attorneys specifically approved by Fidelity. Significantly, none of the individuals and entitles actually responsible for the fraud were identified in your memorandum and none require pre-approval by Fidelity for the insurance of title insurance.

    Please be advised that Walsh Securities will not be coerced into dropping its legitimate claims against Fidelity. Indeed, Walsh Securities intends to pursue those claims in all appropriate forums.

    Sincerely,

    Fred H. Schlesinger

cc:    Geoffrey Berman