## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

WALSH SECURITIES, INC.,       :

      Plaintiff,      :

  v.              :
                :
CRISTO PROPERTY MANAGEMENT, LTD., a/k/a   :    Civ. A. No. 97-3496
G.J.L. LIMITED; DEK HOMES OF NEW JERSEY, INC.; :
OAKWOOD PROPERTIES, INC.; NATIONAL HOME   :
FUNDING, INC.; CAPITAL ASSETS PROPERTY    :
MANAGEMENT & INVESTMENT CO., INC.; CAPITAL :
ASSETS PROPERTY MANAGEMENT, LLC; WILLIAM :
KANE; GARY GRIESER; ROBERT SKOWRENSKI, II;   :
RICHARD CALANNI; RICHARD DiBENEDETTO;    :
JAMES R. BROWN; THOMAS BRODO; ROLAND    :
PIERSON; STANLEY YACKER, ESQ.; MICHAEL    :
ALFIERI, ESQ.; RICHARD PEPSNY, ESQ.; ANTHONY :
M. CICALESE, ESQ.; LAWRENCE CUZZI; ANTHONY :
D'APOLITO; DAP CONSULTING, INC.;       :
COMMONWEALTH LAND TITLE INSURANCE CO.;   :
NATIONS TITLE INSURANCE OF NEW YORK, INC.;   :
FIDELITY NATIONAL TITLE INSURANCE CO. OF    :
NEW YORK; COASTAL TITLE AGENCY; STEWART   :
TITLE GUARANTY COMPANY; IRENE DiFEO;     :
DONNA PEPSNY; WEICHERT REALTORS; and    :
VECCHIO REALTY, INC., d/b/a MURPHY REALTY   :
BETTER HOMES AND GARDENS,        :
                :
      Defendants.     :
                :

## ORDER

    AND NOW, this    day of       , 2008, upon consideration of the motion by

plaintiff for leave to file a fourth amended complaint, and any response thereto, it is hereby

ORDERED that plaintiff's motion is DENIED.

            _____

            The Honorable Dickinson R. Debevoise, U.S.D.J.