# BOIES, SCHILLER & FLEXNER LLP

150 JOHN F. KENNEDY PARKWAY • 4TH FLOOR • SHORT HILLS, NJ 07078 • PH. 973.218.1111 • FAX 973.218.1106

August 8, 2008

*Via Facsimile & Electronic Filing*

Honorable Michael A. Shipp
United States Magistrate Judge
M.L. King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: **Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.
Civil Action No.: 97-3496 (DRD/MAS)**

Dear Judge Shipp:

This firm represents plaintiff Walsh Securities, Inc. ("Walsh Securities") in the above-referenced matter. On June 27, 2008, Walsh Securities filed a motion for leave to file a Fourth Amended Complaint, which is presently returnable on August 18, 2008. Last week, we received three separate briefs in opposition to this motion (one on behalf of defendant Coastal Title Agency, one on behalf of defendant Commonwealth Land Title Insurance Company, and one on behalf of defendants Fidelity National Title Insurance Company and Nations Title Insurance Company). Some of the arguments advanced and issues raised in these three briefs are not duplicative of each other, and instead of filing three separate reply briefs, Walsh Securities wishes to file one reply brief which may exceed the page limit in order to address all of these arguments.

In light of above, we respectfully request that the Court permit Walsh Securities to file a reply brief that is an additional five (5) pages more than is permitted under L. Civ. R. 7.2(b) and (d) in Times New Roman font.

Respectfully submitted,

Robert A. Magnanini

RAM/ms
cc: David Kott, Esq.
    Edward Hayes, Esq.
    Martin McGowan, Esq.