

## METHFESSEL & WERBEL
### A Professional Corporation

| | Counsel | Associates |
|---|---|---|
| JOEL N. WERBEL> | LORI BROWN STERNBACK*+ | TRACY B. BUSSEL> |
| JOHN METHFESSEL, JR.> | MARC DEMBLING*+ | JEANNE K. CHESTNUT^ |
| EDWARD L. THORNTON*> | PAUL J. ENDLER JR.> | MICHAEL R. EATROFF> |
| DONALD L. CROWLEY*+ | GERALD KAPLAN+ | TIMOTHY J. FONSECA+ |
| FREDRIC PAUL GALLIN*+^ | STEVEN A. KLUXEN^ | SCOTT V. HECK+ |
| STEPHEN R. KATZMAN# | JOHN R. KNODEL*+ | FRANK J. KEENAN+ |
| WILLIAM S.BLOOM>* | MARTIN R. MCGOWAN, JR.> | LESLIE A. KOCH+ |
| ERIC L. HARRISON*+ | CHARLES T. MCCOOK, JR. *> | ALLISON M. KOENKE> |
| MATTHEW A. WERBEL> | JARED P. KINGSLEY*+ | DANIELLE M. LOZITO+ |
| | | ANDRES Y. MEJER+ |
| Of Counsel | | KEITH J. MURPHY+ |
| JOHN METHFESSEL, SR.> | | MATTHEW L. RACHMIEL> |
| | | WILLIAM J. RADA+ |
| | | CHARLES P. SAVOTH, III> |
| | | LEONARD E. SEAMAN, III^ |
| | | GINA M. STANZIALE> |

\* Certified by the Supreme Court of
   New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
>Member of NJ Bar only
#Member of NJ & LA. Bar
%Member of MI Bar
<Member of NJ and DC

**Please reply to New Jersey**

August 11, 2008

VIA E-FILE
AND REGULAR MAIL
The Honorable Michael A. Shipp
United States Magistrate Judge
Clerk, United States District Court - Newark
Martin Luther King Jr.
Federal Building and U.S. Court
Newark, NJ  07101

RE: **WALSH SECURITIES, INC. VS. CRISTO PROP.**
Our File No.    : 45987 MRM
Docket No.      : 2:97-CV-03496

Dear Judge Shipp:

I am in receipt of Plaintiff's correspondence dated August 8, 2008 requesting leave to file a marginally oversized, and consolidated, Reply Brief.  Please be advised that on behalf of the Defendant Coastal Title Agency, I have no objection.

Most sincerely yours,

**METHFESSEL & WERBEL, ESQS.**

Martin R. McGowan
mcgowan@methwerb.com
Ext. 168

MRM:daf.

cc: Robert A. Magnanini, Esq.
Boies,Schiller & Flexner, LLP
150 John F. Kennedy Parkway
Short Hills, NJ 07078
Attorneys for: Walsh Securities, Inc.

Anthony M. Cicalese
74C Manatiales de Belen
200 Mtrs Norte de igleseis de Ascen
San Antonio de Belen
Heredia, Costa Rica
Attorneys for: Anthony Cicalese

Thomas D. Flinn, Esq.
Garrity, Graham, Favetta & Flinn
One Lackawanna Plaza, PO Box 4205
Montclair, NJ 07042-8205
Attorneys for: Anthony Cicalese

David R. Kott, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
PO Box 652
Newark, NJ 07101-0652
Attorneys for: Commonwealth

Anthony Argiropoulos, Esq.
Fox, Rothschild, O'Brien & Frankel, LLP
Princeton Pike Corporate Center,
997 Lenox Drive, Building
Lawrenceville, NJ 08648-2311
Attorneys for: Fidelity National Title Insurance Company

Irene Difeo
5 Leann Court
Old Bridge, NJ 08857
Attorneys for: Irene Difeo

Methfessel & Werbel, Esqs.
Our File No. 45987 MRM
Page 3

    Anthony Argiropoulos, Esq.
    Fox, Rothschild, O'Brien & Frankel, LLP
    Princeton Pike Corporate Center,
    997 Lenox Drive, Building
    Lawrenceville, NJ  08648-2311
    Attorneys for: Nations Title Insurance Company

    John B. McCusker, Esq.
    McCusker, Anselmi, Rosen & Carvelli
    210 Park Ave, Ste 301
    Florham Park NJ 07932
    Attorneys for: Weichert

    James C. Aaron, Esq.
    Ansell, Zaro, Grimm & Aaron, P.C.
    1500 Lawrence Avenue
    CN 7807
    Ocean, NJ  07712
    Attorneys for: Coastal Title Agency

Methfessel & Werbel, Esqs.
Our File No. 45987 MRM
Page 4

**Date:** August 11, 2008

**Your Name:** Deborah Fertig

**File No.:** 45987 MRM

## ☐ **PHOTOCOPY REQUEST FORM**

**Document Name:** response to Judge Shipp to plaintiffs request for leave to file larger brief

**Number of pages of original document:**

**Original:** to judge shipp

**File:**

**Cc:** 9

**Bcc:**

**TOTAL:** 10

**Other Instruction:**


## ☐ **CD REQUEST FORM**

**Document No.:**

**Original:**

**Cc:**

**Bcc:**

**TOTAL CDs:**

**Other Instruction:**