## CERTIFICATE OF SERVICE

I, Robert A. Magnanini, hereby certify that the forgoing Reply Memorandum of Law in Support of Motion to Amend Its Complaint was filed and served electronically on August 11, 2008 on counsel for all named parties through the Court's *ECF system*, and served via regular U.S. Mail upon the following *pro se* Defendants:

| | |
|---|---|
| Anthony D'Apolito<br>3930 Belmar Boulevard<br>Wall Township, NJ 07753 | Anthony Cicalese, Esq.<br>467 Long Hill Drive<br>Short Hills, NJ 07078 |
| William Kane<br>6119 Kipps Colony Drive West<br>Gulfport, FL 33707-3969 | Gary Grieser<br>330 Shore Drive<br>Highlands, NJ 07732 |
| Richard Calanni<br>One Old Farm Road<br>Tinton Falls, NJ 07724 | Richard DiBenedetto<br>3 Loller Drive<br>Martinsville, NJ 08836 |
| James Brown<br>700 Route 18 North<br>East Brunswick, NJ 08816 | Thomas Brodo<br>139B Fort Lee Road<br>Teaneck, NJ 07666 |
| Stanley Yacker, Esq.<br>c/o Monmouth Title Agency<br>188 East Bergen Place<br>Red Bank, NJ 07701 | Lawrence Cuzzi<br>38 Clive Hill Road<br>Edison, NJ 08820 |
| Murphy Realty Better Homes and Gardens<br>100 Washington Street<br>Hoboken, NJ 07030 | |

/S/
Robert A. Magnanini