CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101-0419

OFFICIAL BUSINESS

RICHARD DIBENEDETTO
153 STEPHENS LANE
MAHWAH, NJ 07430-3863

RECEIVED
AUG 20 2008
AT 8:30 ___
WILLIAM T. WALSH

NIXIE        076   4E 1         40 08/17/08
         RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
BC: 07101041919        *0330-07362-14-44

Case 2:97-cv-03496-DRD-JAD Document 283 Filed 08/20/08 Page 2 of 6 PageID: 2999
Case 2:97-cv-03496-DRD-CJB Document 283 Filed 08/20/08 Page 2 of 6 PageID: 2993
U.S. District Court for the District of New Jersey

## Other Orders/Judgments

2:97-cv-03496-DRD-MAS WALSH SECURITIES INC v. CRISTO PROPERTY, et al
12BK, SCHEDO

### U.S. District Court

### District of New Jersey [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 8/13/2008 at 3:51 PM EDT and filed on 8/13/2008
**Case Name:** WALSH SECURITIES INC v. CRISTO PROPERTY, et al
**Case Number:** 2:97-cv-3496
**Filer:**
**Document Number:** 282

**Docket Text:**
**CONSENT ORDER releasing certain properties from judgment.. Signed by Judge Dickinson R. Debevoise on 8/13/08. (DD, )**

**2:97-cv-3496 Notice has been electronically mailed to:**

FREDERICK W. ALWORTH    falworth@gibbonslaw.com, efiling@gibbonslaw.com

JEROME A. BALLAROTTO    jabesquire@aol.com

TERRENCE S. BRODY    brodyt@gtlaw.com

MARK W. CATANZARO    mark@catanzarolaw.com, lisa@catanzarolaw.com, susan@catanzarolaw.com

DAVID HARTMAN COLVIN    dcolvin@foxrothschild.com

ERIC L. HARRISON    harrison@methwerb.com, tanzer@methwerb.com

EDWARD J. HAYES    ehayes@foxrothschild.com

NORMAN M. HOBBIE    nhobbie@hcbtlaw.com

DAVID R. KOTT    dkott@mccarter.com

ROBERT A. MAGNANINI    rmagnanini@bsfllp.com, rsandman@bsfllp.com

JOHN B. MCCUSKER    jmcc@marc-law.com, mpapagelopoulos@marc-law.com

MARTIN R. MCGOWAN    mcgowan@methwerb.com, mcg49@comcast.net

ROBERT J. REILLY , III    rreilly@rswlegal.com

MICHAEL D. SCHOTTLAND    mschottland@lomurrolaw.com, lfurniss@lomurrolaw.com

AMY WALKER WAGNER    awagner@bsfllp.com, aalberts@bsfllp.com, rsandman@bsfllp.com

**2:97-cv-3496 Notice will not be electronically mailed to::**

JOHN M. BOYLE
LINDABURY, MCCORMICK & ESTABROOK, PC
53 CARDINAL DRIVE
PO BOX 2369
WESTFIELD, NJ 07091-2369

THOMAS G. BRODO
319 QUEEN ANNE RD #B
TEANECK, NJ 07666

JAMES R. BROWN
1089 CEDAR AVENUE
UNION, NJ 07083

MARITZA D. BERDOTE BRYNE

RICHARD CALANNI

ANTHONY D'APOLITO

THEODORE W DAUNNO
1033 CLIFTON AVENUE
CLIFTON, NJ 07013

RICHARD DIBENEDETTO
153 STEPHENS LANE
MAHWAH, NJ 07430-3863

AUGUST W. FISCHER
53 PEQUOT ROAD
RINGWOOD, NJ 07456

RICHARD LLOYD FRIEDMAN
GIORDANO, HALLERAN & CIESLA, PC
125 HALF MILE ROAD
PO BOX 190

MIDDLETOWN, NJ 07748

PASQUALE MENNA
KAUFF & MENA, ESQS.
170 BROAD STREET
P.O. BOX 762
RED BANK, NJ 07701

STANLEY YACKER
33 BROADWAY, #1
OCEAN ROVE, NJ 077 56

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=8/13/2008] [FileNumber=2880251-0
] [388cfbbe661290df48812742e0ab45d15aebb810583a98670aa501218b758fcc8a9
c10891579aa2ecd0cab75923f7b4f097d3872ed8dad444b1f5a34b2a424ec]]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : Civil Action No. 97-cv-3496 (DRD) |
| Plaintiff, | : Hon. Dickinson R. Debevoise |
| v. | : |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, et al., | : **CONSENT ORDER** <br> : **RELEASING CERTAIN** <br> : **PROPERTIES FROM** |
| Defendants. | : **JUDGMENT** |

**THIS MATTER** being opened to the Court upon the application of Boies, Schiller & Flexner LLP (Robert A. Magnanini, Esq.) counsel for Plaintiff, Walsh Securities, Inc., and Goldenberg, Mackler, Sayegh, Mintz, Pfeffer, Bonchi & Gill (Keith A. Bonchi, Esq.) appearing for Windsor REH, LLC, and it appearing to the Court that the parties have worked out a Consent Order as it relates to releasing certain properties, in which property records reveal title was transferred from Cristo Property Management, Ltd. a/k/a G.J.L. Ltd. prior to entry of the January 24, 2007 default Judgment and were not levied against by Walsh Securities, Inc., from any effect of the Walsh Securities, Inc. default Judgment entered against Cristo Property Management, Ltd. a/k/a G.J.L. Ltd. and dated January 24, 2007, and for good cause shown and for purposes of judicial efficiency;

IT IS on this 13th day of August, 2008 **ORDERED AS FOLLOWS**:

1. The properties set forth below were never part of the Walsh Securities, Inc. Judgment entered against Cristo Property Management, Ltd. a/k/a G.J.L. Ltd., which was entered on January 24, 2007, and are thus released from the Walsh Securities, Inc. Judgment.

2. The properties that are released are as follows:

405 Sewall Avenue, Asbury Park, (Monmouth County) NJ (Block 141, Lot 3);

59 Ridge Avenue, Asbury Park, (Monmouth County) NJ (Block 94, Lot 8);

148 Sixth Avenue, Long Branch, (Monmouth County) NJ (Block 325, Lot 6);

1914 N.E. Central Avenue, Seaside Park, (Ocean County) NJ (Block 87, Lots 7 & 8); and

24 Webster Avenue, Seaside Heights, (Ocean County) NJ (Block 6.01, Lots 22 & 24).

3. A copy of the within Order shall be served upon all counsel within seven (7) days.

HON. DICKINSON R. DEBEVOISE, U.S.D.J

I hereby consent to the form of the within Order:

BOIES, SCHILLER & FLEXNER, LLP

By: _____
ROBERT A. MAGNANINI, ESQ.
Attorney for Plaintiff
Walsh Securities, Inc.

GOLDENBERG, MACKLER, SAYEGH,
MINTZ, PFEFFER, BONCHI & GILL

By: _____
KEITH A. BONCHI, ESQ.
Attorney for Windsor REH, LLC