# FREEDMAN & GERSTEN LLP
### COUNSELORS AT LAW
777 TERRACE AVENUE, SUITE 508
HASBROUCK HEIGHTS, NEW JERSEY 07604

TELEPHONE (201) 288-7773
FACSIMILE (201) 288-7009

MARC D. FREEDMAN▼
MARTIN J. GERSTEN△

STEVEN M. FRIEDLAND▼

MITCHELL B. SEIDMAN▼
OF COUNSEL

△ MEMBER OF NY, CT, & FL BAR ONLY
▼ ALSO MEMBER OF NY BAR

NEW YORK OFFICE:
8 WEST 40TH STREET
12TH FLOOR
NEW YORK, NY 10018
TELEPHONE: (212) 714-0673
FACSIMILE: (212) 716-1948

CONNECTICUT OFFICE:
90 BIRCH HILL ROAD
NEWTOWN, CT 06470
TELEPHONE: (203) 364-0290
FACSIMILE: (203) 364-0292

September 29, 2008

**VIA ELECTRONIC FILING**
**AND FACSIMILE**

The Honorable Michael A. Shipp
United States Magistrate Judge
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:   **Walsh Securities, Inc. v. Cristo Property Management, Ltd.,** *et al.***;**
            **Civil Action No. 97-3496 (DRD) (MAS)**

Dear Judge Shipp:

       This firm represents Third Party Defendant Elizabeth Ann DeMola in the above-referenced matter. This letter is written to respectfully request permission from the Court to file a motion to be relieved as counsel for Ms. DeMola.

       Alternatively, should this firm receive consent from Ms. DeMola and there be no objections, then we respectfully request that the Court grant this firm's withdrawal by Consent Order.

       Ms. DeMola recently advised me that she would not pay this firm for past or future services. In addition, it has been difficult to converse, meet or correspond with Ms. DeMola on any consistent basis, which makes rendering timely and appropriate advice problematic. Under these circumstances, I do not believe that I can properly represent Ms. DeMola.

       Should the Court require the filing of a motion, then we respectfully request the opportunity to address any issues concerning privilege to the Court under seal and, if further required, by *in camera* review. In the interim, this letter should not be deemed as, nor is it intended to constitute, the waiver of any privileges by Ms. DeMola.

The Honorable Michael A. Shipp
September 29, 2008
Page 2

     Plaintiff Walsh Securities, Inc.'s pending Motion for Leave to File a Fourth Amended Complaint ("Plaintiff's Motion") was scheduled for oral argument on September 19, 2008. As previously explained to the Court by various counsel both in correspondence and during conference, the Court's determination of Plaintiff's Motion will impact how Ms. DeMola responds to the Amended Third Party Complaint of Commonwealth Land Title Insurance Company. Accordingly, among other things, the Court recently ordered Ms. DeMola to answer, move or otherwise respond to the Amended Third Party Complaint within ten (10) days of the Court's entry of an order respecting Plaintiff's Motion. Until such time, Ms. DeMola will have not yet responded to the Amended Third Party Complaint. Moreover, although a deposition subpoena duces tecum was served on Ms. DeMola, the deposition has not yet been scheduled.

     For the foregoing reasons, this firm respectfully requests that its request to be relieved as counsel be granted either by permission to so move or by Consent Order.

                               Respectfully submitted,

                               Marc D. Freedman

cc:    Betty Ann DeMola (via Certified Mail Return Receipt
        Requested, Federal Express, and regular mail)
       Robert A. Magnanini, Esq. (via electronic filing and fax)
       David R. Kott, Esq. (via electronic filing and fax)
       Edward J. Hayes, Jr., Esq. (via electronic filing and fax)
       Martin R. McGowan, Jr., Esq. (via electronic filing and fax)
       Jeffrey Smith, Esq. (via fax)
       All Persons on the Attached Service List

## SERVICE LIST

## WALSH SECURITIES, INC. V. CRISTO PROPERTY MANAGEMENT, ET AL
## CIVIL ACTION NO. 97-3496 (DRD)

Robert A. Magnanini, Esq.
Boies, Schiller & Flexner LLP
150 John F. Kennedy
Short Hills, NJ 07078
**Attorney for plaintiff Walsh Securities, Inc. and for third-party defendant Robert Walsh**

