UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

WALSH SECURITIES, INC.,

                Plaintiff,

v.

CRISTO PROPERTY, et al,

                Defendants.

Civ. No. 97-3496 (DRD)

**ORDER**

This matter, having come before the court on the motion of Plaintiff, pursuant to Federal Rule of Civil Procedure 55(b)(2), for default judgment; and the Clerk of the Court having entered a default; and there being no opposition; and the court having considered the submissions of the parties;

IT IS on this 3rd of November, 2008, hereby ORDERED that Plaintiff Walsh Securities, Inc.'s motion is granted and default judgment in favor of Plaintiffs is entered in the sum of $ 509,092,378.00 plus reasonable fees and expenses, jointly and severally against the following Defendants: Anthony D'Apolito, William Kane, Gary Grieser, Thomas Brodo, Lawrence Cuzzi, James Brown, and Stanley Yacker.

The sum enumerated in this order replaces the amount awarded by the court's January 24, 2007 entry of default judgment against Cristo Property Management Ltd. (a/k/a G.J.L Limited), DEK Homes of New Jersey, Inc., Oakwood Properties, Inc., Capital Assets Property

Management & Investment Co., Inc., Capital Assets Property Management, LLC, and DAP Consulting, Inc. The defendants named in that judgment are jointly and severally liable for the aforementioned amount.

_____
DICKINSON R. DEBEVOISE, U.S.S.D.J.