Robert A. Magnanini, Esq.
BOIES, SCHILLER & FLEXNER LLP
150 John F. Kennedy Parkway, Fourth Floor
Short Hills, New Jersey 07078
973-218-1111
Attorneys for Walsh Securities, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : |
| | : |
| Plaintiff, | : Civil Action No. 97-cv-3496 (DRD) |
| | : |
| vs. | : Hon. Dickinson R. Debevoise, U.S.D.J. |
| | : |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED; DEK HOMES OF NEW JERSEY, INC.; OAKWOOD PROPERTIES, INC.; NATIONAL HOME FUNDING, INC.; CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC.; CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C.; WILLIAM KANE; GARY GRIESER; ROBERT SKOWRENSKI, II; RICHARD CALANNI; RICHARD DiBENEDETTO; JAMES R. BROWN; THOMAS BRODO; ROLAND PIERSON; STANLEY YACKER, ESQ.; MICHAEL ALFIERI, ESQ.; RICHARD PEPSNY, ESQ.; ANTHONY M. CICALESE, ESQ.; LAWRENCE CUZZI; ANTHONY D'APOLITO; DAP CONSULTING, INC.; COMMONWEALTH LAND TITLE INSURANCE CO.; NATIONS TITLE INSURANCE OF NEW YORK, INC.; FIDELITY NATIONAL TITLE INSURANCE CO. OF NEW YORK; COASTAL TITLE AGENCY; STEWART TITLE GUARANTY COMPANY; IRENE DiFEO; DONNA PEPSNY; WEICHERT REALTORS; and VECCHIO REALTY, INC. d/b/a MURPHY REALTY BETTER HOMES AND GARDENS, | : : : : : : : : : : : : : [PROPOSED] **ORDER** : : : : : : : : : : : |
| Defendants | : |

1

2

**THIS MATTER** having been opened to the Court by Boies, Schiller & Flexner LLP, attorneys for Plaintiff Walsh Securities, Inc., and the Court having considered the papers submitted and argument of counsel, and for good cause shown:

**IT IS**, on this _____ day of _____, 2008 hereby

**ORDERED** that Plaintiff Walsh Securities, Inc.'s Motion for Reconsideration is granted; and

**IT IS FURTHER ORDERED** that the October 31, 2008 Opinion & Order is modified to permit Walsh Securities leave to file a Fourth Amended Complaint, with right of relation back, to assert claims and facts against the Title Insurance Defendants for wrongful delay and/or denial of insurance claims, a declaration of coverage, and breach of the duty of good faith and fair dealing as set forth in the proposed Fourth Amended Complaint.

_____
Honorable Michael A. Shipp, U.S.M.J.