## CERTIFICATE OF SERVICE

I, Robert A. Magnanini, hereby certify that the forgoing Notice of Motion for Reconsideration of the Court's October 31, 2008 Opinion & Order; Letter Brief in Support of Motion For Reconsideration; and Proposed Order were filed and served electronically on November 17, 2008 on counsel for all named parties through the Court's *ECF system*, and served via regular U.S. Mail upon the following *pro se* Defendants:

Anthony D'Apolito
3930 Belmar Boulevard
Wall Township, NJ 07753

Anthony Cicalese, Esq.
467 Long Hill Drive
Short Hills, NJ 07078

William Kane
6119 Kipps Colony Drive West
Gulfport, FL 33707-3969

Gary Grieser
330 Shore Drive
Highlands, NJ 07732

Richard Calanni
One Old Farm Road
Tinton Falls, NJ 07724

Richard DiBenedetto
3 Loller Drive
Martinsville, NJ 08836

James Brown
700 Route 18 North
East Brunswick, NJ 08816

Thomas Brodo
139B Fort Lee Road
Teaneck, NJ 07666

Stanley Yacker, Esq.
c/o Monmouth Title Agency
188 East Bergen Place
Red Bank, NJ 07701

Lawrence Cuzzi
38 Clive Hill Road
Edison, NJ 08820

Murphy Realty Better Homes and Gardens
100 Washington Street
Hoboken, NJ 07030

/s/
Robert A. Magnanini