# FREEDMAN & GERSTEN LLP
COUNSELORS AT LAW

777 TERRACE AVENUE, SUITE 508
HASBROUCK HEIGHTS, NEW JERSEY 07604

TELEPHONE (201) 288-7773
FACSIMILE (201) 288-7009

MARC D. FREEDMAN▼
MARTIN J. GERSTEN△

STEVEN M. FRIEDLAND▼

MITCHELL B. SEIDMAN▼
OF COUNSEL

△ MEMBER OF NY, CT, & FL BAR ONLY
▼ ALSO MEMBER OF NY BAR

NEW YORK OFFICE:
8 WEST 40TH STREET
12TH FLOOR
NEW YORK, NY 10018
TELEPHONE: (212) 714-0673
FACSIMILE: (212) 716-1948

CONNECTICUT OFFICE:
90 BIRCH HILL ROAD
NEWTOWN, CT 06470
TELEPHONE: (203) 364-0290
FACSIMILE: (203) 364-0292

December 5, 2008

**VIA FEDERAL EXPRESS**
**NEXT BUSINESS MORNING**
**AND ELECTRONIC FILING**

The Honorable Michael A. Shipp
United States Magistrate Judge
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: **Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.;**
**Civil Action No. 97-3496 (DRD) (MAS)**

Dear Judge Shipp:

This firm represents Third Party Defendant Elizabeth Ann DeMola in the above-referenced matter. This letter is written concerning our letter application to the Court dated September 29, 2008, wherein we respectfully requested to withdraw as counsel for Ms. DeMola, either by Order in the event that no other parties objected and we received Ms. DeMola's consent, or by permission from the Court to file an appropriate motion.

It is our understanding from our telephone conversation with Frances Huskey of Your Honor's Chambers this past Wednesday, December 3, 2008, that by this letter we may respectfully request the Court to enter an Order permitting this firm to withdraw as counsel for Ms. DeMola.

Specifically, Ms. DeMola came to our office this past Tuesday afternoon, December 2, 2008, and signed two original Notices of Consent to Withdrawal of Counsel. As suggested, enclosed as Exhibits A and B please find an original Notice of Consent to Withdrawal of Counsel signed both by myself and Ms. DeMola, as well as a proposed Order Permitting Withdrawal of Counsel.

The Honorable Michael A. Shipp
December 5, 2008
Page 2

Moreover, no parties or counsel have objected to this firm's September 29, 2008 request to withdraw as counsel for Ms. DeMola.

Lastly, as initially set forth in our September 29, 2008 letter, we have had continued difficulties in communicating with Ms. DeMola, most recently with respect to our withdrawal request. For example, we had not heard from Ms. DeMola concerning our withdrawal request until this past Sunday, November 30, 2008, when Ms. DeMola called our office that Sunday on an unrelated matter and I happened to be working and answered the telephone, which resulted in my subsequent meeting with her this past Tuesday afternoon.

It is our understanding that matters relating either to Plaintiff Walsh Securities, Inc.'s ("Plaintiff") Motion for Leave to File a Fourth Amended Complaint – including any and all pre-answer motions to dismiss or answers to Commonwealth's Amended Third Party Complaint, including by Ms. DeMola – or to Defendant Commonwealth Land Title Insurance Company's ("Commonwealth") Motion/Application with respect to the length of Plaintiff's deposition, were and remain held in abeyance until after the Court holds a Status Conference following the resolution of said motions. In this respect, Plaintiff has pending a Motion for Reconsideration currently returnable on January 5, 2008, and Commonwealth's Motion/Application is pending.

Thank you very much for your consideration.

Respectfully submitted,

*Marc Freedman*

Marc D. Freedman

Enclosures

cc:    Betty Ann DeMola (w/encl., via Certified Mail Return Receipt
       Requested, Federal Express, and regular mail)
    Robert A. Magnanini, Esq. (w/encl., via electronic filing and fax)
    David R. Kott, Esq. (w/encl., via electronic filing and fax)
    Edward J. Hayes, Jr., Esq. (w/encl., via electronic filing and fax)
    Martin R. McGowan, Jr., Esq. (w/encl., via electronic filing and fax)
    Jeffrey Smith, Esq. (w/encl., via fax)
    All Other Persons on the Attached Service List (w/encl.)

