

| | Counsel | Associates |
|---|---|---|
| JOEL N. WERBEL> | LORI BROWN STERNBACK*+ | TRACY B. BUSSEL> |
| JOHN METHFESSEL, JR.> | MARC DEMBLING*+ | JEANNE K. CHESTNUT^ |
| EDWARD L. THORNTON*> | PAUL J. ENDLER JR.> | EDWARD D DEMBLING> |
| DONALD L. CROWLEY*+ | GERALD KAPLAN+ | MICHAEL R. EATROFF> |
| FREDRIC PAUL GALLIN*+^ | STEVEN A. KLUXEN^ | TIMOTHY J. FONSECA+ |
| STEPHEN R. KATZMAN# | JOHN R. KNODEL*+ | SCOTT V. HECK+ |
| WILLIAM S.BLOOM>* | MARTIN R. MCGOWAN, JR.> | FRANK J. KEENAN+^ |
| ERIC L. HARRISON*+ | CHARLES T. MCCOOK, JR. *> | LESLIE A. KOCH+ |
| MATTHEW A. WERBEL> | JARED P. KINGSLEY*+ | ALLISON M. KOENKE> |
| | | DANIELLE M. LOZITO+ |
| | Of Counsel | ANDRES Y. MEJER+ |
| | JOHN METHFESSEL, SR.> | KEITH J. MURPHY+ |
| | | MATTHEW L. RACHMIEL> |
| | | WILLIAM J. RADA+ |
| | | CHARLES P. SAVOTH, III> |
| | | MICHELLE M. SCHOTT> |
| | | LEONARD E. SEAMAN, III^ |
| | | GINA M. STANZIALE> |
| | | ADAM S. WEISS> |

December 22, 2008

\* Certified by the Supreme Court of
   New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
>Member of NJ Bar only
#Member of NJ & LA. Bar
%Member of MI Bar
<Member of NJ and DC

**Please reply to New Jersey**

VIA E-FILE
VIA REGULAR MAIL
Honorable Michael A. Shipp
Clerk, United States District Court - Newark
Martin Luther King Jr.
Federal Building and U.S. Court
Newark, NJ  07101

RE:     **WALSH SECURITIES, INC. VS. CRISTO PROP.**
        Our File No.     :  45987 MRM
        Docket No.       :  2:97-CV-03496

Dear Judge Shipp:

As Your Honor is aware, Plaintiff has moved for reconsideration of certain aspects of the Court's prior Order denying plaintiff's motion to amend the complaint.  The defense response to plaintiff's latest application is due today.

As I read the plaintiff's papers, and I have confirmed this with plaintiff's counsel's office, the plaintiff's motion for reconsideration is not addressed to my client, Coastal Title Agency.  Rather, it is addressed to the two Title Insurance company defendants only.

That being so I will refrain from filing any opposition papers.

Thank you for your consideration in this matter.

                                        Very truly yours,
                                        **METHFESSEL & WERBEL, ESQS.**

                                        Martin R. McGowan
                                        mcgowan@methwerb.com
                                        Ext. 168

MRM:daf./rct

Methfessel & Werbel, Esqs.
Our File No. 65987 MRM
Page 2

VIA FACSIMILE

cc:  Robert A. Magnanini, Esq.
Boies, Schiller & Flexner, LLP
150 John F. Kennedy Parkway
Short Hills, NJ 07078
Attorneys for: Walsh Securities, Inc.

Anthony M. Cicalese
74C Manatiales de Belen
200 Mtrs Norte de igleseis de Ascen
San Antonio de Belen
Heredia, Costa Rica
Attorneys for: Anthony Cicalese

Thomas D. Flinn, Esq.
Garrity, Graham, Favetta & Flinn
One Lackawanna Plaza, PO Box 4205
Montclair, NJ  07042-8205
Attorneys for: Anthony Cicalese

David R. Kott, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
PO Box 652
Newark, NJ  07101-0652
Attorneys for: Commonwealth

Anthony Argiropoulos, Esq.
Fox, Rothschild, O'Brien & Frankel, LLP
Princeton Pike Corporate Center,
997 Lenox Drive, Building
Lawrenceville, NJ  08648-2311
Attorneys for: Fidelity National Title Insurance Company

Irene Difeo
5 Leann Court
Old Bridge, NJ 08857
Attorneys for: Irene Difeo

Anthony Argiropoulos, Esq.

Methfessel & Werbel, Esqs.
Our File No. 65987 MRM
Page 3

    Fox, Rothschild, O'Brien & Frankel, LLP
    Princeton Pike Corporate Center,
    997 Lenox Drive, Building
    Lawrenceville, NJ  08648-2311
    Attorneys for: Nations Title Insurance Company

    John B. McCusker, Esq.
    McCusker, Anselmi, Rosen & Carvelli
    210 Park Ave, Ste 301
    Florham Park NJ 07932
    Attorneys for: Weichert

    James C. Aaron, Esq.
    Ansell, Zaro, Grimm & Aaron, P.C.
    1500 Lawrence Avenue
    CN 7807
    Ocean, NJ  07712
    Attorneys for: Coastal Title Agency