IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., : <br> : <br> Plaintiff, : <br> v. : <br> : <br> CRISTO PROPERTY MANAGEMENT, LTD., a/k/a : <br> G.J.L. LIMITED; DEK HOMES OF NEW JERSEY, INC.; : <br> OAKWOOD PROPERTIES, INC.; NATIONAL HOME : <br> FUNDING, INC.; CAPITAL ASSETS PROPERTY : <br> MANAGEMENT & INVESTMENT CO., INC.; CAPITAL: <br> ASSETS PROPERTY MANAGEMENT, LLC; WILLIAM : <br> KANE; GARY GRIESER; ROBERT SKOWRENSKI, II; : <br> RICHARD CALANNI; RICHARD DiBENEDETTO; : <br> JAMES R. BROWN; THOMAS BRODO; ROLAND : <br> PIERSON; STANLEY YACKER, ESQ.; MICHAEL : <br> ALFIERI, ESQ.; RICHARD PEPSNY, ESQ.; ANTHONY : <br> M. CICALESE, ESQ.; LAWRENCE CUZZI; ANTHONY : <br> D'APOLITO; DAP CONSULTING, INC.; : <br> COMMONWEALTH LAND TITLE INSURANCE CO.; : <br> NATIONS TITLE INSURANCE OF NEW YORK, INC.; : <br> FIDELITY NATIONAL TITLE INSURANCE CO. OF : <br> NEW YORK; COASTAL TITLE AGENCY; STEWART : <br> TITLE GUARANTY COMPANY; IRENE DiFEO; : <br> DONNA PEPSNY; WEICHERT REALTORS; and : <br> VECCHIO REALTY, INC., d/b/a MURPHY REALTY : <br> BETTER HOMES AND GARDENS, : <br> : <br> Defendants. : <br> : | Civ. A. No. 97-3496 |

## ORDER

AND NOW, this _____ day of _____, 2008, upon consideration of the motion by plaintiff for reconsideration of the Court's Order and Opinion, dated October 31, 2008, and any response thereto, it is hereby ORDERED that plaintiff's motion is DENIED.

The Honorable Michael A. Shipp, U.S.M.J.