## **CERTIFICATE OF SERVICE**

I, Robert A. Magnanini, hereby certify that the forgoing reply letter brief in further support of Walsh Securities, Inc.'s motion for reconsideration were filed and served electronically on December 29, 2008 on counsel for all named parties through the Court's *ECF system*, and served via regular U.S. Mail upon the following *pro se* Defendants:

Anthony D'Apolito
3930 Belmar Boulevard
Wall Township, NJ 07753

William Kane
6119 Kipps Colony Drive West
Gulfport, FL 33707-3969

Richard Calanni
One Old Farm Road
Tinton Falls, NJ 07724

James Brown
700 Route 18 North
East Brunswick, NJ 08816

Stanley Yacker, Esq.
c/o Monmouth Title Agency
188 East Bergen Place
Red Bank, NJ 07701

Murphy Realty Better Homes and Gardens
100 Washington Street
Hoboken, NJ 07030

Anthony Cicalese, Esq.
467 Long Hill Drive
Short Hills, NJ 07078

Gary Grieser
330 Shore Drive
Highlands, NJ 07732

Richard DiBenedetto
3 Loller Drive
Martinsville, NJ 08836

Thomas Brodo
139B Fort Lee Road
Teaneck, NJ 07666

Lawrence Cuzzi
38 Clive Hill Road
Edison, NJ 08820

/s/
Robert A. Magnanini