Marc D. Freedman, Esq. (MF-6678)
FREEDMAN & GERSTEN LLP
777 Terrace Avenue, 5th Floor
Hasbrouck Heights, New Jersey 07604
(201) 288-7773
Attorneys for Third-Party Defendant
 Elizabeth Ann DeMola

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : Civil Action No. 97-cv-3496 (DRD) (MAS) |
| | : |
| Plaintiff, | : Hon. Dickinson R. Debevoise |
| | : |
| vs. | : |
| | : |
| CRISTO ROPERTY MANAGEMENT, | : |
| LTD., a/k/a G.J.L. LIMITED, DEK HOMES | : |
| OF NEW JERSEY, INC., OAKWOOD | : |
| PROPERTIES, INC., NATIONAL HOME | : |
| FUNDING, INC., CAPITAL ASSETS | : |
| PROPERTY MANAGEMENT & | : |
| INVESTMENT CO., INC., CAPITAL | : |
| ASSETS PROPERTY MANAGEMENT, | : **ORDER PERMITTING** |
| L.L.C., WILLIAM KANE, GARY GRIESER, | : **WITHDRAWAL OF COUNSEL** |
| ROBERT SKOWRENSKI, II, RICHARD | : |
| CALANNI, RICHARD DiBENEDETTO, | : |
| JAMES R. BROWN, THOMAS BRODO, | : |
| ROLAND PIERSON, STANLEY YACKER, | : |
| ESQ., MICHAEL ALFIERI, ESQ., RICHARD | : |
| PEPSNY, ESQ., ANTHONY M. CICALESE, | : |
| ESQ., LAWRENCE CUZZI, ANTHONY | : |
| D'APOLITO, DAP CONSULTING, | : |
| INC., COMMONWEALTH LAND TITLE | : |
| INSURANCE CO., NATIONS TITLE | : |
| INSURANCE OF NEW YORK, INC., | : |
| FIDELITY NATIONAL TITLE INSURANCE | : |
| CO. OF NEW YORK, COASTAL TITLE | : |
| AGENCY, STEWART TITLE GUARANTY | : |
| COMPANY, IRENE DIFEO, DONNA PEPSNY, | : |
| WEICHERT REALTORS, AND VECCHIO | : |
| REALTY, INC. D/B/A MURPHY REALTY | : |
| BETTER HOMES and GARDENS, | : |
| | : |
| Defendants, | : |

and                                                   :

COMMONWEALTH LAND TITLE                               :
INSURANCE COMPANY,                                    :

   Defendant/Third Party Plaintiff,    :

v.                                                    :

ROBERT WALSH and                                      :
ELIZABETH ANN DEMOLA,                                 :

   Third Party Defendants,             :

and                                                   :

ROBERT WALSH                                          :

   Counterclaim- Plaintiff,            :

v.                                                    :

COMMONWEALTH LAND TITLE                               :
INSURANCE COMPANY,                                    :

   Counterclaim-Defendant.             :
              :

   **THIS MATTER** having been opened to the Court by letter application on

September 29, 2008 by Freedman & Gersten LLP, 777 Terrace Avenue, 5th Floor,

Hasbrouck Heights, New Jersey 07604, counsel for Third Party Defendant Elizabeth Ann

DeMola, requesting permission to withdraw as counsel for Ms. DeMola; Ms. DeMola

having provided her written consent for Freedman & Gersten LLP to withdraw as her

counsel by having signed a Notice of Consent to Withdrawal of Counsel on December 2,

2008; no parties or counsel having objected to the request by Freedman & Gersten LLP

to withdraw as counsel for Ms. DeMola; and for good cause shown,

2

IT IS on this ___30th___ day of __December__, 2008,

**ORDERED** that the application to withdraw as counsel be and the same hereby is

**GRANTED.**


_____
The Honorable Michael A. Shipp, U.S.M.J.

3