

**McCARTER & ENGLISH**
ATTORNEYS AT LAW

David R. Kott
Partner
T. 973.622.4444
F. 973.624.7070
dkott@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

**VIA ELECTRONIC FILING**

July 23, 2009

Office of the Clerk
United States District Court
District of New Jersey
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:  Walsh Securities, Inc. v. Cristo Property Management, et al.
United States District for the District of New Jersey
Civil Action No. 97-3496 (DRD)

Dear Sir or Madam:

I enclose for filing an Answer to Fourth Amended Complaint, Separate Defenses, Answer to Cross-Claims, Cross-Claim for Contribution, Cross-Claim for Indemnification and Third-Party Complaint Against Robert Walsh, James Walsh and Elizabeth Ann DeMola

Respectfully submitted,

David R. Kott

DRK/srv
Enclosure

cc:  Robert A. Magnanini, Esq. (w/enc., via electronic filing & reg. mail)
Edward J. Hayes, Jr., Esq. (w/enc., via electronic filing & reg. mail)
Martin R. McGowan, Jr., Esq. (w/enc., via electronic filing & reg. mail)
John B. McCusker, Esq. (w/enc., via electronic filing & reg. mail)
Mark W. Catanzaro, Esq. (w/enc., via electronic filing & reg. mail)
Michael D. Schottland, Esq. (w/enc., via electronic filing & reg. mail)
Edward C. Bertucio, Jr., Esq. (w/enc., via electronic filing & reg. mail)
Robert J. Reilly, III, Esq. (w/enc., via electronic filing & reg. mail)
Theodore W. Daunno, Esq. (w/enc., via cert. mail, r.r.r. & reg. mail)
Thomas D. Flinn, Esq. (w/enc., via cert. mail, r.r.r. & reg. mail)
Anthony M. Cicalese, Esq. (w/enc., via cert. mail, r.r.r. & reg. mail)
Pasquale Menna, Esq. (w/enc., via cert. mail, r.r.r. & reg. mail)
Thomas Brodo, Pro Se (w/enc., via cert. mail, r.r.r. & reg. mail)
James R. Brown, Pro Se (w/enc., via cert. mail, r.r.r. & reg. mail)

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 8789808v.1

Office of the Clerk
July 23, 2009
Page 2

      Richard Calanni, Pro Se (w/enc., via cert. mail, r.r.r. & reg. mail)
      Anthony D'Apolito, Pro Se (w/enc., via cert. mail, r.r.r. & reg. mail)
      Stanley Yacker, Pro Se (w/enc., via cert. mail, r.r.r. & reg. mail)
      William Kane, Pro Se (w/enc., via cert. mail, r.r.r. & reg. mail)
      Richard DiBenedetto, Pro Se (w/enc., via cert. mail, r.r.r. & reg. mail)
      Elizabeth Ann DeMola, Pro Se (w/enc., via cert. mail, r.r.r. & reg. mail)
      Capital Assets Property Management (w/enc., via cert. mail, r.r.r. & reg. mail)
      Andrew I. Indeck, Esq. (w/enc., via cert. mail & reg. mail)

ME1 8789808v.1