AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF

## NEW JERSEY

WALSH SECURITIES, INC.,

Plaintiff,

v.

CASE NUMBER: 97-cv-3496 (DRD) (MAS)

CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED,
DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES
INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS
PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL
ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE,
GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI,
RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO,
RONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL
ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M.
CICALESE, ESQ., LAWRENCE M. CUZZI, ANTHONY D'APOLITO,
DAP CONSULTING, INC., COMMONWEALTH LAND TITLE
INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW
YORK INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY
OF NEW YORK, COASTAL TITLE AGENCY, DONNA PEPSNY,
WEICHERT REALTORS, and VECCHIO REALTY, INC. D/B/A
MURPHY REALTY BETTER HOMES and GARDENS,

**SUMMONS**

Defendants.

and

COMMONWEALTH LAND TITLE INSURANCE COMPANY

Defendant/Third-Party Plaintiff,

v.

ROBERT WALSH, JAMES WALSH and ELIZABETH ANN DeMOLA,

Third-Party Defendants.

**TO:**   Elizabeth (Betty Ann) DeMola
1 Abedim Way
Califon, NJ 07830

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon McCarter &
English, LLP, Four Gateway Center, 100 Mulberry Street, Newark, New Jersey 07101 an answer to the Third Party
Complaint which is herewith served upon you, within <u>20</u> days after service of this summons upon you, exclusive of the day
of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You
must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____          _____

CLERK                                                         DATE

_____

(BY) DEPUTY CLERK

MEI 8826439v.1

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons & Complaint was made by me [1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐    Served personally upon the defendant.  Place where served: _____

_____

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

_____

☐    Returned unexecuted: _____

_____

_____

☐    Other *(specify)*: _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                          *Date*                              *Signature of Server*

_____
*Address of Server*

_____

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.