# EXHIBIT "A"

## List of Individuals and Entities to be Deposed by Fidelity

1. Representatives of Walsh Securities, Inc.
2. Representatives of Cristo Property Management
3. Representatives of DEK Homes of New Jersey, Inc.
4. Representatives of Oakwood Properties, Inc.
5. Representatives of National Home Funding, Inc.
6. Representatives of Capital Assets Property Management & Investment Co., Inc.
7. Representatives of Capital Assets Property Management, LLC
8. William Kane
9. Gary Greiser
10. Robert Skowrenski, II
11. Richard Calanni
12. Richard DiBenedetto
13. James R. Brown
14. Thomas Brodo
15. Roland Pierson
16. Stanley Yacker
17. Michael Alfieri
18. Richard Pepsny
19. Donna Pepsny
20. Anthony Cicalese
21. Lawrence Cuzzi
22. Anthony D'Apolito
23. Coastal Title Agency
24. Weichert Realtors
25. Vecchio Realty, Inc.
26. Irene DiFeo
27. James Walsh
28. Robert Walsh
29. Elizabeth Ann DeMola
30. Representatives of Resource BancShares Mortgage/BancShares Corporation
31. Representatives of Bankers Trust
32. Representatives of Greenwich Capital Markets
33. Representatives of Prudential Securities, Inc.
34. Representatives of Montgomery Securities, Inc.
35. Unknown employees of Walsh Securities, Inc.
36. Unknown employees of National Home Funding, Inc.