Case 2:97-cv-03496-DRD-JAD   Document 315-1   Filed 08/03/09   Page 1 of 14 PageID: 3566
Case 2:97-cv-03496-DRD-MAS   Document 304-6   Filed 07/23/2009   Page 11 of 12
Case 2:97-cv-03496-DRD-MAS   Document 302-2   Filed 07/10/2009   Page 20 of 30

## ARTICLE 15
## NOTICES

Notices which are required to be given under this Agreement shall be in writing and shall be addressed and served personally or sent by prepaid registered or certified mail as follows:

IF TO BUYER:

GF MORTGAGE CORP.
4 Campus Drive
Parsippany, NJ 07054

IF TO SELLER:

## ARTICLE 16
## GENERAL

16.01   This Agreement constitutes the entire Agreement between the parties hereto and supersedes any and all representations, promises, and statements, oral or written, made in connection with the subject matter of this Agreement an the negotiation hereof, and no such representation, promise, or statement not written herein shall be binding on the parties. This Agreement may not be varied or altered nor its provisions waived except by an agreement in writing executed by duly authorized agents of both parties. This Agreement shall be binding upon and inure to the benefit of the parties and each of their respective successors and assigns.

16.02   This Agreement shall be interpreted, construed, and enforced in accordance with the laws of the State of New Jersey.

16.03   Any provision of this Agreement which is prohibited or unenforceable shall be ineffective to the extent of such prohibition or unenforceability without invalidating the remaining provisions hereof.

16.04   Captions are for reference only and are not to be considered as defining or limiting in any way the scope or intent of the provisions hereof.

10

Case 2:97-cv-03496-DRD-JAD   Document 315-1   Filed 08/03/09   Page 2 of 14 PageID: 3567
Case 2:97-cv-03496-DRD-MAS   Document 304-6   Filed 07/23/2009   Page 12 of 12
Case 2:97-cv-03496-DRD-MAS   Document 302-2   Filed 07/10/2009   Page 21 of 30

16.05  The waiver of any breach, term, provision or conditions of this Agreement shall not be construed to be a waiver of any other or subsequent breach, term provision or conditions. All remedies afforded by this Agreement for a breach hereof shall be cumulative; that is, in addition to all other remedies provided for herein or at law or in equity.

16.06  This agreement may be cancelled by either party by written notice and such cancellation shall be immediately effective as to future transactions. Upon cancellation all loan files for Loans not approved for purchase shall be returned immediately to seller without further liability to Buyer.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement on the date written on page 1.

GF MORTGAGE CORP
BUYER
BY _____
ARTHUR E. GILGAR
VICE PRESIDENT

SELLER
BY _____
Robert W Skowrenski II, Pres.

11

Case 2:97-cv-03496-DRD-JAD   Document 315-1   Filed 08/03/09   Page 3 of 14 PageID: 3568
Case 2:97-cv-03496-DRD-MAS   Document 304-7   Filed 07/23/2009   Page 1 of 4
Case 2:97-cv-03496-DRD-MAS   Document 302-2   Filed 07/10/2009   Page 22 of 30

# EXHIBIT E

Case 2:97-cv-03496-DRD-JAD   Document 315-1   Filed 08/03/09   Page 4 of 14 PageID: 3569
Case 2:97-cv-03496-DRD-MAS   Document 304-7   Filed 07/23/2009   Page 2 of 4
Case 2:97-cv-03496-DRD-MAS   Document 302-2   Filed 07/10/2009   Page 23 of 30

# THIS JOINT VENTURE AGREEMENT

made this                                     April 1,           , 1997

BETWEEN:


AND:    CAPITAL ASSETS PROPERTY MANAGEMENT &
        INVESTMENT CO., LLC   (Hereinafter "Capital Assets")
        10 WEST BERGEN PLACE, SUITE 201
        RED BANK, NEW JERSEY 07701

WITNESSETH THAT the parties wish to enter into a form of Joint Venture to be known as                         and CAPITAL ASSETS, a Joint Venture, (also designated herein as the "Business"), and to be located at:

   10 WEST BERGEN PLACE, SUITE 201
   RED BANK, NEW JERSEY 07701

NOW THEREFORE, IT IS AGREED AS FOLLOWS:

1. The function of Capital Assets and its contribution to the Joint Venture is to manage, improve, maintain and rent real property in the State of New Jersey as per this agreement. The function and contribution of                         is to contribute his good name and credit to the Joint Venture.

