FOX ROTHSCHILD LLP
FORMED IN THE COMMONWEALTH OF PENNSYLVANIA
BY:    EDWARD J. HAYES (EJH-9808)
        DAVID H. COLVIN (DHC-9909)
        AMY C. PURCELL (ACP-6557)
P. O. Box 5231
PRINCETON, NJ 08543-5231
Tel. (609) 896-3600; Fax (609) 896-1469

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : |
| | : |
| | : Civil Action No. 97-3496 |
| v. | : |
| | : |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, RONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW YORK INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, COASTAL TITLE AGENCY, and STEWART TITLE GUARANTY COMPANY, IRENE DiFEO, DONNA PEPSNY, WEICHERT REALTORS, AND VECCHIO REALTY, INC. D/B/A MURPHY REALTY BETTER HOMES and GARDENS, | : <br><br><br><br><br><br> **ENTRY OF APPEARANCE** <br> **OF AMY C. PURCELL** <br><br><br><br><br><br><br><br><br><br><br><br><br> |

To The Clerk of the United States District Court:

Kindly enter the appearance of Amy C. Purcell on behalf of defendants, Fidelity National Title Insurance Company of New York and Nations Title Insurance Company, in the above-captioned proceedings.

Amy C. Purcell, Esquire (ACP-6557)
FOX ROTHSCHILD LLP

Attorneys for Defendants, Fidelity National
Title Insurance Company of New York and
Nations Title Insurance Company

Dated: August 4, 2009

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a true and correct copy of an entry of appearance of Amy C. Purcell upon the individuals identified in the service list attached hereto.

Date: August 4, 2009

_____
Amy C. Purcell, Esq.

<u>SERVICE LIST</u>

<u>WALSH SECURITIES, INC. V. CRISTO PROPERTY MANAGEMENT, ET AL.
CIVIL ACTION NO. 97-3496 (DRD)</u>

Robert A. Magnanini, Esq.
Stone Magnanini, LLP
150 John F. Kennedy
Short Hills, NJ 07078

Michael D. Schottland, Esq.
Lomurro, Davison, Eastman & Munoz, P.A.
100 Willowbrook Road
Freehold, NJ 07728

Martin R. McGowan, Jr., Esq.
Methfessel & Werbel
3 Ethel Road
Suite 300
Edison, New Jersey 08818

Edward C. Bertucio, Jr., Esq.
Hobble, Corrigan, Bertucio Tashjy, P.C.
125 Wyckoff Road
Eatontown, NJ 07724

Robert J. Reilly, III, Esq.
Reilly, Supple & Wischusen, LLC
571 Central Avenue
New Providence, NJ 07974

Theodore W. Daunno, Esq.
1033 Clifton Avenue
Clifton, New Jersey 07013

Mark W. Catanzaro, Esq.
Blason IV Suite 208
513 Lenola Road
Moorestown, New Jersey 08057

Thomas D. Flinn, Esq.
Garrity, Graham, Favette & Flinn
1 Lackawanna Plaza, Box 4205
Montclair, NJ 07042

*Third-Party Defendant*
Anthony M. Cicalese, Esq.
467 Long Hill Drive
Short Hills, NJ 07078

Anthony M. Cicalese
74C Manatiales de Belen
200 Mtrs Norte de igleseis de Ascen
San Antonio de Belen
Heredia, Costa Rica

Pasquale Menna, Esq.
Kauff and Menna
170 Broad Street
P.O. 762
Red Bank, New Jersey 07701

John B. McCusker, Esq.
McCusker, Anselmi, Rosen, Carvell & Walsh, PC
210 Park Avenue #3
Florham Park, NJ 07932-1012

Thomas Brodo
139B Fort Lee Road
Teaneck, New Jersey 07666

James R. Brown
1089 Cedar Avenue
Union, New Jersey 07083

Richard Calanni
One Old Farm Road
Tinton Falls, New Jersey 07724

Anthony D'Apolito
909 Woodland
Wall Township, NJ 07719

Richard DiBenedetto
3 Loller Drive
Martinsville, NJ 08836

Stanley Yacker, Esq.
33 Broadway, #1
Ocean Grove, NJ 07756-1397

William Kane
6119 Kipps Colony Drive
Gulfport, FL 33707

Ms. Elizabeth Ann DeMola
One Abedim Way
Califon, NJ 07830

Capital Assets Property Management, LLC
10 West Bergen Place
Red Bank, NJ 07701

Andrew I. Indeck, Esq.
Scarinci & Hallenbeck, LLC
1100 Valleybrook Avenue
P.O. Box 790
Lyndhurst, NJ 07071

David R. Kott, Esquire
McCarter & English
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102