

# Fox Rothschild LLP
ATTORNEYS AT LAW

2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291
Tel 215.299.2000 Fax 215.299.2150
www.foxrothschild.com

David H. Colvin
Direct Dial: (215) 299-2139
Email Address: dcolvin@foxrothschild.com

## VIA ECF

August 4, 2009

Honorable Michael A. Shipp
United States Magistrate Judge
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    **Walsh Securities, Inc. v. Cristo Property Management, et al.**
              **Civil Action No. 97-3496**

Dear Judge Shipp:

      This Firm represents defendants, Fidelity National Title Insurance Co. of New York and Nations Title Insurance of New York, Inc. (collectively, "**Fidelity**"), in the above-referenced proceedings. As a follow up to the letter submitted by Fidelity on July 28, 2009, which is incorporated herein by reference, I write in further support of Fidelity's request to permit Fidelity to take at least forty (40) depositions in this matter with the right to request leave of Court to take additional depositions upon a showing of good cause.

      In its letter regarding the number of depositions that should be permitted in this matter, plaintiff, Walsh Securities, Inc. ("**Walsh**"), contends that all defendants should be limited to a total of fifteen (15) depositions. Although Walsh concedes that this case involves "a large sum of damages and originally named a number of defendants," Walsh argues that all defendants should be limited to 15 depositions because Walsh has directed the claims in its Fourth Amended Complaint at only 6 of the 29 entities and individuals (Coastal, Commonwealth, Fidelity, Nations, Richard Calanni and Richard DiBenedetto) that Walsh originally named as defendants in this case. Notably, Walsh acknowledges that Fidelity has cross-claims pending against 26 of the defendants against whom Walsh asserted its original claims. Moreover, Fidelity has filed third-party claims against members of Walsh's senior management (James Walsh, Robert Walsh and Elizabeth DeMola) arising from their alleged participation in the same fraud that forms the basis of Walsh's claims in these proceedings. As a result, the Court should reject Walsh's attempt to create the appearance that this case, in its current posture, involves only a handful of claims against a nominal number defendants.


Fox Rothschild LLP
ATTORNEYS AT LAW

Honorable Michael A. Shipp
August 4, 2009
Page 2

Furthermore, the fact that Walsh has chosen to limit the number of defendants it will pursue does not change the fact that Walsh has alleged that all of those entities and individuals played a role in the fraud alleged to have been perpetrated in this matter. As such, each of those defendants has information that is relevant to the claims and defenses asserted, and may also have information regarding Walsh's participation in the alleged fraud.

With respect to the letter submitted by defendant, Commonwealth Land Title Insurance Company ("**Commonwealth**"), dated July 28, 2009, Fidelity does not object to Commonwealth's request for leave to take an unlimited number of depositions for the reasons set forth therein.

For all of the foregoing reasons, as well as the reasons and authority set forth in Fidelity's letter dated July 28, 2009, Fidelity respectfully requests leave of Court to take at least 40 depositions in this matter with the right to request leave to take additional depositions upon a showing of good cause. Thank you.

Respectfully yours,

David H. Colvin

cc:   Attached Service List