

Please Remit Payment to:   47 Bloomfield Avenue
Caldwell, NJ 07006-5309
(973) 403-1700 ~ FAX (973) 403-9222
FED Tax# 22-2582291

# INVOICE

| INVOICE NUMBER |
|---|
| 606737 |

**CLIENT FILE #:** WALSH VS. CRISTO
**SERVICE TYPE:** PROCESS SERVICE
**CLIENT #:** MCC01

**BILL TO:** DAVID KOTT
MCCARTER & ENGLISH
GATEWAY IV, 100 MULBERRY STREET
NEWARK NJ 07102

**ORDERED BY:** DAVID KOTT
**SERVICE DATE:** 08/02/09

**CASE TITLE:** WALSH VS. CRISTO PROPERTY
**CASE #:** 97-CV-3496
**REFERENCE:** WALSH VS. CRISTO WALSH VS. CRISTO PROPERTY

### SERVICE INFORMATION

**SERVICE TO:** ELIZABETH DEMOLA
A/K/A ELIZABETH (BETTY ANN) DEMOLA
1 ABEDIM WAY
CALIFON NJ 07830

### REPORT

### BILLING INFORMATION

PROCESS SERVICE                                                                                          69.50

| BILLING DATE: | 08/03/09 | TOTAL AMOUNT DUE >>>> | 69.50 |
|---|---|---|---|

Note:    1.5% interest per month (18% Annually) will accrue on accounts not paid within 30 days. Please include the invoice number with remittance. All invoices are considered correct if not disputed within five business days to DGR.

Please charge invoice #606737 to my: AMEX _____   VISA _____   MASTERCARD _____

Card #: _____   Exp. Date: _____

Name on Card: _____   Signature: _____

Case 2:97-cv-03496-DRD-JAD   Document 324   Filed 08/07/09   Page 2 of 3 PageID: 3610
Case 2:97-cv-03496-DRD-MAS   Document 310   Filed 07/28/2009   Page 3 of 6
Case 2:97-cv-03496-DRD-MAS   Document 307   Filed 07/24/2009   Page 1 of 2

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF

## NEW JERSEY

WALSH SECURITIES, INC.,

                    Plaintiff,

v.

CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, RONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW YORK INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, COASTAL TITLE AGENCY, DONNA PEPSNY, WEICHERT REALTORS, and VECCHIO REALTY, INC. D/B/A MURPHY REALTY BETTER HOMES and GARDENS,

                    Defendants.

and

COMMONWEALTH LAND TITLE INSURANCE COMPANY

                    Defendant/Third-Party Plaintiff,

v.

ROBERT WALSH, JAMES WALSH and ELIZABETH ANN DeMOLA,

                    Third-Party Defendants.

CASE NUMBER: 97-cv-3496 (DRD) (MAS)

**SUMMONS**

TO:   Elizabeth (Betty Ann) DeMola
       1 Abedim Way
       Califon, NJ 07830

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, Newark, New Jersey 07101 an answer to the Third Party Complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

# WILLIAM T. WALSH

CLERK

*Sherri Laimi* (signature)
(BY) DEPUTY CLERK

7-28-09

DATE

MEI 8826439v.1

Case 2:97-cv-03496-DRD-JAD   Document 324   Filed 08/07/09   Page 3 of 3 PageID: 3611
Case 2:97-cv-03496-DRD-MAS   Document 310   Filed 07/28/2009   Page 4 of 6
Case 2:97-cv-03496-DRD-MAS   Document 307   Filed 07/24/2009   Page 2 of 2

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons & Complaint was made by me [1] | DATE  8/2/09  2:30 PM |
| NAME OF SERVER *(PRINT)*  GERALD COLASURDO | TITLE  PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: __1 ABEDIM WAY, CALIFON NJ.__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other *(specify)*: _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __8/2/09__
Date

Signature of Server

__47 Bloomfield Ave, Caldwell, NJ 07006__
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

MEI 8826439v.1