Case 2:97-cv-03496-DRD-JAD   Document 325   Filed 08/14/09   Page 1 of 2 PageID: 3612
Case 2:97-cv-03496-DRD-MAS   Document 310   Filed 07/28/2009   Page 5 of 6
Case 2:97-cv-03496-DRD-MAS   Document 306   Filed 07/24/2009   Page 1 of 2

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

──────────── DISTRICT OF ────────────

## NEW JERSEY

WALSH SECURITIES, INC.,

                Plaintiff,

v.

CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, RONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW YORK INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, COASTAL TITLE AGENCY, DONNA PEPSNY, WEICHERT REALTORS, and VECCHIO REALTY, INC. D/B/A MURPHY REALTY BETTER HOMES and GARDENS,

                Defendants.

and

COMMONWEALTH LAND TITLE INSURANCE COMPANY

                Defendant/Third-Party Plaintiff,

v.

ROBERT WALSH, JAMES WALSH and ELIZABETH ANN DeMOLA,

                Third-Party Defendants.

CASE NUMBER: 97-cv-3496 (DRD) (MAS)

**SUMMONS**

TO:    James Walsh
        10 Sherwood Court
        Warren, NJ 07059

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, Newark, New Jersey 07101 an answer to the Third Party Complaint which is herewith served upon you, within <u>20</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

# WILLIAM T. WALSH        7-28-09

CLERK                                                     DATE

*Sheree Laimo*
(BY) DEPUTY CLERK

ME1 8826457v.1

Case 2:97-cv-03496-DRD-JAD   Document 325   Filed 08/14/09   Page 2 of 2 PageID: 3613
Case 2:97-cv-03496-DRD-MAS   Document 310   Filed 07/28/2009   Page 6 of 6
Case 2:97-cv-03496-DRD-MAS   Document 306   Filed 07/24/2009   Page 2 of 2

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons & Complaint was made by me [1] | DATE 8/3/09 |
| NAME OF SERVER (PRINT) Jeffrey Shipley | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 10 Sherwood Court Warren, NJ 07059, James Walsh, Personally

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/3/09
Date

Signature of Server

47 Bloomfield Ave, Caldwell, NJ 07006
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ME1 8826457v.1