

# METHFESSEL & WERBEL
*A Professional Corporation*

| | Counsel | Associates |
|---|---|---|
| JOEL N. WERBEL> | LORI BROWN STERNBACK*+ | TRACY B. BUSSEL> |
| JOHN METHFESSEL, JR.> | MARC DEMBLING*+ | EDWARD D DEMBLING> |
| EDWARD L. THORNTON*> | PAUL J. ENDLER JR.> | MICHAEL R. EATROFF> |
| DONALD L. CROWLEY*+ | GERALD KAPLAN+ | TIMOTHY J. FONSECA+ |
| FREDRIC PAUL GALLIN*+^ | STEVEN A. KLUXEN^ | SCOTT V. HECK+ |
| STEPHEN R. KATZMAN# | JOHN R. KNODEL*+ | FRANK J. KEENAN+^ |
| WILLIAM S.BLOOM>* | MARTIN R. MCGOWAN, JR.> | LESLIE A. KOCH+ |
| ERIC L. HARRISON*+ | CHARLES T. MCCOOK, JR. *> | ALLISON M. KOENKE> |
| MATTHEW A. WERBEL> | JARED P. KINGSLEY*+ | DANIELLE M. LOZITO+ |
| | | ANDRES Y. MEJER+ |
| Of Counsel | | KEITH J. MURPHY+ |
| JOHN METHFESSEL, SR.> | | JEFFREY D. NOONAN> |
| | | MATTHEW L. RACHMIEL> |
| | | WILLIAM J. RADA+ |
| | | CHARLES P. SAVOTH, III> |
| | | MICHELLE M. SCHOTT> |
| | | LEONARD E. SEAMAN, III^ |
| | | GINA M. STANZIALE> |
| | | ADAM S. WEISS< |

\* Certified by the Supreme Court of
   New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
>Member of NJ Bar only
#Member of NJ & LA. Bar
%Member of MI Bar
<Member of NJ and DC

**Please reply to New Jersey**

August 14, 2009

**VIA E-FILE**
Clerk, United States District Court - Newark
Martin Luther King Jr.
Federal Building and U.S. Court
Newark, NJ  07101

RE:     **WALSH SECURITIES, INC. VS. CRISTO PROP.**
        Our File No.     :  45987 MRM
        Docket No.       :  2:97-CV-03496

Dear Sir/Madam:

Please remove me from the counsel list in this case. While Martin McGowan of my office is counsel of record to one of the parties, I am no longer involved.

                        Respectfully.

                        **METHFESSEL & WERBEL, ESQS.**

                        Eric L. Harrison
                        harrison@methwerb.com
                        Ext. 138

ELH:jzm.

3 Ethel Road ~ Suite 300 ~ P.O. Box 3012 ~ Edison, NJ 08818 ~ (732) 248-4200 ~ FAX (732) 248-2355
450 Seventh Avenue ~ Suite 1400 ~ New York, New York 10123 ~ (212) 947-1999 ~ FAX (212) 947-3332
www.njinslaw.com