Robert A. Magnanini, Esq.
Amy Walker Wagner, Esq.
**STONE & MAGNANINI LLP**
150 John F. Kennedy Parkway, Fourth Floor
Short Hills, New Jersey 07078
973-218-1111
Attorneys for Plaintiff Walsh Securities, Inc.
and Third-Party Defendant Robert Walsh

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : Civil Action No. 97-cv-3496 (DRD) |
| Plaintiff, | : Hon. Dickinson R. Debevoise |
| vs. | : |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DiBENEDETTO, JAMES R. BROWN, THOMAS BRODO, ROLAND PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE CO., NATIONS TITLE INSURANCE OF NEW YORK, INC., FIDELITY NATIONAL TITLE INSURANCE CO. OF NEW YORK, COASTAL TITLE AGENCY, STEWART TITLE GUARANTY COMPANY, IRENE DIFEO, DONNA PEPSNY, WEICHERT REALTORS, AND VECCHIO REALTY, INC. D/B/A MURPHY REALTY BETTER HOMES and GARDENS, | : **NOTICE OF MOTION TO DISMISS THIRD-PARTY COMPLAINTS AGAINST ROBERT WALSH** |
| Defendants, | : |

and                                                              :
                                                                 :
COMMONWEALTH LAND TITLE                                          :
INSURANCE COMPANY, FIDELITY                                      :
NATIONAL TITLE INSURANCE COMPANY                                 :
and NATIONS TITLE INSURANCE OF                                   :
NEW YORK, INC.,                                                  :
                                                                 :
       Defendants/Third Party Plaintiffs,   :
                                                                 :
v.                                                               :
                                                                 :
ROBERT WALSH, JAMES WALSH and                                    :
ELIZABETH ANN DEMOLA,                                            :
                                                                 :
       Third Party Defendants.                :

**PLEASE TAKE NOTICE** that Third-Party Defendant Robert Walsh hereby moves the Court for an Order dismissing the Third-Party Complaint filed by Defendant/Third-Party Plaintiff Commonwealth Land Title Insurance Company, and the Third-Party Complaint filed by Defendants/Third-Party Plaintiffs Fidelity National Title Insurance Company and Nations Title Insurance of New York, Inc. for failure to state a claim upon which relief may be granted pursuant to Fed. R. Civ. P. 12(b)(6), in the form of the proposed Order filed herewith, which motion is supported by the accompanying Memorandum of Law and which motion is to be heard before the Honorable Dickinson R. Debevoise, United States District Judge, District of New Jersey, Martin Luther King Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, on the 21st day of September 2009, at 10:00 a.m.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests oral argument if timely opposition is filed.

> By: ___/s/_____
> Robert A. Magnanini
> **STONE & MAGNANINI LLP**
> 150 John F. Kennedy Parkway, 4th floor
> Short Hills, New Jersey 07078
> (973) 218-1111
> Counsel for Plaintiff Walsh Securities, Inc.

Dated: August 20, 2008