Robert A. Magnanini, Esq.
Amy Walker Wagner, Esq.
**STONE & MAGNANINI LLP**
150 John F. Kennedy Parkway, Fourth Floor
Short Hills, New Jersey 07078
973-218-1111
Attorneys for Plaintiff Walsh Securities, Inc.
and Third-Party Defendant Robert Walsh

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : Civil Action No. 97-cv-3496 (DRD) |
| Plaintiff, | : Hon. Dickinson R. Debevoise |
| vs. | : |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DiBENEDETTO, JAMES R. BROWN, THOMAS BRODO, ROLAND PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE CO., NATIONS TITLE INSURANCE OF NEW YORK, INC., FIDELITY NATIONAL TITLE INSURANCE CO. OF NEW YORK, COASTAL TITLE AGENCY, STEWART TITLE GUARANTY COMPANY, IRENE DIFEO, DONNA PEPSNY, WEICHERT REALTORS, AND VECCHIO REALTY, INC. D/B/A MURPHY REALTY BETTER HOMES and GARDENS, | : [PROPOSED] **ORDER** |
| Defendants, | : |

and                                              :
                                                 :
COMMONWEALTH LAND TITLE                          :
INSURANCE COMPANY, FIDELITY                      :
NATIONAL TITLE INSURANCE COMPANY                 :
and NATIONS TITLE INSURANCE                      :
OF NEW YORK, INC.,                               :
                                                 :
            Defendants/Third Party Plaintiffs,   :
                                                 :
v.                                               :
                                                 :
ROBERT WALSH, JAMES WALSH and                    :
ELIZABETH ANN DEMOLA,                            :
                                                 :
            Third Party Defendants.              :
_____          :

**THIS MATTER**, having been opened to the Court by Stone & Magnanini LLP, on behalf of Third-Party Defendant Robert Walsh, for an Order dismissing the Third-Party Complaint filed by Commonwealth Land Title Insurance Company, and dismissing the Third-Party Complaint filed by Fidelity National Title Insurance Company and Nations Title Insurance Company of New York, Inc., and the Court having considered the submissions of the parties and argument of counsel, and for good cause shown;

            **IT IS**, on this _____ day of _____, 2009 hereby

            **ORDERED** that Third-Party Defendant Robert Walsh's motion to dismiss the Third-Party Complaint of Commonwealth Land Title Insurance Company and the Third-Party Complaint of Fidelity National Title Insurance Company and Nations Title Insurance Company of New York, Inc. be and hereby is granted; and it is

            **FURTHER ORDERED** that Commonwealth Land Title Insurance Company's Third-Party Complaint, and Fidelity National Title Insurance Company and Nations Title

Insurance Company of New York, Inc.'s Third-Party Complaint be and hereby are dismissed with prejudice.

_____
Hon. Dickinson R. Debevoise, U.S.D.J.