## CERTIFICATE OF SERVICE

I, Robert A. Magnanini, Esq., hereby certify that the foregoing Notice of Motion of Third-Party Defendant Robert Walsh to Dismiss the Third-Party Complaints of Defendants/Third-Party Plaintiffs Commonwealth Land Title Insurance Company, Fidelity National Title Insurance Company and Nations Title Insurance of New York, Inc. for Failure to State a Claim Pursuant to Fed. R. Civ. P.12(b)(6), Memorandum of Law in support thereof, and a proposed form of Order, were electronically filed with the United States District Court, District of New Jersey, and served on all counsel of record, via the ECF System on August 20 , 2009.   The following parties were also served via regular mail on that date:

Richard Calanni
One Old Farm Road
Tinton Falls, NJ 07724

Richard DiBenedetto
3 Loller Drive
Martinsville, NJ 08836

Elizabeth Ann DeMola
1 Abedim Way
Califon, NJ 07830

James Walsh
10 Sherwood Court
Warren, NJ 07059

By: ____/s/_____
Robert A. Magnanini