Attn William T. Walsh Clerk Of Court

U.S. DISTRICT COURT
2009 AUG 21  A 11: 09

Martin Luther King Building & U.S. Courthouse
50 Walnut Street room 4015
Newark N.J. 07101

RE Civil Action No 97-cu-3496(DRD)

09/20/09

I am Elizabeth Demola I have been named as a third party defendant in the above matter based upon a complaint filed by Commwealth Land Title Insurance Co., Fidelity National Title Insurance Co of New York and Nations Title Insurance of New York. I represent myself PRO SE. In lieu of an answer I support and join in the motion to dismiss of Robert Walsh filed August 20 2009 for the reasons set forth and for the same reasons set forth in the motion I should be dismissed. I should be dismissed from the complaints as a third party defendant.

Thank You

*[signature]*

Elizabeth Demola


David Kott
McCarter & English
Four Gateway Center
100 Mulberry Street
Newark N.J. 0712


Edward Hayes
Fox Rothschild
2000 Market Street Tenth Floor
Philadelphia Pa.19103