**FOX ROTHSCHILD LLP**
FORMED IN THE COMMONWEALTH OF PENNSYLVANIA
BY:   EDWARD J. HAYES (EJH-9808)
      DAVID H. COLVIN, ESQUIRE (DHC-9909)
      AMY C. PURCELL, ESQUIRE (ACP-6557)
P. O. Box 5231
PRINCETON, NJ 08543-5231
TEL. (609) 896-3600
FAX (609) 896-1469

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, RONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW YORK INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, COASTAL TITLE AGENCY, and STEWART TITLE GUARANTY COMPANY, IRENE DiFEO, DONNA PEPSNY, WEICHERT REALTORS, AND VECCHIO REALTY, INC. D/B/A MURPHY REALTY BETTER HOMES and GARDENS, <br> Defendants | Civil Action No. 97-3496 (DRD)(MAS) <br><br><br><br><br> **ACCEPTANCE OF SERVICE OF THIRD-PARTY COMPLAINT OF DEFENDANTS/THIRD-PARTY PLAINTIFFS, FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK AND NATIONS TITLE INSURANCE OF NEW YORK** |

I am authorized by third-party defendant, Robert Walsh, to accept service of the attached Answer to Fourth Amended Complaint, Separate Defenses, Answer to Cross-Claims, Cross-Claim, Third-Party Complaint of Fidelity National Title Insurance Company of New York and Nations Title Insurance of New York, against Robert Walsh, James Walsh and Elizabeth Ann DeMola ("Fidelity's Third-Party Complaint") and hereby accept service of same.

By accepting service of the same, third-party defendant, Robert Walsh, retains all defenses and objections to Fidelity's Third-Party Complaint and/or to the jurisdiction or venue of the Court except for objections based on a defect in service of Fidelity's Third-Party Complaint.

Third-Party defendant, Robert Walsh, understands that a judgment may be entered against him on Fidelity's Third-Party Complaint if an answer or motion under Rule 12 is not served within 60 days hereof, unless extended by the consent of the attorneys for Fidelity National Title Insurance Company of New York and/or Nations Title Insurance of New York, or by an Order of the Court.

_____
Robert A. Magnanini, Esquire

Dated: August 18, 2009