AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| Walsh Securities, Inc. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 97-3496 (DRD) (MAS) |
| Cristo Property Management, Ltd., et al. | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Elizabeth (Betty Ann) DeMola
1 Abedim Way
Califon, NJ 07830

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 8/7/09

WILLIAM T. WALSH
Name of clerk of court

*[signature]*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

Case 2:97-cv-03496-DRD-MAS   Document 317   Filed 08/04/2009   Page 2 of 2

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __8/18/09__,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with __Thomas Demola__ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: __8/18/09__

Server's signature

__GERALD COLASURDO__
Printed name and title
CERTIFIED PROF. PROCESS SERVER

__47 BLOOMFIELD AVE. CALDWELL, NJ 07006__
Server's address