# RICHARD CALANNI, PRO SE

August 30, 2009

Honorable Michael A. Shipp
United States Magistrate Judge
United States District Court
District Of New Jersey

Re:   WALSH SECURITIES, INC.,

Action No. CV 97-3496 (WGB)

Dear Judge Shipp,

I represent myself, Richard Calanni, pro-se. I had no knowledge the conference call held on July 21, 2009. I was notified about this by mail the day after, July 22, 2009. I have been trying to catch up and I just can't. I find it un-fair and it most like was legally inappropriate to leave me out of any input. I am a defendant and technically counsel.

I wish I wasn't part of this case but I am. So I feel a conference call pertaining to the issues, that I was left out of, should be held again. I deserve the right to a fair defense. I also ask be released of any dead lines that were made at that decisions because I never had the chance to let your Honor know of my wife's Illness, me being audited, my stress of looking for work because I have lost business being self employed and several other issues causing me to seek state aid. I am a one man army with no help.

Reading a letter sent by Fox Rothschild dated August 4, 2009 to you, your Honor, It states that the Fourth Amended was directed to me, Richard Calanni and only 5 others. I'm lost with that one, could someone please explain what the change was. And how many times does the plaintiff get a chance to change their minds on what specifics their litigating us for? After 15 years one thinks they might know by now. Isn't there such a thing and a time when the courts step in and say, "enough's, enough. The plaintiff not sure, so Case Dismissed"?   I'm not a trained lawyer, so I cant state a case.

As for depositions. My opinion is, the plaintiff has incorporated the amount of defendants. It is only fair and just the defendants choose who to depose. (includes James Walsh, Robert Walsh and Elizabeth /aka/ Betty-Ann Demola. Not the plaintiffs choice.

The plaintiff made the claims, they can't design the playing field and make up the rules as they go along so to monopolize a win, win situation. I mean when I'm up at bat, I can't take home plate with me and run the bases nor lower a basket ball hoop because I'm only 5ft 9in. The amount of the of people that need to be deposed, is the amount of people that the plaintiff brought into the game. Lets keep home plate and the hoop where it belongs. I'm just a simple guy, thinking simple thoughts and I think their reasonable ones to the best I can explain myself.

As for contacting every one in this case, I don't even have every ones address or electronic filing to notify. The required speed in answering, the confusion of case matter, the changes of amendments, the arguments, the interpretations of case law and letters sent to you, your Honor, are by educated, seasoned high priced, well staffed attorneys from both spectrums of this case. They appear confused. If their confused what shot in the dark do I have?

This is the first letter I ever wrote you, your Honor. I was hoping to learn as I went along from the other attorneys in this case, but by what I'm reading that is being sent to me, I'm more bewildered then ever. I have a high school degree. No college, no law education, just this experience.

Truly with respect for the courts and you, your Honor

*Richard Calanni*

Richard Calanni, pro-se

---

Vs.

CRISTO PROPERTY MANAGEMENT, LTD.,
a/k/a G.J.L LIMITED, DEK HOMES OF NEW
JERSEY, INC.,OAKWOOD PROPERTIES, INC.,
NATIONAL HOME FUNDING, INC.,
CAPITAL ASSETS PROPERTY MANAGEMENT &
INVESTMENT CO., INC., CAPITAL ASSETS
PROPERTY MANAGEMENT, L.L.C., WILLIAM KANE, GARY GRIESER,
ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DiBENEDETTO
JAMES R. BROWN, THOMAS BRODO, ROLAND PIERSON,
STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ.,
RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ.,
LAWRENCE CUZZI, ANTHONY D'APOLITO, DAP CONSULTING.
INC., COMMONWEALTH LAND TITLE INSURANCE CO.,
NATIONS TITLE INSURANCE OF NEW YORK, INC.,
FIDELITY NATIONAL TITLE INSURANCE CO. OF NEW YORK,
COASTAL TITLE AGENCY, STEWART TITLE GUARANTY COMPANY,
IRENE DIFEO, DONNA PEPSNY, WEICHERT REALTORS, AND VECCHIO
REALTY, INC. D/B/A MURPHY REALTY BETTER HOMES AND GARDEN

Defendants