25-1087RJR750
ROBERT J. REILLY, III, ESQ. (RRR 4825)
REILLY, SUPPLE & WISCHUSEN, LLC
Murray Hill Officenter
571 Central Avenue
New Providence, N.J. 07974
(908) 665-1166
Attorneys for Defendant, Michael Alfieri, Esq. on Count VI of the Third Amended Complaint only

| | |
|---|---|
| WALSH SECURITIES, INC., | UNITED STATES DISTRICT COURT |
| | DISTRICT OF NEW JERSEY |
| | ACTION NO. CV 97-3496 (SDW) |
| Plaintiff, | |
| -v- | Hon. Susan D. Wigenton |
| | |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO, INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, ROLAND PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE CO., NATIONS TITLE INSURANCE CO., OF NEW YORK, INC., FIDELITY NATIONAL TITLE INSURANCE CO OF NEW YORK, COASTAL TITLE AGENCY and STEWART TITLE GUARANTY COMPANY, | STIPULATION OF DISMISSAL WITH PREJUDICE AS TO MICHAEL ALFIERI, ESQ. (ALL COUNTS), RICHARD PEPSNY, ESQ. (ALL COUNTS) and ANTHONY M. CICALESE, ESQ. AS TO THE NEGLIGENCE ALLEGATIONS ONLY - SIXTH COUNT OF THIRD AMENDED COMPLAINT |
| Defendants | |

The matter in difference in the above entitled action having been amicably adjusted by and between the listed parties only, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice as to Michael Alfieri, Esq. (all counts), Richard Pepsny, Esq. (all counts) and Anthony M. Cicalese, Esq., as to the negligence count only - the Sixth Count of the Third Amended Complaint (the intentional allegations against Anthony M. Cicalese, Esq. only shall survive the execution and filing of this Stipulation of Dismissal).

Stone & Magnanini LLP
BOIES, SCHILLER & FLEXNER, LLP
Attorneys for Plaintiff

BY: _____
ROBERT A. MAGNANINI

REILLY, SUPPLE & WISCHUSEN, LLC
Attorneys for Defendant, Michael Alfieri, Esq. on Count VI (negligence) of the Third Amended Complaint only

BY: _____
ROBERT J. REILLY, III

HOBBIE, CORRIGAN, BERTUCIO & TASJY, PC
Attorneys for Defendant, Michael Alfieri, Esq. on all Counts of the Third Amended Complaint except Count VI (negligence)

BY: _____
EDWARD C. BERTUCIO, JR.

GARRITY, GRAHAM, FAVETTA & FLINN, P.C.
Attorneys for Defendant, Anthony M. Cicalese, Esq. on Count VI (negligence) of Plaintiff's Complaint

BY: _____
STEPHEN F. BALSAMO, ESQ.

MARK W. CATANZARO, ESQ.
Attorney for Defendant, Richard Pepsny, Esq.

BY: _____
MARK W. CATANZARO, ESQ.

SO ORDERED: _____ USDJ
DATE: August 21, 2009