CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101-0419

OFFICIAL BUSINESS

STANLEY YACKER
33 BROADWAY, #1
OCEAN ROVE, NJ 07756

2009 SEP 17 A 10: 51

U.S. DISTRICT COURT
NEWARK

## Other Orders/Judgments

2:97-cv-03496-DRD-MAS WALSH SECURITIES INC v. CRISTO PROPERTY, et al

12BK, SCHEDO

### U.S. District Court

### District of New Jersey [LIVE]

### Notice of Electronic Filing

The following transaction was entered on 8/25/2009 at 6:42 AM EDT and filed on 8/25/2009
**Case Name:**     WALSH SECURITIES INC v. CRISTO PROPERTY, et al
**Case Number:**    2:97-cv-3496
**Filer:**
**Document Number:** 331

**Docket Text:**
**SCHEDULING ORDER: Telephone Status Conference set for 10/14/2009 02:00 PM before
Magistrate Judge Michael A. Shipp. Amended Pleadings due by 11/16/2009. Fact
Discovery due by 3/10/2010. Joinder of Parties due by 11/16/2009; etc.. Signed by
Magistrate Judge Michael A. Shipp on 8/24/09. (DD, )**


**2:97-cv-3496 Notice has been electronically mailed to:**

AMY CHRISTINE PURCELL    apurcell@foxrothschild.com

AMY WALKER WAGNER    awagner@stonemagnalaw.com, aalberts@stonemagnalaw.com,
mhamilton@stonemagnalaw.com

DAVID HARTMAN COLVIN    dcolvin@foxrothschild.com

DAVID R. KOTT    dkott@mccarter.com

EDWARD J. HAYES    ehayes@foxrothschild.com

FREDERICK W. ALWORTH    falworth@gibbonslaw.com, efiling@gibbonslaw.com

JEROME A. BALLAROTTO    jabesquire@aol.com

JOHN B. MCCUSKER    jmcc@marc-law.com, ceaves@marc-law.com, mpapagelopoulos@marc-
law.com, msommer@marc-law.com

MARK W. CATANZARO    mark@catanzarolaw.com, lisa@catanzarolaw.com,