## CERTIFICATE OF SERVICE

 I hereby certify that on this date I served a true and correct copy of the foregoing brief of defendants/third-plaintiffs, Nations Title Insurance of New York, Inc. and Fidelity National Title Insurance Co. of New York, in opposition to the third-party defendants' motion to dismiss the third-party complaint upon the following individuals by first-class mail, postage prepaid:

Robert A. Magnanini, Esq.
Stone Magnanini, LLP
150 John F. Kennedy
Short Hills, NJ 07078

Michael D. Schottland, Esq.
Lomurro, Davison, Eastman & Munoz, P.A.
100 Willowbrook Road
Freehold, NJ 07728

Martin R. McGowan, Jr., Esq.
Methfessel & Werbel
3 Ethel Road
Suite 300
Edison, New Jersey 08818

Edward C. Bertucio, Jr., Esq.
Hobbie, Corrigan, Bertucio Tashjy, P.C.
125 Wyckoff Road
Eatontown, NJ 07724

Robert J. Reilly, III, Esq.
Reilly, Supple & Wischusen, LLC
571 Central Avenue
New Providence, NJ 07974

Mark W. Catanzaro, Esq.
Blason IV Suite 208
513 Lenola Road
Moorestown, New Jersey 08057

Thomas D. Flinn, Esq.
Garrity, Graham, Favette & Flinn
1 Lackawanna Plaza, Box 4205
Montclair, NJ 07042

Anthony M. Cicalese, Esq.
467 Long Hill Drive
Short Hills, NJ 07078

Anthony M. Cicalese
74C Manatiales de Belen
200 Mtrs Norte de igleseis de Ascen
San Antonio de Belen
Heredia, Costa Rica

Pasquale Menna, Esq.
Kauff and Menna
170 Broad Street
P.O. 762
Red Bank, New Jersey 07701

John B. McCusker, Esq.
McCusker, Anselmi, Rosen, Carvell & Walsh, PC
210 Park Avenue #3
Florham Park, NJ 07932-1012

Thomas Brodo
139B Fort Lee Road
Teaneck, New Jersey 07666

James R. Brown
1089 Cedar Avenue
Union, New Jersey 07083

Richard Calanni
One Old Farm Road
Tinton Falls, New Jersey 07724

Anthony D'Apolito
909 Woodland
Wall Township, NJ 07719

Richard DiBenedetto
3 Loller Drive
Martinsville, NJ 08836

Stanley Yacker, Esq.
33 Broadway, #1
Ocean Grove, NJ 07756-1397

William Kane
6119 Kipps Colony Drive
Gulfport, FL 33707

Ms. Elizabeth Ann DeMola
One Abedim Way
Califon, NJ 07830

James Walsh
10 Sherwood Court
Warren, NJ 07059

Capital Assets Property Management, LLC
10 West Bergen Place
Red Bank, NJ 07701

Andrew I. Indeck, Esq.
Scarinci & Hallenbeck, LLC
1100 Valleybrook Avenue
P.O. Box 790
Lyndhurst, NJ 07071

David R. Kott, Esquire
McCarter & English
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

                                                AMY C. PURCELL, ESQ.

Dated: September 21, 2009