

**McCARTER**
**&ENGLISH**
ATTORNEYS AT LAW

September 21, 2009

**VIA ECF**

Clerk
U.S. District Court for the District of New Jersey
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

David R. Kott
Partner
T. 973.622.4444
F. 973.624.7070
dkott@mccarter.com

**Re:  Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.**
     **Civil Action No. 97-cv-3496 (DRD)(MAS)**

Dear Sir/Madam:

This office represents Defendant/Third-Party Plaintiff Commonwealth Land Title Insurance Company in connection with this matter.  Enclosed for filing are the following:

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

(1)   Brief of Defendant/Third-Party Plaintiff Commonwealth Land Title Insurance Company in Opposition to Third-Party Defendants' Motion to Dismiss Commonwealth's Third-Party Complaint;

(2)   Certification of Sara F. Merin in Support of Defendant/Third-Party Plaintiff Commonwealth Land Title Insurance Company in Opposition to Third-Party Defendants' Motion to Dismiss Commonwealth's Third-Party Complaint; and

(3)   Certification of Service.

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

Very truly yours,

s/ David R. Kott

David R. Kott

DRK:pz
Enclosures
cc:    Honorable Dickinson R. Debevoise (via regular mail) (w/enc.)
      Robert A. Magnanini, Esq. (via ECF and regular mail) (w/enc.)
      Edward J. Hayes, Jr., Esq. (via ECF and regular mail) (w/enc.)
      Martin R. McGowan, Jr., Esq. (via ECF and regular mail) (w/enc.)
      All Persons on the Attached Service List (via regular mail) (w/enc.)

ME1 9027786v.1

Revised 8/21/09

## SERVICE LIST

## WALSH SECURITIES, INC. V. CRISTO PROPERTY MANAGEMENT, ET AL
## CIVIL ACTION NO. 97-3496 (DRD)

Robert A. Magnanini, Esq.
Stone Magnanini, LLP
150 John F. Kennedy
Short Hills, NJ 07078
**Attorney for plaintiff Walsh Securities, Inc. and for third-party defendant Robert Walsh**

Michael D. Schottland, Esq.
Lomurro, Davison, Eastman & Muñoz, P.A.
100 Willowbrook Road
Freehold, NJ 07728
**Attorney for Defendants National Home Funding, Inc. and Robert Skowrenski, II**

Martin R. McGowan, Jr., Esq.
Methfessel & Werbel
3 Ethel Road
Suite 300
Edison, New Jersey 08818
**Attorneys for Defendant Coastal Title Agency**

Edward C. Bertucio, Jr., Esq.
Hobbie, Corrigan, Bertucio & Tashjy, P.C.
125 Wyckoff Road
Eatontown, NJ 07724
**Attorney for Defendant Michael Alfieri, Esq.**

Robert J. Reilly, III, Esq.
Reilly, Supple & Wischusen, LLC
571 Central Avenue
New Providence, NJ 07974
**Attorney for defendant Michael Alfieri, Esq. on the Sixth Count**

Mark W. Catanzaro, Esq.
Blason IV
Suite 208
513 Lenola Road
Moorestown, New Jersey 08057
**Attorney for defendants Richard Pepsny and Donna Pepsny**

Thomas D. Flinn, Esq.
Garrity, Graham, Favette & Flinn
1 Lackawanna Plaza, Box 4205
Montclair, NJ 07042
**Attorney for Defendant Anthony M. Ciccalese (on certain counts of the Complaint)**

Anthony M. Cicalese
74C Manatiales de Belen
200 Mtrs Norte de igleseis de Ascen
San Antonio de Belen
Heredia, Costa Rica
**Pro se (on certain counts of the Complaint)**

ME1 2304466v.1

Edward J. Hayes, Jr., Esq.
Fox, Rothschild, O'Brien & Frankel
2000 Market Street
10th Floor
Philadelphia, Pennsylvania  19103-3291
**Attorney for Defendants Fidelity National Title Insurance and Nations Title Insurance**

Pasquale Menna, Esq.
Kauff and Menna
170 Broad Street
P.O. 762
Red Bank, New Jersey  07701
**Attorneys for Defendant Roland J. Pierson**

John B. McCusker, Esq.
McCusker, Anselmi, Rosen & Carvelli
210 Park Avenue, #3
Florham Park, NJ 07932-1012
**Attorneys for Defendant Weichert Realtors**

Thomas Brodo, Pro Se
139B Fort Lee Road
Teaneck, New Jersey  07666

James R. Brown, Pro Se
7 Pamela Road
East Brunswick, NJ 08816-4418

Richard Calanni, Pro Se
One Old Farm Road
Tinton Falls, New Jersey 07724

Anthony D'Apolito, Pro Se
909 Woodland
Wall Township, NJ 07719

Richard DiBenedetto, Pro Se
3 Loller Drive
Martinsville, NJ  08836

Stanley Yacker, Esq., Pro Se
6 Swimming River Court
Barnegat, NJ  08005-5624
(609) 698-3299 - Phone

William Kane, Pro Se
6119 Kipps Colony Drive
Gulfport, FL 33707

Ms. Elizabeth Ann DeMola
One Abedim Way
Califon, NJ 07830

2

ME1 2304466v.1

James Walsh
10 Sherwood Court
Warren, NJ 07059

Andrew I. Indeck, Esq.
Scarinci & Hollenbeck, LLC
1100 Valleybrook Avenue
P.O. Box 790
Lyndhurst, NJ 07071
**Attorney for Garden State Indemnity Co. (Legal Malpractice carrier**
**for defendant Michael Alfieri)**

3

ME1 2304466v.1