**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant/Third Party Plaintiff
   Commonwealth Land Title Insurance Company

|  |  |
|---|---|
| WALSH SECURITIES, INC., | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
| Plaintiff, | Civil Action No. 97-cv-3496 (DRD)(MAS) |
| v. | Hon. Dickinson R. Debevoise, U.S.S.D.J. Hon. Michael A. Shipp, U.S.M.J. |
| CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. Limited, ET AL., | **CERTIFICATION OF SERVICE** |
| Defendants. |  |

**Patrizia Warhaftig,** of full age, hereby certifies as follows:

1. I am employed by McCarter & English, LLP, attorneys for defendant/third-party plaintiff Commonwealth Land Title Insurance Company.

2. On September 21, 2009, I caused to be filed via electronic mail with the Clerk for the U.S. District Court for the District of New Jersey, M.L. King, Jr. Federal Bldg. & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, the following documents:

   (a) Commonwealth's Brief in Opposition to Third-Party Defendants' Motion to Dismiss Commonwealth's Third-Party Complaint, with exhibit; and

   (b) Certification of Sara F. Merin in Support of Commonwealth's Opposition to Third-Party Defendants' Motion to Dismiss Commonwealth's Third-Party Complaint, with exhibits.

ME1 9028749v.1

3. On September 21, 2009, copies of the aforementioned documents were served via electronic mail and regular mail upon the following:

>Robert A. Magnanini, Esq.
>Stone Magnanini, LLP
>150 John F. Kennedy
>Short Hills, NJ 07078;
>
>Edward J. Hayes, Jr., Esq.
>Fox, Rothschild, O'Brien & Frankel
>2000 Market Street, 10th Floor
>Philadelphia, PA 19103-3291; and
>
>Martin R. McGowan, Jr., Esq.
>Methfessel & Werbel
>3 Ethel Road, Suite 300
>Edison, NJ 08818.

4. On September 21, 2009, copies of the aforementioned documents were served via regular mail upon the following:

>Honorable Dickinson R. Debevoise
>U.S. District Court for the District of New Jersey
>M.L. King, Jr. Federal Bldg. & U.S. Courthouse
>50 Walnut Street
>Newark, New Jersey 07101; and

All Parties listed on the Service List attached to the Filing Letter.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

*Patrizia Warhaftig*
Patrizia Warhaftig

Dated: September 21, 2009

ME1 9028749v.1