## LOMURRO, DAVISON, EASTMAN & MUÑOZ, P.A.
ATTORNEYS AT LAW
MONMOUTH EXECUTIVE CENTER
100 WILLOW BROOK ROAD
BUILDING 1
FREEHOLD, NEW JERSEY 07728

(732) 462-7170
TELEFAX (732) 409-0292

E-Mail Address:
MSCHOTTLAND@LOMURROLAW.COM

Website:
WWW.LOMURROLAW.COM

DIRECT DIAL (732) 410-2351

DONALD M. LOMURRO +○
DUANE O. DAVISON
EDWARD C. EASTMAN, JR. +
ROBERT F. MUÑOZ
ROBERT L. HEUGLE, JR. +
BETTINA E. MUNSON ◊
PETER H. LEDERMAN
JAMES M. McGOVERN, JR.
JAMES A. PAONE, II +
THOMAS M. COMER +
ROBERT S. BONNEY, JR. ○
ANDREA WHITE O'BRIEN ◊
JOHN L. KRAFT
DOUGLAS J. KATICH

COUNSEL
GARY P. McLEAN
MICHAEL J. FASANO
SIMON L. KAUFMAN
PETER V. KOENIG
H. FRANK CARPENTIER
TRACY A. ARMSTRONG

HEIDI K. HOFFMAN
LOREN ROSENBERG LIGHTMAN
DANIEL M. SANTARSIERO*
CARRIE A. LUMI
MICHELE CRUPI

JAIME R. ACKERMAN
JONATHAN H. LOMURRO
CHRISTINA D. HARDMAN-O'NEAL
AMY L. MILLER
BLAKE R. LAURENCE
PERIANGILLY BELTRÉ
LORYN M. LAWSON
RICHARD P. LOMURRO
MATTHEW K. BLAINE

OF COUNSEL
JOSEPH M. CLAYTON, JR.
STEPHEN C. CARTON
MICHAEL D. SCHOTTLAND +
JULES S. LITTMAN
JOHN KAYE
PHILIP G. AUERBACH+

*CERTIFIED BY THE SUPREME COURT OF N.J. AS A:
+ CIVIL TRIAL ATTORNEY
○ CRIMINAL TRIAL ATTORNEY
◊ MATRIMONIAL LAW ATTORNEY

September 22, 2009

Magistrate Judge Michael Shipp
United States District Court
U.S. Court House
50 Walnut Street
Newark, New Jersey 07101

  RE: **Walsh Securities v. Cristo Property Management, et al**
    **Civil Action No.: 97-3496 (DRD)**

Dear Judge Shipp:

  I represent Robert Skowrenski, one of the co-defendants named in the Fourth Amended Complaint filed by Walsh Securities. My client is also named in certain Cross-claims that have been filed by the title companies as participating in some type of a scam or improper activity.

  I called in on Friday morning since we had received word that there was a conference call scheduled for 4:30 p.m. on Friday, September 18, 2009. I was at another law firm, i.e., my former firm, Manning, Caliendo & Thomson, in the process of transferring the file to Mr. Manning. A partner in my current firm, Edward Eastman, Esquire, represents the title companies in New Jersey that are named defendants in this matter; and they had indicated their contention that that was a conflict of interest; and therefore, I had to remove myself from the case after representing Mr. Skowrenski for approximately twelve years in this litigation.

Page Two
September 22, 2009

I was told to send an E-filing. Then when I returned to the office, I discovered that the conference call had been moved up without notice to me to 12:00 noon and had been accomplished, and the Court had entered a minute entry of that status conference held on that date. Apparently, the Court placed a digital recording of what had transpired.

Very frankly, we are in possession of a dismissal with prejudice as to Walsh Securities and the three third-party defendants brought in by the title companies which is executed by Judge Wigenton. In addition, we had secured settlements of our claims against Commonwealth as well as Coastal Title in the State Court action which has been resolved and dismissed.

At the time I called the Court I was in the process of discussing the matter with Mr. Manning of the Manning firm. We were going forward with that transfer, and Mr. Manning had requested leave to file the responsive pleading including dispositive motions on or before October 12, 2009. This was a matter that I was going to discuss with the Court during the scheduled 4:30 p.m. conference call.

That is the reason why I have taken the opportunity to write this letter rather than ask for another conference involving all of the numerous defendants and counsel. I would appreciate if the Court would address this inquiry in the good faith to which it is extended.

Respectfully submitted,

MICHAEL D. SCHOTTLAND

MDS:smw
cc: Amy Walker Wagner, Esq.
    David Hartman Colvin, Esq.
    David R. Kott, Esq.
    Edward J. Hayes, Esq.
    Eric L. Harrsion, Esq.
    Frederick W. Alworth, Esq.
    Jerome A. Ballarotto, Esq.
    John B. McCusker, Esq.
    Mark W. Catanzaro, Esq.
    Martin R. McGowan, Esq.
    Norman M. Hobbie, Esq.
    Robert J. Reilly, III, Esq.
    Terrence S. Brody, Esq.
    August W. Fischer

Page Three
September 22, 2009

    John M. Boyle, Esq.
    Pasquale Menna, Esq.
    Richard DiBenedetto
    Theordore W. Daunno
    Robert Skowrenski
    Vincent P. Manning, Esq.