# STONE MAGNANINI
## LLP

COMPLEX COMMERCIAL LITIGATION

**NEW JERSEY OFFICES**   150 JFK Parkway, Short Hills, NJ 07078   P 973.218.1111   F 973.218.1106

September 25, 2009

Honorable Dickinson R. Debevoise
United States District Court for the
District of New Jersey
M.L. King. Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:   Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.
            Civil Action No.: 97-3496 (DRD/MAS)

Dear Judge Debevoise:

    Pending before your Honor is the Third Party Defendants' Motion to Dismiss the Third-Party Complaint in the above action, returnable October 5, 2009. Plaintiff Walsh Securities respectfully requests an adjournment of the due date of its reply brief, currently due Monday, September 28, 2009, to Monday, October 5, 2009 and an adjournment of the return date to the next available return date, Monday, October 19.

    The reasons we request this adjournment is because Amy Walker Wagner, the attorney for Walsh responsible for preparing the reply brief, was stricken with swine flu two days ago (she is also pregnant) and is currently recovering in quarantine. Robert Magnanini, the supervising partner, is traveling on business and will not return to the office until Tuesday, September 29. Unfortunately, no other attorney at our firm is sufficiently familiar with the pending motion to prepare the reply by the Court's current deadline.

    Defense counsel have graciously consented to this request. A proposed Order for the Court's consideration accompanies this letter.

                                      Respectfully submitted,

                                            /s/Eric H. Jaso
                                       for Robert A. Magnanini

Enclosure