UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : Civil Action No. 97-cv-3496 (DRD) |
| Plaintiff, | : Hon. Dickinson R. Debevoise |
| v. | : |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, et al., | : **CONSENT ORDER** <br> : **ADJOURNING RETURN** <br> : **DATE OF MOTION TO** |
| Defendants. | : **DISMISS THIRD PARTY** <br> : **COMPLAINT** |

**THIS MATTER** being opened to the Court upon the application of Stone & Magnanini LLP (Robert A. Magnanini, Esq.) counsel for Plaintiff, Walsh Securities, Inc., (Walsh) for an adjournment of the due date of Walsh's reply brief in the pending Motion to Dismiss Third Party Complaint, and counsel for Defendants having consented to this application, and for good cause shown;

**IT IS** on this 28th day of September, 2009 **ORDERED AS FOLLOWS:**

1. Plaintiff's Reply Brief shall be due October 5, 2009;

2. The Return Date of Third-Party Defendants' Motion to Dismiss Third-Party Complaint shall be October 19, 2009.

_____
HON. DICKINSON R. DEBEVOISE, U.S.D.J