**CERTIFICATE OF SERVICE**

A copy of the foregoing certification was sent via CM/ECF to counsel of record, and to David Marriott, Esq. via electronic mail, on this 5th day of October, 2009.

_____/s/_____
Robert A. Magnanini, Esq.