LAW OFFICES
## MANNING, CALIENDO & THOMSON
A PROFESSIONAL ASSOCIATION

36 WEST MAIN STREET
FREEHOLD, NEW JERSEY 07728

TELEPHONE: (732) 462-4405
FACSIMILE: (732) 409-0347

VINCENT P. MANNING*
NICHOLAS C. CALIENDO
KENNETH L. THOMSON

STEPHEN M. BACIGALUPO, II
GUENEVERE D. WALKER

EDWARD ROY ROSEN
OF COUNSEL

REAL ESTATE DEPT.:
TEL: (732) 462-4264
FAX: (732) 462-7766

* CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

October 6, 2009

Clerk,
United States District Court
U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**RE:** Walsh Securities v. Cristo Property Management, et al.
USDC, District of New Jersey
Civil Action No.: 97-3496 (DRD)(MAS)

Dear Sir/Madam:

Enclosed please find a Substitution of Attorney with regard to the above captioned matter/

Very truly yours,

VINCENT P. MANNING

VPM/b
Enc.

LOMURRO, DAVISON, EASTMAN & MUNOZ, P.A.
Monmouth Executive Center
100 Willowbrook Road, Bldg. 1
Freehold, New Jersey 07728
(732) 462-7170
Attorneys for Defendants
National Home Funding, Inc., and Robert Skowrenski, II

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| WALSH SECURITIES, INC., | : | Civil Action No. 97-cv-3496 (DRD(MAS) |
| Plaintiff, | : | Hon. Dickinson R. Debevoise |
| vs. | : | |
| CRISTO PROPERTY MANAGEMENT, a/k/a G.J.L. LIMITED; DEK HOMES OF NEW JERSEY, INC.; OAKWOOD PROPERTIES, INC.; NATIONAL HOME FUNDING, INC.; CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C.; WILLIAM KANE; GARY GRIESER; ROBERT SKOWRENSKI, II; RICHARD CALANNI; RICHARD DiBENEDETTO; JAMES R. BROWN; THOMAS BRODO; ROLAND PIERSON; STANLEY YACKER, ESQ.; MICHAEL ALFIERI, ESQ.; RICHARD PEPSNY, ESQ.; ANTHONY M. CICALESE, ESQ.; LAWRENCE CUZZI; ANTHONY D'APOLITO; DAP CONSULTING, INC.; COMMONWEALTH LAND TITLE INSURANCE CO.; NATIONS TITLE INSURANCE OF NEW YORK, INC.; FIDELITY NATIONAL TITLE INSURANCE | : | SUBSTITUTION OF ATTORNEY |

| | |
|---|---|
| CO. OF NEW YORK; COASTAL TITLE AGENCY; DONNA PEPSNY; WEICHERT REALTORS; and VECCHIO REALTY, INC., D/B/A MURPHY REALTY BETTER HOMES and GARDENS, | :<br>:<br>:<br>:<br>: |
| Defendants. | : |

The undersigned hereby consent to the substitution of MANNING, CALIENDO & THOMSON, P.A., as Attorney(s) for defendants National Home Funding, Inc., and Robert Skowrenski, II, in the above entitled case.

DATED:    September 18, 2009

MANNING, CALIENDO & THOMSON, PA.

BY: _____
VINCENT P. MANNING
Superseding Attorney(s)

LOMURRO, DAVISON, EASTMAN & MUNOZ, P.A.

BY: _____
MICHAEL D. SCHOTTLAND
Withdrawing Attorney(s)