LAW OFFICES
## MANNING, CALIENDO & THOMSON
A PROFESSIONAL ASSOCIATION

VINCENT P. MANNING*
NICHOLAS C. CALIENDO
KENNETH L. THOMSON

STEPHEN M. BACIGALUPO, II
GUENEVERE D. WALKER

EDWARD ROY ROSEN
OF COUNSEL

* CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

36 WEST MAIN STREET
FREEHOLD, NEW JERSEY 07728

TELEPHONE: (732) 462-4405
FACSIMILE: (732) 409-0347

REAL ESTATE DEPT.:
TEL: (732) 462-4264
FAX: (732) 462-7766

October 6, 2009

Magistrate Judge Michael Shipp, U.S.M.J.
United States District Court
U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**RE:** Walsh Securities v. Cristo Property Management, et al.
USDC, District of New Jersey
Civil Action No.: 97-3496 (DRD)(MAS)

Dear Judge Shipp:

I represent Robert Skowrenski, II and National Home Funding, Inc. and have filed a Substitution of Attorney with the Clerk and am enclosing a copy herewith. Pursuant to the local Rules, it is my understanding that prior to filing we must request permission for leave to file a our Notice of Motion to Dismiss the Complaint and all counterclaims and must file same no later that October 13, 2009.

Please advise whether I have Your Honor's permission to file.

Respectfully submitted,

VINCENT P. MANNING

VPM/b