UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : Civil Action No. 97-cv-3496 (DRD)(MAS) |
| Plaintiff, | : Hon. Dickinson R. Debevoise |
| v. | |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, et al. | : STIPULATION AND ORDER : OF DISMISSAL AS TO DEFENDANTS : ROBERT SKOWRENSKI, II AND |
| Defendants. | : NATIONAL HOME FUNDING, INC. : WITH PREJUDICE AND WITHOUT COSTS |

IT IS HEREBY STIPULATED AND AGREED that, as set forth in the Stipulation and Order of Dismissal signed by the Honorable Susan D. Wigenton on September 5, 2006, Plaintiff Walsh Securities, Inc.'s claims against Defendants Robert Skowrenski, II and National Home Funding, Inc. are hereby, and continue to be, dismissed with prejudice and without costs against any party, AND claims by Skowrenski against Plaintiff and Third Party Defendants, Robert Walsh, Jim Walsh, and Elizabeth Ann DeMola are hereby dismissed with prejudice and without costs against any party.

By: /s/ Amy Walker Wagner
Amy Walker Wagner, Esq.
Stone & Magnanini LLP
150 John F. Kennedy Parkway
Short Hills, NJ 07078
Counsel for Plaintiff Walsh Securities, Inc.

Dated: October 6, 2009

By: /s/ Vincent P. Manning
Vincent P. Manning, Esq.
Manning, Caliendo & Thomson
36 West Main Street
Freehold, NJ 07728
Counsel for Defendants Robert Skowrenski, II and National Home Funding, Inc.

IT IS SO ORDERED this 7th day of October, 2009.

/s/ Dickinson R. Debevoise
Dickinson R. Debevoise, U.S.D.J.