OCT. 8, 2009

To the attention of

Clerk of the Court

```
|- - - - - - - - - - - - - - - - -|
|              Docket #           |
|                    97-3496      |
| WALSH SECURITIES, INC           |
|       PLAINTIFF,                |
| VS                              |
| CRISTO PROPERTY MANAGEMENT      |
|_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _+
```

I am RICHARD CALANNI-PRO-SE.
ADDRESS: 1-OLD FARM Rd
TINTO FALLS N.J
07724-3272

Please put my address on file
I have not recieved any thing
from the court pertaing to this
Case. Please forward to date any
thing that has been mailed to
other in this case to me and
Continue to this address:
RICHARD CALANNI
ONE OLD FARM Rd
TINTON FALLS NJ.
07724-3272

Thank you Richard Calanni

Richard Calanni
1 Old Farm Rd
Tinton Falls, NJ 07724

United States District Court
for the District of New Jersey
Martin Luther King Jr.
Federal Building + Court House
Clerk of the Court
50 Walnut Street
Newark, N-J- 07102

07102-3881 0014