LAW OFFICES
## MANNING, CALIENDO & THOMSON
A PROFESSIONAL ASSOCIATION

36 WEST MAIN STREET
FREEHOLD, NEW JERSEY 07728

TELEPHONE: (732) 462-4405
FACSIMILE: (732) 409-0347

VINCENT P. MANNING*
NICHOLAS C. CALIENDO
KENNETH L. THOMSON

STEPHEN M. BACIGALUPO, II
GUENEVERE D. WALKER

EDWARD ROY ROSEN
    OF COUNSEL

* CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

REAL ESTATE DEPT.:
TEL.: (732) 462-4264
FAX: (732) 462-7766

October 15, 2009

Magistrate Judge Michael Shipp, U.S.M.J.
United States District Court
U.S. Courthouse
50 Walnut Street
Newark, New Jersey  07101

RE:  Walsh Securities v. Cristo Property Management, et al.
     USDC, District of New Jersey
     Civil Action No.: 97-3496 (DRD)(MAS)

Dear Judge Shipp:

I represent defendants Robert Skowrenski and National Home Funding.  Please permit this letter to confirm that I will be re-filing the motion to enforce settlement with U.S. District Court Judge Debevoise as a dispositive motion pursuant to Your Honor's instructions during yesterday's telephone status conference.

I thank Your Honor for your courtesy in this matter.

Respectfully submitted,

VINCENT P. MANNING

VPM/b