UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

<u>NEWARK</u>                                                                                OCTOBER 19, 2009

**JUDGE:**  Dickinson R. Debevoise                                  Cv.97-3496 (DRD)
**COURT REPORTER**: Mollie Giordano
**DEPUTY CLERK** : Ellen McMurray

**TITLE OF CASE:**

      WALSH SECURITIES   V.   CRISTO   PROPERTY

**APPEARANCES :**

    Amy Wagner, Esq pltf.   .
    David Kott, Esq for deft.

**NATURE OF PROCEEDINGS**:   Motion hearing

    Hearing on (3) party defendant's application for a motion to dismiss 3rd party deft's complaint.
    Court reserves decision .

                                           Ellen McMurray
                                           Court Room Deputy

Time Commenced    10:30 a.m.
Time Adjourned :    11: 00 a.m.