McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant/Third-Party Plaintiff,
 Commonwealth Land Title Insurance Company

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| WALSH SECURITIES, INC.,<br><br>                      Plaintiff,<br>v.<br><br>CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, RONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW YORK INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, COASTAL TITLE AGENCY, DONNA PEPSNY, WEICHERT REALTORS, and VECCHIO REALTY, INC. D/B/A MURPHY REALTY BETTER HOMES and GARDENS,<br><br>                      Defendants,<br>and<br><br>COMMONWEALTH LAND TITLE INSURANCE COMPANY,<br>                  Defendant/Third-Party Plaintiff,<br>v.<br><br>ROBERT WALSH, JAMES WALSH and ELIZABETH ANN DeMOLA,<br><br>                  Third-Party Defendants. | Civil Action No. 97-cv-3496 (DRD) (MAS)<br>Honorable Dickinson R. Debevoise<br><br><br><br>**ORDER DEEMING THE MOTION TO ENFORCE SETTLEMENTS AND DISMISS ALL CLAIMS AGAINST ROBERT SKOWRENSKI, II AND NATIONAL HOME FUNDING, INC. AND FOR OTHER RELIEF AS BEING WITHDRAWN** |

        **THIS MATTER** having been opened to the Court by McCarter & English, LLP,

ME1 9244685v.1

attorneys for defendant/third-party plaintiff Commonwealth Land Title Insurance Company; and it appearing that on August 24, 2009 the undersigned entered a Scheduling Order (Document No. 331 electronically filed 08/25/09) which provided, among other things, that dispositive motions shall only be filed after depositions have been completed and upon written permission from the Court after a dispositive motion pre-hearing; and it appearing that no depositions have been taken to date; and it further appearing that defendants Robert Skowrenski, II and National Home Funding, Inc. have filed a Notice of Motion to Enforce Settlements and Dismiss all Claims against them and for other relief (Document No. 359 electronically filed 10/26/09);

**IT IS** this _____ day of _____, 2009

**ORDERED** that:

1. The Motion to Enforce Settlements and Dismiss all Claims Against Robert Skowrenski, II and National Home Funding, Inc. and for Other Relief (Document No. 359 electronically filed 10/26/09) be and hereby is deemed withdrawn and will not be considered by the Court at this time; and

2. Defendants Robert Skowrenski, II and National Home Funding, Inc. shall not file any dispositive motions unless they comply with Paragraph 9 of the Scheduling Order entered by the undersigned on August 24, 2009 (Document No. 331 electronically filed 08/25/09).

_____
MICHAEL A. SHIPP, U.S.M.J.

ME1 9244685v.1