UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Walsh Securities, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 97-3496 (DRD) |
| v. | : | |
| | : | |
| Cristo Property Management, Ltd., et al., | : | **TEMPORARY ORDER TO SEAL** |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

It having come to the Court's attention that settlement agreements were filed in error as attachments to pleadings filed with the Court; and for good cause shown,

**IT IS on this 2nd day of November, 2009**

**ORDERED THAT:**

1. The Clerk's Office shall immediately remove Docket No. 354 from the electronic docket. Counsel for defendants Robert Skowrenski and National Home Funding must refile Docket No. 354 without the confidential information by **November 6, 2009**.

2. The Clerk's Office shall temporarily seal Docket No. 359. Counsel for defendants Robert Skowrenski and National Home Funding must file a motion to seal which comports with Local Civil Rule 5.3(c) by **November 9, 2009**.

s/ Michael A. Shipp
**Michael A. Shipp**
**UNITED STATES MAGISTRATE JUDGE**