LAW OFFICES
## MANNING, CALIENDO & THOMSON
A PROFESSIONAL ASSOCIATION
36 WEST MAIN STREET
FREEHOLD, NEW JERSEY 07728

TELEPHONE: (732) 462-4405
FACSIMILE: (732) 409-0347

VINCENT P. MANNING*
NICHOLAS C. CALIENDO
KENNETH L. THOMSON

DANIEL J. EASTMOND
JOHN D. TORESCO+

EDWARD ROY ROSEN
    OF COUNSEL

REAL ESTATE DEPT.:
TEL: (732) 462-4264
FAX: (732) 462-7766

* CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

November 6, 2009

Hon. Magistrate Judge Michael Shipp
United States District Court
U.S. Courthouse
50 Walnut Street
Newark, New Jersey  07101

**RE:**   Walsh Securities v. Cristo Property Management, et al.
    USDC, District of New Jersey
    Civil Action No.: 97-3496 (DRD)(MAS)
    Moving Party:  Vincent P. Manning, Esq.  (VPM 7005)
    Attorney for Defendant Skowrenski and National Home Funding
    Motion Returnable:  December 7, 2009

Dear Judge Shipp:

I am writing in response to Mr. Kott's letter of November 2, 2009 (Doc. 362).  Mr. Kott suggests that deposing Mr. Skowrenski and his former attorney, Mr. Schottland, is a prerequisite to the court ruling of the Motion to Enforce Settlement (Doc. 359).

I propose the following:  the court should enter an Order adjourning the motion sine die and allow the depositions of Mr. Skowrenski, Mr. Schottland, Mr. Kott, Mr. McGowan, and the title company decision makers who authorized the State Court settlements on behalf of Coastal and Commonwealth, limited to the issue "were the settlements intended by the parties to resolve all claim for all times?"

LAW OFFICES
**MANNING, CALIENDO & THOMSON, P.A.**
**Page 2 of 2**

I see no reason why these depositions could not be accomplished within the next sixty (60) days and the parties supplemental the record and respond to the motion within thirty (30) days thereafter.

                Respectfully submitted,

                VINCENT P. MANNING

VPM/b