LAW OFFICES
## MANNING, CALIENDO & THOMSON
A PROFESSIONAL ASSOCIATION

36 WEST MAIN STREET
FREEHOLD, NEW JERSEY 07728

TELEPHONE: (732) 462-4405
FACSIMILE: (732) 409-0347

VINCENT P. MANNING*
NICHOLAS C. CALIENDO
KENNETH L. THOMSON

DANIEL J. EASTMOND
JOHN D. TORESCO+

EDWARD ROY ROSEN
OF COUNSEL

* CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

REAL ESTATE DEPT.:
TEL.: (732) 462-4264
FAX: (732) 462-7766

November 13, 2009

Clerk, United States District Court
U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**RE:** Walsh Securities v. Cristo Property Management, et al.
USDC, District of New Jersey
Civil Action No.: 97-3496 (DRD)(MAS)
Moving Party: Vincent P. Manning, Esq. (VPM 7005)
Attorney for Defendant Skowrenski and National Home Funding

Dear Clerk:

Please withdraw the Motion by defendants Skowrenski and National Home Funding to Enforce Settlement and Dismiss all Claims (Doc. 359) without prejudice pursuant to the telephone conference conducted among counsel with Magistrate Judge Shipp on Thursday, November 12, 2009. Defendants have reserved to right to re-file the motion and do so with the consent of adverse counsel.

Very truly yours,

VINCENT P. MANNING

VPM/b

cc: Michael Schottland, Esq.
Mr. Robert Skowrenski