Hobbie, Corrigan, Bertucio & Tashjy, P.C.

Attorneys at Law

Norman M. Hobbie *
David P. Corrigan *
Edward C. Bertucio •
M. Scott Tashjy
Michael R. Hobbie
Jacqueline DeCarlo

\* Certified by the Supreme Court
of New Jersey as a
Civil Trial Attorney

• Certified by the Supreme Court
of New Jersey as a
Criminal Trial Attorney

March 2, 2010

File No.: 11704-0001

**VIA E-FILE**
Honorable Dickinson R. Debevoise, Sr., U.S.D.J.
U.S. District Court for
The District of New Jersey
M.L. King, Jr. Federal Bldg
U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   <u>Walsh Securities v. Cristo Management LTD., et al.</u>
      Civil Action No. 97-3496

Dear Judge Debevoise:

    Attached for Your Honor's consideration please find a proposed form of Order Dismissing Matter With Prejudice as to Defendant Michael Alfieri, Esq. and Removing Hobbie, Corrigan, Bertucio & Tashjy, P.C., Counsel for Michael Alfieri, Esq. from the List of Counsel to be Noticed.

    Thank you for the Court's attention to this matter.

Respectfully submitted,

*/s/ Edward C. Bertucio*

EDWARD C. BERTUCIO, ESQ.

ECB/job
Attachment
F:\ALFIERI - GENERAL\L-Court (Judge Debevoise) w-Order Dismissing Matter 3.2.10.doc