# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Walsh Securities, | : | |
| | : | |
| **Plaintiff,** | : | Civil Action No. 97-3496 (DRD) |
| v. | : | |
| | : | |
| Cristo Property, et al., | : | **AMENDED SCHEDULING ORDER** |
| | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**THIS MATTER** having come before the Court for a telephone status conference on March 3, 2010, and the Court having considered the arguments of counsel, and for good cause shown,

**IT IS on this 5th day of March 2010**

**ORDERED THAT:**

1. Fact discovery must be completed by **May 10, 2010**.

2. Counsel must e-file a joint case status letter on **March 31, 2010**. The letter must provide a detailed update on the case, including the number of depositions taken to date and the number of depositions remaining.


        s/ Michael A. Shipp
        **Michael A. Shipp**
        **UNITED STATES MAGISTRATE JUDGE**