

## McCARTER & ENGLISH
ATTORNEYS AT LAW

March 15, 2010

**VIA ELECTRONIC FILING**

Honorable Michael A. Shipp
U.S. Magistrate, United States District Court
Martin Luther King Building & US Courthouse
50 Walnut Street
Newark, NJ 07102

David R. Kott
Partner
T. 973.622.4444
F. 973.624.7070
dkott@mccarter.com

Re: <u>Walsh Securities, Inc. v. Cristo Property Management, et al.</u>
United States District for the District of New Jersey
Civil Action No. 97-3496 (DRD)

Dear Judge Shipp:

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

We represent the defendant and third-party plaintiff Commonwealth Land Title Insurance Company in this case.

During the pendency of this case there was a mediation (conducted on a number of sessions) by New Jersey retired Superior Court Judge Boyle. As part of that mediation process Judge Boyle suggested that the parties take depositions of certain of the fact witnesses, and a number of depositions were taken of those fact witnesses as part of the mediation process.

It would expedite discovery in this case (and save the parties significant resources) if the depositions taken as part of the mediation process could be used in this case as if they were taken as part of the discovery in this case. In short, that could potentially greatly reduce the number of depositions that need to be taken of fact witnesses.

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

I have spoken with Robert Magnanini, Esq., the attorney for the plaintiff Edward Hayes, Esq., the attorney for co-defendants Fidelity National Title Insurance and Nations Title Insurance, and Martin McGowan, Esq., the attorney for defendant Coastal Title. All are in agreement that it would expedite the discovery (and save resources) if the Court were to enter an Order allowing the depositions taken during the mediation process to be used in this case as if they were taken during discovery in this case.

Accordingly, I am enclosing a proposed Order Allowing Depositions Taken During Mediation to be Used as if Taken During Discovery. Before submitting this Order to Your Honor, I have provided a copy of it to Messrs. Magnanini, Hayes and McGowan and I represent that they have informed me they have no objection to entry of the enclosed Order.

ME1 9722019v.1

Honorable Michael A. Shipp
March 15, 2010
Page 2

The enclosed Order is submitted under the seven-day rule contained in Local Rule 7.1(e). Accordingly, I am sending a copy of this letter and its enclosures to the attorneys and other parties in this case. If there is no objection to the Order and the Order meets with Your Honor's approval I would request that the Court enter the Order and have Your Honor's Deputy Clerk electronically file the entered Order.

Respectfully submitted,

David R. Kott

DRK/srv
Enclosure

cc: Robert A. Magnanini, Esq. (w/enc., via fax & regular mail)
    Edward J. Hayes, Jr., Esq. (w/enc., via fax & regular mail)
    Martin R. McGowan, Jr., Esq. (w/enc., via fax & regular mail)
    Vincent P. Manning, Esq. (w/enc., via fax & regular mail)
    All persons and entities on attached Service List (w/enc., via regular mail)

Revised 3/04/10

## SERVICE LIST

## WALSH SECURITIES, INC. V. CRISTO PROPERTY MANAGEMENT, ET AL
## CIVIL ACTION NO. 97-3496 (DRD)

Robert A. Magnanini, Esq.
Stone Magnanini, LLP
150 John F. Kennedy
Short Hills, NJ 07078
**Attorney for plaintiff Walsh Securities, Inc. and for third-party defendant Robert Walsh**

Vincent P. Manning, Esq.
Manning, Caliendo & Thomson
36 West Main Street
Freehold, NJ 07728
**Attorney for Defendants National Home Funding, Inc. and Robert Skowrenski, II**

Martin R. McGowan, Jr., Esq.
Methfessel & Werbel
3 Ethel Road
Suite 300
Edison, New Jersey 08818
**Attorneys for Defendant Coastal Title Agency**

Edward C. Bertucio, Jr., Esq.
Hobbie, Corrigan, Bertucio & Tashjy, P.C.
125 Wyckoff Road
Eatontown, NJ 07724
**Attorney for Defendant Michael Alfieri, Esq.**

Robert J. Reilly, III, Esq.
Reilly, Supple & Wischusen, LLC
571 Central Avenue
New Providence, NJ 07974
**Attorney for defendant Michael Alfieri, Esq. on the Sixth Count**

Mark W. Catanzaro, Esq.
Blason IV
Suite 208
513 Lenola Road
Moorestown, New Jersey 08057
**Attorney for defendants Richard Pepsny and Donna Pepsny**

Thomas D. Flinn, Esq.
Garrity, Graham, Favette & Flinn
1 Lackawanna Plaza, Box 4205
Montclair, NJ 07042
**Attorney for Defendant Anthony M. Ciccalese (on certain counts of the Complaint)**

Anthony M. Cicalese
74C Manatiales de Belen
200 Mtrs Norte de igleseis de Ascen
San Antonio de Belen
Heredia, Costa Rica
**Pro se (on certain counts of the Complaint)**

ME1 2304466v.1

Edward J. Hayes, Jr., Esq.
Fox, Rothschild, O'Brien & Frankel
2000 Market Street
10th Floor
Philadelphia, Pennsylvania 19103-3291
**Attorney for Defendants Fidelity National Title Insurance and Nations Title Insurance**

Pasquale Menna, Esq.
Menna, Supko & Nelson, LLC
830 Broad Street, Suite B
Shrewsbury, NJ 07702
**Attorneys for Defendant Roland J. Pierson**

John B. McCusker, Esq.
McCusker, Anselmi, Rosen & Carvelli
210 Park Avenue, #3
Florham Park, NJ 07932-1012
**Attorneys for Defendant Weichert Realtors**

Thomas Brodo, Pro Se
139B Fort Lee Road
Teaneck, New Jersey 07666

James R. Brown, Pro Se
7 Pamela Road
East Brunswick, NJ 08816-4418

Richard Calanni, Pro Se
One Old Farm Road
Tinton Falls, New Jersey 07724

Anthony D'Apolito, Pro Se
909 Woodland
Wall Township, NJ 07719

Richard DiBenedetto, Pro Se
3 Loller Drive
Martinsville, NJ 08836

Stanley Yacker, Esq., Pro Se
6 Swimming River Court
Barnegat, NJ 08005-5624

William Kane, Pro Se
6119 Kipps Colony Drive
Gulfport, FL 33707

Ms. Elizabeth A. (Betty Ann) DeMola
1 Abedim Way
Califon, NJ 07830

ME1 2304466v.1

James Walsh
10 Sherwood Court
Warren, NJ 07059

3