**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant/Third-Party
 Plaintiff Commonwealth Land Title Insurance Company
DK-4593 (David R. Kott, Esq.)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., <br>      Plaintiff, <br> v. <br><br> CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, RONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW YORK INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, COASTAL TITLE AGENCY, DONNA PEPSNY, WEICHERT REALTORS, and VECCHIO REALTY, INC. D/B/A MURPHY REALTY BETTER HOMES and GARDENS, <br><br>      Defendants. <br> and <br><br> COMMONWEALTH LAND TITLE INSURANCE COMPANY <br><br>      Defendant/Third-Party Plaintiff, <br> v. <br><br> ROBERT WALSH, JAMES WALSH and ELIZABETH ANN DeMOLA, <br><br>      Third-Party Defendants. | Civil Action No. 97-cv-3496 (DRD) (MAS) <br> Honorable Dickinson R. Debevoise <br><br><br><br> **ORDER ALLOWING DEPOSITIONS TAKEN DURING MEDIATION TO BE USED AS IF TAKEN DURING DISCOVERY** |

ME1 9691594v.1

**THIS MATTER** having been opened to the Court by McCarter & English, LLP, attorneys for defendant/third-party plaintiff Commonwealth Land Title Insurance Company; and it appearing that as part of a mediation in this case certain depositions were taken; and the attorney for defendant/third-party plaintiff Commonwealth Land Title Insurance Company having represented that the attorneys for the plaintiff and for defendants Fidelity National Title Insurance and Nations Title Insurance and for defendant Coastal Title have no objection to the form and entry of the within Order;

**IT IS** this          day of                    , 2010

**ORDERED** that any and all depositions taken during the mediation process in this case shall be also deemed as taken as part of the discovery in this case and shall be used for any purposes that discovery depositions can be used under the Federal Rules of Civil Procedure, the Federal Rules of Evidence or otherwise can be used in the same fashion as depositions taken during discovery can be used; nothing in the within Order precludes any parties from taking a deposition of any witness who was previously deposed during and as part of the mediation process.

_____
MICHAEL A. SHIPP, U.S.M.J.

ME1 9691594v.1