UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : Civil Action No. 97-cv-3496 (DRD) |
| Plaintiff, | : Hon. Dickinson R. Debevoise |
| v. | : |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, et al., | : CASE MANAGEMENT ORDER (MAY 11, 2010 CASE MANAGEMENT CONFERENCE) |
| Defendants. | : |

**THIS MATTER** having been opened to the Court at a Case Management Conference (by telephone, not on the record); in the presence of Robert A. Magnanini, Esq. & Amy Walker Wagner, Esq., attorneys for plaintiff, Walsh Securities, Inc., David R. Kott, Esq., attorney for defendant/third-party plaintiff Commonwealth Land Title Insurance Company, Edward J. Hayes, Jr., Esq., attorney for defendants Fidelity National Title Insurance and Nations Title Insurance, Vincent P. Manning, Esq., attorney for defendants Robert Skowrenski, II (Skowrenski) and National Home Funding, Inc. (NHF) and Paul J. Endler, Jr., Esq., attorney for defendant Coastal Title Agency;

**IT IS** this           day of                    , 2010

**ORDERED** that

1.      The motion filed by Defendants Robert Skowrenski, II and National Home Funding, Inc. to seal Exhibit "D" to the Certification of Michael D. Schottland (Document # 354) be and hereby is granted and Exhibit "D" shall be removed from the docket;

2.      Plaintiff and Defendants Skowrenski and NHF shall supply within 5 days hereof to the attorneys for Defendants Commonwealth Land Title Insurance Company, Nations Title Insurance, Fidelity National Title Insurance and Coastal Title Agency a copy of Exhibit "D" with

1

any redactions that Plaintiff and Skowrenski/NHF believe are proper; Plaintiff shall also forward by mail to the undersigned an unredacted copy of the document to allow the Court to rule on any discovery disputes that may arise concerning the propriety of any redactions made by the Plaintiff;

3. If Plaintiff alleges that certain witness statements taken as part of an internal investigation that were turned over to the Defendants are not discoverable and/or should not be used in the litigation, within 14 days hereof the Plaintiff shall file a letter application on this issue and any Defendants shall file any response within 7 days thereafter;

4. Within 30 days hereof, Plaintiff shall identify all properties on which it intends to pursue a claim under a title insurance policy;

5. The deposition of Robert Skowrenski, II shall take place on May 25, 2010 at 9:30 a.m. at the office of Manning, Caliendo & Thomson;

6. The Rule 30(b)(6) deposition of Commonwealth Land Title Insurance Company shall take place on May 27, 2010 at 10:00 a.m. at the offices of Stone & Magnanini LLP;

7. The deposition of Anthony M. Cicalese shall take place on May 28, 2010 at 10:00 a.m. at the offices of Stone & Magnanini, LLP;

8. The deposition of Stanley Yacker shall take place on June 1, 2010 at 9:30 a.m. at the offices of Stone & Magnanini LLP;

9. The deposition of Michael Alfieri shall take place on June 4, 2010 at 9:30 a.m. at the offices of Stone & Magnanini LLP;

10. The deposition of Richard Pepsny shall take place on June 2, 2010 at 9:30 a.m. at the offices of Stone & Magnanini LLP;

11. The deposition of Elizabeth Ann DeMola shall take place on June 9, 2010 at 9:00 a.m. at the offices of McCarter & English, LLP;

12. The Rule 30(b)(6) deposition of Fidelity National Title Insurance shall take place on June 17, 2010 at 10:00 a.m. at the offices of Stone & Magnanini LLP;

13. The Rule 30(b)(6) deposition of Nations Title Insurance shall take place on June 21, 2010 at 10:00 a.m. at the offices of Stone & Magnanini LLP;

14. The Rule 30 (b)(6) deposition of Defendant Coastal Title Agency shall take place on June 11, 2010 at Manning, Caliendo & Thomson;

15. The deposition of Robert Agel of Defendant Coastal Title Agency shall take place on June 23, 2010 at 10:00 a.m. at the offices of Manning, Caliendo & Thomson;

16. The Rule 30(b) (6) of R.B.M.G. shall take place on June 25, 2010 at a location to be agreed upon by Counsel;

17. The deposition of Anthony D' Apolito shall take place on June 28, 2010 beginning at 9:30 a.m. at Stone & Magnanini;

18. The deposition of William Kane shall take place on June 29, 2010 beginning at 9:30 a.m. at a location to be agreed upon by Counsel;

19. The deposition of Lawrence Cuzzi shall take place on July 1, 2010 beginning at 9:30 a.m. at Stone & Magnanini;

20. The continued Rule 30(b)( 6) deposition of Plaintiff shall take place on a date set by the Court at the next scheduled telephone and/or in person status conference;

21. The Court at the next scheduled telephone and/or in person conference shall determine if Robert Walsh (in his individual capacity) shall be deposed and if so schedule a date for that deposition;

22. If the Court rules that the witness statements referred to in Paragraph 3 above may not be used in this case then the parties shall complete any depositions of any of the persons from

whom witness statements were taken within 30 days of the Court's ruling concerning the witness statements; and

23.     The undersigned shall conduct a telephone status conference on July 12, 2010 at 2:00 p.m. (to be initiated by plaintiffs counsel) at which time the Court will set further deadlines including but not limited to deadlines for service of expert reports.

_____
MICHAEL A. SHIPP, U.S.M.J.