# STONE ▓ MAGNANINI
## LLP

COMPLEX COMMERCIAL LITIGATION

**NEW JERSEY OFFICES**   150 JFK Parkway, Short Hills, NJ 07078   P 973.218.1111   F 973.218.1106

April 6, 2010



**VIA EMAIL & REGULAR MAIL**

David R. Kott, Esq.
McCarter & English
Four Gateway Center
Newark, New Jersey 07101

        Re:    Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.
                  Civil Action No.: 97-3496 (DRD/MAS)

Dear David:

     In response to your March 5, 2010 letter, Walsh Securities is making all claims against the Title Insurance Companies based upon the 223 loans that were originally identified. In addition, the closing service letters are contained in the loan files that are located in the document repository to which you have access.

                                         Very truly yours,

                                         Robert A. Magnanini

cc:    Edward J. Hayes, Jr., Esq.
       Martin R. McGowan, Esq.