LAW OFFICES
## MANNING, CALIENDO & THOMSON
A PROFESSIONAL ASSOCIATION
36 WEST MAIN STREET
FREEHOLD, NEW JERSEY 07728

TELEPHONE: (732) 462-4405
FACSIMILE: (732) 409-0347

WWW.FREEHOLDLAWYERS.COM

VINCENT P. MANNING*
NICHOLAS C. CALIENDO
KENNETH L. THOMSON

DANIEL J. EASTMOND
JOHN D. TORESCO+

EDWARD ROY ROSEN
 OF COUNSEL

* CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

+MEMBER NEW JERSEY AND NEW YORK BAR

REAL ESTATE DEPT.:
TEL.: (732) 462-4264
FAX: (732) 462-7766

June 16, 2010

*Via Electronic Filing and Facsimile*

Honorable Michael A. Shipp
United States Magistrate Judge
M.L. King, Jr., Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

RE: **Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.**
Civil Action No.: 97-3496 (DRD.MAS)
MCT File No.: 11168

Dear Judge Shipp:

I represent National Home Funding and Robert Skowrenski in the above referenced matter. I write in support of and to join in plaintiff, Walsh Securities', request that Your Honor recommend to Judge Debevoise dismissal of the cross-claim asserted by defendants, Commonwealth, Nations Title, Fidelity and Coastal Title. Not only will the case be streamlined, but a dismissal is warranted as the logical extension of the opinions set forth on March 28, 2007 and December 16, 2009 and cited by Mr. Magnanini in his June 11, 2010 letter to the Court. (Document 393).

The basis for dismissal is properly set forth in Mr. Magnanini's letter to you, and need not be repeated here. Noteworthy, however, is the fact that after ten years, a federal criminal probe, a State Court action and the instant case, the argument by the title companies is reduced to an *ad hominem* attack and name calling. The reality is that there is no factual or legal basis to sustain the cross-claims.

LAW OFFICES
**MANNING, CALIENDO & THOMSON, P.A.**
June 16, 2010
Page 2 of 2

For the foregoing reasons and for those set forth by Mr. Magnanini, National Home funding and Robert Skowrenski respectfully request the Court to recommend to Judge Debevoise, a *sua sponte* dismissal of the Title Insurance Company Defendants' cross-claims for contribution and indemnification.

Respectfully submitted,

VINCENT P. MANNING

VPM/vt
Encl.

Cc: All Counsel of Record (via e-filing)
Richard Calanni, *pro se* (via regular mail)
Richard DiBenedetto, *pro se* (via regular mail)

LAW OFFICES
MANNING, CALIENDO & THOMSON, P.A.
June 16, 2010
Page 2 of 2