CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101-0419

OFFICIAL BUSINESS

NIXIE        085 4E 1         22 07/07/10
       RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
       UNABLE TO FORWARD

BC: 07101                *1730-03987-02-41

ROBERT A. MAGNANINI     rmagnanini@stonemagnalaw.com, aalberts@stonemagnalaw.com, mhamilton@stonemagnalaw.com

ROBERT J. REILLY , III     rreilly@rswlegal.com

VINCENT P. MANNING     vmanning@freeholdlawyers.com

**2:97-cv-03496-DRD-MAS Notice will not be electronically mailed to::**

ANTHONY D'APOLITO
909 WOODLAND AVENUE
WALL, NJ 07719

AUGUST W. FISCHER
53 PEQUOT ROAD
RINGWOOD, NJ 07456

ELIZABETH A. DEMOLA
1 ABEDIM WAY
CALIFON, NJ 07830

JAMES R. BROWN
1089 CEDAR AVENUE
UNION, NJ 07083

JOHN M. BOYLE
LINDABURY, MCCORMICK & ESTABROOK, PC
53 CARDINAL DRIVE
PO BOX 2369
WESTFIELD, NJ 07091-2369

MARITZA D. BERDOTE BRYNE

✓ PASQUALE MENNA
KAUFF & MENA, ESQS.
170 BROAD STREET
P.O. BOX 762
RED BANK, NJ 07701

RICHARD CALANNI
ONE OLD FARM ROAD
TINTON FALLS, NJ 07724-3272

RICHARD DIBENEDETTO
3 LOLLER DRIVE
MARTINSVILLE, NJ 08836

STANLEY YACKER
33 BROADWAY, #1
OCEAN ROVE, NJ 07756

RECEIVED
JUL 12 2010
AT 8:30_____M
WILLIAM T. WALSH, CLERK

Case 2:97-cv-03496-DRD-JAD   Document 397   Filed 07/12/10   Page 3 of 4 PageID: 4202
CM/ECF LIVE - U.S. District Court for the District of New Jersey
Page 3 of 3

TERRENCE S. BRODY
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street, 8th Floor West Wing
P.O. Box 080
Trenton, NJ 08625-0080

THEODORE W DAUNNO
1033 CLIFTON AVENUE
CLIFTON, NJ 07013

THOMAS G. BRODO
319 QUEEN ANNE RD #B
TEANECK, NJ 07666

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=6/30/2010] [FileNumber=4311190-0
] [5f8f6e3d77e7a77fad32f94856d3d6dc09933b32ac6773d1a70adc31457cbf5d131
275faa69b2c374a5a50bffde3fae9bcbb5bcdd6cc894ff6e1d6da12e9a860]]

## Orders on Motions

2:97-cv-03496-DRD-MAS WALSH SECURITIES INC v. CRISTO PROPERTY, et al

12BK, SCHEDO

### U.S. District Court

### District of New Jersey [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 6/30/2010 at 4:23 PM EDT and filed on 6/30/2010
**Case Name:**         WALSH SECURITIES INC v. CRISTO PROPERTY, et al
**Case Number:**       2:97-cv-03496-DRD-MAS
**Filer:**
**Document Number:** 395

**Docket Text:**
**OPiNiON & ORDER granting [366] Motion to Seal Document. Signed by Magistrate Judge Michael A. Shipp on 6/30/10. (dc, )**

**2:97-cv-03496-DRD-MAS Notice has been electronically mailed to:**

AMY CHRISTINE PURCELL     apurcell@foxrothschild.com

AMY WALKER WAGNER     awagner@stonemagnalaw.com, aalberts@stonemagnalaw.com, mhamilton@stonemagnalaw.com

DAVID HARTMAN COLVIN     dcolvin@foxrothschild.com

DAVID R. KOTT    dkott@mccarter.com

FREDERICK W. ALWORTH     falworth@gibbonslaw.com, efiling@gibbonslaw.com

JEROME A. BALLAROTTO     jabesquire@aol.com

JOHN B. MCCUSKER    jmcc@marc-law.com, ceaves@marc-law.com, mpapagelopoulos@marc-law.com, msommer@marc-law.com

MARK W. CATANZARO     mark@catanzarolaw.com, lisa@catanzarolaw.com, susan@catanzarolaw.com

MARTIN R. MCGOWAN     mcgowan@methwerb.com, fertig@meth.com, mcg49@comcast.net

MICHAEL D. SCHOTTLAND     mschottland@lomurrolaw.com, lfurniss@lomurrolaw.com

NORMAN M. HOBBIE     nhobbie@hcbtlaw.com