CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101-0419

OFFICIAL BUSINESS

NIXIE    070    CE  1    01  07/07/10

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 07101    *2890-09989-07-27

ROBERT A. MAGNANINI rmagnanini@stonemagnalaw.com, aalberts@stonemagnalaw.com, mhamilton@stonemagnalaw.com

ROBERT J. REILLY , III rreilly@rswlegal.com

VINCENT P. MANNING vmanning@freeholdlawyers.com

**2:97-cv-03496-DRD-MAS Notice will not be electronically mailed to::**

ANTHONY D'APOLITO
909 WOODLAND AVENUE
WALL, NJ 07719

AUGUST W. FISCHER
53 PEQUOT ROAD
RINGWOOD, NJ 07456

ELIZABETH A. DEMOLA
1 ABEDIM WAY
CALIFON, NJ 07830

JAMES R. BROWN
1089 CEDAR AVENUE
UNION, NJ 07083



RECEIVED
JUL 13 2010
AT 3:30_____M
WILLIAM T WALSH, CLERK

JOHN M. BOYLE
LINDABURY, MCCORMICK & ESTABROOK, PC
53 CARDINAL DRIVE
PO BOX 2369
WESTFIELD, NJ 07091-2369

MARITZA D. BERDOTE BRYNE

PASQUALE MENNA
KAUFF & MENA, ESQS.
170 BROAD STREET
P.O. BOX 762
RED BANK, NJ 07701

RICHARD CALANNI
ONE OLD FARM ROAD
TINTON FALLS, NJ 07724-3272

RICHARD DIBENEDETTO
3 LOLLER DRIVE
MARTINSVILLE, NJ 08836

STANLEY YACKER
33 BROADWAY, #1
OCEAN ROVE, NJ 07756

TERRENCE S. BRODY
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street, 8th Floor West Wing
P.O. Box 080
Trenton, NJ 08625-0080

THEODORE W DAUNNO
1033 CLIFTON AVENUE
CLIFTON, NJ 07013

THOMAS G. BRODO
319 QUEEN ANNE RD #B
TEANECK, NJ 07666

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=6/30/2010] [FileNumber=4311190-0
] [5f8f6e3d77e7a77fad32f94856d3d6dc09933b32ac6773d1a70adc31457cbf5d131
275faa69b2c374a5a50bffde3fae9bcbb5bcdd6cc894ff6e1d6da12e9a860]]

## Orders on Motions
2:97-cv-03496-DRD-MAS WALSH SECURITIES INC v. CRISTO PROPERTY, et al
12BK, SCHEDO

### U.S. District Court

### District of New Jersey [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 6/30/2010 at 4:23 PM EDT and filed on 6/30/2010
**Case Name:** WALSH SECURITIES INC v. CRISTO PROPERTY, et al
**Case Number:** 2:97-cv-03496-DRD-MAS
**Filer:**
**Document Number:** 395

**Docket Text:**
**OPINION & ORDER granting [366] Motion to Seal Document. Signed by Magistrate Judge Michael A. Shipp on 6/30/10. (dc, )**

**2:97-cv-03496-DRD-MAS Notice has been electronically mailed to:**

AMY CHRISTINE PURCELL    apurcell@foxrothschild.com

AMY WALKER WAGNER    awagner@stonemagnalaw.com, aalberts@stonemagnalaw.com, mhamilton@stonemagnalaw.com

DAVID HARTMAN COLVIN    dcolvin@foxrothschild.com

DAVID R. KOTT    dkott@mccarter.com

FREDERICK W. ALWORTH    falworth@gibbonslaw.com, efiling@gibbonslaw.com

JEROME A. BALLAROTTO    jabesquire@aol.com

JOHN B. MCCUSKER    jmcc@marc-law.com, ceaves@marc-law.com, mpapagelopoulos@marc-law.com, msommer@marc-law.com

MARK W. CATANZARO    mark@catanzarolaw.com, lisa@catanzarolaw.com, susan@catanzarolaw.com

MARTIN R. MCGOWAN    mcgowan@methwerb.com, fertig@meth.com, mcg49@comcast.net

MICHAEL D. SCHOTTLAND    mschottland@lomurrolaw.com, lfurniss@lomurrolaw.com

NORMAN M. HOBBIE    nhobbie@hcbtlaw.com