

| | Counsel | Associates |
|---|---|---|
| JOEL N. WERBEL> | LORI BROWN STERNBACK*+ | EDWARD D DEMBLING> |
| JOHN METHFESSEL, JR.> | MARC DEMBLING*+ | MICHAEL R. EATROFF> |
| EDWARD L. THORNTON*> | PAUL J. ENDLER JR.> | TIMOTHY J. FONSECA+ |
| DONALD L. CROWLEY*+ | GERALD KAPLAN+ | MAURICE JEFFERSON> |
| FREDRIC PAUL GALLIN*+^ | JARED P. KINGSLEY*+ | FRANK J. KEENAN+^ |
| STEPHEN R. KATZMAN# | STEVEN A. KLUXEN^ | JENNIFER M. HERRMANN^= |
| WILLIAM S.BLOOM>* | JOHN R. KNODEL*+ | RAINA M. JOHNSON^ |
| ERIC L. HARRISON*+ | CHARLES T. MCCOOK, JR. *> | LESLIE A. KOCH+ |
| MATTHEW A. WERBEL> | MARTIN R. MCGOWAN, JR.> | ALLISON M. KOENKE |
| | | DANIELLE M. LOZITO+ |
| | Of Counsel | CAROLINE PYRZ^ |
| | JOHN METHFESSEL, SR.> | MATTHEW L. RACHMIEL> |
| | | WILLIAM J. RADA+ |
| | | CHARLES P. SAVOTH, III> |
| | | AMANDA J. SCHMESSER^ |
| | | MICHELLE M. SCHOTT> |
| | | GINA M. STANZIALE> |
| | | ADAM S. WEISS< |

\* Certified by the Supreme Court of
  New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
>Member of NJ Bar only
#Member of NJ & LA. Bar
%Member of MI Bar
<Member of NJ and DC
=Member of FL Bar

**Please reply to New Jersey**

July 14, 2010

VIA E-FILE
VIA REGULAR MAIL
Honorable Michael A. Shipp
Clerk, United States District Court - Newark
Martin Luther King Jr.
Federal Building and U.S. Court
Newark, NJ  07101

RE:     **WALSH SECURITIES, INC. VS. CRISTO PROP.**
        Our File No.       : 45987 MRM
        Docket No.         : 2:97-CV-03496

Dear Judge Shipp:

This office represents defendant Coastal Title Agency in the above-captioned matter.

We respectfully request that the Court grant permission for this office to file a Motion to Dismiss the Cross Claims of Commonwealth Land Title Insurance Company, Nations Title Insurance of New York, Inc., and Fidelity National Title Insurance Company of New York for Indemnification and Contribution from Coastal Title Agency pursuant to Fed. R. Civ. P. 12 (b)(6).

A proposed form order of order is enclosed.

Kindly advise of the Court's decision in this regard.

Respectfully submitted,
**METHFESSEL & WERBEL, ESQS.**

Martin R. McGowan
mcgowan@methwerb.com
Ext. 168

MRM:cep/daf/Enc.

Methfessel & Werbel, Esqs.
Our File No. 45987 MRM
Page 2


cc:     VIA FAX: (973) 218-1106
        Robert A. Magnanini, Esq.
        Boies,Schiller & Flexner, LLP
        150 John F. Kennedy Parkway
        Short Hills, NJ 07078

        VIA FAX: +1(732) 920-5533
        Joseph G. LePore, Esq.
        LePore, Luizzi & Rossi, P.C.
        489 Aurora Place
        Brick, NJ 08723

        VIA FAX: +1(732) 409-0347
        Vincent P. Manning, Esq.
        Manning, Caliendo & Thomson
        36 West Main Street
        PO Box 6578
        Freehold, NJ  07728

        Anthony M. Cicalese
        74C Manatiales de Belen
        200 Mtrs Norte de igleseis de Ascen
        San Antonio de Belen
        Heredia, Costa Rica

        VIA FAX: +1(973) 509-0414
        Thomas D. Flinn, Esq.
        Garrity, Graham, Favetta & Flinn
        72 Eagle Rock Avenue, 3rd Floor
        East Hanover, NJ  07936

        VIA FAX: +1(973) 624-7070
        David R. Kott, Esq.
        McCarter & English, LLP
        Four Gateway Center
        100 Mulberry Street
        PO Box 652
        Newark, NJ  07101-0652

Methfessel & Werbel, Esqs.
Our File No. 45987 MRM
Page 3

    VIA FAX: +1(732) 462-8955
    Michael D. Schottland, Esq.
    Lomurro, Davison, Eastman & Munoz, P.A.
    100 Willobrook Road, Bldg 1
    Freehold, NJ 07728

    VIA FAX: +1(609) 896-1469
    Anthony Argiropoulos, Esq.
    Fox, Rothschild, O'Brien & Frankel, LLP
    Princeton Pike Corporate Center,
    997 Lenox Drive, Building
    Lawrenceville, NJ  08648-2311

    Irene Difeo
    5 Leann Court
    Old Bridge, NJ 08857

    VIA FAX: +1(973) 635-6363
    John B. McCusker, Esq.
    McCusker, Anselmi, Rosen & Carvelli
    210 Park Ave, Ste 301
    Florham Park NJ 07932

    VIA FAX: +1(732) 922-6161
    James C. Aaron, Esq.
    Ansell, Zaro, Grimm & Aaron, P.C.
    1500 Lawrence Avenue
    CN 7807
    Ocean, NJ  07712