METHFESSEL & WERBEL, ESQS.
3 Ethel Road, Suite 300
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
+1(732) 248-2355
mailbox@methwerb.com
Attorneys for Coastal Title Agency
Our File No.  45987 MRM

| | |
|---|---|
| WALSH SECURITIES, INC.<br><br>Plaintiff,<br><br>V.<br><br>CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES, INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALLANI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, RONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE COMPANY OF NEW YORK, INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, COASTAL TITLE AGENCY AND STEWART TITLE GUARANTY COMPANY, IRENE DIFEO, DONNA PEPSNY, WEICHERT REALTORS, AND VECCHIO REALTY, INC. D/B/A MURPHY REALTY | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No.: 2:97-CV-03496<br><br>Civil Action<br><br>**ORDER** |

BETTER HOMES AND GARDENS,

       Defendants.

**THIS MATTER** having been brought before the Court on the request of Methfessel & Werbel attorneys for defendant, Coastal Title Agency for an Order granting it permission to file a Motion to Dismiss the Cross Claims of Commonwealth Land Title Insurance Company, Nations Title Insurance of New York, Inc., and Fidelity National Title Insurance Company of New York for Indemnification and Contribution from Coastal Title Agency pursuant to Fed. R. Civ. P. 12 (b)(6), and the Court having considered the matter and for good cause shown;

    **IT IS** on this        day of            2010;

    **ORDERED** that the request by defendant, Coastal Title Agency for permission to file a Motion to Dismiss the Cross Claims of Commonwealth Land Title Insurance Company, Nations Title Insurance of New York, Inc., and Fidelity National Title Insurance Company of New York for Indemnification and Contribution from Coastal Title Agency pursuant to Fed. R. Civ. P. 12 (b)(6) be and is hereby granted in favor of the defendant Coastal Title Agency; and it is further

    **ORDERED** that a copy of this Order be served on all counsel within        days of the date hereof.

                                                             J.S.C.

( ) Opposed
( ) Unopposed