LAW OFFICES
# MANNING, CALIENDO & THOMSON
A PROFESSIONAL ASSOCIATION
36 WEST MAIN STREET
FREEHOLD, NEW JERSEY 07728

TELEPHONE: (732) 462-4405
FACSIMILE: (732) 409-0347

WWW.FREEHOLDLAWYERS.COM

REAL ESTATE DEPT.:
TEL: (732) 462-4264
FAX: (732) 462-7766

VINCENT P. MANNING*
NICHOLAS C. CALIENDO
KENNETH L. THOMSON
———
DANIEL J. EASTMOND
JOHN D. TORESCO+
———
EDWARD ROY ROSEN
    OF COUNSEL
———
* CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

+ MEMBER NEW JERSEY AND NEW YORK BAR

July 20, 2010

*Via Electronic Filing and Facsimile*

Honorable Michael A. Shipp
United States Magistrate Judge
M.L. King, Jr., Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

RE: Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.
    Civil Action No.: 97-3496 (DRD)(MAS)
    MCT File No.: 11168

Dear Judge Shipp:

This office represents defendants, Robert Skowrenski and National Home Funding, Inc. in the above captioned matter.

We respectfully request that the Court grant permission for this office to file a Motion for Summary Judgment as to the Cross Claims of Commonwealth Land Title Insurance Company, Coastal Title Agency, Fidelity National Title Insurance Company of New York, and National Title Insurance Company of New York, for Indemnification and Contribution from defendants, Robert Skowrenski and National Home Funding, Inc. pursuant to Fed. R. Civ. P. 56.

A form of Order is enclosed. Kindly advise as to the Court's decision in this regard.

Respectfully submitted,

VINCENT P. MANNING

VPM/vt
Encl.

Cc: All Counsel of Record (Via e-filing)
    Martin R. McGowan, (Via Facsimile)
    Richard Calanni, *pro se* (via regular mail)
    Richard DiBenedetto, *pro se* (via regular mail)

**Manning, Caliendo & Thomson, P.A.**
36 West Main Street
Freehold, New Jersey 07728
Telephone: 732-462-4405
Facsimile: 732-409-0347
National Home Funding, Inc., and Robert Skowrenski, II

| | |
|---|---|
| WALSH SECURITIES, INC., : | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY |
| Plaintiff, : | |
| : | Case No.: 2:97-cv-03496 (DRD)(MAS) |
| vs. : | |
| : | Civil Action |
| CRISTO PROPERTY : | |
| MANAGEMENT, a/k/a G.J.L. : | **ORDER** |
| LIMITED; DEK HOMES OF NEW : | |
| JERSEY, INC.; OAKWOOD : | |
| PROPERTIES, INC.; NATIONAL : | |
| HOME FUNDING, INC.; CAPITAL : | |
| ASSETS PROPERTY : | |
| MANAGEMENT, L.L.C.; : | |
| WILLIAM KANE; GARY : | |
| GRIESER; ROBERT : | |
| SKOWRENSKI, II; RICHARD : | |
| CALANNI; RICHARD : | |
| DiBENEDETTO; JAMES R. : | |
| BROWN; THOMAS BRODO; : | |
| ROLAND PIERSON; STANLEY : | |
| YACKER, ESQ.; MICHAEL : | |
| ALFIERI, ESQ.; RICHARD : | |
| PEPSNY, ESQ.; ANTHONY M. : | |
| CICALESE, ESQ.; LAWRENCE : | |
| CUZZI; ANTHONY D'APOLITO; : | |
| DAP CONSULTING, INC.; : | |
| COMMONWEALTH LAND TITLE : | |
| INSURANCE CO.; NATIONS : | |
| TITLE INSURANCE OF NEW : | |
| YORK, INC.; FIDELITY : | |
| NATIONAL TITLE INSURANCE : | |
| CO. OF NEW YORK; COASTAL : | |
| TITLE AGENCY; DONNA : | |
| PEPSNY; WEICHERT : | |
| REALTORS; and VECCHIO : | |

REALTY, INC., D/B/A MURPHY :
REALTY BETTER HOMES and
GARDENS, :
:
Defendants. :

_____

This matter having been opened to the Court on the request of Manning, Caliendo, and Thomson, attorneys for Defendants, Robert Skowrenski, II and National Home Funding, Inc., for an Order granting permission to file a Motion for Summary Judgment as to the Cross Claims of Commonwealth Land Title Insurance Company, Coastal Title Agency, Fidelity National Title Insurance Company of New York, and National Title Insurance Company of New York, for Indemnification and Contribution from defendants, Robert Skowrenski and National Home Funding Inc, and the Court having considered the matter for good cause shown,

**IT IS ON THIS** _____ day of _____, 2010, hereby

**ORDERED** that the request by defendants, Robert Skowrenski and National Home Funding Inc., for permission to file a motion for Summary Judgment as to the Cross Claims of Commonwealth Land Title Insurance Company, Coastal Title Agency, Fidelity National Title Insurance Company of New York, and National Title Insurance Company of New York, for Indemnification and Contribution from defendants, Robert Skowrenski and National Home Funding Inc, pursuant to Fed. R. Civ. P. 56 be and is hereby granted in favor of the defendants Robert Skowrenski and National Home Funding Inc; and it is further

**ORDERED** that this Order shall be served on all parties within seven (7) days of the date herein.

_____

M.J.

( ) OPPOSED
( ) UNOPPOSED