

## Orders on Motions

2:97-cv-03496-DRD-MAS WALSH SECURITIES INC v. CRISTO PROPERTY, et al

12BK, SCHEDO

**U.S. District Court**

**District of New Jersey [LIVE]**

RECEIVED
JUL 1 9 2010
AT 8:30_____M
WILLIAM T. WALSH, CLERK

### Notice of Electronic Filing

The following transaction was entered on 6/30/2010 at 4:23 PM EDT and filed on 6/30/2010

**Case Name:**          WALSH SECURITIES INC v. CRISTO PROPERTY, et al
**Case Number:**        2:97-cv-03496-DRD-MAS
**Filer:**
**Document Number:** 395

**Docket Text:**
**OPINION & ORDER granting [366] Motion to Seal Document. Signed by Magistrate Judge Michael A. Shipp on 6/30/10. (dc, )**

**2:97-cv-03496-DRD-MAS Notice has been electronically mailed to:**

AMY CHRISTINE PURCELL       apurcell@foxrothschild.com

AMY WALKER WAGNER       awagner@stonemagnalaw.com, aalberts@stonemagnalaw.com, mhamilton@stonemagnalaw.com

DAVID HARTMAN COLVIN       dcolvin@foxrothschild.com

DAVID R. KOTT       dkott@mccarter.com

FREDERICK W. ALWORTH       falworth@gibbonslaw.com, efiling@gibbonslaw.com

JEROME A. BALLAROTTO       jabesquire@aol.com

JOHN B. MCCUSKER       jmcc@marc-law.com, ceaves@marc-law.com, mpapagelopoulos@marc-law.com, msommer@marc-law.com

MARK W. CATANZARO       mark@catanzarolaw.com, lisa@catanzarolaw.com, susan@catanzarolaw.com

MARTIN R. MCGOWAN       mcgowan@methwerb.com, fertig@meth.com, mcg49@comcast.net

MICHAEL D. SCHOTTLAND       mschottland@lomurrolaw.com, lfurniss@lomurrolaw.com

NORMAN M. HOBBIE       nhobbie@hcbtlaw.com

TERRENCE S. BRODY
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street, 8th Floor West Wing
P.O. Box 080
Trenton, NJ 08625-0080

✓ THEODORE W DAUNNO
1033 CLIFTON AVENUE
CLIFTON, NJ 07013

THOMAS G. BRODO
319 QUEEN ANNE RD #B
TEANECK, NJ 07666

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=6/30/2010] [FileNumber=4311190-0
] [5f8f6e3d77e7a77fad32f94856d3d6dc09933b32ac6773d1a70adc31457cbf5d131
275faa69b2c374a5a50bffde3fae9bcbb5bcdd6cc894ff6e1d6da12e9a860]]