UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | | |
|---|---|---|
| Walsh Securities, | : | |
|               Plaintiff, | : | Civil Action No. 97-3496 (DRD)(MAS) |
| v. | : | |
| Cristo Property, et al., | : | **AMENDED SCHEDULING ORDER** |
|               Defendants. | : | |

**THIS MATTER** having come before the Court for a telephone status conference on July 21, 2010; and for good cause shown:

**IT IS on this 22nd day of July 2010,**

**ORDERED THAT:**

1. Plaintiff shall respond to the letters dated 4/27/10 and 5/27/10 concerning possible transcription errors by no later than **7/28/10**.

2. Counsel shall meet, confer and submit to this Court a joint proposed briefing schedule for dispositive motions regarding cross-claims for indemnification and contribution by no later than **7/30/10**.

3. Parties shall provide responses to outstanding discovery requests by no later than **8/13/10**. Parties must satisfy all discovery requests pertaining to the deposition of a witness no less than 5 days prior to the deposition taking place.

4. Moving briefs pertaining to the return of witness statements shall be filed with this Court by no later than **8/16/10**. Briefs in opposition shall be filed with this Court by no later than **8/30/10**.

5. Plaintiff shall comply with paragraphs 4 and 5 of the proposed form of the Case Management Order submitted on 5/17/10 by no later than **9/6/10**.

6. **FAILURE TO FOLLOW THIS ORDER MAY RESULT IN SANCTIONS PURSUANT TO Fed. R. Civ. P. 16(f) and 37.**

                                                                     */s/ Michael A. Shipp*
                                                          **HONORABLE MICHAEL A. SHIPP**
                                                          **United States Magistrate Judge**