

**METHFESSEL & WERBEL**
*A Professional Corporation*

JOEL N. WERBEL>
JOHN METHFESSEL, JR.>
EDWARD L. THORNTON*>
FREDRIC PAUL GALLIN*+^
STEPHEN R. KATZMAN#
WILLIAM S.BLOOM>*
ERIC L. HARRISON*+
MATTHEW A. WERBEL>

Of Counsel
JOHN METHFESSEL, SR.>
DONALD L. CROWLEY*+

Counsel
LORI BROWN STERNBACK*+
MARC DEMBLING*+
PAUL J. ENDLER JR.>
GERALD KAPLAN+
JARED P. KINGSLEY*+
STEVEN A. KLUXEN^
JOHN R. KNODEL*+
CHARLES T. MCCOOK, JR. *>
MARTIN R. MCGOWAN, JR.>

Associates
EDWARD D DEMBLING>
MICHAEL R. EATROFF>
TIMOTHY J. FONSECA+
SCOTT A. GINSBERG+
MAURICE JEFFERSON>
FRANK J. KEENAN+^
JENNIFER M. HERRMANN^=
RAINA M. JOHNSON^
LESLIE A. KOCH+
ALLISON M. KOENKE>
DANIELLE M. LOZITO+
CAROLINE PYRZ^
MATTHEW L. RACHMIEL>
WILLIAM J. RADA+
CHARLES P. SAVOTH, III>
AMANDA J. SCHMESSER^
MICHELLE M. SCHOTT>
GINA M. STANZIALE>
ADAM S. WEISS<

* Certified by the Supreme Court of
  New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
>Member of NJ Bar only
#Member of NJ & LA. Bar
%Member of MI Bar
<Member of NJ and DC
=Member of FL Bar

**Please reply to New Jersey**

July 29, 2010

VIA ELECTRONIC MAIL
The Honorable Michael A. Shipp
U.S. Magistrate, United States District Court
Martin Luther King Jr. Federal Building  and U.S. Court
50 Walnut Street
Newark, NJ  07102

RE:     **WALSH SECURITIES, INC. VS. CRISTO PROP.**
        Our File No.      : 45987 MRM
        Docket No.        : 2:97-CV-03496

Dear Judge Shipp:

Pursuant to your request during the last telephone conference, both myself on behalf of the defendant Coastal Title and Mr. Manning on behalf of the Defendant Skowrenski/NHF plan to file motions to dismiss the crossclaims of the Title Insurance defendants, represented by Mr. Kott and Mr. Hayes.  I can certify to Your Honor that neither the motions, nor any anticipated opposition thereto, are in any sense "discovery dependent".  They are applications based solely on the law and the pleadings.

Your Honor also inquired about a briefing schedule.  My motion /brief as well as that of Mr. Manning is completed and can be filed at any time.  I have been advised by the Title Insurance defendants that, absent any extraordinary circumstances, they would need 21 days from the date of the filing and service of the moving papers to respond.  I should think that an additional 7 days from the receipt of the opposition would be appropriate for any rebuttal, if necessary.

Methfessel & Werbel, Esqs.
Our File No. 45987 MRM
Page 2

Should this timeline meet with Your Honors approval, please advise and I will forward an Order encompassing same.

        Very truly yours,

        **METHFESSEL & WERBEL, ESQS.**

        Martin R. McGowan
        mcgowan@methwerb.com
        Ext. 168

MRM:daf.

Methfessel & Werbel, Esqs.
Our File No. 45987 MRM
Page 3

cc:   VIA FAX: (973) 218-1106
      Robert A. Magnanini, Esq.
      Boies, Schiller & Flexner, LLP
      150 John F. Kennedy Parkway
      Short Hills, NJ 07078

      VIA FAX: +1(732) 920-5533
      Joseph G. LePore, Esq.
      LePore, Luizzi & Rossi, P.C.
      489 Aurora Place
      Brick, NJ 08723

      VIA FAX: +1(732) 409-0347
      Vincent P. Manning, Esq.
      Manning, Caliendo & Thomson
      36 West Main Street
      PO Box 6578
      Freehold, NJ  07728

      VIA FAX: +1(973) 509-0414
      Thomas D. Flinn, Esq.
      Garrity, Graham, Favetta & Flinn
      72 Eagle Rock Avenue, 3rd Floor
      East Hanover, NJ  07936

      VIA FAX: +1(973) 624-7070
      David R. Kott, Esq.
      McCarter & English, LLP
      Four Gateway Center
      100 Mulberry Street
      PO Box 652
      Newark, NJ  07101-0652

      VIA FAX: +1(732) 462-8955
      Michael D. Schottland, Esq.
      Lomurro, Davison, Eastman & Munoz, P.A.
      100 Willobrook Road, Bldg 1
      Freehold, NJ 07728

Methfessel & Werbel, Esqs.
Our File No. 45987 MRM
Page 4

    VIA FAX: +1(609) 896-1469
    Anthony Argiropoulos, Esq.
    Fox, Rothschild, O'Brien & Frankel, LLP
    Princeton Pike Corporate Center,
    997 Lenox Drive, Building
    Lawrenceville, NJ  08648-2311

    VIA FAX: +1(973) 635-6363
    John B. McCusker, Esq.
    McCusker, Anselmi, Rosen & Carvelli
    210 Park Ave, Ste 301
    Florham Park NJ 07932

    VIA FAX: +1(732) 922-6161
    James C. Aaron, Esq.
    Ansell, Zaro, Grimm & Aaron, P.C.
    1500 Lawrence Avenue
    CN 7807
    Ocean, NJ  07712

    VIA REGULAR MAIL

    Anthony M. Cicalese
    74C Manatiales de Belen
    200 Mtrs Norte de igleseis de Ascen
    San Antonio de Belen
    Heredia, Costa Rica

    Irene Difeo
    5 Leann Court
    Old Bridge, NJ 08857