UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY]

WALSH SECURITIES, INC., :
:
:
: Civil Action No. 97-3496(DRD)(MAS)
**Plaintiff** :
v. :
:
CRISTO PROPERTY :
MANAGEMENT, LTD., et al, : **ORDER**
:
:
**Defendant** :
:

IT IS on this 6th day of August, 2010,

**ORDERED THAT:**

1. Defendants Coastal Title Agency and Richard Calanni's requests for leave to file motions for dismissal are granted. Moving papers shall be filed on or before **August 11, 2010**.

2. Opposition papers shall be filed on or before **September 1, 2010**; and

3. Reply papers shall be filed on or before **September 10, 2010**.

_/s/ M. Shipp_
**HONORABLE MICHAEL A. SHIPP**
**UNITED STATES MAGISTRATE JUDGE**