

# METHFESSEL & WERBEL
### A Professional Corporation

| | Counsel | Associates |
|---|---|---|
| JOEL N. WERBEL> | LORI BROWN STERNBACK*+ | EDWARD D DEMBLING> |
| JOHN METHFESSEL, JR.> | MARC DEMBLING*+ | MICHAEL R. EATROFF> |
| EDWARD L. THORNTON*> | PAUL J. ENDLER JR.> | TIMOTHY J. FONSECA+ |
| DONALD L. CROWLEY*+ | GERALD KAPLAN+ | MAURICE  JEFFERSON> |
| FREDRIC PAUL GALLIN*+^ | JARED P. KINGSLEY*+ | FRANK J. KEENAN+^ |
| STEPHEN R. KATZMAN# | STEVEN A. KLUXEN^ | JENNIFER M. HERRMANN^= |
| WILLIAM S.BLOOM>* | JOHN R. KNODEL*+ | RAINA M. JOHNSON^ |
| ERIC L. HARRISON*+ | CHARLES T. MCCOOK, JR. *> | LESLIE A. KOCH+ |
| MATTHEW A. WERBEL> | MARTIN R. MCGOWAN, JR.> | ALLISON M. KOENKE> |
| | | DANIELLE M. LOZITO+ |
| Of Counsel | | CAROLINE  PYRZ^ |
| JOHN METHFESSEL, SR.> | | MATTHEW L. RACHMIEL> |
| | | WILLIAM J. RADA+ |
| | | CHARLES P. SAVOTH, III> |
| | | AMANDA J. SCHMESSER^ |
| | | MICHELLE M. SCHOTT> |
| | | GINA M. STANZIALE> |
| | | ADAM S. WEISS< |

August 10, 2010

\* Certified by the Supreme Court of
   New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
>Member of NJ Bar only
#Member of NJ & LA. Bar
%Member of MI Bar
<Member of NJ and DC
=Member of FL Bar

**Please reply to New Jersey**

### VIA LAWYERS SERVICE AND ELECTRONIC FILING

Motions Clerk, United States District Court - Newark
Martin Luther King Jr.
Federal Building  and U.S. Court
Newark, NJ  07101

RE:   **WALSH SECURITIES, INC. VS. CRISTO PROP.**
      Our File No.         :   45987 MRM
      Docket No.           :   2:97-CV-03496

Dear Sir/Madam:

Enclosed please find the following documents:

☒ Notice of Motion
☒ Certification
☒ Brief
☒ Order

Thank you.

Very truly yours,

**METHFESSEL & WERBEL, ESQS.**

Martin R. McGowan
mcgowan@methwerb.com
Ext. 168

MRM:cep/daf/Encl.
nc

Methfessel & Werbel, Esqs.
Page 2
Our File No. 45987 MRM

cc: **VIA ELECTRONIC FILING AND LAWYERS SERVICE**

    Robert A. Magnanini, Esq.
    Boies, Schiller & Flexner, LLP
    150 John F. Kennedy Parkway
    Short Hills, NJ 07078

    Joseph G. LePore, Esq.
    LePore, Luizzi & Rossi, P.C.
    489 Aurora Place
    Brick, NJ 08723

    Vincent P. Manning, Esq.
    Manning, Caliendo & Thomson
    36 West Main Street
    PO Box 6578
    Freehold, NJ  07728

    Thomas D. Flinn, Esq.
    Garrity, Graham, Favetta & Flinn
    72 Eagle Rock Avenue, 3rd Floor
    East Hanover, NJ  07936

    David R. Kott, Esq.
    McCarter & English, LLP
    Four Gateway Center
    100 Mulberry Street
    PO Box 652
    Newark, NJ  07101-0652

    Michael D. Schottland, Esq.
    Lomurro, Davison, Eastman & Munoz, P.A.
    100 Willobrook Road, Bldg 1
    Freehold, NJ 07728

    Anthony Argiropoulos, Esq.
    Fox, Rothschild, O'Brien & Frankel, LLP
    Princeton Pike Corporate Center,
    997 Lenox Drive, Building
    Lawrenceville, NJ  08648-2311

Methfessel & Werbel, Esqs.
Page 3
Our File No. 45987 MRM

John B. McCusker, Esq.
McCusker, Anselmi, Rosen & Carvelli
210 Park Ave, Ste 301
Florham Park NJ 07932

James C. Aaron, Esq.
Ansell, Zaro, Grimm & Aaron, P.C.
1500 Lawrence Avenue
CN 7807
Ocean, NJ 07712

**VIA REGULAR MAIL**

Anthony M. Cicalese
74C Manatiales de Belen
200 Mtrs Norte de igleseis de Ascen
San Antonio de Belen
Heredia, Costa Rica

Irene Difeo
5 Leann Court
Old Bridge, NJ 08857

Coastal Title Agency
Robert F. Agel
2 Paragon Way
Suite 400 B
Freehold, NJ  07728

Richard Calanni
1 Old Farm Road
Tinton Falls, NJ 07724