**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant/Third Party Plaintiff
    Commonwealth Land Title Insurance Company

|  |  |
|---|---|
| WALSH SECURITIES, INC., | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
| Plaintiff, | Civil Action No. 97-cv-3496 (DRD)(MAS) |
| v. | Hon. Dickinson R. Debevoise, U.S.S.D.J.<br>Hon. Michael A. Shipp, U.S.M.J. |
| CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. Limited, ET AL., | **CERTIFICATION OF SERVICE** |
| Defendants. |  |

**Sara F. Merin**, of full age, hereby certifies as follows:

1. I am an attorney at law of the State of New Jersey and am associated with the firm of McCarter & English, LLP, attorneys for Defendant/Third-Party Plaintiff Commonwealth Land Title Insurance Company ("Commonwealth") in this case.

2. On August 16, 2010, I caused to be filed with the Clerk of the United States District Court for the District of New Jersey via ECF the following documents:

    (a) Letter Brief in Support of Commonwealth's Application to Question Messrs. Walsh, Skowrenski, and Alfieri Regarding the Terms of Their Settlement Agreements; and

    (b) Certification of Gary R. Tulp in Support of Commonwealth's Letter Brief.

3. I hereby certify that I have served via ECF and facsimile the aforementioned documents on the following counsel of record:

> Robert A. Magnanini, Esq.
> Stone Magnanini, LLP
> 150 John F. Kennedy
> Short Hills, NJ 07078;
>
> Edward J. Hayes, Jr., Esq.
> Fox, Rothschild, O'Brien & Frankel
> 2000 Market Street, 10th Floor
> Philadelphia, PA 19103-3291;
>
> Martin R. McGowan, Jr., Esq.
> Methfessel & Werbel
> 3 Ethel Road, Suite 300
> Edison, NJ 08818;
>
> Vincent P. Manning, Esq.
> Manning, Caliendo & Thomson
> 36 West Main Street
> Freehold, NJ 07728; and
>
> Edward C. Bertucio, Esq.
> 125 Wyckoff Road
> Eatontown, NJ 07724.

4. I hereby certify that I have served courtesy copies of the aforementioned documents via regular mail on:

> Honorable Michael A. Shipp, U.S.M.J.
> U.S. District Court for the District of New Jersey
> M.L. King, Jr. Federal Bldg. & U.S. Courthouse
> 50 Walnut Street
> Newark, New Jersey 07102; and

All persons and entities listed on the Service List attached to the Filing Letter.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

_____
Sara F. Merin

Dated: August 16, 2010

ME1 10408181v.1