**Manning, Caliendo & Thomson, P.A.**
36 West Main Street
Freehold, New Jersey 07728
Telephone: 732-462-4405
Facsimile: 732-409-0347
National Home Funding, Inc., and Robert Skowrenski, II

| | | |
|---|---|---|
| WALSH SECURITIES, INC., | : | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY |
| Plaintiff, | : | Case No.: 2:97-cv-03496 (DRD)(MAS) |
| vs. | : | Civil Action |
| CRISTO PROPERTY MANAGEMENT, a/k/a G.J.L. LIMITED; DEK HOMES OF NEW JERSEY, INC.; OAKWOOD PROPERTIES, INC.; NATIONAL HOME FUNDING, INC.; CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C.; WILLIAM KANE; GARY GRIESER; ROBERT SKOWRENSKI, II; RICHARD CALANNI; RICHARD DiBENEDETTO; JAMES R. BROWN; THOMAS BRODO; ROLAND PIERSON; STANLEY YACKER, ESQ.; MICHAEL ALFIERI, ESQ.; RICHARD PEPSNY, ESQ.; ANTHONY M. CICALESE, ESQ.; LAWRENCE CUZZI; ANTHONY D'APOLITO; DAP CONSULTING, INC.; COMMONWEALTH LAND TITLE INSURANCE CO.; NATIONS TITLE INSURANCE OF NEW YORK, INC.; FIDELITY NATIONAL TITLE INSURANCE CO. OF NEW YORK; COASTAL TITLE AGENCY; DONNA PEPSNY; WEICHERT REALTORS; and VECCHIO | : | **ORDER** |

REALTY, INC., D/B/A MURPHY       :
REALTY BETTER HOMES and
GARDENS,                         :

        Defendants.              :

This matter having been opened to the Court on the request of Manning, Caliendo, and Thomson, attorneys for Defendants, Robert Skowrenski, II and National Home Funding, Inc., for an Order granting permission to file a Motion for Summary Judgment as to the Cross Claims of Commonwealth Land Title Insurance Company, Coastal Tile Agency, Fidelity National Title Insurance Company of New York, and National Title Insurance Company of New York, for Indemnification and Contribution from defendants, Robert Skowrenski and National Home Funding Inc, and the Court having considered the matter for good cause shown,

IT IS ON THIS 24th day of August, 2010, hereby

**ORDERED** that the request by defendants, Robert Skowrenski and National Home Funding Inc., for permission to file a motion to dismiss or motion for Summary Judgment as to the Cross Claims of Commonwealth Land Title Insurance Company, Coastal Tile Agency, Fidelity National Title Insurance Company of New York, and National Title Insurance Company of New York, for Indemnification and Contribution from defendants, Robert Skowrenski and National Home Funding Inc, pursuant to Fed. R. Civ. P. 56 be and is hereby granted in favor of the defendants Robert Skowrenski and National Home Funding Inc. Defendants shall file the motion on August 30, 2010.

                                                        /s/ Michael A. Shipp
                                                        **Michael A. Shipp**
                                                        **United States Magistrate Judge**