**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant/Third-Party
  Plaintiff Commonwealth Land Title Insurance Company

|  | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|
| WALSH SECURITIES, INC., : <br> Plaintiff, : <br> v. : <br> : <br> CRISTO PROPERTY MANAGEMENT, LTD., a/k/a : <br> G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, : <br> INC., OAKWOOD PROPERTIES INC., : <br> NATIONAL HOME FUNDING, INC., CAPITAL : <br> ASSETS PROPERTY MANAGEMENT & : <br> INVESTMENT CO., INC., CAPITAL ASSETS : <br> PROPERTY MANAGEMENT, L.L.C., WILLIAM J. : <br> KANE, GARY GRIESER, ROBERT : <br> SKOWRENSKI, II, RICHARD CALANNI, : <br> RICHARD DIBENEDETTO, JAMES R. BROWN, : <br> THOMAS BRODO, RONALD J. PIERSON, : <br> STANLEY YACKER, ESQ.,  MICHAEL ALFIERI, : <br> ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. : <br> CICALESE, ESQ., LAWRENCE M. CUZZI, : <br> ANTHONY D'APOLITO, DAP CONSULTING, : <br> INC., COMMONWEALTH LAND TITLE : <br> INSURANCE COMPANY, NATIONS TITLE : <br> INSURANCE OF NEW YORK INC., FIDELITY : <br> NATIONAL TITLE INSURANCE COMPANY OF : <br> NEW YORK, COASTAL TITLE AGENCY, : <br> DONNA PEPSNY, WEICHERT REALTORS, and : <br> VECCHIO REALTY, INC. D/B/A MURPHY : <br> REALTY BETTER HOMES and GARDENS, : <br> : <br> Defendants. : <br> and : <br> : <br> COMMONWEALTH LAND TITLE INSURANCE : <br> COMPANY : <br> : <br> Defendant/Third-Party Plaintiff, : <br> v. : <br> : <br> ROBERT WALSH, JAMES WALSH and : <br> ELIZABETH ANN DeMOLA, : <br> : <br> Third-Party Defendants. : | Civil Action No. 97-cv-3496 (DRD) (MAS) <br> Hon. Dickinson R. Debevoise, U.S.S.D.J. <br> Hon. Michael A. Shipp, U.S.M.J. <br><br><br><br><br><br><br><br><br><br> **ORDER ALLOWING RETENTION AND USE OF REDACTED WITNESS STATEMENTS** |

ME1 10464885v.1

**THIS MATTER** having been opened to the Court by Stone & Magnanini, attorneys for Plaintiff Walsh Securities, Inc.; and it appearing that as part of an internal investigation of Walsh Securities, Inc., certain witness statements were taken and recorded; and it appearing that attorneys for Plaintiff voluntarily produced these witness statements in redacted form to the attorney for Defendant Commonwealth Land Title Insurance Company and others during the mediation process in this case; and it appearing that attorneys for Plaintiff Walsh Securities, Inc. seek to have these redacted witness statements returned and/or destroyed; and this Court having reviewed the submissions on behalf of Plaintiff Walsh Securities, Inc. and any and all opposition to those submissions; and good cause having been shown;

**IT IS** this        day of                    , 2010

**ORDERED** that any and all witness statements taken during the internal investigation of Walsh Securities, Inc. and voluntarily produced, with redactions as needed, during the mediation process in this case shall be also deemed as taken as part of the discovery in this case; and it is further

**ORDERED** that the witness statements shall be used for any purposes that discovery depositions can be used under the Federal Rules of Civil Procedure, the Federal Rules of Evidence, or as in the same fashion as depositions taken during discovery can be used; and it is further

**ORDERED** that nothing in the within Order precludes any parties from taking a deposition of any witness who was previously deposed during and as part of the mediation process.

_____
MICHAEL A. SHIPP, U.S.M.J.

ME1 10464885v.1