

# McCARTER & ENGLISH
ATTORNEYS AT LAW

September 1, 2010

**VIA ECF**

Clerk
U.S. District Court for the District of New Jersey
M. L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

David R. Kott
Partner
T. 973.622.4444
F. 973.624.7070
dkott@mccarter.com

Re: **Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.**
    **Civil Action No. 97-cv-3496 (DRD)(MAS)**

Dear Sir/Madam:

This office represents Defendant Commonwealth Land Title Insurance Company in connection with this matter. Enclosed for filing are the following:

(1) Brief of Defendant Commonwealth Land Title Insurance Company in Opposition to Defendant Coastal Title Agency, Inc.'s Motion to Dismiss Commonwealth's Cross-Claims Pursuant to Rule 12(b)(6);

(2) Certification of Sara F. Merin in Support of Commonwealth's Brief in Opposition to Coastal Title Agency's Motion to Dismiss, with exhibits; and

(3) Certification of Service.

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

Very truly yours,

s/ David R. Kott

David R. Kott

Enclosures
cc: Honorable Dickinson R. Debevoise (via regular mail) (w/encls.)
    Martin R. McGowan, Jr., Esq. (via ECF and regular mail) (w/encls.)
    Robert A. Magnanini, Esq. (via ECF and regular mail) (w/encls.)
    Edward J. Hayes, Jr., Esq. (via ECF and regular mail) (w/encls.)
    All Persons on the Attached Service List (via regular mail) (w/encls.)

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 10495559v.1