IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : |
| Plaintiff, | : Judge Dickinson R. Debevoise |
| v. | : Magistrate Judge Michael A. Shipp |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED; DEK HOMES OF NEW JERSEY, INC.; OAKWOOD PROPERTIES, INC.; NATIONAL HOME FUNDING, INC.; CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC.; CAPITAL ASSETS PROPERTY MANAGEMENT, LLC; WILLIAM KANE; GARY GRIESER; ROBERT SKOWRENSKI, II; RICHARD CALANNI; RICHARD DiBENEDETTO; JAMES R. BROWN; THOMAS BRODO; ROLAND PIERSON; STANLEY YACKER, ESQ.; MICHAEL ALFIERI, ESQ.; RICHARD PEPSNY, ESQ.; ANTHONY M. CICALESE, ESQ.; LAWRENCE CUZZI; ANTHONY D'APOLITO; DAP CONSULTING, INC.; COMMONWEALTH LAND TITLE INSURANCE CO.; NATIONS TITLE INSURANCE OF NEW YORK, INC.; FIDELITY NATIONAL TITLE INSURANCE CO. OF NEW YORK; COASTAL TITLE AGENCY; STEWART TITLE GUARANTY COMPANY; IRENE DiFEO; DONNA PEPSNY; WEICHERT REALTORS; and VECCHIO REALTY, INC., d/b/a MURPHY REALTY BETTER HOMES AND GARDENS, | : Civ. A. No. 97-3496 |
| Defendants. | : |

## **DECLARATION OF EDWARD J. HAYES, ESQ.**

Pursuant to 28 U.S.C. § 1746, I, Edward J. Hayes, hereby declare, based on personal knowledge, the following:

1. I am partner at the law firm of Fox Rothschild LLP in Philadelphia, Pennsylvania, and I am admitted *pro hac vice* to appear before this Court as part of these proceedings. [See Docket No. 54].

2. I am authorized to take this declaration on behalf of defendants and cross-claim plaintiffs, Nations Title Insurance of New York, Inc. and Fidelity National Title Insurance Co. of New York (collectively, "**Fidelity**").

3. I submit this declaration in support of Fidelity's brief in opposition to the motion to dismiss Fidelity's cross-claims filed by defendant and cross-claim defendant Coastal Title Agency ("**Coastal**").

4. Attached hereto as **Exhibit "A"** is a true and correct copy of an Agency Agreement, dated January 1, 1991, between Coastal and Nations Title Insurance of New York, Inc., f/k/a TRW Title Insurance of New York Inc.

5. Attached hereto as **Exhibit "B"** is a true and correct copy of an Agency Agreement, dated November 1, 1996, between Coastal and Fidelity National Title Insurance Co. of New York.

I declare under penalty of perjury that the foregoing is true and correct.

_____
EDWARD J. HAYES, ESQUIRE

Dated: September 1, 2010