Robert A. Magnanini, Esq.
Amy Walker Wagner, Esq.
STONE & MAGNANINI LLP
150 John F. Kennedy Parkway, Fourth Floor
Short Hills, New Jersey 07078
973-218-1111
Attorneys for Walsh Securities, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : |
| Plaintiff, | : Civil Action No. 97-cv-3496 (DRD) |
| vs. | : Hon. Dickinson R. Debevoise, U.S.D.J. |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED; et al., | : **CERTIFICATION OF ROBERT A. MAGNANINI IN OPPOSITION TO RICHARD CALANNI'S MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | : |

I, Robert A. Magnanini, of full age, certify as follows:

1. I am a member of the Bar of this Court and a Partner in the law firm of Stone & Magnanini LLP, attorneys for Plaintiff Walsh Securities, Inc. in the above-captioned matter.

2. A true and correct copy of the December 1, 1998 plea hearing transcript of Defendant, Richard Calanni in the matter entitled *U.S. v. Thomas Brodo, et al.*, 98-cr-427 (DNJ) is annexed hereto as Exhibit A.

3. A true and correct copy of the October 10, 2001 sentencing hearing transcript of Defendant, Richard Calanni in the matter entitled *U.S. v. Richard Calanni, et al.*, 98-cr-427-3 (DNJ) is annexed hereto as Exhibit B.

4. A true and correct copy of a memorandum dated December 13, 1996 from Lory

1

King addressed to six individuals, including Defendant Richard Calanni, produced in this action by William Kane and Bates stamped WK019610 is annexed hereto as Exhibit C.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: September 1, 2010

                                                                                                   s/
                                                 Robert A. Magnanini, Esq.