# STANLEY YACKER

ATTORNEY AT LAW
330 HIGHWAY 34, SUITE 3
P.O. BOX 991
MATAWAN, NEW JERSEY 07747

PLEASE REPLY TO:
MATAWAN OFFICE

TELEPHONE (908) 566-9300
FAX (908) 290-2477

CRANBURY - MONROE AREA OFFICE
RABINOWITZ, GRAHATA, WERNIK & YACKER
352 Applegarth Road
CRANBURY, NEW JERSEY 08512
PHONE (609) 655-4302 - FAX (609) 655-2511

## MEMORANDUM

**TO:**

| | | |
|---|---|---|
| Bill Kane (Alice) | 335-1456 | |
| Richard Pepsny | 566-3506 | |
| Larry Cuzzi | 747-8780 | |
| John Conneely | | |
| Ed Rice | 988-0224 | |
| Rich Calanni | 542-8558 | |

**FROM:** Lory King

**DATE:** December 13, 1996

**RE:** Closed Properties - Week Ending 12/13/96

*****************************************************************

Get Ready, Christmas is coming,

The following is a list of properties that have closed through my office within the past week. Of course, if anyone has any questions, please call me.

### PROPERTIES CLOSED ON 12/11/96

48 SOUTH 5TH AVENUE, LONG BRANCH
DONALD DEVINCENZO    PP $130,000      MTG. $97,500

### PROPERTIES CLOSED ON 12/12/96

209 SECOND AVENUE, ASBURY PARK
JOSEPH L. AMADOR    PP $180,000*     MTG. $135,000*

*Indicates a change between original loan application amount and actual figure at time of closing.

WK019610