## CERTIFICATE OF SERVICE

I, Amy Walker Wagner, hereby certify that on September 1, 2010 the forgoing Memorandum of Law in Opposition to Defendant Richard Calanni's Motion for Summary Judgment; Certification of Robert A. Magnanini in Opposition to Defendant Richard Calanni's Motion for Summary Judgment, and Exhibits thereto; and Proposed Order were filed with the Court and served electronically upon all counsel of record via the ECF system, and served via electronic mail upon the following Defendant:

Richard Calanni
One Old Farm Road
Tinton Falls, NJ 07724

and served via regular mail upon the following Defendant:

Richard DiBenedetto
3 Loller Drive
Martinsville, NJ 08836

                                                                    Amy Walker Wagner