UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : Civil Action No. CV 97-3496 (DRD) |
| Plaintiff, | : Dickinson R. Debevoise, U.S.D.J. |
| vs. | : |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, et al. | : **PROPOSED ORDER** |
| Defendants. | : |

**THIS MATTER** having been opened to the Court by Defendant Richard Calanni to dismiss Plaintiff's claims against him, and the Court having considered the submissions of the parties and argument of counsel, and for the reasons set forth on the record and for good cause shown;

**IT IS**, on this ____ day of _____, 2010

**ORDERED** that the motion to dismiss Plaintiff's claims filed by Defendant Richard Calanni is hereby denied with prejudice; and it is

**FURTHER ORDERED** that copies of the within Order be served upon all parties in this action within ____ days.

_____
Hon. Dickinson R. Debevoise, U.S.D.J.