UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Walsh Securities, | : |
| Plaintiff, | : Civil Action No. 97-3496 (DRD)(MAS) |
| v. | : |
| Cristo Property, et al., | : **ORDER** |
| Defendants. | : |

**THIS MATTER** comes before the Court upon notification to the Court from Amy Walker Wagner, Esq., Stone & Magnanini LLP, counsel for the Plaintiff, Walsh Securities Inc. Counsel advised that witness Lawrence Cuzzi related that he will not appear for his deposition currently scheduled for Friday, September 3, 2010.

The Court notes that this deposition has already been previously rescheduled. Counsel arranged their schedules to take the deposition on September 3, 2010 and the Court fully expects the deposition to proceed as scheduled. Based on the foregoing reasons, and for good cause shown;

IT IS on this 2nd day of September, 2010

**ORDERED THAT** that Mr. Cuzzi **must appear for the deposition as scheduled on September 3, 2010**. If Mr. Cuzzi fails to appear for the scheduled deposition, he will be subject to all sanctions available by law, to include contempt of Court.

s/ Michael A. Shipp
**HONORABLE MICHAEL A. SHIPP**
**UNITED STATES MAGISTRATE JUDGE**