

**METHFESSEL & WERBEL**
A Professional Corporation

JOEL N. WERBEL>
JOHN METHFESSEL, JR.>
EDWARD L. THORNTON*>
FREDRIC PAUL GALLIN*+^
STEPHEN R. KATZMAN#
WILLIAM S. BLOOM>*
ERIC L. HARRISON*+
MATTHEW A. WERBEL>

Of Counsel
JOHN METHFESSEL, SR.>
DONALD L. CROWLEY*+

Counsel
LORI BROWN STERNBACK*+
MARC DEMBLING*+
PAUL J. ENDLER JR.>
GERALD KAPLAN+
JARED P. KINGSLEY*+
STEVEN A. KLUXEN^
JOHN R. KNODEL*+
CHARLES T. MCCOOK, JR. *>
MARTIN R. MCGOWAN, JR.>

Associates
EDWARD D DEMBLING>
MICHAEL R. EATROFF>
TIMOTHY J. FONSECA+
SCOTT A. GINSBERG+
MAURICE JEFFERSON>
FRANK J. KEENAN+^
JENNIFER M. HERRMANN^=
RAINA M. JOHNSON^
LESLIE A. KOCH+
ALLISON M. KOENKE>
DANIELLE M. LOZITO+
STEPHANIE PALO>
CAROLINE PYRZ^
MATTHEW L. RACHMIEL>
WILLIAM J. RADA+
CHARLES P. SAVOTH, III>
AMANDA J. SCHMESSER^
MICHELLE M. SCHOTT>
GINA M. STANZIALE>
ADAM S. WEISS<

\* Certified by the Supreme Court of
 New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
>Member of NJ Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC
=Member of FL Bar

**Please reply to New Jersey**

September 13, 2010

<u>**VIA ELECTRONIC FILING**</u>

Motions Clerk, United States District Court - Newark
Martin Luther King Jr.
Federal Building and U.S. Court
Newark, NJ  07101

RE:   **WALSH SECURITIES, INC. VS. CRISTO PROP.**
      Our File No.        :   45987 MRM
      Docket No.          :   2:97-CV-03496

Dear Sir/Madam:

Enclosed please find Defendant Coastal's Brief in support of Reply to the Oppositions of Defendants/Cross-claim Plaintiffs Commonwealth Land Title Insurance Company, Nations Title Insurance of New York, Inc., and Fidelity National Title Insurance Co. of New York to Coastal Title Agency's Motion to Dismiss.

Thank you.

Very truly yours,

**METHFESSEL & WERBEL, ESQS.**

Martin R. McGowan
mcgowan@methwerb.com
Ext. 168

MRM:cep/daf/Encl.
nc

3 Ethel Road ~ Suite 300 ~ P.O. Box 3012 ~ Edison, NJ 08818 ~ (732) 248-4200 ~ FAX (732) 248-2355
450 Seventh Avenue ~ Suite 1400 ~ New York, New York 10123 ~ (212) 947-1999 ~ FAX (212) 947-3332
www.njinslaw.com

Methfessel & Werbel, Esqs.
Page 2
Our File No. 45987 MRM

cc: **VIA ELECTRONIC FILING AND LAWYERS SERVICE**
Robert A. Magnanini, Esq.
Stone Magnanini
150 John F. Kennedy Parkway
Short Hills, NJ 07078

Joseph G. LePore, Esq.
LePore, Luizzi & Rossi, P.C.
489 Aurora Place
Brick, NJ 08723

Vincent P. Manning, Esq.
Manning, Caliendo & Thomson
36 West Main Street
PO Box 6578
Freehold, NJ 07728

Thomas D. Flinn, Esq.
Garrity, Graham, Favetta & Flinn
72 Eagle Rock Avenue, 3rd Floor
East Hanover, NJ 07936

David R. Kott, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
PO Box 652
Newark, NJ 07101-0652

Michael D. Schottland, Esq.
Lomurro, Davison, Eastman & Munoz, P.A.
100 Willobrook Road, Bldg 1
Freehold, NJ 07728


Anthony Argiropoulos, Esq.
Fox, Rothschild, O'Brien & Frankel, LLP
Princeton Pike Corporate Center,
997 Lenox Drive, Building
Lawrenceville, NJ 08648-2311

Methfessel & Werbel, Esqs.
Page 3
Our File No. 45987 MRM

John B. McCusker, Esq.
McCusker, Anselmi, Rosen & Carvelli
210 Park Ave, Ste 301
Florham Park NJ 07932

James C. Aaron, Esq.
Ansell, Zaro, Grimm & Aaron, P.C.
1500 Lawrence Avenue
CN 7807
Ocean, NJ  07712


VIA REGULAR MAIL
Anthony M. Cicalese
74C Manatiales de Belen
200 Mtrs Norte de igleseis de Ascen
San Antonio de Belen
Heredia, Costa Rica

Irene Difeo
5 Leann Court
Old Bridge, NJ 08857

Richard Calanni, Pro Se
1 Old Farm Road
Tinton Falls, NJ 07724