# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| WALSH SECURITIES, INC., | : |
| Plaintiff, | : Judge Dickinson R. Debevoise |
| v. | : Magistrate Judge Michael A. Shipp |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED; DEK HOMES OF NEW JERSEY, INC.; OAKWOOD PROPERTIES, INC.; NATIONAL HOME FUNDING, INC.; CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC.; CAPITAL ASSETS PROPERTY MANAGEMENT, LLC; WILLIAM KANE; GARY GRIESER; ROBERT SKOWRENSKI, II; RICHARD CALANNI; RICHARD DiBENEDETTO; JAMES R. BROWN; THOMAS BRODO; ROLAND PIERSON; STANLEY YACKER, ESQ.; MICHAEL ALFIERI, ESQ.; RICHARD PEPSNY, ESQ.; ANTHONY M. CICALESE, ESQ.; LAWRENCE CUZZI; ANTHONY D'APOLITO; DAP CONSULTING, INC.; COMMONWEALTH LAND TITLE INSURANCE CO.; NATIONS TITLE INSURANCE OF NEW YORK, INC.; FIDELITY NATIONAL TITLE INSURANCE CO. OF NEW YORK; COASTAL TITLE AGENCY; STEWART TITLE GUARANTY COMPANY; IRENE DiFEO; DONNA PEPSNY; WEICHERT REALTORS; and VECCHIO REALTY, INC., d/b/a MURPHY REALTY BETTER HOMES AND GARDENS, | : Civ. A. No. 97-3496<br><br>: Motion Return Date:<br>: **October 4, 2010** |
| Defendants. | : |

**BRIEF OF NATIONS TITLE INSURANCE OF NEW YORK, INC. AND FIDELITY NATIONAL TITLE INSURANCE CO. OF NEW YORK IN OPPOSITION TO THE MOTION TO DISMISS OF ROBERT SKOWRENSKI, II AND NATIONAL HOME FUNDING, INC.**

Edward J. Hayes, Esquire
David H. Colvin, Esquire
Amy C. Purcell, Esquire
Fox Rothschild LLP
2000 Market Street, Tenth Floor
Philadelphia, PA 19103
(215) 299-2092
(215) 299-2150 (facsimile)

Defendants/cross-claim plaintiffs, Nations Title Insurance of New York, Inc. and Fidelity National Title Insurance Co. (collectively, "**Fidelity**"), by and through their undersigned counsel, Fox Rothschild LLP, respectfully submit this brief in opposition to the motion of defendants/cross-claim defendants, Robert Skowrenski, II ("**Skowrenski**") and National Home Funding, Inc. ("**NHF**") (collectively, the "**NHF Defendants**"), to dismiss Fidelity's cross-claims.

## I. BRIEF FACTUAL BACKGROUND

In its Fourth Amended Complaint, Plaintiff, Walsh Securities, Inc. ("**Walsh**"), asserts claims against National Home Funding for RICO violations, fraud and breach of contract. See Fourth Amended Complaint, [Doc. No. 302], Counts I, II, III and IV. Walsh also asserts claims against Skowrenski, the owner of NHF, for RICO violations and fraud. Id. at Counts I, II and III.

Walsh alleges that the NHF Defendants were directly involved in a fraudulent scheme because NHF sold mortgage loans to Walsh, which were based on loan applications that contained falsely inflated appraisals and other false information. In connection with these mortgage loans, Coastal Title Agency (a co-defendant in this case), on behalf of Fidelity, issued closing service protection letters to NHF. As a result, Fidelity entered into a contractual relationship with NHF. At no time did NHF or Skowrenski disclose to Fidelity the allegedly fraudulent nature of the transactions for which it sought the issuance of the letters. Because NHF induced Fidelity to issue policies and the closing service protection letters (on which Walsh bases its claims in this action), Fidelity asserted cross-claims against NHF and Skowrenski for contribution and indemnification. See Answer to Fourth Amended Complaint and Cross Claim, [Doc. No. 314]. The NHF Defendants now ask the Court to dismiss these cross-claims.

