**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant/Third Party Plaintiff
    Commonwealth Land Title Insurance Company

|  |  |
|---|---|
| WALSH SECURITIES, INC., | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
| Plaintiff, | Civil Action No. 97-cv-3496 (DRD)(MAS) |
| v. | Hon. Dickinson R. Debevoise, U.S.S.D.J.<br>Hon. Michael A. Shipp, U.S.M.J. |
| CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. Limited, ET AL., | **CERTIFICATION OF SERVICE** |
| Defendants. |  |

**Sara F. Merin**, of full age, hereby certifies as follows:

1. I am an attorney at law of the State of New Jersey and am associated with the firm of McCarter & English, LLP, attorneys for Defendant/Third-Party Plaintiff Commonwealth Land Title Insurance Company ("Commonwealth") in this case.

2. On September 20, 2010, I caused to be filed with the Clerk of the United States District Court for the District of New Jersey via ECF the following documents:

    (a) Brief of Defendant Commonwealth Land Title Insurance Company in Opposition to Defendants National Home Funding, Inc. and Robert Skowrenski, II's Motion to Dismiss Commonwealth's Cross-Claims Pursuant to *Rule* 12(b)(6); and

    (b) this Certification of Service.

3. On the same date, I sent a courtesy copy of each of the aforementioned documents via regular mail to:

> Honorable Dickinson R. Debevoise, U.S.S.D.J.
> U.S. District Court for the District of New Jersey
> M. L. King, Jr. Federal Bldg. & U.S. Courthouse
> 50 Walnut Street
> Newark, New Jersey 07101.

4. On the same date, I served, via ECF, the aforementioned documents on the following counsel of record:

> Robert A. Magnanini, Esq.
> Stone Magnanini, LLP
> 150 John F. Kennedy
> Short Hills, NJ 07078;

> Edward J. Hayes, Jr., Esq.
> Fox, Rothschild, O'Brien & Frankel
> 2000 Market Street, 10th Floor
> Philadelphia, PA 19103-3291;

> Martin R. McGowan, Jr., Esq.
> Methfessel & Werbel
> 3 Ethel Road, Suite 300
> Edison, NJ 08818;

> Vincent P. Manning, Esq.
> Manning, Caliendo & Thomson
> 36 West Main Street
> Freehold, NJ 07728; and

> Edward C. Bertucio, Esq.
> 125 Wyckoff Road
> Eatontown, NJ 07724.

5. On the same date, I served courtesy copies of the aforementioned documents via regular mail on all persons and entities listed on the Service List attached hereto as Exhibit A.

      I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

                                                                                             Sara F. Merin

Dated:  September 20, 2010

ME1 10617942v.1

# Exhibit A

ME1 10617942v.1

Revised 5/10/10

## SERVICE LIST

### WALSH SECURITIES, INC. V. CRISTO PROPERTY MANAGEMENT, ET AL
### CIVIL ACTION NO. 97-3496 (DRD)

Robert A. Magnanini, Esq.
Stone Magnanini, LLP
150 John F. Kennedy
Short Hills, NJ 07078
**Attorney for plaintiff Walsh Securities, Inc. and for third-party defendant Robert Walsh**

Vincent P. Manning, Esq.
Manning, Caliendo & Thomson
36 West Main Street
Freehold, NJ 07728
**Attorney for Defendants National Home Funding, Inc. and Robert Skowrenski, II**

Martin R. McGowan, Jr., Esq.
Methfessel & Werbel
3 Ethel Road
Suite 300
Edison, New Jersey 08818
**Attorneys for Defendant Coastal Title Agency**

Edward C. Bertucio, Jr., Esq.
Hobbie, Corrigan, Bertucio & Tashjy, P.C.
125 Wyckoff Road
Eatontown, NJ 07724
**Attorney for Defendant Michael Alfieri, Esq.**

Robert J. Reilly, III, Esq.
Reilly, Supple & Wischusen, LLC
571 Central Avenue
New Providence, NJ 07974
**Attorney for defendant Michael Alfieri, Esq. on the Sixth Count**

Mark W. Catanzaro, Esq.
Blason IV
Suite 208
513 Lenola Road
Moorestown, New Jersey 08057
**Attorney for defendants Richard Pepsny and Donna Pepsny**

Stephen Balsamo, Esq.
Garrity, Graham, Murphy, Garofalo & Flinn, P.C.
72 Eagle Rock Avenue, Suite 350
P.O. Box 438
East Hanover, NJ 07936
**Attorney for Defendant Anthony M. Ciccalese (on certain counts of the Complaint)**

ME1 2304466v.1

Anthony M. Cicalese
74C Manatiales de Belen
200 Mtrs Norte de igleseis de Ascen
San Antonio de Belen
Heredia, Costa Rica
**Pro se (on certain counts of the Complaint)**

Edward J. Hayes, Jr., Esq.
Fox, Rothschild, O'Brien & Frankel
2000 Market Street
10th Floor
Philadelphia, Pennsylvania 19103-3291
**Attorney for Defendants Fidelity National Title Insurance and Nations Title Insurance**

Pasquale Menna, Esq.
Menna, Supko & Nelson, LLC
830 Broad Street, Suite B
Shrewsbury, NJ 07702
**Attorneys for Defendant Roland J. Pierson**

John B. McCusker, Esq.
McCusker, Anselmi, Rosen & Carvelli
210 Park Avenue, #3
Florham Park, NJ 07932-1012
**Attorneys for Defendant Weichert Realtors**

Thomas Brodo, Pro Se
139B Fort Lee Road
Teaneck, New Jersey 07666

James R. Brown, Pro Se
7 Pamela Road
East Brunswick, NJ 08816-4418

Richard Calanni, Pro Se
One Old Farm Road
Tinton Falls, New Jersey 07724

Anthony D'Apolito, Pro Se
909 Woodland
Wall Township, NJ 07719

Richard DiBenedetto, Pro Se
3 Loller Drive
Martinsville, NJ 08836

Stanley Yacker, Esq., Pro Se
6 Swimming River Court
Barnegat, NJ 08005-5624

William Kane, Pro Se
6119 Kipps Colony Drive
Gulfport, FL 33707

MEI 2304466v.1