LAW OFFICES
## MANNING, CALIENDO & THOMSON
A PROFESSIONAL ASSOCIATION
36 WEST MAIN STREET
FREEHOLD, NEW JERSEY 07728

TELEPHONE: (732) 462-4405
FACSIMILE: (732) 409-0347

VINCENT P. MANNING*
NICHOLAS C. CALIENDO
KENNETH L. THOMSON

STEPHEN M. BACIGALUPO, II
GUENEVERE D. WALKER

EDWARD ROY ROSEN
  OF COUNSEL

* CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

REAL ESTATE DEPT.:
TEL: (732) 462-4264
FAX: (732) 462-7766

September 23, 2010

U.S.D.J. Dickinson R. Debevoise
United States District Court
U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**RE:** Walsh Securities v. Cristo Property Management, et al.
Civil Action No.: 97-3496 (DRD)(MAS)
Motion Returnable: October 4, 2010

Dear Judge Debevoise:

As Your Honor is aware, the undersigned represents defendants, Robert Skowrenski, II and National Home Funding, Inc., in the above captioned matter and respectfully submits this brief in lieu of a more formal brief in further support of our motion to dismiss and in reply to the opposition papers submitted by defendants/cross-claim plaintiffs, National Title Insurance of New York, Inc. and Fidelity National Title Insurance Co. (Collectively "Fidelity") [DOC 426] and Commonwealth Land Title Insurance Co. [DOC 427].

Please also allow this correspondence to confirm my conversation with Your Honor's law clerk, Bryan Kreykes, on today's date, during which I was advised that the Court will be deciding this firm's motion on the papers and **will not be hearing Oral Argument**.

Respectfully submitted,

VINCENT P. MANNING

VPM/jdt
Enc.

**Manning, Caliendo & Thomson, P.A.**
36 West Main Street
Freehold, New Jersey 07728
Telephone: 732-462-4405
Facsimile: 732-409-0347
National Home Funding, Inc., and Robert Skowrenski, II

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| WALSH SECURITIES, INC., | : | Civil Action No. 97-cv-3496 (DRD)(MAS) |
| Plaintiff, | : | Hon. Dickinson R. Debevoise |
| vs. | : | **MOTION RETURN DATE: 10/04/2010** |
| CRISTO PROPERTY MANAGEMENT, a/k/a G.J.L. LIMITED; DEK HOMES OF NEW JERSEY, INC.; OAKWOOD PROPERTIES, INC.; NATIONAL HOME FUNDING, INC.; CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C.; WILLIAM KANE; GARY GRIESER; ROBERT SKOWRENSKI, II; RICHARD CALANNI; RICHARD DiBENEDETTO; JAMES R. BROWN; THOMAS BRODO; ROLAND PIERSON; STANLEY YACKER, ESQ.; MICHAEL ALFIERI, ESQ.; RICHARD PEPSNY, ESQ.; ANTHONY M. CICALESE, ESQ.; LAWRENCE CUZZI; ANTHONY D'APOLITO; DAP CONSULTING, INC.; COMMONWEALTH LAND TITLE INSURANCE CO.; NATIONS TITLE INSURANCE OF NEW YORK, INC.; FIDELITY NATIONAL TITLE INSURANCE CO. OF NEW YORK; COASTAL TITLE AGENCY; DONNA | : | |

| | |
|---|---|
| PEPSNY; WEICHERT REALTORS; and VECCHIO REALTY, INC., D/B/A MURPHY REALTY BETTER HOMES and GARDENS, | : <br> : <br> : <br> : <br> : |
| Defendants. | : <br> : |

---

**REPLY BRIEF IN FURTHER SUPPORT OF DEFENDANT, ROBERT SKOWRENSKI, II AND DEFENDANT, NATIONAL HOME FUNDING, INC'S MOTION TO DISMISS THE CROSS CLAIMS OF THE TITLE INSURANCE DEFENDANTS' FOR CONTRIBUTION AND INDEMNIFICATION WITH PREJUDICE PURSUANT TO RULE 12(b)(6).**

---

**MOTION RETURN DATE:  10/04/2010**

VINCENT P. MANNING, ESQ. OF COUNSEL

JOHN D. TORESCO, ESQ. ON THE BRIEF

2

Defendants, Robert Skowrenski, II and National Home Funding, Inc., by and through their undersigned counsel, Manning, Caliendo, and Thomson, P.A., respectfully submits this brief in lieu of a more formal brief in further support of their motion to dismiss and in reply to the opposition papers submitted by defendants/cross-claim plaintiffs, National Title Insurance of New York, Inc. and Fidelity National Title Insurance Co. (Collectively "Fidelity") [DOC 426] and Commonwealth Land Title Insurance Co [DOC 427].

Both Fidelity and Commonwealth have submitted opposition, completely devoid of legal citation, with the purpose of preserving their right to appeal this Court's prior December 16, 2009 decision. Neither defendant has set forth any legal reasoning that presents a basis upon which Defendants Robert Skowrenski, II and National Home Funding Inc.'s motion to dismiss could be denied.

Further, Commonwealth expressly admits in its opposition that its cross-claims are precluded under the law of this case and Fidelity does not dispute the same. For the reasons expressed in Defendants, Skowrenski and National Home Funding Inc.'s motion to dismiss, the lack of opposition filed in response thereto and for the reasons expressed above it is respectfully requested that the

3

cross-claims for indemnification and contribution asserted by Fidelity and Commonwealth against Robert Skowrenski, II and National Home Funding be dismissed with prejudice for failure to state a claim.

Respectfully submitted,

John D. Toresco, Esq.