

**METHFESSEL & WERBEL**
*A Professional Corporation*

| | | |
|---|---|---|
| JOEL N. WERBEL> | Counsel | Associates |
| JOHN METHFESSEL, JR.> | LORI BROWN STERNBACK*+ | EDWARD D DEMBLING> |
| EDWARD L. THORNTON*> | MARC DEMBLING*+ | MICHAEL R. EATROFF> |
| FREDRIC PAUL GALLIN*+^ | PAUL J. ENDLER JR.> | TIMOTHY J. FONSECA+ |
| STEPHEN R. KATZMAN# | GERALD KAPLAN+ | SCOTT A. GINSBERG+ |
| WILLIAM S.BLOOM>* | JARED P. KINGSLEY*+ | MAURICE JEFFERSON> |
| ERIC L. HARRISON*+ | STEVEN A. KLUXEN^ | FRANK J. KEENAN+^ |
| MATTHEW A. WERBEL> | JOHN R. KNODEL*+ | JENNIFER M. HERRMANN^= |
| | CHARLES T. MCCOOK, JR. *> | JASON JUDOVIN> |
| Of Counsel | MARTIN R. MCGOWAN, JR.> | RAINA M. JOHNSON^ |
| JOHN METHFESSEL, SR.> | | MARISSA KEDDIS+ |
| DONALD L. CROWLEY*+ | | LESLIE A. KOCH+ |
| | | ALLISON M. KOENKE> |
| | | VIVIAN LEKKAS+ |
| | | DANIELLE M. LOZITO+ |
| | | STEPHANIE PALO+ |
| | | CAROLINE PYRZ^ |
| | | MATTHEW L. RACHMIEL> |
| | | WILLIAM J. RADA+ |
| | | CHARLES P. SAVOTH, III> |
| | | AMANDA J. SCHMESSER^ |
| | | MICHELLE M. SCHOTT> |
| | | GINA M. STANZIALE> |
| | | ADAM S. WEISS< |

September 27, 2010

\* Certified by the Supreme Court of
  New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
>Member of NJ Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC
=Member of FL Bar

**Please reply to New Jersey**

**VIA E-FILE**
The Honorable Dickinson R. Debevoise
U.S. District Judge, United States District Court
United States District Court - Newark
Martin Luther King Jr. Federal Building and U.S. Court
50 Walnut Street
Newark, NJ  07101

RE: **WALSH SECURITIES, INC. VS. CRISTO PROP.**
   Our File No.    : 45987 MRM
   Docket No.     : 2:97-CV-03496

Dear Judge Debevoise:

This office represents defendant Coastal Title Agency in the above-captioned matter.  Our Motion to Dismiss the Cross-Claims of Commonwealth Land Title Insurance Company, Nations Title Insurance of New York, Inc., and Fidelity National Title Insurance Company of New York is currently listed for oral argument on October 4, 2010.

Due to ongoing settlement negotiations, Defendant Coastal Title Agency respectfully requests that the Court adjourn oral argument on the Motion to Dismiss the Title Insurance Defendants' Crossclaims for thirty (30) days.  Please be advised that we have the consent of Walsh Securities, Commonwealth Land Title Insurance Company, Nations Title Insurance of New York, Inc., and Fidelity National Title Insurance Company of New York.

Kindly advise of the Court's decision in this regard.

Respectfully submitted,
**METHFESSEL & WERBEL, ESQS.**

Martin R. McGowan
mcgowan@methwerb.com
Ext. 168

MRM:cep/daf

Methfessel & Werbel, Esqs.
Our File No. 45987 MRM
Page 2

VIA ELECTRONIC MAIL

cc:  Robert A. Magnanini, Esq.
     Stone Magnanini LLC
     150 John F. Kennedy Parkway
     Short Hills, NJ 07078

     Joseph G. LePore, Esq.
     LePore, Luizzi & Rossi, P.C.
     489 Aurora Place
     Brick, NJ 08723

     Vincent P. Manning, Esq.
     Manning, Caliendo & Thomson
     36 West Main Street
     PO Box 6578
     Freehold, NJ  07728

     Anthony M. Cicalese
     74C Manatiales de Belen
     200 Mtrs Norte de igleseis de Ascen
     San Antonio de Belen
     Heredia, Costa Rica

     Thomas D. Flinn, Esq.
     Garrity, Graham, Favetta & Flinn
     72 Eagle Rock Avenue, 3rd Floor
     East Hanover, NJ  07936

     EMAIL: dkott@mccarter.com
     David R. Kott, Esq.
     McCarter & English, LLP
     Four Gateway Center
     100 Mulberry Street
     PO Box 652
     Newark, NJ  07101-0652

     Michael D. Schottland, Esq.
     Lomurro, Davison, Eastman & Munoz, P.A.
     100 Willobrook Road, Bldg 1
     Freehold, NJ 07728

Methfessel & Werbel, Esqs.
Our File No. 45987 MRM
Page 3

Edward J. Hayes, Esq.
Fox Rothschild LLP
2000 Market Street, 20th Fl.
Philadelphia, PA  19103

Irene Difeo
5 Leann Court
Old Bridge, NJ 08857

Edward J. Hayes, Esq.
Fox Rothschild LLP
2000 Market Street, 20th Fl.
Philadelphia, PA  19103

Richard Calanni, Pro Se
1 Old Farm Road
Tinton Falls, NJ 07724

John B. McCusker, Esq.
McCusker, Anselmi, Rosen & Carvelli
210 Park Ave, Ste 301
Florham Park NJ 07932

James C. Aaron, Esq.
Ansell, Zaro, Grimm & Aaron, P.C.
1500 Lawrence Avenue
CN 7807
Ocean, NJ  07712