UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

WALSH SECURITIES, INC.

                Plaintiff,

v.

CRISTO PROPERTY MANAGEMENT, LTD., ET AL.

                Defendants.

Civ. No. 97-3496 (DRD)

**O R D E R**

      This matter having come before the Court on a motion submitted by Defendants Robert Skowrenski, II ("Skowrenski") and National Home Funding, Inc. ("NHF") to dismiss the cross-claims for contribution and indemnification asserted against them by Defendants Commonwealth Land Title Insurance Company, Fidelity National Title Insurance Company of New York, and Nations Title Insurance Company of New York (collectively, the "Title Insurance Defendants"); and those cross-claims having been asserted in the aforementioned Title Insurance Defendants' responses to Plaintiff Walsh Securities, Inc.'s Fourth Amended Complaint; and those cross-claims being substantially identical to the ones asserted by the Title Insurance Defendants in response to previous iterations of the Complaint; and the Court having dismissed the Title Insurance Defendants' previous cross-claims in an Order and Opinion dated December 16, 2009; and for the reasons set forth in that Order and Opinion;

IT IS on this 4th of October, 2010, hereby ORDERED that the pending Motion to Dismiss the Title Insurance Defendants' cross-claims against Defendants Skowrenski and NHF is GRANTED, and those cross-claims are DISMISSED with prejudice.

_____
DICKINSON R. DEBEVOISE, U.S.S.D.J.