

November 4, 2010

**VIA ECF AND REGULAR MAIL**

Honorable Dickinson R. Debevoise, U.S.S.D.J.
U.S. District Court for the District of New Jersey
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re:  Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.
       Civil Action No. 97-cv-3496 (DRD)(MAS)**

Dear Judge Debevoise:

This office represents Defendant/Third-Party Plaintiff Commonwealth Land Title Insurance Company ("Commonwealth") in connection with this matter. We write to request leave to file the enclosed short sur-reply letter brief to Coastal Title Agency's ("Coastal") Reply Brief in Support of its Motion to Dismiss Cross-claims of Title Insurance Defendants Pursuant to Rule 12(b)(6) [document 423]. Coastal's reply brief raised a new argument that leave to amend the Complaint in this matter should be denied, reasoning that the information on which Commonwealth relies "has been available for over a decade[.]" Commonwealth seeks to clarify the record as to the fact that it is relying on newly discovered evidence.

Thank you for your consideration of this matter.

Respectfully submitted,

*s/ David R. Kott*

David R. Kott

Enclosure
cc:   Martin R. McGowan, Jr., Esq. (via ECF and regular mail) (w/encl.)
      All Persons and Entities on the Attached Service List (via regular mail)
         (w/encl.)
      Edward J. Hayes, Jr., Esq. (via ECF and regular mail) (w/encl.)

David R. Kott
Partner
T. 973.622.4444
F. 973.624.7070
dkott@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 10829768v.1