

METHFESSEL & WERBEL
A Professional Corporation

JOEL N. WERBEL>
JOHN METHFESSEL, JR.>
EDWARD L. THORNTON*>
FREDRIC PAUL GALLIN*+^
STEPHEN R. KATZMAN#
WILLIAM S.BLOOM>*
ERIC L. HARRISON*+
MATTHEW A. WERBEL>

Of Counsel
JOHN METHFESSEL, SR.>
DONALD L. CROWLEY*+

Counsel
LORI BROWN STERNBACK*+
MARC DEMBLING*+
PAUL J. ENDLER JR.>
GERALD KAPLAN+
JARED P. KINGSLEY*+
STEVEN A. KLUXEN^
JOHN R. KNODEL*+
CHARLES T. MCCOOK, JR. *>
MARTIN R. MCGOWAN, JR.>

Associates
EDWARD D DEMBLING>
MICHAEL R. EATROFF>
TIMOTHY J. FONSECA+
SCOTT A. GINSBERG+
MAURICE JEFFERSON>
FRANK J. KEENAN+^
JENNIFER M. HERRMANN^=
JASON JUDOVIN+
RAINA M. JOHNSON^
MARISSA KEDDIS+
LESLIE A. KOCH+
ALLISON M. KOENKE>
VIVIAN LEKKAS+
DANIELLE M. LOZITO+
STEPHANIE PALO+
CAROLINE PYRZ^
MATTHEW L. RACHMIEL>
WILLIAM J. RADA+
CHARLES P. SAVOTH, III>
AMANDA J. SCHMESSER^
MICHELLE M. SCHOTT>
GINA M. STANZIALE>
ADAM S. WEISS<

* Certified by the Supreme Court of New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
>Member of NJ Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC
=Member of FL Bar

**Please reply to New Jersey**

November 12, 2010

**VIA E-FILE**
The Honorable Dickinson R. Debevoise
U.S. District Judge, United States District Court
United States District Court - Newark
Martin Luther King Jr. Federal Building and U.S. Court
50 Walnut Street
Newark, NJ 07101

RE: **WALSH SECURITIES, INC. VS. CRISTO PROP.**
Our File No. : 45987 MRM
Docket No. : 2:97-CV-03496

Dear Judge Debevoise:

I represent the defendant Coastal Title agency. My motion to dismiss the Crossclaims of the codefendant title insurance companies (represented by Mr. Kott and Mr. Hayes) is presently returnable before Your Honor this Monday, November 15, 2010. I write to request a further adjournment of the motion, with the consent of Mr. Kott, Mr. Hayes and plaintiff's counsel, Mr. Magnanini.

Just yesterday, I was informed by Mr. Magnanini that the corporate entity plaintiff, Walsh Securities, Inc, had filed for Chapter 11 Bankruptcy protection. Based upon conversations between all counsel, it is our request that the motion be carried indefinitely, so as to allow each of us to reassess our respective positions in light of this revelation. I can also inform Your Honor that, as late as yesterday, settlement negotiations were on going.

All counsel were present yesterday when Mr. Kott attempted to call Chambers, but of course it was a holiday. I apologize for the "eleventh hour" aspect of this, but it could not be avoided. May I please hear from Your Honor at your earliest convenience regarding this request.

Very truly yours,

**METHFESSEL & WERBEL, ESQS.**

Martin R. McGowan
mcgowan@methwerb.com
Ext. 168

MRM:daf.

cc: VIA FAX: (973) 218-1106
Robert A. Magnanini, Esq.
Boies,Schiller & Flexner, LLP
150 John F. Kennedy Parkway
Short Hills, NJ 07078

VIA FAX: +1(732) 920-5533
Joseph G. LePore, Esq.
LePore, Luizzi & Rossi, P.C.
489 Aurora Place
Brick, NJ 08723

VIA FAX: +1(732) 409-0347
Vincent P. Manning, Esq.
Manning, Caliendo & Thomson
36 West Main Street
PO Box 6578
Freehold, NJ 07728

VIA FAX: +1(973) 509-0414
Thomas D. Flinn, Esq.
Garrity, Graham, Favetta & Flinn
72 Eagle Rock Avenue, 3rd Floor
East Hanover, NJ 07936

VIA FAX: +1(973) 624-7070
David R. Kott, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
PO Box 652
Newark, NJ 07101-0652

VIA FAX: +1(732) 462-8955
Michael D. Schottland, Esq.
Lomurro, Davison, Eastman & Munoz,
P.A.
100 Willobrook Road, Bldg 1
Freehold, NJ 07728

VIA FAX: +1(215) 299-2150
Edward J. Hayes, Esq.
Fox Rothschild LLP
2000 Market Street, 20th Fl.
Philadelphia, PA 19103

VIA FAX: +1(732) 399-8833
Richard Calanni, Pro Se
1 Old Farm Road
Tinton Falls, NJ 07724

VIA FAX: +1(973) 635-6363
John B. McCusker, Esq.
McCusker, Anselmi, Rosen & Carvelli
210 Park Ave, Ste 301
Florham Park NJ 07932

VIA FAX: +1(732) 922-6161
James C. Aaron, Esq.
Ansell, Zaro, Grimm & Aaron, P.C.
1500 Lawrence Avenue
CN 7807
Ocean, NJ 07712

VIA REGULAR MAIL
Anthony M. Cicalese
74C Manatiales de Belen
200 Mtrs Norte de igleseis de Ascen
San Antonio de Belen
Heredia, Costa Rica

Irene Difeo
5 Leann Court
Old Bridge, NJ 08857