**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant/Third-Party
 Plaintiff Commonwealth Land Title Insurance Company

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

WALSH SECURITIES, INC.,
              Plaintiff,
v.

CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, RONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW YORK INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, COASTAL TITLE AGENCY, DONNA PEPSNY, WEICHERT REALTORS, and VECCHIO REALTY, INC. D/B/A MURPHY REALTY BETTER HOMES and GARDENS,

              Defendants.
and

COMMONWEALTH LAND TITLE INSURANCE COMPANY
              Defendant/Third-Party Plaintiff,
v.

ROBERT WALSH, JAMES WALSH and ELIZABETH ANN DeMOLA,

              Third-Party Defendants.

Civil Action No. 97-cv-3496 (DRD) (MAS)
Honorable Dickinson R. Debevoise

**ORDER DISMISSING CROSS-CLAIMS OF DEFENDANTS COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW YORK, INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK AND COASTAL TITLE AGENCY AGAINST DEFENDANT MICHAEL ALFIERI, ESQ. WITHOUT PREJUDICE AND WITHOUT COSTS**

---

    **THIS MATTER** having been opened to the Court by Hobbie, Corrigan, Bertucio & Tashjy, P.C., attorneys for defendant Michael Alfieri, Esq.; and it appearing that defendants Commonwealth Land Title

ME1 10449443v.1

Insurance Company, Nations Title Insurance of New York, Inc., Fidelity National Title Insurance Company of New York and Coastal Title Agency have filed Crossclaims against defendant Michael Alfieri, Esq.; and it further appearing that the undersigned has previously rendered two opinions (Document No. 237, filed 03/28/2007, Document No. 372, filed 12/16/09) dismissing certain claims made by defendant/third-party plaintiff Commonwealth Land Title Insurance Company against certain defendants and certain third-party defendants; and the consent of the attorneys for defendants Commonwealth Land Title Insurance Company, Nations Title Insurance of New York, Inc., Fidelity National Title Insurance Company of New York, Coastal Title Agency and Michael Alfieri, Esq. to the form and entry of the within Order appearing;

IT IS this 7th day of November, 2010

**ORDERED** that over the objections of defendants Commonwealth Land Title Insurance Company, Nations Title Insurance of New York, Inc., Fidelity National Title Insurance Company of New York and Coastal Title Agency (for the reasons set forth in Document No. 209, fiied 03/22/06 and in Document Nos. 341 and 342, filed 09/21/09) the Crossclaims of defendants Commonwealth Land Title Insurance Company, Nations Title Insurance of New York, Inc., Fidelity National Title Insurance Company of New York and Coastal Title Agency against defendant Michael Alfieri, Esq. be and they hereby are dismissed without prejudice and without costs.

_____
DICKINSON R. DEBEVOISE, SR., U.S.D.J.

We consent to the form and entry of the within Order.

HOBBIE, CORRIGAN, BERTUCIO & TASHJY, P.C.
Attorney for Defendant
Michael Alfieri, Esq.

By: _____
Edward C. Bertucio, Jr.

METHFESSEL & WERBEL
Attorneys for Defendant
Coastal Title Agency

By: _____
Martin R. McGowan, Jr.

FOX ROTHSCHILD LLP
Attorneys for Defendants Nations Title Insurance of New York, Inc. and Fidelity National Title Insurance Company of New York

By: _____
Edward J. Hayes

McCARTER & ENGLISH, LLP
Attorneys for Defendant
Commonwealth Land Title Insurance Co.

By: _____
David R. Kott
A Member of the Firm

Dated: 12/2/10

ME1 10449443v.1