

**METHFESSEL & WERBEL**
—— A Professional Corporation ——

JOEL N. WERBEL>
JOHN METHFESSEL, JR.>
EDWARD L. THORNTON*>
FREDRIC PAUL GALLIN*+^
STEPHEN R. KATZMAN#
WILLIAM S.BLOOM>*
ERIC L. HARRISON*+
MATTHEW A. WERBEL>

Of Counsel
JOHN METHFESSEL, SR.>
DONALD L. CROWLEY*+

Counsel
LORI BROWN STERNBACK*+
MARC DEMBLING*+
PAUL J. ENDLER JR.>
GERALD KAPLAN+
JARED P. KINGSLEY*+
STEVEN A. KLUXEN^
JOHN R. KNODEL*+
CHARLES T. MCCOOK, JR. *>
MARTIN R. MCGOWAN, JR.>

Associates
EDWARD D DEMBLING>
MICHAEL R. EATROFF>
TIMOTHY J. FONSECA+
SCOTT A. GINSBERG+
MAURICE  JEFFERSON>
FRANK J. KEENAN+^
JENNIFER M. HERRMANN^=
JASON JUDOVIN+
RAINA M. JOHNSON^
MARISSA KEDDIS+
LESLIE A. KOCH+
ALLISON M. KOENKE>
VIVIAN LEKKAS+
DANIELLE M. LOZITO+
STEPHANIE PALO+
CAROLINE  PYRZ^
MATTHEW L. RACHMIEL>
WILLIAM J. RADA+
CHARLES P. SAVOTH, III>
AMANDA J. SCHMESSER^
MICHELLE M. SCHOTT>
GINA M. STANZIALE>
ADAM S. WEISS<

\* Certified by the Supreme Court of
   New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
>Member of NJ Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC
=Member of FL Bar

**Please reply to New Jersey**

December 14, 2010

**VIA E-FILE**
The Honorable Dickinson R. Debevoise
U.S. District Judge, United States District Court
United States District Court - Newark
Martin Luther King Jr. Federal Building and U.S. Court
50 Walnut Street
Newark, NJ  07101

RE:   **WALSH SECURITIES, INC. VS. CRISTO PROP.**
      Our File No.      : 45987 MRM
      Docket No.        : 2:97-CV-03496

Dear Judge Debevoise:

There is presently pending before Your Honor this office's motion to
dismiss the cross-claims of the Title Insurance defendants for Monday
December 20, 2010.  The motion is brought on behalf of my client,
Coastal Title Agency.  Please be advised that the claims against Coastal
Title Agency are going to be the subject of an agreed upon Mediation to
be scheduled in the near future.  That being so, and pursuant to my
discussion with your chambers, may I please withdraw my motion
<u>without prejudice,</u> in the hopes that the forthcoming mediation will
render same moot.

Thank you for your consideration.

Respectfully yours,

**METHFESSEL & WERBEL, ESQS.**

Martin R. McGowan
mcgowan@methwerb.com
Ext. 168

MRM:daf.

Methfessel & Werbel, Esqs.
Page 2
Our File No. 45987 MRM

cc:    VIA FAX: +1(973) 624-7070
        David R. Kott, Esq.
        McCarter & English, LLP
        Four Gateway Center
        100 Mulberry Street
        PO Box 652
        Newark, NJ  07101-0652

        VIA FAX: +1(215) 299-2150
        Edward J. Hayes, Esq.
        Fox Rothschild LLP
        2000 Market Street, 20th Fl.
        Philadelphia, PA  19103

        VIA FAX: +1(732) 399-8833
        Richard Calanni, Pro Se
        1 Old Farm Road
        Tinton Falls, NJ 07724