## Other Orders/Judgments

2:97-cv-03496-DRD-MAS WALSH SECURITIES INC v. CRISTO PROPERTY, et al
12BK, SCHEDO

# U.S. District Court

## District of New Jersey [LIVE]

### Notice of Electronic Filing

The following transaction was entered on 12/9/2010 at 11:35 AM EST and filed on 12/8/2010
**Case Name:**       WALSH SECURITIES INC v. CRISTO PROPERTY, et al
**Case Number:**     2:97-cv-03496-DRD-MAS
**Filer:**
**Document Number:** 434

**Docket Text:**
**ORDER dismissing cross-claims of defts. Commonwealth Land Title Ins. Co. Nations Title Ins. of New York, Inc., Fidelity National Title Ins. Co. of New York and Coastal Title Agency and against deft. Michael Alfieri, w/out costs. Signed by Judge Dickinson R. Debevoise on 12/07/2010. (nr, )**

**2:97-cv-03496-DRD-MAS Notice has been electronically mailed to:**

AMY CHRISTINE PURCELL     apurcell@foxrothschild.com

AMY WALKER WAGNER    awagner@stonemagnalaw.com, aalberts@stonemagnalaw.com, mhamilton@stonemagnalaw.com

DAVID HARTMAN COLVIN    dcolvin@foxrothschild.com

DAVID R. KOTT    dkott@mccarter.com

FREDERICK W. ALWORTH    falworth@gibbonslaw.com, efiling@gibbonslaw.com

JEROME A. BALLAROTTO    jabesquire@aol.com

JOHN B. MCCUSKER    jmcc@marc-law.com, ceaves@marc-law.com, mpapagelopoulos@marc-law.com, msommer@marc-law.com

MARK W. CATANZARO    mark@catanzarolaw.com, lisa@catanzarolaw.com, susan@catanzarolaw.com

MARTIN R. MCGOWAN    mcgowan@methwerb.com, fertig@meth.com, mcg49@comcast.net

MICHAEL D. SCHOTTLAND    mschottland@lomurrolaw.com, rrella@lomurrolaw.com, smcdonough@lomurrolaw.com

STANLEY YACKER
33 BROADWAY, #1
OCEAN ROVE, NJ 07756

TERRENCE S. BRODY
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street, 8th Floor West Wing
P.O. Box 080
Trenton, NJ 08625-0080

THEODORE W DAUNNO
1033 CLIFTON AVENUE
CLIFTON, NJ 07013

THOMAS G. BRODO
319 QUEEN ANNE RD #B
TEANECK, NJ 07666

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=12/9/2010] [FileNumber=4664317-0
] [2349d3b047264ae84c63ae56ce9b92ab9e49cfc69d94460131fe1dd7dd27a9983c7
1aad32a5fa32ed2a0042186a1ee5a48ca6ccf185ba1913af665452bcbbfd7]]



CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101-0419

OFFICIAL BUSINESS

RETURN TO SENDER

RECEIVED CLERK
U.S. DISTRICT COURT
2010 DEC 14 A 10:33

THEODORE W DAUNNO
1033 CLIFTON AVENUE
CLIFTON, NJ 07013

DECEASED

neopost
12/10/2010
US POSTAGE
$00.44⁰
FIRST-CLASS MAIL
ZIP 07102
041L11214751