CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101-0419

OFFICIAL BUSINESS

2010 DEC 16 P 3: 23

RECEIVED
U.S. DISTRICT COURT

FIRST-CLASS MAIL
neopost
12/10/2010
US POSTAGE $00.44⁰
ZIP 07102
041L11214751

22 12/14/10
086 CE 1
NIXIE
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 07101            *2330-05826-10-38*

PASQUALE MENNA
KAUFF & MENA, ESQS.
170 BROAD STREET
P.O. BOX 762
RED BANK, NJ 077

**Other Orders/Judgments**
2:97-cv-03496-DRD-MAS WALSH SECURITIES INC v. CRISTO PROPERTY, et al
12BK, SCHEDO

U.S. District Court

District of New Jersey [LIVE]

**Notice of Electronic Filing**

RECEIVED
DEC 17 2010
AT 8:30_____M
WILLIAM T. WALSH, CLERK

The following transaction was entered on 12/9/2010 at 11:35 AM EST and filed on 12/8/2010
Case Name:         WALSH SECURITIES INC v. CRISTO PROPERTY, et al
Case Number:       2:97-cv-03496-DRD-MAS
Filer:
Document Number: 434

Docket Text:
ORDER dismissing cross-claims of defts. Commonwealth Land Title Ins. Co. Nations Title Ins. of New York, Inc., Fidelity National Title Ins. Co. of New York and Coastal Title Agency and against deft. Michael Alfieri, w/out costs. Signed by Judge Dickinson R. Debevoise on 12/07/2010. (nr, )

**2:97-cv-03496-DRD-MAS Notice has been electronically mailed to:**

AMY CHRISTINE PURCELL     apurcell@foxrothschild.com

AMY WALKER WAGNER     awagner@stonemagnalaw.com, aalberts@stonemagnalaw.com, mhamilton@stonemagnalaw.com

DAVID HARTMAN COLVIN     dcolvin@foxrothschild.com

DAVID R. KOTT     dkott@mccarter.com

FREDERICK W. ALWORTH     falworth@gibbonslaw.com, efiling@gibbonslaw.com

JEROME A. BALLAROTTO     jabesquire@aol.com

JOHN B. MCCUSKER     jmcc@marc-law.com, ceaves@marc-law.com, mpapagelopoulos@marc-law.com, msommer@marc-law.com

MARK W. CATANZARO     mark@catanzarolaw.com, lisa@catanzarolaw.com, susan@catanzarolaw.com

MARTIN R. MCGOWAN     mcgowan@methwerb.com, fertig@meth.com, mcg49@comcast.net

MICHAEL D. SCHOTTLAND     mschottland@lomurrolaw.com, rrella@lomurrolaw.com, smcdonough@lomurrolaw.com

https://ecf.njd.circ3.dcn/cgi-bin/Dispatch.pl?125046624546698

NORMAN M. HOBBIE     nhobbie@hcbtlaw.com

ROBERT A. MAGNANINI     rmagnanini@stonemagnalaw.com, aalberts@stonemagnalaw.com, mhamilton@stonemagnalaw.com

ROBERT J. REILLY , III     rreilly@rswlegal.com

VINCENT P. MANNING     vmanning@freeholdlawyers.com

**2:97-cv-03496-DRD-MAS Notice will not be electronically mailed to::**

ANTHONY D'APOLITO
909 WOODLAND AVENUE
WALL, NJ 07719

AUGUST W. FISCHER
53 PEQUOT ROAD
RINGWOOD, NJ 07456

ELIZABETH A. DEMOLA
1 ABEDIM WAY
CALIFON, NJ 07830

JAMES R. BROWN
1089 CEDAR AVENUE
UNION, NJ 07083

JOHN M. BOYLE
LINDABURY, MCCORMICK & ESTABROOK, PC
53 CARDINAL DRIVE
PO BOX 2369
WESTFIELD, NJ 07091-2369

MARITZA D. BERDOTE BRYNE

PASQUALE MENNA
KAUFF & MENA, ESQS.
170 BROAD STREET
P.O. BOX 762
RED BANK, NJ 07701

RICHARD CALANNI
ONE OLD FARM ROAD
TINTON FALLS, NJ 07724-3272

RICHARD DIBENEDETTO
3 L OLLER DRIVE
MARTINSVILLE, NJ 08836

STANLEY YACKER
33 BROADWAY, #1
OCEAN ROVE, NJ 07756

TERRENCE S. BRODY
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street, 8th Floor West Wing
P.O. Box 080
Trenton, NJ 08625-0080

THEODORE W DAUNNO
1033 CLIFTON AVENUE
CLIFTON, NJ 07013

THOMAS G. BRODO
319 QUEEN ANNE RD #B
TEANECK, NJ 07666

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=12/9/2010] [FileNumber=4664317-0
] [2349d3b047264ae84c63ae56ce9b92ab9e49cfc69d94460131fe1dd7dd27a9983c7
1aad32a5fa32ed2a0042186a1ee5a48ca6ccf185ba1913af665452bcbbfd7]]