UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

<u>NEWARK</u>                                                    FEBRUARY 22,, 2011

**JUDGE:**  Dickinson R. Debevoise                        Cv. 97-3496  (DRD)
**COURT REPORTER**: Mollie Giordano
**DEPUTY CLERK** : Ellen McMurray

**TITLE OF CASE:**

    WALSH SECURITIES INC.   V.   CRISTO PROPERTY,et al

**APPEARANCES :**

    Amy Wagner,, Esq for pltf.
    Bob Magnanini, Esq for pltf.
    Richard Calanni, Pro Se

**NATURE OF PROCEEDINGS**:   Motion

    Hearing on pro se defendant's application for a motion for summary judgment
    Deft's motion for summary judgment denied /proceedings stayed against deft. Calanni
    Counsel will submit letter to chambers suggesting who shall be present at settlement conf..
    Settlement conference will be set at a later date.

                                              Ellen McMurray
                                              Court Room Deputy

Time Commenced: 10:00am
Time Adjourned :    10:30 am