UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

WALSH SECURITIES, INC.,

                Plaintiff,

v.

CRISTO PROPERTY, ET AL.,

                Defendants.

Civ. No. 97-3496 (DRD)

**ORDER**

    This matter having come before the Court on a Motion to Dismiss submitted by Defendant Richard Calanni; and the Court having considered the submissions and oral arguments of the parties; and the Court having been advised that Mr. Calanni filed for bankruptcy on December 31, 2010, No. 10-50236 (KCS), thereby staying all proceedings against him in this matter pursuant to 11 § U.S.C. 362(a);

    IT IS on this 25 of February, 2010, hereby ORDERED that Mr. Calanni's Motion to Dismiss the claims asserted against him, and all other proceedings concerning him, are stayed until the automatic stay is lifted.

/s/ Dickinson R. Debevoise
DICKINSON R. DEBEVOISE, U.S.S.D.J.