**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHAMBERS OF<br>**DICKINSON R. DEBEVOISE**<br>JUDGE | MARTIN LUTHER KING JR.<br>FEDERAL BUILDING & COURTHOUSE<br>50 WALNUT ST., ROOM 5083<br>P.O. BOX 999<br>NEWARK, NJ 07101-0999<br>973-645-6121 |

February 28, 2011

Robert A. Magnanini, Esq.
Stone Magnanini, LLP
150 JFK Parkway
Short Hills, NJ  07078

David R. Kott, Esq.
McCarter & English
Four Gateway Center
Newark, NJ  07101

Edward J. Hayes, Esq.
Fox Rothchild
2000 Market Street, 10th Floor
Philadelphia, PA  19103-3291

      Re:    **Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.**
             **Civ. No. 97-3496(DRD)**

Dear Counsel:

      It appears to me that this is an opportune time to attempt to settle this case. I am scheduling a settlement conference to commence at 2:30 p.m. on Monday, March 14, 2011. Clients with decision making authority must be present at the conference.

      In addition, I request that each party submit a confidential settlement memorandum to me on or before March 9. The memorandum should include a brief statement of the party's basic contentions on the merits and the terms that it believes would be a reasonable basis for settlement.

      The reason for scheduling the conference at 2:30 in the afternoon is that I expect to be in the middle of a lengthy criminal trial that will run from 9:00 to 2:00 each day. If there should be a plea in the criminal trial, I will commence the settlement conference at 9:30 on March 14.

                                               Very truly yours,

                                               Dickinson R. Debevoise
                                                    U.S.S.D.J.