# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : Civil Action No. 97-cv-3496 (DRD) |
| Plaintiff, | : Hon. Dickinson R. Debevoise |
| v. | : |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, et al., | : **PLAINTIFF'S [PROPOSED] CASE MANAGEMENT ORDER** |
| Defendants. | : |

**THIS MATTER** having been opened by the Court through its Text Order dated June 30, 2011, ordering the parties to submit a joint proposed amended scheduling order [Dkt. 453]; and for good cause having been shown:

**IT IS** on this _____ day of _____, 2011 **ORDERED** that

1. Fact discovery shall be completed by October 10, 2011;

2. Affirmative expert reports shall be exchanged by November 18, 2011;

3. Rebuttal expert reports shall be exchanged by January 9, 2012;

4. Depositions of experts shall be completed by February 20, 2012;

5. Plaintiff will notify Defendant, Commonwealth within 30 days if it wishes to re-depose Commonwealth's 30(b)(6) witness in light of Commonwealth's production of documents after the prior deposition;

6. Additional documents from Fidelity/Nations are to be produced within 30 days of their deposition;

7. Plaintiff shall produce within 60 days corporate records of Plaintiff identifying who were the shareholders of Plaintiff; and

8. Within 20 days hereof Plaintiff's attorney shall advise the attorney for the Title Insurance Defendants in writing if Plaintiff is seeking recovery on all loans (whether or not repurchased by Plaintiff) or is seeking recovery only

1

on the loans that appeared on the list of loans that Plaintiff previously supplied identifying loans repurchased by the Plaintiff.

_____
Hon. Michael A. Shipp, U.S.M.J.