

# McCARTER & ENGLISH
ATTORNEYS AT LAW

August 4, 2011

**VIA ELECTRONIC FILING AND REGULAR MAIL**

Honorable Michael A. Shipp
U.S. Magistrate, United States District Court
Martin Luther King Building & US Courthouse
50 Walnut Street
Newark, NJ 07102

Re: <u>Walsh Securities, Inc. v. Cristo Property Management, et al.</u>
United States District for the District of New Jersey
Civil Action No. 97-3496 (DRD)(MAS)

Dear Judge Shipp:

In accordance with Your Honor's instructions at the July 28, 2011 Case Management Conference, I enclose an Order Denying Application That Scheduling Order Require Production of Documents By Plaintiff.

Respectfully submitted,

David R. Kott

DRK:tas

Enclosure

cc: Robert A. Magnanini, Esq. (w/enc. via electronic filing & regular mail)
 Edward J. Hayes, Jr., Esq. (w/enc. via electronic filing)
 Amy Walker Wagner, Esq. (w/enc. via email)
 Jeffrey A. Shooman, Esq. (w/enc. via email)

David R. Kott
Partner
T. 973.622.4444
F. 973.624.7070
dkott@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON