UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

WALSH SECURITIES, INC., :
: Civil Action No. 97-3496 (DRD)(MAS)
Plaintiff, :
:
v. :
: ORDER
CRISTO PROPERTY MANAGEMENT, :
et al., :
:
Defendants. :

---

**THIS MATTER** having come before the Court for a telephone status conference on July 28, 2011; and for good cause shown:

IT IS on this 5th day of August, 2011,

**ORDERED THAT:**

The Court declined to adopt paragraphs 3, 4, 7 and 8 of the proposed form of Order (Docket Entry Number 457) filed on July 15, 2011 by Defendants Nations Title Insurance of New York, Inc., Fidelity National Title Insurance Company of New York, and Commonwealth Land Title Insurance in the Amended Scheduling Order (Docket Entry Number 458) entered on July 19, 2011.

s/Michael A. Shipp
_____
**Honorable Michael A. Shipp**
**UNITED STATES MAGISTRATE JUDGE**