UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

WALSH SECURITIES, INC.
    Plaintiff

v.

CRISTO PROPERTY MANAGEMENT, LTD.
a/k/a G.J.L. LIMITED, et als

Civil Action No.
97-cv-3496 DRD MAS

## STIPULATION OF DISMISSAL
## AS TO THIRD PARTY DEFENDANT COASTAL TITLE AGENCY

The matters in issue in the third party claims against third party defendant Coastal Title Agency having been amicably resolved, it is hereby stipulated and agreed that the claims asserted in the third party complaint against Coastal Title Agency are hereby dismissed, with prejudice.

FOX ROTHSCHILD

By: _____ 8/11/11
EDWARD J. HAYES, ESQUIRE
Attorneys for third party plaintiffs
Nations Title Insurance of New York
Inc. and Fidelity National Title
Insurance Company of New York

McCARTER & ENGLISH

By: _____ 8/10/11
DAVID R. KOTT, ESQUIRE
Attorneys for third party plaintiff
Commonwealth Land Title Insurance
Company

METHFESSEL & WERBEL

By: _____ 8/11/11
MARTIN McGOWAN, ESQUIRE
Attorneys for third party defendant
Coastal Title Agency

Dated:

06/2314644.v1

SO ORDERED: _____
DATE: Sept 7, 2011

1