UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC.<br>　　　Plaintiff<br><br>v.<br><br>CRISTO PROPERTY MANAGEMENT, LTD.<br>a/k/a G.J.L. LIMITED, et als | :<br>:  Civil Action No.<br>:  97-cv-3496 DRD MAS<br>:<br>:<br>:<br>:<br>: |

**STIPULATION OF DISMISSAL
AS TO DEFENDANT COASTAL TITLE AGENCY ONLY**

The matters in issue between plaintiff Walsh Securities, Inc. and defendant Coastal Title Agency having been amicably resolved, it is hereby stipulated and agreed that the claims asserted in the complaint against Coastal Title Agency are hereby dismissed, with prejudice.

STONE & MAGNANINI, LLP

By: _____
　　ROBERT A. MAGNANINI, ESQUIRE
　　Attorneys for plaintiff
　　Walsh Securities, Inc.

METHFESSEL & WERBEL

By: _____
　　MARTIN McGOWAN, ESQUIRE
　　Attorneys for third party defendant
　　Coastal Title Agency

Dated:

06/2327927.v1

1