OPEN

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>CRISTO PROPERTY MANAGEMENT, LTD. a/k/a G.J. L. LIMITED ET AL.<br><br>Defendants. | Civ. No. 97-3496 (DRD)<br><br><u>O R D E R</u> |

This matter, having come before the Court on a Stipulation of Dismissal with Prejudice as to any and all claims asserted in the Complaint against Defendant Coastal Title Agency ("Coastal Title");

IT IS on this 2nd day of November, 2011, hereby ORDERED that all claims asserted in the Complaint against Coastal Title are dismissed with prejudice and without costs.

DICKINSON R. DEBEVOISE, U.S.S.D.J.