FOX ROTHSCHILD LLP
Princeton Pike Corporate Center
997 Lenox Drive – Building 3
Lawrenceville, New Jersey 08648-2311
(609) 896-3600

Attorneys for Defendants, Fidelity National
Title Insurance Co. of New York and Nations
Title Insurance of New York, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | |
| Plaintiff, | Judge Dickinson R. Debevoise |
| v. | Magistrate Judge Michael A. Shipp |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED; DEK HOMES OF NEW JERSEY, INC.; OAKWOOD PROPERTIES, INC.; NATIONAL HOME FUNDING, INC.; CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC.; CAPITAL ASSETS PROPERTY MANAGEMENT, LLC; WILLIAM KANE; GARY GRIESER; ROBERT SKOWRENSKI, II; RICHARD CALANNI; RICHARD DiBENEDETTO; JAMES R. BROWN; THOMAS BRODO; ROLAND PIERSON; STANLEY YACKER, ESQ.; MICHAEL ALFIERI, ESQ.; RICHARD PEPSNY, ESQ.; ANTHONY M. CICALESE, ESQ.; LAWRENCE CUZZI; ANTHONY D'APOLITO; DAP CONSULTING, INC.; COMMONWEALTH LAND TITLE INSURANCE CO.; NATIONS TITLE INSURANCE OF NEW YORK, INC.; FIDELITY NATIONAL TITLE INSURANCE CO. OF NEW YORK; COASTAL TITLE AGENCY; STEWART TITLE GUARANTY COMPANY; IRENE DiFEO; DONNA PEPSNY; WEICHERT REALTORS; and VECCHIO REALTY, INC., d/b/a MURPHY REALTY BETTER HOMES AND GARDENS, | No. 97-3496 (DRD)(MAS)<br><br>**NOTICE OF MOTION** |
| Defendants. | |

To: Robert A. Magnanini, Esq.
Stone Magnaini, LLP
150 John F. Kennedy
Short Hills, NJ 07078

**PLEASE TAKE NOTICE** that on January 18, 2012 at 10:00 a.m., or as soon thereafter as counsel may be heard, we shall apply to the United States District Court for the grant of a motion for partial summary judgment in favor of Defendants, Fidelity National Title Insurance Co. of New York and Nations Title Insurance of New York, Inc. (collectively, "Fidelity") and against Plaintiff, Walsh Securities, Inc,. as to certain title claims made by Walsh Securities, Inc. as part of its Fourth Amended Complaint.

PLEASE TAKE NOTE that in support of the motion, Fidelity submits a statement of undisputed material facts, the certification of Edward J. Hayes, the accompanying brief and a proposed form of Order.

The undersigned respectfully requests oral argument if timely opposition is filed.

                                       s/David H. Colvin, Esquire
                                       Edward J. Hayes, Esquire
                                       David H. Colvin, Esquire

                                       Fox Rothschild LLP
                                       2000 Market Street, Twentieth Floor
                                       Philadelphia, PA 19103
                                       (215) 299-2092
                                       (215) 299-2150 (facsimile)

                                       Attorneys for Defendants, Fidelity National Title
                                       Insurance Co. of New York and Nations
                                       Title Insurance of New York, Inc.

Dated: November 10, 2011