| Property Address | Grantor | Grantee | Date of Deed (Recording Date) | Record Mortgagee | Date of Mortgage (Recording Date) | Type of Adverse Event | Date of Adverse Event |
|---|---|---|---|---|---|---|---|
| 506 Asbury Avenue | Cristo Property Management, Ltd. | Jill A. Montanye | 7/25/96 (recorded 4/8/97) | National Home Funding, Inc. (assigned to Walsh Securities, Inc. 12/30/02, and from Walsh to Duggan Partners LLC) | 7/25/96 (recorded 4/8/97) | Property sold at Sheriff's Sale | **Sheriff's deed dated 3/1/07** |
| 1324 Asbury Avenue | G.J.L. Limited | Mario Cuzzi, Jr. | 11/22/96 (recorded 4/8/97) | National Home Funding, Inc. | 11/22/96 (recorded 4/8/97) | Final Judgment of Tax Sale Certificate Foreclosure granting property to Kalman, L.L.C. | Final Judgment recorded 7/9/01` |
| 933 Bangs Avenue | Cristo Property Management, Ltd. | Joanna M. White | 4/25/97 (recorded 8/4/97) | National Home Funding, Inc. (assigned to Walsh Securities, Inc. and eventually to Duggan Partners LLC) | 4/25/97 (recorded 8/4/97) | Tax Sale Certificate dated 10/1/98 (recorded 12/7/98); Final Judgment in Foreclosure granting property to CityOne Equity, LLC | Final Judgment recorded 7/2/03 |
| 1032-34 Bangs Avenue | Cristo Property Management, Ltd. | Alicia Juergensen | 11/13/96 (recorded 4/9/97) | National Home Funding, Inc. | 11/13/96 (recorded 4/9/97) | Final Judgment of Tax Sale Certificate Foreclosure granting property to Kalman, L.L.C. | Final Judgment recorded 7/6/01 |
| 56 Bank Street | D.E.K. Homes of New Jersey, Inc. | Thomas G. and Anna Leodis | 4/30/96 (recorded 5/16/96) | National Home Funding, Inc. assigned to Walsh and then to TMS Mortgage, Inc. | 4/30/96 (recorded 5/16/96) | Quit Claim Deed from Grantee to ERC7, L.L.C. | Quit Claim Deed dated 9/13/02 (recorded 9/16/02) |



EXHIBIT B

| Property Address | Grantor | Grantee | Date of Deed (Recording Date) | Record Mortgagee | Date of Mortgage (Recording Date) | Type of Adverse Event | Date of Adverse Event |
|---|---|---|---|---|---|---|---|
| 461 Bergen Avenue | Cristo Property Management | Afrodite Pelardis | 6/9/97 (recorded 7/24/97) | National Home Funding | 6/9/97 (recorded 7/24/97) | Foreclosure sale | Title to S2 Sunset LLC by 9/10/05 foreclosure |
| 181 Clerk Street | Cristo Property Management, Ltd. | Anthony W. Fania, Jr. | 3/31/97 (recorded 4/22/97) | **National Home Funding, Inc.** | 3/31/97 (recorded 4/22/97) | Deed from Grantee (as to 40%) to B.A.C. Financial Services Corp., Inc.; Deed from Capital Assets (as to 60%) to B.A.C. Financial Services Corp., Inc. | Final Judgment recorded 9/10/05 |
| 303 Comstock Avenue | G.J.L. Limited | Susan Viscardo | 12/30/96 (recorded 4/7/97) | National Home Funding, Inc. | 12/30/96 (recorded 4/7/97) | Final Judgment in Foreclosure (tax sale certificate) granting property to the City of Asbury Park | Final Judgment recorded 6/11/01 |
| 30 Dewitt Avenue | G.J.L. Limited | Kimberly E. Powell | 1/17/97 (recorded 4/8/97) | National Home Funding, Inc. | 1/17/97 (recorded 4/8/97) | Final Judgment granting property to City of Asbury Park (tax sale certificate) | Final Judgment recorded 6/11/01 |
| 1702 Elk Street | D.E.K. Homes of New Jersey, Inc. | Gary Grieser | 2/29/96 (recorded 3/27/96) | National Home Funding, Inc. (assigned to ERC7, LLC on 7/18/06) | 2/29/96 (recorded 3/27/96) | Title remains vested in Gary Grieser despite several Tax Sale Certificates | |
| 326 Fisher Avenue | Cristo Property Management, Ltd. | Donald Devincenzo | 11/18/96 (recorded 3/3/97) | National Home Funding, Inc. | 11/18/96 (recorded 3/3/97) | Final Judgment in Foreclosure (tax sale certificate) granting property to S2 NJ, LLC | Final Judgment recorded 5/6/05 |
| 414 Fisher Avenue | D&Sons Construction Corp., Inc. | Marvina Pope-Islam and Melvina Pope | 3/29/96 (recorded 4/12/96) | National Home Funding, Inc. | 3/29/96 (recorded 4/12/96) | Deed from Grantees to Roy Meggs, Jr. and Alma V. Meggs | 1/12/05 (deed recorded 2/15/05) |

