# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : |
| Plaintiff, | : Judge Dickinson R. Debevoise |
| v. | : Magistrate Judge Michael A. Shipp |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED; DEK HOMES OF NEW JERSEY, INC.; OAKWOOD PROPERTIES, INC.; NATIONAL HOME FUNDING, INC.; CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC.; CAPITAL ASSETS PROPERTY MANAGEMENT, LLC; WILLIAM KANE; GARY GRIESER; ROBERT SKOWRENSKI, II; RICHARD CALANNI; RICHARD DiBENEDETTO; JAMES R. BROWN; THOMAS BRODO; ROLAND PIERSON; STANLEY YACKER, ESQ.; MICHAEL ALFIERI, ESQ.; RICHARD PEPSNY, ESQ.; ANTHONY M. CICALESE, ESQ.; LAWRENCE CUZZI; ANTHONY D'APOLITO; DAP CONSULTING, INC.; COMMONWEALTH LAND TITLE INSURANCE CO.; NATIONS TITLE INSURANCE OF NEW YORK, INC.; FIDELITY NATIONAL TITLE INSURANCE CO. OF NEW YORK; COASTAL TITLE AGENCY; STEWART TITLE GUARANTY COMPANY; IRENE DiFEO; DONNA PEPSNY; WEICHERT REALTORS; and VECCHIO REALTY, INC., d/b/a MURPHY REALTY BETTER HOMES AND GARDENS, | : No. 97-3496 (DRD)(MAS) <br><br> **ORDER GRANTING PARTIAL SUMMARY JUDGMENT** |
| Defendants. | : |

**AND NOW,** this         day of                    , 20   , upon consideration of the Motion for partial summary judgment of Defendants Fidelity National Title Insurance Co. of New York and Nations Title Insurance of New York, Inc., and the response of Plaintiff, Walsh Securities, Inc., it is hereby

ORDERED AND DECREED that partial summary judgment is entered in favor of Fidelity National Title Insurance Co. of New York and Nations Title Insurance of New York, Inc. and against Walsh Securities, Inc. on all claims asserted by Walsh Securities, Inc. under title insurance

policies relating to the failure to record assignments, which claims involve the properties identified in exhibit "A" hereto.

BY THE COURT:

_____
HONORABLE DICKINSON R. DEBEVOISE

## **Exhibit "A"**

1. 506 Asbury Avenue, Asbury Park, NJ
2. 1324 Asbury Avenue, Asbury Park, NJ
3. 933 Bangs Avenue, Asbury Park, NJ
4. 1032-34 Bangs Avenue, Asbury Park, NJ
5. 56 Bank Street, Red Bank, NJ
6. 461 Bergen Avenue, Jersey City, NJ
7. 181 Clerk Street, Jersey City, NJ
8. 303 Comstock Avenue, Asbury Park, NJ
9. 30 Dewitt Avenue, Asbury Park, NJ
10. 1702 Elk Street, Piscataway, NJ
11. 326 Fisher Avenue, Neptune, NJ
12. 414 Fisher Avenue, Neptune, NJ
13. 18 Ford Avenue, Freehold, NJ
14. 101 Herbert Street, Red Bank, NJ
15. 89 Jefferson Street, Paterson, NJ
16. 1422 Mattison Avenue, Asbury Park, NJ
17. 222 Monticello Avenue, Jersey City, NJ
18. 226 Monticello Avenue, Jersey City, NJ
19. 118-20 Plainfield Avenue, Plainfield, NJ
20. 253A South Pearl Street, Red Bank, NJ
21. 1507 Summerfield Avenue, Asbury Park, NJ
22. 126 Union Avenue, Long Branch, NJ
23. 335 Watson Avenue, Perth Amboy, NJ
24. 603 First Avenue, Asbury Park, NJ
25. 612 First Avenue, Asbury Park, NJ
26. 701 First Avenue, Asbury Park, NJ
27. 305 Second Avenue, Asbury Park, NJ
28. 58 Third Street, Newark, NJ
29. 409 Sixth Avenue, Asbury Park, NJ