UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : Civil Action No. 97-3496 (DRD) (MAS) |
| Plaintiff, | : Hon. Dickinson R. Debevoise |
| vs. | : |
| CRISTO ROPERTY MANAGEMENT, LTD., *et al.* | : **NOTICE OF MOTION** |
| Defendants. | : |

**PLEASE TAKE NOTICE** that upon the enclosed Memorandum of Law in support of the Motion of Plaintiff Walsh Securities, Inc, a proposed form of order, Rule 56.1 statement, attached certification, and annexed exhibits, the undersigned will move before the Honorable Dickinson R. Debevoise, United States District Court Judge, District of New Jersey, Martin Luther King Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, on the __ day of _____, 2012, at 10:00 a.m. in the forenoon or as soon thereafter as counsel may be heard, for an Order, in the form of the proposed Order enclosed herewith, granting Plaintiff's Motion for Partial Summary Judgment pursuant to Federal Rule of Civil Procedure 56.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests oral argument.

Dated: November 10, 2011

By: _____/s/_____
Robert A. Magnanini
STONE & MAGNANINI LLP
150 John F. Kennedy Parkway, 4th floor
Short Hills, New Jersey 07078
(973) 218-1111
Counsel for Plaintiff Walsh Securities, Inc.