UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : Civil Action No. 97-3496 (DRD) (MAS) |
| Plaintiff, | : Hon. Dickinson R. Debevoise |
| vs. | |
| CRISTO ROPERTY MANAGEMENT, LTD., *et al*. | : **[PROPOSED] ORDER** |
| Defendants. | |

**THIS MATTER** having been opened to the Court by Stone & Magnanini LLP on behalf of Walsh Securities, Inc., and the Court having considered the submissions of the parties and argument of counsel, and for the reasons set forth in a written opinion filed concomitantly with this order, and for good cause shown;

**IT IS**, on this _____ day of _____, 2012

**ORDERED** that Plaintiff's Motion for Partial Summary Judgment on the properties listed on the annexed Exhibit A is hereby granted.

_____
Hon. Dickinson R. Debevoise, U.S.D.J.