**CERTIFICATION OF SERVICE**

I, Robert A. Magnanini, hereby certify that on November 10, 2011, the within Notice of Motion, Memorandum of Law in Support of Plaintiff's Motion for Partial Summary Judgment, Proposed Order, Certification of Robert A. Magnanini, and the attached exhibits were filed electronically with the Court and served upon all counsel of record via the ECF System.

/s/
Robert A. Magnanini