Robert A. Magnanini
Amy Walker Wagner
Jeffrey A. Shooman
Daniel I. Mee
STONE & MAGNANINI LLP
150 John F. Kennedy Parkway, Fourth Floor
Short Hills, New Jersey 07078
(973) 218-1111
*Attorneys for Walsh Securities, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : |
| | : |
| Plaintiff, | : Civil Action No. 97-cv-3496 (DRD)(MAS) |
| | : |
| vs. | : Hon. Dickinson R. Debevoise, U.S.D.J. |
| | : |
| CRISTO PROPERTY MANAGEMENT, | : **CERTIFICATION OF** |
| LTD., a/k/a G.J.L. LIMITED; et al., | : **ROBERT A. MAGNANINI IN SUPPORT OF** |
| | : **PLAINTIFF'S MOTION FOR** |
| Defendants. | : **PARTIAL SUMMARY JUDGMENT** |
| | : |

I, Robert A. Magnanini, of full age, upon my oath certify as follows:

1. I am a member of the Bar of this Court and a Partner in the law firm of Stone & Magnanini LLP, attorneys for Plaintiff Walsh Securities, Inc. in the above-captioned matter. I submit this Certification in support of Plaintiff's Motion for Partial Summary Judgment.

2. A chart summarizing the subject loans and attaching true and correct current copies of the Title Commitments, Closing Service Protection Letters and Title Insurance Policies for each loan is annexed hereto as Exhibit A.

3. True and correct copies of the transcripts of the May 27, 2010 and September 20, 2011 depositions of Commonwealth Land Title's 30(b)(6) representative, Donna Sullivan, are annexed hereto as Exhibit B.

1

4. A true and correct copy of a sample of WSI's Closing Instructions, marked as Exhibit 23 at the September 28, 2011 30(b)(6) deposition of Fidelity National Title is annexed hereto as Exhibit C.

5. A true and correct copy of a sample of a HUD-1 Settlement Statement, marked as Exhibit 22 at the September 28, 2011 30(b)(6) deposition of Fidelity National Title is annexed hereto as Exhibit D.

6. A true and correct copy of the Fourth Amended Complaint, filed on June 10, 2009 is annexed hereto as Exhibit E.

7. True and correct copies of the transcripts of the June 23, 2010 and August 5, 2010 depositions of Coastal Title Agency's 30(b)(6) representative, Robert Agel, are annexed hereto as Exhibit F.

8. A true and correct copy of the transcript of the September 27, 2011 deposition of Nations Title Insurance's 30(b)(6) representative, Donna Sullivan, is annexed hereto as Exhibit G.

9. A true and correct copy of the November 1, 1996 Issuing Agency Agreement between Fidelity National Title and Coastal Title Agency, marked as Exhibit 6 at the June 23, 2010 30(b)(6) deposition of Coastal Title Agency is annexed hereto as Exhibit H.

10. A true and correct copy of the transcript of the November 11, 2010 deposition of Nancy Koch is annexed hereto as Exhibit I.

11. A true and correct copy of the November 25, 1998 New Jersey Legal Bulletin re: Non-Approved Attorneys List-Closing Attorney Criteria, marked as Exhibit 3 at the November 11, 2010 deposition of Nancy Koch is annexed hereto as Exhibit J.

12. A true and correct copy of the July 9, 1999 New Jersey Legal Bulletin re: Non-

Approved Attorneys List-Closing Attorney Criteria, marked as Exhibit 4 at the November 11, 2010 deposition of Nancy Koch is annexed hereto as Exhibit K.

13. True and correct copies of excerpts from the April 9, 2010 and September 30, 2011 30(b)(6) depositions of Walsh Securities, Inc. are annexed hereto as Exhibit L.

14. A true and correct copy of the transcript of the September 28, 2011 deposition of Fidelity National Title's 30(b)(6) representative, Donna Sullivan, is annexed hereto as Exhibit M.

15. A true and correct copy of an August 12, 1997 memorandum from Fidelity National Title to Agents and Approved Attorneys re: Title Alert, marked as Exhibit 5 at the September 28, 2011 30(b)(6) deposition of Fidelity National Title is annexed hereto as Exhibit N.

16. True and correct copies of excerpts from the April 30, 2002 testimony of Stanley Yacker in the matter *United States of America v. Irene DiFeo and Donna Pepsny*, United States District Court for the District of New Jersey, Criminal No.: 01-47 are annexed hereto as Exhibit O.

17. A true and correct copy of the transcript of the June 1, 2010 deposition of Stanley Yacker is annexed hereto as Exhibit P.

18. True and correct copies of the transcripts of the April 30, 2010 and May 14, 2010 depositions of Lorraine King are annexed hereto as Exhibit Q.

19. A true and correct copy of the transcript of the September 29, 2010 deposition of Anthony M. Cicalese is annexed hereto as Exhibit R.

20. A true and correct copy of the transcript of the August 5, 2010 deposition of Robert Agel is annexed hereto as Exhibit S.

21. True and correct copies of the transcripts of the January 15, 2002 plea hearing and the June 15, 2003 sentencing hearing in the matter *United States of America v. Stanley Yacker*, United States District Court for the District of New Jersey, Criminal No.: 01-47, are annexed hereto as Exhibit T.

22. A true and correct copy of an excerpt from the October 5, 2011 deposition of William Kane is annexed hereto as Exhibit U.

23. A true and correct copy of a September 29, 2000 letter from Commonwealth Land Title to Coastal Title Agency re: Mutual Termination of Agency Agreement is annexed hereto as Exhibit V.

24. A true and correct copy of a February 5, 1999 Order entered in the matter *Bustos, et al. v. Cristo Property Management, et al.*, Superior Court of New Jersey-Monmouth County, Civil Action No.: MONC-240-98, granting summary judgment is annexed hereto as Exhibit W.

25. A true and correct copy of an October 20, 2000 Order entered in the matter *Cityscape Corp. v. Walsh Securities, Inc.*, United States District Court, Southern District of New York, Civil Action No.: 98-223, granting award of damages is annexed hereto as Exhibit X.

I hereby certify that the above facts are true to the best of my knowledge.  I understand that I am subject to punishment if any of the above facts are willfully false.


Dated:  November 10, 2011                      By: _____/s/_____
                                                                    Robert A. Magnanini