# EXHIBIT A

### 66 Properties Repurchased by Walsh Securities, Inc.

| Exhibit | Loan No. | Street Number | Street Address | City | Closing Attorney | Closing Date | Title Company | Title Commitment | CPL | Title Policy |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 614472 | 335 | Watson Avenue | Perth Amboy | Stanley Yacker | 2/27/1996 | Nations Title Insurance | ● | ● | ● |
| 2 | 615237 | 414 | Fisher Avenue | Neptune | Stanley Yacker | 3/28/1996 | Nations Title Insurance | ● | ● | |
| 3 | 615790 | 606 | Emory Avenue | Asbury Park | Stanley Yacker | 4/3/1996 | Commonwealth Land Title | ● | ● | |
| 4 | 615791 | 31-33 | Jersey Street | Asbury Park | Stanley Yacker | 4/3/1996 | Commonwealth Land Title | ● | ● | |
| 5 | 616911 | 270 | Fisher Avenue | Neptune | Stanley Yacker | 5/8/1996 | Nations Title Insurance | ● | ● | ● |
| 6 | 616945 | 56 | Bank Street | Red Bank | Stanley Yacker | 5/2/1996 | Nations Title Insurance | ● | | |
| 7 | 616947 | 205 | River Street | Red Bank | Stanley Yacker | 4/30/1996 | Nations Title Insurance | ● | | ● |
| 8 | 617762 | 42 | East Sunset Avenue | Red Bank | Stanley Yacker | 5/29/1996 | Nations Title Insurance | ● | ● | ● |
| 9 | 617763 | 50 | South Fifth Avenue | Long Branch | Stanley Yacker | 5/29/1996 | Nations Title Insurance | ● | ● | |
| 10 | 617764 | 125 | Elmwood Avenue | Long Branch | Stanley Yacker | 5/30/1996 | Nations Title Insurance | ● | ● | ● |
| 11 | 617770 | 1100 | Bangs Avenue | Asbury Park | Stanley Yacker | 5/31/1996 | Nations Title Insurance | ● | ● | |
| 12 | 617772 | 124 | Leighton Avenue | Red Bank | Stanley Yacker | 5/29/1996 | Nations Title Insurance | ● | ● | ● |
| 13 | 617774 | 703 | Comstock Avenue | Long Branch | Stanley Yacker | 5/31/1996 | Nations Title Insurance | ● | ● | |
| 14 | 619472 | 319 | Sewall Avenue | Asbury Park | Stanley Yacker | 7/25/1996 | Nations Title Insurance | ● | ● | ● |
| 15 | 619474 | 506 | Asbury Avenue | Asbury Park | StanleyYacker | 7/25/1996 | Fidelity National Title | ● | ● | ● |
| 16 | 619479 | 1604 | Sewall Avenue | Asbury Park | Stanley Yacker | 8/5/1996 | Commonwealth Land Title | ● | ● | |
| 17 | 619480 | 768 | State Street | Perth Amboy | Stanley Yacker | 7/25/1996 | Nations Title Insurance | ● | ● | |
| 18 | 619481 | 5 | Eastwood Avenue | Long Branch | Stanley Yacker | 7/24/1996 | Nations Title Insurance | ● | ● | |
| 19 | 619482 | 104 | West End Avenue | Neptune | Stanley Yacker | 7/25/1996 | Nations Title Insurance | ● | ● | |
| 20 | 619483 | 917 | Watchung Avenue | Plainfield | Stanley Yacker | 7/24/1996 | Commonwealth Land Title | ● | ● | ● |
| 21 | 619484 | 402 | Ridge Avenue | Neptune | Stanley Yacker | 7/24/1996 | Commonwealth Land Title | ● | ● | |
| 22 | 619485 | 1207 | Bergh Street | Asbury Park | Stanley Yacker | 7/24/1996 | Commonwealth Land Title | ● | ● | ● |
| 23 | 619486 | 155 | Chelsea Avenue | Long Branch | Stanley Yacker | 7/26/1996 | Nations Title Insurance | ● | ● | |
| 24 | 619488 | 1206 | Second Avenue | Asbury Park | Stanley Yacker | 7/25/1996 | Commonwealth Land Title | ● | ● | |
| 25 | 619588 | 408 | Emory Avenue | Asbury Park | Stanley Yacker | 7/26/1996 | Fidelity National Title | ● | ● | ● |
| 26 | 619589 | 211 | Roosevelt Avenue | Aberdeen | Stanley Yacker | 7/25/1996 | Commonwealth Land Title | ● | ● | ● |
| 27 | 619590 | 1308 | Seventh Avenue | Neptune | Stanley Yacker | 7/25/1996 | Commonwealth Land Title | ● | ● | |
| 28 | 619942 | 272 | Central Avenue | Long Branch | Stanley Yacker | 8/20/1996 | Commonwealth Land Title | ● | ● | ● |
| 29 | 619944 | 16 | Columbia Avenue | Newark | Stanley Yacker | 8/21/1996 | Commonwealth Land Title | ● | ● | ● |
| 30 | 619945 | 26 | Silver Street | Newark | Stanley Yacker | 8/20/1996 | Commonwealth Land Title | ● | ● | |
| 31 | 619946 | 251 | Wilbur Ray Avenue | Long Branch | Stanley Yacker | 8/20/1996 | Commonwealth Land Title | ● | ● | ● |
| 32 | 619948 | 232 | Central Avenue | Long Branch | Stanley Yacker | 8/20/1996 | Commonwealth Land Title | ● | ● | ● |
| 33 | 619949 | 529 | 20th Street | Irvington | Stanley Yacker | 8/20/1996 | Commonwealth Land Title | ● | ● | |
| 34 | 619957 | 408 | Second Avenue | Long Branch | Stanley Yacker | 8/20/1996 | Commonwealth Land Title | ● | ● | ● |

