# EXHIBIT D

# HUD-1 UNIFORM SETTLEMENT STATEMENT

| A. U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | SETTLEMENT STATEMENT |
|---|---|

| B. TYPE OF LOAN | | |
|---|---|---|
| 1. _ FHA  2. _ FMHA  3. X CONV. UNINS. | 6. File Number: | 7. Loan Number: 622645 |
| 4. _ VA   5. _ CONV. INS. | 8. Mortgage Insurance Case Number: | |



C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals. NOTE: TIN = Taxpayer's Identification Number.

| D. NAME AND ADDRESS OF BORROWER: ALICIA JUERGENSEN | E. NAME, ADDRESS AND TIN OF SELLER: CRISTO PROPERTY | F. NAME AND ADDRESS OF LENDER: National Home Funding 3443 Route 9 North Freehold, NJ 07728 |
|---|---|---|
| G. PROPERTY LOCATION: 1032-1034 BANGS AVENUE ASBURY PARK, NJ | H. SETTLEMENT AGENT: NAME AND TIN Stanley Yacker, Esq.  I. SETTLEMENT DATE: 11/13/96 | PLACE OF SETTLEMENT: 330 State Highway No. 34 P.O. Box 329 Matawan, New Jersey 07747 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER: | | 400. GROSS AMOUNT DUE TO SELLER: | |
| 101. Contract sales price | 180,000.00 | 401. Contract sales price | 180,000.0 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (ln 1400) | 1,462.55 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes       to | | 406. City/town taxes       to | |
| 107. County taxes          to | | 407. County taxes          to | |
| 108. Assessments           to | | 408. Assessments           to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 181,462.55 | 420. GROSS AMOUNT DUE TO SELLER | 180,000.0 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER | |
| 201. Deposit or earnest money | 18,000.00 | 501. Excess deposit (see instructions) | 18,000.0 |
| 202. Principal amount of new loan(s) | 135,000.00 | 502. Settlement charges to seller (ln 1400) | 9,459.9 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. 2ND MORTGAGE | 27,000.00 | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes       to | | 510. City/town taxes       to | |
| 211. County taxes          to | | 511. County taxes          to | |
| 212. Assessments           to | | 512. Assessments           to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 180,000.00 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 27,459.9 |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER | | 600. CASH AT SETTLEMENT TO/FROM SELLER | |
| 301. Gross amount due from borrower (ln 120) | 181,462.55 | 601. Gross amount due to seller (ln 420) | 180,000.0 |
| 302. Less amts paid by/for borrower (ln 220) | 180,000.00 | 602. Less reduct in amt due seller (ln 520) | 27,459.9 |
| 303. CASH FROM BORROWER | 1,462.55 | 603. CASH TO SELLER | 152,540.1 |

SUBSTITUTE FORM 1099 SELLER STATEMENT

The information contained in Blocks E, G, H and I and on line 401 (or, if line 401 is asterisked, line 403 and 404) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported...

CRISTO PROPERTY                                    FY 002571

## L. SETTLEMENT CHARGES

| | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ 180,000.00 @ % = 0.00 | Division of commission (line 700) as follows: | | |
| 701. $ to | | | |
| 702. $ to | | | |
| 703. Commission paid at Settlement | | | 0.00 |
| 704. | | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | |
| 801. Loan origination fee   % | | | 4,050.00 |
| 802. Loan discount   % | | | |
| 803. Appraisal fee | to NATIONAL HOME   POC $450 | | |
| 804. Credit report | to | | |
| 805. Lender's inspection fee | | | |
| 806. Mortgage insurance application fee to | | | |
| 807. Assumption fee | | | |
| 808. TAX SERVICE FEE | | 72.00 | |
| 809. COMMITMENT FEE TO WALSH | | 250.00 | |
| 810. COMMITMENT FEE TO NATIONAL | | 300.00 | |
| 811. NATIONAL HOME FUNDING | POC $3,375 | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901. Interest from 11/13 to 11/30 @ $ 45.30/day | | 815.55 | |
| 902. Mortgage insurance premium for   months to | | | |
| 903. Hazard insurance premium for   years to | | | |
| 904. COURIER FROM WALSH | | 25.00 | |
| 905. 4TH QTR TAXES | | | 454.72 |
| 1000. RESERVES DEPOSITED WITH LENDER | | | |
| 1001. Hazard insurance | months @ $   per month | | |
| 1002. Mortgage insurance | months @ $   per month | | |
| 1003. City property taxes | months @ $   per month | | |
| 1004. County property taxes | months @ $   per month | | |
| 1005. Annual assessments | months @ $   per month | | |
| 1006. | months @ $   per month | | |
| 1007. | months @ $   per month | | |
| 1008. | months @ $   per month | | |
| 1100. TITLE CHARGES | | | |
| 1101. Settlement or closing fee | to RICHARD PEPSNY | | 650.00 |
| 1102. Abstract or title search | to | | |
| 1103. Title examination | to | | |
| 1104. Title insurance binder | to | | |
| 1105. Document preparation | to | | 100.00 |
| 1106. Notary fees | to | | |
| 1107. Attorney's fees | to Stanley Yacker | | 650.00 |
| (includes above item numbers: ) | | | |
| 1108. Title insurance | to COASTAL Title Agency | | 1,185.00 |
| (includes above item numbers: ) | | | |
| 1109. Lender's coverage | $ 135,000.00 | | |
| 1110. Owner's coverage | $ 180,000.00 | | |
| 1111. | | | |
| 1112. | | | |
| 1113. | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201. Recording Fees: Deed $ 100.00; Mortgage $   50.00; Releases $ | | | 150.00 |
| 1202. City/county tax/stamps: Deed $   ; Mortgage $ | | | |
| 1203. State tax/stamps: Deed $ 180,000.00   ; Mortgage $ | | | 675.00 |
| 1204. | | | |
| 1205. | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301. Survey to | | | |
| 1302. Pest inspection to | | | |
| 1303. Notice of Settlement | | | 50.00 |
| 1304. Express Mail | | | 25.00 |
| 1305. | | | |
| 1306. ED RICE INSURANCE AGENCY | | | 1,470.18 |
| 1400. TOTAL SETTLEMENT CHARGES (enter on lines 103, Section J and 502, Section K) | | 1,462.55 | 9,459.90 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Borrower: _Alicia Juergensen_   Seller: _CRISTO PROPERTY_
ALICIA JUERGENSEN

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Settlement Agent _Stanley Yacker_   Date 11/13/96   FY 002572
Stanley Yacker, Esq.

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.