# EXHIBIT J

# NEW JERSEY

# Legal Bulletin

An information bulletin
for the Commonwealth family
of companies

DATE:   November 25, 1998

TO:     All Branches & Agents

FROM:   Nancy L. Koch, Esq.
        Vice President & Underwriting Counsel

RE:     Non-Approved Attorneys List
        Closing Attorney Criteria




DEPOSITION
EXHIBIT
Koch 3
11/1/10  98

Enclosed herewith you will find an updated Non-Approved Attorneys List (revised 11/98). This list is current through its revision date and replaces all prior lists issued by this office. To avoid confusion, such prior lists should be destroyed at this time. For your quick reference, the revised list includes a schedule of additions/deletions since the last edition of the list.

If one of your attorney clients is included on this list and you wish to know the circumstances of their inclusion, you should contact our offices to discuss the reason for his or her inclusion and whether or not he/she may be reinstated.

This memo should not be construed as adversely reflecting on the professional ability and integrity of any of these attorneys; rather this Company is simply exercising its right as to whom it appoints as an Approved Attorney.

You will note that we have included with this mailing a reprint of the Company's Closing Attorney Criteria. Please be reminded that you are only authorized to issue single transaction Closing Service Letters on attorneys who satisfy all of the listed criteria (blanket Closing Service Letters cannot be issued). If a particular closing attorney client or a prospective closing attorney client does not satisfy all of the stated requirements, you must contact the State Office.

We continue to experience problems caused by closing attorneys who fail to comply with the lender's instructions and our Schedule B requirements. Fortunately, because of early notification and quick response, we have been able to avoid these potentially serious matters.

Although it is often impossible to predict which attorney will fail to comply with closing requirements (or worse), we have found certain indications which may serve as warning signs and for which we should be on guard:

1.   An attorney fails to promptly return all required documents after closing.

2.   Complaints are received from lending institutions as to the attorney's handling of the transaction either by way of incomplete or inaccurate documentation.

3.   The attorney fails to promptly pay the premium on a transaction after it has closed. This often indicates that the attorney is using the premium, which is trust money, for his/her own purposes. Typically, an attorney who is running into financial difficulties fails to pay premiums on his/her real estate transactions.

4. There is a rapid and unexplained decline in staff in the attorney's office.

5. There is a continual turnover of staff in the attorney's office.

6. The attorney fails to call for rundowns prior to closing.

7. The attorney fails to respond to your requests for post-closing documentation.

8. When placing an order, the attorney does not seem to understand the nature of the transaction.

9. An attorney from outside of your geographic area places an order with your agency for property located outside of the county in which you are located or customarily do business.

10. The attorney does not maintain a bona fide, fully staffed office in New Jersey.

Problem attorneys are often forced to "shop" for title evidence outside of the county in which they normally do business as they have probably alienated all local title insurers. In order to prevent adequate investigation, the attorney will often request a "rush" job. These attorneys are a minority however, it only takes one to cause major problems.

**What this all boils down to is that you must know your clients. A random application from an attorney with whom you have no previous experience requires investigation.**

We have said it before but it bears repeating — you are our best line of defense. If you are experiencing problems with an attorney or firm, you must advise us immediately. Ceasing to do business with a problem attorney solves only the immediate problem. Placing the attorney on a Company-wide non-approved status will stop him/her from bringing his/her problems to another office.

From your offices' standpoints, the best defense is to stay on top of each file. Policy issuance is not a mere clerical act which can be put off until a member of your staff is available to order the cover record and type policies. Files which have closed but which are awaiting cover records and policies should never sit for months without attention. The cover record for each file must be run as soon as practicable after closing taking into account the recording gap in the subject county. If the deed and/or mortgage is not found of record, this office should be notified immediately.

Additionally, there is really no excuse for an attorney to allow prior mortgages and other liens to remain open of record for months and years after a closing. Even if a Lender fails to return the mortgage receipted for cancellation after receiving the payoff, it is still the attorney's responsibility to follow up on the matter until it is completed. Not only do uncancelled mortgages create nightmares for policy issuance, they create an unnecessary market for letters of indemnification AND they are potentially a warning sign of a bigger problem. If the payoffs have been made, the lender is absolutely obligated to execute a cancellation, release or discharge. These items remain open only because of poor tracking at the attorney's office or worse.

COM 24181

With the number of transactions some attorneys handle, mistakes may be made. We expect this to happen and are always available to help rectify problems. Recurring problems with the same attorney or firm may indicate a less than thorough approach to handling real estate transactions. We do not need to do business with attorneys who cost us time (and money) by not completing real estate transactions properly. Please be on the lookout for the warning signs and report any problems you experience to our offices. Hopefully the warning signs you spot will be false leads but it would be unacceptable to miss one because of lack of attention.

cc:    A. Roger Blauvelt, Esq.
      Richard A. Wilson
      Kimberly Lacz, Esq.
      Donna M. Sullivan, Esq.
      Judith M. Davidson
      Charles Hayden
      Cris Franco

COM 24182

Additions/Deletions to the Non-Approved List Dated 4/22/98
As of 11/9/98

| NAME | YEAR ADMITTED |
|------|---------------|
| Attorneys Added to the List: | |
| Blake, Dexter B., Jr. | 1970 |
| Booream, Charles V., III | 1979 |
| Coppa, Carlo John | 1994 |
| D'Alessandro, Edward G., Jr. | 1990 |
| Desantis, Glenn D. | 1986 |
| Ellis, Daniel | 1974 |
| Feranda, Anthony | 1969 |
| Greenawalt, Craig | 1980 |
| Hall, Sylvia E. | 1986 |
| Hasbrouck, Patricia L. | 1991 |
| Hobson, William D. | 1989 |
| Holden, Edward J. | 1977 |
| Levy, Roger A. | 1987 |
| Massa, Marshall F. | 1975 |
| Mininsohn, Seth | 1985 |
| Murray, Diane | 1980 |
| Pomerantz, Randee | 1986 |
| Schmeling, William E. | 1981 |
| Senna, Rocco | 1942 |
| Spector, Stephen R. | 1968 |
| Attorney(s) Deleted from the List: | |
| Khoudary, Nicholas | 1988 |

COM 24183

Non-Approved Attorneys List
As of 11/9/98

| NAME | YEAR ADMITTED |
|------|---------------|

FOR INTERNAL USE ONLY
The inclusion of any individual on this list is in no way to be
construed as adversely reflecting on his or her professional ability
or integrity

| NAME | YEAR ADMITTED |
|------|---------------|
| Abrams, Norman M. | 1977 |
| Achmetov, Norus | 1972 |
| Addonizio, Denis G. | 1960 |
| Adubato, Charles S. | 1980 |
| Agee, R. Wesley | 1976 |
| Agrait, William | 1984 |
| Albert, Joel M. | 1961 |
| Allan, Bernadette McFarlane- | 1983 |
| Allan, Steven | |
| Allen, Bruce | |
| Alongi, Paul | 1965 |
| Alosio, Rudolph V. | 1960 |
| Alterman, Marc E. | 1983 |
| Altman, Evan M. | 1987 |
| Ames, Stuart D. | 1966 |
| Ames, Teri J. | |
| Anderson, Rudolph J., Jr. | 1962 |
| Anderson, Stanley E., Jr. | 1976 |
| Anger, Harvey F. | 1971 |
| Anis, Magdy F. | 1987 |
| Annich, Judge Russell W., Jr. | 1967 |
| Anthony, Veronica A. | 1987 |
| Antico, Peter J. | 1974 |
| Antinore, William M. | 1979 |
| Apollo, Stephen | 1967 |
| Apovian, Philip | 1984 |
| Armellino, Nicholas M. | 1979 |
| Asbell, Samuel | 1969 |
| Ashley, Denise D. | 1984 |
| Atlas, Leonard M. | 1965 |

