# EXHIBIT L

```
                                                              1
 1         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW JERSEY
 2              CIVIL NO. 97-3496 (DRD)

 3     ------------------------------
       WALSH SECURITIES,            :
 4     INC.,                        :
                                    :
 5          Plaintiff,              :
                                    :
 6          v.                      :
                                    :
 7     CRISTO PROPERTY              :
       MANAGEMENT, LTD., a/k/a      :
 8     G.J.L. LIMITED; DEK          :
       HOMES OF NEW JERSEY,         :
 9     INC.; OAKWOOD                :
       PROPERTIES, INC.;            :           COPY
10     NATIONAL HOME FUNDING,       :
       INC.; CAPITAL ASSETS         :
11     PROPERTY MANAGEMENT &        :
       INVESTMENT CO., INC.;        :
12     CAPITAL ASSETS               :    DEPOSITION UPON
       PROPERTY MANAGEMENT,         :    ORAL EXAMINATION
13     L.L.C.; WILLIAM KANE;        :          OF
       GARY GRIESER; ROBERT         :    ROBERT C. WALSH
14     SKOWRENSKI, II;              :
       RICHARD CALANNI;             :
15     RICHARD DI BENEDETTO;        :
       JAMES R. BROWN; THOMAS       :
16     BRODO; ROLAND PIERSON;       :
       STANLEY YACKER, ESQ.;        :
17     MICHAEL ALFIERI, ESQ.;       :
       RICHARD PEPSNY, ESQ.;        :
18     ANTHONY M. CICALESE,         :
       ESQ.; LAWRENCE CUZZI;        :
19     ANTHONY D'APOLITO; DAP       :
       CONSULTING, INC.;            :
20     COMMONWEALTH LAND            :
       TITLE INSURANCE CO.;         :
21     NATIONS TITLE                :
       INSURANCE OF NEW YORK,       :
22     INC.;                        :
                                    :
23                                  :
                                    :
24                                  :
                                    :
25                                  :
```


Rizman
Rappaport
Dillon&Rose, LLC
Certified Court Reporters

66 W. Mt. Pleasant Avenue
Livingston, NJ 07039
(973) 992-7650   Fax (973) 992-0666
1-888-444-DEPS
E-mail: reporters@rrdrcsr.com

## Page 2

```
 1                                   :
         FIDELITY NATIONAL            :
 2       TITLE INSURANCE CO. OF       :
         NEW JERSEY; COASTAL          :
 3       TITLE AGENCY; DONNA          :
         PEPSNY; WEICHERT             :
 4       REALTORS and VECCHIO         :
         REALTY, INC. D/b/a           :
 5       MURPHY REALTY BETTER         :
         HOMES AND GARDENS,           :
 6                                    :
             Defendants.              :
 7       ----------------------------
 8
 9
10
11           T R A N S C R I P T  of the stenographic
12       notes of HOWARD A. RAPPAPORT, a Notary Public and
13       Certified Shorthand Reporter of the State of
14       New Jersey, Certificate No. XI00416, taken at the
15       offices of MC CARTER & ENGLISH, LLP, Four Gateway
16       Center, Newark, New Jersey, on Friday,
17       April 9, 2010, commencing at 9:35 a.m.
18
19
20
21
22
23
24
25
```

## Page 3

```
 1   A P P E A R A N C E S:
 2   STONE & MAGNANINI
     150 John F. Kennedy Parkway
 3   Short Hills, New Jersey 07078
     BY: ROBERT A. MAGNANINI, ESQ.,
 4       AMY WALKER WAGNER, ESQ.,
     For the Plaintiff
 5
     MC CARTER & ENGLISH, LLP
 6   Four Gateway Center
     100 Mulberry Street
 7   Newark, New Jersey 07102-0652
     BY: DAVID R. KOTT, ESQ.,
 8   For Defendant/Third-Party Plaintiff Commonwealth Land
     Title Insurance Company
 9
     FOX, ROTHSCHILD, O'BRIEN & FRANKEL
10   997 Lenox Drive
     Lawrenceville, New Jersey 08648
11   BY: EDWARD J. HAYES, ESQ.,
     For Defendants Nations Title Insurance and
12   Fidelity National Title Insurance
13   METHFESSEL & WERBEL
     3 Ethel Road
14   Suite 300
     Edison, New Jersey 08818
15   BY: MARTIN R. MC GOWAN, ESQ.,
     For Coastal Title Agency
16
17
18
19
20
21
22
23
24
25
```

