Donna Sullivan

Page 86

1 15 in front of you, can you tell where in line this
2 one was filed?
3    A.    This deed was recorded last.
4    Q.    If a lender had funded the loan of the
5 deed to Alicia Juergensen, which is Fidelity-14,
6 would Fidelity-15 have affected the lender's interest
7 in that property?
8    A.    If the mortgage to — made by Alicia
9 Juergensen in connection with the Cristo, Juergensen
10 closing was recorded after the deed from Alicia
11 Juergensen to Alicia Juergensen and Capital Assets,
12 this last deed would impact that mortgage.
13        (Fidelity-16, Mortgage dated November
14 13, 1996, is received and marked for identification.)
15    Q.    I'm handing you what's been marked as
16 Fidelity-16, which is a mortgage to Alicia Juergensen
17 dated November 13, 1996 from Walsh Securities.
18 States that the security instrument is given to
19 National Home Funding, which is organized and
20 existing under the laws of New Jersey, etcetera.
21 Down at the bottom there's a stamp which states when
22 it was recorded on. Looks like it was recorded on
23 April 9, 1997. Can you tell looking at
24 Fidelity-13 — 13, 14, 15 and 16 where Fidelity-16
25 fell in line?

Page 87

1    A.    The mortgage is recorded last.
2    Q.    So given what you testified earlier, the
3 mortgage was recorded after the 60/40 split would
4 this -- the way this was recorded, it would have
5 affected the lender's interest in this property?
6    A.    Yes.
7    Q.    Given that Coastal title was the -- it
8 appears to be that Coastal Title was the company --
9 or the title agent was the one that filed these deeds
10 and this mortgage, Coastal would have been aware at
11 the time that it recorded these documents that it
12 would have affected the lender's interest in this
13 property. Is that correct?
14    A.    I'm not sure what Coastal did as far as
15 examining the documents that it was recording. I
16 gather they were given a bunch of unrecorded
17 documents. So I don't know whether they just
18 calculated the fees and sent them all off or actually
19 reviewed each transaction and document. I don't know
20 how they handled the recording.
21    Q.    If Coastal Title recorded these deeds in
22 this order and then subsequently filed or recorded
23 the mortgage in the order in which I showed you,
24 would that suggest to you that Coastal was intending
25 to limit the lender's interest in the property?

Page 88

1    A.    No.
2    Q.    Why not?
3    A.    I would assume that it was done in
4 error.
5    Q.    That it was Coastal's error?
6    A.    Yeah. Well, I don't know what Coastal
7 instructed the clerk's office either. If Coastal
8 didn't instruct them to record it in the correct
9 order, then I would think it would be Coastal's
10 error. If Coastal told the clerk to record it in a
11 specific order and the clerk didn't do it, which also
12 happens, then I think it would be an error of the
13 county clerk's office.
14    Q.    Okay. And if Coastal had actually
15 intended for it to be recorded in this manner, what
16 would that suggest to you?
17        MR. HAYES: Object to the form.
18        MR. KOTT: Object to the form.
19    A.    If you told me they intended to record
20 this last and such that the mortgage wouldn't affect
21 the entire property, if that was their intent, I
22 would attribute a malevolent purpose to it. I don't
23 know why they would intend that.
24        (Fidelity-17, Coastal Title Invoice
25 dated 10/30/96, is received and marked for

Page 89

1 identification.)
2    Q.    I'm handing you what's been marked as
3 Fidelity-17, which is an invoice dated October 30,
4 1996 to Stan Yacker. There's a file number at the
5 top. It says, CT-18718A(A). Can you tell where the
6 money would have come from for payment of the title
7 insurance on this invoice?
8    A.    I am assuming that Stanley Yacker was
9 going to conduct the closing and be forwarding
10 payment of the invoice to the -- to Coastal Title.
11        (Fidelity-18, Copy of Check from Stanley
12 Yacker, is received and marked for identification.)
13    Q.    You have been handed what's marked as
14 Fidelity-18. Can you tell what this document is?
15    A.    18 is a -- looks like a copy of a check
16 from Stanley Yacker made out to Coastal Title.
17    Q.    Is that the amount that corresponds with
18 F-17 for 1185?
19    A.    Yes.
20    Q.    And can you tell -- at the top where it
21 says, "Remittance Advice," there's a notation up
22 there. Can you tell whether or not that notation is
23 referencing the same property we have been
24 discussing, Fidelity -- in the prior exhibits?
25    A.    Yes.

23 (Pages 86 to 89)

Donna Sullivan

Page 90

1      Q.    There's a date on the left. Can you
2  make out that date?
3      A.    11/19/96.
4      Q.    And this amount would represent what
5  exactly when you compare it to Fidelity-17?
6      A.    It's payment of the total on the
7  invoice.
8      Q.    For?
9      A.    Which includes the out-of-pocket costs,
10  premium, closing service letter fee, some endorsement
11  fees.
12      Q.    Does it also encompass the policy fee?
13      A.    Yeah, the premium.
14      Q.    Okay.
15          (Fidelity-19, Fidelity Commitment, is
16  received and marked for identification.)
17          (Fidelity-20, Fidelity Commitment, is
18  received and marked for identification.)
19      Q.    I'm handing you what's been marked as
20  Fidelity-19 and 20. Can you just take a moment to
21  look at both those documents. Can you tell what
22  these are?
23      A.    These are commitments, title
24  commitments.
25      Q.    Issued by Fidelity?

Page 91

1      A.    On Fidelity paper.
2      Q.    And the effective date on both of these
3  is October 14, 1996. Correct?
4      A.    Correct.
5      Q.    And the file number on both of these is
6  CT-18718 except that Fidelity-20 has the "(A)"
7  whereas Fidelity-19 does not. Is that correct?
8      A.    Correct.
9      Q.    And there are different proposed
10  insureds on these two documents?
11      A.    Yes.
12      Q.    In Fidelity-19 the proposed insured is
13  Cristo. Correct?
14      A.    Correct.
15      Q.    And in Fidelity-20 it's Alicia
16  Juergensen?
17      A.    Correct.
18      Q.    Down in paragraph three of Fidelity-19
19  it says: Title is vested in Elaine Smalls as
20  surviving tenant by the entirety by deed from
21  Alexander Bell dated November 29, 1988, recorded
22  December 29, 1988, etcetera, etcetera. Comparing
23  that to Fidelity-20, shouldn't Miss Smalls, Elaine
24  Smalls, be at paragraph three as identified as an
25  interest in this property before it goes to Cristo?

Page 92

1  Taking a look -- I think this is Fidelity-20. These
2  two -- paragraphs three are different, are they not?
3      A.    They are.
4      Q.    Okay. And in Fidelity-20 Elaine Smalls
5  is not identified as a party in interest to this
6  property. Is that correct?
7      A.    Correct.
8      Q.    Assuming that these two documents were
9  prepared at or around the same time it would suggest
10  that Elaine Smalls should have been identified in
11  Fidelity-20. Is that correct?
12          MR. HAYES: Object to the form.
13      A.    I don't know "should have." I guess as
14  of that effective date title of record would have
15  been in Elaine Smalls. I don't know when this
16  commitment was delivered, and apparently October 23rd
17  Elaine Smalls conveyed the property to Cristo. So I
18  don't know when it was delivered whether she had
19  actually conveyed the property or not, although it
20  was certainly not recorded and couldn't reflect that
21  information.
22      Q.    So it doesn't make sense that in
23  Fidelity-20 Elaine Smalls is not identified there?
24          MR. HAYES: Objection to form.
25      A.    Again, I've seen this before. You know,

Page 93

1  is it a preferred way of doing it? Today we wouldn't
2  do it that way.
3      Q.    And if a lender were receiving
4  Fidelity-20 they would have no way of knowing that
5  there was another party in interest before Cristo.
6  Is that correct?
7          MR. KOTT: Object to the form.
8          MR. HAYES: Same objection.
9      A.    I think they would certainly be on
10  notice since there's no date or recording date that
11  there's a question there.
12      Q.    Move a couple of pages to Section B of
13  each document. Section B, what is the purpose of
14  Section B?
15      A.    Schedule B 1 -- Section 1 usually sets
16  up different requirements that have to be met in
17  order for a policy to issue.
18      Q.    And who prepares this section?
19      A.    Coastal Title would have prepared this
20  commitment and this section.
21      Q.    And the file numbers on both of these
22  documents is the same except for in Fidelity-20 again
23  there's a capital A. Is that correct?
24      A.    I'm sorry. Could you repeat that?
25      Q.    At the top, the file number states

Donna Sullivan

Page 94

1  CT-18718 on Fidelity-19.
2      A.    Right.
3      Q.    And the same file number with the suffix
4  capital A in parenthesis for Fidelity-20?
5      A.    Correct.
6      Q.    And I'm just going to direct you to
7  paragraph E of both of those documents. If you would
8  review that. There's a distinction between those two
9  paragraphs, is there not?
10      A.    They're different.
11      Q.    And how so?
12      A.    Exhibit 19 requires a deed from Elaine
13  Smalls, spouse, if any, to the proposed insured. And
14  Exhibit 20 requires the deed from Cristo Property
15  Management LTD to the proposed insured.
16      Q.    And you stated before that these are
17  certain requirements that are needed before the title
18  policy could be issued. So why is Elaine Smalls not
19  identified in Fidelity-20?
20      A.    I don't know why it's not identified. I
21  don't know if the deed had actually already been
22  signed at the time the commitment was issued but not
23  recorded but I don't know.
24      Q.    Just going back real quick to
25  Fidelity-13. That's the deed from Elaine Smalls to

Page 95

1  Cristo.
2      A.    Correct.
3      Q.    Can you tell what date the deed is made
4  on?
5      A.    Dated October 23, 1996.
6      Q.    And the effective date of the commitment
7  is a little over a week before that?
8          MR. HAYES: Object to the form of the
9  question, what it implies.
10      A.    The effective date is a week earlier,
11  which effective date is the date of the county
12  recording office that the searches were run to.
13      Q.    So as of the date on Fidelity-13 Elaine
14  Smalls was a party in interest to this property. I'm
15  sorry, strike that. It appears from Fidelity-13 that
16  Elaine Smalls conveyed her interest in this property
17  to Cristo on October 13th. Is that correct? October
18  23rd. Is that correct?
19      A.    That's correct.
20      Q.    Is there any way for Fidelity to
21  determine when a commitment is actually issued?
22      A.    I mean, if there was a cover letter or
23  transmittal letter in the agent's file you could
24  tell.
25      Q.    Is there anything within just the

Page 96

1  commitment itself that would inform you as to when a
2  commitment was issued?
3      A.    No, you're not going to find the exact
4  date of the commitment, no.
5      Q.    Typically is the effective date the date
6  that the commitment is issued?
7      A.    No. The effective date is the date the
8  county records were searched to.
9      Q.    Right. How long after that would an
10  agent typically wait to prepare a commitment?
11          MR. HAYES: Object to the form.
12      A.    The agent is not waiting to prepare a
13  commitment. The agent is ordering a title search.
14  The county records office is not up to date in
15  getting all its documents on record, so you can't
16  search to the present date that you're actually doing
17  the search. So depending on how far behind the
18  county records are, and it can vary from weeks to
19  months, the effective date -- you could do a search
20  in December that had an effective date in September
21  if they were that far behind. It's varied a lot over
22  the years. Sometimes it was several months.
23      Q.    Taking a look at Fidelity-19 and 20,
24  specifically 20, if Coastal Title had prepared a
25  commitment with an effective date as here, why

Page 97

1  wouldn't the effective date change after title passed
2  from Elaine Smalls to Cristo?
3      A.    Well, one, they may not have updated
4  their searches but I'm just guessing. I mean, you
5  can never be beyond the effective date or the board
6  date in the county on your report. If they had not
7  done a rundown to a later date to see what else had
8  been recorded, then they couldn't have changed the
9  commitment date.
10      Q.    Part of the responsibilities of the
11  agent though was to check on what was recorded,
12  right, to have an up-to-date record?
13      A.    Yeah. Well, I mean, I'm not sure I
14  understand, but obviously they're going to do a
15  search to produce a commitment, and the commitment
16  effective date should be the date that they've
17  searched. If the closing takes place they then will
18  continue those searches -- first of all, they should
19  do a rundown to the date of closing to determine
20  what's happened to the closest date they can get to
21  the actual date of closing. And then following
22  closing they're going to run it down again through
23  the date of recording of the instruments. If we're
24  going to insure the mortgage, you know, in a loan
25  policy, then we're going to want to search the date

25 (Pages 94 to 97)

Donna Sullivan

Page 98

1  of recording of the mortgage.
2      Q.   And do you know whether or not Coastal
3  was doing that here?
4      A.   I don't recall looking through the
5  files, but I would assume that they would run cover
6  record searches to -- through the date of recording
7  and when the documents got recorded.
8          (Fidelity-21, Loan Policy of Title
9  Insurance, is received and marked for
10  identification.)
11     Q.   I'm handing you what's been marked as
12  Fidelity-21. Can you tell me what this document is?
13     A.   It's a loan policy.
14     Q.   On which property?
15     A.   On the same property we've been
16  discussing.
17     Q.   And just going back to the portion
18  dealing with "Exceptions." Are these the only
19  exceptions to this policy? I think it's at FY 2465.
20     A.   Unless there's an endorsement that's not
21  attached, these appear to be the only exceptions to
22  the policy.
23     Q.   Does it say anywhere in this policy that
24  the insured is required to have a copy of this policy
25  in order for it to be effective?

Page 99

1      A.   One, this is not the entire policy
2  jacket, it doesn't include the terms and conditions.
3  I am not aware that there's a -- if there's a term or
4  condition that says you have to have a policy.
5      Q.   A physical policy in hand?
6      A.   It makes sense you have to prove you
7  have coverage, but I'm not sure if there's a specific
8  provision that relates to that policy jacket.
9      Q.   And who is the insured on this policy?
10     A.   The insured is National Home Funding
11  Inc., its successors and/or assigns as their
12  interests may appear.
13     Q.   And if the mortgage at Fidelity-16 was
14  recorded after the prior deeds, which I believe are
15  13 -- Fidelity-13 through 16, would this loan policy
16  cover any deficiency in title for the lender of that
17  mortgage?
18         MR. HAYES: Object to the form.
19     A.   Without getting into coverage issues,
20  the fact that the mortgage is recorded after a deed
21  that partially conveys out interest in the property,
22  which then are not encumbered by the mortgage, I
23  think there's a problem with the lien of the mortgage
24  on the entire 100 percent interest in the property.
25     Q.   In that -- what you just said, that

Page 100

1  problem, would that problem be covered by this
2  policy?
3      A.   Absent any defenses under the exclusion
4  of the policy or other terms of the policy.
5      Q.   Was that: Yes, absent those terms and
6  conditions?
7      A.   It appears that it would be covered
8  absent any relevant exclusions or violations of other
9  terms or conditions.
10     Q.   If you take a look at -- on Fidelity-21
11  at paragraph four it states: "Mortgage made by
12  Alicia Juergensen to National Home Funding dated
13  11/13/96 and recorded on 4/9/97, "and going back to
14  Fidelity-16, can you determine whether or not this
15  policy was issued on the same day that it was
16  recorded?
17     A.   The policy wasn't recorded -- you mean
18  was the policy issued on the date the mortgage was
19  recorded?
20     Q.   Yes.
21     A.   I cannot tell that from this document.
22     Q.   You can't tell from the policy?
23     A.   Correct. It's unlikely.
24     Q.   That's because the policy date doesn't
25  reflect the date that it was actually issued?

