A. CICALESE

Page 134

1  recall? I don't think you know.
2      A   I don't remember who they were.
3      Q   Okay. It was an outside paralegal firm?
4      A   Yeah, they were right on the corner of --
5  by the Holiday Inn there in West Long Branch. It
6  was the Holiday Inn at that time I guess in Ocean
7  Port. There was a building there that looks like a
8  prison building with real skinny windows. In that
9  building.
10     Q   Okay.
11     A   In that building.
12     Q   All right. We will see if they are still
13  there. Although you don't know if it was correct,
14  it was just prepared by them?
15     A   I did it with them, yeah, in the office
16  there one day.
17     Q   Okay. And then on page -- what's marked
18  CI-4883 and 4884 these are the closing instructions
19  received by Walsh Securities; are you familiar with
20  these closing instructions?
21     A   Yes.
22     Q   And they were sent to you by Walsh
23  Securities?
24     A   Correct.
25     Q   Okay. And were all closing instructions

Page 135

1  followed on these closings?
2      A   As far as I know they were. I don't know
3  what the two circled documents are. The other ones
4  seem to be checked off.
5      Q   Is that how you would indicate that the
6  closing instructions had been met, with a line like
7  that?
8      A   I think so, yes.
9      Q   So other than the fact that Mr. DiCaro was
10  not at the closing, you think these closing
11  instructions were followed? If you could go --
12     A   Huh?
13     Q   I said, other than the fact that
14  Mr. DiCaro was not at the closing, you think these
15  set of closing instructions for 105 Bigelow were --
16     A   Yes.
17     Q   Thank you. If you could go to the third
18  page of the closing instructions it's CI-4885.
19  There is an appraisal amount to National Home
20  Funding of $857.50.
21     A   Okay.
22     Q   Were you familiar with real estate
23  appraisals in 1997?
24     A   Not really.
25     Q   Did you know how much they cost on

Page 136

1  average?
2      A   No.
3      Q   Is 857.50 high for a real estate
4  appraisal?
5      A   I don't know.
6      Q   I am asking because I am refinancing and
7  it's a hell of a lot less.
8          Okay, Mr. Cicalese, if you go to the next
9  group of documents in this closing, there is
10  documents from Fidelity's records that have been
11  produced and they are Bates stamped FY-4257 to
12  FY-4273 and as you can see they were used as Exhibit
13  29 in Ms. King's deposition. And then there is a --
14  the first document is a deed prepared by Mr. Pepsny.
15     A   Right.
16     Q   And did he usually prepare the deeds for
17  the sale?
18     A   Yes.
19     Q   Okay. And it's from -- deeding the
20  property from Cristo to Mr. DiCaro. And if you skip
21  back, there is a variety of documents and in -- and
22  if you go to page FY-4264, which is the first page
23  of a mortgage and there is -- in the upper left-hand
24  corner there is an R&R; what does that mean?
25     A   I have no idea.

Page 137

1      Q   And then there is a sticker over an
2  address label that says Coastal Title on it; do you
3  see that?
4      A   Yes.
5      Q   When we had deposed Mr. Agel he said that
6  the R&R meant record and return.
7      A   It's possible.
8      Q   So this document was -- was going to be
9  recorded and returned to Coastal Title. And then
10  the question that I had that I was confused about
11  was this -- this transaction, according to the HUD-1
12  and the deed closed January 17th of 1997, correct?
13     A   Uh-huh.
14     Q   And then if you look on page 4257, which
15  is the deed from Cristo to Mr. DiCaro and 4264,
16  which is the mortgage, both of these it says, are
17  recorded by the Register's Office Essex County, New
18  Jersey on May 5th of 1997. And so my question was:
19  Do you know why it took from the middle of January
20  until the beginning of May, I guess three plus
21  months to record the deed and mortgage on a
22  transaction that had closed in January?
23     A   No, I do not.
24     Q   And do you know why it was the -- the
25  documents were filed by Coastal Title and not

A. CICALESE

Page 138

1  yourself or Ms. King on your behalf?
2      A   No, I do not.
3      Q   Do you recall if this was one of the deeds
4  you spoke to Ms. King about?
5      A   I never looked at the particular deeds,
6  which ones they were or anything like that. She
7  just told me that she was changing -- yeah, she was
8  backdating them or postdating, you know, and I told
9  her to stop.
10     Q   Okay. And then --
11     A   This would have closed before Lori though.
12     Q   Well, if you could go to the -- to the
13  last page of the mortgage, which is FY-4273 and it
14  says beneath Mr. DiCaro's signatures, you see there
15  is a variety of notary signatures?
16     A   Which page was that?
17     Q   The last page in the mortgage is FY-4273.
18     A   Yeah.
19     Q   And the notary that's notarizing this
20  mortgage is Suzanne Grieser.
21     A   Uh-huh.
22     Q   And Mr. D'Apolito had testified that he
23  was at a closing at Capital Assets that you were at
24  in which they used Mrs. Grieser's notary to notarize
25  these documents.

Page 139

1      A   Right.
2      Q   Do you recall, was Mrs. Grieser at that
3  closing?
4      A   No, she wasn't. They took the papers out
5  and came back with them.
6      Q   Did you ever meet Mrs. Grieser?
7      A   No.
8      Q   Okay. That confirmed what D'Apolito said.
9          MR. MAGNANINI:  Okay, Cicalese 15. Amy,
10  it's what we have marked as Cicalese 16.
11         (Thereupon, the said document was marked
12  for identification as Plaintiff's Exhibit Number
13  15.)
14  BY MR. MAGNANINI:
15     Q   Mr. Cicalese, I'd ask you to take a look
16  at what we have marked as Cicalese Exhibit 15, which
17  is documents related to the sale of 608 Third Avenue
18  in Asbury Park to a Michelle Moreia.
19         Again, as you see, I think a majority of
20  the documents came from your files and they are
21  Bates stamped CI-1451 and they are kind of spread
22  out through CI-1524 is the last page of the HUD-1.
23     A   Uh-huh.
24     Q   And then if you could look at CI-1451
25  paragraph three.

Page 140

1      A   Uh-huh.
2      Q   It says that the -- the property is owned
3  by Cristo Property Management. And if you look back
4  through these documents, if you go back to the third
5  group of documents, which are -- are not Bates
6  stamped, but they are a deed from Crown Bank and
7  Federal Home Mortgage Company transferring the
8  property from Crown Bank to Federal Home Loan
9  Mortgage Corporation as of May 13th, 1997.
10     A   Right.
11     Q   So from this deed at least it's clear that
12  Cristo did not own the property on March 23rd, 1997,
13  when the title commitment was given.
14     A   Correct.
15     Q   So -- and then if you go to the next deed,
16  it appears then that the Federal Home Loan Mortgage
17  Corporation sells the property to Cristo Property
18  Management, LTD on May 23rd, 1997?
19     A   (Nods head.)
20     Q   Do you agree with that?
21     A   Yes.
22     Q   And then going back to the title
23  commitment, if you look at the Schedule B and you
24  look through the requirements of Schedule B is --
25  Schedule B on this title commitment is incorrect,

Page 141

1  because it does not indicate that the deed from
2  Crown Bank to the Federal Home Loan Mortgage
3  Corporation and the deed from Federal Home Loan
4  Mortgage Corporation to Cristo property needed to be
5  recorded prior to the issuance of title.
6      A   Correct.
7      Q   Okay. Yeah, the only thing that this
8  shows is that a deed from Cristo to Michelle Moreia
9  needs to be recorded, correct?
10     A   Correct.
11     Q   And then --
12         MS. TALAN:  Can I put an objection on the
13  record that he is not the creator of the
14  document, so objection to the question.
15         MR. MAGNANINI:  Okay. That's fine.
16  BY MR. MAGNANINI:
17     Q   Mr. Cicalese, if you look at the second
18  document in this pack, which is Bates stamped
19  CI-1448 and 1449.
20     A   Uh-huh.
21     Q   Can you tell me what that is?
22     A   It's a closing protection letter.
23     Q   Okay. What was the purpose of a closing
24  protection letter?
25     A   Good question. At the time I didn't even

A. CICALESE

Page 142

1  know.
2  Q  You didn't know at the time you were
3  receiving them?
4  A  No.
5  Q  It was something that was required by the
6  lender though, was it not?
7  A  Yes.
8  Q  Okay. And then if you look on the first
9  page it says that, "The title insurance company" and
10 you can read that paragraph, "will protect the --
11 the mortgage bank against number one, the failure of
12 the issuing agent or attorney to comply with the
13 written closing instructions, to the extent that
14 they relate to the title to set interest in land or
15 interest in land, including the obtaining of
16 documents and a disbursement of funds necessary to
17 establish such title of lien", or it says in
18 parentheses little B, "the collection and payment of
19 funds due to you or fraud or misapplication by
20 the issuing agent or attorney in handling your funds
21 in connection with the matters set forth in the
22 numbered paragraph one above". Do you see that?
23 A  Yes.
24 Q  So the purpose of the closing protection
25 letter was to protect the lender against either

Page 143

1  failure to follow closing instructions or the fraud
2  or misapplication of funds in conjunction with these
3  transactions, correct?
4  A  Correct.
5  Q  And so wouldn't you agree that there were
6  a number of frauds and misapplication of funds in
7  conjunction with these transactions?
8  A  Yes.
9  Q  And then if you can flip back to the --
10 the last little group of documents, which is the
11 HUD-1 --
12 A  Uh-huh.
13 Q  -- which is Bates stamp CI-1523 and 1524.
14 This is the HUD-1 with Michelle Moreia. Do you
15 recall -- you mentioned earlier that there were a
16 couple of properties that you found out that had
17 closed and Mr. Kane nor his companies did not yet
18 own the properties; do you recall if this was one of
19 those properties?
20 A  I don't.
21 Q  Okay. Do you know, how did they close on
22 the property on April 30th when Cristo didn't own it
23 until May 23rd, 1997?
24 A  No, I really don't.
25 Q  Okay.

Page 144

1  A  They just pushed everything through and
2  did it.
3  Q  And got it done?
4  A  (Nods head.)
5  Q  Did they ever, by "they" I mean Mr. Kane
6  or Mr. Grieser, have a discussion with you about the
7  need to close properties quickly?
8  A  All the time.
9  Q  And did they tell you why they needed that
10 done?
11 A  No.
12 Q  Okay. It was their desire to get as many
13 properties closed as soon as possible?
14 A  It seemed that way and I remember Gary
15 constantly telling me that Bill needed money for,
16 you know, for something and Bill needs money and
17 Bill needs money. And I didn't know what it was for
18 but, you know, they just -- that's really why they
19 took the first set away because I was taking my
20 sweet time doing it and the funds were sitting in
21 the account probably a month --
22 Q  Okay.
23 A  -- before I actually did the paperwork.
24    (Thereupon, Mr. Kott enters the room and
25 the following proceedings were had:)

Page 145

1  BY MR. MAGNANINI:
2  Q  All right. And that probably explains
3  why, in going through the loans, we saw you closed
4  some in January and then Mr. Yacker closed a number
5  in January and I think you closed two loans in
6  February.
7  A  Correct.
8  Q  And then you started closing again in
9  March.
10 A  Correct.
11 Q  Okay.
12    MR. MAGNANINI:  And then, Diana, if you
13 would -- Cicalese 16.
14    (Thereupon, the said document was marked
15 for identification as Plaintiff's Exhibit Number
16 16.)
17 BY MR. MAGNANINI:
18 Q  Mr. Cicalese, I'll show you another set of
19 documents related to 1 Passaic Street in Carteret
20 and it's a sale to Bonnie Wright. And then I'd ask
21 you just to go through these documents. As you see
22 it's a group of documents. One is a trust account
23 for Mr. Kane's records. Then there is a group of
24 deeds. There is a HUD-1 Bates stamped CI-3171 and
25 CI-3172 from your records. And then a group of --

37  (Pages 142 to 145)

A. CICALESE

Page 146

1  of your checks CI-3154 through CI-3159.
2      A  Okay.
3      Q  And then if you look at the HUD-1 the sale
4  is dated May 23rd, 1997.
5      A  Okay.
6      Q  And then if you look at the deed packet
7  EMC Mortgage Corporation doesn't sell the property
8  to Cristo Property Management, LTD until June 23rd,
9  1997.
10     Is this one of the properties that you had
11  discussed earlier that you had told Ms. King to stop
12  predating or postdating mortgages and just --
13     A  I have no idea which deeds were in that
14  pile and which weren't.
15     Q  Okay.  So this was -- this looks to be
16  another one that -- that Cristo sold before they
17  purchased.
18     A  Yeah.
19     Q  Okay.  And then the other confusion that I
20  popped up with this was the same thing.  If you
21  could go to the HUD-1, which is CI-3172, the second
22  page of it.
23     A  Okay.
24     Q  And you see again in the recording fees it
25  has $150 and then when you look at the checks and on

Page 147

1  page CI-3159 the ins and outs sheet, the fees are
2  $79 again.  So is the amount listed on the HUD-1
3  incorrect?
4      A  I would imagine so.
5      Q  And then if you could go to the attorney
6  trust account form, which is the first page of the
7  exhibit, you'll see there's a $79 recording fee
8  that is voided and then a $55 recording fee that's
9  issued and a $24 recording fee that's issued.
10     A  Right.
11     Q  And then why was that done?
12     A  I don't know.
13     Q  And then one last question on this:  On
14  the ins and outs sheets is that your handwriting,
15  the CI-3159?
16     A  It might be.
17     Q  If you see down at the bottom there is 18K
18  Gary; that's Mr. Grieser?
19     A  Right.
20     Q  12K Bill; that's Bill Kane?
21     A  Right.
22     Q  And then balance to Rick; it says
23  5,5265.41.
24     A  Right.
25     Q  And if you go back to the previous page,

Page 148

1  CI-3158, there is a check in that amount, check 1560
2  from your account to Mr. Pepsny's account.
3      I believe Mr. Pepsny testified that that
4  was him receiving money to pay for the property.  Do
5  you recall ever getting an instruction from Mr. Kane
6  or Mr. Grieser to send a check or a certain amount
7  to Mr. Pepsny so he could buy the property?
8      A  It wasn't that -- they were just telling
9  me to send him a check.
10     Q  They wouldn't tell you what it was for?
11     A  No.
12     Q  It's much larger than his --
13     A  Closing fee.
14     Q  -- his closing fee.  Okay.
15     A  I didn't know whether Bill owed him money
16  or whatever.  I was just paying it out of there.
17     Q  He instructed you to disburse it.  All
18  right.
19         MR. MAGNANINI:  And then, Amy, the next
20  one will be what we have as Exhibit 21.
21         (Thereupon, the said document was marked
22  for identification as Plaintiff's Exhibit Number
23  17.)
24  BY MR. MAGNANINI:
25     Q  Mr. Cicalese, I'd ask you to take a look

Page 149

1  at what we have marked as Cicalese Number 17, which
2  is a document Bates stamped CI-7061 dated July 16th,
3  1997, which was after the point in which the frauds
4  had been made --
5      A  Right.
6      Q  -- public on your letterhead.  I believe
7  that's your signature --
8      A  Yes.
9      Q  -- to Sally at Coastal Title Agency.  And
10  so --
11     A  Lori worked with me for a while after.  We
12  just tried to operate on whatever I had, you know?
13     Q  Okay.
14     A  And she was trying to clean up a lot of
15  the work, which I guess she knew was wrong.
16     Q  Okay.
17     A  And, I guess, you know, she worked with me
18  until that was pretty much done.  Then I had no more
19  work and I had to let her go and I closed up the
20  office up there and went bye-bye.
21     Q  Okay.  So at some point were you paying
22  Ms. King?
23     A  Yeah, afterwards.
24     Q  When did Mr. Kane or Mr. Grieser or
25  either/or stop paying Ms. King?

38 (Pages 146 to 149)

A. CICALESE

Page 150

1    A   To my knowledge after all this happened,
2  you know, after everything was shut down.
3    Q   Once there were no more closings --
4    A   Right.
5    Q   -- there was no more money to pay her?
6    A   Right.
7    Q   But you kept her on to try and clean up
8  the problems?
9    A   She said I am out of work. If you let me
10  go, you know, she was telling me I had a kid to
11  feed. I said I will keep you as long as I can. I
12  said I have a few other things that we can do in the
13  meantime. I said, it's not a lot. I said, we'll
14  clean up whatever mess we can get cleaned up here,
15  and try to do the right thing, and try and get this
16  straightened out as we can and we will go as far as
17  we can. You know, we worked until I couldn't pay
18  her anymore and I had no more work and that was
19  that.
20    Q   And that was it. As I said we deposed
21  Mr. Agel and he had said that he had stopped doing
22  work with you in June, but we have seen
23  correspondence, you requesting documents on -- that
24  had been requested by Walsh Securities; do you
25  recall if you received title policies or commitments

Page 151

1  or any information from Coastal after this was all
2  public?
3    A   I don't recall but I don't think we did.
4    Q   Okay.
5    A   I couldn't say with 100 percent certainty,
6  but I don't believe we did at that point.
7    Q   And then when do you think that you
8  stopped operating your law offices?
9    A   Probably it was -- I remember -- I
10  remember sending something to Lori for Christmas
11  that year. I gave her some money and a few things
12  and she was making these dolls, trying to sell dolls
13  and things to make it and I bought a couple of dolls
14  off of her, so it had to be maybe October, November,
15  somewhere around there.
16    Q   November of 1997?
17    A   Yeah.
18    Q   Okay. I will show you one more,
19  Mr. Cicalese, Exhibit 19.
20      (Thereupon, the said document was marked
21  for identification as Plaintiff Exhibit Number 18.)
22  BY MR. MAGNANINI:
23    Q   Mr. Cicalese, this is a letter certified
24  mail. It's actually -- it's tough to read up top,
25  but I will tell you it's from the Monmouth County

Page 152

1  Housing Agency to Capital Assets, and as you see at
2  the bottom it's Bates stamped CI-7062. Do you know
3  why this letter was in your files?
4    A   I have never seen it before.
5    Q   Okay. And do you know what -- what the
6  purpose of this letter was?
7    A   It appears that they were questioning the
8  title on these properties.
9    Q   Were you aware that Capital Assets was
10  receiving rental assistance programs for apparently
11  renters in some of its properties?
12    A   No.
13    Q   Did you have any involvement with any
14  litigation involving any of the renters of Capital
15  Assets properties?
16    A   I did some landlord/tenant stuff for Gary
17  at some point.
18    Q   When was that?
19    A   It was during this process. You know,
20  during these months he had me -- there was a --
21  there was some people in some of the properties I
22  guess that were being actually rented and they
23  weren't paying rent or whatever and I had to go to
24  court a couple of times for them.
25    Q   Okay. And then do you recall who the

Page 153

1  individuals were?
2    A   No.
3    Q   Do you recall which properties they were?
4    A   No, but I think one of them was in
5  Freehold, if I am not mistaken. All of the
6  litigation was in Freehold but...
7    Q   That's where the Monmouth County court --
8    A   Yeah. But I think one of the apartments
9  might have been -- there is an apartment building on
10  Adelphia Road, there is a bend and you come to a
11  Mobil station; are you familiar with the area there?
12    Q   A little bit, yeah.
13    A   And the road sort of bends around to the
14  left and there is an apartment complex there. I
15  think one of the apartments might have been in
16  there.
17    Q   Oh, so it was an apartment in a complex --
18    A   Yeah.
19    Q   -- not one of these individual homes?
20    A   Yes.
21    Q   And how were you compensated for that
22  work?
23    A   I think -- I think Gary just paid me for
24  it. I don't remember.
25    Q   Okay. But it was landlord/tenant court?

39 (Pages 150 to 153)

A. CICALESE

Page 154

1    A   Yeah, yeah.
2    Q   Down at the bottom on this document, under
3  the signature of Mr. Phil Siciliano, there is that
4  handwriting there that says joint venture agreement;
5  do you recognize that handwriting?
6    A   No.
7    Q   Okay.
8        MR. MAGNANINI:  Is David back?  Why don't
9    we take a break and I'll -- I think I am almost
10   done and then we can turn it over to you.
11       MR. KOTT:  I am back, Bob.  So...
12       MR. MAGNANINI:  Okay.  That's good, I'm
13   through all the paper, so let me just check my
14   notes and we will go back on the record in
15   five.
16       THE VIDEOGRAPHER:  The time is 16:35.
17   Going off the record.
18       (Thereupon, a recess was taken at 2:39
19   p.m. - 2:52 p.m., after which the following
20   proceedings were had:)
21       THE VIDEOGRAPHER:  The time is 16:52.  We
22   are back on the record.
23  BY MR. MAGNANINI:
24   Q   Mr. Cicalese, a few follow-up questions
25  and I will leave you alone for the moment.

