# EXHIBIT S

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Civil Action No.
97-cv-3496 (DRD) (MAS)

WALSH SECURITIES, INC.,   :
                          :
          Plaintiff,      :
                          :
     vs.                  :    DEPOSITION OF:
                          :    ROBERT AGEL
CRISTO PROPERTY MANAGEMENT,
LTD., a/k/a G.J.L. LIMITED;
OAKWOOD PROPERTIES, INC.;
NATIONAL HOME FUNDING, INC.;
CAPITAL ASSETS PROPERTY
MANAGEMENT & INVESTMENT CO.,
INC.; CAPITAL ASSETS PROPERTY
MANAGEMENT, L.L.C.; WILLIAM
KANE; GARY GRIESER; ROBERT
SKOWRENSKI, II; RICHARD CALANNI;
RICHARD DiBENEDETTO; JAMES R.
BROWN; THOMAS BRODO; ROLAND
PIERSON; STANLEY YACKER, ESQ.;
MICHAEL ALFIERI, ESQ.; RICHARD
PEPSNY, ESQ.; ANTHONY M.
CICALESE, ESQ.; LAWRENCE CUZZI;
ANTHONY D'APOLITO; DAP CONSULTING,
INC.; COMMONWEALTH LAND TITLE
INSURANCE CO.; NATIONS TITLE
INSURANCE OF NEW YORK, INC.;
FIDELITY NATIONAL TITLE
INSURANCE CO. OF NEW YORK;
COASTAL TITLE AGENCY; DONNA
PEPSNY; WEICHERT REALTORS; and
VECCHIO REALTY, INC., D/B/A
MURPHY REALTY BETTER HOMES
And GARDENS                :
                           :
          Defendants.  :
     - - - - - - - - - - - -

Page 2

```
 1              TRANSCRIPT of the stenographic notes of
 2  the proceedings in the above-entitled matter, as
 3  taken by and before JANET BAILYN, a Certified
 4  Shorthand Reporter and Notary Public of the State of
 5  New Jersey, held at the office of MANNING, CALIENDO &
 6  THOMSON, 36 West Main Street, Freehold, New Jersey,
 7  on August 5, 2010, commencing at 3:42 in the
 8  afternoon.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1
 2                          INDEX
 3  WITNESS       DIRECT CROSS REDIRECT RECROSS
 3  ROBERT AGEL
 4  BY MR. MAGNANINI 5
 5
 6
 7                 E X H I B I T S
 8  NUMBER      DESCRIPTION           PAGE
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1  A P P E A R A N C E S :
 2
 3     STONE & MAGNANINI, LLP
       BY: ROBERT MAGNANINI, ESQ.
 4         AMY WALKER WAGNER, ESQ.
       150 John F. Kennedy Parkway
 5     Short Hills, New Jersey 07078
       Attorneys for Plaintiff
 6
       McCARTER & ENGLISH, LLP
 7     BY: DAVID R. KOTT, ESQ.
       Four Gateway Center
 8     100 Mulberry Street
       Newark, New Jersey 07102-4056
 9     Attorneys for Defendant
       Commonwealth Land Title Insurance Co.
10
       METHFESSEL & WERBEL
11     BY: MARTIN R. McGOWAN, ESQ.
       3 Ethel Road
12     Box 3012
       Edison, New Jersey 08818
13     Attorneys for Defendant
       Coastal Title Agency
14
       FOX ROTHSCHILD, LLP
15     BY: IRINA B. ELGART, ESQ.
       P.O. Box 5231
16     Princeton, New Jersey 08543-5231
       997 Lenox Drive
17     Lawrenceville, New Jersey 08648-2311
       Attorneys for Defendants Nations Title
18     Insurance of New York, Inc. and
       Fidelity National Title Insurance
19     Co. of New York
20
21
22
23
24
25
```

Page 5

```
 1  R O B E R T  A G E L, having been duly sworn by the
 2  Notary, testified as follows:
 3  DIRECT EXAMINATION BY MR. MAGNANINI:
 4     Q.   Mr. Agel, good afternoon, I am Bob
 5  Magnanini representing Walsh Securities and I have a
 6  couple of questions to ask you.  I tried to work in
 7  questions about Coastal Title in the 30(b)6 so this
 8  now is just a quick follow up to you and in your
 9  personal capacity.  When did you graduate high
10  school?
11     A.   1976.
12     Q.   Did you go to college?
13     A.   Two years.
14     Q.   Where did you go?
15     A.   Brookdale.
16     Q.   Did you have a major?
17     A.   Just general.
18     Q.   What did you do when you left Brookdale?
19     A.   Well, while I was a Brookdale I worked
20  in the title business and ever since, and I was a
21  title searcher at that time.
22     Q.   You realize you're still under oath?
23     A.   Yeah.
24     Q.   What title-related company did you work
25  for while in Brookdale?
```

