# EXHIBIT W

LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey  07068
(973) 992-8700

ROBERTS, SHERIDAN & KOTEL
Tower 49
12 East 49th Street
New York, New York  10017
(212) 299-8690

Attorneys for Plaintiffs

**F I L E D**

FEB  5 1999

CLARKSON S. FISHER, JR., P.J.Ch.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

RAFAEL BUSTOS, SR., YOLANDA C.
BUSTOS-LACY, AMANDA DIPPOLITO,       :
MICHAEL DIPPOLITO, JOSEPH
PISCIONERI, HANS JUERGENSEN, INGRID  :
JUERGENSEN, ALICIA JUERGENSEN,
and RALPH JUERGENSEN,                 :

              Plaintiffs,            :

      -v-                                  :

CRISTO PROPERTY MANAGEMENT,
LTD.(a/k/a/ G.J.L. LIMITED),          :
NATIONAL HOME FUNDING, INC.,
CAPITAL ASSETS PROPERTY               :
MANAGEMENT & INVESTMENT CO.,
CLERK OF THE COUNTY OF UNION,         :
CLERK OF THE COUNTY OF
MONMOUTH, CLERK OF THE COUNTY         :
OF ESSEX, CLERK OF THE COUNTY
HUDSON,

              Defendants.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

SUPERIOR COURT OF NEW JERSEY
CHANCERY DIVISION
MONMOUTH COUNTY

DOCKET NO. MONC-240-98

CIVIL ACTION

**ORDER**

       This matter having been opened to the Court by Lowenstein Sandler and Roberts,

Sheridan & Kotel, attorneys for Plaintiffs Rafael Bustos, Sr., Yolanda Bustos-Lacy, Amanda

Dippolito, Michael Dippolito, Joseph Piscioneri, Hans Juergensen, Ingrid Juergensen, Alicia

Juergensen and Ralph Juergensen on Plaintiffs' motion for summary judgment and for default

judgment, and the Court having considered the briefs, certifications and other papers submitted

by counsel in support of and in opposition to the motion, as well as the argument of counsel, and for good cause appearing,

IT IS on this 5th day of January 1999,

ORDERED that the motion of Plaintiffs Rafael Bustos, Sr., Yolanda Bustos-Lacy, Amanda Dippolito, Michael Dippolito, Joseph Piscioneri, Hans Juergensen, Ingrid Juergensen, Alicia Juergensen and Ralph Juergensen for summary judgment and for default judgment is hereby granted in its entirety; and it is further

ORDERED that the following contracts are hereby rescinded and cancelled, and each such contract is hereby declared unenforceable against the plaintiff named in such contract, or against his or her heirs, executors, successors, assigns or transferees:

(a)    with respect to a property at 138 Ridge Avenue, Asbury Park, New Jersey:

(i)   a promissory note dated December 31, 1996 with the parties thereto indicated as NHF and Rafael Bustos, Sr, annexed to the Complaint and to the Sullivan Certification as Exhibit 2A.

(ii)  a first mortgage dated December 31, 1996 with the parties thereto indicated as NHF and Rafael Bustos, Sr., annexed to the Complaint and to the Sullivan Certification as Exhibit 2B.

(iii) a secondary mortgage loan dated September 10, 1996 with the parties thereto indicated as Cristo and Rafael Bustos, Sr., annexed to the Complaint and to the Sullivan Certification as Exhibit 2C.

(iv)  an affidavit of title dated December 31, 1996 with the parties thereto indicated as NHF and Rafael Bustos, Sr., annexed to the Complaint and to the Sullivan Certification as Exhibit 2D.

(b)    with respect to a property at 703 Fourth Avenue, Asbury Park, New Jersey:

(i)   a promissory note dated November 6, 1996 with the parties thereto indicated as NHF and Rafael Bustos, Sr., annexed to the Complaint and to the Sullivan Certification as Exhibit 3A.

(ii)  a first mortgage dated November 6, 1996 with the parties thereto

2

indicated as NHF and Rafael Bustos, Sr., annexed to the Complaint and to the Sullivan Certification as Exhibit 3B.

