

**McCARTER & ENGLISH**
ATTORNEYS AT LAW

November 10, 2010

**VIA ECF**

Clerk
U.S. District Court for the District of New Jersey
M. L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

David R. Kott
Partner
T. 973.622.4444
F. 973.624.7070
dkott@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

Re: **Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.**
    **Civil Action No. 97-cv-3496 (DRD)(MAS)**

Dear Sir/Madam:

This office represents Defendant Commonwealth Land Title Insurance Company in connection with this matter. Enclosed for filing are the following:

(1) Commonwealth Land Title Insurance Company's Notice of Motion for Partial Summary Judgment Dismissing Plaintiff's Claims for Damages Resulting from Loss of Merger and/or For Its Own Diminution in Value;

(2) Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1;

(3) Commonwealth Land Title Insurance Company's Brief in Support of its motion for Partial Summary Judgment Dismissing Plaintiff's Claims for Damages Resulting from Loss of Merger and/or For Its Own Diminution in Value;

(4) Certification of Sara F. Merin in Support of Commonwealth's Motions for Partial Summary Judgment with exhibits;

(5) a proposed for of Order; and

(6) Certification of Service.

Very truly yours,

s/ David R. Kott

David R. Kott

Enclosures
cc: Honorable Dickinson R. Debevoise (via ECF and regular mail) (w/encls.)
    Robert A. Magnanini, Esq. (via ECF and regular mail) (w/encls.)
    Edward J. Hayes, Jr., Esq. (via ECF and regular mail) (w/encls.)

ME1 12522111v.1