**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant
  Commonwealth Land Title
  Insurance Company

|  |  |
|---|---|
| WALSH SECURITIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. Limited, ET AL., <br><br> Defendants. | UNITED STATES DISTRICT COURT <br> FOR THE DISTRICT OF NEW JERSEY <br><br> Civil Action No. 97-cv-3496 (DRD)(MAS) <br><br> Hon. Dickinson R. Debevoise, U.S.S.D.J. <br> Hon. Michael A. Shipp, U.S.M.J. <br><br> **NOTICE OF MOTION <br> FOR PARTIAL SUMMARY JUDGMENT DISMISSING PLAINTIFF'S CLAIMS FOR DAMAGES RESULTING FROM LOSS OF MERGER AND/OR FOR ITS OWN DIMINUTION IN VALUE** |

TO:  Robert A. Magnanini, Esq.
      Stone & Magnanini LLP
      150 JFK Parkway
      Short Hills, NJ 07078

COUNSEL:

**PLEASE TAKE NOTICE** that on January 18, 2012 at 10 o'clock in the forenoon, or as soon thereafter as counsel may be heard, we shall apply to the United States District Court for the District of New Jersey for entry of an Order granting partial summary judgment dismissing Plaintiff's claims for damages resulting from loss of merger and/or for its own diminution in value;

**PLEASE TAKE FURTHER NOTICE** that in support of the motion we shall rely upon Defendant Commonwealth Land Title Insurance Company's Statement of Undisputed Material

Facts, Defendant Commonwealth Land Title Insurance Company's Brief in Support of its Motion for Partial Summary Judgment Dismissing Plaintiff's Claims for Damages Resulting from Loss of Merger and/or For Its Own Diminution in Value, and the Certification of Sara F. Merin in Support of Commonwealth's Motions for Partial Summary Judgment, with exhibits, submitted herewith;

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted with this motion.

McCARTER & ENGLISH, LLP
Attorneys for Defendant
  Commonwealth Land Title
  Insurance Company

By:  *s/David R. Kott*
     David R. Kott
     A Member of the Firm

Dated: November 10, 2011

ME1 12519606v.1