**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant
  Commonwealth Land Title
  Insurance Company

|  |  |
|---|---|
| | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY |
| WALSH SECURITIES, INC., | Civil Action No. 97-cv-3496 (DRD)(MAS) |
| Plaintiff, | Hon. Dickinson R. Debevoise, U.S.S.D.J.<br>Hon. Michael A. Shipp, U.S.M.J. |
| v. | |
| CRISTO PROPERTY MANAGEMENT,<br>LTD., A/K/A G.J.L. Limited, ET AL., | **ORDER GRANTING COMMONWEALTH<br>LAND TITLE INSURANCE COMPANY'S<br>MOTION FOR PARTIAL SUMMARY<br>JUDGMENT DISMISSING PLAINTIFF'S<br>CLAIMS FOR DAMAGES RESULTING<br>FROM LOSS OF MERGER AND/OR FOR<br>ITS OWN DIMINUTION IN VALUE** |
| Defendants. | |

**THIS MATTER** having been opened to the Court by McCarter & English, LLP, attorneys for Defendant Commonwealth Land Title Insurance Company ("Commonwealth"), seeking an Order granting partial summary judgment dismissing Plaintiff Walsh Securities, Inc.'s claims for damages resulting from loss of merger and for Plaintiff's own diminution in value; and the Court having considered the papers submitted in support of and in opposition to the Motion; and good cause appearing;

**IT IS** on this _____ day of _____, 2012,

**ORDERED** that Commonwealth's motion for partial summary judgment be and hereby is granted; and it is further

ME1 12519606v.1

**ORDERED** that Plaintiff Walsh Securities, Inc., is not entitled to recover damages from Commonwealth Land Title Insurance Company resulting from the loss of its merger with Resource Bancshares Mortgage Group, Inc. or for Walsh Securities, Inc.'s own diminution in value; and it is further

**ORDERED** that all claims within the Complaint seeking damages from Commonwealth Land Title Insurance Company based on the failed merger between Walsh Securities, Inc. and Resource Bancshares Mortgage Group, Inc. and for Walsh Securities, Inc.'s own diminution in value be and hereby are dismissed with prejudice and without costs.

                                                      Hon. Dickinson R. Debevoise, U.S.D.J.