

# McCARTER & ENGLISH
ATTORNEYS AT LAW

November 10, 2010

**VIA ECF**

Clerk
U.S. District Court for the District of New Jersey
M. L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: **Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.**
    **Civil Action No. 97-cv-3496 (DRD)(MAS)**

Dear Sir/Madam:

This office represents Defendant Commonwealth Land Title Insurance Company in connection with this matter. Enclosed for filing are the following:

(1) Commonwealth Land Title Insurance Company's Notice of Motion for Partial Summary Judgment Dismissing, with Prejudice, the Bad Faith Claims Asserted at Paragraphs 98 to 100 of the Fourth Amended Complaint;

(2) Commonwealth Land Title Insurance Company's Statement of Undisputed Material Facts;

(3) Commonwealth Land Title Insurance Company's Brief in Support of its Motion for Partial Summary Judgment to Dismiss, With Prejudice, the Bad Faith Claims at Paragraphs 98 to 100 of the Fourth Amended Complaint;

(4) Certification of Sara F. Merin in Support of Commonwealth's Motions for Partial Summary Judgment with exhibits;

(5) a proposed for of Order; and

(6) Certification of Service.

Very truly yours,

s/ David R. Kott

David R. Kott

Enclosures
cc: Honorable Dickinson R. Debevoise (via ECF and regular mail) (w/encls.)
    Robert A. Magnanini, Esq. (via ECF and regular mail) (w/encls.)
    Edward J. Hayes, Jr., Esq. (via ECF and regular mail) (w/encls.)

David R. Kott
Partner
T. 973.622.4444
F. 973.624.7070
dkott@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 12522298v.1