**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant
   Commonwealth Land Title
   Insurance Company

|  |  |
|---|---|
| WALSH SECURITIES, INC.,<br><br>               Plaintiff,<br><br>   v.<br><br>CRISTO PROPERTY MANAGEMENT,<br>LTD., A/K/A G.J.L. Limited, ET AL.,<br><br>              Defendants. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No. 97-cv-3496 (DRD)(MAS)<br><br>Hon. Dickinson R. Debevoise, U.S.S.D.J.<br>Hon. Michael A. Shipp, U.S.M.J.<br><br>**NOTICE OF MOTION FOR PARTIAL<br>SUMMARY JUDGMENT TO DISMISS,<br>WITH PREJUDICE, THE BAD FAITH<br>CLAIMS AT PARAGRAPHS 98 TO 100 OF<br>THE FOURTH AMENDED COMPLAINT** |

TO:   Robert A. Magnanini, Esq.
       Stone & Magnanini LLP
       150 JFK Parkway
       Short Hills, NJ 07078

COUNSEL:

**PLEASE TAKE NOTICE** that on January 18, 2012 at 10 o'clock in the forenoon, or as

soon thereafter as counsel may be heard, we shall apply to the United States District Court for

the District of New Jersey for entry of an Order granting partial summary judgment dismissing,

with prejudice, the bad faith claims asserted at paragraphs 98 to 100 of the Fourth Amended

Complaint;

**PLEASE TAKE FURTHER NOTICE** that in support of the motion we shall rely upon

Defendant Commonwealth Land Title Insurance Company's Statement of Undisputed Material

ME1 12500999v.1

Facts, Defendant Commonwealth Land Title Insurance Company's Brief in Support of its Motion for Partial Summary Judgment to dismiss, with prejudice, the Bad Faith Claims at paragraphs 98 to 100 of the Fourth Amended Complaint, and the Certification of Sara F. Merin in Support of Commonwealth's Motions for Partial Summary Judgment, with exhibits, submitted herewith;

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted with this motion.

McCARTER & ENGLISH, LLP
Attorneys for Defendant
   Commonwealth Land Title
   Insurance Company


By:   *s/David R. Kott*
      David R. Kott
      A Member of the Firm


Dated: November 10, 2011

ME1 12500999v.1