McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant
  Commonwealth Land Title
  Insurance Company

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. Limited, ET AL., <br><br> Defendants. | Civil Action No. 97-cv-3496 (DRD)(MAS) <br><br> Hon. Dickinson R. Debevoise, U.S.S.D.J. <br> Hon. Michael A. Shipp, U.S.M.J. <br><br> **ORDER GRANTING COMMONWEALTH LAND TITLE INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND DISMISSING, WITH PREJUDICE, THE BAD FAITH CLAIMS AT PARAGRAPHS 98 TO 100 OF THE FOURTH AMENDED COMPLAINT** |

    **THIS MATTER** having been opened to the Court by McCarter & English, LLP, attorneys for Defendant Commonwealth Land Title Insurance Company, seeking an Order granting summary judgment dismissing the bad faith claims asserted at paragraphs 98 to 100 of the Fourth Amended Complaint with prejudice and without costs; and the Court having considered the papers submitted in support of and in opposition to the Motion; and good cause appearing;

    **IT IS** on this _____ day of _____, 2012,

    **ORDERED** that Commonwealth's motion for partial summary judgment be and hereby is granted, and it is further

ME1 12500999v.1

**ORDERED** that the bad faith claims asserted at paragraphs 98 to 100 of the Fourth Amended Complaint and any and all other bad faith claims asserted within Plaintiff's Fourth Amended Complaint and any and all other complaints and amended complaints be and hereby are dismissed with prejudice and without costs.

_____
Hon. Dickinson R. Debevoise, U.S.D.J.