**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant
  Commonwealth Land Title
  Insurance Company

|  |  |
|---|---|
| WALSH SECURITIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. Limited, ET AL., <br><br> Defendants. | UNITED STATES DISTRICT COURT <br> FOR THE DISTRICT OF NEW JERSEY <br><br> Civil Action No. 97-cv-3496 (DRD)(MAS) <br><br> Hon. Dickinson R. Debevoise, U.S.S.D.J. <br> Hon. Michael A. Shipp, U.S.M.J. <br><br> **CERTIFICATION OF SERVICE** |

**Sara F. Merin**, of full age, hereby certifies as follows:

1. I am an attorney at law of the State of New Jersey and am associated with the firm of McCarter & English, LLP, attorneys for Defendant Commonwealth Land Title Insurance Company ("Commonwealth") in this case.

2. On November 10, 2011, I caused to be filed with the Clerk of the United States District Court for the District of New Jersey via ECF the following documents:

    (a) Commonwealth Land Title Insurance Company's Notice of Motion for Partial Summary Judgment Dismissing, with Prejudice, the Bad Faith Claims Asserted at Paragraphs 98 to 100 of the Fourth Amended Complaint;

    (b) Commonwealth Land Title Insurance Company's Statement of Undisputed Material Facts;

   (c) Commonwealth Land Title Insurance Company's Brief in Support of its Motion for Partial Summary Judgment to dismiss, with prejudice, the Bad Faith Claims at paragraphs 98 to 100 of the Fourth Amended Complaint;

   (d) Certification of Sara F. Merin in Support of Commonwealth's Motions for Partial Summary Judgment, with exhibits;

   (e) a proposed form of Order; and

   (f) this Certification of Service.

 3. On the same date, I sent a courtesy copy of each of the aforementioned documents via ECF and regular mail to:

> Honorable Dickinson R. Debevoise, U.S.S.D.J.
> U.S. District Court for the District of New Jersey
> M. L. King, Jr. Federal Bldg. & U.S. Courthouse
> 50 Walnut Street
> Newark, New Jersey 07101.

 4. On the same date, I served, via ECF and regular mail, the aforementioned documents on the following counsel of record:

> Robert A. Magnanini, Esq.
> Stone Magnanini, LLP
> 150 John F. Kennedy
> Short Hills, NJ 07078;
>
> Edward J. Hayes, Jr., Esq.
> Fox, Rothschild, O'Brien & Frankel
> 2000 Market Street, 10th Floor
> Philadelphia, PA 19103-3291;

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: November 10, 2011

                  _____
                     Sara F. Merin

ME1 12500999v.1