

**McCARTER & ENGLISH**
ATTORNEYS AT LAW

November 10, 2010

**VIA ECF**

Clerk
U.S. District Court for the District of New Jersey
M. L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:  **Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.**
      **Civil Action No. 97-cv-3496 (DRD)(MAS)**

Dear Sir/Madam:

This office represents Defendant Commonwealth Land Title Insurance Company in connection with this matter. Enclosed for filing are the following:

(1)   Notice of Motion for Partial Summary Judgment Dismissing Certain of the Claims Asserted by Plaintiff Walsh Securities, Inc.;

(2)   Commonwealth Land Title Insurance Company's Statement in Lieu of a Brief Pursuant to Local Civil Rule 7.1 In Support of the Motion for Partial Summary Judgment Dismissing Certain of the Claims Asserted by Plaintiff Walsh Securities, Inc.;

(3)   a proposed for of Order; and

(4)   Certification of Service.

Very truly yours,

s/ David R. Kott

David R. Kott

Enclosures
cc:  Honorable Dickinson R. Debevoise (via ECF and regular mail) (w/encls.)
     Robert A. Magnanini, Esq. (via ECF and regular mail) (w/encls.)
     Edward J. Hayes, Jr., Esq. (via ECF and regular mail) (w/encls.)

David R. Kott
Partner
T. 973.622.4444
F. 973.624.7070
dkott@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 12521800v.1