**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant
  Commonwealth Land Title
  Insurance Company

|  |  |
|---|---|
| WALSH SECURITIES, INC., | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
| Plaintiff, | Civil Action No. 97-cv-3496 (DRD)(MAS) |
| v. | Hon. Dickinson R. Debevoise, U.S.S.D.J.<br>Hon. Michael A. Shipp, U.S.M.J. |
| CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. Limited, ET AL., | **NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON CERTAIN OF THE CLAIMS ASSERTED BY PLAINTIFF, WALSH SECURITIES, INC.** |
| Defendants. |  |

TO:  Robert A. Magnanini, Esq.
     Stone & Magnanini LLP
     150 JFK Parkway
     Short Hills, NJ 07078

COUNSEL:

**PLEASE TAKE NOTICE** that on January 18, 2012 at 10 o'clock in the forenoon, or as soon thereafter as counsel may be heard, we shall apply to the United States District Court for the District of New Jersey for entry of an Order granting partial summary judgment dismissing certain of the claims asserted by Plaintiff Walsh Securities, Inc. ("Walsh");

**PLEASE TAKE FURTHER NOTICE** that in support of the motion we shall rely upon the Brief of Nations Title Insurance of New York, Inc. and Fidelity National Title Insurance Co. of New York In Support of Motion for Partial Summary Judgment, the Statement of Undisputed

ME1 12519807v.1

Material Facts Pursuant to Local Rule 56.1, and the Certification of Edward J. Hayes in Support of Motion for Partial Summary Judgment, all submitted in support of Nations Title Insurance of New York, Inc. and Fidelity National Title Insurance Co. of New York's Motion for Partial Summary Judgment [document 477];

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted with this motion.

            **McCARTER & ENGLISH, LLP**
            Attorneys for Defendant
              Commonwealth Land Title
              Insurance Company

            By:   *s/David R. Kott*
                David R. Kott
                A Member of the Firm

Dated: November 10, 2011