**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant
  Commonwealth Land Title
  Insurance Company

|  |  |
|---|---|
| WALSH SECURITIES, INC., | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
| Plaintiff, | Civil Action No. 97-cv-3496 (DRD)(MAS) |
| v. | Hon. Dickinson R. Debevoise, U.S.S.D.J.<br>Hon. Michael A. Shipp, U.S.M.J. |
| CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. Limited, ET AL., | **STATEMENT IN LIEU OF A BRIEF PURSUANT TO LOCAL CIVIL RULE 7.1 IN SUPPORT OF THE MOTION FOR PARTIAL SUMMARY JUDGMENT ON CERTAIN OF THE CLAIMS ASSERTED BY PLAINTIFF, WALSH SECURITIES, INC.** |
| Defendants. |  |

This statement in lieu of brief is submitted pursuant to Local Civil Rule 7.1(d)(4) in support of the motion for partial summary judgment dismissing certain of the claims asserted by Plaintiff Walsh Securities, Inc.

No brief is necessary, because, by way of this Statement, Defendant Commonwealth Land Title Insurance Company ("Commonwealth") adopts and incorporates all arguments made in the Brief of Nations Title Insurance of New York, Inc. and Fidelity National Title Insurance Co. of New York In Support of Motion for Partial Summary Judgment [document 477-2]. Commonwealth also adopts and incorporates the Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 submitted by Nations Title Insurance of New York, Inc. and Fidelity

ME1 12519807v.1

National Title Insurance Co. of New York [document 477-1]. Commonwealth, Nations Title Insurance of New York, Inc., and Fidelity National Title Insurance Co. of New York are similarly situated for the purposes of this motion, and all arguments made in their briefs are equally applicable to Defendant Commonwealth.

In these circumstances, the Court should grant Commonwealth's motion for partial summary judgment and dismiss certain of the claims asserted by Plaintiff Walsh Securities, Inc. based on the arguments set forth in the brief submitted by Nations Title Insurance of New York, Inc., and Fidelity National Title Insurance Co. of New York.

                                              **McCARTER & ENGLISH, LLP**
                                              Attorneys for Defendant
                                                Commonwealth Land Title
                                                Insurance Company

                                          By:  *s/David R. Kott*
                                                  David R. Kott
                                                  A Member of the Firm

Dated: November 10, 2011