**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant
   Commonwealth Land Title
   Insurance Company

|  |  |
|---|---|
| | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY |
| WALSH SECURITIES, INC., | Civil Action No. 97-cv-3496 (DRD)(MAS) |
| Plaintiff, | Hon. Dickinson R. Debevoise, U.S.S.D.J.<br>Hon. Michael A. Shipp, U.S.M.J. |
| v. | |
| CRISTO PROPERTY MANAGEMENT,<br>LTD., A/K/A G.J.L. Limited, ET AL., | **ORDER GRANTING<br>COMMONWEALTH LAND TITLE<br>INSURANCE COMPANY'S PARTIAL<br>SUMMARY JUDGMENT ON CERTAIN OF<br>THE CLAIMS ASSERTED BY PLAINTIFF,<br>WALSH SECURITIES, INC.** |
| Defendants. | |

**THIS MATTER** having been opened to the Court by McCarter & English, LLP,

attorneys for Defendant Commonwealth Land Title Insurance Company, seeking an Order

granting partial summary judgment dismissing certain of the claims asserted by Plaintiff Walsh

Securities, Inc.; and the Court having considered the papers submitted in support of and in

opposition to the Motion; and good cause appearing;

    **IT IS** on this _____ day of _____, 2012,

    **ORDERED** that Commonwealth's motion for partial summary judgment on certain of

the claims asserted by Plaintiff, Walsh Securities, Inc. be and hereby is granted; and it is further

    **ORDERED** that the title claims pursued by Walsh Securities, Inc. relating to losses

alleged to have occurred as a result of the lack of recording of assignments in favor of Walsh

ME1 12519807v.1

Securities, Inc., which are set forth in Exhibit A hereto, be and hereby are dismissed with prejudice and without costs.

_____
Hon. Dickinson R. Debevoise, U.S.D.J.

**Exhibit "A"**

1. 506 Asbury Avenue, Asbury Park, NJ
2. 1324 Asbury Avenue, Asbury Park, NJ
3. 933 Bangs Avenue, Asbury Park, NJ
4. 1032-34 Bangs Avenue, Asbury Park, NJ
5. 56 Bank Street, Red Bank, NJ
6. 461 Bergen Avenue, Jersey City, NJ
7. 181 Clerk Street, Jersey City, NJ
8. 303 Comstock Avenue, Asbury Park, NJ
9. 30 Dewitt Avenue, Asbury Park, NJ
10. 1702 Elk Street, Piscataway, NJ
11. 326 Fisher Avenue, Neptune, NJ
12. 414 Fisher Avenue, Neptune, NJ
13. 18 Ford Avenue, Freehold, NJ
14. 101 Herbert Street, Red Bank, NJ
15. 89 Jefferson Street, Paterson, NJ
16. 1422 Mattison Avenue, Asbury Park, NJ
17. 222 Monticello Avenue, Jersey City, NJ
18. 226 Monticello Avenue, Jersey City, NJ
19. 118-20 Plainfield Avenue, Plainfield, NJ
20. 253A South Pearl Street, Red Bank, NJ
21. 1507 Summerfield Avenue, Asbury Park, NJ
22. 126 Union Avenue, Long Branch, NJ
23. 335 Watson Avenue, Perth Amboy, NJ
24. 603 First Avenue, Asbury Park, NJ
25. 612 First Avenue, Asbury Park, NJ
26. 701 First Avenue, Asbury Park, NJ
27. 305 Second Avenue, Asbury Park, NJ
28. 58 Third Street, Newark, NJ
29. 409 Sixth Avenue, Asbury Park, NJ