**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant
  Commonwealth Land Title
  Insurance Company

|  |  |
|---|---|
| WALSH SECURITIES, INC., | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
| Plaintiff, | Civil Action No. 97-cv-3496 (DRD)(MAS) |
| v. | Hon. Dickinson R. Debevoise, U.S.S.D.J.<br>Hon. Michael A. Shipp, U.S.M.J. |
| CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. Limited, ET AL., | **CERTIFICATION OF SERVICE** |
| Defendants. |  |

**Sara F. Merin**, of full age, hereby certifies as follows:

1. I am an attorney at law of the State of New Jersey and am associated with the firm of McCarter & English, LLP, attorneys for Defendant Commonwealth Land Title Insurance Company ("Commonwealth") in this case.

2. On November 10, 2011, I caused to be filed with the Clerk of the United States District Court for the District of New Jersey via ECF the following documents:

   (a) Notice of Motion for Partial Summary Judgment Dismissing Certain of the Claims Asserted by Plaintiff Walsh Securities, Inc.;

   (b) Commonwealth Land Title Insurance Company's Statement in Lieu of a Brief Pursuant to Local Civil Rule 7.1 In Support of the Motion for

ME1 12519807v.1

Partial Summary Judgment Dismissing Certain of the Claims Asserted by Plaintiff Walsh Securities, Inc.;

    (c)    a proposed form of Order; and

    (d)    this Certification of Service.

3. On the same date, I sent a courtesy copy of each of the aforementioned documents via ECF and regular mail to:

> Honorable Dickinson R. Debevoise, U.S.S.D.J.
> U.S. District Court for the District of New Jersey
> M. L. King, Jr. Federal Bldg. & U.S. Courthouse
> 50 Walnut Street
> Newark, New Jersey 07101.

4. On the same date, I served, via ECF and regular mail, the aforementioned documents on the following counsel of record:

> Robert A. Magnanini, Esq.
> Stone Magnanini, LLP
> 150 John F. Kennedy
> Short Hills, NJ 07078;
>
> Edward J. Hayes, Jr., Esq.
> Fox, Rothschild, O'Brien & Frankel
> 2000 Market Street, 10th Floor
> Philadelphia, PA 19103-3291.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

/s/ Sara F. Merin

Dated: November 10, 2011

ME1 12519807v.1