## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| WALSH SECURITIES, INC., | : | |
| | : | |
| Plaintiff, | : | Judge Dickinson R. Debevoise |
| v. | : | Magistrate Judge Michael A. Shipp |
| | : | |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a | : | No. 97-3496 (DRD)(MAS) |
| G.J.L. LIMITED; DEK HOMES OF NEW JERSEY, INC.; | : | |
| OAKWOOD PROPERTIES, INC.; NATIONAL HOME | : | |
| FUNDING, INC.; CAPITAL ASSETS PROPERTY | : | |
| MANAGEMENT & INVESTMENT CO., INC.; CAPITAL | : | |
| ASSETS PROPERTY MANAGEMENT, LLC; WILLIAM | : | |
| KANE; GARY GRIESER; ROBERT SKOWRENSKI, II; | : | |
| RICHARD CALANNI; RICHARD DiBENEDETTO; | : | |
| JAMES R. BROWN; THOMAS BRODO; ROLAND | : | **ORDER GRANTING PARTIAL** |
| PIERSON; STANLEY YACKER, ESQ.; MICHAEL | : | **SUMMARY JUDGMENT ON** |
| ALFIERI, ESQ.; RICHARD PEPSNY, ESQ.; ANTHONY | : | **BAD FAITH CLAIMS** |
| M. CICALESE, ESQ.; LAWRENCE CUZZI; ANTHONY | : | |
| D'APOLITO; DAP CONSULTING, INC.; | : | |
| COMMONWEALTH LAND TITLE INSURANCE CO.; | : | |
| NATIONS TITLE INSURANCE OF NEW YORK, INC.; | : | |
| FIDELITY NATIONAL TITLE INSURANCE CO. OF | : | |
| NEW YORK; COASTAL TITLE AGENCY; STEWART | : | |
| TITLE GUARANTY COMPANY; IRENE DiFEO; | : | |
| DONNA PEPSNY; WEICHERT REALTORS; and | : | |
| VECCHIO REALTY, INC., d/b/a MURPHY REALTY | : | |
| BETTER HOMES AND GARDENS, | : | |
| | : | |
| Defendants. | : | |

**THIS MATTER** having been opened to the Court by McCarter & English, LLP,

attorneys for Defendant Commonwealth Land Title Insurance Company, seeking an Order

granting summary judgment dismissing the bad faith claims asserted at paragraphs 98 to 100 of

the Fourth Amended Complaint with prejudice and without costs; which Motion was joined by

Fidelity National Title Insurance Co. of New York and Nations Title Insurance of New York, Inc.

and the Court having considered the papers submitted in support of and in opposition to the

Motion; and good cause appearing;

**IT IS** on this _____ day of _____, 2012,

**ORDERED** that the motion for partial summary judgment be and hereby is granted, and it is further

**ORDERED** that the bad faith claims asserted at paragraphs 98 to 100 of the Fourth Amended Complaint and any and all other bad faith claims asserted within Plaintiff's Fourth Amended Complaint and any and all other complaints and amended complaints be and hereby are dismissed with prejudice and without costs.

_____

Hon. Dickinson R. Debevoise, U.S.D.J.