FOX ROTHSCHILD LLP
Princeton Pike Corporate Center
997 Lenox Drive – Building 3
Lawrenceville, New Jersey 08648-2311
(609) 896-3600

Attorneys for Defendants, Fidelity National
Title Insurance Co. of New York and Nations
Title Insurance of New York, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | :  |
| Plaintiff, | : Judge Dickinson R. Debevoise |
| v. | : Magistrate Judge Michael A. Shipp |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED; DEK HOMES OF NEW JERSEY, INC.; OAKWOOD PROPERTIES, INC.; NATIONAL HOME FUNDING, INC.; CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC.; CAPITAL ASSETS PROPERTY MANAGEMENT, LLC; WILLIAM KANE; GARY GRIESER; ROBERT SKOWRENSKI, II; RICHARD CALANNI; RICHARD DiBENEDETTO; JAMES R. BROWN; THOMAS BRODO; ROLAND PIERSON; STANLEY YACKER, ESQ.; MICHAEL ALFIERI, ESQ.; RICHARD PEPSNY, ESQ.; ANTHONY M. CICALESE, ESQ.; LAWRENCE CUZZI; ANTHONY D'APOLITO; DAP CONSULTING, INC.; COMMONWEALTH LAND TITLE INSURANCE CO.; NATIONS TITLE INSURANCE OF NEW YORK, INC.; FIDELITY NATIONAL TITLE INSURANCE CO. OF NEW YORK; COASTAL TITLE AGENCY; STEWART TITLE GUARANTY COMPANY; IRENE DiFEO; DONNA PEPSNY; WEICHERT REALTORS; and VECCHIO REALTY, INC., d/b/a MURPHY REALTY BETTER HOMES AND GARDENS, | : No. 97-3496 (DRD)(MAS)<br><br>**: NOTICE OF JOINDER IN**<br>**: COMMONWEALTH LAND**<br>**: TITLE INSURANCE COMPANY'S**<br>**: MOTION FOR PARTIAL**<br>**: SUMMARY JUDGMENT ON**<br>**: MERGER/DIMINUTION IN**<br>**: VALUE CLAIM** |
| Defendants. | : |

To:   Robert A. Magnanini, Esq.
      Stone Magnanini, LLP
      150 John F. Kennedy
      Short Hills, NJ 07078

**PLEASE TAKE NOTICE** that Defendants, Fidelity National Title Insurance Co. of New York and Nations Title Insurance of New York, Inc. (collectively, "Fidelity") hereby joins in the Motion filed by Commonwealth Land Title Insurance Company for partial summary judgment dismissing Plaintiff Walsh Securities, Inc.'s claims for damages resulting from loss of merger and for Plaintiff's own diminution in value.

**PLEASE TAKE NOTICE** that Fidelity adopts the arguments set forth in the documents filed in support thereof.

**PLEASE TAKE NOTICE** that this Notice of Joinder is submitted pursuant to the deadline for filing motions for summary judgment as set forth in the July 19, 2011 Amended Scheduling Order [document 458].

Fidelity respectfully requests that the Court enter the proposed form of Orders submitted by Commonwealth Land Title Insurance Company and/or the form of Orders submitted with this Notice.

<u>s/David H. Colvin, Esquire</u>
Edward J. Hayes, Esquire
David H. Colvin, Esquire

Fox Rothschild LLP
2000 Market Street, Twentieth Floor
Philadelphia, PA 19103
(215) 299-2092
(215) 299-2150 (facsimile)

Attorneys for Defendants, Fidelity National Title Insurance Co. of New York and Nations Title Insurance of New York, Inc.

Dated: November 10, 2011