IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : |
| Plaintiff, | : Judge Dickinson R. Debevoise |
| v. | : Magistrate Judge Michael A. Shipp |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED; DEK HOMES OF NEW JERSEY, INC.; OAKWOOD PROPERTIES, INC.; NATIONAL HOME FUNDING, INC.; CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC.; CAPITAL ASSETS PROPERTY MANAGEMENT, LLC; WILLIAM KANE; GARY GRIESER; ROBERT SKOWRENSKI, II; RICHARD CALANNI; RICHARD DiBENEDETTO; JAMES R. BROWN; THOMAS BRODO; ROLAND PIERSON; STANLEY YACKER, ESQ.; MICHAEL ALFIERI, ESQ.; RICHARD PEPSNY, ESQ.; ANTHONY M. CICALESE, ESQ.; LAWRENCE CUZZI; ANTHONY D'APOLITO; DAP CONSULTING, INC.; COMMONWEALTH LAND TITLE INSURANCE CO.; NATIONS TITLE INSURANCE OF NEW YORK, INC.; FIDELITY NATIONAL TITLE INSURANCE CO. OF NEW YORK; COASTAL TITLE AGENCY; STEWART TITLE GUARANTY COMPANY; IRENE DiFEO; DONNA PEPSNY; WEICHERT REALTORS; and VECCHIO REALTY, INC., d/b/a MURPHY REALTY BETTER HOMES AND GARDENS, | : No. 97-3496 (DRD)(MAS)<br><br>**ORDER GRANTING PARTIAL SUMMARY JUDGMENT ON MERGER/DIMINUTION IN VALUE CLAIM** |
| Defendants. | : |

  **THIS MATTER** having been opened to the Court by McCarter & English, LLP, attorneys for Defendant Commonwealth Land Title Insurance Company ("Commonwealth"), seeking an Order granting partial summary judgment dismissing Plaintiff Walsh Securities, Inc.'s claims for damages resulting from loss of merger and for Plaintiff's own diminution in value; which Motion was joined by Fidelity National Title Insurance Co. of New York and Nations Title Insurance of New York, Inc., and the Court having considered the papers submitted in support of and in opposition to the Motion; and good cause appearing;

   **IT IS** on this _____ day of _____, 2012,

   **ORDERED** that the motion for partial summary judgment be and hereby is granted; and it is further

   **ORDERED** that Plaintiff Walsh Securities, Inc., is not entitled to recover damages from Commonwealth Land Title Insurance Company, Fidelity National Title Insurance Co. of New York and/or Nations Title Insurance of New York, Inc. resulting from the loss of its merger with Resource Bancshares Mortgage Group, Inc. or for Walsh Securities, Inc.'s own diminution in value; and it is further

   **ORDERED** that all claims within the Complaint seeking damages from Commonwealth Land Title Insurance Company, Fidelity National Title Insurance Co. of New York and/or Nations Title Insurance of New York, Inc. based on the failed merger between Walsh Securities, Inc. and Resource Bancshares Mortgage Group, Inc. and for Walsh Securities, Inc.'s own diminution in value be and hereby are dismissed with prejudice and without costs.

                _____
                Hon. Dickinson R. Debevoise, U.S.D.J.