UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| WALSH SECURITIES, INC., | : | Civil Action No. 97-cv-3496 (DRD(MAS) |
| Plaintiff, | : | Hon. Magistrate Judge Michael Shipp |
| vs. | : | |
| CRISTO PROPERTY MANAGEMENT, a/k/a G.J.L. LIMITED; et al. | : | **STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANTS ROBERT SKOWRENSKI, II AND COASTAL TITLE AGENCY, INC.** |
| Defendants. | : | **WITH PREJUDICE AND WITHOUT COSTS** |

IT IS HEREBY STIPULATED AND AGREED that, defendant, COASTAL TITLE AGENCY, dismisses any and all claims they have asserted or may have asserted against defendants', ROBERT SKOWRENSKI AND NATIONAL HOME FUNDING, INC., with prejudice and without costs against any party.

By: _____
Martin R. McGowan, Jr., Esq.
Methfessel & Webel
3 Ethel Road, Suite 300
Edison, NJ 08818
Counsel for Defendant,
Coastal Title Agency

_____
Vincent P. Manning, Esq.
Manning, Caliendo & Thomson
36 West Main Street
Freehold, NJ 07728
Counsel for Defendant's,
Robert Skowrenski, II and
National Home Funding, Inc.

DATED: 12/14/11

IT IS SO ORDERED this _____ day of _____, 2011.

_____
Dickinson R. Debevoise, U.S.D.J.