# EXHIBIT 6

2/6/98

Rick Pepsny refused business - he represented Cain
↳ used to be w/ alfieri but has own office now.

Cain used to work for D + sons Construction
↳ his stated goal was to form a REIT

→ Cristo bought fee policies in the begining but not later.

2-3 months later flips started ↳ Pepsny wanted to keep costs down so BA said, don't buy ins. on buy only on flip.

→ BA noticed big disparity in purchase price.
↳ was told they rehab it.
claimed they got in right away at K time.

→ post-dated deeds were supposedly closed in escrow but held. BA told them to stop.

FT/NT 0001

BA would deliver binders to Cain, Yacker or Pepsny.
↳ "Matt" delivered them.
  ↳ said construction crews were always going in an out of Cain's office. They felt this made them legit.

★ "–A" numbers – binders set up
  ↳ showing into Cristo "pre sells."
  ("profit minimal on files" "out $100K"
  ↳ Pepsny cleared them up.

Yacker – $200,000 overdrawn in trust account
  ↳ would send deeds w/out recording fees or checks for taxes.
    ↳ Cain made good on it.

– Yacker supposedly drew up joint venture agreements. This is what the prosecutor thinks.

Docs required by closing instructions were never sent back to BA.
↳ only deeds + mtgs.
↳ when he didn't get 2nd mtgs he figured they were sending them seperately.
↳ never has seen any 2nd mtg
↳ thought this was a way for buyer to get 100% financing.

→ closing instructions only went to attys.
→ Walsh fired Yacker at some.
  ↳ in his 60s.
  ↳ <u>Lorraine King</u> ☆ his secy.

Bill Himmelman, Esq. in Red Bank, NJ
  ↳ represents buyers.

FT/NT 0003

Cartaret = Walsh

- original deeds + mtgs w/ gov't.

Larry P. Willis, Monmouth Co. County Detective

"good guy" per BA → Monmouth Co. Prosecutor's office
Special Services Complex
Freehold, NJ 07728

732/431-7012
732/409-7521 FAX
327-8440 Beeper

Cain's cut was supposedly $190M after sale of Walsh

NT Assessor caught on H/c SY recorded my deed @ same time brought attention.

S Yacker supposedly had separate trust account for these transactions.

JEM Development - ?
DEK may be Cain.    Regency Development
GJL - Cain              L Alfieri + Pepsny
Oakwood - Cain        (supposedly legit)

60%/40% deeds
↳ BA asked which deed they should insure
↳ S. Jacker said 1st deed

NHF supposedly a front for local loan sharks.

⎡ BA did closing for Anthony D'Apolito
⎢ 4/97 ← $274,139 — Commonwealth
⎣        $219,300 mtg. — Walsh Securities

Jim Aaron — city atty for Long Branch
↳ represents BA

US Atty has not contacted BA yet.

FT/NT 0005

2/6/98

Conversation at Coastal Title with Bob Agel, Maureen Crowley (Fidelity's agent representative) and Kevin Cairns (Fidelity's NJ Agency Counsel)

Rick Pepsny referred business. He represented Cain. Pepsny used to work with Alfieri but he has his own office now. Cain's stated goal was to form a REIT.

Cain used to work for D & Sons Construction. (D & Sons are listed as seller on a few of the "flip" properties.)

Cristo bought fee policies in the beginning but not later.

- Pepsny wanted to keep the costs down so Bob Agel said don't buy the title insurance now, only buy it on the flip.

Bob Agel noticed big disparity in purchase price

- was told that Cristo was rehabilitating the property and that they usually performed the work before they even purchased the property.

Post dated deeds were supposedly closed in escrow but Bob Agel told Cristo to stop the practice.

Bob Agel would deliver binders to Cain, Yacker or Pepsny. ("Matt" delivered them.)

- Matt said construction crews were always going in and out of Cain's office. Bob Agel thought this made Cain legitimate.

"A" numbers are binders which are set up as "pre-sells" - Pepsny worked to clear up title issues before they were sold such as outstanding tax liens, etc.

Bob Agel claims that his profits were minimal on the Cristo files and that he is out $100,000.

Yacker - $200,000 overdrawn in trust account

would send deeds out without recording fees or checks for taxes.

Cain would make good on these.

Yacker supposedly drew up the Joint Venture agreements. This is supposedly what the prosecutor thinks.

Documents required by closing instructions were never sent to Bob Agel.

only the deeds and mortgages were sent. bob Agel would never have anyway of knowing if he complied with the closing instructions.

when Bob Agel didn't get the second mortgages which were being requested in the closing instructions he figured that they must be sending them separately. (Why would he think this??)

Bob Agel never saw any of the 2nd mortgages.

Bob Agel thought that this was a way for the buyers to get 100$ financing.

Bob Agel thereafter claimed that the closing instructions were only sent to the closing attorneys. (I did not find any copies in the title files)

Walsh fired Yacker at some point. Yacker is in his 60s.

    \*\*\*\*\*- Lorraine King, the notary on 99% of the documents was Yacker's secretary

Bill Himmelman, Esq. – Red Bank, NJ - represents some of the buyers.

Cartaret = Walsh

There are some original deeds and mortgages with the government

Larry R. Willis - Monmouth County Detective ("good guy" per Bob Agel) - investigator for MCPO

    Monmouth Co. Prosecutor's Office
    Special Services Complex
    Freehold, NJ 07728

    732/431-7012
    732/409-7521 fax
    732/327-8440 beeper

When Cain sold Walsh his cut was supposedly going to be $190M.

New Jersey assessor caught on because Yacker sent piles of deeds to be recorded at the same time when he got enough money together. This brought attention to the transactions.

Yacker supposedly had a separate trust account for these transactions.

JEM Development = ?
DEK may be Cain
GJL = Cain
Oakwood = Cain
Regency Development - Alfieri & Pepsny (Bob Agel says that they were legitimate)

Bob Agel asked Yacker about the 60%/40% deeds and asked who he was insuring. Yacker told him

FT/NT 0007

that he was insuring the first transaction into the mortgagor.

There is a rumor that National Home Funding is a front for local loan sharks.

Bob Agel did the closing for Anthony D'Apolito - insured by Commonwealth

    4/97    $274,139 fee
              $219,300 mtg. - Walsh Securities

Jim Aaron - city attorney for Long Branch - represents Coastal Title (Bob Agel)

Jim Methfessel of Methfessel & Werbel, Rahway, NJ (732/382-4200) represents Coastal on behalf of E & O carrier.
US Atty has not contacted Bob Agel yet.