# EXHIBIT 9

N. KOCH

Page 1

```
 1                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEW JERSEY
 2                         Civil Action No.
                        97-cv-3496 (DRD) (MAS)
 3
     WALSH SECURITIES, INC.,    :
 4                              :
                 Plaintiff,     :
 5                              :
         vs.                    :    DEPOSITION OF:
 6                              :    NANCY KOCH
     CRISTO PROPERTY MANAGEMENT,
 7   LTD., a/k/a G.J.L. LIMITED;
     OAKWOOD PROPERTIES, INC.;
 8   NATIONAL HOME FUNDING, INC.;
     CAPITAL ASSETS PROPERTY
 9   MANAGEMENT & INVESTMENT CO.,
     INC.; CAPITAL ASSETS PROPERTY
10   MANAGEMENT, L.L.C.; WILLIAM
     KANE; GARY GRIESER; ROBERT
11   SKOWRENSKI, II; RICHARD CALANNI;
     RICHARD DiBENEDETTO; JAMES R.
12   BROWN; THOMAS BRODO; ROLAND
     PIERSON; STANLEY YACKER, ESQ.;
13   MICHAEL ALFIERI, ESQ.; RICHARD
     PEPSNY, ESQ.; ANTHONY M.
14   CICALESE, ESQ.; LAWRENCE CUZZI;
     ANTHONY D'APOLITO; DAP CONSULTING,
15   INC.; COMMONWEALTH LAND TITLE
     INSURANCE CO.; NATIONS TITLE
16   INSURANCE OF NEW YORK, INC.;
     FIDELITY NATIONAL TITLE
17   INSURANCE CO. OF NEW YORK;
     Coastal Title Agency; DONNA
18   PEPSNY; WEICHERT REALTORS; and
     VECCHIO REALTY, INC., D/B/A
19   MURPHY REALTY BETTER HOMES
     And GARDENS                :
20                              :
                  Defendants.   :
21       - - - - - - - - - - - -
22
23
24
25
```

1   named Richard DiBenedetto.
2        A.    Only from newspaper reports.
3        Q.    So you never spoke to him or interviewed
4   him?
5        A.    No.
6        Q.    Richard Calanni?
7        A.    It doesn't sound familiar to me.
8        Q.    James Brown?
9        A.    That does not sound familiar to me.
10       Q.    Roland Pierson.
11       A.    No.
12       Q.    Or Thomas Brodo?
13       A.    Doesn't sound familiar to me.
14       Q.    Did you ever speak to Anthony D'Apolito
15  who was a former Walsh Securities employee?
16       A.    Not that I can recall, no.
17       Q.    How about Kelly O'Neill?
18       A.    Not that I recall, no.
19       Q.    Did you meet or speak with anyone from
20  Walsh Securities during the investigation?
21       A.    Not that I recall.
22       Q.    There were also two realtors who were
23  involved in originally getting purchasers to act as
24  what we've alleged were straw buyers and they were
25  Irene DeFeo and Donna Pepsny.

```
 1   files looked like, what documentation was in them,
 2   trying to understand how the transactions were going
 3   down.  I believe I spoke to Bob and then we took the
 4   files as I recall.
 5        Q.    I believe Mr. Agel said that he had made
 6   copies of them but I think you took the original ones
 7   he said.  What happened after you take the files,
 8   Nancy, or in this case when you took the files?
 9        A.    I don't remember specifically.  They
10   would have gone to the claims department?
11        Q.    And what involvement did you have in the
12   investigation once the files got to the claims
13   department?
14        A.    Only answering questions that the claims
15   department might have about what I might know about
16   the matter.
17        Q.    Okay.
18        A.    Or seeking information for them.
19        Q.    Did you prepare any written summary of
20   your findings?
21        A.    I don't remember.
22        Q.    Okay.  Which is my next question.  Do
23   you have any documents related to your investigation?
24        A.    I do not.
25        Q.    Okay.
```

N. KOCH

Page 20

```
 1      Q.     Do you recall what you discussed or what
 2   he told you?
 3      A.     I don't.
 4      Q.     Did you speak to anyone else at Coastal
 5   Title?
 6      A.     Probably.
 7      Q.     Did you make any notes or memos of that?
 8      A.     Not that I recall.
 9      Q.     And then -- off the record.
10             (A discussion takes place off the
11   record).
12      Q.     So after -- you went down and you
13   reviewed the files in Coastal's offices in Freehold?
14      A.     Yes.
15      Q.     And then the files were transferred to
16   Commonwealth.  Where were your offices at that point?
17      A.     Parsippany.
18      Q.     Still in Parsippany.  Okay.  And then
19   how long did the investigation continue while at -- I
20   mean how long -- let me just ask:  How long did
21   Commonwealth's investigation continue into the claims
22   of Walsh Securities?
23      A.     I don't know.
24      Q.     When was the last time you had any
25   involvement in the investigation?
```