Ronald M. Kleinberg, Esq.
Richard A. Finkel, Esq.
Meissner, Kleinberg & Finkel, LLP
275 Madison Ave., Suite 1000
New York, New York 10016
**Attorney for defendants Cristo Property Management, LTD, DEK Homes of NJ, Inc., Oakwood Properties, Inc. and William J. Kane**

Michael D. Schottland Esq.
Lomurro, Davison, Eastman & Munoz, P.A.
100 Willowbrook Road
Freehold, NJ 07728
**Attorney for Defendants National Home Funding, Inc. and Robert Skowrenski, II**

Martin R. McGowan, Esq.
Methfessel & Werbel
3 Ethel Road, Suite 300
Edison, NJ 08818
**Attorneys for Defendant Coastal Title Insurance Co.**

Edward C. Bertucio, Jr., Esq.
Hobbie, Corrigan, Bertucio & Tashjy, P.C.
125 Wyckoff Road
Eatontown, NJ 07724
**Attorney for Defendant Michael Alfieri, Esq.**

Robert J. Reilly, III, Esq.
Reilly, Supple & Wischusen, LLC
571 Central Avenue
New Providence, NJ 07974
**Attorney for Defendant Michael Alfieri, Esq. on the Sixth Count**

Theodore W. Daunno, Esq.
1033 Clifton Avenue
Clifton, New Jersey 07013
**Attorney for Defendant Lawrence M. Cuzzi**

Mark W. Catanzaro, Esq.
Blason IV – Suite 208
513 South Lenola Road
Moorestown, NJ 08057
**Attorney for Defendants Richard Pepsny and Donna Pepsny**

Thomas D. Flinn, Esq.
Garrity, Graham, Favette & Flinn
1 Lackawanna Plaza, Box 4205
Montclair, NJ 07042
**Attorney for Defendant Anthony M. Cicalese (on certain counts of the Complaint)**

Anthony M. Cicalese, Esq.
467 Long Hill Drive
Short Hills, NJ 07078
**Pro se (on certain counts of the Complaint)**

Anthony M. Cicalese
74C Manatiales de Belen
200 Mtrs Norte de igleseis de Ascen
San Antonio de Belen
Heredia, Costa Rica
**Pro se (on certain counts of the Complaint)**

Anthony Argiropoulos, Esq.
Fox, Rothschild, O'Brien & Frankel
997 Lenox Drive, Bldg. 3
Lawrenceville, New Jersey 08648
**Attorney for Defendants Fidelity National Title Insurance and Nations Title Insurance**

Edward J. Hayes, Jr., Esq.
Fox, Rothschild, O'Brien & Frankel
2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291
**Attorney for Defendants Fidelity National Title Insurance and Nations Title Insurance**

Pasquale Menna, Esq.
Kauff and Menna
170 Broad Street
P.O. 762
Red Bank, New Jersey 07701
**Attorneys for Defendant Roland J. Pierson**

Marc D. Freedman
Freedman & Gersten LLP
777 Terrace Avenue, 5th Floor
Hasbrouck Heights, NJ 07604
**Attorney for Third Party Defendant Elizabeth Ann DeMola**

Thomas Brodo, Pro Se
139B Fort Lee Road
Teaneck, NJ 07666

James R. Brown, Pro Se
1089 Cedar Avenue
Union, New Jersey 07083

Richard Calanni, Pro Se
One Old Farm Road
Tinton Falls, NJ 07724

Anthony D'Apolito, Pro Se
909 Woodland
Wall Township, NJ 07719

Richard DiBenedetto, Pro Se
3 Loller Drive
Martinsville, New Jersey 08836

Stanley Yacker, Esq., Pro Se
33 Broadway, #1
Ocean Grove, NJ 07756-1397

William Kane
6119 Kipps Colony Drive West
Gulfport, Florida  33707

Capital Assets Property Management, LLC
10 West Bergen Place
Red Bank, NJ 07701

Andrew I. Indeck, Esq.
Scarinci & Hollenbeck, LLC
1100 Valleybrook Avenue
P.O. Box 790
Lyndhurst, NJ 07071
**Attorney for Garden State Indemnity Co. (Legal Malpractice carrier for defendant Michael Alfieri)**

3