## SERVICE LIST

### WALSH SECURITIES, INC. V. CRISTO PROPERTY MANAGEMENT, ET AL.
### CIVIL ACTION NO. 97-3496 (DRD) (MAS)

Robert A. Magnanini, Esq.
Boies, Schiller & Flexner LLP
150 John F. Kennedy Parkway, 4th Floor
Short Hills, NJ 07078
973-218-1111
Fax: 973-218-1106
rmagnanini@bsfllp.com
**For Walsh Securities and Robert Walsh**

Mark W. Catanzaro, Esq.
Blason IV – Suite 208
513 South Lenola Road
Moorestown, NJ 08057
856-235-4266
Fax: 856-235-4332
mark@catanzarolaw.com
**For Richard Pepsny**

Martin R. McGowan, Esq.
Methfessel & Werbel
3 Ethel Road, Suite 300
Edison, NJ 08818
732-248-4200
Fax: 732-248-2355
mcgowan@methwerb.com
**For Coastal Title Insurance Co.**

David R. Kott, Esq.
McCarter & English
Four Gateway Center
Newark, NJ 07101
973-639-2056
Fax: 973-624-7070
dkott@mccarter.com
**For Commonwealth Land Title Insurance Co.**

Anthony Argiropoulos, Esq.
Fox Rothschild
997 Lenox Drive
Lawrenceville, NJ 08648

609-896-3600
Fax: 609-896-1469
aargiropoulos@foxrothschild.com

-and-

Edward J. Hayes, Esq.
Fox Rothschild
2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291
Tel: 215.299.2000
Fax: 215.299.2150
ehayes@foxrothschild.com
**For Nations Title Insurance Co. of New York and Fidelity National Title Insurance Co. of New York**

Anthony M. Cicalese
74C Manatiales de Belen
200 Mtrs Norte de igleseis de Ascen
San Antonio de Belen
Heredia, Costa Rica
Or
Anthony M. Cicalese, Esq.
467 Long Hill Drive
Short Hills, NJ 07078
**For Anthony M. Cicalese, pro se, on all other Counts**

Robert J. Reilly, III, Esq.
Reilly, Supple & Wischusen
571 Central Avenue
New Providence, NJ 07974
908-665-1166
Fax: 908-665-9137
rreilly@rswlegal.com
**For Michael Alfieri**

Frederick W. Alworth, Esq.
Gibbons, Del Deo
One Riverfront Plaza
Newark, NJ 07102
973-596-4500
Fax: 973-639-6251
falworth@gibbonslaw.com
**For Stewart Title Insurance Co.**

Pasquale Menna, Esq.
Kauff & Menna
170 Broad Street
Red Bank, NJ 07701
(732) 578-9400
**For Roland Pierson**

James R. Brown, **Pro Se**
700 Route 18 North
East Brunswick, NJ 08816
(732) 390-1266

Richard Calanni, **Pro Se**
1 Old Farm Road
Tinton Falls, NJ 07724
Home: (732) 389-8761
Cell: (908) 309-7964
Fax: 732-389-8853
riccala@comcast.net

Lawrence J. Cuzzi, **Pro Se**
38 Clive Hill Road
Edison, NJ 08820

Anthony D'Appolito, **Pro Se**
3930 Belmar Boulevard
Wall Township, NJ 07753
732-556-6240
Cell 732-433-8506
**For Anthony D'Appolito, Pro Se, and DAP Consulting, Inc., Pro Se**

Thomas Brodo, **Pro Se**
139B Fort Lee Road
Teaneck, NJ 07666
201-836-9242
Cell: 201-983-3902
Fax: 201-796-5980

Richard DiBenedetto, **Pro Se**
3 Loller Drive
Martinsville, NJ 08836
(732) 537-9552   (has no cell)

Stanley Yacker, Esq., **Pro Se**
c/o Monmouth Title Agency
188 East Bergen Place

Red Bank, NJ 07701
732-758-0201
Fax: 732-758-0122

William Kane
6119 Kipps Colony Drive West
Gulfport, Florida 33707-3969
**For William Kane, Pro Se; Cristo Property Management Ltd, a/k/a/ G.J.L. Limited, Pro Se; DEK Homes of New Jersey, Inc., Pro Se; and Oakwood Properties, Inc., Pro Se**

Gary Grieser
330 Shore Drive
Highlands, NJ 07732
**For Capital Assets Property Management & Investment Co., Inc., Pro Se, and Capital Assets Property Management, L.L.C., Pro Se**

Exhibit A

Marc D. Freedman, Esq. (MF-6678)
FREEDMAN & GERSTEN LLP
777 Terrace Avenue, 5th Floor
Hasbrouck Heights, New Jersey 07604
(201) 288-7773
Attorneys for Third-Party Defendant
 Elizabeth Ann DeMola