2. The parties recognize that all data of the business and any other information are the property of the partnership and may be confidential in nature. This information will not be disclosed to the public indiscriminately.

3. The parties shall divide the profits (or losses) of the business in the following proportion or ratio:

Case 2:97-cv-03496-DRD-JAD   Document 315-1   Filed 08/03/09   Page 5 of 14 PageID: 3570
Case 2:97-cv-03496-DRD-MAS   Document 304-7   Filed 07/23/2009   Page 3 of 4
Case 2:97-cv-03496-DRD-MAS   Document 302-2   Filed 07/10/2009   Page 24 of 30

Capital Assets    60%

40%

The same ratio shall specifically be reflected in all deeds and other evidence of title; i.e., Capital Assets as to a 60% interest and _____ as to a 40% interest, pursuant to agreement dated April 1, 1987 and designated as _____ and CAPITAL ASSETS, a Joint Venture



4. In the event that either party wishes to buy out the interest of the other party on any particular property, the same 60-40 ratio shall be used to determine the value. However, Capital Assets shall have the sole right to retain a licensed appraiser for the purpose of setting the value

5. The parties understand that Capital Assets shall have total control of all properties, including the absolute right to obtain financing, and to determine what properties are bought and sold, for what price, and under what terms and conditions. They shall cooperate with each other in order to further the purposes of the Joint Venture.

6. _____ shall have the right to attend all closings where property is being purchased and receive a minimum of $1,000.00 per transaction from Capital Assets for a minimum of four (4) closings.

7. None of the parties hereto shall sell, convey, pledge, encumber or assign their interest in the Joint Venture to any other person or entity

8. By separate instrument of even date herewith, _____ shall execute a durable POWER OF ATTORNEY to Capital Assets giving the latter full authority to sell any property and to sign any deeds or other papers consistent with the terms of the within agreement

Case 2:97-cv-03496-DRD-JAD   Document 315-1   Filed 08/03/09   Page 6 of 14 PageID: 3571
Case 2:97-cv-03496-DRD-MAS   Document 304-7   Filed 07/23/2009   Page 4 of 4
Case 2:97-cv-03496-DRD-MAS   Document 302-2   Filed 07/10/2009   Page 25 of 30

CAPITAL ASSETS    PAGE 05

9. The parties acknowledge that _____ represents the business entity known as Capital Assets _____. The said _____ specifically has been informed of his right to retain separate counsel of his own choosing and at his own expense.

10. This agreement shall take effect on the date first above written.

IN WITNESS WHEREOF the parties have signed this agreement on the indicated date.

CAPITAL ASSETS PROPERTY
MANAGEMENT & INVESTMENT CO.,
LLC.

By

Case 2:97-cv-03496-DRD-JAD   Document 315-1   Filed 08/03/09   Page 7 of 14 PageID: 3572
Case 2:97-cv-03496-DRD-MAS   Document 304-8   Filed 07/23/2009   Page 1 of 5
Case 2:97-cv-03496-DRD-MAS   Document 302-2   Filed 07/10/2009   Page 26 of 30

# EXHIBIT F

Case 2:97-cv-03496-DRD-JAD   Document 315-1   Filed 08/03/09   Page 8 of 14 PageID: 3573
Case 2:97-cv-03496-DRD-MAS   Document 304-8   Filed 07/23/2009   Page 2 of 5
Case 2:97-cv-03496-DRD-MAS   Document 302-2   Filed 07/10/2009   Page 27 of 30

**RECORD & RETURN TO:**

Coastal Title Agency, Inc.
21 West Main Street • PO Box 740
Freehold, NJ 07728
1-800-521-0378

074451

Prepared by: _____
LORRAINE E. KING

# DEED

COUNTY OF MONMOUTH
CONSIDERATION _____
RTF _____ add'l RTF _____
DATE 4/5/97   BY _____

**This Deed**, made this 8 day of NOVEMBER, 1996

Between                                                     herein designated as
located at
Grantor

And                              & CAPITAL ASSESTS PROPERTY MANAGEMENT &
INVESTMENT, CO., INC.