## II. LEGAL ARGUMENT

In response to NHF's motion to dismiss Fidelity's cross-claim, Fidelity relies on its brief in opposition to the motion of third-party defendants, Robert Walsh, James Walsh and Elizabeth DeMola, to dismiss Fidelity's third-party complaint. See Docket No. 341. Although Fidelity recognizes that the Court's Order dated December 16, 2009 rejected these arguments, Fidelity respectfully disagrees with the Court's failure to apply Fidelity's arguments to the claims against Robert Walsh, James Walsh and Elizabeth DeMola and submits this response in order to preserve its right to appeal the Court's decision. It is Fidelity's position that the cross-claims against NHF and Skowrenski are proper.

Respectfully submitted,

Edward J. Hayes, Esquire
David H. Colvin, Esquire
Amy C. Purcell, Esquire
Fox Rothschild LLP
2000 Market Street, Twentieth Floor
Philadelphia, PA 19103
(215) 299-2092
(215) 299-2150 (facsimile)

Attorneys for Nations Title Insurance
of New York, Inc. and Fidelity
National Title Insurance Co. of New York

Dated: September 20, 2010

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing brief of Fidelity National Title Insurance Co. of New York and Nations Title Insurance Co. of New York in opposition to the motion to dismiss cross-claims filed by Coastal Title Agency was electronically filed this day and served this day by first-class mail, postage pre-paid, as follows:

Robert A. Magnanini, Esq.
Stone Magnanini LLP
150 John F. Kennedy
Short Hills, NJ 07078
Attorneys for Walsh Securities, Inc. and Robert Walsh

Vincent P. Manning, Esq.
Manning, Caliendo & Thomson
36 West Main Street
Freehold, NJ 07728
Attorneys for National Home Funding, Inc. and Robert Skowrenski, II

Martin R. McGowan, Jr., Esq.
Methfessel & Werbel
3 Ethel Road
Suite 300
Edison, NJ 08818
Attorneys for Coastal Title Agency

Edward C. Bertucio, Jr., Esq.
Hobbie, Corrigan, Bertucio & Tashjy, P.C.
125 Wyckoff Road
Eatontown, NJ 07724
Attorneys for Michael Alfieri, Esq.

Robert J. Reilly, III, Esq.
Reilly, Supple & Wischusen, LLC
571 Central Avenue
New Providence, NJ 07974
Attorneys for Michael Alfieri, Esq.

Mark W. Catanzaro, Esq.
Blason IV
Suite 208
513 Lenola Road
Moorestown, NJ 08057

Attorneys for Richard Pepsny and Donna Pepsny

Stephen Balsamo, Esq.
Garrity, Graham, Murphy, Garofalo & Flinn, P.C.
72 Eagle Rock Avenue, Suite 350
P.O. Box 438
East Hanover, NJ 07936
Attorneys for Anthony M. Cicalese

Anthony M. Cicalese
74C Manatiales de Belen
200 Mtrs Norte de Iglesias de Ascen
San Antonio de Belen
Heredia, COSTA RICA

Pasquale Menna, Esq.
Menna, Supko & Nelson, LLC
830 Broad Street, Suite B
Shrewsbury, NJ 07702
Attorneys for Roland J. Pierson

John B. McCusker, Esq.
McCusker, Anselmi, Rosen & Carvelli
210 Park Avenue, No. 3
Florham Park, NJ 07932
Attorneys for Weichert Realtors

David R. Kott, Esq.
McCarter & English
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102

Thomas Brodo
139B Fort Lee Road
Teaneck, NJ 07666

James R. Brown
7 Pamela Road
East Brunswick, NJ 08816

Richard Calanni
One Old Farm Road
Tinton Falls, NJ 07724

Anthony D'Apolito
909 Woodland
Wall Township, NJ 07719

Richard DiBenedetto
3 Loller Drive
Martinsville, NJ 08836

Stanley Yacker
6 Swimming River Court
Barnegat, NJ 08005

William Kane
6119 Kipps Colony Drive
Gulfport, FL 33707

                                        AMY C. PURCELL, ESQ.

Dated: September 20, 2010