| Property Address | Grantor | Grantee | Date of Deed (Recording Date) | Record Mortgagee | Date of Mortgage (Recording Date) | Type of Adverse Event | Date of Adverse Event |
|---|---|---|---|---|---|---|---|
| 18 Ford Avenue | Cristo Property Management, Ltd. | Victor Guzman | 6/5/97 (recorded 7/30/97) | National Home Funding, Inc.; thereafter assigned to Walsh Securities, Inc. on 6/9/97 | 6/5/97 (recorded 7/30/97) | Deed from Grantee to Ocwen Federal Bank, FSB | Deed dated 3/23/99 (recorded 4/18/00) |
| 101 Herbert Street | Cristo Property Management, Ltd. | Thomas Owens | 12/31/96 (recorded 4/8/97) | National Home Funding, Inc. | 12/31/96 (recorded 4/8/97) | Final Judgment in Foreclosure(tax sale certificate) granting property to Robert D. Marshall | Final Judgment recorded 2/19/04 |
| 89 Jefferson | Cristo Property Management, Ltd. | Raymond Apgar | 10/15/96 (recorded 5/13/07) | National Home Funding, Inc. | 10/15/96 (recorded 5/13/07) | Tax sale certificates | Judgment of foreclosure to Patterson Opportunities dated 1/23/06 |
| 1422 Mattison Avenue | Cristo Property Management, Ltd. | Ralph Juergensen | 12/30/96 (recorded 4/8/97) | National Home Funding, Inc.; thereafter assigned to Walsh Securities, Inc. and then to Duggan Partners LLC | 12/30/96 (recorded 4/8/97) | Final Judgment in Foreclosure granting property to 7 Holdings, LLC | Final Judgment recorded 11/16/09 |
| 222 Monticello Avenue | Cristo Property Management, Ltd. | Wesley and Donna Wright | 3/31/97 (recorded 6/12/97) | National Home Funding, Inc. | 3/31/97 (recorded 6/12/97) | Tax sale certificate 6/11/98 | Deed from Jersey City to Whiton Associates recorded 3/8/07 |