| Exhibit | Loan No. | Street Number | Street Address | City | Closing Attorney | Closing Date | Title Company | Title Commitment | CPL | Title Policy |
|---|---|---|---|---|---|---|---|---|---|---|
| 35 | 621714 | 89 | Jefferson Street | Paterson | Stanley Yacker | 10/15/1996 | Commonwealth Land Title | ● | ● | |
| 36 | 622008 | 24 | Noll Place | Newark | Stanley Yacker | 12/30/1996 | Commonwealth Land Title | ● | ● | |
| 37 | 622010 | 246 | Bayside Drive | Highlands | Stanley Yacker | 12/30/1996 | Commonwealth Land Title | ● | ● | |
| 38 | 622017 | 612 | First Avenue | Asbury Park | Stanley Yacker | 10/16/1996 | Commonwealth Land Title | ● | ● | |
| 39 | 622626 | 138 | Ridge Avenue | Asbury Park | Stanley Yacker | 12/31/1996 | Commonwealth Land Title | ● | ● | |
| 40 | 622633 | 1507 | Summerfield Avenue | Asbury Park | Stanley Yacker | 12/18/1996 | Commonwealth Land Title | ● | ● | ● |
| 41 | 622645 | 1032-34 | Bangs Avenue | Asbury Park | Stanley Yacker | 11/13/1996 | Fidelity National Title | ● | ● | ● |
| 42 | 622658 | 126 | Union Avenue | Long Branch | Stanley Yacker | 11/6/1996 | Commonwealth Land Title | ● | ● | ● |
| 43 | 622663 | 209 | Second Avenue | Asbury Park | Stanley Yacker | 12/10/1996 | Fidelity National Title | ● | ● | |
| 44 | 622859 | 48 | South Fifth Avenue | Long Branch | Stanley Yacker | 12/11/1996 | Commonwealth Land Title | ● | ● | |
| 45 | 622860 | 1127 | Summerfield Avenue | Asbury Park | Stanley Yacker | 11/8/1996 | Fidelity National Title | ● | ● | |
| 46 | 622861 | 326 | Fisher Avenue | Neptune | Stanley Yacker | 11/18/1996 | Commonwealth Land Title | ● | ● | ● |
| 47 | 622862 | 603 | First Avenue | Asbury Park | Stanley Yacker | 12/18/1996 | Commonwealth Land Title | ● | ● | ● |
| 48 | 622863 | 1422 | Mattison Avenue | Asbury Park | Stanley Yacker | 12/30/1996 | Fidelity National Title | ● | ● | |
| 49 | 623303 | 1324 | Asbury Avenue | Asbury Park | Stanley Yacker | 11/22/1996 | Fidelity National Title | ● | ● | ● |
| 50 | 623846 | 303 | Comstock Avenue | Asbury Park | Stanley Yacker | 12/30/1996 | Commonwealth Land Title | ● | ● | |
| 51 | 623847 | 701 | First Avenue | Asbury Park | Stanley Yacker | 12/30/1996 | Commonwealth Land Title | ● | ● | ● |
| 52 | 623848 | 305 | Second Avenue | Asbury Park | Stanley Yacker | 12/30/1996 | Commonwealth Land Title | ● | ● | ● |
| 53 | 624169 | 409 | Sixth Avenue | Asbury Park | Stanley Yacker | 12/31/1996 | Fidelity National Title | ● | | |
| 54 | 624171 | 253A | South Pearl Street | Red Bank | Stanley Yacker | 12/31/1996 | Fidelity National Title | ● | ● | ● |
| 55 | 624172 | 30 | Dewitt Avenue | Asbury Park | Stanley Yacker | 1/17/1997 | Commonwealth Land Title | ● | ● | |
| 56 | 624173 | 101 | Herbert Street | Red Bank | Stanley Yacker | 12/31/1996 | Commonwealth Land Title | ● | ● | ● |
| 57 | 624260 | 515 | Seventh Avenue | Asbury Park | Stanley Yacker | 1/13/1997 | Commonwealth Land Title | ● | ● | |
| 58 | 625058 | 58 | Third Street | Newark | Stanley Yacker | 1/31/1997 | Fidelity National Title | ● | | |
| 59 | 626019 | 118-20 | Plainfield Avenue | Plainfield | Anthony Cicalese | 5/30/1997 | Commonwealth Land Title | ● | ● | |
| 60 | 626827 | 181 | Clerk Street | Jersey City | Anthony Cicalese | 3/31/1997 | Commonwealth Land Title | ● | ● | |
| 61 | 626828 | 222 | Monticello Avenue | Jersey City | Anthony Cicalese | 3/31/1997 | Fidelity National Title | ● | ● | |
| 62 | 627636 | 461 | Bergen Avenue | Jersey City | Anthony Cicalese | 5/23/1997 | Fidelity National Title | ● | ● | |
| 63 | 627863 | 933 | Bangs Avenue | Asbury Park | Anthony Cicalese | 4/25/1997 | Fidelity National Title | ● | ● | |
| 64 | 627997 | 226 | Monticello Avenue | Jersey City | Anthony Cicalese | 5/7/1997 | Commonwealth Land Title | ● | ● | |
| 65 | 628856 | 203 | Arlington Avenue | Jersey City | Anthony Cicalese | 6/4/1997 | Commonwealth Land Title | ● | ● | |
| 66 | 628930 | 18 | Ford Avenue | Freehold | Anthony Cicalese | 6/5/1997 | Fidelity National Title | ● | ● | |