Commonwealth Land/Transnation/Commonwealth of NJ

COM 24184

Non-Approved Attorneys List
As of 11/9/98

| NAME | YEAR ADMITTED |
|---|---|
| Auriemma, Robert C. | 1971 |
| Avigdor, David B. | 1977 |
| Aviles, Jorge | 1981 |
| Baiamonte, Anthony III | 1990 |
| Bailey, John Richard | 1990 |
| Baker, Dale W. | 1980 |
| Baker, David | 1956 |
| Baldino, John A. | 1976 |
| Balsam, Joel C. | 1973 |
| Balsam, L. William | 1958 |
| Banas, Richard W. | 1978 |
| Banks, Glenn W. | 1982 |
| Barbour, Hubert U., Jr. | 1973 |
| Barbour, Richard L. | 1970 |
| Barker, Richard D. | 1975 |
| Barker, William R. | 1975 |
| Barlow, Dennis M. | 1976 |
| Barrett, Leo J. | 1977 |
| Barry, Thomas J. | 1974 |
| Bartlett, Charles A. | 1949 |
| Batalla, Pedro J., Jr. | 1987 |
| Bate, Salvatore J. | 1975 |
| Bateman, Marc C. | 1975 |
| Beam, Robert Charles | 1983 |
| Becci, Michael N. | 1976 |
| Beck, Basil D., Jr. | 1963 |
| Behuniak, Daniel P. | 1980 |
| Bell, Alan R. | 1986 |
| Bell, Barbara A. | 1978 |
| Bell, Daniel S. | 1949 |
| Bell, Herman M., Jr. | 1949 |
| Bell, Michael J. | 1960 |
| Belmont, Gordon L. | 1970 |
| Beltre, Luis Oscar | 1982 |
| Bendet, Mark | 1977 |
| Benjamin, Charles J. | 1982 |

Commonwealth Land/Transnation/Commonwealth of NJ

COM 24185

## Non-Approved Attorneys List
### As of 11/9/98

| NAME | YEAR ADMITTED |
|------|---------------|
| Bennett, Richard D. | 1958 |
| Benstock, John E. | 1992 |
| Berdis, Joseph M. | 1988 |
| Berger, Lawrence | 1953 |
| Berger, Neal J. | 1977 |
| Bernardez, Juliet O. | 1980 |
| Bernstein, Richard L. | 1974 |
| Biederman, David A. | 1959 |
| Bierman, Herbert B. | 1953 |
| Birch, David A. | 1973 |
| Birchwale, Albert H. | 1976 |
| Birchwall, Richard G. | 1975 |
| Biscamp, Robert H. | 1965 |
| Bissell, Nicholas J., Jr. | 1971 |
| Black, Douglas P. | 1978 |
| Blackman, Robert B. | 1962 |
| Blake, Dexter B., Jr. | 1970 |
| Blake, Kurt A. | 1993 |
| Blake, Millard A. | 1974 |
| Blanchard, C. Kent | 1976 |
| Block, Malcolm L. | 1962 |
| Blumenfeld, Todd E. | 1983 |
| Blumenstyk, Larry | 1977 |
| Bock, Francis A. | 1959 |
| Bok, David S. | 1984 |
| Bolson, Steven R. | 1971 |
| Bonds, Marc K. | 1982 |
| Bongiorno, Peter T. | 1963 |
| Booream, Charles V., III | 1979 |
| Bordon, Howard S., Jr. | 1958 |
| Bosies, Kevin P. | 1984 |
| Boxley, Marlinda A. | 1992 |
| Boyadjis, Andreas A. | 1964 |
| Boyd, Brian A. | 1987 |
| Boyle, Terrence G. | 1982 |
| Bozarth, Bennett E., Judge | 1972 |

Commonwealth Land/Transnation/Commonwealth of NJ

Non-Approved Attorneys List
As of 11/9/98

| NAME | YEAR ADMITTED |
|---|---|
| Brady, Edward J. | 1951 |
| Brady, Thomas M., Jr. | 1978 |
| Brafman, Allison Hart | 1989 |
| Brandes, William F., Jr. | 1953 |
| Brandon-Perez, Silvia A. | 1978 |
| Brantley, David | 1970 |
| Braun, Robert A. | 1984 |
| Bray, Angela M. | 1981 |
| Brechman, Barry C. | 1970 |
| Breen, John P. | 1961 |
| Breingan, Charles R. | 1983 |
| Brennan, Robert B. | 1974 |
| Breslow, Kenneth H. | 1967 |
| Bricker, Jerome | 1973 |
| Briscoe, John F. | 1973 |
| Bristol, Scott | 1982 |
| Brodo, Thomas G. | 1974 |
| Brown, Arnold E. | 1957 |
| Brown, Callis N. | 1971 |
| Brown, Ronald D. | 1976 |
| Brown, Ross E. | 1962 |
| Brown, Stephen D. | 1986 |
| Brummer, Barry J. | 1973 |
| Bruno, Glenn R. | 1992 |
| Brunson, Neal | 1988 |
| Bryant, Donald R. | 1948 |
| Buck, Milton A. | 1965 |
| Buckner, Howard Z. | 1981 |
| Bufano, Anthony P., Jr. | 1972 |
| Bukosky, Albert M. | 1965 |
| Bullen, Victor | 1970 |
| Burnett-Baker, Hilda | 1983 |
| Burns, Keith J. | 1977 |
| Butler, William B. | 1967 |
| Buxbaum, Peter A. | 1983 |
| Bzura, Leonard T. | 1978 |

Commonwealth Land/Transnation/Commonwealth of NJ

COM 24187

### Non-Approved Attorneys List
### As of 11/9/98

| NAME | YEAR ADMITTED |
|------|---------------|
| Cabelo, Anthony J. | 1975 |
| Caggiano, Louis N. | 1948 |
| Calierido, Madeline | 1988 |
| Calise, Francis J. | 1973 |
| Calligy, Thomas P. | 1951 |
| Cammeliere, Peter | 1949 |
| Canfield, Michael R. | 1973 |
| Cann, Michele Testen | 1987 |
| Caola, Victor J. | 1980 |
| Capone, Harold A. | 1955 |
| Capone, Joseph P. | 1987 |
| Cappa, Joseph K. | 1973 |
| Caputo, Joseph C. | 1985 |
| Carbone, Adolph V., Sr. | 1971 |
| Carrigan, Dennis J. | 1973 |
| Carroll, Robert D. | 1960 |
| Carroll, Robert D. | 1960 |
| Cary, Margaret | 1984 |
| Casella, Robert M. | 1970 |
| Casper, Howard J. | 1973 |
| Cassidy, Robert E. | 1978 |
| Castro, Jorge E. | 1983 |
| Catalano, Anthony A. | 1975 |
| Cato, Shirley Waters | 1977 |
| Cavaliere, Paul C., Jr. | 1956 |
| Cavuto, Anthony J. | 1966 |
| Cerbone, William V., Jr. | |
| Cervantes, Peter M. | 1976 |
| Chamish, Larry A. | 1983 |
| Charburn, Steven P. | 1974 |
| Chase, Barry N. | 1962 |
| Chase, Donald C. | 1964 |
| Chen, Marie C. | 1986 |
| Chester, Robert H. | 1960 |
| Chew, Edward C., III | 1985 |
| Chianese, Arthur L. | 1987 |

Commonwealth Land/Transnation/Commonwealth of NJ

### Non-Approved Attorneys List
### As of 11/9/98

| NAME | YEAR ADMITTED |
|------|---------------|
| Chidiac, Norman J. | 1970 |
| Christie, Robert M. | 1977 |
| Chucas, Morris L. | 1972 |
| Cillo, Jeffrey P. | 1981 |
| Clarick, Donald E. | 1963 |
| Clark, Corinne F. | |
| Clark, Joseph P. | 1970 |
| Clark, Robert B. | 1979 |
| Clark, Walter D. | 1986 |
| Claudat, Kenneth R. | 1969 |
| Cobbs, Gregory P. | 1992 |
| Coffey, John F. | 1975 |
| Cohen, Alan L. | 1972 |
| Cohen, Drew H. | 1993 |
| Cohen, Elizabeth Anne | 1976 |
| Cohen, Harold M. | 1961 |
| Cohen, Ira | 1972 |
| Cohen, Jerome Jay | 1965 |
| Cohen, Lloyd M. | 1968 |
| Cole, Jonathan S. | 1983 |
| Collis, Francis B. | 1948 |
| Colvin, Paul | 1933 |
| Combes, Charles L. | 1973 |
| Connolly, Michael J. | 1985 |
| Connors, Justinian G., Jr. | 1971 |
| Conroy, James | 1970 |
| Console, Richard P. | 1965 |
| Constantine, Andrew, II | 1984 |
| Constantino, Steven | 1979 |
| Conte, Joseph A. | 1986 |
| Conway, Donald R. | 1960 |
| Cook, Cecelia F. | 1979 |
| Cooney, Irene Flores | 1993 |
| Cooper, Arthur V. | 1977 |
| Cooper, Barry A. | 1980 |
| Coppa, Carlo John | 1994 |