## Page 4

```
 1                     I N D E X
 2
 3   WITNESS                              PAGE
 4
 5   ROBERT C. WALSH
 6   Direct examination by Mr. Kott         6
     Cross-Examination by Mr. Hayes       172
 7
 8   EXHIBITS     DESCRIPTION         FOR IDENT.
 9   Robert    Notice to take oral         5
     Walsh-1   deposition of plaintiff
10             Walsh Securities
     Robert    Fourth amended complaint    5
11   Walsh-2
     Robert    Letter dated April 3,       5
12   Walsh-3   1998 from Walsh
               Securities to William T.
13             Lutz
     Robert    Letter dated July 3, 1997  107
14   Walsh-4
     Robert    Letter dated July 30,      108
15   Walsh-5   1996
     Robert    Agreement of settlement    110
16   Walsh-6
17
18
19
20
21
22
23
24
25
```

## Page 5

```
 1              (Exhibits marked for identification
 2   Robert Walsh-1, Notice to take oral deposition of
 3   plaintiff Walsh Securities; Robert Walsh-2, Fourth
 4   amended complaint; Robert Walsh-3, Letter dated
 5   April 3, 1998 from Walsh Securities to William T.
 6   Lutz.)
 7              MR. KOTT: Before we swear the witness,
 8   I had marked for identification exhibit Robert
 9   Walsh-1, which is a notice to take oral deposition of
10   plaintiff Walsh Securities, Inc. which I served on
11   Mr. Magnanini.
12              Robert Walsh-2 is the fourth amended
13   complaint that is filed as document 302, filed with
14   the clerk electronically on 07/10/2009. Attached to
15   it is document number 302-2, electronically filed the
16   same day, which are the exhibits.
17              Exhibit Robert Walsh-3 is an April 3,
18   1998 letter and its enclosures written by Fred H.
19   Schlesinger, vice president and general counsel of
20   Walsh Securities, Inc., to William T. Lutz, Esquire,
21   Sedwick Law Firm, apparently making a claim under a
22   mortgage bankers bond.
23              MR. MAGNANINI: Do you have copies of
24   those? I didn't bring any.
25              MR. KOTT: Yes.
```

2 (Pages 2 to 5)



Rizman Rappaport Dillon & Rose, LLC
Certified Court Reporters

66 W. Mt. Pleasant Avenue
Livingston, NJ 07039
(973) 992-7650   Fax (973) 992-0666
1-888-444-DEPS
E-mail: reporters@rrdrcsr.com

Walsh - direct

**Page 22**

A. A straw buyer really has no real interest in buying the property. The straw buyer is really being utilized for their credit position, that they have the ability to qualify for a loan. They have no intention whatsoever of occupying the property or being part of the property.

They are being paid a fee in order to loan their credit to the transaction, in order to get an approved mortgage.

Q. You also referred to a closing protection letter?

A. Correct.

Q. I understand among the claims that Walsh Securities makes in this case are claims against the title insurance defendants under the closing protection letters?

A. That is correct.

Q. And I think you said that before Walsh would fund these loans, it would receive the closing protection letters from the title insurance defendants?

A. That's correct, or the agent, but yes.

Q. Or the agent being Coastal?

A. Right.

Q. Okay.

**Page 23**

How did Mr. Kane get involved with Walsh Securities? Or how did Walsh Securities gets involved with Mr. Kane?

A. It is our belief that Mr. D'Apolito introduced -- someone introduced Mr. Kane to Mr. D'Apolito. We believe that there was a circle of people, and we believe that there was a relationship that was being developed prior to loans actually coming into Walsh Securities. And the relationship started, I believe, with Mr. Kane through Mr. D'Apolito.

Q. What was Mr. D'Apolito's position with the company?

A. He was a sales person.

Q. Who was his boss?

A. Bette Ann DeMola.

Q. And what was Ms. DeMola's title?

A. She was national sales manager.

Q. What were Ms. DeMola's responsibilities in that position?

A. The branch managers of all the branches reported to Ms. DeMola, and the sales people in New Jersey reported to her.

Q. With respect to National Home Funding, how did they get involved with Walsh, or how did

**Page 24**

Walsh get involved in National Home Funding?

A. I believe 1995, and I don't remember the specific date National Home Funding became an approved correspondent, participant we called them.

I believe Mr. Skowrenski -- I'm not sure if it was Mr. D'Apolito that introduced Mr. Skowrenski to the company, I believe that was the case, and he signed the participation agreement -- the participant agreement, and he was approved.

Q. Would Bette Ann DeMola need to have been involved in the approval of National Home Funding?

A. No.

Q. Would she have any involvement in the approval of National Home Funding?

A. Specifically National Home Funding or any participant?

Q. Any participant.

A. The answer is no. The answer would be she may have accounts that she had for an extended period of time. She was in the business a long time, and she may bring in accounts.

I'm a little vague on what you are referring to as did she have any involvement.

The transaction would be, a sales person would bring in an application and it would go through

**Page 25**

the individual department that was responsible for approving new participants.

Q. Would Bette Ann DeMola have any involvement with that? That's all I'm asking.

A. No, I understand.

Q. Yes.

A. I'm being a little hazy, because the answer is no, unless it was some of her accounts that was being brought into the company.

Q. Okay.

When did you first meet Mr. Kane?