Page 101

1      A.   It reflects the recording date of the
2  mortgage.
3      Q.   Okay.
4          (Fidelity-22, HUD-1, is received and
5  marked for identification.)
6      Q.   I'm handing you what's been marked as
7  Fidelity-22, which is a HUD-1 Uniform Settlement
8  Statement. At the top it has a loan number. Loan is
9  622645. Down at the bottom it has Bates number of FY
10  2571, which indicates that this document was produced
11  by Fidelity. How did Fidelity obtain this document?
12     A.   I don't know.
13     Q.   Would this have been a document that
14  would have been in Coastal Title's files?
15     A.   If the closing attorney had sent Coastal
16  a copy of the HUD with the closing package or some
17  other time, it might be in Coastal's file, but
18  Coastal didn't conduct the closing, so somehow it
19  must have come from presumably Stanley Yacker who was
20  the closer.
21     Q.   So was it sent by Stanley Yacker to
22  Fidelity or was it sent by Coastal to Fidelity?
23     A.   That I don't know.
24     Q.   At line 1108 it states: Title insurance
25  to Coastal Title Agency, and then there's an amount

26 (Pages 98 to 101)

Donna Sullivan

Page 102

1  of $1,185, which seems to correspond with Fidelity-17
2  and 18. Can you tell by looking at this settlement
3  statement which party paid for the title insurance?
4      A.    Paid from the seller's funds.
5      Q.    And going back to the front of the page
6  there's a -- there are two columns, one is J, one is
7  K, and there's an -- at line 420 there's a gross
8  amount to seller. Those funds were to be coming from
9  the lender. Is that correct?
10     A.    These -- at least to the extent of the
11 loan presumably. Looks like the borrower brought
12 some money to closing.
13     Q.    Okay.
14     A.    Also represented that there was a
15 deposit.
16         (Fidelity-23, Closing Instructions by
17 Walsh Securities, Inc., is received and marked for
18 identification.)
19     Q.    I'm going to hand you what's been marked
20 as Fidelity-23, which is Closing Instructions By
21 Walsh Securities. It states at the top, "Assignee of
22 National Home Funding." On the second page it states
23 that, "We require full ALTA title policy delivered
24 within 30 days of closing. All title policies are to
25 be sent Walsh Securities." Then going back to the

Page 103

1  first page it states that the closing date is
2  November 13, 1996. Based on the documents that
3  you've reviewed are you able to tell whether or not a
4  title policy was sent to Walsh Securities within 30
5  days of that closing date?
6      A.    Doesn't appear that that was possible
7  given the policy effective date of April '97.
8      Q.    Do you know -- at the bottom underneath
9  Section B it states: "Conditions to be satisfied
10 prior to disbursement of loan proceeds." Underneath
11 that it says: "Pay off of all liens, mortgages and
12 judgments."
13         Would you consider the intervening 60/40
14 deed a lien on this property?
15     A.    I don't think of it as a lien but
16 obviously it affects the priority of the mortgage.
17     Q.    Would it be considered a mortgage?
18     A.    No.
19     Q.    What would you characterize it as?
20     A.    A portion of the -- or an interest in
21 the property that was not encumbered by the mortgage.
22     Q.    Would it be -- would you consider it an
23 un-encumbrance on the property?
24     A.    I don't think I would characterize it as
25 that either. It's -- it was a prior conveyance of an

Page 104

1  interest in the property such that the mortgage being
2  made couldn't encumber the entire property because it
3  was not signed by all the owners.
4      Q.    Do you think that that deed fits within
5  the descriptions under Section B?
6      A.    No, no.
7      Q.    And what do you base that answer on?
8      A.    I don't think that's the nature of the
9  defect. I don't think it -- I don't think that's
10 what you would call a lien or a mortgage or a
11 judgment.
12     Q.    Can you try again to define what you
13 would call it then?
14         MR. HAYES: Other than how she's already
15 done it?
16         MR. MEE: I'm just asking her again.
17     A.    No. An interest in a property had been
18 conveyed to another party who didn't sign the
19 mortgage, so the mortgage was not effective to
20 encumber the interest of the party that didn't sign
21 it.
22     Q.    If you turn to the second page again, it
23 says at "Section E, Title Insurance Requirements:
24 This loan must record in the first lien position."
25         Based on that 60/40 deed that I've shown

Page 105

1  you, can you tell whether or not this mortgage was
2  recorded in a first lien position?
3      A.    I would say no.
4      Q.    So would that be considered a departure
5  from the lender's closing instructions?
6      A.    Yes.
7          (Fidelity-24, Letter dated 6/16/97, is
8  received and marked for identification.)
9          (Fidelity-25, Letter dated 6/4/97, is
10 received and marked for identification.)
11         (Fidelity-26, Letter dated 7/8/97, is
12 received and marked for identification.)
13     Q.    I'm handing you what's been marked as
14 Fidelity-24, which is a letter from Coastal Title
15 dated June 16, 1997 to Stanley Yacker regarding
16 various files. It states: "Please be advised that
17 below is a list of files that" -- I'm sorry. "Please
18 be advised that the below is a list of files that
19 closed. The deed and mortgage have been recorded.
20 We have received closing papers, however we have not
21 received payment." And it identifies several
22 properties.
23         I am going to hand you what's been
24 marked as Fidelity-25. It's a letter dated June 4,
25 1997. This one is going to Anthony Cicalese also

27 (Pages 102 to 105)

VERITEXT REPORTING COMPANY

Donna Sullivan

Page 106

1  from Coastal Title Agency. "Please be advised that
2  the following is a list of files that were closed and
3  the documents have been recorded and we have received
4  closing papers, however payment has not yet been
5  received."
6          And I'm going to hand you what's been
7  marked as Fidelity-26, which is a letter from Stanley
8  Yacker to Bob Agel at Coastal Title stating that "In
9  reply to your letter of June 16, 1997 and July 7,
10 1997, please be advised that the monies collected for
11 payment of your five designated matters were
12 inadvertently advanced to Cristo Property and/or Bill
13 Kane in the form of overpayments to the seller. Bill
14 Kane is aware of the overpayment and has acknowledged
15 same, although he disputes the actual amount. You
16 will recall, I am sure, that he paid nearly $50,000
17 to your firm so that various deeds and mortgages
18 could be recorded. The same principle applies now."
19         Was Fidelity aware of this letter in
20 July of 1997?
21     A.   I don't recall seeing it in the files
22 that I reviewed so I can't state positively that they
23 were not, but I don't see any evidence they were
24 aware of it.
25     Q.   If Fidelity had received a letter like

Page 107

1  this more recently what would the company do?
2      A.   Well, I guess we would wonder why it
3  would be sending 50,000 to record documents. That
4  has to be a significant amount of documents that were
5  not recorded, which obviously, again, if documents
6  are not getting recorded can present a risk to the
7  company, intervening liens or the like. So I would
8  assume somebody might make an inquiry about -- I
9  don't know how we would come to possess a copy of
10 this letter, but if we knew that was going on, we
11 would probably make an inquiry as to what was going
12 on.
13     Q.   It's fair to say that it would raise red
14 flags within the company?
15     A.   Yeah, I don't know -- I guess that's
16 probably fair to say. I mean, it's an indication
17 that -- that's a significant number I think of deeds
18 that must be off record unless it's realty transfer
19 taxes and things involved in that, in that number,
20 which could bring down the number of transactions
21 involved, but it sounds like if it's strictly
22 recording fees it's a lot of documents that are not
23 on record, and unless they're all being delivered in
24 connection with a transaction on multiple properties
25 at once, then they're probably being recorded late

Page 108

1  and if they're being recorded late, then it's a
2  problem for us.
3      Q.   The portion that says that funds were
4  inadvertently advanced to Cristo Property or Bill
5  Kane in the form of overpayments to the seller, does
6  that suggest that there's something inappropriate
7  going on here?
8      A.   In hindsight I guess that's easy to say.
9  You know, could there be overpayments to a seller? I
10 assume that could happen.
11     Q.   Would the company be alarmed that
12 this -- that this type of activity may trigger some
13 type of liability under -- for the company?
14     A.   If the agent didn't receive the premium,
15 I think we would be upset because we weren't getting
16 paid and we would expect to be paid for any insurance
17 that we had committed to insure.
18     Q.   Going back to Fidelity-24, 25, the
19 properties identified here appear to be the same
20 properties. Presumably Mr. Agel would know who the
21 closing attorney would have been for these
22 properties. Correct?
23     A.   I would think he could identify that
24 from his file.
25     Q.   So can you -- do you have any knowledge

Page 109

1  or can you venture a guess as to why he would be
2  sending the same letter to both Mr. Cicalese and to
3  Mr. Yacker?
4      A.   I don't know.
5          MR. MEE:  I think I can probably wrap up
6  in about five minutes if you allow a short break.
7          (A recess takes place.)
8      Q.   Just a few more questions. I just ask
9  you to take a look at Fidelity-24 -- 22, 23, and 24.
10 And assuming that the lender's HUD-1 and closing
11 instructions were the same as those two examples in
12 22 and 23 that you have in front of you, wouldn't the
13 closing attorney have violated the closing
14 instructions and the HUD-1 form by not having paid
15 off the fees for the policy -- the loan policy and
16 the title policy --
17         MR. KOTT:  Object to the form.
18     Q.   -- identified in 24?
19         MR. KOTT:  Sorry. I was early. I
20 object to the form.
21     A.   I'm sorry. Would they have violated the
22 loan instructions by failing to pay off the -- for
23 the title insurance premium?
24     Q.   So if you look at Fidelity-24, it notes
25 that files have closed on these properties although

VERITEXT  REPORTING  COMPANY

212-267-6868                516-608-2400

59ad69d2-fad8-443e-ad57-85669d44d9cb

Donna Sullivan

Page 110

1 -- and that the deed and the mortgage have been
2 recorded, but that Coastal has not received payment
3 on these properties, and what I want you to assume is
4 that the HUD-1 and the closing instructions were the
5 same as far as what would be identified for the
6 properties in 24.
7     A.   Okay.  Pretend that one of -- that this
8 transaction is actually one of those referenced in
9 the June 16 letter?
10    Q.   Exactly.  Exactly.  So wouldn't that
11 violate the lender's closing instructions?
12    A.   The loan instructions require a title
13 policy so I guess -- are you saying:  So if Coastal
14 refused to issue a title policy because they weren't
15 paid for one, would that violate the lender's
16 instructions?
17    Q.   Would it have?
18    A.   I guess if Coastal refused to issue one
19 because they weren't paid -- I'm not sure they would
20 do that, mind you, but if that happened, I guess that
21 would violate closing instructions.
22    Q.   I mean, the lender would probably be a
23 bit upset if it hadn't received the policy after the
24 deed and the mortgage had been recorded.  Is that
25 right?

Page 111

1     A.   I would assume they're expecting that,
2 so they wouldn't be happy if they didn't get that.
3     Q.   And then I think my last question is:
4 In your review of all these documents and the
5 preparation of your deposition today have you been
6 able to determine what Fidelity's profits were on the
7 loans at issue in this case?
8     A.   As I've said before I've only tried to
9 search the 84 file numbers referenced on that
10 particular chart that I had, and of those
11 approximately 80, 84, approximately 20 had
12 remittances that I could determine were paid to
13 Fidelity or Nations, and they averaged I believe 100
14 to 110 a property.  So that to me is the extent of
15 the income that I can tie to any of the Walsh
16 transactions.
17    Q.   I think we're done.  Thank you very much
18 for coming.  I appreciate it.
19    A.   You're welcome.
20    Q.   It's a long day.
21         (The deposition is concluded at 2:42
22 p.m.)
23
24
25

Page 112

1               CERTIFICATE.
2
3         I, JANET BAILYN, a Notary Public and
4  Certified Court Reporter of the State of New Jersey,
5  do hereby certify that prior to the commencement of
6  the examination DONNA SULLIVAN was duly sworn by me
7  to testify the truth, the whole truth and nothing but
8  the truth.
9         I DO FURTHER CERTIFY that the foregoing
10 is a true and accurate transcript of the testimony as
11 taken stenographically by and before me at the time,
12 place and on the date hereinbefore set forth.
13        I DO FURTHER CERTIFY that I am neither a
14 relative nor employee nor attorney nor counsel of any
15 of the parties to this action, and that I am neither
16 a relative nor employee of such attorney or counsel,
17 and that I am not financially interested in the
18 action.
19
20 _____
   Notary Public of the State of New Jersey
21 My commission expires February 3, 2013
     License No. XI00970
22
   Date:  October 3, 2011
23
24
25