Page 155

1        If you could go back to what we marked as
2  Cicalese Exhibit 14, which was the -- the Louis
3  DiCaro loan of 105 Bigelow Street.  If you can look
4  at the closing instructions by Walsh Securities,
5  which is the second set of documents.  It was
6  CI-4883 to CI-4885.  On the last page CI-4885 it
7  says -- there is a line for settlement agent's
8  signature.
9    A   Right.
10   Q   Do you see that and your name is beneath
11  that as settlement agent Anthony Cicalese.
12   A   Uh-huh.
13   Q   But that is not your signature, correct?
14   A   No, it is not.
15   Q   Do you know how it came to be that
16  Mr. DiCaro or someone signing for him signed the
17  closing instructions as the settlement agent?
18   A   No, I don't.
19   Q   Okay.  And then earlier you had
20  testified -- that's okay.  We are -- okay.  When you
21  are done.
22   A   Okay.
23   Q   Just an oddity.  Another in a long line.
24       Earlier you had testified that you had --
25  at some point, when you became involved with these

Page 156

1  transactions, called Walsh Securities and was
2  referred to Betty Ann Demola, correct?
3    A   Right.
4    Q   Who did you speak to initially at Walsh
5  Securities?
6    A   I don't know.
7    Q   And do you know why you ended up speaking
8  to Ms. Demola?
9    A   No, I was just transferred around to her.
10   Q   Okay.  And then you said the substance of
11  your conversation was you were -- well, I will just
12  ask you:  What was the substance of your
13  conversation?
14   A   Basically, I was a little concerned that
15  at the closings they were -- they were basically
16  selling off 60 percent of the property to Capital
17  Assets, and there was no paperwork indicating that
18  sale to Walsh, who was the lender who had an
19  interest, you know, now in only 40 percent of a
20  property that they had an interest in 100 percent of
21  before and they told me they were okay with that
22  and...
23   Q   And Ms. Demola said that?
24   A   Yeah.
25   Q   Did Walsh Securities receive copies of the

Page 157

1  joint ventures agreements or joint venture deeds as
2  far as you know?
3    A   I don't believe so.
4    Q   And did you tell Ms. Demola that, on that
5  phone call, that Mr. Kane was purchasing properties
6  and then --
7    A   No, I didn't.
8    Q   -- and then selling them before he
9  purchased them?
10   A   I was unaware at that time that was
11  happening.
12   Q   Did you tell Ms. Demola that -- that the
13  deeds were not being filed, they were being held and
14  they were being predated or postdated?
15   A   That phone call was long before I knew
16  anything about that.
17   Q   Did you tell Ms. Demola that you had
18  received $20,000 to hold in escrow and that there
19  wasn't actual escrow amounts for each individual
20  sale?
21   A   No, I did not.
22   Q   Okay.  Did you tell Ms. Demola how the
23  money was being divided up --
24   A   No.
25   Q   -- from the closing?

VERITEXT REPORTING COMPANY

212-267-6868                              516-608-2400
                                    2fe60d8d-e08b-43a2-97d9-f615da60d153

A. CICALESE

Page 158

1    A   The gist of the conversation was just that
2  I wanted to make sure that they were aware of them
3  giving away 60 percent of the property to Capital
4  Assets, and she said they were okay with that and it
5  was that. I probably should have written a letter,
6  you know, but I didn't and that's all there was to
7  it.
8        It was really for my own -- to make myself
9  feel better about, you know, that I brought it to
10 their attention, because I was really worried about
11 it at the time. You know, had she said at the time
12 oh, wait a minute, I don't know about that that
13 would have been the last one that I did right then
14 and there, you know, but they gave me every
15 indication that they were fine with the way these
16 transactions were being transferred.
17    Q   And did you speak to anyone else at Walsh
18 Securities about your concerns?
19    A   No.
20    Q   Anybody in the legal department?
21    A   No.
22    Q   Or anybody else?
23    A   (Shakes head.)
24    Q   And when do you think this phone call
25 occurred? You started --

Page 159

1    A   It was probably fairly early on into this
2  thing for me.
3    Q   So you did a few closings in January and
4  then started doing regularly in March.
5    A   It was probably in March or, you know,
6  April that...
7    Q   And did you ever meet Ms. Demola
8  subsequent to that conversation?
9    A   I think I met her when we went to that
10 little meeting just briefly. Hi, this is Betty Ann.
11 Hi, Betty Ann, and then I was off on my little tour
12 and they did their business.
13    Q   Okay. Did you ever talk to her about the
14 joint venture concerns at that meeting?
15    A   No.
16    Q   And did you ever speak to anybody at Walsh
17 Securities about your joint venture concerns when
18 you were at Walsh Securities?
19    A   No, but afterwards I know -- after I made
20 the phone call, I do remember that I think it was
21 Bill that asked me not to call.
22    Q   To call --
23    A   He said, if you have any questions just
24 ask me. He says, you know...
25    Q   How do you know -- did he tell you how you

Page 160

1  knew or he knew that you had called Walsh
2  Securities?
3    A   No.
4        MR. MAGNANINI: I don't have anything
5  further at this time. Somebody on that end
6  will start.
7              CROSS-EXAMINATION
8  BY MR. KOTT:
9    Q   Mr. Cicalese, my name is David Kott and
10 again, I represent the defendant, Commonwealth Land
11 Title Insurance Company and I have a few questions
12 for you.
13    A   Sure.
14    Q   With respect to your conversation with
15 Ms. Demola where you informed her that there was a
16 sale of 60 percent of the property, you said at one
17 point that you were really worried about that and
18 that's why you spoke to Ms. Demola. Why were you
19 really worried about that?
20    A   Well, it didn't sit right with me that the
21 bank was loaning money on a piece of property to an
22 individual and that individual was there for -- you
23 know, was selling off an interest of it, without any
24 notification to the lender who held a note on that
25 piece of property.

Page 161

1    Q   Are you familiar with a clause called a
2  due on sale clause?
3    A   No, no, I am not.
4    Q   What I am referring to is a clause in a
5  mortgage that says that if the borrower sells the
6  property the mortgage is fully payable at that time.
7    A   Okay.
8    Q   Does that sound familiar to you or not?
9    A   Yeah, I have seen them. I just, you know,
10 I didn't know if it pertained in this particular
11 instance. I didn't see the actual note.
12    Q   Right. At any point did Ms. Demola say to
13 you that if there was this sale of 60 percent that
14 you told her about, that the mortgage would become
15 payable in its entirety?
16    A   No, she didn't.
17    Q   You also said very early in your
18 deposition that something was happening at the
19 closings that did not sit right with you; is that
20 what you are referring to, the 60 percent sale?
21    A   Yes, that and the fact that the, you know,
22 the people weren't coming in in the beginning and
23 they weren't there at the closing. They were
24 handing me documents that were already signed and
25 they expected me to notarize them, things like that.

VERITEXT REPORTING COMPANY

212-267-6868                                    516-608-2400
2fe60d8d-e08b-43a2-97d9-f615da60d153

A. CICALESE

Page 162

1   Q   Okay. Did you tell Ms. Demola those
2   things, that people were not coming in and the other
3   things you mentioned in that last answer?
4   A   No, the gist of my conversation with her
5   was just really the fact that they were flipping
6   away part of the interest in the properties, and I
7   wanted to make sure that they were aware of it and
8   she said they were and I said okay.
9   Q   Okay. With respect to your conversation
10  with Mr. Kane, after you spoke to Ms. Demola, was it
11  your impression that Mr. Kane was aware that you had
12  called Ms. Demola?
13  A   Yes.
14  Q   And I think you said you didn't --
15  withdrawn.
16      Did you tell Mr. Kane that you had called
17  Ms. Demola?
18  A   At some point I did.
19  Q   Or did he find out --
20  A   I don't remember whether it was --
21  Q   Did Mr. Kane --
22  A   -- whether I just came out and told him I
23  was going to call her or whether I told him I was
24  going to call her, but I don't know whether -- I
25  don't really remember how it came about that

Page 163

1   Mr. Kane was aware of the conversation.
2   Q   And that's my question: Do you know
3   whether Mr. Kane became aware of the conversation
4   because Ms. Demola told him about it?
5   A   I can't recall. I may have told Mr. Kane
6   that I was going to call. I don't even remember.
7   It's been so long.
8   Q   Well, if you had told him you were going
9   to call he would have said to you you don't need to
10  call just ask me, right?
11  A   Probably, knowing Bill.
12  Q   Okay. So we can eliminate you telling
13  Mr. Kane about that. So my question is: Did
14  Mr. Kane learn that you had called Ms. Demola from
15  someone other than you?
16  A   I don't remember. I don't remember
17  whether I told him I called her or whether she told
18  him I called her. I really don't remember.
19  Q   Okay. You had also testified about Lori,
20  and I think that was Lori King, telling you that
21  Kane had filled out the loan applications.
22  A   Yes.
23  Q   Did Lori also tell you that Kane had
24  filled out the loan applications while he was
25  working for National Home Funding?

Page 164

1   A   No, I didn't know he worked for National
2   Home Funding.
3   Q   Okay. You never heard that until I just
4   asked it?
5   A   Right.
6   Q   At any point after the frauds became
7   public, did you speak to Ms. Demola?
8   A   No. I only spoke -- the only time I spoke
9   to Ms. Demola was that time on the telephone and
10  then when I was introduced to her, when we made the
11  little trip up there, you know, to the office that
12  time I was briefly introduced to her. I said hello
13  and then I was off on my little tour and -- while
14  they went about their business.
15  Q   At any point after the frauds became
16  public, did you speak to anybody from Walsh
17  Securities?
18  A   No, not that I remember.
19  Q   When you spoke with Ms. Demola and told
20  her about the flip to the 60 percent, you know what
21  I am referring to?
22  A   Uh-huh.
23  Q   Did you tell her who was the 60 percent,
24  that is, who were the partners in the joint venture?
25  A   I think I mentioned that it was to Capital

Page 165

1   Assets.
2   Q   Right. Did you tell her who Capital
3   Assets was?
4   A   I really couldn't say with 100 percent
5   certainty. Everything has been so long ago.
6   Q   Did Ms. Demola ask you who owned Capital
7   Assets?
8   A   No.
9   Q   And you -- you talked about a -- being in
10  a party. What was the party you were at?
11  A   I think it was a Christmas party.
12  Q   And who was the host or hostess?
13  A   I believe it was -- I think it was like a
14  joint party between -- between Gary's company and
15  Bill's.
16  Q   Okay. And where was that party? Was it
17  at local restaurant?
18  A   I really can't remember. It was somewhere
19  down the shore.
20  Q   Can you remember -- can you remember
21  whether it was at a restaurant or tavern called
22  Money Makers?
23  A   No, I can't remember. That name is not
24  familiar though.
25  Q   Do you remember whether -- do you remember

A. CICALESE

Page 166

1  whether Mr. Skowrenski from National Home Funding
2  was at that party?
3      A   I believe he was.
4      Q   And do you remember whether Mr. Kane was
5  at that party?
6      A   Yeah, I am sure he was.
7      Q   And do you remember whether anybody from
8  Walsh Securities was at that party?
9      A   No, I wouldn't have known them at the
10 time.
11      MR. KOTT:  Thank you, sir.  I do not have
12  any questions, but some of the other lawyers
13  may.
14      MS. TALAN:  Can I go off the record for
15  one second?
16      THE VIDEOGRAPHER:  The time is 17:06.
17  Going off the record.
18      (Thereupon, a brief recess was taken.)
19      THE VIDEOGRAPHER:  17:07.  We are back on
20  the record.
21      CROSS-EXAMINATION
22  BY MS. TALAN:
23      Q   This is Lauren Talan from Fox Rothschild
24  for Nations Title Insurance of New York, Inc. and
25  Fidelity National Title Insurance Company of New

Page 167

1  York and I just have a few questions.
2      With respect to the closings, did you --
3  in your opinion did you handle the closings and
4  these deals properly?
5      A   In hindsight, no.  At the time I was very
6  inexperienced.  I really had never done closings
7  before and looking back at it I'd say probably not.
8      Q   But at the time was it your opinion that
9  you believed you were handling them properly, you
10  personally?
11      A   I was trying -- I saw things that I didn't
12  like and I was trying to correct them as we went
13  along as best I could, and they seemed to acquiesce
14  to the changes I wanted to make and want to -- Gary
15  Grieser, at least seemed to want to have everything
16  done correctly.  Bill on the other hand --
17      Q   Did you want to have any -- I'm sorry.
18      A   Go ahead.
19      Q   Did you want to have everything done
20  correctly?
21      A   Yes, I did.
22      Q   Did you follow the closing instructions
23  that were given to you?
24      A   As closely as I could, yes.
25      Q   And regarding the money, did you handle

Page 168

1  the funds properly, you personally?
2      A   I believe I did.
3      Q   Did you disburse any of the funds before
4  closing occurred?
5      A   I -- in looking at some of these it
6  appears as though I did.  At the time I wasn't aware
7  of it.
8      Q   So at the time it was your opinion you
9  were disbursing the funds after the closing?
10      A   Correct.
11      Q   That was your belief at the time, correct;
12  is that correct?
13      A   Correct.
14      Q   Just to sum up then:  It was your belief
15  at the time that the deeds were being recorded and
16  that the funds were being distributed properly?
17      A   Yes.
18      Q   Is that a correct summary of your
19  testimony?
20      A   Yes, yes.  I was unaware that they were
21  holding the deeds and that they had not closed on
22  the properties, before we were actually selling them
23  on the other end.
24      MS. TALAN:  That's all.
25      MR. MCGOWAN:  I have a couple.

Page 169

1      CROSS-EXAMINATION
2  BY MR. MCGOWAN:
3      Q   Mark McGowan and I represent Coastal
4  Title.
5      In the grand scheme of things here, who
6  was supposed to file the deeds and the mortgages and
7  everything such that they were recorded in the
8  clerk's office?
9      A   My office was supposed to do that and Lori
10  King was, to my knowledge handling that.
11      Q   Okay.  What you just said about 30 seconds
12  ago was you're surprised to find today that some of
13  the deeds were held onto.  I think you used the
14  words they held onto the deeds; do you remember
15  saying that?
16      A   Right.
17      Q   Who is "they?"
18      A   Well, Lori.  Lori was, you know, holding
19  the deeds and I -- I was just cutting checks and
20  expecting that they were being sent right out to be
21  recorded.  You know, at some point in time I saw
22  that that wasn't happening and that's when I told
23  her don't you dare change the dates on any of those
24  things.  You put the date that is there.
25      Q   Okay.  Stanley Yacker testified -- I

43 (Pages 166 to 169)

A. CICALESE

Page 170

1  understand that you were not involved in any of the
2  transactions that he was involved; is that correct?
3      A   No, I never knew Stanley Yacker.
4      Q   Stanley Yacker indicated that one of the
5  reasons why he didn't file deeds and such was
6  because he didn't have the money to do it, and
7  that's when Coastal had to come in and throw in some
8  money and get a lot of things filed; do you have any
9  knowledge of that scenario at all?
10     A   No, I didn't. I had asked them many times
11 why they stopped doing business with Yacker and they
12 just told me that Yacker wanted too much money to
13 close the properties for them.
14     Q   Okay. Was Lori King an employee of yours
15 during the transactions that you were involved?
16     A   Well, she was supposed to be, but as you
17 can see, she was being paid out of the closings and
18 Bill Kane was paying her. You know, I always said
19 it was kind of a funny situation for me. I wasn't
20 very happy with it, but it was sort of either it was
21 that way or it wasn't going to be any way. I was --
22 I intended -- I had intended --
23     Q   The address you had you ran an office out
24 of that address, did you not?
25     A   Correct.

Page 171

1      Q   Was Lori King on the payroll of that
2  office?
3      A   Lori was being paid strictly what she was
4  being paid from there. I wasn't paying her anything
5  on top of it.
6      Q   Okay. So she was getting the $250 to show
7  up on all these closings statements for closing,
8  right?
9      A   Right.
10     Q   She is not a lawyer, is she? At the time
11 she wasn't a lawyer?
12     A   No, she's never been a lawyer.
13     Q   Okay. We have also seen some deeds at the
14 very top saying prepared by Lorraine King, have you
15 seen such deeds?
16     A   Yes.
17     Q   All right. Was it proper back then for a
18 nonlawyer to prepare deeds?
19     A   I don't know.
20     MR. MCGOWAN: Okay. All right. I have
21 nothing else. Thank you.
22     MR. MAGNANINI: I just have one follow-up.
23         REDIRECT EXAMINATION
24 BY MR. MAGNANINI:
25     Q   Mr. Cicalese, if you can go back to the

Page 172

1  Exhibit 14, the Louis DiCaro closing and then if you
2  could go to Exhibit 8, which was the trust fund and
3  go to the third page of this. I think it's 108.
4  Yeah, here it is 105 West Bigelow Street. And I'd
5  ask you to take a look at the HUD-1 form in the
6  DiCaro closing that you have in front of you, Bates
7  stamp CI-4881. And you see on line 201 it says
8  deposit or earnest money --
9      A   Correct.
10     Q   $9,800. Where in the trust account does
11 it show that any deposit or earnest money was --
12     A   I don't -- now I am starting to -- I was
13 never allowed to deposit the check. I was just told
14 to hold it.
15     Q   Okay. All right.
16     A   At some point they asked me to return the
17 check.
18     Q   Who told you not to deposit the check?
19     A   I don't remember if it was Bill or Gary or
20 both.
21     Q   Okay. So that actually then on this HUD
22 that shows 9800 in deposit earnest money, that's
23 false because the money --
24     A   Yeah, I had a check in the file for 15 or
25 $20,000, but it was never deposited to the account.

Page 173

1      Q   It was never deposited. Okay. And that's
2  why --
3      A   That's why it's not showing. I remember
4  it now.
5      Q   Okay. And then I think I asked this but
6  again, on this particular loan it shows that the
7  recording fees are supposed to be $150, but it
8  appears as if --
9      A   I think that was an estimated number that
10 Lori was just putting on there at the time and then
11 we paid what the actual fees were.
12     Q   Okay. Which were -- $79, which left you
13 with 71 in the trust account.
14     A   Probably.
15     Q   And then -- okay.
16     MR. MAGNANINI: So that's all I had.
17 BY MR. MAGNANINI:
18     Q   When did you return the check to
19 Mr. Kane or Mr. Grieser?
20     A   I don't remember what the timing was, but
21 at some point they asked me for it back. They said
22 it wasn't going to be required anymore that there
23 were deposits on the properties. They were going to
24 use the second mortgages, I think.
25     MR. MAGNANINI: Okay. I have nothing

44  (Pages 170 to 173)

A. CICALESE

Page 174

```
 1    further.
 2          MR. MCGOWAN:  We are done here.  No
 3    further questions.
 4          MR. KOTT:  No further questions.
 5          THE VIDEOGRAPHER:  Time is 17:16.  The
 6    deposition concluded.  Off the record.
 7          (Thereupon, the taking of the deposition
 8    was concluded at 3:15 p.m.)
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 176

ERRATA SHEET
RE   : WALSH SECURITIES, INC. VS. CRISTO PROPERTY
MANAGEMENT, LTD., ET AL.
DEPO OF  ANTHONY M. CICALESE
TAKEN : September 29, 2010

DO NOT WRITE ON TRANSCRIPT, ENTER ANY CHANGES HERE

Page #| Line #| Change       | Reason

State of Florida)
County of       )
Under penalties of perjury, I declare that I have
read by deposition transcript, and it is true and
correct subject to any changes in form or
substance entered here.

Page 175

```
 1    RE   : WALSH SECURITIES, INC. VS. CRISTO PROPERTY
      MANAGEMENT, LTD., ET AL.
 2    DEPO OF: ANTHONY M. CICALESE
      TAKEN : September 29, 2010
 3
 4          EXCEPT FOR ANY CORRECTIONS
            MADE ON THE ERRATA SHEET BY
 5          ME, I CERTIFY THIS IS A TRUE
            AND ACCURATE TRANSCRIPT.
 6          FURTHER DEPONENT SAYETH NOT.
 7
            ANTHONY M. CICALESE
 8
      STATE OF FLORIDA  }
 9                      } SS:
      COUNTY OF MIAMI-DADE)
10
11          Sworn and subscribed to before me this
12          _____ day of _____, 2010.
13    PERSONALLY KNOWN _____ OR I.D. _____
14          _____
15          Notary Public in and for
            the State of Florida at
16          Large.