2  (Pages 2 to 5)

Page 6

```
1    A.   I started with Chelsea Title.
2    Q.   And where were they located?
3    A.   New Brunswick.
4    Q.   In New Jersey?
5    A.   Yes.
6    Q.   And what did you do there?
7    A.   I was a title searcher.
8    Q.   And how long were you at Chelsea Title?
9    A.   Probably five years.
10   Q.   And then were you always a title
11  searcher at Chelsea Title?
12   A.   No, I moved into the office and started
13  doing title examination at some point there.
14   Q.   And when did you leave Chelsea Title?
15   A.   Let's see.  Probably 1983.
16   Q.   And why did you leave?
17   A.   I had a better job offer.
18   Q.   Where was that?
19   A.   Lawyer's Title Insurance Corporation.
20   Q.   Where were they located?
21   A.   New Brunswick.
22   Q.   And what was your job title there?
23   A.   I was a title officer.
24   Q.   And what were your responsibilities?
25   A.   Examining titles, putting the title
```

Page 7

```
1   insurance commitment together.
2    Q.   How long did you work at Lawyer's Title?
3    A.   Until 1987.
4    Q.   Did you leave?
5    A.   Yes.
6    Q.   Why did you leave?
7    A.   To start my own agency.
8    Q.   And that was?
9    A.   Coastal Title.
10   Q.   And so we have already been over the
11  history of Coastal Title.  Have you got any
12  specialized training other than years of kind of OJT?
13   A.   I would say it's mostly on the job.
14  It's continuing education with the -- that we have
15  got to take continuing education classes to keep our
16  license up and I go to seminars, that type of think.
17   Q.   And are you licensed individually --
18   A.   Yes.
19   Q.   -- by the state?  Who else at Coastal
20  Title has got an individual license?
21   A.   Then or now?
22   Q.   Then.
23   A.   Then.  That's '97.  So Sally Zappola
24  would have been licensed then.  My partner Mike
25  O'Connell.  At the time my partner Matt Maguire.
```

Page 8

```
1   That's probably it.
2    Q.   Did you all have the same license?
3    A.   Yes.
4    Q.   And what was the license itself called?
5    A.   Title insurance producer.
6    Q.   And that's given by the Department of
7   Banking and Insurance?
8    A.   Yes.
9    Q.   What did you have to do to obtain the
10  license?
11   A.   I had to take a pre-licensing course and
12  then a pre-licensing examination.
13   Q.   Were there any continuing examination
14  requirements?
15   A.   No.  Continuing ed but no testing.
16   Q.   Okay.  And who were your supervisors at
17  Lawyer's Title?
18   A.   Lawyer's Title in New Brunswick it
19  was -- his name was Bob Neiltopp, N-e-i-l-t-o-p-p.
20  And I got promoted and made the manager of the
21  Freehold office.  After that it was -- his name was
22  Bob Hartlaub, H-a-r-t-l-a-u-b.
23   Q.   I believe you testified during the
24  30(b)6 that Coastal continued to do work with
25  Lawyer's Title because of a relationship you had?
```

Page 9

```
1    A.   Yes.
2    Q.   Who was that relationship?
3    A.   Bob Hartlaub.
4    Q.   Is he still at Lawyer's Title?
5    A.   No.  He's deceased.
6    Q.   Saves us asking questions.  Always got
7   to ask:  Were you ever reprimanded or disciplined
8   while at Lawyer's Title?
9    A.   No.
10   Q.   Have you ever had any criminal charges
11  against you or have you ever been convicted of a
12  crime?
13   A.   No.
14        MR. MAGNANINI:  Off the record.
15        (A discussion takes place off the
16  record).
17   Q.   Did you personally socialize with Mr.
18  Alfieri outside of work?
19   A.   No.
20   Q.   How about with Mr. Pepsny?
21   A.   No.
22   Q.   And then Mr. Yacker?
23   A.   No.
24   Q.   Mr. Cicalese?
25   A.   No.
```

3 (Pages 6 to 9)