(iii) a secondary mortgage loan dated October 31, 1996 with the parties thereto indicated as Cristo and Rafael Bustos, Sr., annexed to the Complaint and to the Sullivan Certification as Exhibit 3C.

(iv) a deed-in dated November 6, 1996 with the parties annexed hereto indicated as Cristo and Rafael Bustos, Sr., annexed to the Complaint and to the Sullivan Certification as Exhibit 3D.

(v) a deed-out dated November 6, 1996 with the parties annexed hereto indicated as Rafael Bustos, Sr. and Rafael Bustos, Sr. as to a 40% interest and Capital Assets as to a 60% interest, annexed to the Complaint and to the Sullivan Certification as Exhibit 3E.

(vi) an affidavit of title dated November 6, 1996 with the parties hereto indicated as NHF and Rafael Bustos, Sr., annexed to the Complaint and to the Sullivan Certification as Exhibit 3F.

(c)   with respect to a property at 904 Emory Avenue, Asbury Park, New Jersey:

(i) a promissory note dated November 5, 1996 with the parties thereto indicated as NHF and Rafael Bustos, Sr., annexed to the Complaint and to the Sullivan Certification as Exhibit 4A.

(ii) a first mortgage dated November 5, 1996 with the parties thereto indicated as NHF and Rafael Bustos, Sr., annexed to the Complaint and to the Sullivan Certification as Exhibit 4B.

(iii) a secondary mortgage loan dated October 26, 1996 with the parties thereto indicated as Cristo and Rafael Bustos, Sr., annexed to the Complaint and to the Sullivan Certification as Exhibit 4C.

(iv) an affidavit of title dated November 5, 1996 with the parties hereto indicated as NHF and Rafael Bustos, Sr., annexed to the Complaint and to the Sullivan Certification as Exhibit 4D.

(d)   with respect to a property at 509 Ridge Avenue, Asbury Park, New Jersey:

(i) a promissory note dated November 6, 1996 with the parties thereto indicated as NHF and Rafael Bustos, Sr., annexed to the Complaint and to the Sullivan Certification as Exhibit 5A.

(ii) a first mortgage dated November 6, 1996 with the parties thereto

3

indicated as NHF and Rafael Bustos, Sr., annexed to the Complaint and to the Sullivan Certification as Exhibit 5B.

(iii) a secondary mortgage loan dated October 31, 1996 with the parties thereto indicated as Cristo and Rafael Bustos, Sr., annexed to the Complaint and to the Sullivan Certification as Exhibit 5C.

(iv) a deed-in dated November 6, 1996 with the parties hereto indicated as Cristo and Rafael Bustos, Sr., annexed to the Complaint and to the Sullivan Certification as Exhibit 5D.

(v) a deed-out dated November 6, 1996 with the parties hereto indicated as Rafael Bustos, Sr. and Rafael Bustos, Sr. as to a 40% interest and Capital Assets as to a 60% interest, annexed to the Complaint and to the Sullivan Certification as Exhibit 5E.

(vi) an affidavit of title dated November 6, 1996 with the parties thereto indicated as NHF and Rafael Bustos, Sr., annexed to the Complaint and to the Sullivan Certification as Exhibit 5F.

(e) with respect to a property at 1105 Grand Avenue, Asbury Park, New Jersey:

(i) a promissory note dated November 5, 1996 with the parties thereto indicated as NHF and Yolanda C. Bustos-Lacy, annexed to the Complaint and to the Sullivan Certification as Exhibit 6A.

(ii) a first mortgage dated November 5, 1996 with the parties thereto indicated as NHF and Yolanda C. Bustos-Lacy, annexed to the Complaint and to the Sullivan Certification as Exhibit 6B.

(iii) a secondary mortgage dated October 31, 1996 with the parties thereto indicated as Cristo and Yolanda C. Bustos-Lacy, annexed to the Complaint and to the Sullivan Certification as Exhibit 6C.

(iv) a deed-in dated November 11, 1996 with the parties thereto indicated as G.J.L. Limited (Cristo) and Yolanda C. Bustos-Lacy, annexed to the Complaint and to the Sullivan Certification as Exhibit 6D.