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : Civil Action No. 97-cv-3496 (DRD) (MAS) |
| Plaintiff, | : Hon. Dickinson R. Debevoise |
| vs. | : |
| CRISTO ROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DiBENEDETTO, JAMES R. BROWN, THOMAS BRODO, ROLAND PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE CO., NATIONS TITLE INSURANCE OF NEW YORK, INC., FIDELITY NATIONAL TITLE INSURANCE CO. OF NEW YORK, COASTAL TITLE AGENCY, STEWART TITLE GUARANTY COMPANY, IRENE DIFEO, DONNA PEPSNY, WEICHERT REALTORS, AND VECCHIO REALTY, INC. D/B/A MURPHY REALTY BETTER HOMES and GARDENS, | : **NOTICE OF CONSENT TO WITHDRAWAL OF COUNSEL** |
| Defendants, | : |

and

COMMONWEALTH LAND TITLE
INSURANCE COMPANY,

      Defendant/Third Party Plaintiff,

v.

ROBERT WALSH and
ELIZABETH ANN DEMOLA,

      Third Party Defendants,

and

ROBERT WALSH

      Counterclaim- Plaintiff,

v.

COMMONWEALTH LAND TITLE
INSURANCE COMPANY,

      Counterclaim-Defendant.

    **PLEASE TAKE NOTICE** that it is hereby consented to that Freedman & Gersten LLP, 777 Terrace Avenue, 5th Floor, Hasbrouck Heights, New Jersey 07604, hereby withdraws as counsel for Third Party Defendant Elizabeth Ann DeMola in the above-captioned matter.

Dated: December 2, 2008

| **ELIZABETH ANN DEMOLA** | **FREEDMAN & GERSTEN LLP** |
|---|---|
| By: *(signature)* | By: *(signature)* |
| | Marc D. Freedman, Esq. |

2

TO: Betty Ann DeMola (via Certified Mail Return Receipt
 Requested, Federal Express, and regular mail)
 Robert A. Magnanini, Esq. (via electronic filing and fax)
 David R. Kott, Esq. (via electronic filing and fax)
 Edward J. Hayes, Jr., Esq. (via electronic filing and fax)
 Martin R. McGowan, Jr., Esq. (via electronic filing and fax)
 Jeffrey Smith, Esq. (via fax)
 All Other Persons on the Attached Service List

3

Exhibit B

Marc D. Freedman, Esq. (MF-6678)
FREEDMAN & GERSTEN LLP
777 Terrace Avenue, 5th Floor
Hasbrouck Heights, New Jersey 07604
(201) 288-7773
Attorneys for Third-Party Defendant
 Elizabeth Ann DeMola

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : Civil Action No. 97-cv-3496 (DRD) (MAS) |
| Plaintiff, | : Hon. Dickinson R. Debevoise |
| vs. | : |
| CRISTO ROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DiBENEDETTO, JAMES R. BROWN, THOMAS BRODO, ROLAND PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE CO., NATIONS TITLE INSURANCE OF NEW YORK, INC., FIDELITY NATIONAL TITLE INSURANCE CO. OF NEW YORK, COASTAL TITLE AGENCY, STEWART TITLE GUARANTY COMPANY, IRENE DIFEO, DONNA PEPSNY, WEICHERT REALTORS, AND VECCHIO REALTY, INC. D/B/A MURPHY REALTY BETTER HOMES and GARDENS, | : **ORDER PERMITTING WITHDRAWAL OF COUNSEL** |
| Defendants, | : |

|   |   |
|---|---|
| and | : |
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, | : |
| Defendant/Third Party Plaintiff, | : |
| v. | : |
| ROBERT WALSH and ELIZABETH ANN DEMOLA, | : |
| Third Party Defendants, | : |
| and | : |
| ROBERT WALSH | : |
| Counterclaim- Plaintiff, | : |
| v. | : |
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, | : |
| Counterclaim-Defendant. | : |

**THIS MATTER** having been opened to the Court by letter application on September 29, 2008 by Freedman & Gersten LLP, 777 Terrace Avenue, 5th Floor, Hasbrouck Heights, New Jersey 07604, counsel for Third Party Defendant Elizabeth Ann DeMola, requesting permission to withdraw as counsel for Ms. DeMola; Ms. DeMola having provided her written consent for Freedman & Gersten LLP to withdraw as her counsel by having signed a Notice of Consent to Withdrawal of Counsel on December 2, 2008; no parties or counsel having objected to the request by Freedman & Gersten LLP to withdraw as counsel for Ms. DeMola; and for good cause shown,

IT IS on this _____ day of _____, 20___,

**ORDERED** that the application to withdraw as counsel be and the same hereby is **GRANTED.**

_____
The Honorable Michael A. Shipp, U.S.M.J.