, AS TO 40% INTEREST AND CAPITOL ASSESTS
PROPERTY MANAGEMENT & INVESTMENT, CO., INC. AS TO 60%
INETEREST

located at 10 WEST BERGEN PLACE, SUITE 104, RED BANK, NEW JERSEY 07701 herein designated as the Grantee;

The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

Transfer of Ownership. The Grantor grants and conveys (transfers ownership of) the property described below to the Grantee. This transfer is made for the sum of UNDER ONE HUNDRED DOLLARS. The Grantor acknowledges receipt of this money.

Tax Map Reference. (N.J.S.A. 46:15-1.1) Municipality of CITY OF ASBURY PARK
Block                              Account No.

____ No Property tax identification number is available on the date of this Deed. (Check this box if applicable.)

Property. The Property consists of the land and all the buildings and structures on the land in the CITY of ASBURY PARK County of MONMOUTH the State of New Jersey, and is commonly known as                         , ASBURY PARK,
NEW JERSEY  The legal description is:

SEE ATTACHED SCHEDULE FOR LEGAL DESCRIPTION.

THE GRANTOR WILL WARRANT, SECURE AND FOREVER DEFEND THE TITLE TO THE SUBJECT PROPERTY.

Case 2:97-cv-03496-DRD-JAD   Document 315-1   Filed 08/03/09   Page 9 of 14 PageID: 3574
Case 2:97-cv-03496-DRD-MAS   Document 304-8   Filed 07/23/2009   Page 3 of 5
Case 2:97-cv-03496-DRD-MAS   Document 302-2   Filed 07/10/2009   Page 28 of 30

A Reliance Group Holdings Company.

# TITLE INSURANCE COMMITMENT

Commitment No.

File No. CT-

## DESCRIPTION

ALL that certain tract, lot and parcel of land lying and being in the City of Asbury Park, County of Monmouth and state of New Jersey, being more particularly described as follows:

NOTE: Being Lot(s)     Block     Tax Map of the City of Asbury Park.

Issued By:
COASTAL TITLE AGENCY, INC.
P.O. Box 740, 21 W. Main Street, Suite 2, Freehold, NJ 07728
(908) 308-1660   (800) 521-0378   (908) 775-5543   FAX #(908) 308-1881



CLERK'S OFFICE
MONMOUTH COUNTY
NEW JERSEY
INSTRUMENT NUMBER
1997037762
RECORDED ON
Apr 07, 1997
4:14:24 PM
BOOK OR-5598 PAGE 625
Total Pages: 4
COUNTY RECORDING FEES $22.00
DEDICATED TRUST $2.00
FUND COMMISSION
TOTAL $24.00

Case 2:97-cv-03496-DRD-JAD   Document 315-1   Filed 08/03/09   Page 10 of 14 PageID: 3575
Case 2:97-cv-03496-DRD-MAS   Document 304-8   Filed 07/23/2009   Page 4 of 5
Case 2:97-cv-03496-DRD-MAS   Document 302-2   Filed 07/10/2009   Page 29 of 30

MONMOUTH COUNTY _____ and annexed hereto.

**(2) CONSIDERATION** (See Instruction #6)

Deponent states that, with respect to deed hereto annexed, the actual amount of money and the monetary value of any other thing of value constituting the entire compensation paid or to be paid for the transfer of title to the lands, tenements or other realty, including the remaining amount of any prior mortgage to which the transfer is subject or which is to be assumed and agreed to be paid by the grantee and any other lien or encumbrance thereon not paid, satisfied or removed in connection with the transfer of title is $ _____

**(3) FULL EXEMPTION FROM FEE**   Deponent claims that this deed transaction is fully exempt from the Realty Transfer Fee imposed by c. 49, P.L. 1968, for the following reason(s): Explain in detail. (See Instruction #7.) Mere reference to exemption symbol is not sufficient.

CONSIDERATION UNDER ONE HUNDRED DOLLARS

**(4) PARTIAL EXEMPTION FROM FEE**   NOTE: All boxes below apply to grantor(s) only. ALL BOXES IN APPROPRIATE CATEGORY MUST BE CHECKED. Failure to do so will void claim for partial exemption. (See Instructions #8 and #9)

Deponent claims that this deed transaction is exempt from the increased portion of the Realty Transfer Fee imposed by c.176, P.L. 1975 for the following reason(s):

a) **SENIOR CITIZEN** (See Instruction #8)
- ☐ Grantor(s) 62 yrs. of age or over.♦
- ☐ One or two-family residential premises
- ☐ Owned and occupied by grantor(s) at time of sale.
- ☐ No joint owners other than spouse or other qualified exempt owners.

b) **BLIND** (See Instruction #8)
- ☐ Grantor(s) legally blind.♦
- ☐ One or two-family residential premises.
- ☐ Owned and occupied by grantor(s) at time of sale.
- ☐ No joint owners other than spouse or other qualified exempt owners.