| Property Address | Grantor | Grantee | Date of Deed (Recording Date) | Record Mortgagee | Date of Mortgage (Recording Date) | Type of Adverse Event | Date of Adverse Event |
|---|---|---|---|---|---|---|---|
| 226 Monticello Avenue | Cristo Property Management, Ltd. | Janice Vilardi | 5/7/97 (recorded 7/18/97) | National Home Funding, Inc. | 5/7/97 (recorded 7/18/97) | Tax Sale | Title vested in New Jersey Tax Management dated 9/16/02 |
| 118-120 Plainfield Avenue | Cristo Property Management, Ltd. | Fred Fusco | 5/30/97 (recorded 7/15/97) | **National Home Funding, Inc.** | 5/30/97 (recorded 7/15/97) | Final Judgment in Foreclosure granting property to the City of Plainfield | Final Judgment recorded 4/7/03 |
| 253 A South Pearl Street | Cristo Property Management, Ltd. | Dimitar D. Deliyski | 12/31/96 (recorded 2/26/97) | National Home Funding, Inc. | 12/31/96 (recorded 2/26/97) | Final Judgment in Foreclosure (tax sale certificate) granting property to Duggan Partners LLC | Final Judgment recorded 7/8/05 |
| 205 River Street | D.E.K. Homes of New Jersey, Inc. | Thomas G. and Anna Leodis | 4/30/96 (recorded 5/16/96) | National Home Funding, Inc. | 4/30/96 (recorded 5/16/96); Mortgage assigned to Walsh on 4/30/96, to TMS Mortgage on 5/24/96 and to Bank of New York on 10/13/97` | Tax Sale Certificates filed against property; Quit Claim Deed from Thomas G. Leodis to ERC7, LLC | Quit Claim Deed dated 9/13/02 (recorded 9/16/02) |

| Property Address | Grantor | Grantee | Date of Deed (Recording Date) | Record Mortgagee | Date of Mortgage (Recording Date) | Type of Adverse Event | Date of Adverse Event |
|---|---|---|---|---|---|---|---|
| 1507 Summerfield Avenue | G.J.L. Limited | Pamela Ricigliano | 12/18/96 (recorded 4/9/97) | National Home Funding, Inc. | 12/18/96 (recorded 4/9/97) | Final Judgment in Foreclosure granting property to the City of Asbury Park (tax sale certificate) | Final Judgment recorded 6/11/01 |
| 126 Union Avenue | G.J.L. Limited | Brian G. Reilly | 11/6/96 (recorded 3/3/97) | National Home Funding, Inc. | 11/6/96 (recorded 3/3/97) | Deed from Brian G. Reilly (as to 40%) and Capital Assets (as to 60%) | Deed dated 1/6/04 (recorded 9/7/04) |
| 335 Watson Avenue | D & Sons | Cruz M. Crespo and Julio Crespo | 2/26/96 (recorded 3/19/96) | National Home Funding, Inc. | 2/27/96 (recorded 3/19/96) | Execution on mortgage | Writ of execution issued 10/15/03 |
| 701 First Ave. | GJL Limited | Lawrence M. Cuzzi | 12/30/96 (recorded 4/8/97) | National Home Funding, Inc. | 12/30/96 (recorded 4/8/97) | Deed from City of Asbury Park (tax sale) | 9/6/01 (deed recorded 10/1/01) |
| 603 First Avenue | G.J.L. Limited | Susan Viscardo | 12/18/96 (recorded 4/7/97) | National Home Funding, Inc. | 12/18/96 (recorded 4/7/97) | Final Judgment in Foreclosure granting property to Robert Razminas (assignee of tax sale certificates) | Final Judgment recorded 8/23/02 |
| 612 First Avenue | Cristo Property Management, Ltd. | Loretta Rizutto | 10/16/96 (recorded 4/9/97) | National Home Funding, Inc. | 10/16/96 (recorded 4/9/97) | Final Judgment in Foreclosure (tax sale certificate) granting property to the City of Asbury Park | Final Judgment recorded 6/11/01 |
| 305 Second Avenue | GJL Limited | Lawrence M. Cuzzi | 12/30/96 (recorded 4/7/97) | National Home Funding, Inc. | 12/30/96 (4/7/97) | Final Judgment granting property to Woo Sisters, L.L.C. | Final Judgment recorded 6/23/04 |

| Property Address | Grantor | Grantee | Date of Deed (Recording Date) | Record Mortgagee | Date of Mortgage (Recording Date) | Type of Adverse Event | Date of Adverse Event |
|---|---|---|---|---|---|---|---|
| 409 Sixth Avenue | G.J.L. Limited | Thomas Owens | 12/31/96 (recorded 4/8/97) | National Home Funding, Inc. | 12/31/96 (recorded 4/8/97) | Final Judgment in Foreclosure granting property to Cherokee Equities L.L.C. | Final Judgment recorded 2/16/06 |