COM 24189

## Non-Approved Attorneys List
### As of 11/9/98

| NAME | YEAR ADMITTED |
|------|---------------|
| Corasaniti, Vito J. | 1980 |
| Cornish, Harry L. | 1971 |
| Coruzzi, Peter J. | 1954 |
| Cosgrove, Edward T. | 1962 |
| Costanzo, Ernest R. | 1974 |
| Creo, Harry M. | 1959 |
| Criares, Theodore J. | 1971 |
| Crichton, David R. | 1993 |
| Cronin, Clinton E. | 1963 |
| Crowley, John D. | 1957 |
| Crowley, John D., Jr. | 1980 |
| Cullen, John J. | 1973 |
| Cunningham, Michael E. | 1972 |
| Curcio, Edward C. | 1978 |
| Cutchall, Thomas T. | 1977 |
| Dade, Leah D. | 1990 |
| Dailey, John W. | 1965 |
| D'Alessandro, Edward G., Jr. | 1990 |
| Dambach, Joseph A. | 1962 |
| Daniel, Cornelius W., III | 1969 |
| Daniels, James B. | 1979 |
| Daniels, Phillip C., Jr. | 1953 |
| Dashoff, David A. | 1976 |
| Dato, Robert F. | 1965 |
| Davidson, Marvin S. | 1969 |
| Davis, Hilton | 1970 |
| Davis, Lonnie S. | |
| Dawes, Kenneth J., Jr. | 1955 |
| Defazio, Charles, III | 1966 |
| DeLancey, James O. | 1972 |
| Delello, Salvatore Jr. | 1983 |
| DeLuca, Lorenzo A. | 1976 |
| Delventhal, Harry A., Jr. | 1973 |
| Demarco, Anthony F. | 1960 |
| DeMarco, Nicholas J. | 1987 |
| Demiro, Nicholas A. | 1963 |

Commonwealth Land/Transnation/Commonwealth of NJ

COM 24190

Non-Approved Attorneys List
As of 11/9/98

| NAME | YEAR ADMITTED |
|------|------|
| Denker, Aaron D. | 1976 |
| DePietropolo, George W. | |
| Deppeler, John H., III | 1968 |
| DeSantis, Glenn D. | 1986 |
| Desantis, Glenn D. | 1986 |
| Desarno, Felix S. | 1949 |
| Despotovich, Dean J. | 1980 |
| DeStefano, Ernest | 1980 |
| Devin, Donald B. | 1969 |
| Devlin, Charles F. | 1987 |
| Devlin, Harry N. | 1973 |
| Diaz, Andres | 1981 |
| Diaz, Manuel R. | 1980 |
| Dienes, Leslie A. | 1981 |
| DiLascio, Richard | 1984 |
| DiLieto, Louis R. | 1965 |
| DiMarco, William J. | 1971 |
| Dipoalo, Daniel J. | 1987 |
| Dogan, Birol John | 1983 |
| Doherty, Christopher M. | 1985 |
| Dolan, Martin C. X. | 1978 |
| Dominguez, George M. | 1969 |
| Donaldson, Vickie A. | 1983 |
| Donovan, Thomas J. | 1970 |
| Dooley, Joseph G., Jr. | 1970 |
| Doswell, Robert M. | 1986 |
| Doud, Eugene J. | 1981 |
| Downer, John L., Jr. | 1985 |
| Downs, Thomas E., IV | 1975 |
| Doyle, Joseph F. | 1965 |
| Doyle, Richard J. | 1973 |
| Dreier, Harry | 1976 |
| Duraiswamy, Vijayalakshmi D. | 1984 |
| Duschock, Edward F. | 1973 |
| Duthie, Daniel P. | 1989 |
| Echevarria, Robin E. | 1982 |

Commonwealth Land/Transnation/Commonwealth of NJ

COM 24191

### Non-Approved Attorneys List
### As of 11/9/98

| NAME | YEAR ADMITTED |
|---|---|
| Edson, George Lincoln | 1980 |
| Edwards, David C. | 1973 |
| Egnasko, Louis A. | 1987 |
| Eisenberg, Lauren Hope | 1981 |
| Ellis, Daniel | 1974 |
| Ellis, Herbert | 1988 |
| Ellsworth, Stephen L. | 1979 |
| Engelhardt, Peter R. | 1975 |
| Engelhart, William | |
| English, Joseph N. | 1988 |
| Enrico, Phillip J., Jr. | 1990 |
| Ensor, Walter P., Jr. | 1945 |
| Epps, Braxton Lee | 1977 |
| Epstein, Helene Leah | 1986 |
| Esposito, John A. | 1957 |
| Ewing, William J. | 1972 |
| Ezon, Steven S. | 1977 |
| Faherty, Richard L. | 1975 |
| Fahy, Francis X. | 1948 |
| Farlow, Gale J. | 1986 |
| Farr, Gilbert L. | 1977 |
| Farrington, Samuel C. | 1970 |
| Feely, Charles L. | 1985 |
| Feinberg, Perry | 1983 |
| Feldman, Jeffrey S. | 1976 |
| Feldman, Morton | 1967 |
| Feranda, Anthony | 1969 |
| Ferguson, Susan Lehne | 1981 |
| Fernandez, Alfredo | 1980 |
| Ferrante, Joseph A. | 1973 |
| Ferrara, Christopher | 1983 |
| Ferrara, Linda Crozier | 1992 |
| Ferraro, Joseph L. | 1949 |
| Ferreira, Carlos A. | 1988 |
| Ferri, Ernest A. | 1968 |
| Feuerstein, Stephen H. | 1972 |

COM 24192

### Non-Approved Attorneys List
### As of 11/9/98

| NAME | YEAR ADMITTED |
|---|---|
| Fieschko, Theodore M. | 1982 |
| Fink, Edward M. | 1970 |
| Finnegan, Lawrence J. | 1972 |
| Fiore, Richard A. | 1967 |
| Fitzpatrick, Francis E., III | 1986 |
| Fitzpatrick, Gerald | 1971 |
| Flayer, Joseph F. | 1976 |
| Fleckenstein, Edward A. | 1948 |
| Fleischer, Edward L. | 1969 |
| Fleisher, Jerrold M. | 1963 |
| Flynn, Brian J. | |
| Flynn, Francis J., Jr. | 1965 |
| Fody, Edward S. | 1974 |
| Foley, Richard M., Jr. | 1974 |
| Ford, Frank III | 1986 |
| Ford, Kevin M. | 1980 |
| Foster, Richard H. | 1959 |
| Foushee, Jeffrey A. | 1988 |
| Fox, Bruce E. | 1974 |
| Fox, John F. | 1970 |
| Franco, Jose M. | 1975 |
| Frank, Myrtile Jr. | 1942 |
| Frankel, Jeffrey H. | 1985 |
| Franklin, Benjamin III | 1947 |
| Fraser, Winston | 1975 |
| Freda, Victor J. | 1964 |
| Freidin, Richard G. | 1956 |
| Freimark, Lewis B. | 1980 |
| Freund, Howard M. | 1948 |
| Friedland, David | 1961 |
| Friedland, M. Daniel | 1967 |
| Friedland, Paul D. | 1980 |
| Friedman, Lawrence M. | 1966 |
| Friedman, Steven S. | 1970 |
| Frost, Jack N. | 1971 |
| Frunzi, Peter P., Jr. | 1966 |

Commonwealth Land/Transnation/Commonwealth of NJ

COM 24193

## Non-Approved Attorneys List
### As of 11/9/98

| NAME | YEAR ADMITTED |
|------|---------------|
| Fulginiti, Brian G. | 1987 |
| Fuselier, Christopher J. | 1991 |
| Gaffney, Edward J., Jr. | 1989 |
| Gajewski, Shirley F. | 1983 |
| Gale, Gary H. | 1983 |
| Gallacher, Glenn J. | 1986 |
| Gallagher, Jeanne P. | 1955 |
| Gallagher, Joseph W. | 1975 |
| Gallerano, Pascal P. | 1972 |
| Gallo, James J. | 1978 |
| Gannon, James J. | 1975 |
| Ganz, Jonathan H. | 1983 |
| Garcia, Mary C. | 1979 |
| Garfinkle, Marc D. | 1982 |
| Garshell, Steven E. | 1974 |
| Gassaro, James V. | 1981 |
| Gee, William L. | 1960 |
| Geist, Kalman H. | 1966 |
| Gellien, Drew W. | 1983 |
| Gendel, Martin A. | 1972 |
| George, John | 1953 |
| Gernert, Richard C. | 1973 |
| Getchius, John V. | 1973 |
| Giannini, Joseph | 1984 |
| Gilbert, Harvey H. | 1971 |
| Gilbert, Stephen C. | 1972 |
| Giles, Kevin E. | 1983 |
| Gill, John V. | 1974 |
| Gill, Joseph P. | |
| Gillen, Joseph F. | 1978 |
| Gillespie, John A. | 1976 |
| Gilliam, Lorenzo D. | 1970 |
| Gillman, Allen B. | 1980 |
| Giordano, Dominick | 1959 |
| Gipson, Leroy C., Jr. | 1969 |
| Gitlin, Stewart | 1967 |