A. I don't remember, Mr. Kott. It could have been --

MR. MAGNANINI: By him, you mean him personally?

MR. KOTT: Yes.

Q. When did you, Robert Walsh personally, meet Mr. Kane the first time?

A. I don't remember.

Q. How many times, approximately, have you yourself met Mr. Kane?

A. Just define, please, met.

Q. Been in his presence.

A. Walked past him, saw him?

Q. Yes.

7 (Pages 22 to 25)



Rizman Rappaport Dillon & Rose, LLC
Certified Court Reporters

66 W. Mt. Pleasant Avenue
Livingston, NJ 07039
(973) 992-7650   Fax (973) 992-0666
1-888-444-DEPS
E-mail: reporters@rrdrcsr.com

```
                                                    Page 537
```

```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
                Civil Action No. 97-cv-3496 (DRD)(MAS)
WALSH SECURITIES, INC.,          :
        Plaintiff,               :  DEPOSITION OF:
   v.                            :  ROBERT C. WALSH
                                     (VOLUME III)
CRISTO PROPERTY MANAGEMENT, LTD., :
a/k/a G.J.L. LIMITED; DEK HOMES
OF NEW JERSEY, INC.; OAKWOOD     :
PROPERTIES, INC.; NATIONAL HOME
FUNDING, INC.; CAPITAL ASSETS    :
PROPERTY MANAGEMENT & INVESTMENT
CO., INC.; CAPITAL ASSETS PROPERTY:
MANAGEMENT, L.L.C.; WILLIAM KANE;
GARY GRIESER; ROBERT SKOWRENSKI, :
II; RICHARD CALANNI; RICHARD
DiBENEDETTO; JAMES R. BROWN;     :
THOMAS BRODO; ROLAND PIERSON;
STANLEY YACKER, ESQ.; MICHAEL    :
ALFIERI, ESQ.; RICHARD PEPSNY,
ESQ.; ANTHONY M. CICALESE, ESQ.; :
LAWRENCE CUZZI; ANTHONY D'APOLITO;
DAP CONSULTING, INC.; COMMONWEALTH:
LAND TITLE INSURANCE CO.; NATIONS
TITLE INSURANCE OF NEW YORK, INC.;:
FIDELITY NATIONAL TITLE INSURANCE
CO. OF NEW JERSEY; COASTAL TITLE :
AGENCY; DONNA PEPSNY; WEICHERT
REALTORS and VECCHIO REALTY, INC. :
d/b/a MURPHY REALTY BETTER HOMES
AND GARDENS,                     :
                                 :
        Defendants.
X--------------------------------X
     TRANSCRIPT of testimony as taken by and
before CHERYL McGANN, a Certified Court Reporter
of the State of New Jersey, at the offices of
McCARTER & ENGLISH, LLP, Four Gateway Center,
Newark, New Jersey, on Friday, September 30, 2011,
commencing at 9:14 a.m.

Job No. NJ356367
```

1 trustee.
2    A. On a monthly basis we get a trustee report.
3    Q. And what would be on the trustee report?
4    A. It would show on an individual loan basis
5 any loans that were being charged against the
6 overcollateralization account, and it would also
7 show the performance of the other loans.
8    Q. And why has Walsh not produced those
9 documents?
10    A. I am not sure if we did or we didn't.
11    Q. Okay. You're not sure if they're in the
12 repository?
13    A. I'm not sure if they are or not.
14    Q. Okay. On that report that you're talking
15 about, would there be some defaults that would
16 include defaults on loans that were not NHF fraud
17 loans that are at issue in this case?
18    A. Yes.
19    Q. Excuse me for one second.
20       I want to now call your attention to the
21 approximate 80 or 85 loans that Walsh repurchased.
22    A. Sure.
23    Q. Do you remember -- am I right that it's in
24 the area of 80 to 85?
25    A. That's -- yes, you are in that ballpark.

Page 549

1    Q.  Okay.  Were all of those repurchased from
2    securitizations?
3    A.  They were not.
4    Q.  Were some repurchased from securitizations?
5    A.  Yes, they were.
6    Q.  What ones were repurchased from securitizations?
7    A.  We supplied I believe a schedule to you.  I
8    do not -- I don't know those things offhand.
9    Q.  Okay.  The individual ones, the ones that
10   were purchased individually, give me an example from
11   whom they were repurchased.
12   A.  Money Store, they were repurchased from
13   Cityscape, and they were repurchased from the
14   securities.  I don't believe I'm missing anyone.
15   Q.  Can you break down how many were repurchased
16   from the securities?
17   A.  I believe that we supplied that information
18   to you.  I don't have that offhand.
19   Q.  Was the majority repurchased from securities?
20   A.  No, it was not.
21   Q.  The ones that were repurchased from The Money
22   Store, how was the value decided what they'd be
23   repurchased for?  Let me withdraw that, please.
24        How was the price decided what they would be
25   repurchased for?