VERITEXT REPORTING COMPANY

212-267-6868                          516-608-2400

59ad69d2-fad8-443e-ad57-85669d44d9cb

Donna Sullivan

| | | | | |
|---|---|---|---|---|
| **A** | 52:24 54:3,5 | **ago** 16:25 38:24 | **answer** 26:18 33:3 | 82:25 83:24 85:24 |
| **ability** 25:4 29:7 | 62:13 65:9 | **agree** 26:6 50:10,13 | 38:8 40:5 41:2,18 | 86:23 103:7 |
| 71:24 | **administrators** | **agreed** 7:11 | 42:10 50:3 54:14 | **Aran** 9:10 15:6 |
| **able** 19:11 21:24 | 15:25 54:7,24 | **agreeing** 50:14 | 58:8 60:20 69:14 | 50:21,23 51:9 |
| 25:7 28:25 30:14 | 60:24 68:12 | **agreement** 5:18 | 70:7 71:13 81:19 | 63:9 66:17 |
| 35:3 42:6 43:14 | **admitted** 55:22,24 | 21:19 66:4 70:20 | 81:21 85:3 104:7 | **Aran's** 51:1 |
| 43:17 60:15 103:3 | **advance** 9:11 33:16 | 70:24 71:16,22 | **answered** 41:18 | **areas** 7:4 |
| 111:6 | 82:13 | 72:13,19,20 | 42:9 | **Argiropoulos** 14:4 |
| **above-entitled** 2:2 | **advanced** 106:12 | **ahead** 18:8 80:15 | **Answers** 4:9 9:5 | 43:4 |
| **absent** 100:3,5,8 | 108:4 | **AI** 19:4,6,8,12,15 | **Anthony** 1:13,14 | **Arnold** 14:10 37:11 |
| **absolutely** 50:1 | **advice** 56:11 89:21 | 19:21 21:16 53:11 | 14:4 105:25 | 39:7 51:14,23 |
| **access** 60:22 | **advise** 45:10,20 | 66:2 | **anybody** 14:12,25 | **article** 24:19 |
| **accounting** 35:11 | 60:13 61:9 | **alarmed** 108:11 | 23:3 35:20 42:1 | **articles** 28:3,8 |
| **accuracy** 72:5 | **advised** 37:15 | **Albert** 21:11 | **anymore** 27:6 | 30:24 |
| **accurate** 112:10 | 45:25 46:2 60:12 | **Alexander** 91:21 | **Anyway** 49:10 | **Asbury** 28:8 30:24 |
| **acknowledge** 46:6 | 105:16,18 106:1 | **ALFIERI** 1:13 | **apart** 14:14,23 20:1 | **aside** 18:22 42:24 |
| **acknowledged** | 106:10 | **Alicia** 78:20 83:14 | 39:16 42:4 56:13 | 43:12 52:22,25 |
| 106:14 | **affect** 88:20 | 85:14 86:5,8,10 | 61:2,2 67:23 | 76:3 |
| **acquire** 16:18 | **affirmative** 9:17 | 86:11,16 91:15 | **apparent** 24:14 | **asked** 7:2 41:17 |
| **acquired** 7:16 | **Agel** 12:12,23 66:6 | 100:12 | 40:21 | 42:8 55:3 56:5 |
| **acquisition** 16:20 | 67:23 68:2 106:8 | **allegation** 38:4 | **apparently** 92:16 | 58:16 59:1 61:3,5 |
| **Acting** 55:25 | 108:20 | **allegations** 9:18 | **appear** 7:21 98:21 | 63:20 65:17 69:23 |
| **action** 1:2 112:15 | **Agel's** 64:19 | **alleged** 9:20 10:17 | 99:12 103:6 | 84:9 |
| 112:18 | **agency** 1:18 4:15 | 10:23,24 11:10,14 | 108:19 | **asking** 26:2,25 27:1 |
| **actionable** 9:21 | 8:7,9 21:19 66:1,4 | 29:20 | **appearance** 64:21 | 39:11 40:11 42:16 |
| 11:10,14,15 | 70:20,24 71:15,21 | **alleging** 11:2 | 65:14 | 49:7,9,17 54:18 |
| **actions** 10:17,23,24 | 72:14,19,20 75:23 | **allow** 25:6 109:6 | **appeared** 33:23 | 63:1 71:2 104:16 |
| 70:17 71:1,4 79:8 | 77:17 83:16 | **ALTA** 102:23 | **appears** 29:14 | **assess** 41:5 |
| **activity** 108:12 | 101:25 106:1 | **amend** 25:6 | 37:15 38:21 66:23 | **assessed** 41:7,10 |
| **actual** 16:19 57:17 | **agent** 13:19 14:21 | **amount** 46:5 47:19 | 72:23,24 84:18 | **assessment** 47:17 |
| 97:21 106:15 | 28:1 68:2 69:24 | 48:13 49:3,8,15 | 85:20 87:8 95:15 | 57:19 62:8 |
| **add** 10:2 | 70:17,19 71:4,7 | 49:18,21 53:21 | 100:7 | **Assets** 1:8,9 85:15 |
| **addition** 10:3 | 71:14,23 73:3,5,7 | 60:14,14 61:18 | **applies** 106:18 | 85:16 86:11 |
| **additional** 5:25 | 74:5,21,22 76:7 | 69:22 74:12 76:16 | **appraisals** 11:4 | **Assignee** 102:21 |
| 7:24 10:1 25:8 | 76:13 77:10,15 | 82:15,16,17,18 | **appreciate** 111:18 | **assignments** 41:20 |
| 38:25 | 79:15 82:14 87:9 | 89:17 90:4 101:25 | **approval** 24:17 | **assignor** 10:8 |
| **adjuster** 56:14 77:9 | 96:10,12,13 97:11 | 102:8 106:15 | 27:24,25 33:6 | **assigns** 99:11 |
| **adjusters** 60:11,12 | 108:14 | 107:4 | 48:18,23 | **assume** 5:11 6:6 |
| **adjusting** 56:9 | **agents** 22:12,19 | **AMY** 3:4 | **approved** 22:12,20 | 30:20 37:11 57:14 |
| **administer** 56:12 | 23:16 27:22 28:15 | **analyzing** 57:14 | 22:21 68:5,9 | 66:10 67:20,20 |
| **administering** 56:3 | 32:25 33:5 75:10 | **and/or** 63:12 99:11 | 69:17 | 73:8,10 75:18 |
| **administrator** 15:7 | 77:25 78:1,4 | 106:12 | **approximately** | 88:3 98:5 107:8 |
| 33:24 48:7,12,12 | **agent's** 73:17 74:3 | **annual** 57:23 58:1 | 37:1 111:11,11 | 108:10 110:3 |
| 50:21 51:14 52:9 | 95:23 | 75:20,20 | **April** 36:15,18 | 111:1 |

Donna Sullivan

Page 2

| | | | | |
|---|---|---|---|---|
| **assumed** 50:15 | **averaged** 111:13 | 38:3 43:12 46:16 | **Box** 3:12 | 57:1,5 67:2 |
| **assuming** 9:13 | **avoiding** 7:5 | 46:21,22 49:15 | **break** 5:12 58:8 | **certain** 19:16 43:14 |
| 12:20 41:14 42:20 | **aware** 17:13 32:21 | 50:25 51:10,25 | 68:17 79:12 109:6 | 43:15,15 46:5 |
| 45:19 52:3 64:1 | 32:23 33:4,8 37:5 | 52:5 62:23,24 | **briefly** 64:17 | 48:13 49:12 53:21 |
| 78:2 89:8 92:8 | 61:25 84:23 87:10 | 63:10 64:10 69:23 | **bring** 25:5 107:20 | 61:8 68:20 69:25 |
| 109:10 | 99:3 106:14,19,24 | 70:3 74:15,16,19 | **broad** 15:5 | 72:2 74:11 75:13 |
| **assumption** 61:24 | **A-r-a-n** 50:22 | 76:19 77:13 99:14 | **BRODO** 1:12 | 94:17 |
| **attached** 73:23 | **A-r-g-i-r-o-p-o-u...** | 111:13 | **brought** 102:11 | **certainly** 29:8 |
| 98:21 | 14:5 | **believed** 11:9 57:15 | **BROWN** 1:12 | 34:12 40:8 62:14 |
| **attachment** 12:20 | **a/k/a** 1:7 | **Bell** 91:21 | **bunch** 87:16 | 69:8 75:6 92:20 |
| **attempt** 14:3 | | **best** 19:14 | **business** 57:10 | 93:9 |
| **attention** 83:4 | **B** | **better** 1:19 76:8 | 76:25 | **CERTIFICATE** |
| **attorney** 16:5 22:22 | **b** 4:7 79:22 93:12 | **beyond** 25:9 75:3 | **Bustos-Lacy** 18:17 | 112:1 |
| 54:1,6,19,22,23 | 93:13,14,15 103:9 | 97:5 | **B-o-t-t-a-l-i-c-o** | **Certified** 2:3 112:4 |
| 54:25 55:8,13,15 | 104:5 | **big** 14:18 | 14:11 | **certify** 112:5,9,13 |
| 55:21 56:1 68:24 | **back** 5:4 20:16 30:7 | **Bill** 23:25 106:12 | | **chain** 16:7 |
| 80:2,7,14 81:3,6 | 37:4 38:6 44:5 | 106:13 108:4 | **C** | **change** 6:20 8:5 |
| 81:22 101:15 | 49:17 50:3 56:13 | **binders** 24:15 | **C** 3:1 | 36:21 53:4 64:1 |
| 108:21 109:13 | 58:15 60:3 72:18 | 27:22 29:1,23 | **Cairns** 14:12 17:25 | 97:1 |
| 112:14,16 | 73:22 74:22 80:25 | 32:25 | 18:22,23 21:21,22 | **changed** 52:13,23 |
| **attorneys** 3:6,9,14 | 81:2 84:2,8 94:24 | **bit** 37:22 66:21 | 65:12,25 66:11 | 53:15 62:18,19,22 |
| 11:2 22:12,20 | 98:17 100:13 | 72:18 79:13 | 68:13 77:19 | 62:25 63:3,6,11 |
| 23:5,13 28:7 | 102:5,25 108:18 | 110:23 | **CALANNI** 1:11 | 63:14 66:21 97:8 |
| 31:25 54:7,24 | **background** 5:21 | **blurt** 49:21 | **calculated** 87:18 | **characterize** 57:13 |
| 55:16,24 56:2 | 6:6 20:1 | **board** 97:5 | **call** 104:10,13 | 103:19,24 |
| 64:8 68:4,5,9 | **bad** 25:15 65:20 | **Bob** 64:19 65:9,17 | **called** 66:9,10 | **charge** 19:1 33:20 |
| **attorney/client** | **BAILYN** 2:3 112:3 | 65:18 67:23 68:2 | **capacity** 7:2 | 69:16 |
| 54:12 59:24 | **Bankers** 40:17 | 106:8 | **capital** 1:8,9 78:25 | **chart** 35:15 43:22 |
| **attribute** 88:22 | **barring** 33:5 | **Bob's** 65:8 | 85:15,16 86:11 | 111:10 |
| **attributed** 67:9 | **base** 104:7 | **bona** 11:3 40:24 | 93:23 94:4 | **check** 4:18 45:3 |
| **audit** 75:13,17,21 | **based** 11:17 25:5 | **bonus** 74:10,14,17 | **carrier** 64:5,9,12 | 89:11,15 97:11 |
| 75:23,25 77:10,11 | 54:11 61:20 73:17 | 75:4,8 76:16 | **case** 7:15 25:8 26:3 | **Chris** 23:6 77:19 |
| 77:13,15,21,24 | 74:3 82:18 84:19 | **borrower** 102:11 | 44:11,12 48:8,17 | 77:23 |
| 78:1 | 103:2 104:25 | **borrowers** 18:14 | 49:16,18 50:24 | **churning** 75:10 |
| **audits** 75:17 76:3 | **basis** 23:5 25:21 | 37:18 | 51:7 52:8 53:16 | 76:7,8 |
| 77:8,12 | 36:10 57:17 60:19 | **borrower's** 38:1 | 55:14,16 61:22 | **Cicalese** 1:14 |
| **August** 8:6 21:9,23 | 60:25 | **Bottalico** 14:11 | 63:22 64:9 70:2 | 105:25 109:2 |
| 22:7,13 30:8 | **Bates** 22:11 101:9 | 36:21 37:11 38:15 | 74:8 111:7 | **civil** 1:2 44:12 |
| 38:10,13 39:24 | **began** 34:17 | 51:15,16,24 52:22 | **category** 16:2 | **claim** 14:22 15:9 |
| **authority** 48:13,19 | **behalf** 22:2 28:7 | 56:15 | **caused** 11:22 | 19:17,19 20:12,13 |
| 49:3,12,19,21 | 66:8 | **Bottalico's** 52:4 | **cease** 67:15 | 25:5,6,15 30:21 |
| 50:6 52:10 53:13 | **belabor** 36:2 | **bottom** 21:10 38:15 | **ceased** 45:12 76:25 | 32:8 34:18 36:9 |
| **automatically** | **believe** 7:16 11:16 | 59:9 83:1,4 85:22 | 76:25 | 36:10 37:10,12 |
| 67:14 | 21:17 22:15,16,20 | 86:21 101:9 103:8 | **center** 3:8 15:4,8 | 39:1,12 40:17,20 |
| | 31:4 35:14 36:19 | | 19:6 52:5 53:5,7,9 | |

VERITEXT  REPORTING  COMPANY

Donna Sullivan

40:21,22,25 42:12
42:23 46:4,6
47:15 51:23 52:2
57:14 61:9 62:8
66:16 67:1 68:10
68:11
**claims** 7:14 12:3
15:4,6,8,12,24
16:5 17:2,5 18:6
18:24 19:1,6,8,12
19:13,21,24 20:2
20:5,7,9,11,14,18
20:19 21:1,7,25
22:1 24:13 25:7
29:12 30:11 32:16
32:17,19 33:20,24
38:23 39:2,4,4,6,7
39:9,19,20,25
44:3,14 45:8
46:12,15 47:24,24
48:3,7,11,12
50:17,21 51:14,17
51:19 52:5,9,12
52:24 53:5,7,8,17
53:22,23 54:3,5,7
54:24 56:3,9,12
56:14,18,22 57:1
57:4 58:5,24
60:11,11,24 62:13
62:18 63:21,24
65:9 66:18,20
67:2,14,18 68:12
77:8
**cleaned** 32:16
**cleaning** 32:14
**clear** 7:1 63:23
**Clearly** 76:12
**clerk** 88:10,11
**clerk's** 88:7,13
**client** 49:7,20 50:11
54:22
**closed** 32:5 68:23
105:19 106:2
109:25

**closer** 101:20
**closest** 97:20
**closing** 4:14,21
5:23 9:22 10:4,7
10:12,15,19,20
13:5 28:6 30:4
35:5,8,12,17,21
36:12,13 42:3,20
43:16 66:7 67:6
68:4,18 69:3,10
69:16 70:1,4,9
71:18 73:11,13
78:14,18 79:16
80:25 81:16 86:10
89:9 90:10 97:17
97:19,21,22
101:15,16,18
102:12,16,20,24
103:1,5 105:5,20
106:4 108:21
109:10,13,13
110:4,11,21
**closings** 70:22
**Coastal** 1:17 4:15
4:17 8:9 12:12
13:18,19 18:10
28:18,20,23 65:23
67:5 69:24 72:14
72:21 74:13 76:17
77:1,4 78:1,3,20
78:25 82:2 83:16
83:18,21 84:13,23
85:20 87:7,8,10
87:14,21,24 88:6
88:7,10,14,24
89:10,16 93:19
96:24 98:2 101:14
101:15,18,22,25
105:14 106:1,8
110:2,13,18
**Coastal's** 32:18,20
40:10 65:5 83:6
88:5,9 101:17
**Coastal6** 72:13

**codefendant** 13:8
**coequal** 16:4
**collected** 106:10
**collection** 31:23
79:22
**columns** 102:6
**come** 80:23,25 89:6
101:19 107:9
**comes** 47:15
**coming** 39:3,9
47:18 102:8
111:18
**commencement**
112:5
**commencing** 2:7
**commercial** 68:22
**commission** 57:24
112:21
**commitment** 4:19
4:19 36:12 66:8
69:5,6,9 70:4,8
80:18 90:15,17
92:16 93:20 94:22
95:6,21 96:1,2,4,6
96:10,13,25 97:9
97:15,15
**commitments** 5:22
24:15,20 27:22
28:2,6 29:1,4,23
32:25 70:21 71:17
71:25 79:2 90:23
90:24
**committed** 108:17
**Commonwealth**
1:15 3:10 6:6,8
8:4,5,6 16:18,20
17:2 65:10
**communication**
54:21
**companies** 16:21
22:2 25:16 64:3
**company** 11:24
13:19 14:24 16:9
16:23 17:10 20:5

23:11 27:2 29:21
31:9 32:24 35:6
36:20,24 42:14
45:22 47:14,21,21
48:5 51:3 52:1
56:3,4,7,8,11,16
56:21 57:9 58:2
60:12,13,14,22
66:22 67:15,24
70:15,17,25 71:17
71:20 72:8,10
73:4,15 74:11
75:7,9 76:6 87:8
107:1,7,14 108:11
108:13
**company's** 13:11
17:7 30:16 45:25
58:1,23 59:22
61:21 71:4,7 74:8
**compare** 90:5
**Comparing** 91:22
**compensation** 73:3
73:17 74:3
**Complaint** 11:1
25:16
**complete** 11:20
38:19
**completely** 64:25
**complied** 80:2
**comply** 79:15 80:3
80:7
**comprises** 80:8
**concerned** 23:14
29:11,19 64:21
**concerning** 18:4
38:23 78:19
**conclude** 20:25
**concluded** 111:21
**conclusion** 64:23
65:20
**condition** 99:4
**conditions** 10:19
99:2 100:6,9
103:9

**conduct** 9:21 10:3
10:5,9 11:2,11,15
11:18,18,22,22
89:9 101:18
**conducted** 34:7
37:25 67:17 68:9
**conducting** 70:22
77:7
**confines** 71:21
**confusion** 40:16
**Connecticut** 22:17
24:3
**connection** 86:9
107:24
**consider** 103:13,22
**considered** 57:2
67:1 103:17 105:4
**consolidated** 46:23
**construed** 50:14
**consultation** 48:15
**CONSULTING**
1:15
**contact** 23:16 60:24
**contacted** 18:24
19:8
**contained** 69:25
71:8 72:6
**content** 12:25 76:2
**context** 44:9 67:21
**continue** 17:15
25:22 44:14 97:18
**continued** 21:3
**continues** 11:11
59:11,18,20
**continuing** 44:22
45:11
**contract** 42:14,19
70:8 72:25
**contracts** 70:9
**conversation** 5:16
12:6,8
**conversations**
12:19 66:13
**conveyance** 103:25