      My commission expires:
17
18
19
20
21
22
23
24
25
```

Page 177

```
 1          CERTIFICATE OF OATH OF WITNESS
 2
 3    STATE OF FLORIDA  )
                        ) SS:
 4    COUNTY OF MIAMI-DADE)
 5
 6          I, DIANA SANTOS, Notary Public in and for
 7    the State of Florida at Large, certify that the
 8    witness, ANTHONY M. CICALESE, personally appeared
 9    before me on September 29, 2010 and was duly sworn
10    by me.
11          WITNESS my hand and official seal this
12    11th day of October, 2010.
13
14
15          _____
            DIANA SANTOS
16          Notary Public, State of Florida
            at Large
17
18    Notary #DD902857
19    My commission expires: 7/7/13
20
21
22
23
24
25
```

45 (Pages 174 to 177)

VERITEXT REPORTING COMPANY

212-267-6868

516-608-2400

2fe60d8d-e08b-43a2-97d9-f615da60d153

A. CICALESE

## Page 178

1    REPORTER'S DEPOSITION CERTIFICATE
2
3         I, DIANA SANTOS, certify that I was
4    authorized to and did stenographically report the
5    deposition of ANTHONY M. CICALESE, the witness
6    herein on September 29, 2010; that a review of the
7    transcript was requested; that the foregoing pages
8    numbered from 1 to 174 inclusive is a true and
9    complete record of my stenographic notes of the
10   deposition by said witness; and that this
11   computer-assisted transcript was prepared under my
12   supervision.
13        I further certify that I am not a
14   relative, employee, attorney or counsel of any of
15   the parties, nor am I a relative or employee of any
16   of the parties' attorney or counsel connected with
17   the action.
18        DATED this 11th day of October, 2010.
19
20        _____
          DIANA SANTOS
21
22
23
24
25

## Page 179

1
2
3
4    October 11, 2010
5    ANTHONY M. CICALESE
     c/o ROBERT A. MAGNANINI, ESQUIRE
6    STONE & MAGNANINI, LLP
     150 JFK Parkway
7    Short Hills, New Jersey 07078
8    RE   : WALSH SECURITIES, INC. VS. CRISTO PROPERTY
          MANAGEMENT, LTD., ET AL.
9    DEPO OF: ANTHONY M. CICALESE
     TAKEN : September 29, 2010
10   READ & SIGN BY: 30 days
11   Dear ANTHONY M. CICALESE:
12   This letter is to advise you that the transcript
     of the deposition listed above is completed and
13   is awaiting reading and signing.
14   Please arrange to stop by our office in Suite 1020,
     19 West Flagler Street, Miami, Florida to read and
15   sign the transcript.  Our office hours are from
          a.m. to 4:00 p.m. Monday through Friday.       8:00
16   Depending on the length of the transcript, you
     should allow yourself sufficient time.
17
     If the reading and signing has not been completed
18   prior to the referenced date, we shall conclude
     that you have waived the reading and signing of the
19   deposition transcript
20   Your prompt attention to this matter is appreciated.
21   Sincerely,
22
     DIANA SANTOS
23
     cc: All counsel
24
25

## Page 180

1
2
3
4
     October 11, 2010
5
     ROBERT A. MAGNANINI, ESQUIRE
6    AMY WALKER WAGNER, ESQUIRE
     STONE & MAGNANINI LLP
7    150 John F. Kennedy Parkway
     Fourth Floor
8    Short Hills, New Jersey 07078
9    RE   : WALSH SECURITIES, INC. VS. CRISTO PROPERTY
          MANAGEMENT, LTD., ET AL.
10   DEPO OF ANTHONY M. CICALESE
     TAKEN : October 11, 2010
11   READ & SIGN BY : 30 days
12
     Dear ROBERT A. MAGNANINI, ESQUIRE:
13
     The original transcript of the deposition listed
14   above was previously provided to your office. The
     witness did not waive reading and signing and was
     duly notified to come in and read the transcript
16   ____Attached to this letter you will find a copy
     of the corrections made by the witness.
17   PLEASE ATTACH THEM TO YOUR COPY OF THE
     DEPOSITION SO IT WILL BE COMPLETE.
18
     ......The witness made no corrections to transcript.
19
     ____As of the above date, the witness has not come
20   in to read and sign the transcript.  Please
     attach this letter to the original transcript
21   so it will be complete
22   Sincerely,
23
     DIANA SANTOS
24   cc.
25   All counsel

46   (Pages 178 to 180)

A. CICALESE

Page 1

**A**

able 14:17 41:7
93:6
absolutely 36:19
AC 118:9
access 102:19,22
account 4:5,7 24:22
46:25 47:3 55:11
55:24 56:11 70:13
70:16 73:15 102:5
103:19 105:11
108:17,20 110:5
110:12 111:2,8,23
112:3,7,9,10,18
113:20 120:4,8
122:4 126:21
127:1 129:1
144:21 145:22
147:6 148:2,2
172:10,25 173:13
accounts 47:9
122:10
accurate 120:16,19
175:5
acquiesce 167:13
acquisition 99:14
act 78:17
acting 7:5
action 1:3 178:17
actual 20:23 36:17
40:25 43:11 49:10
64:1 75:25 97:1
157:19 161:11
173:11
addition 130:20
address 19:1 75:23
75:25,25 137:2
170:23,24
addressed 128:6
Adelphia 153:10
admitted 11:18
advise 179:12
advised 88:13
afternoon 66:23

Agel 27:20 73:11
73:18 74:5 95:12
95:23 137:5
150:21
Agel's 70:5
Agency 3:15 5:3
7:9 27:9,11 70:6
70:13 71:19 72:7
73:3,4 87:14 88:1
95:8 98:16 107:12
149:9 152:1
agenda 50:16
agent 63:2,3,8,17
63:22 66:23 76:10
76:18 89:9 121:5
142:12,20 155:11
155:17
agents 45:20 66:14
66:17 90:14
agent's 155:7
Agle 73:11
ago 9:23 10:4 31:7
63:15 129:10
133:18 165:5
169:12
agree 140:20 143:5
agreeing 7:24
agreement 43:14
43:16,17 44:3,5,9
44:13 45:17 52:20
52:24 67:1 75:15
76:9 77:12,14
154:4
agreements 3:19
75:1,7 76:17,24
157:1
ahead 9:11 29:12
103:10 167:18
air 82:11 96:20
al 1:8 6:8 175:1
176:2 179:8 180:9
alcohol 9:17
Alfieri 18:1 19:11
26:21 106:15

117:1
Alfieri's 19:14,17
Alice 100:6,8,14
Allan 71:10
alleged 25:6
alleges 15:10 23:8
allocated 130:23
allow 50:5,18
179:16
allowed 172:13
alternate 41:2
amount 55:25 56:2
56:3 72:11,12,12
106:2 107:14,24
108:24 130:7
135:19 147:2
148:1,6
amounts 109:19
130:13 157:19
Amy 2:2 6:17,17
69:12 70:24 74:19
78:7 81:16 97:18
99:21 110:17
113:9 115:19
124:24 128:16
131:6 139:9
148:19 180:6
and/or 95:18
Ann 28:20,21 29:3
31:12 156:2
159:10,11
annoyed 52:2
answer 8:24,25
9:11 13:23 46:8
46:16 65:12
109:10 124:23
162:3
answered 45:17
67:16
answering 9:19
answers 9:2
Anthony 1:15 3:4
6:5,6 7:11 29:24
78:23 86:23 102:4

120:8 155:11
175:2,7 176:3
177:8 178:5 179:5
179:9,11 180:10
anybody 31:9
41:13 54:21 55:2
58:13 68:21
158:20,22 159:16
164:16 166:7
anymore 44:25
69:2 95:20 150:18
173:22
anyway 131:18
apart 37:3 39:2
apartment 153:9
153:14,17
apartments 153:8
153:15
apologize 111:1
113:17
apparently 152:10
appear 7:24 8:12
107:22
appearance 6:21
appearances 2:1
6:13
appeared 37:14
177:8
appears 16:6 70:11
83:18 84:11 86:7
102:4 103:2,5,19
106:1,4,22 130:17
140:16 152:7
168:6 173:8
applications 24:10
24:14,16 163:21
163:24
appraisal 135:19
136:4
appraisals 58:25
59:3,7 135:23
appraisers 25:7,7
26:4 59:6
appreciated 179:20

appropriate 49:5
approved 63:2,2,7
63:8,17,18,22
approximately 6:3
74:8
April 12:14 38:16
74:7 86:24 143:22
159:6
area 153:11
Arlington 129:14
129:16
Armstrong 71:23
71:23 72:2
Arnold 32:7
arrange 179:14
Art 32:5
Asbury 4:19 91:7
139:18
ascribed 56:14
asked 14:18 21:16
29:8 41:19 45:15
45:21 46:4,6
51:24 52:25 56:8
66:25 67:12 132:4
159:21 164:4
170:10 172:16
173:5,21
asking 17:16 74:12
93:9 114:5 123:6
136:6
aspect 43:25
aspects 81:7
Assets 5:4 13:14
15:5 17:5,7,10,15
20:15 21:19 22:22
22:23 23:7 33:5
38:10 40:7,8,17
43:13,22,24 44:14
48:13,14 51:23
53:18 60:21 64:7
76:1,1,11,19 77:16
77:20,25 78:3,16
81:6 105:21 106:3
123:9 130:21

138:23 152:1,9,15 156:17 158:4 165:1,3,7
assigned 25:2 43:12 92:7,11
assistance 152:10
associated 24:2
assume 9:4 10:21 48:13 49:4 77:7 89:15 102:20 130:17,21
assumed 18:14
assumption 98:14
attach 180:17,20
Attached 180:16
attend 62:17
attended 10:15
attending 21:24 25:8 79:4
attention 72:8 94:9 158:10 179:20
attorney 2:8,11,14 3:19 4:7 6:23 7:20 8:16 19:9 27:2 46:5 48:20 62:23 63:6,7,18 63:21 66:9,13,14 68:7 75:8 92:4 100:23,24 102:4 108:19 109:8 112:3 113:20 129:1 142:12,20 147:5 178:14,16
attorneys 2:5 8:2 8:11 9:8 12:7 18:1 69:23 75:11 102:8 126:24
attorney's 61:13 106:18
August 89:13
authorization 80:15
authorizations 78:16 81:3

authorize 122:20
authorized 122:22 178:4
authorizing 81:6
available 8:8 12:23
Avenue 1:11 4:12 4:19 14:5 125:9 125:14 127:2 129:14,16 139:17
average 136:1
awaiting 179:13
aware 24:7 29:9 38:3 47:21 54:20 58:24 69:7,8 112:1 122:17 152:9 158:2 162:7 162:11 163:1,3 168:6
a.m 1:12 65:4,4 179:15
a/k/a 1:8

---
### B
B 140:23,24,25 142:18
back 13:22 15:1,3 22:19 46:7,10,16 47:18 54:15 59:23 65:7,11,12 66:2 72:5 74:9 85:17 97:2 101:24 104:20 106:5 108:11 112:5 122:12,25 129:9 132:1 136:21 139:5 140:3,4,22 143:9 147:25 154:8,11,14,22 155:1 166:19 167:7 171:17,25 173:21
backdating 138:8
bad 40:2 103:3
Baitz 79:2 116:7
balance 103:15,16

104:24 107:23 108:16 109:20,21 109:21 114:15 122:4,9,10 126:20 147:22
balances 108:16 122:11
bank 40:23,24 41:14 53:14,15 54:6 65:17,21 66:2 76:4 91:1,4 110:13,14 140:6,8 141:2 142:11 160:21
banks 42:11
bar 11:11,12,19 14:5 41:20,25 42:4
based 15:8,9 52:10
basically 43:18,23 45:3 46:22 48:2 54:16 67:11,15,17 120:11 156:14,15
basis 33:9 112:22
Bates 3:15,17,20,22 3:24 4:4,10,14,22 5:4 69:20 71:8,21 72:5,23 75:9 76:7 78:18,22 79:19 80:3 82:4 83:10 84:10 85:21 88:22 95:25 96:18 97:6 98:10 102:5 111:1 111:6 113:17 116:2,13 120:5,7 121:1,10 125:18 132:17 133:14 136:11 139:21 140:5 141:18 143:13 145:24 149:2 152:2 172:6
Batista 23:4
becoming 93:3
began 15:11 16:8

117:15
beginning 11:24 14:24 29:18 36:1 60:5 72:5 79:10 79:12 137:20 161:22
behalf 1:18 6:19 7:1,8 62:1 70:5 78:17 138:1
belief 168:11,14
believe 10:3 11:10 12:14 16:2 17:25 19:11 20:20 21:4 22:11,13,14 23:12 25:4,12 26:15 27:2,14,21 28:8 28:18 35:3 37:11 39:6 40:25 41:21 41:25 42:18,24 43:11 52:14 53:1 53:13,21 54:17 55:4,8,14,22 56:1 56:18 59:19 61:5 61:14,22 63:4,5 63:20 65:13,16 66:13 67:22,22 71:8 76:17 82:15 85:13,18,25 93:4 93:6 100:23 118:22 123:3 132:11,22 148:3 149:6 151:6 157:3 165:13 166:3 168:2
believed 54:6 73:24 74:1 167:9
bell 129:17
bend 153:10
bends 153:13
beneath 119:3 121:8 138:14 155:10
Bergen 15:4 75:20 75:23 76:4,5

best 167:13
better 158:9
Betty 28:20,21 29:3 31:12 156:2 159:10,11
big 36:23,24
Bigelow 4:16 132:7 135:15 155:3 172:4
bill 13:15 16:22 17:20 18:15 24:9 24:12 26:9,12 29:23 37:6 41:21 48:14 50:13,15,21 82:11 96:20 99:8 127:9 129:20 144:15,16,17 147:20,20 148:15 159:21 163:11 167:16 170:18 172:19
Bill's 165:15
binder 72:24 87:18 118:18,20 127:9
binders 27:13 99:8 99:11
bit 85:3 153:12
blank 77:1 121:14
Bob 7:19 27:19 64:21 84:24 115:2 124:2 131:12,14 154:11
Bonnie 4:21 79:2 145:20
borrower 121:11 161:5
bottom 15:6 98:11 103:14 113:18 114:3 126:5 130:12 147:17 152:2 154:2
bought 17:21 49:18 79:7 151:13
bounce 112:9

A. CICALESE

Page 3

**Branch** 4:9 10:12
14:9 15:19 16:1
113:22 134:5
**break** 8:21,22
13:22 64:18,20,24
154:9
**breaking** 65:11
**brief** 131:21 166:18
**briefly** 159:10
164:12
**bring** 21:14,15,16
68:3
**bringing** 15:22
18:4 20:21
**Brodo** 25:17,19
**brother** 28:17
**brought** 22:3 30:1
30:2 60:18 79:5
94:9 158:9
**Brown** 25:21,23
**Bryan** 80:16
**building** 67:21,23
134:7,8,9,11
153:9
**business** 83:14 86:3
95:15,16,17,20
96:14 117:12
159:12 164:14
170:11
**buy** 43:5 148:7
**buyer** 21:15 37:16
37:21 43:6 44:13
51:11 55:3 61:13
63:25 64:5,6
75:13 80:19 86:8
120:13 121:11
**buyers** 17:6,14
21:15,24 22:2,10
22:16,17 40:6,17
40:18 47:22,24
48:3,8,25 51:7,15
51:16 52:5,11
53:2,3,12,17
59:22,25 60:14

62:10,17 77:24
78:17 79:1 81:4
81:13,23 82:15
121:14 122:24
123:1 124:13
**buyer's** 100:23
**buying** 40:4,18
43:19 119:20
**bye-bye** 149:20
**B-A-I-T-Z** 79:2

———————
**C**
**Calanni** 2:16 7:5,5
25:8,9,11
**California** 59:20
83:3
**call** 22:16 31:11,13
90:18 93:6 157:5
157:15 158:24
159:20,21,22
162:23,24 163:6,9
163:10
**Calle** 1:11
**called** 7:12,20 10:5
12:5 14:13 18:10
18:23 19:5 27:8
29:3,8 35:6 62:20
66:22 73:21 94:9
156:1 160:1 161:1
162:12,16 163:14
163:17,18 165:21
**calling** 16:21
**calls** 52:8
**camera** 8:10
**Capital** 5:3 13:14
15:5 17:5,6,10,15
20:15 21:19 22:22
22:23 23:7 33:5
38:10 40:7,8,17
43:13,22,23 44:14
48:13,14 51:23
53:18 60:20 64:7
76:1,11,19 77:16
77:20,25 78:3,16
81:6 105:20 106:3

123:9 130:20,21
138:23 152:1,9,14
156:16 158:3
164:25 165:2,6
**car** 91:21
**care** 20:4,5
**Carteret** 4:21
145:19
**case** 6:7 9:23 10:1,5
16:6 17:18 62:20
84:6 92:7,11,13
121:11,24
**cases** 64:1
**cashed** 46:13
103:20 104:1,8
107:23 108:1
**casually** 14:14
**catching** 103:3
**cause** 1:22 36:23,24
**caused** 112:9
**Cavanaugh** 69:24
**cc** 72:17,20 179:23
180:24
**cell** 66:22
**Center** 2:10
**certain** 9:7 25:7
43:20 44:14 60:10
84:12 96:14
100:18 148:6
**certainly** 39:11
**certainty** 27:18
50:15 55:21 74:15
151:5 165:5
**CERTIFICATE**
177:1 178:1
**certified** 151:23
**certify** 175:5 177:7
178:3,13
**change** 64:20,24,24
131:18 169:23
176:5
**changes** 167:14
176:4,24
**changing** 138:7

**charge** 66:24 105:6
107:15
**charged** 127:24
**check** 3:15 55:15
70:11,12,17 71:16
71:22 74:1,5,13
106:8 108:6 110:1
112:12 114:6,10
114:18,23,25,25
115:3,6,7 116:18
116:22 117:1
122:1,3 126:5,15
132:22 148:1,1,6
148:9 154:13
172:13,17,18,24
173:18
**checked** 135:4
**checks** 45:12,13,24
46:13 47:15,17
49:3 60:10,12
71:9 73:15,17
104:8 107:25
108:3,3 111:8,14
111:17,24 112:10
112:19 114:3
116:15,16 117:19
122:12 128:25
129:7 146:1,25
169:19
**Chelsea** 14:5
**Christiano** 96:2,23
108:12
**Christmas** 23:19
151:10 165:11
**CI** 75:9 78:19 82:4
**Cicalese** 1:15 3:4
6:5,6,16 7:11,17
42:24 58:18 61:11
65:11 69:6,13,14
69:18,19 70:25
71:1,5,6 72:17
74:2,20 75:5,6
78:12,14,15,23
81:16,17,21,22

85:1 97:14,19,20
98:4,5 99:19,22
99:23 100:2 102:2
102:3,4 110:16,18
110:23,24 113:7
113:10,11,17
115:13,20 116:1,2
124:4,17,24,25
125:5 127:4
128:23 131:7
132:4,5 136:8
139:9,10,15,16
141:17 145:13,18
148:25 149:1
151:19,23 154:24
155:2,11 160:9
171:25 175:2,7
176:3 177:8 178:5
179:5,9,11 180:10
**Cicalese's** 4:5
**circled** 135:3
**circular** 95:2
**circumstances**
33:14
**citizen** 11:6
**city** 116:7,19 119:8
**Civil** 1:3 6:9
**CI-000002733** 3:16
69:21
**CI-1047** 86:22
**CI-1048** 87:5
**CI-1448** 141:19
**CI-1451** 139:21,24
**CI-1469** 85:21
**CI-1471** 85:21
**CI-1523** 143:13
**CI-1524** 139:22
**CI-2732** 3:17 71:7
**CI-2734** 71:22
**CI-2752** 72:5
**CI-2789** 71:8
**CI-3154** 146:1
**CI-3158** 148:1
**CI-3159** 146:1

A. CICALESE

147:1,15
CI-3171 145:24
CI-3172 145:25