Page 10

1    Q.    How about Mr. Kane?
2    A.    No.
3    Q.    You already said you had not met anyone
4 from Walsh Securities.
5    A.    Correct.
6    Q.    I don't have to ask you about that.  Did
7 you -- you actually I think testified during the
8 30(b)6 that you knew one of the sellers of the
9 property?
10    A.    Yes.
11    Q.    Did you know other than this fellow who
12 was selling, I believe it was 138 Ridge?
13    A.    Right.
14    Q.    With the recognizance.  Did you know any
15 other of the sellers of the properties to Mr. Kane?
16    A.    No.
17    Q.    Did you have any involvement in locating
18 properties for Mr. Kane or his companies?
19    A.    No.
20    Q.    Did you receive any payments from Mr.
21 Kane for anything?
22    A.    No.
23        MR. KOTT: I have no objection to Amy
24 asking some questions.  Mr. Stone would object.
25        MR. McGOWAN:  On behalf of Mr. Stone I

Page 11

1 object.
2    Q.    Did you personally know any of the straw
3 buyers of the properties?
4    A.    No.
5    Q.    That was all I had outside of the scope
6 but knowing McGowan is a bulldog I didn't want to ask
7 you in your corporate representative capacity.  That
8 was all the questions I wanted to ask.
9        MR. McGOWAN:  Mr. Kott, do you have
10 anything to add?
11        MR. KOTT:  Under the federal rules we
12 have six hours and 50 minutes left and I intend to
13 take all of it.  My first question is:  How are you
14 today?  I have no further questions for this witness.
15        (The deposition is concluded at 3:51
16 p.m.)
17
18
19
20
21
22
23
24
25

Page 12

1        CERTIFICATE.
2
3        I, JANET BAILYN, a Notary Public and
4 Certified Court Reporter of the State of New Jersey,
5 do hereby certify that prior to the commencement of
6 the examination ROBERT AGEL was duly sworn by me to
7 testify the truth, the whole truth and nothing but
8 the truth.
9        I DO FURTHER CERTIFY that the foregoing
10 is a true and accurate transcript of the testimony as
11 taken stenographically by and before me at the time,
12 place and on the date hereinbefore set forth.
13        I DO FURTHER CERTIFY that I am neither a
14 relative nor employee nor attorney nor counsel of any
15 of the parties to this action, and that I am neither
16 a relative nor employee of such attorney or counsel,
17 and that I am not financially interested in the
18 action.
19
20  _____
    Notary Public of the State of New Jersey
21  My commission expires February 3, 2013
        License No. XI00970
22
23  Date:  August 5, 2010
24
25

4  (Pages 10 to 12)

## A

above-entitled 2:2
accurate 12:10
action 1:2 12:15,18
add 11:10
afternoon 2:8 5:4
Agel 1:6 4:3 5:4
12:6
agency 1:17 3:13
7:7
Alfieri 1:13 9:18
Amy 3:4 10:23
ANTHONY 1:13
1:14
asking 9:6 10:24
ASSETS 1:8,9
attorney 12:14,16
Attorneys 3:5,9,13
3:17
August 2:7 12:22
a/k/a 1:7

## B

B 3:15 4:7 5:1
BAILYN 2:3 12:3
Banking 8:7
behalf 10:25
believe 8:23 10:12
better 1:19 6:17
Bob 5:4 8:19,22 9:3
Box 3:12,15
BRODO 1:12
Brookdale 5:15,18
5:19,25
BROWN 1:12
Brunswick 6:3,21
8:18
bulldog 11:6
business 5:20
buyers 11:3

## C

C 3:1
CALANNI 1:11
CALIENDO 2:5
called 8:4

capacity 5:9 11:7
CAPITAL 1:8,9
Center 3:7
CERTIFICATE
12:1
Certified 2:3 12:4
certify 12:5,9,13
charges 9:10
Chelsea 6:1,8,11,14
Cicalese 1:14 9:24
Civil 1:2
classes 7:15
Coastal 1:17 3:13
5:7 7:9,11,19 8:24
college 5:12
commencement
12:5
commencing 2:7
commission 12:21
commitment 7:1
Commonwealth
1:15 3:9
companies 10:18
company 5:24
concluded 11:15
CONSULTING
1:14
continued 8:24
continuing 7:14,15
8:13,15
convicted 9:11
corporate 11:7
Corporation 6:19
Correct 10:5
counsel 12:14,16
couple 5:6
course 8:11
Court 1:1 12:4
crime 9:12
criminal 9:10
CRISTO 1:6
CROSS 4:2
CUZZI 1:14