(v) a deed-out dated November 5, 1996 with the parties thereto indicated as Yolanda C. Bustos-Lacy and Yolanda C. Bustos-Lacy as to a 40% interest and Capital Assets as to a 60% interest, annexed to the Complaint and to the Sullivan Certification as Exhibit 6E.

(vi) an affidavit of title dated November 5, 1996 with the parties thereto indicated as NHF and Yolanda C. Bustos-Lacy, annexed to the Complaint

4

and to the Sullivan Certification as Exhibit 6F.

(f)   with respect to a property at 601 Fourth Avenue, Asbury Park, New Jersey:

    (i)   a promissory note dated December 30, 1996 with the parties thereto indicated as NHF and Yolanda C. Bustos-Lacy, annexed to the Complaint and to the Sullivan Certification as Exhibit 7A.

    (ii)  a first mortgage dated December 30, 1996 with the parties thereto indicated as NHF and Yolanda C. Bustos-Lacy, annexed to the Complaint and to the Sullivan Certification as Exhibit 7B.

    (iii) a secondary mortgage loan dated October 20, 1996 with the parties thereto indicated as Cristo and Yolanda C. Bustos-Lacy, annexed to the Complaint and to the Sullivan Certification as Exhibit 7C.

    (iv)  an affidavit of title dated December 30, 1996 with the parties thereto indicated as NHF and Yolanda C. Bustos-Lacy, annexed to the Complaint and to the Sullivan Certification as Exhibit 7D.

(g)   with respect to a property at 508 Sixth Avenue, Asbury Park, New Jersey:

    (i)   a promissory note dated November 5, 1996 with the parties thereto indicated as NHF and Yolanda C. Bustos-Lacy, annexed to the Complaint and to the Sullivan Certification as Exhibit 8A.

    (ii)  a first mortgage dated November 5, 1996 with the parties thereto indicated as NHF and Yolanda C. Bustos-Lacy, annexed to the Complaint and to the Sullivan Certification as Exhibit 8B.

    (iii) a secondary mortgage loan dated October 21, 1996 with the parties thereto indicated as Cristo and Yolanda C. Bustos-Lacy, annexed to the Complaint and to the Sullivan Certification as Exhibit 8C.

    (iv)  an affidavit of title dated November 5, 1996 with the parties thereto indicated as NHF and Yolanda C. Bustos-Lacy, annexed to the Complaint and to the Sullivan Certification as Exhibit 8D.

(h)   with respect to a property at 1312 Washington Avenue, Asbury Park, New Jersey:

    (i)   a promissory note dated November 6, 1996 with the parties thereto indicated as NHF and Yolanda C. Bustos-Lacy, annexed to the Complaint and to the Sullivan Certification as Exhibit 9A.

(ii)  a first mortgage dated November 5, 1996 with the parties thereto indicated as NHF and Yolanda C. Bustos-Lacy, annexed to the Complaint and to the Sullivan Certification as Exhibit 9B.

(iii)  a secondary mortgage loan dated October 31, 1996 with parties thereto indicated as NHF and Yolanda C. Bustos-Lacy, annexed to the Complaint and to the Sullivan Certification as Exhibit 9C.

(iv)  an affidavit of title dated November 5, 1996 with parties thereto indicated as NHF and Yolanda C. Bustos-Lacy, annexed to the Complaint and to the Sullivan Certification as Exhibit 9D.

(i)  with respect to a property at 1230 Arlington Avenue, Plainfield, New Jersey:

(i)  a promissory note dated February 21, 1997 with the parties thereto indicated as NHF and Amanda Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 10A.

(ii) a first mortgage dated February 21, 1997 with the parties thereto indicated as NHF and Amanda Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 10B.

(iii) a secondary mortgage loan dated January 27, 1997 with the parties thereto indicated as Cristo and Amanda Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 10C.

(iv) an affidavit of title dated February 21, 1996 with the parties thereto indicated as NHF and Amanda Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 10D.

(j)  with respect to a property at 245 Clerk Street, Jersey City, New Jersey:

(i)  a promissory note dated January 30, 1997 with the parties thereto indicated as NHF and Amanda Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 11A.