**DISABLED** (See Instruction #8)
- ☐ Grantor(s) permanently and totally disabled.♦
- ☐ One or two-family residential premises.
- ☐ Receiving disability payments.
- ☐ Owned and occupied by grantor(s) at time of sale.
- ☐ Not gainfully employed.
- ☐ No joint owners other than spouse or other qualified exempt owners.

♦IN THE CASE OF HUSBAND AND WIFE, ONLY ONE GRANTOR NEED QUALIFY.

c) **LOW AND MODERATE INCOME HOUSING** (See Instruction #8)
- ☐ Affordable According to H.U.D. Standards.
- ☐ Meets Income Requirements of Region.
- ☐ Reserved for Occupancy.
- ☐ Subject to Resale Controls.

d) **NEW CONSTRUCTION** (See Instruction #9)
- ☐ Entirely new improvement.
- ☐ Not previously used for any purpose.
- ☐ Not previously occupied.

Deponent makes this Affidavit to induce the County Clerk or Register of Deeds to record the deed and accept the fee submitted herewith in accordance with the provisions of c. 49, P.L. 1___

Subscribed and Sworn to before me
this 8th
day of _____, 1996
SUZANNE GRIESER
Notary Public of New Jersey
My Commission Expires Jan. 20, 1998

FOR OFFICIAL USE ONLY This space for use of County Clerk or Register of Deeds.
Instrument Number _____ County _____
Deed Number _____ Book _____ Page _____
Deed Dated _____ Date Recorded _____

IMPORTANT - BEFORE COMPLETING THIS AFFIDAVIT, PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE HEREOF.
This form is prescribed by the Director, Division of Taxation in the Department of the Treasury, as required by law, and may not be altered or amended without the approval of the Director.
ORIGINAL — White copy to be retained by County.
DUPLICATE — Yellow copy to be forwarded by County to Division of Taxation on partial exemption from fee (N.J.A.C. 18:16—8.12).
TRIPLICATE — Pink copy is your file copy.

(Right margin vertical text: AND YELLOW COPIES MUST BE SUBMITTED WITH DEED TO COUNTY RECORDING OFFICER)

Case 2:97-cv-03496-DRD-JAD   Document 315-1   Filed 08/03/09   Page 11 of 14 PageID: 3576
Case 2:97-cv-03496-DRD-MAS   Document 304-8   Filed 07/23/2009   Page 5 of 5
Case 2:97-cv-03496-DRD-MAS   Document 302-2   Filed 07/10/2009   Page 30 of 30

**Promises by Grantor.** The Grantor promises that the Grantor has done no act to encumber the property. This promise is called a "covenant as to Grantor's acts" (*N.J.S.A.* 46:4-6). This promise means that the Grantor has not allowed anyone else to obtain any legal rights which affect the property (such as by making a mortgage or allowing a judgment to be entered against the Grantor).

**Signatures.** This Deed is signed and attested to by the Grantor who has hereunto set their hand and seal the day and year first above written.

Signed, Sealed and Delivered
in the presence of

SUZANNE GRIESER
Notary Public of New Jersey
My Commission Expires Jan. 26, 1998

STATE OF NEW JERSEY    }
                       } SS
COUNTY OF MONMOUTH     }

Be it Remembered, that on November 8th, 1996, before me, the subscriber, a Notary Public of New Jersey, personally appeared _____, who I am satisfied, is the person named in and who executed the within Instrument, and thereupon he acknowledged that he signed, sealed and delivered the same as his act and deed, for the uses and purposes therein expressed, and that the full and actual consideration paid or to be paid for the transfer of title to realty evidenced by the within deed, as such consideration is defined in N.J.S.A. 46:15-5, is UNDER ONE HUNDRED DOLLARS.