COM 24194

### Non-Approved Attorneys List
### As of 11/9/98

| NAME | YEAR ADMITTED |
|---|---|
| Giusti, Leonard A. | 1991 |
| Gladden, Robert E. | 1953 |
| Gladding, William S. | |
| Goddard, Alan D. | 1970 |
| Goer, Jerome I. | 1971 |
| Gold, Michael | 1963 |
| Gold, Stephen | 1966 |
| Goldberg, Arthur Abba | 1965 |
| Goldberg, Gerald M. | 1969 |
| Goldberg, Harvey | 1960 |
| Golden, Robert H. | 1984 |
| Goldfarb, Ronald C. | 1977 |
| Goldstaub, Seymour | 1960 |
| Goldstein, Franklin | 1963 |
| Goldstein, Irwin P. | 1961 |
| Goldstein, Jerrold D. | 1967 |
| Goldston, Wayland H. | 1982 |
| Gombar, Thomas L. | 1982 |
| Gonzales, Jorge R. | 1979 |
| Goore, Hamlet E., Jr. | 1971 |
| Gordon, Henry S. | 1967 |
| Gordon, Marc J. | 1959 |
| Gottesman, Michael H. | 1974 |
| Gouiran, Emile E. | 1984 |
| Gourley, Joseph J. D. | 1951 |
| Grabler, Joseph P. | 1964 |
| Grace, Thomas F., Jr. | 1960 |
| Grady, John W. | 1951 |
| Graff, Noah | 1992 |
| Greenawalt, Craig | 1980 |
| Greenbaum, Harry J. | 1974 |
| Greenberg, Richard J. | 1972 |
| Greenblatt, Joseph (Exec. Fund) | 1918 |
| Greenstone, Jay W. | 1958 |
| Gregory, George J. | 1971 |
| Grenell, Jeffrey J. | 1972 |

COM 24195

## Non-Approved Attorneys List
### As of 11/9/98

| NAME | YEAR ADMITTED |
|------|---------------|
| Griffin, Frank J. | 1982 |
| Grosser, Steven | 1986 |
| Grossman, Jay M. | 1986 |
| Grossman, Lawrence S. | 1987 |
| Grossman, Lawrence S. | 1965 |
| Grosso, Karen L. | 1989 |
| Guarriello, A. Raymond | 1969 |
| Gudger, Sanford R. | 1972 |
| Guilday, J. Ward | 1989 |
| Gumbs, J. Alan | 1971 |
| Haeberle, M. Gene | 1957 |
| Haft, Steven P. | 1974 |
| Hahm, George H. | 1967 |
| Hahne, Richard H. | 1980 |
| Hall, Clifton E., Jr. | 1972 |
| Hall, Sylvia E. | 1986 |
| Halpern, Stephen J. | 1983 |
| Hamer, Alexander Jr. | 1985 |
| Hamilton, Donald D. | 1975 |
| Handfuss, Robert J. | 1984 |
| Hanlon, Richard S. | 1977 |
| Harris, Anthony W. | 1984 |
| Harris, Leon Sol | 1975 |
| Harris, Michael F.R. | 1989 |
| Hart, Derrick N. | 1975 |
| Hartman, Robert K. | 1949 |
| Harvey, Charman T. | 1986 |
| Hasbrouck, Patricia L. | 1991 |
| Hassel, Jennifer E. | 1984 |
| Hawkins, Michael | 1984 |
| Haynes, Anne | 1986 |
| Hays, Patricia C. | 1988 |
| Healy, Neal F. | 1976 |
| Heath, Steven E. | 1973 |
| Hecker, Lawrence A. | 1965 |
| Hein, Eugene D. | 1976 |

Commonwealth Land/Transnation/Commonwealth of NJ

### Non-Approved Attorneys List
### As of 11/9/98

| NAME | YEAR ADMITTED |
|------|------|
| Heine, James E. | 1957 |
| Helfant, Perry T. | 1983 |
| Henchy, Michael T. | 1968 |
| Henn, Robert F. | 1966 |
| Henry, John O. | |
| Hepner, Albert F. | 1977 |
| Hepner, Joseph K., III | 1970 |
| Herman, Steven A. | 1978 |
| Herron, Steven F. | 1978 |
| Herzfeld, Sanford H. | 1965 |
| Hester, Thomas Jeffrey | |
| Heywood, David N., Jr. | 1973 |
| Hibler, William B. | 1966 |
| Hichey, Francis P. | 1965 |
| Higgins, Joseph J. | 1958 |
| Hilgendorff, Peter B. | 1970 |
| Hilliard, Jerry | 1976 |
| Hinds, Clifford S. | 1982 |
| Hinnant, Ollen B. | 1963 |
| Hirshfeld, David W. | 1993 |
| Hobbs, Donald R. | 1977 |
| Hobson, William D. | 1989 |
| Hodge, Perry J. | 1984 |
| Hoerst, Frank J., III | 1974 |
| Hofstetter, Richard D. | 1979 |
| Hogan, William E., Jr. | 1968 |
| Holden, Edward J. | 1977 |
| Holder, Charles F., Jr. | 1966 |
| Hollander, David S. | 1974 |
| Hollendonner, Anton J., Jr. | 1955 |
| Hollis, A. Robert, III | 1971 |
| Holman, A. Robert, III | 1989 |
| Honig, Harvey J. | 1969 |
| Hood, William P. | 1965 |
| Hopmayer, Joel B. | 1974 |
| Horton, Bert H. | 1977 |

COM 24197

Non-Approved Attorneys List
As of 11/9/98

| NAME | YEAR ADMITTED |
|------|---------------|
| Horton, Richard G. | 1977 |
| Hoth, Christine Rothe | 1983 |
| Hoth, Steven C. | 1983 |
| Houston, James F. | 1969 |
| Hovsepian, Raymond W., Jr. | 1973 |
| Howard, Donald G. | 1968 |
| Howard, Olivia C. | 1981 |
| Hsu, Raymond K. | 1990 |
| Huber, Karl R. | 1965 |
| Hughes, John E. | 1966 |
| Hughes, Richard H. | 1953 |
| Hughes, Terry R. | 1970 |
| Humen, Peter L. | 1977 |
| Hurd, Calvin J. | 1954 |
| Hurwitz, David P. | 1986 |
| Hurwitz, Phillip R. | 1990 |
| Hutchinson, Stephen F. | 1976 |
| Hyman, Harvey A. | 1983 |
| Hynda, Michael J. | 1946 |
| Ianni, Gerald A. | 1967 |
| Ichel, Albert L. | 1953 |
| Icklan, Richard M. | 1968 |
| Imbriani, Michael R. | 1957 |
| Imperiale, Gregory M. | 1981 |
| Ingber, Jeffrey F. | 1978 |
| Inman, Thomas S. | 1987 |
| Introcaso, Louis P. | 1958 |
| Irek, Kenneth F. | 1981 |
| Irizarry, Ramon A. | 1980 |
| Israel, William C. | 1987 |
| Iulo, Dennis J. | 1972 |
| Ivler, J. George | 1966 |
| Jacob, Howard L., III | 1975 |
| Jacobs, Daniel B. | 1976 |
| Jacobs, Laurie A. | 1981 |
| Jaffe, Dan Lester | 1984 |