VERITEXT REPORTING COMPANY

Donna Sullivan

conveyed 92:17,19 95:16 104:18
conveys 99:21
copied 19:16 21:11
copies 30:10 35:1 36:25
copy 4:18 64:11 89:11,15 98:24 101:16 107:9
corner 59:9
corporate 47:13 55:9,14,14 59:20 59:21 61:6 75:17 77:13,21,24 78:1
correct 73:16 85:10 87:13 88:8 91:3,4 91:7,8,13,14,17 92:6,7,11 93:6,23 94:5 95:2,17,18 95:19 100:23 102:9 108:22
correctly 21:20
correspond 102:1
corresponded 39:8 39:8
correspondence 25:20 34:1,3
corresponds 89:17
costs 90:9
counsel 5:17 6:13 6:23 7:10 8:1 21:8,15 22:16 24:8 32:10 52:25 54:9 55:18 56:1,4 56:6,8,11,21 57:2 57:8 59:21 65:25 66:11,19,20 67:15 76:1 112:14,16
counsel's 56:24
counties 15:20
country 66:20
county 88:13 95:11 96:8,14,18 97:6
couple 82:5 93:12

course 5:12 41:24 51:2 57:10
court 1:1 25:4 26:3 26:7 27:17 29:18 34:16 38:8 40:7 44:7 49:16 112:4
courtesy 21:11
cover 70:3 73:11 79:14,25 95:22 98:5 99:16
coverage 9:21 40:23 41:6,11,16 41:23 42:2,3,5,7 42:12,21 63:21,24 70:4,12,13 80:11 81:25 99:7,19
coverages 69:2
covered 10:18,23 10:24 11:18,23 24:11 42:18,19 69:4,6,8 70:10,20 70:25 79:8 80:22 100:1,7
covering 24:16
criminal 44:12
Cristo 1:6 82:24 83:14 84:7 86:9 91:13,25 92:17 93:5 94:14 95:1 95:17 97:2 106:12 108:4
CROSS 4:2
Crowley 14:11 65:12 66:1 77:18
CSL 11:19
CSLs 28:20 29:24 30:16
CT-18718 91:6 94:1
CT-18718A(A) 89:5
CT-18718(A) 78:21
current 33:7 46:8
cut 59:2

CUZZI 1:14
C-a-i-r-n-s 17:25

**D**

D 5:1
damages 11:10,13 11:17
DANIEL 3:3
DAP 1:14
date 21:23 25:19 30:7 39:11,22 82:12,13 84:9 90:1,2 91:2 92:14 93:10,10 95:3,6 95:10,11,11,13 96:4,5,5,7,7,14,16 96:19,20,25 97:1 97:5,6,7,9,16,16 97:19,20,21,23,25 98:6 100:18,24,25 101:1 103:1,5,7 112:12,22
dated 4:10,11,11,12 4:12,13,14,15,16 4:16,17,17,22,22 4:23 9:10 14:2 17:21,24 21:9 22:7,13 30:13 33:11,14 36:15,18 38:10,13 42:25 72:14 73:19 78:15 78:18 82:20,24 83:10,13 84:12 85:11,17 86:13,17 88:25 89:3 91:21 95:5 100:12 105:7 105:9,11,15,24
dating 20:16
David 3:7 48:21
day 5:6,7 30:13 64:25 100:15 111:20
days 102:24 103:5
deal 20:2
dealing 98:18

deals 23:15
dealt 14:21 18:23
Debra 15:7 52:6 53:4
debt 11:7
December 16:21 52:2 57:25 63:10 66:24 91:22 96:20
decision 23:23 53:2 54:2,3,10,20 56:18 61:25 62:15 66:16
decision-making 48:6
decreased 52:16,20
deed 4:15,16,16 82:20,23,25 83:3 83:10,13,19 84:3 84:6 85:11,14,17 86:3,5,10,12 91:20 94:12,14,21 94:25 95:3 99:20 103:14 104:4,25 105:19 110:1,24
deeds 84:15,17 87:9,21 99:14 106:17 107:17
defect 41:5,6 104:9
defendant 3:9 12:7 13:6
defendants 1:20 3:14 9:23 12:11 13:13,13,18,25 27:13
defense 42:13,15
defenses 9:17 42:20 100:3
deficiency 99:16
define 70:14 104:12
definitively 28:16
deleted 73:2
delivered 92:16,18 102:23 107:23
department 18:25

19:2,9 20:18 24:14 46:12 56:23 56:25 57:3 67:7 69:17,19
departure 105:4
depending 20:12 46:8 96:17
deponent 7:9
deposit 102:15
deposition 1:5 4:9 7:20 8:15,18,20 9:11 14:15 111:5 111:21
depositions 21:4 67:22
description 4:8 20:10
descriptions 104:5
designated 106:11
detail 77:15,24
determination 41:22 61:21 66:15
determine 19:11 28:12,25 30:14 35:4 39:18 41:15 42:6 43:14,18 60:15 62:11 95:21 97:19 100:14 111:6,12
determining 57:11
deviate 69:21
DiBENEDETTO 1:11
dictate 53:22
dictated 53:16
different 14:10 15:14,19,20 24:22 26:10 27:13 46:7 50:7 51:2,3 65:10 65:18 68:2 69:7 73:12,14 75:16 79:2 91:9 92:2 93:16 94:10
differently 9:2

Donna Sullivan

25:17
**difficult** 31:19
**direct** 4:2 5:3 26:24
83:4 94:6
**directed** 32:24
59:21
**directing** 31:7 34:3
**direction** 49:7
**directly** 19:3,7 57:7
74:7
**disagree** 25:23 26:5
27:10 50:10
**disbursement**
79:21 103:10
**Disclosures** 4:10
13:22 14:1
**discoverable** 14:9
14:13,17 15:2
**discovered** 9:24
22:23 84:20
**discovery** 9:24 21:3
44:9
**discuss** 49:2
**discussing** 89:24
98:16
**discussion** 8:13
14:6 25:12 58:13
59:16 63:18 78:6
**disputes** 106:15
**distinction** 7:13
28:4 47:23 94:8
**distributing** 24:2
**distribution** 22:18
24:3
**DISTRICT** 1:1,1
**division** 24:6,7,8,10
53:17 67:3
**document** 4:15
8:19 17:10,12
42:17 61:20 72:15
82:2,7,11 83:15
83:23 84:10 85:19
87:19 89:14 93:13
98:12 100:21

101:10,11,13
**documentation**
12:25 40:12,14
**documents** 6:12
7:24 17:11,16
36:10 38:5 39:5
41:8,10,15 43:5,8
44:21 64:20,21
70:1,14 71:3,8
72:6,9 79:20 82:6
84:19 87:11,15,17
90:21 91:10 92:8
93:22 94:7 96:15
98:7 103:2 106:3
107:3,4,5,22
111:4
**doing** 37:12 46:13
76:25 77:9,18
79:1 84:6 93:1
96:16 98:3
**dollar** 61:17 62:8
**dollars** 73:6,7
**DONNA** 1:6,18 4:3
112:6
**door** 49:17 50:3
**doubt** 23:21
**dragged** 50:12
**DRD** 1:2
**Drive** 3:13
**due** 79:23
**duly** 5:1 112:6
**D'APOLITO** 1:14
**d/b/a** 1:19

**E**

**E** 3:1,1 4:7 94:7
104:23
**earlier** 29:9 62:17
63:1,8 78:9 87:2
95:10
**early** 109:19
**easy** 108:8
**Ed** 26:19
**EDWARD** 3:11
**effective** 91:2 92:14

95:6,10,11 96:5,7
96:19,20,25 97:1
97:5,16 98:25
103:7 104:19
**eight** 47:5,8
**either** 26:18 51:9
68:15 77:16 80:14
88:7 103:25
**Eizenman** 48:21,24
51:4
**Elaine** 82:23 84:7
91:19,23 92:4,10
92:15,17,23 94:12
94:18,25 95:13,16
97:2
**employee** 51:4
112:14,16
**employees** 56:4
**employment** 6:8
8:5
**enclosed** 35:12
**enclosing** 35:1 43:4
**enclosures** 39:13
**encompass** 90:12
**encompasses** 15:3
15:13 35:19
**encountered** 23:13
**encumber** 104:2,20
**encumbered** 99:22
103:21
**endorsement** 74:6
90:10 98:20
**enforceability**
79:18 80:8 81:23
**enforceable** 80:4
80:20
**engaged** 10:18
**ENGLISH** 3:7
**ensure** 76:6
**entire** 88:21 99:1
99:24 104:2
**entirety** 73:2 91:20
**entitled** 10:10
40:23 42:5 49:15

49:23,24 54:20,25
**entity** 16:21
**Equity** 36:19
**error** 88:4,5,10,12
**escrow** 81:7
**ESQ** 1:12,13,13,14
3:3,4,7,11
**establish** 79:21
**estimating** 20:5
**etcetera** 5:24 86:20
91:22,22
**evaluated** 40:22,24
**evaluation** 11:24
**evidence** 106:23
**exact** 10:25 16:12
19:5 35:16 51:20
96:3
**exactly** 51:14 55:10
79:6 90:5 110:10
110:10
**examination** 5:3
112:6
**examining** 87:15
**example** 61:15
80:10,22 81:5
**examples** 81:10
109:11
**exceed** 62:8
**exceeded** 74:16
**exceeds** 61:18
**exceptions** 72:2
98:18,19,21
**excess** 74:25
**Exchange** 57:24
**exclude** 15:22
**exclusion** 42:13
100:3
**exclusions** 10:11
100:8
**Excuse** 58:7
**Exhibit** 94:12,14
**exhibits** 89:24
**existence** 29:10
**existing** 86:20

**expect** 7:3 108:16
**expectation** 62:7
**expecting** 111:1
**experience** 16:8
**expires** 112:21
**express** 45:15
**extent** 5:19 6:4,12
9:23 24:14 25:7
25:16 44:8 79:16
102:10 111:14
**Extra-contractual**
71:12
**e-mails** 61:7

**F**

**F** 2:6 3:5
**face** 10:20
**fact** 9:16 13:3
49:11,12 50:6
61:10 99:20
**facts** 65:18
**failing** 109:22
**fails** 80:7,14
**failure** 42:16 79:15
80:3
**fair** 107:13,16
**faith** 25:15
**fall** 81:16
**falls** 61:9 70:11,13
**familiar** 26:14 58:3
78:12
**far** 26:4,6 40:12
87:14 96:17,21
110:5
**fashion** 7:18 76:15
**fast** 12:10
**February** 12:12
112:21
**fee** 73:14 90:10,12
**fees** 43:15,18 64:8
67:6 74:6 87:18
90:11 107:22
109:15
**fell** 62:11 86:25
**fide** 11:3

Donna Sullivan

**Fidelity** 1:16 3:15 4:19,19 6:8 7:3,14 7:16 8:5,8,19,25 9:3,13,14 11:12 12:23 14:13,20 15:17,23 16:11,17 16:18 17:9 19:21 19:24 20:3,16,25 21:8,9 22:1,4,4,21 23:10,18,23 24:18 24:22 27:12,12,21 28:5,25 29:8,11 29:22 30:2,14,23 31:2,21 34:2,7,13 35:3 36:23 38:18 38:25 39:17 40:22 40:24 42:6 43:6,7 43:19,20,23 44:1 44:3,13,23 46:14 63:21,23,24 65:22 66:8 67:3,7 72:13 72:21 76:25 77:1 77:4 84:16 85:6 89:24 90:15,17,25 91:1 95:20 101:11 101:11,22,22 106:19,25 111:13
**Fidelity's** 9:8 13:15 13:25 45:9 58:6 65:4 69:24 84:24 111:6
**Fidelity-1** 4:9 8:15 8:18
**Fidelity-10** 4:13 57:20,23
**Fidelity-11** 4:14 78:14,18
**Fidelity-12** 4:15 82:2,5
**Fidelity-13** 4:15 82:20,23 84:2,11 84:14 85:25 86:24 94:25 95:13,15 99:15

**Fidelity-14** 4:16 83:10,13 84:14 86:5
**Fidelity-15** 4:16 85:11,14 86:6
**Fidelity-16** 4:17 86:13,16,24 99:13 100:14
**Fidelity-17** 4:17 88:24 89:3 90:5 102:1
**Fidelity-18** 4:18 89:11,14
**Fidelity-19** 4:19 90:15,20 91:7,12 91:18 94:1 96:23
**Fidelity-2** 4:9 9:5,8
**Fidelity-20** 4:19 90:17 91:6,15,23 92:1,4,11,23 93:4 93:22 94:4,19
**Fidelity-21** 4:20 98:8,12 100:10
**Fidelity-22** 4:20 101:4,7
**Fidelity-23** 4:21 102:16,20
**Fidelity-24** 4:22 105:7,14 108:18 109:9,24
**Fidelity-25** 4:22 105:9,24
**Fidelity-26** 4:23 105:11 106:7
**Fidelity-3** 4:10 13:22,25
**Fidelity-4** 4:10 17:21,24
**Fidelity-5** 4:11 22:7 22:10
**Fidelity-6** 4:11 33:11,14
**Fidelity-7** 4:12 36:15,18

**Fidelity-8** 4:12 38:10,13
**Fidelity-9** 4:13 42:25 43:3
**Fidelity-12** 84:8
**fides** 40:25
**fight** 50:13
**figure** 61:18
**file** 18:17 32:20 33:9 35:18 46:23 51:25 55:4 57:16 63:9 66:23 68:11 68:12 69:12 78:11 78:20,22 89:4 91:5 93:21,25 94:3 95:23 101:17 108:24 111:9
**filed** 85:18,23 86:2 87:9,22
**files** 12:2 15:25 17:4,6 18:6,6,10 18:13,14 30:3,9 30:10,15,20 32:4 32:7,8,9,9,16,19 33:25 34:19 35:2 35:4,7,15,16 36:6 37:1,4,5,7 38:4,16 38:19,22,25 39:8 39:11,14,16,17,17 40:8,10,13 41:14 42:7 46:23 47:5,7 64:23 65:1,5,8,15 76:1 78:10 98:5 101:14 105:16,17 105:18 106:2,21 109:25
**filing** 59:6 60:20 61:14
**filings** 58:1 59:22 60:16 61:6
**Filippelli** 19:9 21:6 33:16,20
**final** 62:15
**financially** 112:17

**find** 31:17 81:12 96:3
**fine** 17:1
**firm** 106:17
**first** 10:22 16:15 19:18 38:15 39:6 49:6 58:8 72:14 72:15,17 74:5 80:5,13 81:25 83:4,24 84:3,7 97:18 103:1 104:24 105:2
**fiscal** 57:25
**fit** 16:1 61:22
**fits** 62:2 104:4
**five** 9:15 16:14 73:2 74:24 75:4 76:22 106:11 109:6
**flags** 107:14
**flip** 84:18,24 85:5,6 85:9
**Flipping** 84:2
**folks** 15:23 21:12
**follow** 5:24,25 20:4 20:5
**following** 57:10 97:21 106:2
**follows** 5:2 73:3
**foreclose** 11:6
**foregoing** 112:9
**forenoon** 2:8
**forgot** 44:24
**form** 4:13 14:16 25:1,10 28:10 33:2 40:4 41:1,3 42:8 45:13 54:4 57:20,23 58:6 60:17 61:23 69:14 70:6,18 75:5,12 81:18 85:2 88:17 88:18 92:12,24 93:7 95:8 96:11 99:18 106:13 108:5 109:14,17