  146:21
CI-3851 82:9
CI-3852 82:9
CI-4881 132:18,19
  172:7
CI-4882 132:18
  133:14
CI-4883 134:18
  155:6
CI-4885 135:18
  155:6,6
CI-7052 4:14
CI-7056 4:14
CI-7061 4:22 149:2
CI-7062 5:4 152:2
CI-7081 77:13
CI-7083 76:8
CI-7105 78:22
CI-7105-7110 3:21
CI-7106 79:20
CI-7110 78:23
CI-7143 80:3
CI-7171 80:10
CI-7525 84:10
CI-7526 84:11
CI-7656 129:13
CI-7709 83:10
CI-7710 83:10
CI-7767 4:10 116:3
CI-7768 116:13
CI-7771 117:8
CI-7773 120:5,7
CI-7774 121:2
CI-7781 123:11
CI-7782 4:10 116:3
CI-7985 96:1
CI-7993 96:18 97:2
CI-7996 97:6
CI-8692 87:13 88:1
CI-8693 88:22
CI-8694 89:12 95:3

CI-8705 95:7
CI-8790 4:4 100:3
claimed 54:25
clause 161:1,2,4
clean 149:14 150:7
  150:14
cleaned 150:14
clear 20:1 140:11
Clerk 107:15,19
  116:17,23
clerk's 169:8
client 4:7 17:9,20
  17:23,24 113:20
  16:7 26:10,11
  29:2 42:14 92:25
  96:23 143:21
  144:7 170:13
closed 16:6 35:23
  37:8,10 45:10
  49:14 83:7 86:23
  86:24 90:2 108:21
  108:22,23 110:5,7
  127:2,23 129:21
  132:10 137:12,22
  138:11 143:17
  144:13 145:3,4,5
  149:19 168:21
closely 167:24
closes 132:9
closing 16:8,12,19
  22:2,3 25:1 27:3
  35:2,25 37:7
  43:10 44:7,10,16
  49:7,8,11 54:5
  58:17 61:12,25
  62:20,23,24 63:2
  63:3,8,17,22,24
  71:12,25 72:25
  73:1,6 77:10
  82:19,24 83:22
  84:1,3 86:7,25
  89:9 96:4,4,20
  107:4,7 112:11,19

113:25 118:20,25
122:25 125:13,15
126:24 127:12,18
127:21 128:2
129:22 130:6,20
131:1 132:12
133:2,7 134:18,20
134:25 135:6,10
135:10,14,15,18
136:9 138:23
139:3 141:22,23
142:13,24 143:1
145:8 148:13,14
155:4,17 157:25
161:23 167:22
168:4,9 171:7
172:1,6
closings 14:18
  15:10 16:15 17:8
  19:24 21:10,13,23
  21:24 22:5,10
  23:20 24:23 29:10
  36:17 40:22 44:6
  46:18 47:5 51:9
  51:10,11,14 52:4
  53:11 54:11,25
  56:4,6 57:9,9 59:4
  59:11,13,16,21
  60:2 62:16 63:12
  69:9 73:12 75:18
  79:4 121:13
  125:16 126:23
  135:1 150:3
  156:15 159:3
  161:19 167:2,3,6
  170:17 171:7
club 14:6
Coastal 2:8 3:15
  7:9 10:6 27:9,11
  27:13,15,20 70:3
  70:6,13 71:18
  72:7 73:2,4,5 74:8
  74:12 87:14,19
  88:1 95:7,19

98:15 99:10
100:15 101:4
107:12 112:16
118:13,14,24
119:3 127:10,13
137:2,9,25 149:9
151:1 169:3 170:7
coherent 9:14
Cohn 32:7
coincide 36:17
cold 38:15
collect 57:25
collection 142:18
Collector's 116:19
college 10:10,11,11
  10:23
column 114:14
come 13:12 22:19
  29:7 41:19 45:16
  52:2 55:13 56:24
  60:3,14 66:24
  67:1 84:17 153:10
  170:7 180:15,19
come-up 73:20
coming 11:4 22:18
  31:5 105:12
  161:22 162:2
commencing
  101:22
commission 175:16
  177:19
commitment 87:18
  88:23 140:13,23
  140:25
commitments
  150:25
committee 109:9
Commonwealth
  2:11 6:24 28:6,7
  72:24 160:10
communications
  104:10
companies 17:21
  18:5 28:10 40:10

40:19 57:24 64:2
  143:17
company 2:8,11
  6:24 7:3 18:10,15
  19:5 22:23 28:2,6
  62:21 64:4 89:5
  98:12 126:1 140:7
  142:9 160:11
  165:14 166:25
comparable 59:7
compensated
  153:21
compilation 125:7
  128:24
complaining 39:16
  39:20
complete 178:9
  180:17,21
completed 53:8
  120:24 179:12,17
complex 153:14,17
comply 142:12
computer 24:12
  46:24
computerized
  102:20
computers 102:22
computer-assisted
  178:11
concern 53:22
concerned 53:20
  93:7 156:14
concerning 86:23
  112:2
concerns 52:6
  158:18 159:14,17
conclude 179:18
concluded 174:6,8
condition 38:24
  39:9
conditions 39:16,18
  39:20,24
confirmed 139:8
confused 73:1

A. CICALESE

| | | | | |
|---|---|---|---|---|
| 137:10 | 50:11 54:9 57:18 | 104:20 110:9 | **D** | 146:6 |
| **confusing** 114:23 | 72:9,10 76:5,20 | 143:16 151:13 | **dare** 169:23 | **deeding** 52:20 64:6 |
| 115:10 | 82:20 83:1,24 | 152:24 168:25 | **date** 9:24 29:15 | 77:24 136:19 |
| **confusion** 115:8,9 | 85:24 89:7,9,10 | **course** 14:19 83:14 | 33:3 36:20 37:9 | **deeds** 20:8,9 36:16 |
| 122:8 124:18 | 89:14 95:11 96:25 | 86:3 | 37:20 45:4 60:10 | 37:1,5,9,21 44:19 |
| 146:19 | 103:6 107:5 | **court** 1:1 6:11 8:14 | 97:9 169:24 | 44:22 45:7,9,12 |
| **conjunction** 17:6 | 111:15,16 121:12 | 8:25 10:2 92:12 | 179:18 180:19 | 45:20 46:7,7,11 |
| 143:2,7 | 121:19 122:2 | 152:24 153:7,25 | **dated** 4:22 51:4 | 46:14 49:15,22 |
| **connected** 178:16 | 126:7 127:14 | **cousin** 14:4 | 72:8 75:16 85:22 | 50:19,25 51:4 |
| **connection** 142:21 | 133:17,24 134:13 | **cover** 4:3 83:12,17 | 86:22,22 89:13 | 63:24 64:9,13 |
| **consist** 72:6 | 134:24 137:12 | 100:5,13 | 98:13 146:4 149:2 | 65:13 69:8,8 |
| **constant** 46:5 | 140:14 141:6,9,10 | **created** 54:21 | 178:18 | 73:12,16,18,23 |
| **constantly** 16:21 | 143:3,4 145:7,10 | **creator** 141:13 | **dates** 76:25 169:23 | 74:3,8,17 77:19 |
| 26:9 29:5 144:15 | 155:13 156:2 | **credit** 47:23 52:13 | **dating** 37:1 50:25 | 78:2 104:6,12,16 |
| **construction** 34:9 | 167:12 168:10,11 | **criminal** 46:3 68:13 | **Dauber** 46:2 66:9 | 105:9 111:15 |
| **contact** 31:3 46:5 | 168:12,13,18 | **Cristo** 1:7 4:3 6:8 | **David** 2:9 6:21 | 112:14,17 115:14 |
| **contained** 87:20 | 170:2,25 172:9 | 18:11,12,13 37:16 | 54:25 84:25 | 136:16 138:3,5 |
| **continue** 92:22 | 176:24 | 37:17,22 72:13 | 131:13,14 154:8 | 145:24 146:13 |
| **continued** 4:1 5:1 | **corrections** 175:4 | 100:5,11,14,16 | 160:9 | 157:1,13 168:15 |
| 95:5,16 | 180:16,18 | 121:8 123:23 | **day** 20:1 30:2 39:6 | 168:21 169:6,13 |
| **controlled** 46:24 | **correctly** 167:16,20 | 130:22 133:2 | 45:5,6,10 50:1 | 169:14,19 170:5 |
| 112:7 | **correspond** 95:6 | 136:20 137:15 | 91:12 94:25 | 171:13,15,18 |
| **conversation** 91:14 | **correspondence** | 140:3,12,17 141:4 | 134:16 175:12 | **defendant** 6:23 7:8 |
| 156:11,13 158:1 | 81:23 85:20 86:21 | 141:8 143:22 | 177:12 178:18 | 160:10 |
| 159:8 160:14 | 87:25 93:5,14 | 146:8,16 175:1 | **days** 91:21 179:10 | **defendants** 1:9 |
| 162:4,9 163:1,3 | 150:23 | 176:2 179:8 180:9 | 180:11 | 28:5 |
| **conversations** | **cost** 135:25 | **Cross-Examinati...** | **DD902857** 177:18 | **Defeo** 42:15,17 |
| 39:22 50:22 67:10 | **Costa** 1:11 6:16 8:1 | 3:6,7,8 160:7 | **deaf** 93:11 | **DEK** 1:8 18:7,17 |
| 92:16 | 11:6 113:8 | 166:21 169:1 | **deal** 20:25 | 18:19 57:17,24 |
| **copies** 156:25 | **costs** 61:12 | **Crown** 140:6,8 | **dealing** 4:7,11 30:6 | **Del** 32:13 |
| **copy** 58:4 84:14 | **counsel** 2:25 6:12 | 141:2 | 113:20 | **Deliyski** 75:13 76:9 |
| 102:3,15,17 | 9:10 45:17 178:14 | **CT** 87:20 101:4 | **deals** 29:6 167:4 | 76:24 77:13,17,21 |
| 113:19 180:16,17 | 178:16 179:23 | **CT-19991** 87:17 | **Dear** 179:11 180:12 | **demand** 109:4 |
| **corner** 69:21 78:24 | 180:25 | **cut** 73:15 111:2 | **Deborah** 80:4 | **Demarines** 82:13 |
| 97:3 105:13 121:3 | **counties** 104:11 | 112:19 113:18 | **declare** 176:23 | 82:14,21 |
| 134:4 136:24 | **county** 5:3 64:10 | 114:18 | **deductions** 105:19 | **Demola** 28:21,24 |
| **corporate** 13:3 | 64:14 73:16 | **cutting** 169:19 | **deed** 36:21 37:15 | 30:13 31:18,25 |
| **Corporation** 140:9 | 107:15,19 112:12 | **Cuzzi** 20:14,17 | 37:24 44:9,13,15 | 156:2,8,23 157:4 |
| 140:17 141:3,4 | 115:15 116:17,23 | 21:6,9 22:2,5,9,14 | 45:5 63:25 64:1,3 | 157:12,17,22 |
| 146:7 | 137:17 151:25 | 54:24,24 55:1 | 64:5 112:23,24 | 159:7 160:15,18 |
| **correct** 7:23 8:9 | 153:7 175:9 | 60:15,18 61:8 | 122:15 126:11 | 161:12 162:1,10 |
| 10:16 15:13 16:10 | 176:22 177:4 | 76:10,13 94:21 | 136:14 137:12,15 | 162:12,17 163:4 |
| 20:16 21:25 22:4 | **couple** 13:3 22:24 | **CV** 6:9 | 137:21 140:6,11 | 163:14 164:7,9,19 |
| 37:19,23 40:20 | 42:4 53:25 80:19 | **c/o** 179:5 | 140:15 141:1,3,8 | 165:6 |

A. CICALESE

Dennis 92:5
department 158:20
Depending 179:16
DEPO 175:2 176:3
179:9 180:10
DEPONENT 175:6
deposed 8:17 9:21
10:8 36:10 73:10
73:14 137:5
150:20
deposit 56:11,12,15
57:6 132:18,21
172:8,11,13,18,22
deposited 55:10,23
172:25 173:1
deposition 1:15,21
6:4 7:25 8:5,20
9:25 25:8 63:10
70:5 98:7 101:22
125:21 127:7
136:13 161:18
174:6,7 176:23
178:1,5,10 179:12
179:19 180:13,17
depositions 17:18
deposits 56:25
173:23
DESCRIPTION
3:14 4:2 5:2
DeSilva 4:8 113:21
113:23
desire 144:12
desk 45:14 51:19
details 31:7 73:9
108:9
determined 36:12
Diana 1:19 6:11
8:14 69:13 70:23
75:1 124:20
145:12 177:6,15
178:3,20 179:22
180:23
DiBenedetto 25:13
25:15

DiCaro 4:17 132:8
132:12,21 135:9
135:14 136:20
137:15 155:3,16
172:1,6
DiCaro's 132:15
138:14
differ 43:7
difference 126:18
different 35:9
51:15 56:7 87:18
109:19
difficult 73:20
dilapidated 58:24
Dimitar 75:13
77:21
direct 3:5 7:15
122:20
directed 72:8 87:16
120:1
directly 17:22
48:25 107:3
disappear 22:19
disappeared 56:7
disburse 47:12
119:17 148:17
168:3
disbursed 47:19
49:17 56:3,5,23
57:10 90:7 106:5
129:23
disbursement
106:2,4 127:11
142:16
disbursements
108:15 120:12
disbursing 29:13
49:11 119:19
168:9
disc 64:24
discuss 92:18 99:17
discussed 123:21
146:11
discussion 75:2

95:22 144:6
discussions 74:11
74:16 99:13
124:12
dispute 112:1,21,22
distance 59:16
distribute 74:21
distributed 168:16
distributions 48:12
DISTRICT 1:1,1
divide 77:15
divided 55:10
157:23
Division 4:8 113:22
divorce 13:4
document 43:11
69:15,19,22,22
70:3,4,8,9 71:2,7
74:22 78:9 80:2
80:10,15,24 81:18
82:9,10 83:11,13
84:9,14 85:10,15
86:20 87:13 88:23
88:25 89:11 95:6
95:25 97:22 98:20
99:24 100:4 101:2
102:8 104:23
110:19 113:12
115:22 123:13
125:1,17,25 127:5
128:6,19 131:9
136:14 137:8
139:11 141:14,18
145:14 148:21
149:2 151:20
154:2
documentation
63:20
documents 3:17,20
3:22 4:10,11,14
4:15,18,20 18:7
18:18 19:4 22:9
22:15 28:13 35:4
36:12,25 38:1

51:3 54:8,21
57:21 59:17 62:1
62:10,16,19 63:5
66:1 68:1,3,24
69:25 72:5,22
75:8 78:21 79:4
81:25 82:1,7 83:5
83:9 84:1,13,17
84:20 85:2 86:8
86:16 87:20 89:4
95:9 96:8,18,22
97:1 101:3 107:1
116:2,13 125:6,7
128:24 132:6
133:21 135:3
136:9,10,21
137:25 138:25
139:17,20 140:4,5
142:16 143:10
145:19,21,22
150:23 155:5
161:24
doing 14:25 15:14
17:8 19:24 21:23
23:20 29:11 33:6
36:13 37:24 51:21
59:11 60:7 75:18
95:15,17 144:20
150:21 159:4
170:11
dollars 119:7
127:20
dolls 151:12,12,13
Donna 42:19
doubt 104:9 105:10
110:8
drafts 96:15
drinks 41:20,22
42:4
driving 15:1,3
drove 53:10
drugs 9:17
dry 94:10
due 142:19 161:2

duly 7:12 177:9
180:15
DVD 8:13
D'Apolito 29:24
30:12 31:18,25
32:23,24 33:2,10
54:5 138:22 139:8

E
E 80:11
earlier 8:6 42:25
132:23 143:15
146:11 155:19,24
early 21:4 74:9
132:9 159:1
161:17
earnest 132:19,21
172:8,11,22
ears 93:11
earthquake 124:6
East 12:3 14:23
53:12 65:17 71:11
90:25
eaten 56:7,21
Ed 46:2,4
Edison 2:7
efficient 34:22 36:7
60:9
eight 16:6 60:4
Eisenhower 2:13
either 29:6 39:23
44:22 45:21 50:23
57:16 62:22 64:3
68:16 115:16
142:25 170:20
either/or 149:25
eliminate 163:12
EMC 146:7
employee 170:14
178:14,15
enable 74:3
enclosed 88:23
ended 156:7
endorsement 88:13
enforced 124:1,9

A. CICALESE

124:14
English 2:9 6:22
ENTER 176:4
entered 176:24
enters 144:24
entertained 30:7
entirety 161:15
entities 23:8,11
entity 18:22 24:17
 27:8
envelope 45:24
Erin 82:13
ERRATA 175:4
 176:1
escheat 109:16
escheated 109:25
escrow 55:5,7,11
 56:11,15,25 57:6
 157:18,19
ESQUIRE 2:2,2,6
 2:9,12 179:5
 180:5,6,12
Essex 137:17
establish 142:17
estate 13:4 24:18
 43:1,4 59:13
 105:7 120:14
 135:22 136:3
estimated 173:9
et 1:8 6:8 175:1
 176:2 179:8 180:9
Ethel 2:7
ethics 109:8
evening 41:18
event 112:18
eventually 24:16
 90:14
everybody 33:7
evidence 77:20
evidently 14:5
 46:11 90:2 119:21
exactly 29:2 57:4
 79:11 110:8
exam 11:11,12

Examination 3:5,9
 7:15 171:23
examined 7:13
example 105:20
excuse 55:9 64:17
 84:24
exhibit 3:15,17,18
 3:20,22,23 4:3,5,7
 4:10,11,14,15,18
 4:20,22 5:3 69:13
 69:16 70:2,5,25
 71:3 74:20,23
 75:6 78:8,10,15
 79:19 81:17,19
 97:20,21,23 98:6
 99:21,25 100:3
 101:21 102:3
 103:12 110:16,20
 113:10,11,13,19
 115:23 125:2,19
 127:6 128:17,18
 128:20,24 131:6
 131:10 136:12
 139:12,16 145:15
 147:7 148:20,22
 151:19,21 155:2
 172:1,2
Exhibits 2:25 3:12
 4:1 5:1
existing 133:9
expected 161:25
expecting 169:20
expires 175:16
 177:19
explain 52:19
explained 51:19
 52:23 53:1,17
explains 51:3 145:2
exposure 21:18
expressed 53:22
extent 41:22 95:14
 142:13
eyes 103:4

F

F 2:3 180:7
face 24:1
fact 37:17 63:21
 91:21 92:3 135:9
 135:13 161:21
 162:5
fading 85:2
fail 21:19
failed 51:23
failure 62:23 73:22
 142:11 143:1
fairly 21:4 159:1
fall 37:3
falling 39:2
Falls 2:17
false 54:21 172:23
falsely 54:7
falsified 122:18
falsify 122:21,22
familiar 13:17
 14:14 18:10 27:9
 30:21 34:21 84:15
 134:19 135:22
 153:11 161:1,8
 165:24
family 14:7
Fania 86:23,25
 87:2
far 18:19 31:15
 49:13 135:2
 150:16 157:2
Farm 2:16
favor 104:19
fax 4:3 83:12,16
 84:11 100:5,13
FBI 45:11,16,19
 46:6 65:15,15,22
 66:5 67:9 68:6
 91:24 112:25
February 16:8
 145:6
federal 67:21,22
 140:7,8,16 141:2
 141:3

FedEx 82:11 96:20
FedExed 59:22
fee 72:12 105:4,5
 107:11,20 116:18
 116:24 121:25
 126:5,10 127:24
 130:20 147:7,8,9
 148:13,14
feed 150:11
feel 158:9
feeling 50:14
fees 61:13 73:17
 74:6 103:20 104:1
 104:7 106:18
 107:7,17 111:9,14
 114:19 119:4,9
 122:14 126:11
 133:15 146:24
 147:1 173:7,11
fell 10:25 93:11
felt 13:19
Fidelity 2:14 7:3
 28:11 98:12 126:1
 166:25
Fidelity's 136:10
figure 109:22
file 45:22 46:7 58:3
 73:16,23 74:3
 88:14 96:1,4,9
 113:4 128:11
 169:6 170:5
 172:24
filed 1:21 44:16
 45:12,23 46:8,11
 46:15 49:4 73:18
 74:4,8,17 78:2
 137:25 157:13
 170:8
files 75:11,17 77:6
 82:2 102:7 139:20
 152:3
filing 44:19 45:13
 64:10 74:6
filings 20:9

filled 163:21,24
filling 24:9,13
final 8:12
financial 42:11
find 90:15 162:19
 169:12 180:16
fine 141:15 158:15
finish 8:23,25
firm 6:22 7:20 12:4
 15:25 19:12,18
 134:3
first 7:12 14:1
 16:15 19:14 21:3
 33:1 34:20 51:10
 54:11 63:5,10
 71:9,15 75:12,20
 76:24 77:13 78:22
 82:8 84:14 91:2
 99:2,3 102:9
 111:13 117:3
 125:8,17 132:10
 132:19 136:14,22
 142:8 144:19
 147:6
five 11:22 38:19
 110:25 111:7
 154:15
fix 38:6,8 50:9,21
Flagler 179:14
flip 43:1,4,8 72:4
 79:18 104:20
 143:9 164:20
flipped 29:10
flipping 43:10
 162:5
flips 42:25 43:7
floor 2:4 15:6 180:7
Florham 8:2
Florida 1:20 11:13
 11:19 175:8,15
 176:21 177:3,7,15
 179:14
foisted 34:12
follow 62:23 143:1

A. CICALESE

| | | | | |
|---|---|---|---|---|
| 167:22 | **Fred** 32:2 | 26:11 29:23,24 | 129:9 131:14 | 21:5,7 26:14 |
| **followed** 135:1,11 | **Freehold** 153:5,6 | 33:12 38:10 39:5 | 135:11,17 136:8 | 29:23 30:10 31:19 |
| **following** 65:4 99:6 | **Friday** 179:15 | 39:7,15 40:1 41:3 | 136:22 138:12 | 31:24 34:13 36:1 |