## D

DAP 1:14

date 12:12,22
DAVID 3:7
deceased 9:5
Defendant 3:9,13
Defendants 1:20
3:17
Department 8:6
deposition 1:5
11:15
DESCRIPTION
4:8
DiBENEDETTO
1:11
DIRECT 4:2 5:3
disciplined 9:7
discussion 9:15
DISTRICT 1:1,1
doing 6:13
DONNA 1:17
DRD 1:2
Drive 3:16
duly 5:1 12:6
D'APOLITO 1:14
D/B/A 1:18

## E

E 3:1,1 4:7 5:1,1
ed 8:15
Edison 3:12
education 7:14,15
ELGART 3:15
employee 12:14,16
ENGLISH 3:6
ESQ 1:12,13,13,14
3:3,4,7,11,15
Ethel 3:11
examination 5:3
6:13 8:12,13 12:6
Examining 6:25
expires 12:21

## F

F 3:4
February 12:21
federal 11:11
fellow 10:11
Fidelity 1:16 3:18

financially 12:17
first 11:13
five 6:9
follow 5:8
follows 5:2
foregoing 12:9
forth 12:12
Four 3:7
FOX 3:14
Freehold 2:6 8:21
FUNDING 1:8
further 11:14 12:9
12:13

## G

G 5:1
GARDENS 1:19
GARY 1:10
Gateway 3:7
general 5:17
given 8:6
go 5:12,14 7:16
good 5:4
graduate 5:9
GRIESER 1:10
G.J.L 1:7

## H

H 4:7
Hartlaub 8:22 9:3
held 2:5
hereinbefore 12:12
high 5:9
Hills 3:5
history 7:11
HOME 1:8
HOMES 1:19
hours 11:12
H-a-r-t-l-a-u-b
8:22

## I

II 1:11
INDEX 4:1
individual 7:20
individually 7:17
insurance 1:15,16

1:17 3:9,18,18
6:19 7:1 8:5,7
intend 11:12
interested 12:17
INVESTMENT
1:9
involvement 10:17
IRINA 3:15

## J

JAMES 1:11
JANET 2:3 12:3
Jersey 1:1 2:5,6 3:5
3:8,12,16,17 6:4
12:4,20
job 6:17,22 7:13
John 3:4

## K

Kane 1:10 10:1,15
10:18,21
keep 7:15
Kennedy 3:4
kind 7:12
knew 10:8
know 10:11,14 11:2
knowing 11:6
Kott 3:7 10:23 11:9
11:11

## L

L 5:1
Land 1:15 3:9
LAWRENCE 1:14
Lawrenceville 3:17
Lawyer's 6:19 7:2
8:17,18,25 9:4,8
leave 6:14,16 7:4,6
left 5:18 11:12
Lenox 3:16
Let's 6:15
license 7:16,20 8:2
8:4,10 12:21
licensed 7:17,24
LIMITED 1:7
LLP 3:3,6,14
located 6:2,20

locating 10:17
long 6:8 7:2
L.L.C 1:10

**M**

M 1:13
Magnanini 3:3,3
   4:4 5:3,5 9:14
Maguire 7:25
Main 2:6
major 5:16
MANAGEMENT
   1:6,9,10
manager 8:20
MANNING 2:5
MARTIN 3:11
MAS 1:2
Matt 7:25
matter 2:2
McCARTER 3:6
McGOWAN 3:11
   10:25 11:6,9
met 10:3
METHFESSEL
   3:10
MICHAEL 1:13
Mike 7:24
minutes 11:12
moved 6:12
Mulberry 3:8
MURPHY 1:19

**N**

N 3:1
name 8:19,21
National 1:8,16
   3:18
Nations 1:15 3:17
Neiltopp 8:19
neither 12:13,15
New 1:1,16,17 2:5
   2:6 3:5,8,12,16,17
   3:18,19 6:3,4,21
   8:18 12:4,20
Newark 3:8
Notary 2:4 5:2 12:3
   12:20

notes 2:1
NUMBER 4:8
N-e-i-l-t-o-p-p 8:19

**O**

O 5:1
OAKWOOD 1:7
oath 5:22
object 10:24 11:1
objection 10:23
obtain 8:9
offer 6:17
office 2:5 6:12 8:21
officer 6:23
OJT 7:12
Okay 8:16
outside 9:18 11:5
O'Connell 7:25