(ii) a first mortgage dated January 30, 1997 with the parties thereto indicated as NHF and Amanda Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 11B.

(iii) a secondary mortgage loan dated January 26, 1997 with the parties thereto indicated as Cristo and Amanda Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 11C.

(iv) a deed-in dated January 30, 1997 with the parties thereto indicated as

6

Cristo Property Management, Ltd., and Amanda Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 11D.

(v)  a deed-out dated February 6, 1997 with the parties thereto indicated as Amanda Dippolito and Amanda Dippolito as to a 40% interest and Capital Assets as to a 60% interest, annexed to the Complaint and to the Sullivan Certification as Exhibit 11E.

(vi)  an affidavit of title dated January 30, 1996 with the parties thereto indicated as NHF and Amanda Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 11F.

(k)   with respect to a property at 24 Webster Avenue, Seaside Heights, New Jersey:

(i)  a promissory note dated January 23, 1997 with the parties thereto indicated as NHF and Amanda Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 12A.

(ii)  a first mortgage dated January 23, 1997 with the parties thereto indicated as NHF and Amanda Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 12B.

(iii)  a secondary mortgage loan dated January 16, 1997 with the parties thereto indicated as Cristo and Amanda Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 12C.

(iv)  an affidavit of title dated January 23, 1997 with the parties thereto indicated as NHF and Amanda Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 12D.

(l)  with respect to a property at 744-46 W. 4th Street, Plainfield, New Jersey:

(i)  a promissory note dated January 30, 1997 with the parties thereto indicated as NHF and Amanda Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 13A.

(ii)  a first mortgage dated January 30, 1997 with the parties thereto indicated as NHF and Amanda Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 13B.

(iii)  a secondary mortgage loan dated January 26, 1997 with the parties thereto indicated as Cristo and Amanda Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 13C.

7

(iv)  a deed-in dated January 30, 1997 with the parties thereto indicated as G.J.L. Limited (Cristo) and Amanda Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 13D.

(v)  a deed-out dated February 6, 1997 with the parties thereto indicated as Amanda Dippolito as to a 40% interest and Capital Assets as to a 60% interest, annexed to the Complaint and to the Sullivan Certification as Exhibit 13E.

(vi)  an affidavit of title dated January 30, 1996 with the parties thereto indicated as NHF and Amanda Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 13F.

(m)  with respect to a property at 724 E. 6th Street, Plainfield, New Jersey:

(i)  a promissory note dated January 30, 1997 with the parties thereto indicated as NHF and Michael Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 14A.

(ii)  a first mortgage dated January 30, 1997 with the parties thereto indicated as NHF and Michael Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 14B.

(iii)  a secondary mortgage loan dated January 26, 1997 with the parties thereto indicated as Cristo and Michael Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 14C.

(iv)  a deed-in dated January 30, 1997 with the parties thereto indicated as G.J.L. Limited (Cristo) and Michael Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 14D.

(v)  a deed-out dated February 6, 1997 with the parties thereto indicated as Michael Dippolito and Michael Dippolito as to a 40% interest and Capital Assets as to a 60% interest, annexed to the Complaint and to the Sullivan Certification as Exhibit 14E.

(vi)  an affidavit of title dated January 30, 1996 with the parties thereto indicated as NHF and Michael Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 14F.

(n)  with respect to a property at 503 Ridge Avenue, Asbury Park, New Jersey:

(i)  a promissory note dated January 23, 1997 with the parties thereto indicated as NHF and Michael Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 15A.

8

(ii)  a first mortgage dated January 23, 1997 with the parties thereto indicated as NHF and Michael Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 15B.

(iii)  a secondary mortgage loan dated January 16, 1997 with the parties thereto indicated as Cristo and Michael Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 15C.

(iv)  a deed-in dated January 23, 1997 with the parties thereto indicated as G.J.L. Limited (Cristo) and Michael Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 15D.

(v)  a deed-out dated January 30, 1997 with the parties thereto indicated as Michael Dippolito and Michael Dippolito as to a 40% interest and Capital Assets as to a 60% interest, annexed to the Complaint and to the Sullivan Certification as Exhibit 15E.