LORRAINE E. KING
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Feb. 21, 2001

Case 2:97-cv-03496-DRD-JAD   Document 315-1   Filed 08/03/09   Page 12 of 14 PageID: 3577
Case 2:97-cv-03496-DRD-MAS   Document 304-9   Filed 07/23/2009   Page 1 of 3
Revised 7/23/09

## SERVICE LIST

### WALSH SECURITIES, INC. V. CRISTO PROPERTY MANAGEMENT, ET AL
### CIVIL ACTION NO. 97-3496 (DRD)

Robert A. Magnanini, Esq.
Stone Magnanini, LLP
150 John F. Kennedy
Short Hills, NJ 07078
**Attorney for plaintiff Walsh Securities, Inc. and for third-party defendant Robert Walsh**

Michael D. Schottland, Esq.
Lomurro, Davison, Eastman & Muñoz, P.A.
100 Willowbrook Road
Freehold, NJ 07728
**Attorney for Defendants National Home Funding, Inc. and Robert Skowrenski, II**

Martin R. McGowan, Jr., Esq.
Methfessel & Werbel
3 Ethel Road
Suite 300
Edison, New Jersey 08818
**Attorneys for Defendant Coastal Title Agency**

Edward C. Bertucio, Jr., Esq.
Hobbie, Corrigan, Bertucio & Tashjy, P.C.
125 Wyckoff Road
Eatontown, NJ 07724
**Attorney for Defendant Michael Alfieri, Esq.**

Robert J. Reilly, III, Esq.
Reilly, Supple & Wischusen, LLC
571 Central Avenue
New Providence, NJ 07974
**Attorney for defendant Michael Alfieri, Esq. on the Sixth Count**

Theodore W. Daunno, Esq.
1033 Clifton Avenue
Clifton, New Jersey 07013
**Attorney for Defendant Lawrence M. Cuzzi**

Mark W. Catanzaro, Esq.
Blason IV
Suite 208
513 Lenola Road
Moorestown, New Jersey 08057
**Attorney for defendants Richard Pepsny and Donna Pepsny**

Thomas D. Flinn, Esq.
Garrity, Graham, Favette & Flinn
1 Lackawanna Plaza, Box 4205
Montclair, NJ 07042
**Attorney for Defendant Anthony M. Ciccalese (on certain counts of the Complaint)**

ME1 2304466v.1

Anthony M. Cicalese, Esq.
467 Long Hill Drive
Short Hills, NJ 07078
**Pro se (on certain counts of the Complaint)**

Anthony M. Cicalese
74C Manatiales de Belen
200 Mtrs Norte de igleseis de Ascen
San Antonio de Belen
Heredia, Costa Rica
**Pro se (on certain counts of the Complaint)**

Edward J. Hayes, Jr., Esq.
Fox, Rothschild, O'Brien & Frankel
2000 Market Street
10th Floor
Philadelphia, Pennsylvania 19103-3291
**Attorney for Defendants Fidelity National Title Insurance and Nations Title Insurance**

Pasquale Menna, Esq.
Kauff and Menna
170 Broad Street
P.O. 762
Red Bank, New Jersey 07701
**Attorneys for Defendant Roland J. Pierson**

John B. McCusker, Esq.
McCusker, Anselmi, Rosen, Carvelli & Walsh, PC
127 Main Street
Chatham, NJ 07928
**Attorneys for Defendant Weichert Realtors**

Thomas Brodo, Pro Se
139B Fort Lee Road
Teaneck, New Jersey 07666

James R. Brown, Pro Se
1089 Cedar Avenue
Union, New Jersey 07083

Richard Calanni, Pro Se
One Old Farm Road
Tinton Falls, New Jersey 07724

Anthony D'Apolito, Pro Se
909 Woodland
Wall Township, NJ 07719

Richard DiBenedetto, Pro Se
3 Loller Drive
Martinsville, NJ 08836

Stanley Yacker, Esq., Pro Se
33 Broadway, #1
Ocean Grove, NJ 07756-1397

William Kane, Pro Se
6119 Kipps Colony Drive
Gulfport, FL 33707

Ms. Elizabeth Ann DeMola
One Abedim Way
Califon, NJ 07830

Capital Assets Property Management, LLC
10 West Bergen Place
Red Bank, NJ 07701

Andrew I. Indeck, Esq.
Scarinci & Hollenbeck, LLC
1100 Valleybrook Avenue
P.O. Box 790
Lyndhurst, NJ 07071
**Attorney for Garden State Indemnity Co. (Legal Malpractice carrier
for defendant Michael Alfieri)**

3

ME1 2304466v.1