Commonwealth Land/Transnation/Commonwealth of NJ

COM 24198

Non-Approved Attorneys List
As of 11/9/98

| NAME | YEAR ADMITTED |
|------|---------------|
| James, Charles H. | 1960 |
| James, V. Joseph | 1985 |
| Jankowski, Paul M. | 1975 |
| Jasinski, Robert M. | 1976 |
| Jenkins, Frank R. | 1975 |
| Jenkins, Glen E. | 1985 |
| Jewell, Eric P. | 1990 |
| Johnson, Cassandra | 1976 |
| Johnson, Christian Anthony | 1990 |
| Johnson, Christopher | 1983 |
| Johnson, Hubert | 1973 |
| Johnson, Hubert T. | 1973 |
| Johnson, Kurt E. | 1969 |
| Johnson, Linda Sue | 1989 |
| Johnson, Welton | 1976 |
| Jones, Jessica Sanders | 1981 |
| Jones, Rodney B. | 1986 |
| Joy, Dennis D. | 1974 |
| Just, Chester A. | 1961 |
| Kagan, Philip I. | 1969 |
| Kahn, Albert B. | 1980 |
| Kahn, Dennis I. | 1975 |
| Kaminsky, Gary M. | 1983 |
| Kane, William J. | 1970 |
| Kanter, Sidney S. | 1972 |
| Kanfor, Barry L. | 1963 |
| Kantor, Robert J. | 1972 |
| Kaplan, Scott E. | 1977 |
| Karwell, Paul | 1970 |
| Kasdan, Marcia S. | 1978 |
| Kasky, Charles A. | 1986 |
| Katz, Alan R. | 1965 |
| Katz, Steven L. | 1971 |
| Kaufman, Barbara Joanne | |
| Kaufman, David S. | 1966 |
| Kaufman, Edward E. | 1973 |

Commonwealth Land/Transnation/Commonwealth of NJ

COM 24199

Non-Approved Attorneys List
As of 11/9/98

| NAME | YEAR ADMITTED |
|---|---|
| Kaufman, Louis P. | 1975 |
| Kaufman, Sidney B. | 1955 |
| Kayser, Donald E. | 1970 |
| Kazen, Diana Elaine | 1992 |
| Kazlow, Theodore J. | 1978 |
| Keane, Stephen | 1963 |
| Kearney, Thomas M. | 1984 |
| Keener, Carmella Piscopo | 1990 |
| Keilp, Leonard J. | 1967 |
| Kelly, Gerald C. | 1967 |
| Kelly, Lawrence V. | 1968 |
| Kenderian, Ronald V. | 1973 |
| Kendis, Sherman L. | 1964 |
| Kern, Walter M. D. | 1962 |
| Kernan, Stephen P. | 1981 |
| Kerrigan, Joseph P. | 1994 |
| Kerwin, Michael V., Jr. | 1978 |
| Kiernan, Patrick | 1979 |
| Kiffin, Matthew R. | 1985 |
| King, Byron R. | 1983 |
| Kinnear, Richard T. | 1972 |
| Kissling, Jane | 1989 |
| Klaiber, Arthur E. | 1944 |
| Klamo, John A. | 1982 |
| Klein, Matthew A. | 1972 |
| Kleinman, Robert S. | 1977 |
| Klitzman, Charles B. | 1949 |
| Knight, Leon | 1986 |
| Knox, John R. | 1951 |
| Koenig, Lawrence M. | 1967 |
| Konigsberg, Samuel | 1981 |
| Konopka, Michael E. | 1971 |
| Konzelmann, Paul J., II | 1980 |
| Koper, Judith J. | 1985 |
| Koplove, Jay Scott | 1985 |
| Kotok, Lester | 1977 |

Commonwealth Land/Transnation/Commonwealth of NJ

COM 24200

Non-Approved Attorneys List
As of 11/9/98

| NAME | YEAR ADMITTED |
|------|---------------|
| Kraemer, Joel P. | 1965 |
| Krakauer, Jack | 1954 |
| Kramer, Arthur B. | 1976 |
| Kramer, Steven M. | 1983 |
| Krasnow, Joel A. | 1990 |
| Kress, Richard H. | 1979 |
| Krowen, Jerril J. | 1972 |
| Krulewitz, Gary L. | 1969 |
| Kushner, Alexander | 1963 |
| Lake, John F. | |
| Lamb, Roscoe L. | 1962 |
| Langbein, Stuart | 1991 |
| Larosee, David R. | 1973 |
| Larsen, Dennis C. | 1970 |
| Larsen, Steven B. | 1985 |
| LaVigne, F. William | 1970 |
| Lavine, Ivins N. | 1951 |
| Lavinthal, Edwin | 1979 |
| Lazaroff, Howard | 1985 |
| Lazzaro, D. Vincent | 1960 |
| Leahy, Matthew A. | 1977 |
| Leahy, Raymond H. | 1959 |
| LeBar, Geoffrey P. | 1970 |
| Lederman, Jacques S. | 1946 |
| Lehet, John L. | 1972 |
| Lekas, Melissa | 1987 |
| Lenkowsky, David K. | |
| Lennan, John R. | 1960 |
| Leong, Vincent | 1986 |
| Leotti, Robert | 1987 |
| Lesser, Gary | 1969 |
| Lester, Althear A. | 1969 |
| Levenson, Kenneth J. | 1972 |
| Levin, Murray David | 1981 |
| Levin, Robert H. | 1980 |
| Levine, Joel L. | 1993 |

Commonwealth Land/Transnation/Commonwealth of NJ

COM 24201

Non-Approved Attorneys List
As of 11/9/98

| NAME | YEAR ADMITTED |
|------|---------------|
| Levy, Gerald | 1965 |
| Levy, Roger A. | 1987 |
| Levy, Trudy B. | 1973 |
| Levy, William N. | 1966 |
| Lewinson, Barbara K. | 1981 |
| Lewis, Stanley M. | 1966 |
| Librizzi, Victor Jr. | 1967 |
| Liebowitz, Stanley H. | |
| Lisa, James R. | 1984 |
| Littman, Robert C. | 1966 |
| Litwin, David S. | 1968 |
| Livolsi, Philip J. | 1974 |
| Lobbe, Arthur J. | 1976 |
| Loigman, Larry S. | 1977 |
| Lombardo, Charles R., Jr. | 1974 |
| Long, Gerard F. | 1973 |
| Long, Nancy L. | 1987 |
| Lord, Richard L. | 1966 |
| Lovercheck, Dale | 1980 |
| Lugara, Anthony J. | 1977 |
| Luke, Kenneth C. | 1981 |
| Lunn, Thomas A. | 1960 |
| LuSane, Melvin D. | 1972 |
| Lusardi, Stephen | 1978 |
| Lynch, James A., III | 1951 |
| Lynch, James E. | 1987 |
| Macias, Sixto L. | 1980 |
| Madden, William John | 1966 |
| Madrid, Jeanette | 1990 |
| Maguire, John R. | 1976 |
| Mahoney, John J. | 1981 |
| Mahoney, Roy E. | 1973 |
| Maiorello, John J. | 1989 |
| Malfitano, Anthony F. | 1970 |
| Mallery, Kevin Patrick | |
| Mallon, Robert J. | 1974 |

Commonwealth Land/Transnation/Commonwealth of NJ

COM 24202

Non-Approved Attorneys List
As of 11/9/98

| NAME | YEAR ADMITTED |
|------|------|
| Malloy, Frank | 1963 |
| Mandelbaum, Charles | |
| Manning, Lloyd J. | 1986 |
| Marchese, Andrew | 1976 |
| Marcus, Alan K. | 1980 |
| Marcus, Stanley | 1970 |
| Margulies, Frederick S. | 1987 |
| Marinangeli, Michael | 1984 |
| Marino, Nicholas J. | 1966 |
| Mark, Michael A. | 1986 |
| Marks, Harold L. | 1949 |
| Marks, Michael J. | 1982 |
| Marlowe, Alan H. | 1971 |
| Marra, Allen C. | 1967 |
| Marra, Joseph Jude | 1992 |
| Marshak, Jerome | 1975 |
| Marshall, Jessie N. | 1980 |
| Marteney, Robert A. | 1982 |
| Martin, Arthur N., Jr. | 1936 |
| Martin, Wilbert J., Jr. | 1953 |
| Martone, Charles F. | 1973 |
| Martus, Gertrude | 1949 |
| Maruk, Nancy A. | 1985 |
| Massa, Marshall F. | 1975 |
| Maulrello, Arthur J. | 1976 |
| Mazeau, Robert G. | 1966 |
| McAlesher, Robert J. | 1941 |
| McBroom, Kenneth C. | 1980 |
| McCann, John H., III | 1974 |
| McCarthy, Stephen P. | 1954 |
| McCarty, Douglas Wilson | 1985 |
| McClure, James E., Jr. | 1986 |
| McConnell, Robert M. | 1982 |
| McCoole, James F. | 1986 |
| McCoy, Thomas J., Jr. | 1971 |
| McCrory, Michael W. L. | 1979 |