109:20
**forms** 75:17
**forth** 9:16 61:8 79:6 81:15 112:12
**forward** 12:10 47:18 53:6
**forwarding** 89:9
**four** 3:8 100:11
**fourth** 5:7 18:3
**FOX** 3:11
**frame** 53:10 63:16
**fraud** 10:11,13 29:20 41:25 42:15 81:22
**fraudulent** 10:9
**Fred** 33:15
**front** 30:12 34:24 43:2 86:1 102:5 109:12
**full** 102:23
**fully** 11:7 42:22
**functions** 70:19,23
**funded** 86:4
**funding** 1:8 10:5,8 10:9 13:6 29:24 37:2 81:1 86:19 99:10 100:12 102:22
**funds** 69:4 79:21 79:23 80:25 81:2 81:6,13,22 102:4 102:8 108:3
**further** 11:9 24:13 26:1 37:15 112:9 112:13
**Furthermore** 10:17
**future** 6:16
**FY** 72:16 98:19 101:9
**F-i-l-i-p-p-e-l-l-i** 21:7
**F-17** 89:18

---
G
---
**GARDENS** 1:20

Donna Sullivan

**Gary** 1:10 51:5
  53:8
**Gateway** 3:8
**gather** 30:20 87:16
**gathering** 30:9
**general** 5:8,22 6:6
  18:12 56:20,24
  57:2,7 68:14
**generally** 60:10
  67:17
**getting** 11:4 40:16
  50:3 56:13 67:13
  96:15 99:19 107:6
  108:15
**Gibboni** 21:11,16
  66:2
**give** 58:8 59:25
  61:3,5,15 75:7
  80:10,21 81:4
**given** 7:4 10:14
  12:9 15:24 23:22
  50:11 61:7 71:22
  80:1,6 86:18 87:2
  87:7,16 103:7
**Gives** 74:11
**giving** 70:11 85:16
**go** 18:8 25:25 48:20
  48:24 58:11,15
  59:8 70:20 72:17
  72:18 73:22 79:12
  79:13 81:23
**goes** 21:2 25:14
  26:4,6 44:8 72:15
  73:15 91:25
**going** 6:15,20 25:25
  49:17,24 53:3,6
  55:4 58:2 59:3
  60:13 66:18 68:14
  68:15,23,23 71:9
  72:16 74:22 76:1
  84:8 89:9 94:6,24
  96:3 97:14,22,24
  97:25 98:17
  100:13 102:5,19

102:25 105:23,25
  106:6 107:10,11
  108:7,18
**good** 5:4 7:12 55:7
  65:2
**Goodman** 17:25
**gotten** 52:10
**great** 49:9
**greater** 73:7 74:14
**GRIESER** 1:10
**gross** 73:4,8 102:7
**ground** 5:8
**group** 57:8
**groups** 47:6
**guess** 7:12 15:20
  16:4 19:14 28:23
  29:19 40:2 44:8
  45:14 47:1,2,16
  53:3 54:8 57:13
  63:2 69:6 71:12
  73:12 74:1 80:24
  81:11 92:13 107:2
  107:15 108:8
  109:1 110:13,18
  110:20
**guessing** 97:4
**guide** 20:19
**guideline** 20:7
**guidelines** 20:14,15
  20:17,23 45:9,23
**guilty** 10:9 81:22
**G.J.L** 1:7

**H**

**H** 4:7
**half** 39:3,12
**halfway** 24:12
**hand** 99:5 102:19
  105:23 106:6
**handed** 13:24
  17:23 33:13 36:17
  38:12 78:17 89:13
**handing** 8:17 9:7
  21:5 22:9 57:22
  72:12 82:4,22

83:12 85:13 86:15
  89:2 90:19 98:11
  101:6 105:13
**handled** 7:14,17
  15:25 51:23 53:17
  53:22 63:9 67:2
  87:20
**handling** 17:2 20:7
  37:11 63:10 81:13
  81:22
**Hang** 26:22
**happen** 108:10
**happened** 97:20
  110:20
**happens** 88:12
**happy** 111:2
**hard** 15:20 79:10
**hard-pressed** 81:12
**Hayes** 3:11 6:25
  8:12 24:25 25:23
  26:17,20 27:3,7
  27:10 33:2 39:20
  39:23 40:4 41:1
  41:17 42:8 49:2
  49:14 50:9,13
  54:4,13,18 55:12
  55:23 56:2,10
  58:9,16,21 60:17
  69:13 70:6,18
  75:5,12 81:18
  85:2 88:17 92:12
  92:24 93:8 95:8
  96:11 99:18
  104:14
**hear** 44:4
**heard** 5:16 29:16
**held** 2:5 50:19
  51:11
**hereinbefore**
  112:12
**hierarchy** 16:9
**higher** 10:6 48:15
  48:16,20 53:14
**Hills** 2:6 3:5

**hindsight** 108:8
**hired** 21:21 66:17
**hires** 67:15
**hold** 17:10,12,15,17
  74:7
**holder** 40:19 41:20
**holding** 51:13 81:7
**home** 1:8 10:5,7,8
  13:6 29:24 33:6
  37:2 60:23,23
  61:8 62:14 75:19
  77:14,22 86:19
  99:10 100:12
  102:22
**HOMES** 1:19
**hope** 76:14
**HUD** 101:16
**HUD-1** 4:20 101:4
  101:7 109:10,14
  110:4
**hundred** 76:21
**hypothetical** 53:19

**I**

**idea** 55:7
**identification** 8:16
  9:6 13:23 17:22
  22:8 33:12 36:16
  38:11 43:1 57:21
  78:16 82:3,21
  83:11 85:12 86:14
  89:1,12 90:16,18
  98:10 101:5
  102:18 105:8,10
  105:12
**identified** 14:15,24
  28:3,7 34:9,12
  35:17,21 58:5,18
  59:6,12 60:8
  91:24 92:5,10,23
  94:19,20 108:19
  109:18 110:5
**identifies** 14:10
  105:21
**identify** 12:2,5 13:3

17:19 28:20 42:12
  108:23
**identity** 13:8
**II** 1:11
**illegal** 85:10,10
**impact** 86:12
**impacted** 32:19
**impairs** 81:8
**implies** 54:5 60:18
  95:9
**important** 5:12
**improper** 49:7,10
**inadvertently**
  106:12 108:4
**inappropriate**
  108:6
**include** 25:6 35:8
  99:2
**included** 15:1
  43:23 60:20
**includes** 90:9
**including** 13:7 61:2
  79:20
**income** 67:9 111:15
**inconsistent** 6:14
**incorporated** 60:16
**incorrect** 50:1
**increased** 52:16,18
**indebtedness** 40:19
  41:21
**independent** 15:18
**index** 4:1 43:5
**indicate** 50:4
**indicated** 8:22
  63:22
**indicates** 101:10
**indicating** 34:2
**indication** 107:16
**indicative** 25:20
**indirectly** 49:25
**individual** 23:12
  30:22 47:4 62:5
  62:10
**individuals** 8:23,24

Donna Sullivan

14:9,10,14,19,23
15:1 18:14 21:10
67:24
**inflated** 11:5
**inflating** 11:4
**inform** 96:1
**information** 5:21
5:22 6:7 10:1
14:9,13,17,22
15:2 36:1 54:21
60:23 61:4,6
65:18 68:7 72:5
74:20 82:10 92:21
**informing** 32:24
**inhouse** 54:10 56:1
56:6
**Initial** 14:1
**Innamorato** 36:19
**inquiries** 60:25
**inquiry** 107:8,11
**inside** 23:3
**Insofar** 9:20
**instance** 46:4 80:12
80:24
**instances** 31:13
**institutional** 68:22
**instruct** 88:8
**instructed** 88:7
**instructing** 54:15
**instruction** 26:20
26:23,23 50:10
**instructions** 4:21
79:16 80:2,6,7
81:16 102:16,20
105:5 109:11,14
109:22 110:4,11
110:12,16,21
**instrument** 84:5
86:18
**instruments** 97:23
**insurance** 1:15,16
1:17 3:10,14,15
4:20 10:14 13:4
24:15 27:23 29:2

33:1 36:24 38:17
38:18,19,21 63:21
69:18,20 70:22
71:25 72:1,10
76:12,14 82:17,18
89:7 98:9 101:24
102:3 104:23
108:16 109:23
**insurances** 73:5,6,8
**insure** 33:6 72:5
97:24 108:17
**insured** 42:17
45:10,25 46:8
81:9 91:12 94:13
94:15 98:24 99:9
99:10
**insureds** 91:10
**insurer** 13:9,14
**insuring** 32:9 75:10
84:24 85:6
**intend** 88:23
**intended** 88:15,19
**intending** 87:24
**intent** 88:21
**interaction** 12:6,8
**interest** 42:17
79:17,19 85:16
86:6 87:5,12,25
91:25 92:5 93:5
95:14,16 99:21,24
103:20 104:1,17
104:20
**interested** 15:15
21:18 112:17
**interests** 99:12
**internal** 22:25
**internally** 54:23
**Interrogatories** 4:9
9:5,9
**interrogatory** 9:15
12:4 13:2
**intervening** 80:15
103:13 107:7
**interview** 67:24

68:6
**interviews** 67:17,19
68:9
**investigate** 19:5
30:11 56:18
**investigated** 42:22
**investigation** 20:9
20:11 21:1,2
24:13 33:8,21
34:8,18 36:11
37:12,25 44:3,13
44:14,23 45:11,25
46:2 65:5
**investigations**
15:12 67:14,18
**INVESTMENT**
1:9
**invoice** 4:17 88:24
89:3,7,10 90:7
**involved** 9:20 31:6
53:1 54:1,9,19
55:11,13,18 59:25
66:3 67:25 107:19
107:21
**involvement** 9:23
15:9
**involving** 13:5
24:18 78:19
**issuance** 29:24
**issue** 7:15 10:5
25:15 26:2 27:22
32:25 50:24 55:20
63:22 66:7 68:21
72:3 75:7 93:17
110:14,18 111:7
**issued** 5:22,23,24
9:22 10:21 17:10
22:12 24:16 28:6
28:9,16,21,24,24
29:2,5,6,13,23
30:4,5,17,25 31:2
31:9 35:5,22
38:18,20 42:14
69:5 72:11 73:5

74:4,23 75:2
82:14 90:25 94:18
94:22 95:21 96:2
96:6 100:15,18,25
**issues** 73:18 99:19
**issuing** 24:20 28:2
30:2 70:21 71:17
76:11 79:15
**item** 59:10 60:19
73:2

**J**

**J** 102:6
**jacket** 99:2,8
**JAMES** 1:11
**JANET** 2:3 112:3
**January** 16:16
73:19
**Jeffrey** 17:25
**Jersey** 1:1 2:5,6 3:5
3:9,12,13 17:16
28:3,7 32:24
55:22 67:10 86:20
112:4,20
**job** 56:1
**John** 2:6 3:5
**joined** 66:22
**Judge** 49:23 55:3
**judgment** 104:11
**judgments** 103:12
**Juergensen** 18:15
78:11,20,21 83:14
85:15 86:5,9,9,11
86:11,16 91:16
100:12
**July** 8:8 17:21,24
19:17 66:23 106:9
106:20
**June** 66:22 105:15
105:24 106:9
110:9

**K**

**K** 102:7
**Kane** 1:10 106:13

106:14 108:5
**keep** 29:4 45:24
60:12 68:15 83:9
**keeping** 46:2,7
**Keith** 21:11,13,14
**Ken** 15:6 50:21
51:5,8,25 63:9
66:17,22
**Kennedy** 2:6 3:5
**Kenneth** 9:10
**kept** 32:10
**Kevin** 14:12 17:25
18:22,22,24 21:21
21:22 23:6,6
65:12,24,24 66:10
66:12,14 68:13
77:19
**kind** 20:9,22 45:24
66:18
**knew** 39:7,14 40:19
65:1 69:25 71:7,9
107:10
**know** 5:13 9:12
10:14 11:19 12:1
12:16,18 14:3
15:3,4,4,5,9,10,13
15:15,25 16:1,1
16:13,25 19:3,9
20:6,8,18,20,21
21:12 23:1,1,3,5
23:17,22,24,25,25
24:2,3,10 26:18
27:18,19 28:4,5
28:11,15,19,21,22
29:6,22 30:6,22
31:1,20,25 32:7
32:15 33:19,22
34:5,7,17 35:9
36:7 37:3,6,24
39:6,7,10 40:2,13
40:20 42:19 43:6
43:11 44:20 45:5
45:7,16,18 46:11
47:12 48:22 49:15

**VERITEXT   REPORTING   COMPANY**

Donna Sullivan

50:2,16,23 51:6
51:16 52:1,7,11
52:12,15,23 53:3
53:24 54:16,20,23
54:25 55:3,12,23
57:2,9,17 58:4
59:2,5 62:1 63:11
63:14 64:7,25
65:17 66:21 67:12
68:8,13,16 70:11
70:13,24 71:11,12
71:24 74:6,13
75:18,22 76:9,11
76:13,16 77:17
78:21,23,24 79:1
80:17 82:7,8,14
82:16 85:7,8,22
87:17,19 88:6,23
92:13,15,18,25
94:20,21,23 97:24
98:2 101:12,23
103:8 107:9,15
108:9,20 109:4
**knowing** 70:12
93:4
**knowledge** 20:2
27:1 68:25 108:25
**Koch** 64:19
**Kott** 3:7 7:7,9
14:16 25:10 28:10
41:3 44:4 45:13
50:2,12 54:11
55:6 58:7 59:15
59:23 61:23 88:18
93:7 109:17,19

___

**L**

**L** 5:1,1
**lack** 76:7
**land** 1:15 3:10
79:18,20
**language** 11:1
73:21 74:2
**late** 80:15 107:25
108:1

**Latham** 18:1 36:25
38:14
**law** 55:14
**LAWRENCE** 1:14
**Lawrenceville** 3:13
**laws** 86:20
**lawsuit** 9:18
**leaves** 50:5
**left** 8:6 83:23 90:1
**Legal** 59:10,14
60:5
**legitimate** 11:3
49:20 76:15 85:9
**lender** 31:10,12,13
68:18 70:2,15
71:9 80:1,6,12
81:1 86:4 93:3
99:16 102:9
110:22
**lenders** 30:10 31:8
31:24 32:1,24
33:1 68:22 69:10
**lender's** 69:3 81:14
86:6 87:5,12,25
105:5 109:10
110:11,15
**Lenox** 3:13
**letter** 4:10,11,12,12
4:13,14,22,22,23
10:7,12,15 12:21
17:21,24 18:1,20
21:6,24,25 22:1,5
28:23 30:8,12,21
33:11,14,16 34:8
34:24 36:12,13,15
36:18 37:21 38:10
38:13 39:22,24
42:4,20,25 43:3
64:12 66:7 68:19
69:3,11,16 70:4,9
73:14 78:14,18
90:10 95:22,23
105:7,9,11,14,24
106:7,9,19,25