| 100:16 101:19 | **friend** 93:1 | 41:17,18 42:2 | 140:4,15 145:21 | 38:10 39:19 49:7 |
| 131:22,24 144:25 | **friendly** 14:4 33:7 | 48:2 50:3,11 | 146:21 147:5,25 | 49:12,23 50:17,23 |
| 154:19 | 33:9 | 54:14 91:20,23 | 149:19 150:10,16 | 54:7 55:20,22 |
| **follows** 7:14 | **friends** 14:12 26:12 | 123:17 144:14 | 152:23 154:14 | 58:8 59:12 74:12 |
| **follow-up** 50:22 | **front** 21:17 22:12 | 147:18 152:16 | 155:1 166:14 | 91:8 92:1,15 93:9 |
| 73:20,21 154:24 | 82:25 172:6 | 153:23 167:14 | 167:18 171:25 | 107:2 109:4 |
| 171:22 | **fully** 161:6 | 172:19 | 172:2,3 | 123:17 138:20 |
| **foregoing** 178:7 | **fund** 40:22 104:24 | **Gary's** 165:14 | **God** 38:14 110:4 | 139:2,6 144:6 |
| **forging** 36:12,24 | 172:2 | **Gateway** 2:10 | **goes** 71:8 | 147:18 148:6 |
| 37:25 | **funded** 24:19 40:23 | **general** 13:3 | **going** 13:15 18:2 | 149:24 167:15 |
| **forgot** 36:15 | 57:7 60:9 | **generally** 63:1 | 19:16 20:22 21:20 | 173:19 |
| **form** 77:8 117:8,17 | **funders** 41:16 | 123:8 | 24:8 31:4,8 34:16 | **Grieser's** 54:8 |
| 132:17 147:6 | **funding** 10:6 23:10 | **getting** 13:13 27:12 | 34:24,25 36:19,22 | 138:24 |
| 172:5 176:24 | 23:12,15 24:3,11 | 41:4,6 53:24 | 38:6,8 39:14 | **group** 71:9 125:6 |
| **formal** 63:19 | 41:2,5,8,14 | 64:21 66:1 97:24 | 41:18,19 43:21 | 125:18 127:5 |
| **formalized** 26:18 | 106:12 117:22 | 109:15 130:19,25 | 46:9 50:5 51:22 | 129:3 136:9 140:5 |
| **format** 96:15 | 135:20 163:25 | 148:5 171:6 | 52:15 54:1 63:16 | 143:10 145:22,23 |
| **former** 34:19 | 164:2 166:1 | **Gilgar** 32:5 | 64:23 65:2,11 | 145:25 |
| **forms** 117:11 | **Funding's** 25:2 | **girls** 42:2 | 69:12 70:24 74:9 | **groups** 60:4 |
| **forth** 15:2,3 142:21 | **funds** 29:13 35:2 | **gist** 158:1 162:4 | 74:19 81:13,17 | **guess** 8:12 9:4 |
| **forward** 89:5 | 49:11,17 90:7 | **give** 8:15,19 9:24 | 92:18,22 97:19 | 11:15,22 12:11 |
| **found** 49:21 93:3 | 105:16 106:17 | 22:6 28:4 29:15 | 100:18 101:17 | 14:20 15:4,20 |
| 143:16 | 108:5,22 112:2 | 29:21 36:11 46:7 | 103:4 109:16 | 16:21 22:15 24:16 |
| **foundation** 74:11 | 119:17,19 127:12 | 47:13 60:4 85:11 | 112:17 113:9 | 24:18 29:22 41:3 |
| 112:5 | 142:16,19,20 | 102:15 | 131:19 137:8 | 44:5 67:13 82:18 |
| **four** 2:10 38:19 | 143:2,6 144:20 | **given** 15:15 30:4 | 140:22 145:3 | 83:4 96:13 98:17 |
| 74:24 78:11 | 168:1,3,9,16 | 43:21 44:4 47:18 | 154:17 162:23,24 | 107:13 115:1 |
| **fourth** 2:4 80:2 | **funny** 170:19 | 60:12 123:16,18 | 163:6,8 166:17 | 123:5 134:6 |
| 116:25 127:16 | **further** 160:5 174:1 | 128:23 140:13 | 170:21 173:22,23 | 137:20 149:15,17 |
| 180:7 | 174:3,4 175:6 | 167:23 | **good** 7:17,18 9:21 | 152:22 |
| **four-dollar** 108:3 | 178:13 | **giving** 124:24 158:3 | 26:12 57:15 | **guys** 94:10 |
| **Fox** 2:12 7:1 | **FY-4257** 136:11 | **glad** 92:25 | 141:25 154:12 | **G.J.L.LIMITED** |
| 166:23 | **FY-4264** 136:22 | **go** 9:11 10:10 13:22 | **gotten** 26:11 46:20 | 1:8 |
| **fraud** 15:10 25:6 | **FY-4273** 136:12 | 29:12 46:16 50:4 | 97:25 | |
| 62:22 76:6 90:13 | 138:13,17 | 87:13 90:25 91:19 | **government** 66:11 | **H** |
| 90:16 120:21 | **FY4954** 126:2 | 92:23 101:10,12 | 68:22 69:4 90:14 | **H** 113:19 |
| 142:19 143:1 | **FY8932** 3:24 98:11 | 101:14 103:10 | **graduate** 10:13,18 | **half-hour** 61:24 |
| **frauds** 85:23 89:14 | | 108:10 109:14,18 | **graduated** 11:8 | **hand** 69:12 70:24 |
| 93:3 95:8,14 | **G** | 112:5 116:5,22 | **grand** 169:5 | 78:8 110:17 |
| 143:6 149:3 164:6 | **Gary** 13:15 14:4,5 | 117:8 124:17 | **Grieser** 13:16,24 | 167:16 177:11 |
| 164:15 | 14:11,14,16 16:21 | 127:15 128:8,16 | 14:2,3 16:22,24 | **handing** 161:24 |
| | 16:24 21:5 26:10 | | | **handle** 81:6 86:15 |

VERITEXT REPORTING COMPANY

A. CICALESE

| | | | | |
|---|---|---|---|---|
| 88:8 128:10 167:3 167:25 | held 43:20 55:6,11 67:20 75:2 157:13 160:24 169:13,14 | HUD 83:22,25 84:4 122:1 125:20 172:21 | 111:20 include 56:25 57:6 128:25 | 98:17 Inn 134:5,6 ins 117:9 129:2,13 147:1,14 |
| handled 47:8,8 88:4 98:25 | hell 136:7 | HUDs 121:14,18 | included 44:6 83:25 | insisted 13:16,20 22:1 34:23 51:6 |
| handling 142:20 167:9 169:10 | hello 23:25 164:12 help 13:14 15:18,23 16:17 34:16,24 92:24,25 | Hudson 107:15,19 116:17,23 HUD-1 72:25 73:2 83:19 89:17 120:9 120:10,15,18,22 126:15,19 132:17 137:11 139:22 143:11,14 145:24 146:3,21 147:2 172:5 | including 61:13 81:8 118:19 142:15 | instance 122:17 161:11 instances 122:24 institution 41:9,14 42:7 institutions 41:10 42:12 instructed 148:17 instruction 72:25 148:5 |
| handwriting 72:16 98:20 101:8 117:4 117:7 129:4 130:15 147:14 154:4,5 | helped 36:8 hi 23:25 159:10,11 high 136:3 Hills 2:4 15:2 179:7 180:8 | | inclusive 178:8 Incorporated 6:7 incorrect 114:20 121:20 140:25 147:3 incorrectly 106:8 | |
| handwritten 100:25 129:25 130:14 | hindsight 43:9 167:5 | | INDEX 3:1 indicate 19:4 81:4 104:3,4 107:18 135:5 141:1 | |
| Hanover 12:3 14:23 53:12 65:17 90:25 | hire 12:13 13:12,15 13:16 34:16,18 46:17 | HUD-1s 61:16,20 122:18,21 HUD1 126:8 Huh 135:12 | indicated 170:4 indicates 70:4 75:10 103:25 104:24 106:11,14 indicating 114:9,12 156:17 | instructions 8:20 62:24 73:2 82:18 84:3 96:21 134:18 134:20,25 135:6 135:11,15,18 142:13 143:1 155:4,17 167:22 |
| happen 50:4,5 128:6 | hired 13:9 27:3 hits 124:5 | hundred 119:12 hung 94:10 | | |
| happened 31:22 45:7 49:2 51:9,14 54:13 56:22 57:5 86:12 90:9,15 92:23 94:23 108:16,19 109:1 109:17,23 112:20 150:1 | hold 37:9,15 101:10 157:18 172:14 holding 44:22 45:20 69:7 168:21 169:18 | hungry 97:24 hurry 51:25 | | insurance 2:8,11 2:14,15 6:24 7:2,3 28:2,6 62:21 72:11,24 73:22 81:9 98:12,22 99:14 100:15,18 100:22 107:13 126:1 142:9 160:11 166:24,25 |
| | | **I** | | |
| | | idea 18:21 30:24 54:2 71:24 79:23 88:19 115:2 136:25 146:13 | indication 73:3 158:15 indications 111:8 individual 17:6,14 20:22 21:15,24 75:13 153:19 157:19 160:22,22 | |
| happening 49:15 109:11 157:11 161:18 169:22 | Holiday 134:5,6 home 10:6 23:9,15 24:3,11 25:2 41:23 106:11 117:22 135:19 140:7,8,16 141:2 141:3 163:25 164:2 166:1 | ideas 50:10 identification 53:3 69:16 71:3 74:23 78:10 81:19 97:23 99:25 110:20 113:13 115:23 125:2 128:20 131:10 139:12 145:15 148:22 151:21 | | intend 81:4 intended 57:25 170:22,22 |
| happens 105:8 120:18 | | | individuals 21:17 42:14 153:1 | |
| happy 170:20 | | | inexperienced 167:6 | |
| hard 124:22 | | | inflated 58:25 | intentional 120:21 |
| head 11:20 49:20 86:19 123:2 131:4 140:19 144:4 158:23 | homes 1:8 18:17,19 20:23 57:17 153:19 | | influence 9:17 inform 21:18 information 84:13 89:23 151:1 | interest 43:12,20 43:21 77:21,22 142:14,15 156:19 156:20 160:23 162:6 |
| hear 9:8 | horses 13:7 host 165:12 | identified 66:23 imagine 17:17 120:20 147:4 | | |
| heard 8:3 41:3 164:3 | hostess 165:12 hour 22:19 | | informed 160:15 initially 21:22 156:4 | interested 14:18 53:23 |
| hectic 15:3 | hours 67:19 179:15 | immediately 99:8 99:11 | | |
| Heights 4:12 38:22 58:23 125:9 | Housing 5:3 152:1 How'd 102:13 | impression 162:11 improperly 36:13 | initials 62:3,6 | interject 14:8 |

A. CICALESE

**introduced** 30:5
33:8,10,13 41:15
164:10,12
**introduction** 14:19
**inundated** 13:13
**investigation** 46:3
68:13,17
**invoice** 72:6,7,17
72:19,23 73:2
**invoices** 127:12
**involved** 14:16 23:9
25:6 33:24 48:7
48:24 49:6 66:14
93:16 103:22
155:25 170:1,2,15
**involvement** 47:2
77:5 152:13
**involving** 152:14
**Irene** 42:15
**issuance** 141:5
**issue** 16:5 73:19,21
**issued** 62:21 63:1
87:19 114:9 147:9
147:9
**issuing** 142:12,20
**item** 127:16
**itemized** 127:16
**items** 66:2 87:5
**I.D** 175:13
**i.e** 77:20

**J**

**J** 2:12
**James** 25:21
**January** 15:11,12
15:16 16:7 132:9
137:12,19,22
145:4,5 159:3
**Jarvis** 79:21,22
**Jason** 2:20 6:10
**Jersey** 1:1 2:4 4:9
6:18 8:3,7 10:12
11:13,18 14:9
15:2,19 38:22
63:21 67:21,24

71:11 72:14 105:7
113:22 116:7,19
137:18 179:7
180:8
**JERSEY,INC** 1:8
**JFK** 179:6
**Jim** 28:18
**John** 2:3 180:7
**joint** 3:18 43:14,16
43:17 44:2,4,8,12
52:19,23 64:5
74:25 75:7,15
76:9,17,23 77:13
154:4 157:1,1
159:14,17 164:24
165:14
**joking** 91:20,23
**Jones** 66:19,21
**Jose** 1:11,11
**Jr** 86:23
**judge** 69:24 92:12
**judges** 92:7
**July** 4:23 11:15
149:2
**junctures** 46:4
**June** 11:9,10 35:24
35:24,25 36:2
85:22 95:13,13
146:8 150:22
**Junior** 4:17 132:8
**J-A-R-V-I-S** 79:21

**K**

**K** 79:2
**Kaczmarek** 81:1
**Kane** 13:15,25
16:22,23,25 17:4
17:20,23 18:5,15
19:6 24:2,9,12
26:7,9,14 29:23
34:13 36:11 37:12
40:9 41:24,25
46:23 47:2 48:14
49:7,11,22 50:6
50:23 55:20 58:11

59:12 72:17,20
73:25 74:12 89:12
89:16 90:2,3 93:2
93:8,12 95:3 99:8
99:10,17 100:11
102:7,15,25 107:2
109:4 112:2,6
119:15 123:17
129:20,23 143:17
144:5 147:20
148:5 149:24
157:5 162:10,11
162:16,21 163:1,3
163:5,13,14,21,23
166:4 170:18
173:19
**Kane's** 17:3,20
19:9 40:18 41:21
42:1 43:7 57:24
64:2,4 106:19
145:23
**keep** 85:3 96:8
126:24,25 150:11
**keeping** 96:14
**Keleher** 83:22
**Kelly** 30:19 32:15
**Kennedy** 2:3 180:7
**kept** 126:23 150:7
**kid** 150:10
**kind** 9:25 16:20
39:15 95:1 139:21
170:19
**King** 12:12,13
13:10,10,23 15:24
17:19,19 20:2
26:23 34:11,18
35:1,10,14,18
36:4,10 37:15
44:20,22 45:8
46:17 47:19 49:3
49:21 50:18 54:4
54:23 59:9 61:25
62:9,15 64:16
69:7 80:11 85:12

86:18 87:7,9 88:6
88:7 97:2 98:8,15
98:25 99:9,14
102:17,19 106:25
113:2 117:15
118:6 122:18
126:21 138:1,4
146:11 149:22,25
163:20 169:10
170:14 171:1,14
**King's** 80:12 98:7
125:21 127:7
136:13
**Kitchovitch** 4:13
125:10,11
**knew** 27:21 39:14
49:13 51:18 52:15
53:22 81:13 92:20
123:6 149:15
157:15 160:1,1
170:3
**know** 7:19,22 8:15
8:21 9:13 10:8
12:22 14:1,3,15
14:21,24 16:14
17:12 18:4,4,6,14
19:6,13,15 20:4
20:17,25 21:6
23:10 24:1,2,7,22
26:17 28:13 29:1
29:9,24 31:2,3,3,4
31:5,13,22,24
32:18,19,22 33:6
33:15,17,19,24
34:8,17,20,22
36:6,7,8,18 37:25
38:2,16 39:5,11
39:13,14,19,25
40:2,9 41:1,1,6
42:7 43:25 45:5
45:12 46:1,4,12
46:13 47:11 48:1
48:3,10 49:2,4,14
50:3,4,7,7,13,14

50:20,21,24 51:10
52:11,12,23 54:1
54:4 55:15,17
56:5,6 57:9,24
59:9 60:3,4,5,5,6
60:6,13,15 62:9
62:11 63:7,19
64:12 65:20 66:15
66:17 72:19 73:5
75:16 76:14,21
77:6 79:11 80:5
80:23 84:17 87:22
88:16,20 89:19
90:11,19 91:4
92:20,22,24 93:9
93:11 94:11 96:4
96:11,19 98:24
99:9 100:8,16
101:6,8 102:17,18
102:25 104:16
105:2 106:7,9
108:4,7 109:8,13
109:25 111:19,22
111:25 112:23
113:6,6 114:24
115:10,15,18
117:19 118:24
119:16 120:12,24
121:9,17 122:14
123:24 124:1,9
126:14 127:21
128:1 129:6
130:23,25 132:14
133:3,5,6,12,18
134:1,13 135:2,2
135:25 136:5
137:19,24 138:8
142:1,2 143:21
144:16,17,18
147:12 148:15
149:12,17 150:2
150:10,17 152:2,5
152:19 155:15
156:6,7,19 157:2

A. CICALESE

158:6,9,11,12,14
159:5,19,24,25
160:23 161:9,10
161:21 162:24
163:2 164:1,11,20
169:18,21 170:18
171:19
**knowing** 163:11
**knowledge** 25:20
32:12 112:23
150:1 169:10
170:9
**known** 16:25 116:6
166:9 175:13
**knows** 110:4
**Kott** 2:9 3:6 6:21
6:21 84:24 85:1,5
131:12,14,23
144:24 154:11
160:8,9 166:11
174:4
**K-O-T-T** 6:22

**L**

**L** 35:10
**label** 137:2
**Labrecque** 80:4,5
**laid** 39:1
**land** 2:11 6:24 28:6
72:24 142:14,15
160:10
**landlord/tenant**
152:16 153:25
**Lane** 4:9 113:22
**large** 1:20 14:16
175:15 177:7,16
**larger** 148:12
**Larry** 20:14,20
23:1 94:22
**late** 24:7
**Lauren** 2:12 6:25
166:23
**Laurie** 106:24
**law** 6:22 10:15,18
10:21 11:9,15,21

12:4,25 13:7
16:14 19:12,17
151:8
**Lawrence** 76:10
**lawsuit** 69:25
**lawyer** 106:19
171:10,11,12
**lawyers** 166:12
**lays** 120:11
**learn** 163:14
**learned** 94:1
**leave** 11:2 154:25
**leaves** 126:20
**leaving** 10:25
**led** 22:14
**ledger** 4:7 102:13
102:15,20,23
113:20 114:2
122:5 125:19
126:4,14
**ledgers** 4:6 109:19
111:24
**Lee** 92:9
**left** 30:8 54:15 66:5
80:4 108:22,25
114:15 126:23
153:14 173:12
**left-hand** 78:24
100:7 121:3
136:23
**legal** 12:11 158:20
**legitimate** 43:3,8
**lender** 62:22 81:10
84:4 142:6,25
156:18 160:24
**lender's** 62:23
**length** 179:16
**letter** 5:3 62:21
82:17 84:12 85:22
86:2,6,13 87:14
88:12 89:12 95:3
96:2 118:21,25
127:18,22 141:22
141:24 142:25

151:23 152:3,6
158:5 179:12
180:16,20
**letterhead** 88:24
96:5,10 149:6
**letters** 55:5 96:5,9
109:15 128:3
**Liebler** 54:25
**lien** 142:17
**Limited** 18:11,13
**line** 21:20 105:13
106:10,14 119:2
120:23 124:18,18
126:10 132:20
133:10,15 135:6
155:7,23 172:7
176:5
**lines** 106:23
**list** 18:2 42:14
47:13 127:16
**listed** 82:17 127:6
133:10 147:2
179:12 180:13
**listings** 59:7
**litigation** 7:21
75:11 102:9
152:14 153:6
**little** 13:2,2,13,19
15:3 41:4 85:3
87:21 93:18 98:17
103:23 142:18
143:10 153:12
156:14 159:10,11
164:11,13
**lived** 15:2
**living** 103:3
**LK** 118:5
**LLP** 2:3 6:23 7:1
179:6 180:6
**loan** 24:5,9,13,15
35:12 86:23
133:10 140:8,16
141:2,3 155:3
163:21,24 173:6

**loaning** 160:21
**loans** 15:9,12,15
16:5,6,7,8,12
23:12 24:19 34:9
35:23,24,25 36:5
51:23 145:3,5
**local** 165:17
**located** 12:2 15:5
15:18 16:1 38:20
**long** 4:9 10:4,12
14:9 15:17,19
16:1 17:18 19:3
22:25 31:7 35:18
35:21 59:16 63:16
63:14 67:18 68:24
74:10 80:13 95:1
110:4 113:22
124:18,21 134:5
150:11 155:23
157:15 163:7
165:5
**look** 50:8 59:3
69:18 70:7,21
71:5,14 75:5
77:11,13 78:14
81:25 82:8 83:4
83:11 84:10,14
85:20 86:21 88:21
90:20 96:17 97:17
98:4 100:2 102:3
102:12 103:9
105:3 108:14
109:17 111:11
125:5 126:4,10
127:5 132:5
137:14 139:15,24
140:3,23,24
141:17 142:8
146:3,6,25 148:25
155:3 172:5
**looked** 61:17,22
91:23 138:5
**looking** 41:7,11
75:22 85:2 114:13

115:10 167:7
168:5
**looks** 103:7 105:4
107:25 111:1
134:7 146:15
**Lori** 3:24 12:12
13:10,16,21 17:19
20:2 24:8 26:23
29:6 32:21 34:25
36:7 44:20 47:13
47:18 48:14 61:22
64:15 85:11 86:17
87:7 88:3 90:18
94:7,8 96:11 98:7
98:14,15,17
117:13 118:6
128:8 130:4
138:11 149:11
151:10 163:19,20
163:23 169:9,18
169:18 170:14
171:1,3 173:10
**Lori's** 45:14
**Lorraine** 13:10
80:11 171:14
**loss** 77:16
**lot** 23:12 50:7
91:22 97:15,16
136:7 149:14
150:13 170:8
**Louis** 4:17 14:4,11
14:13,15 132:8
155:2 172:1
**love** 10:25
**lower** 69:20 78:24
80:4 97:2 100:7
103:14 121:2
**L-A-B-R-E-C-Q-...**
80:5

**M**

**M** 1:15 3:4 7:11
78:23 79:2 175:2
175:7 176:3 177:8
178:5 179:5,9,11

A. CICALESE

| | | | | |
|---|---|---|---|---|