**P**

P 3:1,1
PAGE 4:8
Parkway 3:4
parties 12:15
partner 7:24,25
payments 10:20
Pepsny 1:13,18
   9:20
personal 5:9
personally 9:17
   11:2
PIERSON 1:12
place 9:15 12:12
Plaintiff 1:4 3:5
point 6:13
pre-licensing 8:11
   8:12
Princeton 3:16
prior 12:5
probably 6:9,15
   8:1
proceedings 2:2
producer 8:5
promoted 8:20
properties 1:7
   10:15,18 11:3
property 1:6,8,9

10:9
Public 2:4 12:3,20
putting 6:25
p.m 11:16
P.O 3:15

**Q**

question 11:13
questions 5:6,7 9:6
   10:24 11:8,14
quick 5:8

**R**

R 1:11 3:1,7,11 5:1
   5:1
realize 5:22
REALTORS 1:18
REALTY 1:18,19
receive 10:20
recognizance 10:14
record 9:14,16
RECROSS 4:2
REDIRECT 4:2
relationship 8:25
   9:2
relative 12:14,16
Reporter 2:4 12:4
representative 11:7
representing 5:5
reprimanded 9:7
requirements 8:14
responsibilities
   6:24
RICHARD 1:11,11
   1:13
Ridge 10:12
Right 10:13
Road 3:11
ROBERT 1:6,10
   3:3 4:3 12:6
ROLAND 1:12
ROTHSCHILD
   3:14
rules 11:11

**S**

S 3:1 4:7

Sally 7:23
Saves 9:6
school 5:10
scope 11:5
searcher 5:21 6:7
   6:11
Securities 1:3 5:5
   10:4
see 6:15
sellers 10:8,15
selling 10:12
seminars 7:16
set 12:12
Short 3:5
Shorthand 2:4
six 11:12
SKOWRENSKI
   1:11
socialize 9:17
specialized 7:12
STANLEY 1:12
start 7:7
started 6:1,12
state 2:4 7:19 12:4
   12:20
STATES 1:1
stenographic 2:1
stenographically
   12:11
Stone 3:3 10:24,25
straw 11:2
Street 2:6 3:8
supervisors 8:16
sworn 5:1 12:6

**T**

T 4:7 5:1
take 7:15 8:11
   11:13
taken 2:3 12:11
takes 9:15
testified 5:2 8:23
   10:7
testify 12:7
testimony 12:10
testing 8:15

think 7:16 10:7
THOMAS 1:12
THOMSON 2:6
time 5:21 7:25
   12:11
title 1:15,15,16,17
   3:9,13,17,18 5:7
   5:20,21 6:1,7,8,10
   6:11,13,14,19,22
   6:23,25 7:2,9,11
   7:20 8:5,17,18,25
   9:4,8
titles 6:25
title-related 5:24
today 11:14
training 7:12
transcript 2:1
   12:10
tried 5:6
true 12:10
truth 12:7,7,8
Two 5:13
type 7:16

**U**

UNITED 1:1

**V**

VECCHIO 1:18
vs 1:5

**W**

WAGNER 3:4
WALKER 3:4
Walsh 1:3 5:5 10:4
want 11:6
wanted 11:8
WEICHERT 1:18
WERBEL 3:10
West 2:6
WILLIAM 1:10
witness 4:2 11:14
work 5:6,24 7:2
   8:24 9:18
worked 5:19

**X**

| | |
|---|---|
| **X** 4:7 | **97-cv-3496** 1:2 |
| **XI00970** 12:21 | **997** 3:16 |
| **Y** | |
| **Yacker** 1:12 9:22 | |
| **Yeah** 5:23 | |
| **years** 5:13 6:9 7:12 | |
| **York** 1:16,17 3:18 3:19 | |
| **Z** | |
| **Zappola** 7:23 | |
| **0** | |
| **07078** 3:5 | |
| **07102-4056** 3:8 | |
| **08543-5231** 3:16 | |
| **08648-2311** 3:17 | |
| **08818** 3:12 | |
| **1** | |
| **100** 3:8 | |
| **138** 10:12 | |
| **150** 3:4 | |
| **1976** 5:11 | |
| **1983** 6:15 | |
| **1987** 7:3 | |
| **2** | |
| **2010** 2:7 12:22 | |
| **2013** 12:21 | |
| **3** | |
| **3** 3:11 12:21 | |
| **3:42** 2:7 | |
| **3:51** 11:15 | |
| **30(b)6** 5:7 8:24 10:8 | |
| **3012** 3:12 | |
| **36** 2:6 | |
| **5** | |
| **5** 2:7 4:4 12:22 | |
| **50** 11:12 | |
| **5231** 3:15 | |
| **9** | |
| **97** 7:23 | |