(vi)  an affidavit of title dated January 23, 1997 with the parties thereto indicated as NHF and Michael Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 15F.

(o)   with respect to a property at 604 4th Avenue, Asbury Park, New Jersey:

(i)  a promissory note dated January 27, 1997 with the parties thereto indicated as NHF and Michael Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 16A.

(ii)  a first mortgage dated January 27, 1997 with the parties thereto indicated as NHF and Michael Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 16B.

(iii)  a secondary mortgage loan dated January 12, 1997 with the parties thereto indicated as Cristo and Michael Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 16C.

(iv)  a deed-in dated January 23, 1997 with the parties thereto indicated as G.J.L. Limited (Cristo) and Michael Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 16D.

(v)  a deed-out dated February 7, 1997 with the parties thereto indicated as Michael Dippolito and Michael Dippolito as to a 40% interest and Capital Assets as to a 60% interest, annexed to the Complaint and to the Sullivan Certification as Exhibit 16E.

(vi)  an affidavit of title dated January 27, 1997 with the parties thereto

indicated as NHF and Michael Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 16F.

(p)   with respect to a property at 941 West 5th Street, Plainfield, New Jersey:

(i)   a promissory note dated January 30, 1997 with the parties thereto indicated as NHF and Michael Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 17A.

(ii)   a first mortgage dated January 30, 1997 with the parties thereto indicated as NHF and Michael Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 17B.

(iii)   a secondary mortgage loan dated January 26, 1997 with the parties thereto indicated as Cristo and Michael Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 17C.

(iv)   an affidavit of title dated January 30, 1996 with the parties thereto indicated as NHF and Michael Dippolito, annexed to the Complaint and to the Sullivan Certification as Exhibit 17D.

(q)   with respect to a property at 806 Emory Street, Asbury Park, New Jersey:

(i)   a promissory note dated January 24, 1997 with the parties thereto indicated as NHF and Joseph Piscioneri, annexed to the Complaint and to the Sullivan Certification as Exhibit 18A.

(ii)   a first mortgage dated January 24, 1997 with the parties thereto indicated as NHF and Joseph Piscioneri, annexed to the Complaint and to the Sullivan Certification as Exhibit 18B.

(iii)   a secondary mortgage loan dated October 21, 1996 with the parties thereto indicated as Cristo and Joseph Piscioneri, annexed to the Complaint and to the Sullivan Certification as Exhibit 18C.

(iv)   a deed-in dated January 24, 1997 with the parties thereto indicated as G.J.L. Limited and Joseph Piscioneri, annexed to the Complaint and to the Sullivan Certification as Exhibit 18D.

(v)   a deed-out dated January 26, 1997 with the parties thereto indicated as Joseph Piscioneri and Joseph Piscioneri as to a 40% interest and  Capital Assets as to a 60% interest, annexed to the Complaint and to the Sullivan Certification as Exhibit 18E.

(vi)   an affidavit of title dated January 24, 1997 with the parties thereto

10

indicated as NHF and Joseph Piscioneri, annexed to the Complaint and to the Sullivan Certification as Exhibit 18F.

(r)   with respect to a property at 405 Sewall Avenue, Asbury Park, New Jersey:

(i)  a promissory note dated November 21, 1996 with the parties thereto indicated as NHF and Joseph Piscioneri, annexed to the Complaint and to the Sullivan Certification as Exhibit 19A.

(ii)  a first mortgage dated November 21, 1996 with the parties thereto indicated as NHF and Joseph Piscioneri, annexed to the Complaint and to the Sullivan Certification as Exhibit 19B.

(iii)  a secondary mortgage loan dated October 20, 1996 with the parties thereto indicated as Cristo and Joseph Piscioneri, annexed to the Complaint and to the Sullivan Certification as Exhibit 19C.

(s)   with respect to a property at 1124 Sewall Avenue, Asbury Park, New Jersey:

(i)  a promissory note dated November 27, 1996 with the parties thereto indicated as NHF and Joseph Piscioneri, annexed to the Complaint and to the Sullivan Certification as Exhibit 20A.

(ii)  a first mortgage dated November 27, 1996 with the parties thereto indicated as NHF and Joseph Piscioneri, annexed to the Complaint and to the Sullivan Certification as Exhibit 20B.