Commonwealth Land/Transnation/Commonwealth of NJ

COM 24203

Non-Approved Attorneys List
As of 11/9/98

| NAME | YEAR ADMITTED |
|------|---------------|
| McCue, William T. | 1980 |
| McDonnell, Gerard | 1975 |
| McElroy, Lawson R. | 1983 |
| McFarlane-Allen, Bernadette | 1983 |
| McGeever, Terrence P. | 1981 |
| McGuigian, Francis R. | 1940 |
| McGuire, Andre L. | 1985 |
| McGuire, John A. | 1976 |
| McKinney, Brian P. | 1988 |
| McKinney, Brian P. | 1969 |
| McLaughlin, Kevin A. | 1983 |
| McLemore, Paul D. | 1977 |
| McMahon, Joseph R. | 1958 |
| McMichael, Paige | 1986 |
| McPherson, Lynn | |
| Medford, John K. | 1984 |
| Meenen, Robert D. | 1965 |
| Menna, Joseph R. | 1976 |
| Messinger, Leonard A. | 1974 |
| Metz, Robert A. | 1977 |
| Meyer, Allan F. | 1969 |
| Meyers, Kenneth S. | 1972 |
| Meza-Ruiz, Beatriz | 1994 |
| Mezzacca, Anthony L. | 1962 |
| Michaelis, August C. | 1940 |
| Michaels, John P. | 1963 |
| Midkiff, David Wayne | 1983 |
| Miele, John M. | 1974 |
| Milburn, Thomas P. | 1978 |
| Milita, Vincent J., II | 1980 |
| Miller, Alan Scott | 1973 |
| Miller, Charles E. | 1961 |
| Miller, John L. | 1950 |
| Miller, Steven F. | 1983 |
| Millin, Van | 1986 |
| Mills, Stephen R. | 1972 |

Commonwealth Land/Transnation/Commonwealth of NJ

COM 24204

Non-Approved Attorneys List
As of 11/9/98

| NAME | YEAR ADMITTED |
|------|---------------|
| Mina, Nicholas A. | 1983 |
| Minervini, Mauro P. | 1981 |
| Mininsohn, Seth | 1985 |
| Mink, Rosalind S. | 1978 |
| Mintz, Donald H. | 1955 |
| Mintz, Donald M. | 1954 |
| Mintz, Mark A. | 1980 |
| Mitchell, Catherine P. | 1972 |
| Mody, Rajanikant C. | 1975 |
| Mogck, John J., III | 1982 |
| Monaghan, Peter J. | 1972 |
| Moore, John A. | 1983 |
| Moorman, Elliott D. | 1977 |
| Moras, Hugo L. | 1975 |
| Moroney, Paul D. | 1972 |
| Morris, Richard D. | 1987 |
| Morro, Thomas G. | 1979 |
| Moser, David D. | 1983 |
| Muckelroy, William L. | 1975 |
| Mukaida, Allen K. | 1982 |
| Mulkeen, William L. | 1974 |
| Munro, John J. | 1948 |
| Murray, Diane | 1980 |
| Musto, William V. | 1941 |
| Myer, Clarence M., Jr. | 1976 |
| Myers, Donald | 1955 |
| Nacht, Howard M. | 1965 |
| Nagle, James F. | 1973 |
| Namias, S. Michael | 1972 |
| Nash, George W. | 1972 |
| Natale, Anthony F. | 1989 |
| Nedick, Michael J. | 1975 |
| Neenan, John R. | 1983 |
| Nelson, Gilbert L. | 1968 |
| Newall, David A. | 1974 |
| Newman, Stephen | 1992 |

Commonwealth Land/Transnation/Commonwealth of NJ

COM 24205

## Non-Approved Attorneys List
### As of 11/9/98

| NAME | YEAR ADMITTED |
|------|---------------|
| Newton, Carol Powe | 1982 |
| Nicolai, Michael C. | 1990 |
| Niegowski, James A. | 1977 |
| Nigohosian, Leon | 1972 |
| Nimmo, David A., Jr. | 1968 |
| Nitti, Louis J. | 1956 |
| Nixon, William S. | 1982 |
| Noonan, John W. | 1955 |
| Norton, Robert T. | 1972 |
| Noto, Joseph C. | 1968 |
| Nuzzo, Ralph A. | 1960 |
| Oake, M. Roy | 1968 |
| O'Boyle, Terrence C. | 1982 |
| O'Brien, Terence | 1984 |
| Obringer, Robert | 1982 |
| O'Byrne, William J. | 1969 |
| O'Connor, Donald L. | 1971 |
| O'Donnell, Joseph H., Jr. | 1976 |
| O'Gorman, Thomas F. | 1968 |
| O'Grady, Harold V. | 1974 |
| Okoniewski, Jerome E. | 1960 |
| Olitsky, Steven M. | 1976 |
| Olsen, Arden J. | |
| O'Malley, Brian | 1984 |
| O'Neil, Patrick J. | 1984 |
| O'Neill Eaton, Nancy | 1976 |
| Onorevole, Richard | 1983 |
| O'Reilly, William L. | 1976 |
| Orlando, Stephen F., Jr. | 1968 |
| Orlovsky, Donald Albert | 1977 |
| O'Rourke, Christopher J. | 1988 |
| Ortopan, David J. | 1977 |
| Owens, Ronald | 1962 |
| Oxfeld, Emil | 1940 |
| Pack, Edward E. | 1958 |
| Paglianite, Frank A. | 1957 |

COM 24206

Non-Approved Attorneys List
As of 11/9/98

| NAME | YEAR ADMITTED |
|------|---------------|
| Paglione, Vincent J. | 1966 |
| Palamara, Alfonso T. | 1951 |
| Palazzo, Anthony M. | 1985 |
| Palladino, Joseph P. | 1950 |
| Palmer, David C. | 1966 |
| Palmer, Ransford B., Jr. | 1982 |
| Pamm, Gloria L. | 1973 |
| Panepinto, Joseph A. | 1970 |
| Panny, James E. | 1977 |
| Pantora, Rafael M. | 1985 |
| Paoletti, Jodie Ann | 1992 |
| Paquette, Susan Pfeifer | 1987 |
| Parker, Ronald Irving | 1984 |
| Parmigiani, John A. | 1968 |
| Parsonnet, Albert S. | 1955 |
| Pascallis, Peter S., Jr. | 1981 |
| Paschon, Robert V. | 1968 |
| Pascoe, William A. | 1951 |
| Paskey, Paul J. | 1983 |
| Patitucci, Wendy E. | 1987 |
| Patterson, G. Robert | 1990 |
| Patton, Neal | |
| Pauk, George L. | 1961 |
| Pavilonis, Patrick E. | 1981 |
| Peia, Albert L. | 1981 |
| Peldon, Jeffrey | |
| Pelio, Robert E. | 1975 |
| Pelliccia, Frank A. | 1961 |
| Peluso, Guy A. | 1984 |
| Perez, John | 1974 |
| Perkins, William O., Jr. | 1970 |
| Pers, Ira S. | 1983 |
| Peruto, A. Charles, Jr. | 1981 |
| Pezzuti, Vincent G. | 1971 |
| Phares, Robert M. | 1961 |
| Phillips, Donald D. | 1960 |

Commonwealth Land/Transnation/Commonwealth of NJ

COM 24207

Non-Approved Attorneys List
As of 11/9/98

| NAME | YEAR ADMITTED |
|------|---------------|
| Pisacane, Richard M. | 1969 |
| Pistilli, Anthony F. | 1978 |
| Pitio, Roman | 1972 |
| Pitt, Howard | 1974 |
| Pizzi, Judge Frank A., Jr. | 1965 |
| Planer, Frank J. | 1961 |
| Plaza, Richard J. | 1968 |
| Pleva, David Jay | 1968 |
| Plotkin, Marc J. | 1986 |
| Polcari, Martin A. | 1974 |
| Pollan, Steven E. | 1970 |
| Pomerantz, Randee | 1986 |
| Ponzini, Peter A. | |
| Popovitch, Frederick E. | 1967 |
| Poreda, Benjamin A. | 1957 |
| Porro, Alfred A., Jr. | 1959 |
| Potter, Margaret Ann | 1979 |
| Powell, Wayne | 1985 |
| Power, John S. | 1966 |
| Powers, John J. | 1965 |
| Predham, George P. | 1974 |
| Pressler, George W. | 1971 |
| Principato, Savernio R. | 1959 |
| Principato, Severio | 1956 |
| Privatera, Joseph | 1966 |
| Qualiano, Thomas P. | 1978 |
| Quinn, Robert E. | 1969 |
| Ragan, W. Peter | 1974 |
| Ragucci, Christopher T. | 1987 |
| Raines, Richard W. | 1977 |
| Rakov, Harris J. | 1969 |
| Rapkin, Harry M. | 1968 |
| Rasheed, Faheem J. | 1988 |
| Ratliff, John H. | 1971 |
| Rea, James J. | |
| Rea, James J., Jr. | 1965 |