107:10 109:2
110:9
**letterhead** 21:8,9
22:4
**letters** 5:23 9:22
10:4,19,20 28:6
30:5 31:24 33:23
35:5,8,13,17,22
39:13 40:17 43:16
67:7 71:18 73:11
**let's** 26:4,5 53:20
58:15 59:2 61:5
**level** 53:13
**liability** 29:12
70:16 71:10,11,12
73:5 108:13
**License** 112:21
**lien** 11:6 69:4 79:19
79:22 80:3,4,9,13
80:15 99:23
103:14,15 104:10
104:24 105:2
**liens** 80:5,5 103:11
107:7
**Likewise** 24:18
**limit** 14:19 62:9
87:25
**limited** 1:7 13:8
25:9,24 32:1
44:16
**line** 58:17 86:1,25
101:24 102:7
**Liska** 22:15
**Liske** 22:13,14
**list** 15:1,6 22:22
23:2,3,4,6,7,9,11
31:14 34:6 35:14
35:21,25 36:4,5
105:17,18 106:2
**listed** 14:25 30:21
**lists** 22:24,25 36:6
**litigation** 12:2 17:8
17:11,15,19 18:5
43:10 44:9 45:19

45:20 52:13 58:2
58:5 60:12 61:3
62:11 67:19,21
**little** 72:18 79:13
95:7
**LLP** 3:3,7,11
**loan** 4:20 35:1,4,7
37:1,4 39:8,17
40:8 41:14 86:4
97:24 98:8,13
99:15 101:8,8
102:11 103:10
104:24 109:15,22
110:12
**loans** 13:5 18:16
34:7,9,11 35:23
37:17,19 111:7
**locate** 43:18
**long** 5:15 16:11
37:22 68:16 96:9
111:20
**longer** 27:21 32:25
**look** 18:12,19 30:7
34:6 36:9,11 41:4
59:19 64:13 65:2
72:16 84:4 90:21
92:1 96:23 100:10
109:9,24
**looked** 18:7,9,10
30:3,15 60:7
64:19,24 82:6
**looking** 21:23
34:18 35:24 40:13
86:23 98:4 102:2
**looks** 65:20 73:20
73:20,21 74:9
82:24 86:22 89:15
102:11
**loose** 20:10
**loss** 11:21 12:3
62:23,25 63:3,6
72:9
**losses** 11:25
**lost** 32:12

**lot** 36:6 40:15
96:21 107:22
**lunch** 68:17
**L-i-s-k-e** 22:13
**L.L.C** 1:10

___

**M**

**M** 1:13
**Magnanini** 2:5 3:3
38:14 43:4
**main** 46:23
**major** 16:5 47:23
53:17,22,23 58:2
66:16,18,19 67:1
**majority** 68:22
**making** 40:20
42:23
**malevolent** 88:22
**Management** 1:6,9
1:10 94:15
**manager** 15:8 19:7
19:12 21:17 32:11
52:5 53:5,7,9 57:1
57:5 65:25 77:17
**managers** 15:4
**manner** 88:15
**manual** 19:22,24
20:9,15,23 45:8
45:22
**Maria** 19:9 33:15
**marked** 8:16,17 9:6
9:7 13:23,24
17:22,23 21:5
22:8,9 33:12,13
36:16,17 38:11,12
43:1,2 57:21,22
72:12 78:15,17
82:3,4,21,22 83:7
83:11,12,20 85:12
85:13 86:14,15
88:25 89:2,12,13
90:16,18,19 98:9
98:11 101:5,6
102:17,19 105:8
105:10,12,13,24

VERITEXT REPORTING COMPANY

212-267-6868                              516-608-2400

106:7
**Marra** 23:7 77:19
  77:23
**MAS** 1:2
**matched** 35:18
**matter** 2:2 42:18
  45:19
**matters** 17:15
  106:11
**Maureen** 14:11
  65:12 66:1 77:18
**maximum** 76:21
**McCARTER** 3:7
**mean** 6:1,9,17 15:4
  25:21 32:8 34:11
  35:15 36:2 41:4
  47:13 48:18 70:14
  73:9 79:7,24
  81:11 83:7 95:22
  97:4,13 100:17
  107:16 110:22
**means** 11:15 21:4
  55:14 73:10 80:1
**mediation** 47:18,20
**Mee** 3:3 4:4 5:3
  6:23 7:7 25:14
  26:5,19,22 27:5,9
  27:15 38:6 39:21
  39:22 40:2 49:6
  49:14 50:1,12,14
  50:15 54:15 56:5
  58:9,11,15 59:2
  63:17 64:15
  104:16 109:5
**meeting** 12:5,7,11
  12:13,16
**meetings** 12:22,25
  13:1
**memo** 4:11 22:7,25
  23:19 29:3 30:2
  30:25 31:4,9
  32:22 33:3
**memorandum**
  22:12 25:3,5,19

28:8 29:12,25
30:13,17 31:3
45:23 84:20,21
**memorize** 18:18
**memorized** 61:12
**memos** 23:12 31:15
  32:2,23 33:4
**mentioned** 21:13
  24:19 60:19 64:20
**mere** 49:12
**merger** 63:25
**met** 65:9 93:16
**MICHAEL** 1:13
**million** 73:6,7
**mind** 64:25 110:20
**minor** 47:24 48:2
**minutes** 109:6
**misinformation**
  69:25 70:11,12
  71:8
**missing** 32:4
**mistakenly** 49:20
**moment** 13:16
  26:15 60:1 90:20
**money** 74:23 75:3,6
  81:15 89:6 102:12
**monies** 106:10
**months** 8:7 96:19
  96:22
**morning** 5:4
**mortgage** 4:17 13:5
  35:1 79:19 80:13
  80:19,20 81:8,9
  81:24 82:13 86:8
  86:12,13,16 87:1
  87:3,10,23 88:20
  97:24 98:1 99:13
  99:17,20,22,23
  100:11,18 101:2
  103:16,17,21
  104:1,10,19,19
  105:1,19 110:1,24
**mortgages** 103:11
  106:17

**motion** 55:4
**Move** 93:12
**moved** 31:21
**moves** 32:12
**Mulberry** 3:8
**multiple** 18:16
  46:20,22,24
  107:24
**MURPHY** 1:19

### N

N 3:1 5:1,1,1
**name** 21:18 29:7
  31:12 33:22 36:21
  38:1 53:4 66:5
  78:12
**named** 77:12
**names** 15:16,19
  18:13 22:24 23:1
  23:2,5 37:17
**Nancy** 64:18
**National** 1:8,17
  3:15 10:5,7,8 13:6
  29:24 36:24 37:2
  38:18 86:19 99:10
  100:12 102:22
**Nations** 1:16 3:14
  6:8 7:14,17 9:3,8
  9:14 14:14,20
  21:25 22:6 38:19
  43:6,14,23 63:23
  67:8 76:24 77:5
  111:13
**Nations's** 14:1
**Nations-4** 21:6 30:7
**nationwide** 24:2
**natural** 36:11
**naturally** 36:9
**nature** 20:12 61:13
  104:8
**nearly** 106:16
**necessarily** 28:21
**necessary** 6:17 9:25
  41:15 79:21
**need** 5:12 7:5 26:1

45:20
**needed** 39:18 40:8
  40:9,12 41:19
  94:17
**negligent** 72:8
**neither** 112:13,15
**net** 81:1
**never** 97:5
**new** 1:1,16,17 2:5,6
  3:5,9,12,13,14,15
  17:16 28:3,7
  32:24 36:24 39:12
  55:22 67:10 86:20
  112:4,20
**Newark** 3:9
**newer** 39:9
**nine** 18:9
**normal** 25:18 57:10
**Notary** 2:4 5:2
  112:3,20
**notation** 89:21,22
**notations** 65:4
**note** 65:16
**notes** 2:1 12:17
  65:6,11 109:24
**notice** 4:9 8:15,18
  23:23 58:10,16,17
  64:11 93:10
**November** 9:10
  14:2 42:25 43:3
  72:15,23 83:10,13
  85:11,17 86:13,17
  91:21 103:2
**number** 4:8 8:23
  9:15 12:4 13:2,2
  22:11 25:1,2 32:1
  49:13 50:7,8
  58:19,19,19 59:10
  73:18 74:3 78:20
  78:25 81:16 84:5
  89:4 91:5 93:25
  94:3 101:8,9
  107:17,19,20
**numbers** 34:12

93:21 111:9

### O

O 5:1
**OAKWOOD** 1:7
**object** 14:16 25:10
  40:4 41:1,3 42:8
  45:13 54:4,11
  59:23 60:17 61:23
  69:13 70:6,18
  75:5,12 85:2
  88:17,18 92:12
  93:7 95:8 96:11
  99:18 109:17,20
**objection** 7:10
  12:10 13:12 26:1
  28:10 33:2 41:17
  49:11 54:13 81:18
  92:24 93:8
**objections** 12:11
  24:25
**obligation** 84:16
**obtain** 101:11
**obtained** 36:25
**obtaining** 79:20
**obviously** 16:8
  29:19 30:19 32:18
  41:4,19 42:15
  44:16 47:3 48:19
  67:12 72:8 79:1
  81:21 97:14
  103:16 107:5
**October** 78:19
  82:12,24 84:10,12
  89:3 91:3 92:16
  95:5,17,17 112:22
**offer** 47:20
**offhand** 61:19 62:4
**office** 2:5 7:18
  23:16 31:5,21,22
  32:4,7,17,18 33:6
  38:17,21 56:20
  60:23,23 61:8
  62:14 65:7 67:11
  75:19 77:3,4,14

Donna Sullivan

77:22 88:7,13 95:12 96:14
offices 28:15
official 55:10,14,15
Oh 65:20
okay 5:10 13:21 27:18 33:10 36:14 37:23 42:24 49:4 64:7 69:15 73:25 76:9 78:5 79:5 82:1,19 83:9 88:14 90:14 92:4 101:3 102:13 110:7
once 53:23 67:15 107:25
ones 18:11 30:22 37:20
operating 76:25
operation 67:10
operations 32:8
opportunity 60:5
order 31:17 39:18 82:9,12 87:22,23 88:9,11 93:17 98:25
ordering 96:13
organizational 58:25
organized 86:19
original 39:4
originally 47:6
originated 13:6 37:1
outside 20:19,20 46:10 49:18 54:8 54:19,22,25 55:18 56:3 67:15 70:23 71:4
out-of-pocket 90:9
overall 5:7 11:5 41:25
overlap 6:5
overlaps 5:19

overpayment 106:14
overpayments 106:13 108:5,9
owned 16:21
owners 104:3

**P**

P 3:1,1
package 101:16
page 4:8 9:15 12:4 14:8 18:3,3 34:6 34:24 37:14 59:8 59:11,11,12,18,19 72:14 73:1,20,24 79:5 83:1,5,24 85:22 102:5,22 103:1 104:22
pages 60:7 72:17 93:12
paid 43:19 64:8,10 74:17 102:3,4 106:16 108:16,16 109:14 110:15,19 111:12
Pajonas 34:21,22 65:11
paper 91:1
papers 105:20 106:4
paragraph 10:16 11:8 26:12 27:20 28:1 36:22 37:22 38:15 74:9 81:24 91:18,24 94:7 100:11
paragraphs 79:5 92:2 94:9
parameters 61:8,11 61:16,22 62:2,3 62:12
parenthesis 94:4
Park 28:8 30:24
Parkway 2:6 3:5
part 9:19 10:22

26:6,12 34:24 38:7 43:9 48:5 57:3 61:24 65:4 72:4 73:12,22 76:24 97:10
partially 99:21
participated 55:1
particular 25:3 111:10
particularly 25:3 34:9
parties 10:18 24:19 24:24 31:5 42:22 65:7 67:19 80:19 112:15
parts 58:19
party 10:13 84:14 92:5 93:5 95:14 102:3 104:18,20
passed 97:1
pay 56:19 69:10 73:4 81:7 103:11 109:22
payment 74:6 79:22 89:6,10 90:6 105:21 106:4 106:11 110:2
payments 43:15,15 67:4,6,9,11
pays 69:15
pendency 44:12
pending 5:15 24:13 27:16 29:17 34:15 40:6 44:6 60:4
Pennsylvania 21:16 67:13
people 15:14 19:14 23:3
PEPSNY 1:13,18
percent 73:4,8 74:9 74:24 75:4 76:22 85:16 99:24
percentage 74:8,12
perfectly 49:19

period 23:8 29:9 33:9 40:18 44:18 44:23 53:15
permit 25:2,8,24
permitted 26:21
person 65:22 66:3
persons 9:20
physical 99:5
physically 67:11
PIERSON 1:12
place 6:24 8:13 14:6 25:12 58:13 59:16 60:2 63:18 72:21 75:10 78:6 78:8 97:17 109:7 112:12
plaintiff 1:4 3:6 10:21
Plaintiff's 9:9
planned 49:8
play 56:15 80:23
please 30:10 37:14 105:16,17 106:1 106:10
pled 9:17
point 8:4 15:7 16:17 24:1 37:13 39:20 40:16,24 41:13 44:2,10 45:6,12 46:14 51:3 52:3 53:14 58:9,21 62:17 65:22
policies 5:24 11:19 20:16 24:15,21 27:23 28:2 29:2 29:23 30:4,16 33:1 35:5,8,13,22 43:16,20 64:2 67:6 70:21 71:17 73:9,10,18 74:4 74:23 75:2,7,9,11 76:4,5,6,8,11 102:24

policy 4:20 17:14 17:18 20:23 29:5 29:5 36:12 42:4 45:10,14,15,16,18 45:22,24 47:13 53:25 58:1,23 66:7 69:5,7 70:5 72:3 84:24 85:4 90:12 93:17 94:18 97:25 98:8,13,19 98:22,23,24 99:1 99:4,5,8,9,15 100:2,4,4,15,17 100:18,22,24 102:23 103:4,7 109:15,15,16 110:13,14,23
portion 17:2 59:14 60:6 98:17 103:20 108:3
position 11:12 13:15 26:10 27:2 50:20 51:12,13 52:23 64:19 70:24 77:8 80:13 104:24 105:2
positions 24:23
positive 78:13
positively 62:24 106:22
possess 107:9
possession 17:7,7 30:16 43:7 84:13
possible 32:6 103:6
Possibly 68:13
potentially 47:8
practice 25:18
preclude 26:2 41:25
preferred 93:1
premium 43:15 67:6 73:8 74:6 82:10,15,17 90:10 90:13 108:14

Donna Sullivan

109:23
premiums 43:19
  67:4 73:4
preparation 9:4
  111:5
prepare 7:19 9:2
  71:25 96:10,12
prepared 71:3,9
  84:10 92:9 93:19
  96:24
prepares 93:18
preparing 72:9
present 49:1 96:16
  107:6
presented 70:2
presently 10:2
  37:17
president 21:7 24:6
Press 30:24
presumably 68:12
  101:19 102:11
  108:20
presumption 22:3
Pretend 110:7
previously 7:11
  36:25
primary 56:17
Princeton 3:12
principle 106:18
prior 5:17 6:20
  12:18 24:17 30:2
  30:22 50:19 51:11
  53:7,8 66:19,25
  81:8 89:24 99:14
  103:10,25 112:5
priority 69:4 79:18
  80:4,8 81:8
  103:16
privilege 25:21
  26:1 54:12 59:24
privileged 49:13
  54:21
probably 5:7 11:21
  16:6 29:10 48:18

48:20 53:12 61:17
  64:1 74:17 77:16
  83:21 107:11,16
  107:25 109:5
  110:22
problem 29:7 41:7
  99:23 100:1,1
  108:2
problems 23:13
procedurally 60:10
procedure 20:3
  25:18
procedures 75:13
proceedings 2:2
  59:10,14 60:5
proceeds 103:10
process 9:24 30:9
  48:6 55:1
produce 23:7 97:15
produced 12:17,20
  20:20 23:8 43:6,9
  101:10
profits 111:6
proofs 72:2
properly 30:11
properties 1:7
  15:15 18:4,10,21
  37:16 38:1,20
  43:17,19 67:25
  105:22 107:24
  108:19,20,22
  109:25 110:3,6
property 1:6,8,9
  11:4 13:5 18:5
  24:17 32:9 38:3
  38:17 79:2 82:24
  83:14 85:17 86:7
  87:5,13,25 88:21
  89:23 91:25 92:6
  92:17,19 94:14
  95:14,16 98:14,15
  99:21,24 103:14
  103:21,23 104:1,2
  104:17 106:12