| 180:10 | 180:9 | meant 137:6 | Michael 106:15 | 172:11,22,23 |
| mad 55:1 | manager 28:23 | media 6:2 65:7 | 117:1 | Monmouth 5:3 |
| Magistrate 69:24 | managing 43:22,23 | 131:19 132:1 | Michelle 4:19 | 10:11 115:15 |
| Magnanini 2:2,3 | March 3:23 16:9 | medication 9:17 | 139:18 141:8 | 151:25 153:7 |
| 3:5,9 6:14,14,15 | 38:16 98:13 | meet 16:23 19:20 | 143:14 | month 15:21 |
| 6:19 7:16,19,20 | 140:12 145:9 | 19:22 21:2,3 25:9 | microphone 124:5 | 144:21 |
| 64:19,23 65:9,10 | 159:4,5 | 26:7,21 27:4 | 124:6 | monthly 81:8 |
| 69:12,17 70:23 | mark 69:13 70:24 | 30:13 32:5,7,9,13 | middle 19:24 | months 11:23 |
| 71:4 74:19,25 | 110:16 169:3 | 32:16 33:4 41:13 | 137:19 | 14:20 35:20 |
| 75:4 78:7,11,13 | marked 69:15,19 | 41:18 42:15,19 | Milosh 4:13 125:10 | 137:21 152:20 |
| 81:16,20 84:25 | 71:1,2,6 74:2,20 | 53:9,10 66:11 | mine 97:10 117:6 | Moreira 85:22 86:13 |
| 85:8 97:18,24 | 74:22 75:6 78:9 | 67:6 91:16 92:4 | minute 64:18 | 139:18 141:8 |
| 98:3 99:21 100:1 | 78:15 81:18,22 | 100:10 139:6 | 158:12 | 143:14 |
| 101:14 102:1 | 82:9 87:13 95:7 | 159:7 | misapplication | Moreira 4:19 |
| 110:17,22 113:8 | 97:20,22 98:5 | meeting 29:23 30:3 | 142:19 143:2,6 | morning 7:17,18 |
| 113:16 115:19,25 | 99:23,24 100:3 | 30:7 31:21 32:2 | missing 84:21 87:6 | 90:19 |
| 124:3,7,11,16,20 | 101:21 103:12 | 42:10 45:19 66:12 | mistake 111:20 | mortgage 40:23,24 |
| 124:23 125:4 | 104:20 110:19,24 | 67:18 68:4,6,10 | 129:9 | 41:14 42:11 52:22 |
| 128:16,22 131:6 | 113:10,12 115:22 | 68:22 87:2 159:10 | mistaken 80:20 | 53:19 72:12 81:7 |
| 131:13,16 132:3 | 116:1 125:1 | 159:14 | 153:5 | 84:14 122:14,15 |
| 139:9,14 141:15 | 128:19,24 131:9 | member 63:7 | Mobil 153:11 | 123:12,13,20 |
| 141:16 145:1,12 | 132:5 134:17 | memorandum 3:23 | moment 131:15 | 133:11 136:23 |
| 145:17 148:19,24 | 139:10,11,16 | 98:13 | 154:25 | 137:16,21 138:13 |
| 151:22 154:8,12 | 145:14 148:21 | mentioned 18:17 | Monday 179:15 | 138:17,20 140:7,9 |
| 154:23 160:4 | 149:1 151:20 | 19:8 26:23 60:12 | money 24:22 34:3,6 | 140:16 141:2,4 |
| 171:22,24 173:16 | 155:1 | 93:8 117:9 143:15 | 35:8 41:3,5 47:12 | 142:11 146:7 |
| 173:17,25 179:5,6 | Martin 1:11 2:6 7:7 | 162:3 164:25 | 48:13 49:8 55:6 | 161:5,6,14 |
| 180:5,6,12 | Marty 124:3 | mentioning 32:21 | 55:13,18 56:9,23 | mortgagee 88:14 |
| mail 88:5 128:8,9 | matter 46:3 68:13 | 41:4 | 57:8,10 60:9 73:5 | mortgages 18:19 |
| 151:24 | 179:20 | mess 150:14 | 93:10,16,20,22 | 21:21 25:2 57:12 |
| maintaining 70:16 | matters 142:21 | met 14:11,14 19:15 | 105:12 106:12 | 57:16,22 58:1,4 |
| majority 139:19 | McCarter 2:9 6:22 | 20:2 21:4,5 23:13 | 107:2 108:24 | 81:5 88:17 124:14 |
| Makers 165:22 | McGowan 2:6 3:8 | 23:17 25:13,19,21 | 109:5,12,15 | 146:12 169:6 |
| making 48:7 50:10 | 7:7,7 124:2,4 | 25:25 26:4,6,20 | 112:21 117:18 | 173:24 |
| 70:20 81:8 151:12 | 168:25 169:2,3 | 30:12 31:18,24 | 120:12 122:25 | mortgaging 99:7 |
| man 20:14 23:15 | 171:20 174:2 | 32:23 33:1 41:20 | 126:23 127:1 | moved 11:5 |
| 66:19 | mean 35:20 37:4 | 42:1,1 55:1 60:24 | 129:23 130:23 | municipalities |
| manage 43:24 | 40:6 49:9 50:4 | 61:1,9 79:12,14 | 131:1 132:19,21 | 48:15 |
| Management 1:7 | 59:17 61:8 63:11 | 91:18 116:9 135:6 | 133:6 144:15,16 | municipality |
| 4:4 6:8 22:22 | 88:15 92:21 | 159:9 | 144:17 148:4,15 | 112:12 |
| 78:17 100:6 | 103:21 110:10,13 | Methfessel 2:6 7:8 | 150:5 151:11 | |
| 105:21 121:8 | 129:18 136:24 | Miami 179:14 | 157:23 160:21 | **N** |
| 140:3,18 146:8 | 144:5 | MIAMI-DADE | 165:22 167:25 | name 6:25 7:19 |
| 175:1 176:2 179:8 | means 41:2 102:7 | 175:9 177:4 | 170:6,8,12 172:8 | 15:12 18:18,24 |
| | | | | 19:14 23:3,25 |

A. CICALESE

| | | | | |
|---|---|---|---|---|
| 24:1 25:2 30:20 | 167:6 170:3 | **number** 3:14 4:2 | 179:4 180:4,10 | 44:8,18 46:16 |
| 32:18,22 61:5,7 | 171:12 172:13,25 | 5:2 6:2,9 14:16 | **odd** 22:17 106:1 | 47:5,7,11,16,19 |
| 92:6 155:10 160:9 | 173:1 | 17:17 57:11,15 | **oddity** 155:23 | 48:3,12,17,20,23 |
| 165:23 | **new** 1:1,8 2:4,14,15 | 65:7,14 69:8,14 | **offered** 34:23 | 49:2 51:2,14 |
| **named** 20:14 23:15 | 4:9 6:18 7:2,4 8:3 | 69:16,19 70:3 | **office** 8:2 12:2,20 | 52:18 54:4 58:22 |
| 42:15,19 58:14 | 8:7 10:12 11:13 | 71:1,3,6 73:12,15 | 14:23 15:4,6 20:3 | 59:15,24 61:2,15 |
| 66:19 75:13 | 11:18 14:2,9 15:2 | 74:2,23,24,25 | 22:22 24:13 41:17 | 61:24 62:12 64:19 |
| **names** 18:4 22:25 | 15:19 38:22 59:20 | 78:10 81:17,19,22 | 41:21 42:1 45:11 | 65:9,19 67:2,6,9 |
| 23:6 28:5,12 | 63:21 67:21,24 | 87:5,16,20,21 | 53:6 60:20 65:18 | 69:11 70:14,19,21 |
| 29:22 42:5 66:18 | 71:11 72:14 80:16 | 97:23 98:5 99:25 | 65:21,22 66:2 | 71:14 72:4,22 |
| **naming** 88:14 | 105:7 113:22 | 101:3,5 105:22,25 | 88:5 91:18,19 | 73:10 76:2,12,16 |
| **Natalie** 23:3 | 137:17 166:24,25 | 110:18,20,24 | 92:5 104:5 116:19 | 77:11 78:5,20 |
| **Nation** 7:2 | 179:7 180:8 | 112:9 113:13 | 134:15 137:17 | 79:1,9,18,24 |
| **national** 2:14 7:3 | **Newark** 2:10 4:16 | 115:20,23 116:2 | 149:20 164:11 | 80:14,22 81:3 |
| 10:6 23:9,15 24:3 | 67:24,25 132:7 | 116:16 125:2 | 169:8,9 170:23 | 82:3 83:13,21 |
| 24:11 25:1 28:23 | **newspapers** 90:17 | 126:5 127:7 | 171:2 179:14,15 | 84:6,9 85:12,15 |
| 106:11 117:22 | 90:20,23 91:9 | 128:17,20 131:10 | 180:14 | 85:19 86:1,5,10 |
| 135:19 163:25 | **NHF** 23:14 117:22 | 131:20 132:1,6 | **officer** 88:12 | 86:20 87:11 88:8 |
| 164:1 166:1,25 | **nice** 23:25 | 139:12 142:11 | **offices** 28:14 65:15 | 89:11 90:12 94:6 |
| **Nations** 28:11 | **NJ** 2:7,10,13,17 | 143:6 145:4,15 | 65:16 66:6 128:7 | 95:1 97:5,13 |
| 166:24 | **Nods** 11:20 49:20 | 148:22 149:1 | 151:8 | 99:19 100:21 |
| **nature** 26:13 84:17 | 86:19 123:2 | 151:21 173:9 | **official** 177:11 | 102:2 103:2,8,24 |
| 95:14 | 140:19 144:4 | **numbered** 142:22 | **oh** 38:14 76:2 | 104:6,19,22 |
| **near** 41:21 | **noise** 64:22 | 178:8 | 153:17 158:12 | 105:11,24 106:10 |
| **necessary** 95:9 | **nonlawyer** 171:18 | **numbers** 39:12 | **okay** 8:10,19 9:7,16 | 107:14 108:2,13 |
| 142:16 | **normally** 84:3 | 78:18 82:5 111:1 | 9:21 10:8,15,20 | 109:7 110:3,11,21 |
| **need** 47:6 64:19 | 100:21 | 121:22 | 11:2,6,11,14,16 | 111:12,17 113:6,7 |
| 87:11 144:7 163:9 | **notarize** 54:16 | | 11:21,24 12:2,7 | 113:15 114:22 |
| **needed** 12:21 13:14 | 138:24 161:25 | | 12:16,25 13:6,9 | 115:12,17 116:4 |
| 16:13 20:5,11 | **notarized** 54:7 | — **O** — | 13:22,22 14:3,10 | 117:7,14,17,21 |
| 29:4 31:6 34:16 | 62:16 79:20 83:2 | **oak** 18:25 | 14:22 15:23 16:4 | 118:3,11,19,23 |
| 36:9 45:23 85:14 | **notarizing** 80:23 | **Oakwood** 18:8,23 | 16:18,25 17:8,11 | 119:2,5,10,22,25 |
| 89:24 92:24 141:4 | 138:19 | 19:5 57:17,25 | 17:16 18:2,17,22 | 120:3,10,15,22 |
| 144:9,15 | **notary** 1:19 54:8 | **OATH** 177:1 | 19:2,13,16 20:24 | 121:10,13,21 |
| **needs** 141:9 144:16 | 80:16 138:15,19 | **objection** 9:9 | 21:9 22:1,9 23:6 | 122:20 123:5,20 |
| 144:17 | 138:24 175:14 | 141:12,14 | 23:18,21 24:15,20 | 124:16 125:16 |
| **never** 19:15 26:4 | 177:6,15,18 | **objections** 9:8 | 24:25 27:4,19,23 | 126:3,13 127:4,11 |
| 28:17 46:11,14 | **note** 160:24 161:11 | **obtain** 95:8 | 28:15,22 30:25 | 127:15,19,21 |
| 48:24 65:17 73:18 | **notes** 154:14 178:9 | **obtaining** 142:15 | 31:8,14,17 32:20 | 128:2,13,15,16 |
| 90:2,3 92:11 | **Notice** 1:21 | **occasions** 60:13 | 33:10,19 34:5 | 129:6,12,18,25 |
| 93:12 95:2 103:20 | **notification** 160:24 | **occur** 53:12 | 35:1,8,13,16,22 | 130:7,11 131:5 |
| 104:5 115:14 | **notified** 180:15 | **occurred** 158:25 | 37:11,25 38:3,8 | 132:4 133:9,23 |
| 122:22 129:20 | **November** 75:16 | 168:4 | 38:17 40:3,15 | 134:3,10,17,25 |
| 138:5 152:4 164:3 | 151:14,16 | **Ocean** 134:6 | 41:13 42:22 43:14 | 135:21 136:8,19 |
| | | **October** 151:14 | | |
| | | 177:12 178:18 | | |

VERITEXT  REPORTING  COMPANY

A. CICALESE

138:10 139:8,9
141:7,15,23 142:8
143:21,25 144:12
144:22 145:11
146:2,5,15,19,23
148:14 149:13,16
149:21 151:4,18
152:5,25 153:25
154:7,12 155:19
155:20,20,22
156:10,21 157:22
158:4 159:13
161:7 162:1,8,9
163:12,19 164:3
165:16 169:11,25
170:14 171:6,13
171:20 172:15,21
173:1,5,12,15,25
**Old** 2:16
**once** 19:21 26:6
  31:3 37:23 47:16
  49:3 89:4 90:13
  150:3
**ones** 21:20 22:7
  79:16 89:21
  112:25 113:2
  123:21 128:5
  135:3 138:6
**ongoing** 68:12
**open** 88:6,6
**operate** 149:12
**operating** 151:8
**opinion** 167:3,8
  168:8
**Orange** 71:11
  72:14
**order** 69:24
**ordered** 98:22
  127:22,25
**organized** 60:15
**original** 180:13,20
**originator** 24:5
**outline** 61:24
**outs** 117:9 129:2,13

147:1,14
**outside** 15:25 134:3
**outstanding** 20:1
**owed** 148:15
**owned** 14:5,7 18:5
  18:6 19:5 37:13
  140:2 165:6
**owner** 23:14 27:20
  43:18 78:3
**O'Neil** 32:16
**O'Neill** 30:19,23

**P**

**pack** 141:18
**package** 15:15 44:7
  59:23 77:10 82:19
  84:22 86:21
  123:18
**packages** 15:20
  60:3
**packet** 71:16 79:19
  82:1 146:6
**page** 3:3,14 4:2 5:2
  71:15,16,21 76:7
  76:9 77:13 79:19
  87:4 88:21 97:6
  103:5,5,11 104:20
  116:12,22 117:1,8
  120:3 121:1,25
  125:19,20 126:9
  129:12 132:19
  133:14 134:17
  135:18 136:22,22
  137:14 138:13,16
  138:17 139:22
  142:9 146:22
  147:1,6,25 155:6
  172:3 176:5
**pages** 85:21 102:10
  104:20 108:10
  113:19 123:11
  178:7
**paid** 17:21 35:1,14
  39:13 47:22 48:4
  48:10 52:12 53:24

54:2 73:5 105:8
105:20 106:5,11
106:15 107:3,19
111:9 122:14
126:9,16,19,20
130:6 133:1,3,4,6
153:23 170:17
171:3,4 173:11
**paper** 124:5 154:13
**papers** 21:17 22:18
  51:19 52:1,3
  54:14 92:2 139:4
**paperwork** 19:25
  20:1,4,6 21:14
  45:8,25 144:23
  156:17
**paragraph** 77:14
  77:18 139:25
  142:10,22
**paralegal** 13:15
  15:18,23,25 34:17
  133:22 134:3
**paralegals** 133:25
**parentheses** 87:21
  101:5 142:18
**Park** 4:19 8:3 91:7
  139:18
**parked** 91:22
**parking** 91:22
**Parkway** 2:3,13
  179:6 180:7
**part** 15:10 19:1
  44:9,15 59:4 76:6
  77:9 96:22 123:18
  127:11 132:22
  133:2,6,7 162:6
**participating** 51:7
  52:16
**particular** 84:16
  89:21 120:13
  128:12 129:10
  138:5 161:10
  173:6
**parties** 77:15

178:15,16
**partners** 26:15
  164:24
**partnership** 26:18
**party** 23:17,19
  165:10,10,11,14
  165:16 166:2,5,8
**Pasaic** 4:21
**Passaic** 145:19
**Patrick** 71:22
**Paul** 4:8 32:13
  113:21
**pay** 13:21 34:2,5,23
  48:15 61:12 74:6
  118:24 119:20
  127:12 148:4
  150:5,17
**payable** 161:6,15
**paying** 48:25 49:7
  107:3 119:14
  127:17 148:16
  149:21,25 152:23
  170:18 171:4
**payment** 52:16
  58:16 73:3 81:8
  106:19 107:6
  117:21 142:18
**payments** 35:10
  48:7 58:6,7,10,13
  81:5,8,9,14
  106:25 123:6,8,8
**payroll** 171:1
**Pearl** 108:11
**penalties** 176:23
**people** 18:3 20:13
  20:21 22:15 23:7
  25:5 30:5 38:7
  53:5 60:18 62:16
  67:11 79:7,14
  100:10 152:21
  161:22 162:2
**Pepsny** 17:25 19:9
  19:10,11,17,20
  26:20 42:20,22

48:19 72:17,20
73:25 94:2,3,4,15
95:17 118:2
130:18,19,25
136:14 148:3,7
**Pepsny's** 20:2
  148:2
**percent** 27:17
  50:15 52:21 55:21
  55:25 64:6 74:15
  77:16,16,21,22,24
  78:3 79:7 123:23
  151:5 156:16,19
  156:20 158:3
  160:16 161:13,20
  164:20,23 165:4
**percentage** 43:21
  44:14
**perjury** 176:23
**permanently** 11:5
**person** 9:1 20:20
  28:18 29:25 43:19
  59:17 87:6
**personal** 66:2
  92:25 94:18
**personally** 91:16
  91:18 125:12
  167:10 168:1
  175:13 177:8
**pertained** 161:10
**Peter** 32:9
**Phil** 154:3
**phone** 27:6,24
  28:19 29:5 30:17
  31:1,3,11,13 52:8
  66:22 157:5,15
  158:24 159:20
**physically** 47:17
**pick** 66:4
**piece** 85:19 160:21
  160:25
**Pierson** 25:25 26:2
**pile** 78:6 97:14
  99:20 101:10

A. CICALESE

146:14
piles 97:15,16
place 15:5 57:10
  129:22
placed 31:12
places 49:5 60:25
plaintiff 1:5,18
  6:15,19 151:21
Plaintiff's 3:12 4:1
  5:1 69:16 71:3
  74:23 78:10 81:19
  97:23 99:25
  110:20 113:13
  115:23 125:2
  128:20 131:16
  139:12 145:15
  148:22
please 6:12 9:13
  88:13 99:7 179:14
  180:17,20
plugging 121:22
plus 137:20
POC 130:5
point 9:19 14:12
  17:12 21:5,16
  22:1,13 23:13
  27:16,24 28:25
  30:24 36:12 38:12
  39:10 41:17 44:21
  45:15 48:21 50:12
  50:25 51:6 55:9
  56:20 66:8 69:6
  73:24 92:8 93:1
  107:24 112:8
  133:5 149:3,21
  151:6 152:17
  155:25 160:17
  161:12 162:18
  164:6,15 169:21
  172:16 173:21
pointed 8:11
policies 73:22
  99:15 150:25
policy 87:17 100:22

poorly 39:1
popped 146:20
Port 134:7
portion 85:6
posing 55:3
position 33:19
positions 31:1
possession 69:1
possible 8:6 41:16
  92:4 137:7 144:13
post 83:22
postdate 50:18
postdated 64:3
  157:14
postdating 36:16
  37:5 44:23 49:22
  138:8 146:12
powers 3:19 75:7
practice 12:6,25
  13:3 14:13 15:1
  92:22
practicing 11:21
  13:6
pre 44:22 49:21
  50:18
predated 64:4
  157:14
predating 36:16
  37:4 146:12
predominantly
  14:25 15:7
prefix 75:10
preparation 107:1
prepare 44:2 55:5
  61:23 123:12
  136:16 171:18
prepared 44:9
  60:11 61:20,21,21
  63:25 77:4 123:15
  133:21 134:14
  136:14 171:14
  178:11
preparing 57:20
present 2:19 21:9

51:12,15,16 68:1
  131:23
president 27:20
Press 91:7
pretty 40:4 43:25
  88:3,10 149:18
prevent 9:18
previous 147:25
previously 93:8
  98:6 101:4 180:14
printed 111:20
prior 16:25 37:7
  39:23 49:7,9,10
  58:24 59:11 64:3
  75:17 77:5,9
  91:21 101:21
  129:21 141:5
  179:18
prison 134:8
private 12:6
pro 2:16 7:6 25:8
probably 11:4,22
  12:1,14 16:10
  19:23 38:15 39:14
  48:19 49:16,17
  50:1 51:3 62:2
  66:14 77:7 89:18
  89:23 91:12 96:11
  100:12 104:4
  110:9 114:20
  130:4,8 133:4,24
  144:21 145:2
  151:9 158:5 159:1
  159:5 163:11
  167:7 173:14
problem 36:23,24
  39:15 129:15,19
problems 89:20,25
  94:8 150:8
procedures 13:18
  29:1
proceeding 10:2
proceedings 65:5
  101:19 131:22,24

144:25 154:20
proceeds 73:6
  107:4
process 60:9 67:16
  152:19
produced 69:25
  75:10 79:13 98:12
  102:8 125:25
  136:11
production 69:23
  71:7 78:19 100:5
proffer 45:17 67:1
profits 77:15
programs 152:10
projects 41:5
prompt 179:20
proper 45:1 171:17
properly 37:1
  167:4,9 168:1,16
properties 13:19
  14:17 17:4 18:8
  18:11,13,23 19:5
  20:3 27:3 29:2,9
  37:7,8 38:3,4,6,11
  38:17,25 39:4,9
  39:16,18,23,24
  40:10,15,23 43:10
  45:10 46:14 48:16
  49:13,18 55:12
  56:10 57:17 58:23
  59:1 75:21 76:3
  77:15 79:8 80:19
  82:16,21 83:20
  89:20 90:1,10
  93:7,10,17 94:1,5