(iii)  a secondary mortgage loan dated October 20, 1996 with the parties thereto indicated as Cristo and Joseph Piscioneri, annexed to the Complaint and to the Sullivan Certification as Exhibit 20C.

(iv)  a deed-in dated November 27, 1996 with the parties thereto indicated as Cristo and Joseph Piscioneri, annexed to the Complaint and to the Sullivan Certification as Exhibit 20D.

(v)  a deed-out dated November 27, 1996 with the parties thereto indicated as Joseph Piscioneri and Joseph Piscioneri as to a 40% interest and Capital Assets as to a 60% interest, annexed to the Complaint and to the Sullivan Certification as Exhibit 20E.

(t)   with respect to a property at 136 James Street, Long Branch, New Jersey:

(i)  a promissory note dated January 17, 1997 with the parties thereto indicated as NHF and Joseph Piscioneri, annexed to the Complaint and to the Sullivan Certification as Exhibit 21A.

11

(ii)  a first mortgage dated January 17, 1997 with the parties thereto indicated as NHF and Joseph Piscioneri, annexed to the Complaint and to the Sullivan Certification as Exhibit 21B.

(iii)  a secondary mortgage loan dated January 7, 1997 with the parties thereto indicated as Cristo Property and Joseph Piscioneri, annexed to the Complaint and to the Sullivan Certification as Exhibit 21C.

(iv)  a deed-in dated January 17, 1997 with the parties thereto indicated as G.J.L. Limited and Joseph Piscioneri, annexed to the Complaint and to the Sullivan Certification as Exhibit 21D.

(v)  a deed-out dated January 31, 1997 with the parties thereto indicated as Joseph Piscioneri and Joseph Piscioneri as to a 40% interest and Capital Assets as to a 60% interest, annexed to the Complaint and to the Sullivan Certification as Exhibit 21E.

(u)   with respect to a property at 62 Sherman Avenue, Jersey City, New Jersey:

(i)  a promissory note dated January 23, 1997 with the parties thereto indicated as NHF and Hans and Ingrid Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 22A.

(ii)  a first mortgage dated January 23, 1997 with the parties thereto indicated as NHF and Hans and Ingrid Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 22B.

(iii)  a secondary mortgage loan dated January 16, 1997 with the parties thereto indicated as Cristo and Hans and Ingrid Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 22C.

(iv)  a deed-in dated January 23, 1997 with the parties thereto indicated as Cristo and Hans and Ingrid Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 22D.

(v)  a deed-out dated January 30, 1997 with the parties thereto indicated as Hans and Ingrid Juergensen and Hans and Ingrid Juergensen as to a 40% interest and Capital Assets as to a 60% interest, annexed to the Complaint and to the Sullivan Certification as Exhibit 22E.

(vi)  an affidavit of title dated January 23, 1997 with the parties thereto indicated as NHF and Hans and Ingrid Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 22F.

(v)   with respect to a property at 207 Virginia Avenue, Jersey City, New Jersey:

12

(i) a promissory note dated January 23, 1997 with the parties thereto indicated as NHF and Hans and Ingrid Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 23A.

(ii) a first mortgage dated January 23, 1997 with the parties thereto indicated as NHF and Hans and Ingrid Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 23B.

(iii) a secondary mortgage loan dated January 16, 1997 with the parties thereto indicated as Cristo and Hans and Ingrid Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 23C.

(iv) a deed-in dated January 23, 1997 with the parties thereto indicated as Cristo and Hans and Ingrid Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 23D.

(v) a deed-out dated January 30, 1997 with the parties thereto indicated as Hans and Ingrid Juergensen and Hans and Ingrid Juergensen as to a 40% interest and Capital Assets as to a 60% interest, annexed to the Complaint and to the Sullivan Certification as Exhibit 23E.

(vi) an affidavit of title dated January 23, 1997 with the parties thereto indicated as NHF and Hans and Ingrid Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 23F.

(w)   with respect to a property at 110 Liberty Street, Long Beach, New Jersey:

(i) a promissory note dated January 27, 1997 with the parties thereto indicated as NHF and Hans and Ingrid Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 24A.