Commonwealth Land/Transnation/Commonwealth of NJ

COM 24208

## Non-Approved Attorneys List
### As of 11/9/98

| NAME | YEAR ADMITTED |
|------|---------------|
| Reilly, Edward A., III | 1978 |
| Reisdorf, Edward G. | 1968 |
| Reiss, Arthur D. | 1974 |
| Reitze, Arnold W., Jr. | 1962 |
| Remensperger, Donald Eric | 1985 |
| Remondelli, Nicholas E. | 1965 |
| Restaino, Emil R. | 1983 |
| Restaino, Emil T. | 1984 |
| Reynolds, Clayton s. | 1980 |
| Reynolds, Joseph S. | 1960 |
| Reynolds, Warren H. K. | 1983 |
| Rifai, Hamdi | 1994 |
| Rigg, Budd M. | 1957 |
| Riggio, Thomas R. | 1955 |
| Rigolosi, Vincent P. | 1959 |
| Riley, Christopher H., Jr. | 1974 |
| Ritger, Frederic C., Jr. | 1950 |
| Rivas, Diana Carter | |
| Robbins, Norman | 1960 |
| Roberts, Paula | |
| Roberts, Thomas A. | 1984 |
| Robinson, Gail A. | |
| Robinson, Stephen N. | 1970 |
| Rodgers, Thomas A. | 1977 |
| Rodriguez, Hector I. | 1982 |
| Rodriguez, Maria G. | 1981 |
| Rogers, Lee Jasper | 1981 |
| Rogovoy, Ned P. | 1973 |
| Romano, Joseph T. | 1975 |
| Roose, Kirk B. | 1976 |
| Rose, William J. | 1970 |
| Rosen, Stephen H. | 1982 |
| Rosenblatt, William M. | 1961 |
| Rosenstein, Barry A. | 1977 |
| Rosenthal, Richard L. | 1965 |
| Rosner, Edward J. | 1975 |

Commonwealth Land/Transnation/Commonwealth of NJ

COM 24209

Non-Approved Attorneys List
As of 11/9/98

| NAME | YEAR ADMITTED |
|------|---------------|
| Rosner, Stanley A. | |
| Rospond, Robert P. | 1962 |
| Ross, William J. | 1970 |
| Roth, Walter L., Jr. | 1979 |
| Rothbart, Louis B. | 1964 |
| Rovner, Robert | |
| Rovner, Susan | |
| Rubenstein, J. Mortimer | 1943 |
| Ruberton, Michael L. | 1988 |
| Rubin, Leonard | 1955 |
| Rubin, Richard J. | |
| Rubin, Steven Joel | 1987 |
| Rubinowitz, Jerome L. | 1965 |
| Ruddy, Jeffrey P. | 1967 |
| Russell, John P. | 1965 |
| Russell, Judy G. | 1981 |
| Ryle, Dion F. | 1972 |
| Saavedra, Ignacio Jr. | 1972 |
| Sage, Ronald W. | 1968 |
| Sagett, Samuel H. | 1985 |
| Salit, Scott L. | 1977 |
| Salzer, Ronald M. | 1983 |
| Sanchez, Arthur M. | 1978 |
| Santasieri, Alfred G. | 1969 |
| Saypol, Robert J. | 1983 |
| Scalessa, Francis H. | 1972 |
| Scavone, Daniel J. | 1984 |
| Scharf, Eric J. | 1979 |
| Schechterman, Lawrence | 1969 |
| Scher, Stephen P. | 1967 |
| Schimenti, Charles M. | 1952 |
| Schindelar, Kathryn A. | 1971 |
| Schioppi, Joseph C. | 1987 |
| Schleimer, Irving G. | 1975 |
| Schmeling, William E. | 1981 |
| Schneider, Kenneth B. | 1974 |

COM 24210

## Non-Approved Attorneys List
### As of 11/9/98

| NAME | YEAR ADMITTED |
|---|---|
| Schobel, John M., Jr. | 1992 |
| Schofield, Frederick S., III | 1977 |
| Schragen, Jerald A. | 1970 |
| Schroeder, Yvonne Carlin | 1989 |
| Schubach, Richard P. | 1983 |
| Schwartz, Ira A. | 1964 |
| Schwartz, Jeffrey B. | 1980 |
| Schwartzman, Charles H. | 1971 |
| Schwimer, Jay L. | 1973 |
| Scillieri, Salvatore R. | 1954 |
| Scotto, John J. | 1987 |
| Scozzari, John P. | 1960 |
| Scriffignano, Philip | 1980 |
| Seaman, Edward J. | |
| Sederlund, Elaine H. | 1978 |
| Seebohm, John Mark | |
| Segal, Matthew E. | 1978 |
| Seiken, Jeffrey | |
| Seitz, Carl W. | 1979 |
| Sekas, Nicholas G. | 1987 |
| Selesner, Leonard H. | 1970 |
| Sendrovitz, Howard M. | 1993 |
| Senna, Rocco | 1942 |
| Serratelli, Allan J. | 1976 |
| Serterides, Louis | 1970 |
| Servance, Sylvester | 1977 |
| Shamey, Gerard J. | 1985 |
| Shamy, George J., Sr. | 1954 |
| Shamy, Joseph E. | 1965 |
| Shanker, Arthur L. | 1979 |
| Shannon, Patrick J., Jr. | 1981 |
| Shannon, Robert V. | 1975 |
| Shapiro, Harold B. | 1974 |
| Shapiro, Terry L. | 1974 |
| Shaw, Harry L. | 1969 |
| Sheehan, Timothy Jr. | 1974 |

## Non-Approved Attorneys List
### As of 11/9/98

| NAME | YEAR ADMITTED |
|------|---------------|
| Shellaberger, Donna J. | 1967 |
| Shepard, Richard A. | 1977 |
| Sheppard, Jeffrey M. | 1987 |
| Shoopak, Allan | 1960 |
| Shultz, H. Barry | 1966 |
| Siegel, Daniel | 1952 |
| Siegel, Daniel R. | 1952 |
| Silber, Barry | 1974 |
| Silberberg, Richard K. | 1970 |
| Silberfein, Richard J. | 1989 |
| Silverberg, Mark | 1983 |
| Silverblatt, Richard | 1983 |
| Silverman, Irving | 1959 |
| Silverman, Melvin K. | 1970 |
| Silverman, Michael B. | 1980 |
| Silvia, Peter B. | 1977 |
| Simeone, Richard F. | 1958 |
| Simms, Jeffrey | 1973 |
| Singer, Leonard S. | 1973 |
| Skevin, John M. | 1956 |
| Skokos, Nicholas G. | 1976 |
| Slivinski, Carl L. | 1973 |
| Sloane, David E. | 1989 |
| Slotkin, Paul S. | 1974 |
| Smith, Douglas R. | 1974 |
| Smith, Jeffrey B. | 1975 |
| Smith, Leslie Ray | 1974 |
| Smith, Steven E. | 1980 |
| Smith, Troy Lee | 1991 |
| Smith, William Carl | 1988 |
| Smoller, Michael H. | 1966 |
| Smyzer, Roger E. | 1974 |
| Sokolowski, Stanley W. | 1970 |
| Sokowick, Michael S. | 1965 |
| Solano, Robert | 1977 |
| Solomon, Andrew D. | 1985 |