108:4 111:14
proposed 82:16
  91:9,12 94:13,15
protection 10:10
  68:19
prove 99:6
provide 12:7 56:7
  56:11,15
provided 13:4
  35:18
provides 74:10
provision 99:8
proximity 25:18
Public 2:4 112:3,20
publisher 20:20
purchasers 11:3
purely 73:18
purpose 47:10,12
  88:22 93:13
pursuant 14:1
put 5:18 23:4,11
  31:14 35:20 43:12
p.m 111:22
P.O 3:12

──────────

**Q**

question 5:15 6:16
  25:1,11 26:7,10
  27:11,14,16 29:15
  29:17 31:8 34:14
  34:15 40:5,6
  41:13 44:4,6 49:9
  49:9 53:20 54:8
  54:14,16 58:25
  59:3,23 60:4,18
  63:1,8 66:6 69:23
  71:2,6 74:2 84:12
  93:11 95:9 111:3
questioning 25:2,9
  25:22 56:13 58:17
  58:18
questions 6:1 7:2
  25:24 26:2 59:21
  65:17 68:15 109:8
quick 94:24

quickly 59:13
quite 50:7 66:21
quote 64:22

──────────

**R**

R 1:11 3:1,7
raise 24:25 107:13
raised 9:18
randomly 57:18
range 48:23 49:12
  50:4
ranking 16:9
Rarely 80:23
rate 69:17
read 13:16 24:12
  26:7,13,15 27:15
  27:16,20 29:17
  34:15 37:21 38:6
  38:8 40:6 44:5,6
  59:13 60:5 79:7
reading 50:5 79:10
real 13:5 45:19
  77:15 94:24
really 63:7 64:24
  64:25 75:18 82:11
REALTORS 1:18
realty 1:19,19
  107:18
reason 23:2 57:15
recall 16:12,15,25
  18:11,13 21:19
  34:4 35:24,25
  36:3,5 38:2 44:24
  46:19 50:18 62:3
  62:20,21 63:13
  64:4,5,14 65:16
  65:19 68:1,6,11
  78:10 79:3 98:4
  106:16,21
receive 6:12 10:6
  61:7 74:5 81:2,3
  108:14
received 8:16 9:6
  12:21 13:22 17:22
  22:8 33:12 36:16

37:5,7 38:11,22
  43:1,16 57:20
  67:4 74:13 76:17
  78:15 82:3,21
  83:11 85:12 86:14
  88:25 89:12 90:16
  90:18 98:9 101:4
  102:17 105:8,10
  105:12,20,21
  106:3,5,25 110:2
  110:23
receiving 34:8
  39:12 93:3
recess 60:2 78:8
  109:7
recognize 18:1
  34:11
record 5:18 6:24
  8:12,14 14:7
  20:22 25:13 42:16
  58:11,14,15 59:15
  59:17 60:3 63:17
  63:19 78:5,7
  80:13,14 88:8,10
  88:19 92:14 96:15
  97:12 98:6 104:24
  107:3,18,23
recorded 12:23
  38:5 80:15 82:25
  83:3,8,18,24 84:3
  84:4,7,15,17
  85:18 86:3,10,22
  86:22 87:1,3,4,11
  87:21,22 88:15
  91:21 92:20 94:23
  97:8,11 98:7
  99:14,20 100:13
  100:16,17,19
  105:2,19 106:3,18
  107:5,6,25 108:1
  110:2,24
recording 83:22
  85:21 87:15,20
  93:10 95:12 97:23

──────────

VERITEXT REPORTING COMPANY

Donna Sullivan

98:1,6 101:1
107:22
**recordkeeping**
67:12
**records** 68:10,11
80:14 96:8,14,18
**recover** 11:7
**recovering** 42:1
**RECROSS** 4:2
**red** 107:13
**REDIRECT** 4:2
**reference** 52:24
58:22
**referenced** 110:8
111:9
**referencing** 89:23
**referred** 37:20
**referring** 12:14
63:8
**reflect** 92:20
100:25
**reflected** 43:8
**reflects** 101:1
**refused** 110:14,18
**refusing** 25:5
**regard** 23:12 39:5
71:15 85:5
**regarding** 8:24
31:9 61:4 84:24
105:15
**regardless** 40:23
**regards** 5:21 6:7
15:11 17:9 28:17
34:9 35:22 43:17
61:6 65:14 71:3
**region** 19:24 24:11
**regional** 21:14
**regular** 60:24
**regulations** 46:7
**relate** 79:17
**related** 13:3 17:7
**relates** 99:8
**relating** 17:11
**relationship** 65:23

68:3 70:15 71:20
**relative** 112:14,16
**relevant** 38:22
100:8
**relocated** 32:5
**relying** 30:24
**remainder** 72:24
**remains** 31:22
**remember** 5:11
16:16 19:16 44:2
60:4 63:16
**remind** 27:6
**reminding** 27:3
**remit** 73:7 74:8
**remittance** 43:22
89:21
**remittances** 43:25
74:10,14,16,25
75:2 76:19 111:12
**remitted** 67:5 75:8
**remove** 72:1
**rep** 77:17
**repeat** 29:15 34:13
93:24
**repercussions**
29:20
**rephrase** 71:6
**replaced** 73:3
**reply** 106:9
**report** 16:10 28:22
57:4,23 58:1
62:14 84:16 97:6
**reported** 28:20
51:5 57:6,7 61:1
61:13 62:16
**reporter** 2:4 26:8
27:17 29:18 34:16
38:9 40:7 44:7
112:4
**reporting** 58:23
**reports** 15:9 57:1
58:3
**represent** 90:4
**representative** 66:1

**representatives**
36:23
**represented** 102:14
**represents** 79:4
**request** 64:15 69:1
**requested** 23:15
43:22
**requesting** 30:19
**require** 68:18
102:23 110:12
**required** 20:4,4
80:18 84:21 98:24
**requirement** 17:17
**requirements** 72:1
72:2 93:16 94:17
104:23
**requires** 80:12,18
94:12,14
**resembles** 82:9
**reserve** 6:15 46:15
47:11,17,18,19,25
48:6 50:5,16,24
51:6,17 52:8,13
53:2,15,21 54:2,9
54:19 55:9,13,19
57:11,12,16 60:13
60:23 62:18,23,25
63:3,6
**reserved** 53:6
**reserves** 46:16,18
46:20,22,24,25
47:8 48:2 49:1
55:15,22 57:18
**resident** 66:18
**respect** 14:22 31:5
35:16 43:25 45:20
58:23 65:7 69:3
**responded** 19:10
**response** 9:19,25
10:2 12:9 13:11
13:12 21:25 22:1
25:24 39:25 43:24
**responses** 9:9,12
43:24

**responsibilities**
97:10
**responsibility** 72:4
72:7
**responsible** 71:1
**rest** 37:21
**result** 11:10
**results** 72:9 80:3
**retained** 13:9
**retention** 17:13,14
17:18
**retrieved** 14:21
**returned** 83:8
**review** 7:23 8:19
9:10 18:5 31:15
33:16 37:15 56:18
59:13,13 75:23
77:15 94:8 111:4
**reviewed** 9:12 17:5
30:3,15,18,21
38:3 64:11 78:10
78:22 87:19 103:3
106:22
**reviewing** 37:3,6
76:1 78:11
**Rewards** 36:19
**RICHARD** 1:11,11
1:13
**rider** 73:19,23,24
**right** 6:15 14:17
16:10 18:20 25:25
27:8 73:13 75:1
78:11 94:2 96:9
97:12 110:25
**rights** 10:6
**right-hand** 59:9
**risk** 47:16 107:6
**Robert** 1:10 12:12
12:23
**ROLAND** 1:12
**role** 21:20 24:1
56:7,8,17 71:14
71:16,22
**roles** 56:14,15

**ROTHSCHILD**
3:11
**rule** 14:1 49:16
**ruled** 25:4 26:3
**rules** 5:8 47:22
49:23
**run** 95:12 97:22
98:5
**rundown** 97:7,19
**R&R** 83:7,21

_____
         **S**
_____
**S** 3:1 4:7 5:1
**sample** 76:1
**satisfied** 103:9
**saw** 36:3 65:8
**saying** 22:25 32:17
41:9 53:18 69:15
71:5 110:13
**says** 12:5 13:3
22:10,19 24:5,13
33:3 73:1,23
81:13 83:16 84:10
89:5,21 91:19
99:4 103:11
104:23 108:3
**scam** 24:14
**scan** 28:23
**scenarios** 69:8
**schedule** 18:4 43:5
43:8 73:2 93:15
**scheme** 11:5 29:20
**Schlesinger** 33:15
34:25
**scope** 23:24 55:25
58:10 70:23
**scrutinize** 28:2
**scrutinized** 24:20
**seal** 55:4,5
**search** 15:14 43:21
43:21 45:4 96:13
96:16,17,19 97:15
97:25 111:9
**searched** 33:7 96:8
97:17

Donna Sullivan

searchers 15:16
searches 44:18,19
  95:12 97:4,18
  98:6
searching 29:7
SEC 60:16
second 5:6 10:16
  14:8 27:20 28:1
  34:6 36:22 58:12
  80:5 81:24 84:4
  102:22 104:22
secretary 59:20
section 93:12,13,14
  93:15,18,20 103:9
  104:5,23
Securities 1:3 4:21
  11:9,12 13:7
  23:18 24:16,23
  33:15 36:20 38:24
  57:24 58:5 59:6
  60:8 61:22 62:2
  86:17 102:17,21
  102:25 103:4
security 86:18
see 18:15 19:15
  20:14,15 26:4,5,9
  28:24 34:1 38:16
  39:25 40:9 41:4
  41:19 60:8 65:6,6
  66:4 68:10 73:23
  76:18 80:23 83:1
  83:15 84:11 97:7
  106:23
seeing 36:5 68:1,6
  68:11 106:21
seeking 39:1
seen 31:25,25 32:1
  32:2 33:18,22
  44:21 65:4,11
  74:20 92:25
selected 13:9,13,18
  13:19
seller 102:8 106:13
  108:5,9

seller's 102:4
selling 76:12
send 23:12 30:10
sending 107:3
  109:2
senior 16:6 21:7,22
  66:2
sense 92:22 99:6
sent 19:3,16 21:25
  22:1 23:17 38:17
  38:19 41:14 71:9
  83:22 85:20 87:18
  101:15,21,22
  102:25 103:4
sentence 10:22
  11:16,20 27:25
separate 22:5 40:16
  42:11 47:8 56:24
  63:24 64:2,2 79:1
separated 63:2
September 2:7
  33:11,14,19 96:20
service 4:14 5:23
  9:22 10:4,7,12,15
  10:19,20 28:6
  30:4 35:5,8,13,17
  35:21 36:12,13
  42:4,20 43:16
  66:7 67:7 69:3,11
  69:16 70:4,9
  71:18 73:11,13
  78:14,18 90:10
services 13:4
set 9:16 46:12,14
  46:16,18,19 47:6
  47:24 48:2,25
  49:18 50:7,8,16
  50:24 51:6,10,16
  52:7 53:2,21,25
  54:23 55:9,16,22
  57:11,12,16 61:8
  69:19 71:25 76:6
  79:6 81:15 112:12
sets 93:15

setting 47:10 48:6
  54:2,9 55:13,18
  57:17
settle 56:19
settlement 60:14
  101:7 102:2
Sharkey 16:4 17:1
  48:9 49:11 50:19
  61:5
Sharkey's 48:23
  49:19,21 52:23
Shipp 49:23 55:3
short 2:6 3:5 59:3
  109:6
Shorthand 2:4
show 10:20 39:23
showed 87:23
shown 104:25
shows 83:24
side 83:21,23
sign 66:4 80:19
  104:18,20
signed 9:9 14:2
  21:19 72:23 94:22
  104:3
significant 107:4
  107:17
silence 50:14
similar 67:8 69:23
  73:21 74:2
simply 30:23 42:2
singled 78:3
sitting 32:21
situation 65:10
six 12:4
skip 5:8
SKOWRENSKI
  1:11
Smalls 82:23 84:7
  91:19,23,24 92:4
  92:10,15,17,23
  94:13,18,25 95:14
  95:16 97:2
Smith 15:7 52:6

Smith's 53:4
sold 13:7
solely 74:3
somebody 19:8
  48:15 53:11 64:18
  107:8
sorry 22:10 29:14
  37:7 43:20 48:11
  71:19 76:5 93:24
  95:15 105:17
  109:19,21
sounds 12:18 78:12
  107:21
source 20:7 23:1
  24:10 36:7
speak 8:1,24 70:9
speaking 60:10,11
  71:15
specific 10:11
  17:12 35:15 46:11
  50:7 70:19 71:22
  76:18 88:11 99:7
specifically 5:20
  8:25 10:15,23
  15:11 17:9,18
  18:4,11,17 19:17
  19:19 20:15,18
  28:17 31:12 32:22
  32:23 33:5 38:2
  55:3 56:9 64:14
  71:2 79:3 96:24
speculate 26:17,25
  27:4
spell 14:4
split 85:15 87:3
spoke 8:23 19:15
  75:14
spouse 94:13
stamp 83:6,15
  85:23 86:21
Stan 89:4
standing 40:21
standpoint 42:2
stands 26:23

Stanley 1:12 4:18
  89:8,11,16 101:19
  101:21 105:15
  106:7
start 7:13 63:10
started 16:15 23:9
  52:1
starts 59:10
state 2:4 21:15,17
  23:16 24:17 31:5
  31:11,21 32:4,7
  32:10,10 46:9
  62:24 65:7,25,25
  67:10 77:3,17
  106:22 112:4,20
stated 10:15 22:23
  94:16
statement 49:20
  101:8 102:3
states 1:1 9:16
  10:16 11:8 13:12
  14:8 27:21 28:1
  30:8 34:25 36:22
  37:14 38:16 46:7
  68:20 86:18,21
  93:25 100:11
  101:24 102:21,22
  103:1,9 105:16
stating 106:8
statutory 17:17
stay 44:11,15,17,25
  53:24
steals 81:6
stenographic 2:1
stenographically
  112:11
Stephen 36:19
STONE 2:5 3:3
straight 73:15
Street 3:8
strictly 107:21
strike 42:24 84:12
  95:15
structure 16:19