  94:8 98:23 99:6
  100:11 112:24
  119:20 122:8
  127:22 129:16
  143:16,18,19
  144:7,13 146:10
  152:8,11,15,21
  153:3 157:5 162:6
  168:22 170:13

173:23
property 1:7 4:4,8
  4:12 6:8 22:22
  37:10,12,16,18,21
  39:11 40:18 43:5
  43:13,19,20,22,23
  44:1 47:14,22
  48:6 52:21 61:12
  64:3,6 71:10 72:1
  76:6 77:25 78:16
  81:7 83:19 96:24
  100:6,14,16,17,18
  105:21 113:21
  115:13 116:6
  119:15 121:8
  127:2 128:12
  129:19,21 130:9
  130:10 131:3
  132:9 136:20
  140:2,3,8,12,17
  140:17 141:4
  143:22 146:7,8
  148:4,7 156:16,20
  158:3 160:16,21
  160:25 161:6
  175:1 176:2 179:8
  180:9
protect 62:22
  142:10,25
protection 62:20
  118:20,25 127:18
  127:22 128:3
  141:22,24 142:24
provide 59:6 99:7
provided 55:18
  57:13 99:11
  180:14
public 1:19 80:16
  85:24 89:14 90:13
  90:16 93:3 94:1
  95:8,15 104:14
  149:6 151:2 164:7
  164:16 175:14
  177:6,15

A. CICALESE

| | | | | |
|---|---|---|---|---|
| **purchase** 4:8 37:22 | 105:11 111:13 | 23:1 27:16,25 | 84:6 86:12,24 | 65:2,8 70:24 |
| 40:10 71:10 82:22 | 117:3 137:10,18 | 28:9 29:15,21 | 87:2,25 89:18 | 73:23 75:3 78:12 |
| 103:21 113:21 | 141:14,25 147:13 | 30:15 31:2,6,12 | 91:15 95:18,21,22 | 97:18 99:4 101:13 |
| **purchased** 4:13 | 163:2,13 | 32:17,19 33:13 | 96:13 100:12 | 101:15,17,24 |
| 37:17 46:24 49:19 | **questioned** 67:11 | 34:23 39:5,25 | 108:9 109:11 | 113:9 131:15,19 |
| 72:1 90:3 108:12 | **questioning** 66:25 | 45:23 51:17 52:7 | 110:7 113:23,25 | 132:1 137:6,21 |
| 116:7 125:10 | 123:7 152:7 | 52:25 56:9,22 | 121:13 123:4 | 141:13 154:14,17 |
| 129:21 146:17 | **questions** 9:12 | 61:3 63:14,22 | 124:12 125:11 | 154:22 166:14,17 |
| 157:9 | 45:18 51:20 52:6 | 65:24 68:11 73:8 | 128:2 134:1 138:3 | 166:20 174:6 |
| **purchaser** 4:17 | 67:16 95:9 154:24 | 74:14 89:18 91:5 | 139:2 143:15,18 | 178:9 |
| 132:8 | 159:23 160:11 | 92:17 96:12 106:9 | 148:5 150:25 | **recorded** 45:10 |
| **purchasers** 20:22 | 166:12 167:1 | 108:9 109:2 110:2 | 151:3 152:25 | 65:14 69:9 73:13 |
| 56:16 96:3 | 174:3,4 | 111:22 123:3 | 153:3 163:5 | 85:7 88:18 104:7 |
| **purchases** 18:16 | **quickly** 16:13 | 130:16 135:24 | **recalled** 32:15 | 104:12,17,17 |
| 52:18 | 144:7 | 143:24 144:18 | **receipt** 86:15 | 105:9 111:15 |
| **purchasing** 14:16 | **quite** 10:24 26:12 | 158:8,10 160:17 | 118:23 | 112:11,15,16,25 |
| 17:4 20:22 37:6 | 109:22 | 160:19 162:5,25 | **receipts** 105:12 | 115:14 122:15 |
| 38:5 47:22 64:2 | | 163:18 165:4,18 | 108:14 | 123:24 137:9,17 |
| 157:5 | **R** | 167:6 | **receive** 52:16 58:7 | 141:5,9 168:15 |
| **purpose** 21:12 | R 2:6,9 | **realtor** 42:15,19 | 58:10,13 118:11 | 169:7,21 |
| 83:16 86:1,5 | **racehorses** 10:24 | **realty** 105:4,5 | 118:15 132:20 | **recording** 61:15 |
| 141:23 142:24 | **raid** 65:15 | 107:19 119:4 | 156:25 | 73:16 103:19 |
| 152:6 | **ran** 170:23 | 121:25 | **received** 58:6 72:2 | 104:1,5,11 107:17 |
| **pursuant** 1:20 | **range** 82:5 | **reason** 17:16 51:23 | 74:1 89:4 117:24 | 111:9,14 114:18 |
| 69:23 | **ratio** 77:18 | 114:21 122:2 | 122:25 134:19 | 116:24 119:8 |
| **pushed** 144:1 | **reach** 93:6 | 129:8,10 176:5 | 150:25 157:18 | 122:12 126:5,10 |
| **put** 9:9 19:25 23:25 | **read** 85:7 91:6,9 | **reasons** 170:5 | **receives** 118:3,7 | 126:10 133:15 |
| 36:13,20 45:1,4 | 92:1 99:2,3 | **recall** 23:3,21 | 130:21,22 | 146:24 147:7,8,9 |
| 45:23 62:3 78:5 | 100:13 111:5 | 27:17,19 28:1,15 | **receiving** 84:23 | 173:7 |
| 99:20 106:5 113:7 | 142:10 151:24 | 30:19 31:6,9,14 | 85:9 87:25 95:18 | **records** 96:14 |
| 122:12 124:16 | 176:23 179:10,14 | 32:2 33:3 35:14 | 123:6,7 142:3 | 126:1 136:10 |
| 141:12 169:24 | 180:11,15,20 | 35:25 36:14 38:20 | 148:4 152:10 | 145:23,25 |
| **putting** 62:6 173:10 | **reading** 99:4 | 39:22 41:8,10 | **receptive** 50:10 | **Red** 53:13,15 54:6 |
| **P.C** 102:4 | 179:13,17,18 | 42:5,10 44:14 | **recess** 65:3 101:18 | 65:17,21 66:2 |
| **p.m** 1:12 101:19,19 | 180:14 | 50:2 52:4,7 54:10 | 131:21 154:18 | 76:4 90:25 91:4 |
| 154:19,19 174:8 | **real** 13:4 24:18 | 55:2,8 56:1,10 | 166:18 | **Redirect** 3:9 |
| 179:15 | 43:1,3 59:12 | 57:3 59:15,24 | **recognize** 28:12 | 171:23 |
| | 105:7 120:14 | 61:15,17,19 62:18 | 72:16 80:11 83:11 | **Reference** 87:16 |
| **Q** | 134:8 135:22 | 63:17,23 65:23 | 98:16,19 102:11 | **referenced** 179:18 |
| **question** 8:24 9:11 | 136:3 | 66:1,5 70:16,17 | 117:4 129:3 130:2 | **referred** 13:23 29:4 |
| 9:13,19 17:16 | **realized** 39:10 | 70:20 71:12,25 | 130:14 154:5 | 85:6 156:2 |
| 19:17 21:3 24:21 | 44:21 49:16 | 73:8 74:11,14,16 | **recollection** 35:17 | **referring** 161:4,20 |
| 52:11 63:4 73:4 | **really** 9:24 10:3,7 | 75:12 79:3,6 | 43:18 77:23 | 164:21 |
| 75:12 77:3 87:12 | 12:20 13:2 15:16 | 82:23 83:2,4,6 | **record** 6:1,13 9:10 | **refinancing** 136:6 |
| 96:13 102:9,14 | 16:16 18:14 22:8 | | | |

A. CICALESE

reflected 77:19
78:2
reflecting 122:5
refresh 35:16 77:23
refund 56:8
regarding 167:25
Register's 137:17
regular 83:14 86:2
112:18
regularly 159:4
Reisner 92:9
reissued 114:4,6,21
122:4
relate 125:8 142:14
related 4:18,20
68:25 139:17
145:19
relating 4:15 71:10
132:6
relationship 26:13
relative 178:14,15
relatives 61:6
release 126:12
relevant 69:25
remaining 130:22
remedy 94:12
remember 10:4,7
18:7,25 20:7 22:8
22:25 23:1 27:25
28:9 29:25 30:15
30:18 31:11,16
32:17,18 33:12,14
35:7 38:14 39:6
44:11,17 53:4
55:14,16,17 56:6
56:9,13,18,22
61:3,5,6 62:5,14
62:18 63:11 66:18
66:19 67:3,20
68:2,11,20 70:8
75:19 78:4,5 83:8
84:2,16 89:21
90:18 91:2,5,6,20
92:6,17 103:17

106:13 108:25
109:2,15 110:2
123:4,16 124:22
125:12,13 127:24
133:8 134:2
144:14 151:9,10
153:24 159:20
162:20,25 163:6
163:16,16,18
164:18 165:18,20
165:20,23,25,25
166:4,7 169:14
172:19 173:3,20
remind 46:6
remove 92:13
rent 38:7,9 152:23
rental 38:4 152:10
rented 152:22
renters 152:11,14
rephrase 9:14
report 178:4
reporter 1:19 6:11
8:14,25 85:7
REPORTER'S
178:1
repository 70:1
102:8
represent 7:21 8:4
15:8 16:4 35:5,23
57:16 59:18 69:21
74:7 80:21 81:25
87:17 96:3 100:4
102:6 115:12
160:10 169:3
representative 28:7
66:15
representatives
28:2
represented 9:5
40:16 41:16
106:21
representing 17:13
17:15 55:6
represents 114:15

reprinted 111:21
111:24
request 99:10
100:14,22 109:5
requested 150:24
178:7
requesting 84:12
99:10 100:15,17
150:23
require 84:4
required 44:13
81:10 120:15
142:5 173:22
requirements
140:24
reservations 51:21
respect 160:14
162:9 167:2
respectively 79:2
respects 121:16
respond 9:10 87:8
93:13
responding 7:13
response 95:2
responses 95:9
responsible 20:21
44:18 51:22 53:19
70:15
restaurant 60:25
61:1,9 165:17,21
result 44:8 71:25
93:23
retained 2:25 46:2
return 43:22 45:21
65:21 93:10 109:5
137:6 172:16
173:18
returned 84:22
93:20,22 137:9
returning 8:7
review 75:8 102:10
178:6
reviewed 15:9
Rica 1:11 6:16 8:1

11:6
Rican 113:8
Richard 2:16 7:5
17:25 19:9 20:2
25:9,13 94:3,4
Rick 94:9,10 118:2
130:18,19 147:22
right 10:23 11:15
16:14 29:2 35:11
36:20 43:24 46:19
46:22 50:8,12
51:2 52:8 55:22
60:22 64:8 71:17
72:15 75:22 76:2
77:2 90:4 93:10
95:1 97:13 104:2
105:1,14,18
106:16,20 107:9
107:21 110:15
113:3,5 114:9,15
114:17,20 115:5
116:16 117:10,23
117:25 118:12
119:6 124:4
125:23 129:15
133:16 134:4,12
136:15 139:1
140:10 145:2
147:10,19,21,24
148:18 149:5
150:4,6,15 155:9
156:3 158:13
160:20 161:12,19
163:10 164:5
165:2 169:16,20
171:8,9,17,20
172:15
right-hand 69:21
97:3 103:14
105:13 114:14
Riley 80:16,17,18
80:18
ring 129:17
road 2:7,16 153:10

153:13
Rob 23:13
Robert 2:2 6:14
23:15 28:16 179:5
180:5,12
Robin 79:2 116:7
Roland 25:25
role 17:3 67:12
Ron 23:13
Ronald 92:9
room 54:15 144:24
Roseland 2:13
Rosso 32:13
Rothschild 2:12 7:1
166:23
Route 12:3 16:2
41:20 61:10
RP 48:18 118:1
130:17
running 47:3
R&R 136:24 137:6

**S**

Sabine 79:20
sale 4:16,18,21
37:20 56:14
106:21 108:11
116:6 120:13
125:9 132:7
136:17 139:17
145:20 146:3
156:18 157:20
160:16 161:2,13
161:20
sales 28:23 56:16
Sally 3:24 88:12
98:14,15 99:3
100:15 149:9
San 1:11
Santos 1:19 6:11
177:6,15 178:3,20
179:22 180:23
sat 22:6 45:17
108:18 110:4,10
126:25

A. CICALESE

saw 26:12 37:24
  39:3,8 40:9,15
  49:14 58:23 90:22
  94:24 111:3 122:1
  145:3 167:11
  169:21
SAYETH 175:6
saying 52:10
  169:15 171:14
says 70:12 72:11,13
  72:17 77:14,18
  88:12 106:17,25
  108:5 116:23
  117:9,22 126:11
  137:2,16 138:14
  140:2 142:9,17
  147:22 154:4
  155:7 159:24
  161:5 172:7
scenario 170:9
Schedule 140:23,24
  140:25
scheduled 60:2
scheme 169:5
Schlesinger 32:3
school 10:15,18,21
  11:9,15 16:14
se 2:16 7:6 25:9
seal 177:11
search 73:21,21
Seaside 4:12 38:21
  38:22 58:23 125:9
second 18:18 57:12
  57:15,22,25 58:3
  71:16 79:19 87:4
  88:11,14,17
  101:13,15 105:13
  105:23 114:8
  116:12 121:25
  125:20 126:9
  131:17 133:11
  141:17 146:21
  155:5 166:15
  173:24

secondary 123:12
  123:13,20 124:14
seconds 169:11
secretarial 12:21
secretaries 12:22
  22:24
secretary 12:11
  34:19 36:8
secured 52:21
Securities 2:5 6:7
  6:16,20 7:21
  15:10 23:8 24:17
  24:25 25:3,5
  28:19 29:20 30:4
  30:10,14,16 31:1
  31:10,17 32:3
  33:16 34:2,6,8
  35:9 40:21,24
  55:6 72:25 81:24
  83:23 84:12,19
  85:10,16,17,18
  88:24 89:6 95:10
  96:21 105:17
  121:17 134:19,23
  150:24 155:4
  156:1,5,25 158:18
  159:17,18 160:2
  164:17 166:8
  175:1 176:2 179:8
  180:9
SECURITIES,I...
  1:4
see 8:1 38:11,18
  46:9 67:14 69:20
  70:2,8 71:18 72:6
  75:9 77:1 82:6
  87:11 92:23 98:6
  98:13 100:6,24
  105:22 109:17,19
  114:2,8,14 122:13
  125:18,21 126:11
  127:6 128:25
  134:12 136:12
  137:3 138:14

139:19 142:22
  145:21 146:24
  147:7,17 152:1
  155:10 161:11
  170:17 172:7
seeing 18:7 39:12
  70:8 84:16 127:24
  128:2
seeking 41:2
seen 15:11 18:18
  19:4 20:14 23:7
  40:1 46:12 48:17
  57:11 58:20 63:24
  63:25 94:22 128:5
  150:22 152:4
  161:9 171:13,15
seized 65:14
sell 100:19 146:7
  151:12
seller 61:11 100:17
  120:13
seller's 48:20
  106:18 120:23
selling 17:5 37:12
  37:16,21 64:4
  156:16 157:8
  160:23 168:22
sells 140:17 161:5
send 45:22 59:17
  74:12 84:19 85:13
  148:6,9
sender 97:1
sending 83:18,22
  85:17 88:22 89:16
  151:10
sent 24:16 45:24
  49:4 59:23 64:10
  64:13 72:19 86:8
  86:13 89:19 93:5
  96:23 104:5
  112:24 128:7
  134:22 169:20
sentence 77:17
  88:11 99:3

sentences 99:4
separate 44:15
  103:6,18
September 1:12 6:3
  175:2 176:3 177:9
  178:6 179:9
series 3:17,18,20,22
  4:10,11,14,15
  71:9 75:7 78:16
  81:22 116:2 132:6
service 62:20
  118:20,25 127:18
  127:21 128:3
set 4:20 54:11 63:5
  75:20 80:2 82:18
  96:17 116:12
  120:8 135:15
  142:14,21 144:19
  145:18 155:5
settlement 105:16
  106:17 108:5
  121:5 155:7,11,17
seven 119:12
  123:11
Shakes 131:4
  158:23
shared 12:21
sheet 4:3 35:6,6
  60:11 83:12,17
  84:13 100:5,14
  117:13 129:2
  130:13 147:1
  175:4 176:1
sheets 39:13 110:25
  111:2 129:13
  147:14
shore 91:3,6 165:19
Short 2:4 15:2
  179:7 180:8
Shorthand 1:19
shortly 37:2 43:6
  50:6
shot 68:24
show 35:4 51:2

64:1 83:5 88:9
  97:19 110:15,24
  113:9 117:17
  118:23 122:10,10
  145:18 151:18
  171:6 172:11
showed 54:24
showing 47:14
  81:21 173:3
shown 101:3
  126:19
shows 35:8 98:11
  103:15 105:12
  117:8,18 122:10
  126:4,9,14,15
  132:18 133:14
  141:8 172:22
  173:6
shut 150:2
Siciliano 154:3
side 100:7 103:14
sight 40:4
sign 21:17 22:9
  52:1,2 54:18
  61:25 66:25 96:9
  179:10,15 180:11
  180:20
signature 76:14,14
  78:24 80:12 86:10
  89:2 97:8,11
  98:17 120:23
  121:2,7 132:15
  149:7 154:3 155:8
  155:13
signatures 79:13
  138:14,15
signed 21:14 22:20
  43:12 44:7 45:16
  47:17 51:19 54:14
  54:16 62:9 76:10
  76:18,25 77:4
  78:23 79:5 80:3
  80:11,15 81:1
  86:8 121:14

A. CICALESE

123:19 155:16
161:24
signing 22:15
155:16 179:13,17
179:18 180:14
similar 101:2
123:21
simply 52:12
Sincerely 179:21
180:22
sir 166:11
sit 29:2 34:19
160:20 161:19
sitting 144:20
situation 170:19
six 11:22 123:23
skinny 134:8
skip 136:20
Skowrenski 10:5
23:16,23 26:6
166:1
slightly 106:1
small 15:4 108:24
smart 34:21
software 24:12
sold 17:21 76:4
90:5 119:15
146:16
somebody 9:8
160:5
soon 144:13
sorry 71:15 94:11
124:7 167:17
sort 24:1 26:17
30:4 91:22 153:13
170:20
sound 161:8
sounds 124:6
sources 41:8
speak 25:11,17
27:6,15 28:7,24
29:4,20 30:25
32:11 42:17,22
49:22 68:7 91:8

91:25 93:2,25
94:19 156:4
158:17 159:16
164:7,16
speaking 9:1 27:19
28:15 30:17,19
31:9 59:24 156:7
specific 56:14
specifically 77:19
specifics 22:7
specify 68:15
speed 16:12,18
spoke 27:22 28:1
28:13,17,19 50:2
50:3,6,17 73:25
90:14 92:5,14
93:8,12 94:2,15
138:4 160:18
162:10 164:8,8,19
spoken 25:15,23
26:2 30:22 32:18
68:19,21 132:23
spread 139:21
SS 175:9 177:3
stack 20:3 45:7
staff 12:10,19
stamp 54:8 69:20
71:8,22 72:5,23
76:7 78:22 88:22
98:10 111:6
113:18 120:5,7
121:2 143:13
172:7
stamped 4:22 75:9
78:18 79:20 80:3
82:4 83:10 84:10
85:21 96:1,18
97:6 102:5 116:3
116:13 125:18
132:18 133:14
136:11 139:21
140:6 141:18
145:24 149:2
152:2

stand 130:5
standard 8:19
118:11
Stanley 13:17
26:25 34:18
169:25 170:3,4
stapled 45:13,24
Stapleton 2:20 6:10
start 160:6
started 7:22 10:21
10:24 11:4 14:21
15:14,21 26:24
37:1,3 50:25
145:8 158:25
159:4
starting 172:12
state 1:20 6:12 10:2
63:8 80:16 92:12
109:16 110:1
175:8,15 176:21
177:3,7,15
statements 171:7
States 1:1 11:1,3
station 153:11
status 68:9
stenographic 178:9
stenographically
178:4
Stephen 108:12
sticker 70:3 98:8
125:24 127:6
137:1
Stone 2:3 6:15,18
7:20 179:6 180:6
stood 44:5 87:23
101:6
stop 36:13 138:9
146:11 149:25
179:14
stopped 95:15,17
150:21 151:8
170:11
story 91:9
straightened 63:13

150:16
straw 22:16 37:21
40:6,18 47:21
48:8 51:6 52:5
53:17 64:4 81:23
121:10 124:13
Straysen's 92:5
street 4:16,21 10:22
14:6 71:11 72:14
73:7 108:11 116:7
116:24 132:7
145:19 155:3
172:4 179:14
strictly 171:3
structure 26:18
stuff 152:16
style 6:7
subaccount 103:23
103:24 114:16
subject 68:16
133:10 176:24
submitted 84:4
99:7 121:18
subscribed 175:11
subsections 82:7
subsequent 159:8
subsequently 73:17
112:20
substance 36:11
67:9 91:13 92:15
126:22 156:10,12
176:24
substantial 43:12
sufficient 179:16
suggest 94:12
suit 28:5
Suite 2:7 179:14
sum 168:14
summary 168:18
Sumner 4:12 125:9
125:14 127:2
supervision 178:12
supposed 48:5
169:6,9 170:16

173:7
supposedly 41:16
sure 15:16 17:13
18:24 19:1 24:5
24:10 32:17 33:12
42:3 50:5 52:9
55:25 61:17 62:2
66:3 79:15,17