(ii) a first mortgage dated January 27, 1997 with the parties thereto indicated as NHF and Hans and Ingrid Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 24B.

(iii) a secondary mortgage loan dated January 16, 1997 with the parties thereto indicated as Cristo and Hans and Ingrid Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 24C.

(iv) an affidavit of title dated January 27, 1997 with the parties thereto indicated as NHF and Hans and Ingrid Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 24D.

(x)   with respect to a property at 58 3rd Street, Newark, New Jersey:

13

(i) a promissory note dated January 31, 1997 with the parties thereto indicated as NHF and Hans and Ingrid Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 25A.

(ii) a first mortgage dated January 31, 1997 with the parties thereto indicated as NHF and Hans and Ingrid Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 25B.

(iii) an affidavit of title dated January 31, 1997 with the parties thereto indicated as NHF and Hans and Ingrid Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 25C.

(y)   with respect to a property at 1200 Munroe Avenue, Asbury Park, New Jersey:

(i) a promissory note dated October 16, 1996 with the parties thereto indicated as NHF and Alicia Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 26A.

(ii) a first mortgage dated October 16, 1996 with the parties thereto indicated as NHF and Alicia Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 26B.

(iii) a secondary mortgage loan dated May 27, 1996 with the parties thereto indicated as Cristo and Alicia Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 26C.

(iv) a deed-in dated October 16, 1996 with the parties thereto indicted as Cristo and Alicia Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 26D.

(v) a deed-out dated October 16, 1996 with the parties thereto indicated as Alicia Juergensen and Alicia Juergensen as to a 40% interest and Capital Assets as to a 60% interest, annexed to the Complaint and to the Sullivan Certification as Exhibit 26E.

(z)   with respect to a property at 1032-34 Bangs Avenue, Asbury Park, New Jersey:

(i) a promissory note dated November 13, 1996 with the parties thereto indicated as NHF and Alicia Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 27A.

(ii) a first mortgage dated November 13, 1996 with the parties thereto indicated as NHF and Alicia Juergensen, annexed to the Complaint and to

14

the Sullivan Certification as Exhibit 27B.

(iii)  a secondary mortgage loan dated October 26, 1996 with the parties thereto indicated as Cristo and Alicia Juergensen. annexed to the Complaint and to the Sullivan Certification as Exhibit 27C.

(iv)  a deed-in dated November 13, 1996 with the parties thereto indicated as Cristo and Alicia Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 27D.

(v)  a deed-out dated November 13, 1996 with the parties thereto indicated as Alicia Juergensen and Alicia Juergensen as to a 40% interest and Capital Assets as to a 60% interest, annexed to the Complaint and to the Sullivan Certification as Exhibit 27E.

(vi)  an affidavit of title dated November 13, 1996 with the parties thereto indicated as NHF and Alicia Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 27F.

(aa)  with respect to a property at 1014 Second Avenue, Asbury Park, New Jersey:

(i)  a promissory note dated October 21, 1996 with the parties thereto indicated as NHF and Alicia Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 28A.

(ii)  a first mortgage dated October 21, 1996 with the parties thereto indicated as NHF and Alicia Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 28B.

(iii)  an undated secondary mortgage loan with the parties thereto indicated as Cristo and Alicia Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 28C.

(iv)  a deed-in dated October 21, 1996 with the parties thereto indicated as Cristo and Alicia Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 28D.

(v)  a deed-out dated October 21, 1996 with the parties thereto indicated as Alicia Juergensen and Alicia Juergensen as to a 40% interest and Capital Assets as to a 60% interest, annexed to the Complaint and to the Sullivan Certification as Exhibit 28E.

(bb)  with respect to a property at 1292 Washington Avenue, Asbury Park, New Jersey:

15

(i)  a promissory note dated October 30, 1996 with the parties thereto indicated as NHF and Alicia Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 29A.

(ii)  a first mortgage dated October 30, 1996 with the parties thereto indicated as NHF and Alicia Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 29B.

(iii)  a secondary mortgage loan with the parties thereto indicated as Cristo and Alicia Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 29C.