COM 24212

Non-Approved Attorneys List
As of 11/9/98

| NAME | YEAR ADMITTED |
|------|---------------|
| Sommer, Goldie C. | 1976 |
| Sommers, Charles W., Jr. | 1969 |
| Sorensen, Arthur H. | 1972 |
| Sorge, Glenn V. | 1979 |
| Spagnoli, James V. | 1969 |
| Spagnuola, Michael D. | 1978 |
| Spallino, Michael T. | 1985 |
| Spector, Stephen R. | 1968 |
| Sperling, Arnold J. | 1973 |
| Spina, George C. | 1977 |
| Sprecher, Benjamin G. | 1978 |
| Stalcup, Adele M. | 1980 |
| Stampfle, Leroy H. | 1960 |
| Stanton, Mark L. | 1960 |
| Stapelton, Larrick B. | 1986 |
| Stearns, Maxwell L. | 1991 |
| Steele, Siegfried W. | 1960 |
| Stein, Lawrence N. | 1951 |
| Steinhoff, Richard M. | 1981 |
| Stern, Morris J. | 1937 |
| Stern, Robert S. | 1972 |
| Sternstein, Neil I. | 1975 |
| Stevens, Harry J., Jr. | 1940 |
| Steward, Lois J. | 1981 |
| Stewart, Robert A. | 1969 |
| Stier, Aaron R. | 1969 |
| Stier, Norman | 1963 |
| Strait, Kenneth C., Jr. | N/A |
| Stransky, Joseph C. | 1974 |
| Stroger, Howard M. | 1969 |
| Stroh, Irving E. | 1974 |
| Stueben, Christian P. | 1972 |
| Suchanoff, Peter F. | 1973 |
| Sugarman, Alan C. | 1955 |
| Summers, Nancy Finkelstein | 1987 |
| Sundheim, Frederick | 1947 |

COM 24213

## Non-Approved Attorneys List
### As of 11/9/98

| NAME | YEAR ADMITTED |
|------|---------------|
| Surgent, John W., II | 1967 |
| Susser, Robert S. | 1979 |
| Swirsky, Walter S. | 1957 |
| Szymancyk, Elizabeth | 1983 |
| Tabman, Irving | 1962 |
| Takacs, John G. | 1985 |
| Tannenbaum, Steven M. | 1977 |
| Tansey, Patrick J. | 1959 |
| Tarantino, John C. | 1973 |
| Taub, Warren J. | 1971 |
| Teitelbaum, Howard S. | 1975 |
| Telson, Scott A. | 1980 |
| Templeton, Furman L., Jr. | 1966 |
| Templin, Robert S. | 1972 |
| Terner, Marc | 1976 |
| Terry, Jill L. | 1983 |
| Thomas, David B. | 1973 |
| Thomas, Edward C., Jr. | 1980 |
| Thomas, Richard M. | 1988 |
| Thompson, Beverly K. | 1979 |
| Thompson, Bruce A. | 1970 |
| Thompson, Frank Jr. | 1949 |
| Thor, Joseph B. | 1967 |
| Tierney, George T. | 1969 |
| Tighe, Charles I., III | 1971 |
| Tighe, Pamela N. | 1978 |
| Tobia, Annette M. | 1979 |
| Toler, Susan G. | 1987 |
| Toth, Peter J. | 1976 |
| Tous, Raul | 1971 |
| Towler, Vance Jr. | 1951 |
| Tracy, James N., Jr. | 1968 |
| Traymore, Stanley S. | 1961 |
| Treiser, Richard M. | 1979 |
| Trombadore, Jack | 1955 |
| Trueger, Howard C. | 1971 |

Commonwealth Land/Transnation/Commonwealth of NJ

COM 24214

Non-Approved Attorneys List
As of 11/9/98

| NAME | YEAR ADMITTED |
|------|---------------|
| Tumini, Alfonso A. | 1976 |
| Tunnero, Frank | 1974 |
| Tuso, Thomas K. | 1960 |
| Tysowski, Joseph S., Jr. | 1968 |
| Ulrich, Mary LaManna | 1994 |
| Unger, Adrian M. | 1937 |
| Urbania, Paul J. | 1984 |
| Urbanick, Joseph W. | 1971 |
| Utman, Richard Jr. | 1983 |
| Valentin, Frank | 1988 |
| Valleau, Thomas S. | 1975 |
| VanDam, David H. | 1981 |
| VanRye, Kenneth | 1979 |
| Varley, Maureen | 1979 |
| Varley, Michael J. | 1969 |
| Vaughn, Dwayne C. | 1981 |
| Vespignani, Arthur W. | 1968 |
| Vidal, William F. | 1974 |
| Villoresi, Alfred J. | 1963 |
| Vincenti, Lester T. | 1971 |
| Vitale, Vincent A. | 1973 |
| Wade-Spearman, Sharon | 1981 |
| Waelbroeck, Susan | 1990 |
| Waldman, A. Richard | |
| Waldron, James A., Jr. | 1976 |
| Walkins, Arimentha R. | 1989 |
| Wall, Kevin F. | 1976 |
| Wallace, Bruce A., III | 1985 |
| Wallace, Gerald J. | 1974 |
| Walton, Robert M., Jr. | 1978 |
| Waltz, Walter V. | 1987 |
| Warhaftig, Arnold M. | 1968 |
| Warwick, W. Robert | 1951 |
| Waters Cato, Shirley | 1977 |
| Webb, James S., Jr. | 1975 |
| Weeks, Timothy | 1972 |

Commonwealth Land/Transnation/Commonwealth of NJ

Non-Approved Attorneys List
As of 11/9/98

| NAME | YEAR ADMITTED |
|------|---------------|
| Weiner, Kenneth | 1970 |
| Weingart, Gerald | 1970 |
| Weinstein, Sheldon G. | 1965 |
| Weinstock, Paul M. | 1974 |
| Weir, Robin Mary | 1990 |
| Weiss, Douglas H. | 1984 |
| Weiss, Gary M. | 1984 |
| Weiss, Harvey L. | 1963 |
| Werner, Joseph C. | 1976 |
| West, Hylie A. | 1987 |
| Weston, Steven J. | 1977 |
| Wheeler, Gregory H. | 1980 |
| White, Catherine K. | 1969 |
| White, Edward John | 1986 |
| White, Ivan V., Jr. | 1971 |
| White, Timothy Davis | |
| Whitefield, Stuart M. | 1979 |
| Whitehair, George J. | 1983 |
| Whitley, Nancy Nolan | 1988 |
| Whitmore, George G. | 1970 |
| Wildstein, Louis F. | 1978 |
| Wilensky, Kerry David | 1977 |
| Wilewski, Henry J. | 1963 |
| Wilkinson, Claudia B. | 1977 |
| Williams, Harrison A., Jr. | 1951 |
| Williams, Kenneth H. | 1971 |
| Williams, Leonard J. | 1951 |
| Williams, W. Ray | 1989 |
| Williamson, Arthur G. | 1974 |
| Willis, Peter R. | 1970 |
| Wilusz, Edward J. | 1960 |
| Winchester, James W. | |
| Witherington, C. David | 1966 |
| Witkowski, Joseph R. | 1974 |
| Woeckener, Frederick | 1972 |
| Wolfe, James J., III | 1979 |

Commonwealth Land/Transnation/Commonwealth of NJ

COM 24216

Non-Approved Attorneys List
As of 11/9/98

| NAME | YEAR ADMITTED |
|------|---------------|
| Wolk, Leon S. | 1957 |
| Woodward, Henry L. | 1971 |
| Woodward, Richard W. | 1990 |
| Wranovics, Robert J. | 1987 |
| Wright, William Jr. | 1961 |
| Wuehrmann, David Bruce | 1971 |
| Wurth, Beverly M. | 1981 |
| Yacavino, Robert C. | 1974 |
| Yamada, Sunao T. A. | 1982 |
| Yarrow, Milton C. | 1936 |
| Yates, Kenneth F. | 1956 |
| Yazgier, Martin W. | 1974 |
| Yeager, Robert T. | |
| Yetman, John P., Jr. | 1976 |
| Youderian, John A., Jr. | 1973 |
| Youmans, Louis B. | 1977 |
| Young, Capitola | 1984 |
| Young, George Guyer, III | 1988 |
| Yucht, Samuel K. | 1962 |
| Zalel, Ira L. | 1975 |
| Zaleski, Edward H. | 1984 |
| Zaleski, Raymond F. | 1977 |
| Zauber, Kenneth P. | 1965 |
| Zeik, Jose M. | 1983 |
| Zeitler, Richard | 1966 |
| Zem, Bonnie M. | 1987 |
| Zotkow, Barry F. | 1971 |
| Zweig, Harold | 1949 |

COM 24217