Donna Sullivan

Page 15

| | | | | |
|---|---|---|---|---|
| 51:3 58:25 66:20 | **take** 24:22 26:15 | **thing** 36:8 | **tie** 25:7 111:15 | **titles** 24:18 |
| **subject** 37:16,19 | 30:7 34:5 59:13 | **things** 19:16 55:2 | **tied** 81:24 | **Title's** 101:14 |
| **submit** 55:5 | 68:17 84:4 90:20 | 60:18,25 107:19 | **ties** 49:22 | **today** 6:13,15,21 |
| **subsequent** 34:8 | 100:10 109:9 | **think** 6:25 8:2 10:3 | **time** 15:21 19:7,25 | 7:2,20 8:20 9:11 |
| 36:20 | **taken** 2:3 112:11 | 10:4,25 11:1,20 | 23:8 24:4 29:8,9 | 13:15 26:24 32:21 |
| **subsequently** 13:7 | **takes** 8:13 14:6 | 11:20 12:1 13:17 | 33:9 39:6 40:18 | 33:17 44:9 45:21 |
| 87:22 | 25:12 58:13 59:16 | 13:20 15:24 16:13 | 44:10 45:8,15 | 48:9 49:25 50:9 |
| **substance** 75:18 | 60:2 63:18 78:6,8 | 16:14,24 17:14 | 46:5,14,16,21 | 64:5 78:9 93:1 |
| **successors** 99:11 | 97:17 109:7 | 18:9 19:4,6,9 21:2 | 47:21 50:9 51:2 | 111:5 |
| **suffered** 11:9,13,17 | **talk** 34:22 66:12,14 | 21:3,19,20 22:15 | 51:10 53:10,16 | **Todd** 34:21 65:11 |
| 11:21,25 12:3 | **talked** 5:8 7:5 | 22:17 23:8,9 | 59:13 62:19 63:5 | **told** 19:23 23:6 |
| **suffix** 94:3 | 39:25 | 25:14,20,22 27:9 | 63:16 64:24 66:19 | 75:16 77:23 88:10 |
| **suggest** 44:22 46:5 | **talking** 39:21 | 28:14 29:7 30:23 | 68:13 72:21 75:23 | 88:19 |
| 87:24 88:16 92:9 | **taxes** 107:19 | 31:22 32:3,6 | 84:22,25 85:5,7 | **top** 22:10,19 24:5 |
| 108:6 | **tea** 50:5 | 34:21 35:17 36:21 | 87:11 92:9 94:22 | 37:20 59:9 73:1 |
| **suggesting** 33:5 | **tease** 55:10 | 37:19 39:2,4 | 101:17 112:11 | 83:15 84:9,10 |
| **Sullivan** 1:6 4:3 7:1 | **tell** 21:24 25:25 | 40:15,18 43:24 | **timelines** 46:12 | 89:5,20 93:25 |
| 58:7 60:21 112:6 | 30:18 83:3,18 | 45:1,4 46:1,6 47:5 | **title** 1:15,16,17,18 | 101:8 102:21 |
| **superior** 51:1 52:4 | 84:3 85:18,23 | 47:19,20 48:17,25 | 3:10,14,15 4:15 | **topic** 58:17 |
| **supplemented** 9:25 | 86:1,23 89:5,14 | 50:2,2 51:4 52:2,9 | 4:20 5:23 8:7,9 | **topics** 6:5,7 8:23,25 |
| **supports** 9:17 | 89:20,22 90:21 | 52:25 53:8,12,13 | 12:12 13:4,9,14 | **total** 35:1 38:16 |
| **supposed** 47:1 | 95:3,24 98:12 | 53:24 55:19 56:5 | 13:18,18 15:16 | 74:10 90:6 |
| 80:24 81:2 | 100:21,22 102:2 | 56:10,17 58:18 | 16:7 21:15 24:4 | **track** 29:4 |
| **sure** 10:25 11:15 | 103:3 105:1 | 59:18 61:17 62:13 | 24:15 25:16 27:23 | **transaction** 13:10 |
| 15:5 16:20 18:16 | **telling** 36:4 | 63:8 65:8,24,24 | 28:18 29:23 30:9 | 47:4 78:19 84:18 |
| 18:25 19:5,19 | **ten** 18:10 | 65:25 66:4,17,22 | 33:1 36:24 37:16 | 87:19 107:24 |
| 21:20 22:5,18 | **tenant** 91:20 | 67:8 69:7 70:8 | 37:25 38:17,18,19 | 110:8 |
| 23:10 24:9 29:15 | **tenure** 57:7 | 72:7,16 75:24 | 38:20,23 41:5,6 | **transactions** 31:6 |
| 31:11,12,23 32:1 | **term** 99:3 | 76:21,23 77:2 | 44:18,19 52:24 | 39:15 65:19 79:3 |
| 32:14 34:17 35:7 | **termination** 77:5 | 78:3 82:5,9 88:9 | 57:8 70:5 71:23 | 84:25 85:5,6,9 |
| 35:19 36:7 39:10 | **terms** 10:19 99:2 | 88:12 92:1 93:9 | 71:25 72:14 73:4 | 107:20 111:16 |
| 39:13 48:4 51:20 | 100:4,5,9 | 98:19 99:23 | 73:6 77:10,25,25 | **transcript** 2:1 |
| 53:10 61:18 63:25 | **testified** 5:2 16:3 | 103:15,24 104:4,8 | 78:25 79:17,22 | 112:10 |
| 65:20 66:2 81:20 | 16:24 22:20 43:13 | 104:9,9 107:17 | 82:14 83:16 87:7 | **transfer** 107:18 |
| 82:11 85:1,4 | 43:13 45:7 55:17 | 108:15,23 109:5 | 87:8,9,21 88:24 | **transferred** 37:10 |
| 87:14 97:13 99:7 | 62:17 76:23 78:9 | 111:3,17 | 89:6,10,16 90:23 | 66:24 |
| 106:16 110:19 | 87:2 | **third** 18:3 50:9 | 91:19 92:14 93:19 | **transmittal** 95:23 |
| **surviving** 91:20 | **testify** 112:7 | **THOMAS** 1:12 | 94:17 96:13,24 | **treat** 27:12 |
| **sworn** 5:1 112:6 | **testimony** 5:7,17,19 | **thought** 55:6 | 97:1 98:8 99:16 | **treated** 25:17 |
| **synopsis** 12:7 | 5:20 6:5,13,14,20 | **thousand** 76:21 | 101:24,25 102:3 | **treating** 27:11 |
| **system** 29:8 | 7:4 33:17 64:22 | **three** 14:10 58:19 | 102:23,24 103:4 | **tremendously** |
| | 112:10 | 58:24 59:10 75:16 | 104:23 105:14 | 20:11 |
| **T** | **Thank** 5:5 111:17 | 91:18,24 92:2 | 106:1,8 109:16,23 | **trials** 44:13 |
| **T** 4:7 | **Thanks** 5:14 44:2 | **threw** 53:4 | 110:12,14 | **tried** 111:8 |
| **table** 12:19 | | | | |

Donna Sullivan

trigger 70:3,16
71:10 108:12
triggered 41:11,16
42:3,7,15
true 13:20 112:10
Trust 40:17
truth 112:7,7,8
try 5:25 36:9
104:12
trying 12:1 18:18
19:5 30:20 55:10
turn 104:22
two 21:10 22:24,25
24:22,25 25:2
38:1,24 39:1 53:9
63:2 66:19 74:15
79:6 80:18 81:17
84:15,17,19 91:10
92:2,8 94:8 102:6
109:11
type 20:17 36:8
42:13 108:12,13
typically 42:18
96:5,10

**U**

U 5:1
ultimate 50:5
ultimately 41:23
49:16,23
unapproved 22:22
unaware 13:13
unclear 54:17
undated 73:21
underlying 47:6
underneath 59:14
103:8,10
understand 6:1,9
6:17 8:3 13:17
18:20 26:9 32:11
76:10 81:20 97:14
understanding 7:1
36:23 67:5
underwriter 13:20
underwriting

21:14,15 22:16
32:7,10,20 33:7
75:25,25 76:2
77:11 84:21
Uniform 101:7
UNITED 1:1
unrecorded 39:5
41:8,10 87:16
Unsinn 14:11
un-encumbrance
103:23
updated 97:3
upset 108:15
up-to-date 97:12
Urquhart 51:5,9,11
53:8
usually 48:7,12,14
53:24 82:10 93:15
U-n-s-i-n-n 14:12
U.S 57:24

**V**

V 5:1
valid 39:19 80:4
validity 79:18
81:23
values 11:5
varied 47:21 96:21
varies 20:11
various 28:15
38:23 77:12
105:16 106:17
vary 46:8 96:18
VECCHIO 1:18
venture 109:1
verbatim 65:16
vested 91:19
vice 21:7 24:6
Vince 48:17
Vincent 16:3 48:9
48:25
violate 110:11,15
110:21
violated 109:13,21

violations 100:8
vs 1:5

**W**

WAGNER 3:4 45:2
55:2,8,21,25
wait 54:15 96:10
waiting 96:12
waiving 12:11
13:12
WALKER 3:4
Walsh 1:3 4:21
10:4,6 11:6,9,12
11:16,21,25 12:3
13:7 19:13 21:1
23:18,22 24:16,23
25:4,17 26:11
27:12,23 29:2,6,9
29:12 30:5 31:6,7
31:10 32:16 33:15
33:20 34:2 36:20
38:23 39:1 40:11
40:17 58:4 59:5
60:8 61:21 62:1
70:2 86:17 102:17
102:21,25 103:4
111:15
Walsh's 30:3,15
39:18 44:3,14
46:15 50:17
want 23:4 39:23
47:19 49:2 50:13
59:19 68:16 79:7
83:9 97:25 110:3
wanted 40:9
wants 27:22
wasn't 8:9 18:18
51:4 81:1,15
100:17
Watkins 18:1 36:25
38:14
way 7:12,13 9:19
16:6 23:11 28:12
28:14 50:3 56:11
64:23 87:4 93:1,2

93:4 95:20
week 5:7 95:7,10
weeks 96:18
WEICHERT 1:18
welcome 5:4
111:19
Weller 21:11,13,14
went 8:7,8 19:7
64:19 67:11
weren't 75:10
108:15 110:14,19
we're 6:25 32:9
55:10 60:3 61:7
72:16 97:23,25
111:17
we've 5:8 98:15
whatnot 44:13
William 1:10 22:13
22:14,15
willing 47:20
withdraw 59:3
witness 4:2 27:2
39:24 49:4 55:17
wonder 107:2
wondering 65:3
word 76:8 85:10
work 15:14 45:4
worked 8:3
working 33:24 77:4
wouldn't 10:10
11:6 28:21 40:11
66:25 69:4,5
88:20 93:1 97:1
109:12 110:10
111:2
wrap 109:5
wrapped 65:1
writing 70:21 76:14
written 79:16
wrote 65:11
W-P00220 22:11

**X**

X 4:7
XI00970 112:21

**Y**

Yacker 1:12 4:18
89:4,8,12,16
101:19,21 105:15
106:8 109:3
Yeah 22:17 57:13
69:21 77:2 88:6
90:13 97:13
107:15
year 16:12,16,25
19:6 36:8 39:3,3
39:12 46:19 51:20
51:22 57:25 74:20
75:24 77:16
years 16:14 20:19
38:24 39:1 44:24
53:9 66:22 74:15
74:18 96:22
yesterday 5:20 6:14
7:19,21 8:1,22
12:14 14:15,24
16:3 21:14 22:21
26:23 43:13 49:22
63:20 64:4,16,17
69:24 75:14 76:24
82:6,8
Yorio 19:4,6,12,21
53:11
Yorio's 19:15 20:1
York 1:16,17 3:14
3:15 36:24

**$**

$1,185 102:1
$100,000 75:1
$25 69:16
$50,000 106:16

**0**

013000 72:16
05 52:3 63:10,12
66:23,24
07078 3:5
07102-4056 3:9

Donna Sullivan

**08543-5231** 3:12
**08648-2311** 3:13

---

**1**

**1** 93:15,15
**1(a)** 79:14,24 80:11
**1(b)** 80:21
**10-K** 4:13 57:20,23
  58:6,24 59:6
  61:20
**10/23/96** 4:15 82:20
**10/30/96** 4:14,17
  78:15 88:25
**100** 3:8 99:24
  111:13
**100,000** 74:11,12
  74:14,16,25 75:3
  75:8
**101** 4:20
**102** 4:21
**105** 4:22,22,23
**11** 9:15 21:9,23
  30:8
**11/13/96** 4:16,16,17
  100:13
**11/19/96** 90:3
**11/22/99** 4:13
**110** 111:14
**1108** 101:24
**1185** 89:18
**12** 22:7,13
**120,000** 76:19
**13** 4:10 83:10 85:11
  86:14,17,24 99:15
  103:2
**13th** 83:13 85:17
  95:17
**13004** 73:23
**13005** 73:20
**13006** 72:17 73:1
**13007** 72:17
**13019** 72:16
**14** 85:25 86:24 91:3
**15** 73:7 86:1,24
**15-year** 17:17

**150** 2:6 3:5
**16** 86:24 99:15
  105:15 106:9
  110:9
**17** 4:10 12:4 73:4
  74:9
**18** 58:19 59:12
  89:15 102:2
**19** 13:2 39:24 94:12
**1988** 91:21,22
**1996** 72:15,22
  78:19 82:13,24
  83:11 84:11,12
  85:12,17 86:14,17
  89:4 91:3 95:5
  103:2
**1997** 17:21,24
  20:16,21,23 21:9
  21:23 22:7,14
  31:2,10 33:12,14
  33:19 35:20 63:14
  72:22 82:25 83:25
  85:24 86:23
  105:15,25 106:9
  106:10,20
**1998** 12:12 20:16
  20:23 35:20 67:23
**1999** 36:16,18 37:4
  37:8,10 38:11,13
  39:24 63:11 74:1

---

**2**

**2** 81:4,4
**2:42** 111:21
**20** 36:15,18 43:24
  90:20 94:14 96:23
  96:24 111:11
**20,000** 76:20,22
**2000** 8:6 63:12,15
  76:24
**2001** 45:1
**2002** 8:8 23:9 53:6
**2003** 77:3
**2004** 17:14
**2005** 9:10 14:2

16:13 43:1,3 45:1
  52:1,1 62:22
**2006** 16:15
**2007** 16:15
**2008** 16:22
**2010** 23:10 57:25
**2011** 2:7 112:22
**2013** 112:21
**21** 58:19
**22** 4:11 8:7 9:10
  42:25 43:3 58:19
  109:9,12
**23** 82:24 84:12 95:5
  109:9,12
**23rd** 92:16 95:18
**24** 109:9,18 110:6
**2465** 98:19
**25** 108:18
**2571** 101:10
**26** 38:10,13 58:19
**26(a)1** 14:2
**28** 2:7 14:2 17:21
  17:24 58:20
**29** 82:12 84:11
  91:21,22

---

**3**

**3** 112:21,22
**30** 58:20 78:19 89:3
  102:24 103:4
**30(b)6** 4:9 7:3 8:18
  27:2 58:10,16
**31** 38:18 57:25
**33** 4:11
**36** 4:12
**38** 4:12
**39** 59:8 60:7

---

**4**

**4** 105:24
**4/20/99** 4:12
**4/9/97** 100:13
**40** 59:11
**400** 37:1,3,5
**41** 59:19,19 60:7

**42** 4:13
**420** 102:7

---

**5**

**5** 4:4 33:11,14
**50,000** 107:3
**5231** 3:12
**57** 4:13

---

**6**

**6** 12:12
**6/16/97** 4:22 105:7
**6/4/97** 4:22 105:9
**60** 85:16
**60/40** 85:15 87:3
  103:13 104:25
**622645** 101:9

---

**7**

**7** 106:9
**7/28/97** 4:10
**7/8/97** 4:23 105:11
**75** 34:6 35:1,22
  38:16
**78** 4:14

---

**8**

**8** 4:9
**8/12/97** 4:11
**8/26/99** 4:12
**80** 111:11
**82** 4:15,15
**83** 4:16
**84** 111:9,11
**85** 4:16
**86** 4:17
**88** 4:17
**89** 4:18

---

**9**

**9** 4:9 82:25 83:25
  85:24 86:23
**9/5/97** 4:11
**9:30** 2:7
**90** 4:19,19

**96** 7:17 72:24,24
  74:19 76:17
**97** 19:17 72:24
  74:19 76:17 103:7
**97-cv-3496** 1:2
**98** 4:20 19:18
**99** 73:19
**997** 3:13