80:18 84:25 85:4
88:2 91:19 96:12
101:14 109:24
112:20 122:5
123:25 131:16
133:19 158:2
160:13 162:7
166:6
surmised 37:23
surprise 103:1
surprised 169:12
Suzanne 138:20
sweatbox 113:8
sweet 144:20
swim 14:6
sworn 7:13 175:11
177:9
S-A-B-I-N-E 79:21

**T**

tab 115:20
table 24:18
take 8:21,22 9:1
11:11 16:17 21:22
22:18 57:10 60:4
64:18,19,23 69:18
70:7,21 71:5 75:5
78:14 81:24 82:8
97:17 98:4 100:2
102:2 108:14
111:11 125:5
127:1 132:5
139:15 148:25
154:9 172:5
taken 1:18 20:5
29:22 45:14 65:3
101:18 117:19

A. CICALESE

| | | | | |
|---|---|---|---|---|
| 131:21 133:10 | termed 82:18 | 134:1 135:8,10,14 | 101:16,23 112:15 | 169:4 |
| 154:18 166:18 | testified 7:14 42:24 | 139:19 145:5 | 114:8 116:10 | today 6:3 7:25 9:5 |
| 175:2 176:3 179:9 | 46:23 54:5,23 | 151:3,7 153:4,8 | 119:24 124:5 | 70:9 169:12 |
| 180:10 | 73:19 76:13 95:12 | 153:15,23,23 | 131:18,25 133:21 | told 13:19,20 14:15 |
| Talan 2:12 3:7 6:25 | 112:6 123:5 | 154:9 158:24 | 134:6 141:25 | 24:8 36:18,18,19 |
| 6:25 141:12 | 126:21 138:22 | 159:9,20 162:14 | 142:2 144:8,20 | 38:5 44:25 45:3 |
| 166:14,22,23 | 148:3 155:20,24 | 163:20 164:25 | 154:16,21 157:10 | 45:19,25 46:17 |
| 168:24 | 163:19 169:25 | 165:11,13 169:13 | 158:11,11 160:5 | 48:2,5 50:3,17,25 |
| talk 23:23 30:16 | testify 69:3 | 172:3 173:5,9,24 | 161:6 164:8,9,12 | 53:25 66:24 90:21 |
| 45:16 50:20,21 | testimony 126:22 | third 4:19 71:21 | 166:10,16 167:5,8 | 92:24 112:15 |
| 67:1 159:13 | 168:19 | 76:8 103:11 | 168:6,8,11,15 | 119:17 138:7,8 |
| talked 165:9 | thank 7:24 85:5 | 135:17 139:17 | 169:21 171:10 | 146:11 156:21 |
| tape 1:15 64:24,25 | 97:13 99:19 | 140:4 172:3 | 173:10 174:5 | 161:14 162:22,23 |
| 65:1 131:18 | 135:17 166:11 | Thomas 25:17 | 179:16 | 163:4,5,8,17,17 |
| target 68:16 | 171:21 | 66:19 | times 9:7 17:14 | 164:19 169:22 |
| tavern 165:21 | thing 24:1 48:17 | thought 17:19 19:9 | 26:7 29:19 31:9 | 170:12 172:13,18 |
| tax 84:13 105:6,8 | 66:4 93:10 141:7 | 54:6 80:18 133:5 | 53:10,25 60:24 | top 76:25 98:8 |
| 116:19 | 146:20 150:15 | three 10:23 64:9 | 67:6 88:10 91:25 | 124:4 127:7 |
| taxes 81:8 111:9,14 | 159:2 | 76:17 77:14 85:21 | 92:3 152:24 | 151:24 171:5,14 |
| 119:10,14,20 | things 13:4 14:21 | 89:20,20,25 90:9 | 170:10 | tough 151:24 |
| 129:25 130:3 | 20:9 22:20 31:16 | 93:7,16 94:4,8 | timing 173:20 | tour 30:4 159:11 |
| technical 24:6 | 36:6,8,13 40:1 | 106:22 107:18,25 | Tinton 2:17 | 164:13 |
| telephone 30:6 | 46:13 50:8,12 | 129:17 130:13 | title 2:8,11,14,14 | town 14:8 |
| 91:17 164:9 | 56:8 67:13 88:3,8 | 132:2 137:20 | 3:15 6:24 7:2,3,9 | training 10:24 13:7 |
| telephoned 52:5 | 150:12 151:11,13 | 139:25 | 10:6 24:6 27:9,11 | transaction 45:4 |
| telephonic 94:16,17 | 161:25 162:2,3 | threw 67:13 | 27:12 28:2,6,10 | 49:10 72:13 73:9 |
| tell 23:14 45:2 | 167:11 169:5,24 | throw 170:7 | 28:11 62:21 70:6 | 77:5 83:6 103:6 |
| 62:12,15 68:9 | 170:8 | tighter 41:4 | 70:13 71:18 72:7 | 103:22 106:22 |
| 73:10 82:10 90:19 | think 10:14 15:19 | time 6:12 8:20 9:1 | 72:23,24 73:3,4 | 107:8 137:11,22 |
| 98:10 102:10 | 17:9,23 23:12,17 | 13:6 14:12 15:1 | 73:22 74:8,12 | transactions 13:5 |
| 111:23 112:5 | 23:20 28:18 29:17 | 15:17 16:3,17 | 77:20 87:14,19 | 17:3 26:8,16 |
| 115:17 127:7 | 29:18 33:17 35:24 | 19:3,24 20:5 21:5 | 88:1,12,23 89:5 | 33:25 35:19 40:16 |
| 128:13 129:11 | 37:6 38:21 39:5,8 | 21:16,23 22:13 | 95:7,19 98:12,15 | 42:25 47:9 56:25 |
| 141:21 144:9 | 42:1 46:1,9 50:11 | 23:13,17 28:25 | 98:22 99:14,15 | 57:5,12 58:7 |
| 148:10 151:25 | 52:24 53:18 58:5 | 29:22 30:24 33:1 | 100:15,15,17,22 | 65:13,24 68:25 |
| 157:4,12,17,22 | 58:18,19 60:24,25 | 33:17 37:17 39:10 | 101:4 107:12,13 | 74:4,9 79:11,16 |
| 159:25 162:1,16 | 61:9 62:8 63:6 | 40:13 41:17 43:13 | 112:16 118:14,18 | 93:23 116:10 |
| 163:23 164:23 | 65:24 66:3 75:20 | 45:15 49:14,15 | 118:19 126:1 | 132:10 143:3,7 |
| 165:2 | 75:25 79:6,7,10 | 50:13 55:9 56:24 | 127:9,13 137:2,9 | 156:1 158:16 |
| telling 67:14 68:12 | 79:13 91:19,20 | 58:25 60:6,25 | 137:25 140:13,22 | 170:2,15 |
| 95:19 144:15 | 92:4 93:18 95:13 | 64:11 65:1,6 | 140:25 141:5 | transcript 175:5 |
| 148:8 150:10 | 95:16 103:18 | 66:16 67:8 75:17 | 142:9,14,17 149:9 | 176:4,23 178:7,11 |
| 163:12,20 | 111:25 114:21 | 79:14,25 84:18,18 | 150:25 152:8 | 179:12,15,16,19 |
| term 24:18 | 124:8,9,19 129:16 | 86:9 91:3,15 93:1 | 160:11 166:24,25 | 180:13,15,18,20 |

A. CICALESE

| | | | | |
|---|---|---|---|---|
| 180:20 | 167:11,12 | 18:20 51:24 | **visit** 39:23 | 159:16,18 160:1 |
| **transfer** 105:4,5,7 | **turn** 43:5 76:8,16 | **uneasy** 13:20 | **voice** 85:3 | 164:16 166:8 |
| 107:20 115:14 | 95:6 97:5 98:1 | **unhappy** 16:11,18 | **void** 108:6 116:20 | 175:1 176:2 179:8 |
| 116:18 119:4 | 103:8,11 133:13 | **unit** 6:2 65:7 | 116:25 117:1,4 | 180:9 |
| 121:24,25 | 154:10 | 131:19 132:1 | 129:1,4 | **want** 8:21 36:24 |
| **transferred** 156:9 | **turning** 120:3 | **United** 1:1 10:25 | **voided** 73:17 108:4 | 101:12 167:14,15 |
| 158:16 | **turns** 129:20 | 11:2 | 111:10,14,18,21 | 167:17,19 |
| **transferring** 140:7 | **Twenty-five** 127:20 | **unseen** 40:5 | 112:12,20 114:3,7 | **wanted** 50:12 51:25 |
| **transpired** 22:12 | **two** 10:22 14:20 | **unsigned** 96:15 | 114:10 115:6,7 | 54:1 66:24,25 |
| **treasurer's** 3:15 | 15:21 22:19 28:10 | **unsure** 16:16 | 122:1,12 129:7,8 | 110:12 158:2 |
| 70:12 | 35:23 41:15 42:2 | **upper** 105:12 | 147:8 | 162:7 167:14 |
| **Trebour** 32:9,11 | 52:8,24 65:7 | 136:23 | **vs** 1:6 175:1 176:2 | 170:12 |
| **trial** 8:6,8 | 78:21 79:1 99:3 | **use** 8:5 41:11 47:23 | 179:8 180:9 | **warmer** 97:25 |
| **trials** 69:3 | 108:3,10 114:3 | 59:7 74:19 83:12 | | **wasn't** 15:16 17:13 |
| **tricked** 54:24 | 116:14,16 131:20 | 86:2 173:24 | **W** | 24:10 31:2,15 |
| **tried** 67:13 93:5 | 135:3 145:5 | **usual** 61:11 | W 86:23 | 65:20 69:10 84:7 |
| 149:12 | **type** 12:25 96:14 | **usually** 136:16 | **Wade** 116:6,24 | 139:4 148:8 |
| **trip** 164:11 | **typed** 96:11 | **utilities** 81:9 | **Wagner** 2:2 6:17 | 157:19 168:6 |
| **true** 175:5 176:2 | **T-A-L-A-N** 7:1 | **U.S** 46:5 66:14 68:7 | 6:18 180:6 | 169:22 170:19,21 |
| 178:8 | | | **wait** 158:12 | 171:4,11 173:22 |
| **trust** 4:5,7 46:25 | **U** | **V** | **waive** 180:14 | **way** 21:19 29:9,11 |
| 47:3,9 55:11,23 | **Uh-huh** 30:11 | **value** 58:25 | **waived** 179:18 | 37:14 50:12 51:3 |
| 56:11 70:13,16 | 31:20 44:24 47:1 | **variety** 78:18 | **walked** 31:22 51:18 | 57:8 95:2 103:7 |
| 73:14 102:5,13,15 | 57:14 62:25 66:10 | 136:21 138:15 | **Walker** 2:2 6:17,17 | 114:14 130:23 |
| 102:20 103:15,16 | 71:20 87:15 97:7 | **various** 105:19 | 6:18 64:21 74:24 | 144:14 158:15 |
| 104:24 107:23 | 97:12 98:9 103:13 | **venture** 3:18 43:14 | 180:6 | 170:21,21 |
| 108:15,17,19 | 111:4 112:13 | 43:16,17 44:2,5,8 | **Wall** 10:22 | **Wednesday** 1:12 |
| 109:20,20,21 | 116:8,11,21 | 44:13 52:19,24 | **Walsh** 1:4 2:5 6:7 | **weird** 64:21 |
| 111:2,8,23 112:3 | 122:16 130:11 | 64:5 75:1,7,15 | 6:15,19 7:21 15:9 | **went** 10:11 14:12 |
| 112:7,8,10,18 | 137:13 138:21 | 76:9,17,23 77:14 | 23:8 24:17,24,25 | 19:25 20:3 30:3,9 |
| 113:20 120:4,8 | 139:23 140:1 | 154:4 157:1 | 25:3,5 28:16,17 | 31:17,19 41:23 |
| 122:9,10 125:19 | 141:20 143:12 | 159:14,17 164:24 | 28:19,20 29:20 | 42:2,3 53:9,18 |
| 126:21 127:1 | 155:12 164:22 | **ventures** 157:1 | 30:4,10,14,16,25 | 58:22 65:16 66:3 |
| 129:1 145:22 | **unaware** 39:17 | **verbal** 9:3 | 31:10,17 32:3,20 | 66:8 67:15 68:4 |
| 147:6 172:2,10 | 94:7 121:20 | **versus** 6:8 10:6 | 33:15 34:2,6,8 | 73:14 74:5 90:24 |
| 173:13 | 157:10 168:20 | **video** 1:15 6:4 8:10 | 35:9 40:21,24 | 91:2,4,5 122:9 |
| **truth** 67:14 | **unclear** 17:13 | 131:15 | 41:4 55:6 57:8 | 125:20 126:8 |
| **truthful** 9:19 | **uncovered** 90:16 | **videographer** 2:20 | 72:25 81:24 83:22 | 149:20 159:9 |
| **try** 9:14 67:14 | **understand** 8:7 | 6:1,6,10 64:17 | 84:11,19 85:10,16 | 164:14 167:12 |
| 92:22 150:7,15,15 | 9:13 17:2,22 30:2 | 65:1,6 101:12,16 | 85:17,18 88:24 | **WERBE** 2:6 |
| **trying** 16:16 50:9 | 37:11 115:9 | 101:23 131:17,25 | 89:5 95:10 96:21 | **Werbel** 7:8 |
| 89:23 103:17 | 119:23 170:1 | 154:16,21 166:16 | 105:16 121:17 | **weren't** 22:17 |
| 104:11 105:3 | **understanding** | 166:19 174:5 | 134:19,22 150:24 | 46:13 49:16 81:13 |
| 149:14 151:12 | 9:18 81:12 | **videotaped** 8:5 | 155:4 156:1,4,18 | 123:25 146:14 |
| | **understood** 9:15 | **viewed** 17:22 | 156:25 158:17 | |

A. CICALESE

152:23 161:22,23
West 4:16 10:12
 15:19 16:1 75:20
 75:22 76:4,5
 132:7 134:5 172:4
 179:14
we'll 8:13 35:16
 128:18 150:13
we're 46:9
we've 20:14 61:24
 62:19 63:24,25
 128:24
whatnot 29:10 30:6
 60:11,16 90:20
 120:12
wife's 54:8
William 71:11
 72:14 73:7 102:7
windows 134:8
wire 55:15 57:8
 117:18
wired 24:22 35:8
 105:16
withdrawn 112:8
 162:15
witness 3:3 6:5
 7:12 85:4 98:1
 110:21 113:15
 124:8,19,21 177:1
 177:8,11 178:5,10
 180:14,16,18,19
WK 102:6
WK-19052 103:25
WK-19122 102:6
 111:6
WK-1950 102:5
WK-1952 103:12
WK-1953 125:18
WK-1968 104:21
WK-1970 108:11
woman 23:3 61:1,4
women 41:15
word 116:20 117:4
 129:1,4

words 87:18 130:2
 169:14
work 12:21 13:13
 14:22,25 15:7
 35:18 36:5 40:22
 46:21 80:8 90:24
 149:15,19 150:9
 150:18,22 153:22
worked 10:22 12:8
 12:19 13:17 19:11
 19:17 20:14 21:6
 22:21,23 25:3
 26:24 33:15,18
 42:7 62:13 79:24
 100:11 103:18
 149:11,17 150:17
 164:1
working 26:24
 117:15 163:25
worried 29:12
 158:10 160:17,19
worth 39:12
wouldn't 46:20
 50:18 95:20 109:9
 110:8 143:5
 148:10 166:9
Wright 4:21 79:3
 145:20
write 60:12 176:4
written 106:8 109:8
 116:20,25 117:1,5
 117:20 142:13
 158:5
wrong 149:15
wrote 129:5 130:2
W-R-I-G-H-T 79:3

—— Y ——
Yacker 13:17 26:25
 27:1,4 46:23
 62:13 69:9 73:12
 73:13 95:18 112:2
 112:6,9 126:24
 145:4 169:25
 170:3,4,11,12

Yacker's 34:18
 46:25 74:4 112:7
 112:10,18
yeah 12:24 16:13
 51:8,25,25,25
 53:16 54:19 60:19
 61:9 63:4 66:4
 67:22,25 75:24
 78:1 94:4 102:12
 105:24 106:7
 108:4,5,24 109:18
 111:12 114:4,13
 115:9 117:6,13
 122:3,7 123:10
 124:3,23 131:17
 132:25 134:4,15
 138:7,18 141:7
 146:18 149:23
 151:17 153:8,12
 153:18 154:1,1
 156:24 161:9
 166:6 172:4,24
year 23:19 151:11
years 9:23 10:23,25
 22:8 46:12 103:3
 108:18 109:9
 110:9 129:10
 133:18
York 2:14,15 7:2,4
 59:20 80:17
 166:24 167:1
young 41:15

—— Z ——
Zanca 71:11,12
 72:1
Zanca's 73:6
Zapolla 98:15
Zappola 88:12

—— $ ——
$1,172 107:11
$1,500 104:25
 107:24 108:16
 122:11

$121,342.60 105:20
$13,700 71:22 72:2
$132,929.60 105:15
$150 126:9,19
 133:15 146:25
 173:7
$19,600 133:10
$2 109:20
$2,000 48:6
$20,000 55:10,23
 132:24 157:18
 172:25
$24 109:21 147:9
$25,028.72 130:22
$250 35:12 171:6
$300,000 93:18
$34,000 130:21
$400,000 93:19
$490 116:17
$50,000 3:15 70:12
 71:18 73:4 74:2
 74:13 112:8
$52,000 130:19
$55 147:8
$6,590 106:11
$611 114:6
$655 107:18
$680 106:14 118:4
 130:20
$7,900 117:24
$71 103:15,19,25
 126:20
$75 126:11,11
$750 58:17
$79 107:15 116:23
 119:8 126:6 147:2
 147:7 173:12
$794.08 116:19
 119:13
$857.50 135:20
$9,800 132:20
 133:1 172:10
$967 109:21

—— θ ——

07068 2:13
07078 2:4 179:7
 180:8
07101 2:10
07724 2:17
08818 2:7

—— 1 ——
1 2:16 3:15 4:20
 69:14,16,19 74:2
 145:19 178:8
1,046 118:16
1:17 101:19
10 4:7 12:3 75:19
 75:22 110:18
 113:11,14
100 27:17 50:15
 55:21,25 74:15
 79:7 151:5 156:20
 165:4
1020 179:14
105 4:16 132:7
 135:15 155:3
 172:4
108 172:3
1087 126:5
11 4:10 113:10
 115:21,24 116:2
 179:4 180:4,10
11th 177:12 178:18
11:06 65:3
11:15 65:4
11:51 6:4
110 4:5
113 4:7 76:5
115 4:10 76:5
12 4:11 71:11 72:13
 73:6 115:20
 124:25 125:3
12K 147:20
12:12 101:18
1201 126:10 133:15
1204 122:1
121,342.60 106:3
125 4:11

VERITEXT REPORTING COMPANY

A. CICALESE

128 4:14
13 4:14 124:24
  128:18,21,24
13th 140:9
13:01 65:1
13:12 65:6
131 4:15
132,000 72:12
1334 115:3,7
139 4:18
144 4:15 128:17
  131:7,11 132:6
  155:2 172:1
14th 86:22
14:06 101:16
1424 117:1
1428 116:23
1429 116:16
1449 141:19
145 4:20
148 4:22
15 4:18 70:3 129:10
  131:7 133:18
  139:9,13,16
  172:24
15:13 101:23
15:55 131:19
150 2:3 126:15
  179:6 180:7
151 5:3
1524 143:13
1560 148:1
16 1:11 4:20 139:10
  145:13,16
16th 4:23 149:2
16:02 131:25
16:35 154:16
16:52 154:21
160 3:6
166 3:7
169 3:8
17 4:22 148:23
  149:1
17th 137:12

17:06 166:16
17:07 166:19
17:16 174:5
171 3:9
174 178:8
18 5:3 69:13 151:21
18K 147:17
18th 89:13
1847 114:10 115:6
1874 115:3
19 70:25 151:19
  179:14
19th 85:23
1978 10:14,20
1992 10:21
1995 10:19 11:8,16
1996 11:25 12:18
  13:7 15:11 74:9
  75:16 77:1
1997 3:23 7:22
  12:15,18 13:9
  15:12 16:7,8,9
  35:24 36:2 74:7
  85:23 86:24 89:13
  95:13 98:14
  112:16 132:9
  135:23 137:12,18
  140:9,12,18
  143:23 146:4,9
  149:3 151:16
1999 11:4
19991 101:4

___ 2 ___

2 3:17 71:1,3,6
2:39 154:18
2:52 154:19
20 75:16
2001 11:5
2002 11:5
201 132:20 172:7
2010 1:12 6:3 175:2
  175:12 176:3
  177:9,12 178:6,18
  179:4,9 180:4,10

203 129:13 133:10
21 148:20
22 61:10
23 98:8
23rd 140:12,18
  143:23 146:4,8
25 127:7
250 118:8
26 3:23 98:13
2759 72:23
2787 72:23
2789 3:17
29 1:12 108:11
  136:13 175:2
  176:3 177:9 178:6
  179:9
29th 6:3

___ 3 ___

3 2:7 3:18 74:23
  75:6 93:19
3/19/97 72:8
3:15 174:8
3:19 1:12
30 169:11 179:10
  180:11
30th 86:24 143:22
300 2:7 74:8 112:16
  112:16
317 4:12 125:9,14
  127:2
3496 6:9
36 16:2 41:20
3851 3:22 82:5
3852 82:17
396 4:8 113:21

___ 4 ___

4 3:20 74:20,25
  78:10,12,15
4th 35:24
4/2 72:17
4:00 179:15
40 77:16,22 156:19
4257 137:14

4264 137:15
4884 134:18
490 119:5
4955 126:2

___ 5 ___

5 3:22 78:8,11
  81:17,19,22
5th 35:25 137:18
5,5265.41 147:23
598.79 114:21
  115:3

___ 6 ___

6 3:23 81:17 97:21
  97:23 98:5
60 52:21 64:6 77:16
  77:21,24 78:3
  156:16 158:3
  160:16 161:13,20
  164:20,23
608 4:19 139:17
611 114:9 115:6
611.22 115:4
661 58:19 107:10
  118:13
69 3:15

___ 7 ___

7 3:5 4:3 97:20
  99:22,25 100:3
7,000 119:11
7/7/13 177:19
70,000 117:24
71 3:17 173:13
74 3:18
75 2:13
7525 85:15
7773 120:23
7782 123:12
78 3:20
79 126:15,20
7986 96:1
7996 3:22 82:5
  96:19

___ 8 ___

8 99:23 101:21
  102:3 110:16
  125:19 172:2
8th 74:7
8:00 179:15
81 3:22
857.50 136:3
8692 88:23
8693 88:25
8706 95:7

___ 9 ___

9 4:5 110:16,20,24
9th 74:7
9:55 1:12
97 3:23 6:9
97-cv-3496(DRD...
  1:3
98 116:6,24
9800 172:22
99 4:3
99,000 72:13