(iv)  a deed-in dated October 30, 1996 with the parties thereto indicated as Cristo and Alicia Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 29D.

(v)  a deed-out dated October 30, 1996 with the parties thereto indicated as Alicia Juergensen and Alicia Juergensen as to a 40% interest and Capital Assets as to a 60% interest, annexed to the Complaint and to the Sullivan Certification as Exhibit 29E.

(vi)  an affidavit of title dated October 30, 1996 with the parties thereto indicated as NHF and Alicia Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 29F.

(cc)  with respect to a property at 49 Second Avenue, Long Branch, New Jersey:

(i)  a promissory note dated November 8, 1996 with the parties thereto indicated as  NHF and Ralph Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 30A.

(ii)  a first mortgage dated November 8, 1996 with the parties thereto indicated as NHF and Ralph Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 30B.

(iii)  a secondary mortgage loan dated October 3, 1996 with the parties thereto indicated as Cristo and Ralph Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 30C.

(iv)  a deed-in dated November 8, 1996 with the parties thereto indicated as Cristo and Ralph Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 30D.

(v)  a deed-out dated November 30, 1996 with the parties thereto indicated as Ralph Juergensen and Ralph Juergensen as to a 40% interest and Capital Assets as to a 60% interest, annexed to the Complaint and to the Sullivan

Certification as Exhibit 30E.

(vi) an affidavit of title dated November 8, 1996 with the parties thereto indicated as NHF and Ralph Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 30F.

(dd)   with respect to a property at 338 Franklin Place, Plainfield, New Jersey:

(i) a promissory note dated January 23, 1997 with the parties thereto indicated as NHF and Ralph Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 31A.

(ii) a first mortgage dated January 23, 1997 with the parties thereto indicated as NHF and Ralph Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 31B.

(iii) a secondary mortgage loan dated January 16, 1997 with the parties thereto indicated as Cristo and Ralph Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 31C.

(iv) a deed-in dated January 23, 1997 with the parties thereto indicated as G.J.L. Limited and Ralph Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 31D.

(v) a deed-out dated January 30, 1997 with the parties thereto indicated as Ralph Juergensen and Ralph Juergensen as to a 40% interest and Capital Assets as to a 60% interest, annexed to the Complaint and to the Sullivan Certification as Exhibit 31E.

(vi) an affidavit of title dated January 23, 1997 with the parties thereto indicated as NHF and Ralph Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 31F.

(ee)   with respect to a property at 29 Westervelt Avenue, Jersey City, New Jersey:

(i) a promissory note dated January 30, 1997 with the parties thereto indicated as NHF and Ralph Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 32A.

(ii) a first mortgage dated January 30, 1997 with the parties thereto indicated as NHF and Ralph Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 32B.

(iii) a secondary mortgage loan dated January 27, 1997 with the parties

17

thereto indicated as Cristo and Ralph Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 32C.

(iv)  a deed-in dated January 30, 1997 with the parties thereto indicated as G.J.L. Limited and Ralph Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 32D.

(v)  a deed-out dated February 3, 1997 with the parties thereto indicated as Ralph Juergensen and Ralph Juergensen as to a 40% interest and Capital Assets as to a 60% interest, annexed to the Complaint and to the Sullivan Certification as Exhibit 32E.

(vi)  an affidavit of title dated January 30, 1996 with the parties thereto indicated as NHF and Ralph Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 32F.

(ff)  with respect to a property at 1422 Mattison Avenue, Asbury Park, New Jersey:

(i)  a promissory note dated December 30, 1996 with the parties thereto indicated as NHF and Ralph Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 33A.

(ii)  a first mortgage dated December 30, 1996 with the parties thereto indicated as NHF and Ralph Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 33B.

(iii)  a secondary mortgage loan dated December 17, 1996 with the parties thereto indicated as Cristo and Ralph Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 33C.

(iv)  an affidavit of title dated December 30, 1996 with the parties thereto indicated as NHF and Ralph Juergensen, annexed to the Complaint and to the Sullivan Certification as Exhibit 33D.

_____
Honorable Clarkson S. Fisher, Jr., J.S.C.

Opposed _____
Unopposed ✓ ⊗      The Clerk of Hudson County.

18