# EXHIBIT 1

LATHAM & WATKINS
ATTORNEYS AT LAW
ONE NEWARK CENTER
NEWARK, NEW JERSEY 07101-3174
TELEPHONE (201) 639-1234
FAX (201) 639-7298

PAUL R. WATKINS (1899-1973)
DANA LATHAM (1898-1974)

CHICAGO OFFICE
SEARS TOWER, SUITE 5800
CHICAGO, ILLINOIS 60606
TELEPHONE (312) 876-7700
FAX (312) 993-9767

HONG KONG OFFICE
23RD FLOOR
STANDARD CHARTERED BANK BUILDING
4 DES VOEUX ROAD CENTRAL, HONG KONG
TELEPHONE + 852-2905-6400
FAX + 852-2905-6940

LONDON OFFICE
ONE ANGEL COURT
LONDON EC2R 7HJ ENGLAND
TELEPHONE + 44-171-374 4444
FAX + 44-171-374 4460

LOS ANGELES OFFICE
633 WEST FIFTH STREET, SUITE 4000
LOS ANGELES, CALIFORNIA 90071-2007
TELEPHONE (213) 485-1234
FAX (213) 891-8763

MOSCOW OFFICE
113/1 LENINSKY PROSPECT, SUITE C200
MOSCOW, RUSSIA 117198
TELEPHONE + 7-503 956-5555
FAX + 7-503 956-5556

NEW YORK OFFICE
885 THIRD AVENUE, SUITE 1000
NEW YORK, NEW YORK 10022-4802
TELEPHONE (212) 906-1200
FAX (212) 751-4864

ORANGE COUNTY OFFICE
650 TOWN CENTER DRIVE, SUITE 2000
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE (714) 540-1235
FAX (714) 755-8290

SAN DIEGO OFFICE
701 'B' STREET, SUITE 2100
SAN DIEGO, CALIFORNIA 92101-8197
TELEPHONE (619) 236-1234
FAX (619) 696-7419

SAN FRANCISCO OFFICE
505 MONTGOMERY STREET, SUITE 1900
SAN FRANCISCO, CALIFORNIA 94111-2562
TELEPHONE (415) 391-0600
FAX (415) 395-8095

TOKYO OFFICE
INFINI AKASAKA, MINATO-KU
TOKYO 107, JAPAN
TELEPHONE +813-3423-3970
FAX +813-3423-3971

WASHINGTON, D.C. OFFICE
1001 PENNSYLVANIA AVE., N.W., SUITE 1300
WASHINGTON, D.C. 20004-2505
TELEPHONE (202) 637-2200
FAX (202) 637-2201

July 28, 1997

EXHIBIT
Commonwealth
3
5/27/10

**VIA U.S. CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Commonwealth Land Title Insurance Company
8 Penn Center
Philadelphia, PA 19103

Re: Claims Based On Closing Service Letters to Walsh Securities Inc. As Successors And/Or Assigns To National Home Funding, Inc.

To Whom It May Concern:

The purpose of this letter is to put you on notice that our client Walsh Securities Inc. ("Walsh Securities") has retained us to seek recovery for losses or claims covered by Closing Service Letters issued by Commonwealth Land Title Insurance Company to Walsh Securities as the successors and/or assigns of National Home Funding, Inc. in a series of real estate transactions. These losses or claims arise out of activities by closing attorneys ("Attorneys") whose conduct is covered by your Closing Service Letters. The losses or claims arise out of:

1. Failure of the Attorneys to comply with Walsh Securities' written closing instructions relating to the collection of payments and funds due to Walsh Securities, and/ or

2. Fraud of or misapplication by the Attorneys in handling Walsh Securities' funds in connection with the collection of payments and funds due to Walsh Securities.

The Attorneys and the closings or transactions covered by this letter are described in Schedule A which is attached to this letter. Because Walsh Securities is still investigating certain mortgage loan transactions, Walsh Securities reserves its right to supplement this notice letter and the list of closing attorneys and the closings or transactions described in Schedule A with additional closing attorneys and closings or transactions insured by Commonwealth Land Title Insurance Company.

Please contact me to discuss Walsh Securities' recovery of funds owed to it.

Sincerely,

Jeffrey M. Goodman*
of LATHAM & WATKINS

Attachment

cc: Walsh Securities Inc.

Donna Sullivan, Esq. **(Via Telecopy)**
Commonwealth Land Title Insurance Company

*Admitted in New York State Only

Schedule A

| Loan No. | Borrower | Closing Date | Loan Amt. | Correspondent | Closing Agent | Sold Date | Purch. Prc | Title Company | Commitment No. | Street No. | Street Address | City | State | Zip | Amt. 2nd Mtg | Title Agent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 619484 | LEODIS, GEORGE T | 24-Jul-96 | 82500 | NATIONAL HOME | STANLEY YACKER, ESQ. | 23-Aug-96 | 120000 | COMMONWEALTH | CT17852 | 402 | RIDGE AVENUE | ASBURY PARK | NJ | 07712 | $16,500.00 | COASTAL |
| 619487 | SALVATORIELLO, | 24-Jul-96 | 81000 | NATIONAL HOME | STANLEY YACKER, ESQ. | 30-Sep-96 | 108000 | COMMONWEALTH | CT17851 | | 1114 MONROE AVE | ASBURY PARK | NJ | 07712 | $15,500.00 | COASTAL |
| 619475 | MONTANYE, JILL A. | 25-Jul-96 | 81000 | NATIONAL HOME | STANLEY YACKER | 30-Sep-96 | 108000 | COMMONWEALTH | CT17769-A | 523 | MONROE AVENUE | ASBURY PARK | NJ | 07712 | $16,200.00 | COASTAL |
| 619589 | SALVATORIELLO, | 26-Jul-96 | 93750 | NATIONAL HOME | STANLEY YACKER | 23-Aug-96 | 125000 | COMMONWEALTH | CT17853 | 211 | ROOSEVELT AVE | ABERDEEN | NJ | 07735 | $18,750.00 | COASTAL |
| 619590 | SALVATORIELLO, | 26-Jul-96 | 97500 | NATIONAL HOME | STANLEY YACKER, ESQ. | 23-Aug-96 | 130000 | COMMONWEALTH | CT17763(A) | 1308 | 7TH AVE | NEPTUNE | NJ | 07753 | $19,500.00 | COASTAL TITLE |
| 619942 | BALOGH JR., RONALD C. | 20-Aug-96 | 90000 | NATIONAL HOME | STANLEY YACKER, ESQ. | 23-Aug-96 | 120000 | COMMONWEALTH | CT17958(A) | 272 | CENTRAL AVE | LONG BRANCH | NJ | 07740 | $18,000.00 | COASTAL TITLE |
| 619946 | BALOGH, RONALD C JR | 20-Aug-96 | 90000 | NATIONAL HOME | STANLEY YACKER | 23-Aug-96 | 120000 | COMMONWEALTH | CT17959 | 251 | WILBUR RAY AVENUE | LONG BRANCH | NJ | 07740 | $18,000.00 | COASTAL TITLE |
| 619948 | BALOGH JR., RONALD C. | 20-Aug-96 | 90000 | NATIONAL HOME | STANLEY YACKER | 23-Aug-96 | 120000 | COMMONWEALTH | CT17960A | 232 | CENTRAL AVE | LONG BRANCH | NJ | 07740 | $18,000.00 | COASTAL TITLE |
| 619949 | BALOGH JR., RONALD C. | 20-Aug-96 | 101250 | NATIONAL HOME | STANLEY YACKER, ESQ. | 23-Aug-96 | 150000 | COMMONWEALTH | CT17956(A) | 529 | 20TH STREET | IRVINGTON | NJ | 07111 | $22,500.00 | COASTAL TITLE |
| 619957 | LEODIS, GEORGE T | 20-Aug-96 | 161250 | NATIONAL HOME | STANLEY YACKER, ESQ. | 23-Aug-96 | 225000 | COMMONWEALTH | CT17957A | 408 | 2ND AVE | LONG BRANCH | NJ | 07740 | $33,750.00 | COASTAL TITLE |
| 622013 | DICARO, LOUIS | 16-Oct-96 | 84000 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 120000 | COMMONWEALTH | CT18379A | 11 | ABBOTTSFORD AVE | LONG BRANCH | NJ | 07740 | $17,800.00 | COASTAL TITLE |
| 621717 | HRISTOV, PLAMEN | 16-Oct-96 | 97500 | NATIONAL HOME | STANLEY YACKER, ESQ. | 27-Mar-97 | 130000 | COMMONWEALTH | CT17992(A) | 1409 | MATTISON AVENUE | NEPTUNE | NJ | 07712 | $19,500.00 | COASTAL TITLE |
| 622025 | ALA, JAMES | 22-Oct-96 | 101250 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 135000 | COMMONWEALTH | CT-18513 | 622 | BRAMHALL AVENUE | JERSEY CITY | NJ | 07304 | $20,200.00 | COASTAL TITLE |
| 22858 | DEVINCENZO, DONALD | 18-Nov-96 | 93000 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 124000 | COMMONWEALTH | CT18550(A) | 102.5 | OXONIA AVENUE | NEPTUNE | NJ | 07753 | $19,000.00 | COASTAL TITLE |
| 24173 | OWENS, THOMAS | 31-Dec-96 | 101500 | NATIONAL HOME | STANLEY YACKER, ESQ. | 30-Jan-97 | 150000 | COMMONWEALTH | CT-18801A | 101 | HERBERT ST | RED BANK | NJ | 07701 | $29,500.00 | COASTAL TITLE |
| 618264 | SR, DERRICK MORRIS | | 84500 | NATIONAL HOME | STANLEY YACKER | | 130000 | COMMONWEALTH | CT17819 | 1507 | IVY STREET | NEPTUNE | NJ | 07753 | $32,500.00 | COASTAL TITLE |
| 623845 | VISCARDO, SUSAN | 20-Dec-96 | 79800 | NATIONAL HOME | STANLEY YACKER, ESQ. | 07-Mar-97 | 114349 | COMMONWEALTH | | 1117 | 1117 ASBURY AVE | ASBURY PARK, | NJ | 07712 | | COASTAL TITLE |
| 624181 | CAMPOLI, DEBRA | 31-Dec-96 | 113400 | NATIONAL HOME | STANLEY YACKER, ESQ. | 07-Mar-97 | 162000 | COMMONWEALTH | CT19039(A) | 43 | FRANKLIN AVE | SEASIDE | NJ | 08751 | $32,400.00 | COASTAL TITLE |
| 624698 | KITCHOVITCH, MILOSH M | 23-Jan-97 | 91000 | NATIONAL HOME | STANLEY YACKER, ESQ. | 07-Mar-97 | 140000 | COMMONWEALTH | CT19020(A) | 342 | RANDOLPH AVENUE | JERSEY CITY | NJ | 07305 | | COASTAL TITLE |
| 625050 | CUZZI, PATRICIA | 31-Jan-97 | 92400 | NATIONAL HOME | STANLEY YACKER, ESQ. | 07-Mar-97 | 132000 | COMMONWEALTH | CT19371(A) | 35 | MC ADOO AVE | JERSEY CITY | NJ | 07304 | $23,300.00 | COASTAL TITLE |
| 626825 | DEMARINES, ERIN | 31-Mar-97 | 86250 | NATIONAL HOME | ANTHONY M. CICALESE, | 27-Jun-97 | 115000 | COMMONWEALTH | CT19643A | 35 | FISK STREET | JERSEY CITY | NJ | 07307 | $28,600.00 | COASTAL TITLE |
| 626826 | PELARDIS, TSAMBIKOS | 31-Mar-97 | 88500 | NATIONAL HOME | ANTHONY M. CICALESE, | 27-Jun-97 | 118000 | COMMONWEALTH | CT19801 | 1052 | WILLIAM STREET | ELIZABETH | NJ | 07201 | $29,500.00 | COASTAL TITLE |
| 626827 | FANIA JR., ANTHONY W. | 31-Mar-97 | 132000 | NATIONAL HOME | ANTHONY M. CICALESE, | 27-Jun-97 | 168000 | COMMONWEALTH | CT 19921A | 181 | CLERK ST | JERSEY CITY | NJ | 07307 | $36,000.00 | COASTAL TITLE |
| 626849 | FREEDEN, BARBARA | 31-Mar-97 | 102000 | NATIONAL HOME | ANTHONY M. CICALESE, | 27-Jun-97 | 136000 | COMMONWEALTH | CT19689A | 25 | WILLIAM STREET | EAST ORANGE | NJ | 07019 | | COASTAL TITLE |
| 627290 | WHITE, JOANNA M. | 11-Apr-97 | 80000 | NATIONAL HOME | ANTHONY M. CICALESE, | 27-Jun-97 | 100000 | COMMONWEALTH | CT19767 | 31 | FIFTH STREET | HIGHLANDS | NJ | 07732 | $20,000.00 | COASTAL TITLE |
| 627425 | WRIGHT, WESLEY | 15-Apr-97 | 129750 | NATIONAL HOME | ANTHONY CICALESE | 27-Jun-97 | 173000 | COMMONWEALTH | CT-19855A | 1116 | 1116 5TH AVENUE | ASBURY PARK | NJ | 07712 | $43,250.00 | COASTAL TITLE |
| 627355 | LENTINO, ARLENE | 16-Apr-97 | 140000 | NATIONAL HOME | ANTHONY CICALESE | 27-Jun-97 | 175000 | COMMONWEALTH | CT-19567A | 1703 | BANGS AVE | NEPTUNE | NJ | 07753 | $35,000.00 | COASTAL TITLE |
| 627945 | DELIA III, RALPH JOSEPH | 30-Apr-97 | 132000 | NATIONAL HOME | ANTHONY CICALESE | 27-Jun-97 | 165000 | COMMONWEALTH | | 428 | EAST 6TH STREET | PLAINFIELD | NJ | 07060 | | COASTAL TITLE |
| 627997 | VILARDI, JANICE | 07-May-97 | 115500 | NATIONAL HOME | ANTHONY CICALESE | 27-Jun-97 | 154000 | COMMONWEALTH | CT- 19531A | 226 | MONTICELLO AVE | JERSEY CITY | NJ | 07305 | $38,500.00 | COASTAL TITLE |
| 628045 | FUSCO, FRED | 13-May-97 | 78750 | NATIONAL HOME | ANTHONY CICALESE | 27-Jun-97 | 105000 | COMMONWEALTH | CT-20226A | 253 | MYRTLE AVENUE | NEPTUNE TWP. | NJ | 07753 | $26,250.00 | COASTAL TITLE |
| 628398 | WRIGHT, BONNIE M. | 23-May-97 | 92800 | NATIONAL HOME | ANTHONY CICALESE | 27-Jun-97 | 116000 | COMMONWEALTH | CT-20386 | 1 | PASSAIC STREET | CARTERET | NJ | 07008 | $23,200.00 | COASTAL TITLE |
| 627422 | FREEDEN, JAMES B. | 28-May-97 | 64000 | NATIONAL HOME | ANTHONY CICALESE, ESQ | 27-Jun-97 | 80000 | COMMONWEALTH | CT-18802A | 826 | CENTER STREET | UNION BEACH | NJ | 07735 | $16,000.00 | COASTAL TITLE |
| 627430 | VELLIA, KENNETH J. | 29-May-97 | 78750 | NATIONAL HOME | ANTHONY M. CICALESE, | 27-Jun-97 | 105000 | COMMONWEALTH | CT19642 | 101 | BALDWIN STREET | NEW | NJ | 08901 | $26,250.00 | COASTAL TITLE |
| 628243 | BAITZ, ROBIN K. | 29-May-97 | 148000 | NATIONAL HOME | ANTHONY CICALESE | 27-Jun-97 | 185000 | COMMONWEALTH | 20202A | 406 | 406 THIRD AVE | ASBURY PARK | NJ | 07712 | $37,000.00 | COASTAL TITLE |
| 628561 | GUZMAN, VICTOR | 29-May-97 | 56250 | NATIONAL HOME | ANTHONY CICALESE | 27-Jun-97 | 75000 | COMMONWEALTH | CT-19987-A | 253 | PINE STREET | JERSEY CITY | NJ | 07307 | $18,750.00 | COASTAL TITLE |
| 628562 | DASILVA, PAUL | 29-May-97 | 71250 | NATIONAL HOME | ANTHONY M. CICALESE, | 27-Jun-97 | 95000 | COMMONWEALTH | CT-19871A | 127 | LIPPINCOTT AVENUE | LONG BRANCH | NJ | 07740 | $23,750.00 | COASTAL TITLE |
| 628856 | KELEHER, JOHN GLENN | 04-Jun-97 | 120750 | NATIONAL HOME | ANTHONY CICALESE | | 161000 | COMMONWEALTH | CT-20402 A | 203 | ARLINGTON AVE | JERSEY CITY | NJ | 07305 | $40,250.00 | COASTAL TITLE |
| 626824 | VILARDI, JANICE | 02-Apr-97 | 114750 | NATIONAL HOME | ANTHONY CICALESE | 27-Jun-97 | 153000 | COMMONWEALTH | CT-19644A | 266 | ARLINGTON AVENUE | JERSEY CITY | NJ | 07305 | $38,250.00 | COASTAL TITLE |
| 529031 | JULIAO, JORGE | 30-May-97 | 71250 | NATIONAL HOME | ANTHONY CICALESE | 27-Jun-97 | 95000 | COMMONWEALTH | CT-19989 | 91 | COLES ST | JERSEY CITY | NJ | 07302 | $23,750.00 | COASTAL TITLE |
| 626019 | FUSCO, FRED | 30-May-97 | 106500 | NATIONAL HOME | ANTHONY CICALESE | 27-Jun-97 | 142000 | COMMONWEALTH | CT-19426 | 118-20 | PLAINFIELD AVE | PLAINFIELD | NJ | 07060 | $35,500.00 | COASTAL TITLE |
| 624923 | PELARDIS, GEORGE | 31-Jan-97 | 102900 | NATIONAL HOME | STANLEY YACKER, ESQ. | 07-Mar-97 | 147000 | COMMONWEALTH | CT-19360A | 85 | ROOSEVELT AVENUE | JERSEY CITY | NJ | 07306 | $29,300.00 | COASTAL TITLE |
| 619477 | MONTANYE, JILL A. | 24-Jul-96 | 112500 | NATIONAL HOME | STANLEY YACKER, ESQ. | 30-Sep-96 | 150000 | Commonwealth Titl | CT 17768-A | 905 | BERGH AVE | ASBURY PARK | NJ | 07712 | $22,500.00 | COASTAL TITLE |
| 619473 | MONTANYE, JILL A. | 25-Jul-96 | 150000 | NATIONAL HOME | STANLEY YACKER, ESQ. | 30-Sep-96 | 200000 | COMMONWEALTH | CT-17767A | 1017-1019 | BANGS AVENUE | ASBURY PARK | NJ | 07712 | $30,000.00 | COASTAL TITLE |
| 619941 | BALOGH JR., RONALD C. | 20-Aug-96 | 93750 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 125000 | COMMONWEALTH | CT17955A | 157 | VAN HORNE ST | JERSEY CITY | NJ | 07304 | $20,250.00 | COASTAL TITLE |
| 621714 | APGAR, RAYMOND C. | 15-Oct-96 | 86250 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 115000 | Commonwealth Titl | CT-18105(A) | 89 | JEFFERSON STREET | PATERSON | NJ | 07522 | $17,250.00 | COASTAL TITLE |
| 621716 | APGAR, RAYMOND | 15-Oct-96 | 93750 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 125000 | Commonwealth Titl | CT-18106 | 248 | PRINCETON AVENUE | JERSEY CITY | NJ | 07305 | $18,750.00 | COASTAL TITLE |
| 621720 | HRISTOV, PLAMEN | 15-Oct-96 | 112500 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 150000 | Commonwealth Titl | CT-18117(A) | 1004 | 1004 HECK STREET | ASBURY PARK | NJ | 08853 | $22,500.00 | COASTAL TITLE |
| 622008 | DIDONNA, THOMAS J JR | 15-Oct-96 | 105000 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 140000 | Commonwealth Titl | CT-18108(A) | 24 | KNOLL PLACE | NEWARK | NJ | 07106 | $20,900.00 | COASTAL TITLE |
| 621719 | HRISTOV, PLAMEN | 16-Oct-96 | 94125 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 125500 | COMMONWEALTH | CT-18118A | 460 | HENDRICKSON AVENUE | LONG BRANCH | NJ | 07740 | $18,825.00 | COASTAL TITLE |
| 622009 | DIDONNA JR., THOMAS J. | 16-Oct-96 | 126375 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 168500 | Commonwealth Titl | CT-18230(A) | 706 | 706 1ST AVENUE | ASBURY PARK | NJ | 07712 | $25,350.00 | COASTAL TITLE |
| 622011 | RIZZUTO, LORETTA | 16-Oct-96 | 126375 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 168500 | Commonwealth Titl | CT-18515(A) | 706 | 706 SECOND AVENUE | ASBURY PARK | NJ | 07712 | $25,350.00 | COASTAL TITLE |
| 622020 | RIZZUTO, LORETTA | 16-Oct-96 | 92250 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 123000 | Commonwealth Titl | CT-18119(A) | 610 | 610 THIRD AVENUE | ASBURY PARK | NJ | 07712 | $18,300.00 | COASTAL TITLE |
| 622022 | JUERGENSEN, ALICIA | 16-Oct-96 | 106500 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 142000 | COMMONWEALTH | CT-18273A | 1200 | 1200 MONROE AVENUE | ASBURY PARK | NJ | 07712 | $22,500.00 | COASTAL TITLE |
| 622017 | RIZZUTO, LORETTA | 16-Oct-96 | 96000 | NATIONAL HOME | STANLEY YACKER, ESQ. | 30-Jan-97 | 128000 | Commonwealth Titl | CT-18233(A) | 612 | 612 FIRST AVENUE | ASBURY PARK | NJ | 07712 | $19,000.00 | COASTAL TITLE |
| 622014 | JUERGENSEN, ALICIA | 21-Oct-96 | 97500 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 130000 | Commonwealth Titl | CT-18428(A) | 1014 | 1014 SECOND AVE | ASBURY PARK | NJ | 07712 | $19,400.00 | COASTAL TITLE |
| 622023 | ALA, JAMES | 22-Oct-96 | 86250 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 115000 | COMMONWEALTH | CT-183776A | 222 | HAMILTON PLACE | PATERSON | NJ | 07501 | | COASTAL TITLE |
| 622018 | DICARO JR., LOUIS | 24-Oct-96 | 105000 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 150000 | Commonwealth Titl | CT-18231(A) | 1315 | 1315 SPRINGWOOD AVE | ASBURY PARK | NJ | 07712 | $22,500.00 | COASTAL TITLE |

| Loan No. | Borrower | Closing Date | Loan Amt. | Correspondent | Closing Agent | Sold Date | Purch. Pric | Title Company | Commitment No. | Street No. | Street Address | City | State | Zip | Amt. 2nd Mtg | Title Agent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 622015 | JUERGENSEN, ALICIA | 30-Oct-96 | 112500 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 150000 | Commonwealth Titl | CT-18310(A) | 1292 | 1292 WASHINGTON | ASBURY PARK | NJ | 07712 | $22,500.00 | COASTAL TITLE |
| 622694 | BUSTOS-LACY, YOLANDA | 05-Nov-96 | 129000 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 172000 | COMMONWEALTH | CT-18678A | 1312 | 1312 WASHINGTON | ASBURY PARK | NJ | 07712 | $25,800.00 | COASTAL TITLE |
| 622622 | | 06-Nov-96 | 106500 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 142000 | Commonwealth Titl | CT-18722(A) | 20 | 20-22 RIDGE AVENUE | ASBURY PARK | NJ | 07712 | $21,300.00 | COASTAL TITLE |
| 622625 | BUSTOS, SR., RAFAEL | 06-Nov-96 | 103500 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 138000 | COMMONWEALTH | CT-18716A | 509 | 509 RIDGE AVENUE | ASBURY PARK | NJ | 07712 | $20,700.00 | COASTAL TITLE |
| 622627 | BUSTOS, SR., RAFAEL | 06-Nov-96 | 142500 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 190000 | Commonwealth Titl | CT- 18777(A) | 703 | 703 FOURTH AVENUE | ASBURY PARK | NJ | 07712 | $28,500.00 | COASTAL TITLE |
| 622658 | REILLY, BRIAN G. | 06-Nov-96 | 91500 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 122000 | Commonwealth Titl | CT-18641(A) | 126 | UNION AVENUE | LONG BRANCH | NJ | 07740 | $18,300.00 | COASTAL TITLE |
| 622019 | APGAR, RAYMOND | 08-Nov-96 | 112500 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 150000 | Commonwealth Titl | CT-18165(A) | 1043 | 1043 SUMMERFIELD AVE | ASBURY PARK | NJ | 07712 | $21,450.00 | COASTAL TITLE |
| 622547 | DIDONNA, THOMAS J. | 08-Nov-96 | 138750 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 185000 | Commonwealth Titl | CT-18715(A) | 1914 | NORTH EAST CENTRAL | SEASIDE PARK | NJ | 08752 | $27,800.00 | COASTAL TITLE |
| 622661 | AMADOR, JOSEPH L. | 08-Nov-96 | 112500 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 150000 | Commonwealth Titl | CT-18554(A) | 704 | 704 PINE STREET | ASBURY PARK | NJ | 07712 | $23,500.00 | COASTAL TITLE |
| 622861 | DEVINCENZO, DONALD | 18-Nov-96 | 117000 | NATIONAL HOME | STANLEY YACKER, ESQ. | 30-Jan-97 | 156000 | COMMONWEALTH | CT18760A | 326 | FISHER AVENUE | NEPTUNE | NJ | 07753 | $23,900.00 | COASTAL TITLE |
| 622649 | PISCIONERI, JOSEPH | 21-Nov-96 | 136500 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 182000 | Commonwealth Titl | CT-18552(A) | . | 405 SEWALL AVENUE | ASBURY PARK | NJ | 07712 | $27,300.00 | COASTAL TITLE |
| 622654 | ALA, JAMES | 21-Nov-96 | 102500 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 136000 | COMMONWEALTH | CT-18679A | 113 | WEST BERGEN PLACE | RED BANK | NJ | 07701 | $20,400.00 | COASTAL TITLE |
| 622657 | REILLY, BRIAN G. | 22-Nov-96 | 105000 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 140000 | COMMONWEALTH | CT-18677A | 1278 | 1278 WASHINGTON | ASBURY PARK | NJ | 07712 | $18,500.00 | COASTAL TITLE |
| 622054 | DICARO JR., LOUIS | 22-Nov-96 | 73500 | NATIONAL HOME | STANLEY YACKER, ESQ. | 27-Mar-97 | 105000 | Commonwealth Titl | CT-18229(A) | 1041 | 1041 BANGS STREET | ASBURY PARK | NJ | 07712 | $15,500.00 | COASTAL TITLE |
| 23848 | CUZZI, LAWRENCE M. | 30-Dec-96 | 124600 | NATIONAL HOME | STANLEY YACKER, ESQ | 30-Jan-97 | 178090 | Commonwealth Titl | CT-18948A | 305 | 305 SECOND AVENUE | ASBURY PARK | NJ | 07712 | $35,681.00 | COASTAL TITLE |
| 624170 | DELIYSKI, DIMITAR D. | 31-Dec-96 | 136500 | NATIONAL HOME | STANLEY YACKER, ESQ. | 30-Jan-97 | 195000 | Commonwealth Titl | CT-18867A | 340 | FRANKLIN PL | PLAINFIELD | NJ | 07061 | $39,000.00 | COASTAL TITLE |
| 624494 | OWENS, THOMAS | 17-Jan-97 | 109200 | NATIONAL HOME | ANTHONY M. CICALESE | 07-Mar-97 | 156000 | COMMONWEALTH | CT-19153A | | | ASBURY PARK | NJ | 07712 | $31,100.00 | COASTAL TITLE |
| 619959 | COSARES, NICHOLAS J | 21-Aug-96 | 78000 | NATIONAL HOME | STANLEY YACKER | 27-Mar-97 | 104000 | COMMONWEALTH | CT-17909 | 512 | SEWALL AVENUE | ASBURY PARK | NJ | 07712 | $16,200.00 | COASTAL TITLE |
| 622010 | DIDONNA JR., THOMAS J. | 30-Dec-96 | 141750 | NATIONAL HOME | STANLEY YACKER | 07-Mar-97 | 189000 | COMMONWEALTH | CT-18274A | 246 | BAYSIDE DRIVE | HIGHLANDS | NJ | 07732 | $28,350.00 | COASTAL TITLE |
| 624180 | CAMPOLI, DEBRA | 31-Dec-96 | 93100 | NATIONAL HOME | STANLEY YACKER, ESQ. | 07-Mar-97 | 133000 | Commonwealth Titl | CT-19037A | 65 | JACKSON STREET | FREEHOLD | NJ | 07728 | $26,500.00 | COASTAL TITLE |
| 622626 | BUSTOS SR., RAFAEL | 31-Dec-96 | 139875 | NATIONAL HOME | STANLEY YACKER, ESQ. | 27-Mar-97 | 186500 | Commonwealth Titl | CT-18724(A) | 138 | 138 RIDGE AVENUE | ASBURY PARK | NJ | 07712 | $27,375.00 | COASTAL TITLE |
| 624176 | HRISTOV, LAURE | 31-Dec-96 | 133000 | NATIONAL HOME | STANLEY YACKER, ESQ. | 27-Mar-97 | 190000 | Commonwealth Titl | CT-19846(A) | 609 | 609 3RD AVE | ASBURY PARK | NJ | 07712 | $38,000.00 | COASTAL TITLE |
| 624260 | VISCARDO, SUSAN | 13-Jan-97 | 129850 | NATIONAL HOME | STANLEY YACKER, ESQ. | 30-Jan-97 | 185500 | Commonwealth Titl | CT-18904A | 515 | 515 7TH AVE | ASBURY PARK | NJ | 07712 | $36,700.00 | COASTAL TITLE |
| 624172 | POWELL, KIMBERLY E. | 17-Jan-97 | 80500 | NATIONAL HOME | STANLEY YACKER, ESQ. | 07-Mar-97 | 115000 | Commonwealth Titl | CT-18919A | | 30 DEWITT AVENUE | ASBURY PARK | NJ | 07712 | $22,800.00 | COASTAL TITLE |
| 624490 | PISCIONERI, JOSEPH | 17-Jan-97 | 140700 | NATIONAL HOME | ANTHONY CICALESE, | 07-Mar-97 | 201000 | COMMONWEALTH | CT 18549A | 136 | JAMES ST | LONG BRANCH | NJ | 07740 | $41,700.00 | COASTAL TITLE |
| 624486 | OWENS, THOMAS | 17-Jan-97 | 126000 | NATIONAL HOME | ANTHONY CICALESE, | 27-Mar-97 | 180000 | Commonwealth Titl | CT- 19187A | 1110 | 1110 5TH AVENUE | Asbury Park | NJ | 07712 | $36,000.00 | COASTAL TITLE |
| 624694 | DIPPOLITO, MICHAEL | 23-Jan-97 | 114100 | NATIONAL HOME | STANLEY YACKER, ESQ. | 07-Mar-97 | 163000 | COMMONWEALTH | CT-19221A | | 503 RIDGE AVENUE | ASBURY PARK | NJ | 07712 | $32,600.00 | COASTAL TITLE |
| 624695 | DIPPOLITO, AMANDA | 23-Jan-97 | 117950 | NATIONAL HOME | STANLEY YACKER, ESQ. | 07-Mar-97 | 168500 | COMMONWEALTH | CT-19025A | 24 | WEBSTER AVENUE | SEASIDE | NJ | 08751 | $33,700.00 | COASTAL TITLE |
| 624696 | PELARDIS, GEORGE | 23-Jan-97 | 61600 | NATIONAL HOME | STANLEY YACKER, ESQ. | 07-Mar-97 | 88000 | COMMONWEALTH | CT-19033A | 1121-1123 | W 3RD ST | PLAINFIELD | NJ | 07060 | $17,300.00 | COASTAL TITLE |
| 624697 | PELARDIS, GEORGE | 23-Jan-97 | 98000 | NATIONAL HOME | STANLEY YACKER, ESQ. | 07-Mar-97 | 140000 | COMMONWEALTH | CT-19185A | 59 | 59 RIDGE AVENUE | ASBURY PARK | NJ | 07712 | | COASTAL TITLE |
| 622650 | PISCIONERI, JOSEPH | 24-Jan-97 | 123750 | NATIONAL HOME | STANLEY YACKER, ESQ. | 27-Mar-97 | 165000 | COMMONWEALTH | CT-19675A | 806 | 806 EMORY STREET | ASBURY PARK | NJ | 07712 | $24,750.00 | COASTAL TITLE |
| 625048 | CUZZI, PATRICIA | 20-Feb-97 | 84000 | NATIONAL HOME | STANLEY YACKER | 27-Mar-97 | 120000 | Commonwealth Titl | CT-19309(A) | 32 | BELMONT AVENUE | JERSEY CITY | NJ | 07304 | $24,000.00 | COASTAL TITLE |
| 626014 | SOUTHERN, CARMEN | 11-Mar-97 | 89700 | NATIONAL HOME | ANTHONY CICALESE | 27-Jun-97 | 138000 | Commonwealth Titl | CT-19018A | 209 | RICHMOND STREET | PLAINFIELD | NJ | 07060 | $48,300.00 | COASTAL TITLE |
| 626822 | DIFRANCESCO, ANN | 31-Mar-97 | 97600 | NATIONAL HOME | ANTHONY M. CICALESE. | 27-Jun-97 | 122000 | COMMONWEALTH | CT-19639A | 274 | CENTRAL AVE | LONG BRANCH | NJ | 07740 | $24,400.00 | COASTAL TITLE |
| 626847 | VELLIA, KENNETH J. | 02-Apr-97 | 67500 | NATIONAL HOME | ANTHONY M. CICALESE | 27-Jun-97 | 90000 | COMMONWEALTH | CT-19498A | 756 | EAST 2ND STREET | PLAINFIELD | NJ | 07060 | $22,200.00 | COASTAL TITLE |
| 626850 | CHRISTIANO, STEPHEN | 02-Apr-97 | 108750 | NATIONAL HOME | ANTHONY M. CICALESE | 27-Jun-97 | 145000 | COMMONWEALTH | CT-19869A | 29 | PEARL ST | LONG BRANCH | NJ | 07740 | $36,250.00 | COASTAL TITLE |
| 627862 | ZANCA, ALLAN A. | 28-Apr-97 | 99750 | NATIONAL HOME | ANTHONY M. CICALESE. | 27-Jun-97 | 133000 | COMMONWEALTH | CT-20104A | 929 | SUMMERFIELD AVE | ASBURY PARK | NJ | 07712 | $23,250.00 | COASTAL TITLE |
| 627900 | FANIA, JR., ANTHONY W. | 30-Apr-97 | 120000 | NATIONAL HOME | ANTHONY M. CICALESE. | 27-Jun-97 | 160000 | COMMONWEALTH | CT-20102A | 1010 | 1010 BANGS AVENUE | ASBURY PARK | NJ | 07712 | $40,000.00 | COASTAL TITLE |
| 627948 | FUSCO, FRED | 30-Apr-97 | 80250 | NATIONAL HOME | ANTHONY M. CICALESE | 27-Jun-97 | 107000 | COMMONWEALTH | CT-20089 | 729 | W 3RD ST | PLAINFIELD | NJ | 07060 | $26,750.00 | COASTAL TITLE |
| 628997 | DASILVA, PAUL | 30-May-97 | 96000 | NATIONAL HOME | ANTHONY M. CICALESE | 27-Jun-97 | 128000 | COMMONWEALTH | CT-20275A | 92 | RIVER ST | RED BANK | NJ | 07701 | $32,000.00 | COASTAL TITLE |
| 629074 | JULIAO, JORGE | 30-May-97 | 33750 | NATIONAL HOME | ANTHONY CICALESE | 27-Jun-97 | 45000 | COMMONWEALTH | CT-19870A | 126 | LAUREL AVE | LONG BRANCH | NJ | 07740 | $11,250.00 | COASTAL TITLE |
| 623309 | CUZZI JR., MARIO | 22-Nov-96 | 153000 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 204000 | Commonwealth Titl | CT-18758(A) | 302 | 3RD AVE | ASBURY PARK | NJ | 07712 | $30,800.00 | COASTAL TITLE |
| 625055 | JUERGENSEN, RALPH | 30-Jan-97 | 110250 | NATIONAL HOME | STANLEY YACKER, ESQ. | 07-Mar-97 | 166000 | Commonwealth Titl | CT-19350(A) | 29 | WESTERVELT AVE | JERSEY CITY | NJ | 07306 | $39,150.00 | COASTAL TITLE |
| 625059 | DIPPOLITO, AMANDA | 21-Feb-97 | 87500 | NATIONAL HOME | STANLEY YACKER | 27-Mar-97 | 128000 | Commonwealth Titl | CT - 19223 (A) | 1230 | ARLINGTON AVENUE | PLAINFIELD | NJ | 07060 | $27,700.00 | COASTAL TITLE |
| 624174 | HRISTOV, LAURE | 31-Dec-96 | 103600 | NATIONAL HOME | STANLEY YACKER, ESQ. | 07-Mar-97 | 148000 | Commonwealth Titl | CT- 18911(A) | 28 | BLAINE AVENUE | SEASIDE | NJ | 08751 | $29,600.00 | COASTAL TITLE |
| 622416 | JUERGENSEN, RALPH | 08-Nov-96 | 150000 | NATIONAL HOME | Stanley Yacker Esq. | 17-Jan-97 | 200000 | Commonwealth Titl | CT - 18279(A) | 49 | 2ND AVENUE | LONG BRANCH | NJ | 7712 | $30,000.00 | COASTAL TITLE |
| 628932 | DASILVA, PAUL | 30-May-97 | 82500 | NATIONAL HOME | ANTHONY CICALESE | 27-Jun-97 | 110000 | COMMONWEALTH | CT-19349 | 396 | DIVISION LN | LONG BRANCH | NJ | 07740 | $27,500.00 | COASTAL TITLE |

# EXHIBIT 2

LATHAM & WATKINS
ATTORNEYS AT LAW
ONE NEWARK CENTER
NEWARK, NEW JERSEY 07101-3174
TELEPHONE (201) 639-1234
FAX (201) 639-7298

PAUL R. WATKINS (1899-1973)
DANA LATHAM (1898-1974)

CHICAGO OFFICE
SEARS TOWER, SUITE 5800
CHICAGO, ILLINOIS 60606
TELEPHONE (312) 876-7700
FAX (312) 993-9767

HONG KONG OFFICE
23RD FLOOR
STANDARD CHARTERED BANK BUILDING
4 DES VOEUX ROAD CENTRAL, HONG KONG
TELEPHONE + 852-2905-6400
FAX + 852-2905-6940

LONDON OFFICE
ONE ANGEL COURT
LONDON EC2R 7HJ ENGLAND
TELEPHONE + 44-171-374 4444
FAX + 44-171-374 4460

LOS ANGELES OFFICE
633 WEST FIFTH STREET, SUITE 4000
LOS ANGELES, CALIFORNIA 90071-2007
TELEPHONE (213) 485-1234
FAX (213) 891-8763

MOSCOW OFFICE
113/1 LENINSKY PROSPECT, SUITE C200
MOSCOW, RUSSIA 117198
TELEPHONE + 7-503 956-5555
FAX + 7-503 956-5556

NEW YORK OFFICE
885 THIRD AVENUE, SUITE 1000
NEW YORK, NEW YORK 10022-4802
TELEPHONE (212) 906-1200
FAX (212) 751-4864

ORANGE COUNTY OFFICE
650 TOWN CENTER DRIVE, SUITE 2000
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE (714) 540-1235
FAX (714) 755-8290

SAN DIEGO OFFICE
701 "B" STREET, SUITE 2100
SAN DIEGO, CALIFORNIA 92101-8197
TELEPHONE (619) 236-1234
FAX (619) 696-7419

SAN FRANCISCO OFFICE
505 MONTGOMERY STREET, SUITE 1900
SAN FRANCISCO, CALIFORNIA 94111-2562
TELEPHONE (415) 391-0600
FAX (415) 395-8095

TOKYO OFFICE
INFINI AKASAKA, MINATO-KU
TOKYO 107, JAPAN
TELEPHONE +813-3423-3970
FAX +813-3423-3971

WASHINGTON, D.C. OFFICE
1001 PENNSYLVANIA AVE., N.W., SUITE 1300
WASHINGTON, D.C. 20004-2505
TELEPHONE (202) 637-2200
FAX (202) 637-2201

July 28, 1997

**VIA U.P.S. and TELECOPY**

Kevin S. Cairns, Esq.
Underwriting Counsel
Fidelity National Title Insurance Company of New York
106 Apple Street, Suite 300
Tinton Falls, NJ 07724

Re: Claims Based On Closing Service Letters to Walsh Securities Inc. As Successors And/Or Assigns To National Home Funding, Inc.

Dear Mr. Cairns:

The purpose of this letter is to put you on notice that our client Walsh Securities Inc. ("Walsh Securities") has retained us to seek recovery for losses or claims covered by Closing Service Letters issued by Fidelity National Title Insurance Company of New York to Walsh Securities as the successors and/or assigns of National Home Funding, Inc. in a series of real estate transactions. These losses or claims arise out of activities by closing attorneys ("Attorneys") whose conduct is covered by your Closing Service Letters. The losses or claims arise out of:

1. Failure of the Attorneys to comply with Walsh Securities' written closing instructions relating to the collection of payments and funds due to Walsh Securities, and/ or


2. Fraud of or misapplication by the Attorneys in handling Walsh Securities' funds in connection with the collection of payments and funds due to Walsh Securities.

The Attorneys and the closings or transactions covered by this letter are described in Schedule A which is attached to this letter. Because Walsh Securities is still investigating certain mortgage loan transactions, Walsh Securities reserves its right to supplement this notice letter and the list of closing attorneys and the closings or transactions described in Schedule A with additional closing attorneys and closings or transactions insured by Fidelity National Title Insurance Company of New York.

Please contact me to discuss Walsh Securities' recovery of funds owed to it.

Sincerely,

Jeffrey M. Goodman*
of LATHAM & WATKINS

Attachment

cc: Walsh Securities Inc.

* Admitted in New York State Only

# Schedule A

| Loan No. | Borrower | Closing Date | Loan Amt | Correspondent | Closing Agent | Sold Date | Purch. Price | Title Company | Commitment No. | Street No. | Street Address | City | State | Zip | Amt 2nd Mtg | Title Agent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 624491 | KITCHOVITCH, MILOSH M | 17-Jan-97 | 93100 | NATIONAL HOME | ANTHONY CICALESE, | 07-Mar-97 | 133000 | FIDELITY | CT18024(A) | 317 | SUMNER AVENUE | SEASIDE | NJ | 08751 | $26,500.00 | COASTAL |
| 624715 | JUERGENSEN, RALPH | 23-Jan-97 | 117600 | NATIONAL HOME | STANLEY YACKER, ESQ. | 07-Mar-97 | 168000 | FIDELITY | CT19038 | 338 | FRANKLIN PL | PLAINFIELD | NJ | 07060 | $33,600.00 | COASTAL |
| 627003 | FREEDEN, GLENN R. | 25-Apr-97 | 82500 | NATIONAL HOME | ANTHONY M. CICALESE, | 27-Jun-97 | 110000 | FIDELITY | CT 19692 (A) | 10 | BRADLEY STREET | NEPTUNE | NJ | 07753 | $27,500.00 | COASTAL |
| 622693 | BUSTOS-LACY, YOLANDA | 05-Nov-96 | 138750 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 185000 | FIDELITY | CT 18562A | 1105 | 1105 GRAND AVENUE | ASBURY PARK | NJ | 07712 | $27,750.00 | COASTAL |
| 622645 | JUERGENSEN, ALICIA | 13-Nov-96 | 135000 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 180000 | Fidelity National | CT-18718(A) | 1032-34 | 1032-34 BANGS AVENUE | ASBURY PARK | NJ | 07712 | $27,000.00 | Coastal Title |
| 623303 | CUZZI JR, MARIO | 22-Nov-96 | 100125 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 133500 | FIDELITY | CT-18806(A) | 1324 | 1324 ASBURY AVE | ASBURY PARK | NJ | 07712 | $19,900.00 | COASTAL |
| 626026 | CUZZI, LAWRENCE M | 11-Mar-97 | 94250 | NATIONAL HOME | ANTHONY CICALESE, | 27-Jun-97 | 145000 | FIDELITY | CT-19532A | 40 | WESTERVELT AVENUE | PLAINFIELD | NJ | 07060 | $50,750.00 | COASTAL TITLE |
| 626828 | WRIGHT, WESLEY | 31-Mar-97 | 120750 | NATIONAL HOME | ANTHONY M. CICALESE, | 27-Jun-97 | 161000 | FIDELITY | CT-19548A | 222 | MONTICELLO AVENUE | JERSEY CITY | NJ | 07307 | $40,250.00 | COASTAL TITLE |
| 627354 | FREEDEN, JAMES B. | 14-Apr-97 | 127200 | NATIONAL HOME | ANTHONY CICALESE | 27-Jun-97 | 159000 | FIDELITY | CT-19874 | 503 | 503 1ST AVENUE | ASBURY PARK | NJ | 07712 | $31,800.00 | COASTAL TITLE |
| 626851 | FREEDEN, PETER A. | 25-Apr-97 | 112000 | NATIONAL HOME | ANTHONY CICALESE | 27-Jun-97 | 140000 | FIDELITY | CT-19872A | 1004 | 1004 BERGH STREET | ASBURY PARK | NJ | 07712 | $28,000.00 | COASTAL TITLE |
| 627947 | BAITZ, ROBIN X. | 30-Apr-97 | 112000 | NATIONAL HOME | ANTHONY CICALESE | 27-Jun-97 | 140000 | FIDELITY | CT-19997A | 98 | WADE STREET | JERSEY CITY | NJ | 07305 | $28,000.00 | COASTAL TITLE |
| 627420 | LENTINO, ARLENE | 07-May-97 | 107200 | NATIONAL HOME | ANTHONY CICALESE | 27-Jun-97 | 134000 | FIDELITY | CT-19768A | 80 | GRAHAM STREET | JERSEY CITY | NJ | 07304 | $28,000.00 | COASTAL TITLE |
| 627864 | FREEDEN, BARBARA | 07-May-97 | 107250 | NATIONAL HOME | ANTHONY CICALESE | 27-Jun-97 | 143000 | FIDELITY | CT-20273A | 45 | 66T H STREET | WEST NEW | NJ | 07093 | $35,750.00 | COASTAL TITLE |
| 628329 | BAITZ, ROBIN K. | 13-May-97 | 120800 | NATIONAL HOME | ANTHONY CICALESE | 27-Jun-97 | 151000 | FIDELITY | CT-19406A | 337 | FISHER AVENUE | NEPTUNE | NJ | 07753 | $30,200.00 | COASTAL TITLE |
| 628244 | WRIGHT, BONNIE M. | 23-May-97 | 110400 | NATIONAL HOME | ANTHONY CICALESE | 27-Jun-97 | 138000 | FIDELITY | CT-20220 | 1210 | 1210 SECOND AVENUE | ASBURY PARK | NJ | 07712 | $27,600.00 | COASTAL TITLE |
| 627637 | VILARDI, JANICE | 29-May-97 | 64500 | NATIONAL HOME | ANTHONY CICALESE | 27-Jun-97 | 86000 | FIDELITY | CT-19769 | 191 | HANDY STREET | NEW | NJ | 08903 | $21,500.00 | COASTAL TITLE |
| 628025 | PAPA, JAMES | 30-May-97 | 103500 | NATIONAL HOME | ANTHONY CICALESE | 27-Jun-97 | 138000 | FIDELITY | CY-19569 | 130 | PLAINFIELD AVENUE | PLAINFIELD | NJ | 07899 | $34,500.00 | COASTAL TITLE |
| 625051 | CUZZI, PATRICIA | 31-Jan-97 | 107800 | NATIONAL HOME | STANLEY YACKER, ESQ. | 07-Mar-97 | 154000 | Fidelity National | CT-19325 (A) | 147 | NEPTUNE AVENUE | JERSEY CITY | NJ | 07305 | $30,700.00 | Coastal Title |
| 627636 | PELARDIS, AFRODITE E. | 23-May-97 | 48750 | NATIONAL HOME | ANTHONY M. CICALESE | 27-Jun-97 | 65000 | FIDELITY | CT-20107A | 461 | BERGEN AVE | JERSEY CITY | NJ | 07305 | $16,250.00 | COASTAL TITLE |
| 622692 | BUSTOS-LACY, YOLANDA | 05-Nov-96 | 131250 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 175000 | FIDELITY | CT-18559A | 508 | 508 SIXTH AVENUE | ASBURY PARK | NJ | 07712 | | COASTAL TITLE |
| 622624 | RICIGLIANO, PAMELA | 06-Nov-96 | 126750 | NATIONAL HOME | STANLEY YACKER | 17-Jan-97 | 169000 | Fidelity National | CT-18720(A) | 1113-1115 | 1113-1115 SEWALL AVENUE | ASBURY PARK | NJ | 07712 | $25,350.00 | Coastal Title |
| 622646 | RICIGLIANO, PAMELA | 08-Nov-96 | 108750 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 145000 | Fidelity National | CT-18719 | 1100 | 1100 SUMMERFIELD | ASBURY PARK | NJ | 00. | $21,750.00 | Coastal Title |
| 622660 | AMADOR, JOSEPH L. | 08-Nov-96 | 150000 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 200000 | Fidelity National | CT-18633(A) | 93 | NORTH BROADWAY | LONG BRANCH | NJ | 07740 | $31,000.00 | Coastal Title |
| 622662 | AMADOR, JOSEPH L. | 18-Nov-96 | 112500 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 150000 | FIDELITY | CT-185555A | 613 | 613 PINE STREET | ASBURY PARK | NJ | 07712 | $23,500.00 | COASTAL TITLE |
| 622655 | ALA, JAMES | 22-Nov-96 | 102000 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 136000 | FIDELITY | CT19680A | 115 | WEST BERGEN PLACE | RED BANK | NJ | 07701 | $20,400.00 | COASTAL TITLE |
| 623301 | CUZZI SR., MARIO | 22-Nov-96 | 117000 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 156000 | FIDELITY | CT-18809A | 701 | 701 4TH AVE | ASBURY PARK | NJ | 07712 | $23,400.00 | COSTAL TITLE |
| 623302 | CUZZI SR., MARIO | 22-Nov-96 | 105000 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 140000 | Fidelity National | CT-18805(A) | 1218 | 1218 WASHINGTON AVE | ASBURY PARK | NJ | 07712 | $20,900.00 | Costal Title Agency |
| 623304 | CUZZI, MARIO (JR.) | 22-Nov-96 | 91875 | NATIONAL HOME | | 17-Jan-97 | 122500 | Fidelity National | CT-18803(A) | 376 | W COLUMBUS AVE | LONG BRANCH | NJ | 07740 | $18,200.00 | Coastal Title |
| 623306 | CUZZI SR., MARIO | 22-Nov-96 | 90750 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 121000 | FIDELITY | CT-18807A | 509 | 509 FIRST AVE | ASBURY PARK | NJ | 07712 | $18,000.00 | COASTAL TITLE |
| 622653 | PISCIONERI, JOSEPH | 27-Nov-96 | 76500 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 102000 | FIDELITY | CT-18676A | 1124 | SEWALL AVENUE | ASBURY PARK | NJ | 07712 | $15,300.00 | COASTAL TITLE |
| 622863 | JUERGENSEN, RALPH | 30-Dec-96 | 110250 | NATIONAL HOME | STANLEY YACKER, ESQ. | 30-Jan-97 | 147000 | Fidelity National | CT-18560(A) | 1422 | 1422 MATTISON AVENUE | ASBURY PARK | NJ | 07712 | $22,000.00 | Coastal Title |
| 624171 | DELIYSKI, DIMITAR D. | 31-Dec-96 | 98000 | NATIONAL HOME | STANLEY YACKER, ESQ. | 30-Jan-97 | 140000 | Fidelity National | CT-19154A | 253A | PEARL ST | RED BANK | NJ | 07701 | $27,900.00 | Coastal Title |
| 623844 | POWELL, KIMBERLY E. | 27-Dec-96 | 127750 | NATIONAL HOME | STANLEY YACKER, ESQ. | 07-Mar-97 | 182500 | Fidelity National | CT-18908(A) | 600 | 600 5TH AVE | ASBURY PARK | NJ | 07753 | $36,500.00 | Coastal Title |
| 622695 | BUSTOS-LACY, YOLANDA | 30-Dec-96 | 153750 | NATIONAL HOME | STANLEY YACKER, ESQ. | 27-Mar-97 | 205000 | Fidelity National | CT-18673(A) | 601 | 601 FOURTH AVENUE | ASBURY PARK | NJ | 07712 | $30,750.00 | Coastal Title |
| 624179 | CAMPOLI, DEBRA | 31-Dec-96 | 134750 | NATIONAL HOME | STANLEY YACKER, ESQ. | 27-Mar-97 | 192500 | Fidelity National | CT-18756(A) | 711 | 711 GRAND AVE | ASBURY PARK | NJ | 07712 | $38,500.00 | Coastal Title |
| 624261 | DELIYSKI, DIMITAR D. | 13-Jan-97 | 102900 | NATIONAL HOME | STANLEY YACKER, ESQ. | 07-Mar-97 | 147000 | FIDELITY | CT-18687A | 132 | LEIGHTON AVE | RED BANK | NJ | 07701 | $29,300.00 | COASTAL TITLE |
| 624259 | POWELL, KIMBERLY E. | 15-Jan-97 | 114450 | NATIONAL HOME | STANLEY YACKER, ESQ. | 27-Mar-97 | 163500 | Fidelity National | CT-18971A | 1415-1417 | 1415-1417 SPRINGWOOD | ASBURY PARK | NJ | 07712 | $32,700.00 | Coastal Title |
| 624489 | DICARO, LOUIS, | 17-Jan-97 | 68600 | NATIONAL HOME | ANTHONY CICALESE, | 07-Mar-97 | 98000 | Fidelity National | CT-18903 A | 105 | W BIGELOW ST | NEWARK | NJ | 07108 | $19,300.00 | Coastal Title |
| 624492 | KITCHOVITCH, MILOSH M | 17-Jan-97 | 115500 | NATIONAL HOME | ANTHONY CICALESE, | 07-Mar-97 | 165000 | FIDELITY | CT-19035A | 115 | BLAINE AVENUE | SEASIDE | NJ | 08751 | $33,000.00 | COASTAL TITLE |
| 624493 | KITCHOVITCH, MILOSH M | 17-Jan-97 | 111300 | NATIONAL HOME | ANTHONY CICALESE, | 07-Mar-97 | 159000 | FIDELITY | CT175 1A | 15 | N. 4TH STREET | PATERSON | NJ | 07522 | $31,700.00 | COASTAL TITLE |
| 624495 | PELARDIS, GEORGE | 17-Jan-97 | 86100 | NATIONAL HOME | ANTHONY CICALESE, | 07-Mar-97 | 123000 | FIDELITY | CT-19184A | 66 | FREMONT AVENUE | SEASIDE | NJ | 08751 | $24,400.00 | COASTAL TITLE |
| 624480 | DELIYSKI, DIMITAR D. | 17-Jan-97 | 155400 | NATIONAL HOME | ANTHONY CICALESE, | 27-Mar-97 | 222000 | Fidelity National | CT-19183A | 511 | 511 ASBURY AVE | ASBURY PARK | NJ | 07712 | $44,600.00 | Coastal Title |
| 624713 | JUERGENSEN, HANS | 23-Jan-97 | 101500 | NATIONAL HOME | STANLEY YACKER, ESQ. | 07-Mar-97 | 145000 | FIDELITY | CT-19032 | 62 | SHERMAN AVENUE | JERSEY CITY | NJ | 07307 | $26,900.00 | COASTAL TITLE |
| 624692 | DIPPOLITO, MICHAEL | 27-Jan-97 | 145600 | NATIONAL HOME | STANLEY YACKER, ESQ. | 07-Mar-97 | 208000 | FIDELITY | CT-19310A | 604 | 604 4TH AVENUE | ASBURY PARK | NJ | 07712 | $41,700.00 | COASTAL TITLE |
| 624712 | JUERGENSEN, HANS | 27-Jan-97 | 107100 | NATIONAL HOME | STANLEY YACKER, ESQ. | 07-Mar-97 | 153000 | FIDELITY | CT19034A | 110 | LIBERTY STREET | LONG BRANCH | NJ | 07740 | $30,500.00 | COASTAL TITLE |
| 624924 | DIPPOLITO, MICHAEL | 30-Jan-97 | 88900 | NATIONAL HOME | STANLEY YACKER, ESQ. | 07-Mar-97 | 127000 | Fidelity National | CT-19225A | 724 | EAST 6TH STREET | PLAINFIELD | NJ | 07060 | $25,200.00 | Coastal Title |
| 625047 | CUZZI, PATRICIA | 31-Jan-97 | 81200 | NATIONAL HOME | STANLEY YACKER, ESQ. | 07-Mar-97 | 118000 | FIDELITY | CT-19372A | 117 | NORTH STREET | JERSEY CITY | NJ | 07397 | | COASTAL TITLE |
| 626016 | CAMPOLI, JOHN | 13-Mar-97 | 78000 | NATIONAL HOME | ANTHONY CICALESE, | 27-Jun-97 | 120000 | FIDELITY | CT- 19649A | 920 | WEST THIRD STREET | PLAINFIELD | NJ | 07063 | $42,000.00 | COASTAL TITLE |
| 627001 | PELARDIS, AFRODITE | 25-Apr-97 | 60000 | NATIONAL HOME | ANTHONY M. CICALESE, | 27-Jun-97 | 80000 | FIDELITY | CT-19867A | 422 | JOHN STREET | PLAINFIELD | NJ | 07060 | $20,000.00 | COASTAL TITLE |
| 627863 | WHITE, JOANNA M. | 25-Apr-97 | 140000 | NATIONAL HOME | ANTHONY CICALESE | 27-Jun-97 | 175000 | FIDELITY | CT-19995 | 933 | 933 BANGS AVE | ASBURY PARK | NJ | 07712 | $35,000.00 | COASTAL TITLE |
| 627634 | PAPA, JAMES | 30-Apr-97 | 97500 | NATIONAL HOME | ANTHONY M. CICALESE | 27-Jun-97 | 130000 | FIDELITY | CT-19668A | 611 | CHARLES ST | PERTH AMBOY | NJ | 08861 | $32,500.00 | COASTAL TITLE |
| 627898 | MOREIRA, MICHELLE R. | 30-Apr-97 | 117000 | NATIONAL HOME | ANTHONY CICALESE, | 27-Jun-97 | 156000 | FIDELITY | CT-20147A | 608 | THIRD AVENUE | ASBURY PARK | NJ | 07712 | $39,000.00 | COASTAL TITLE |
| 628046 | FANIA JR., ANTHONY W. | 09-May-97 | 75000 | NATIONAL HOME | ANTHONY M. CICALESE, | 27-Jun-97 | 100000 | FIDELITY | CT-20225A | 1206 | HECK ST | ASBURY PARK | NJ | 07712 | $25,000.00 | COASTAL TITLE |
| 628242 | CRAWFORD, | 13-May-97 | 71250 | NATIONAL HOME | ANTHONY M. CICALESE | 27-Jun-97 | 95000 | FIDELITY | CT-19996 | 8 | CENTRAL PL | LONG BRANCH | NJ | 07740 | $23,750.00 | COASTAL TITLE |
| 628559 | DOSSANTOS, LUIS | 29-May-97 | 56250 | NATIONAL HOME | ANTHONY CICALESE | 27-Jun-97 | 85000 | FIDELITY | CT-20385A | 220 | WASHINGTON ST | TRENTON | NJ | 08611 | $28,750.00 | COASTAL TITLE |
| 628328 | DELIA III, RALPH JOSEPH | 30-May-97 | 60000 | NATIONAL HOME | ANTHONY M. CICALESE | 27-Jun-97 | 75000 | FIDELITY | CT-19992A | 251 | PINE ST | JERSEY CITY | NJ | 07305 | $15,000.00 | COASTAL TITLE |
| 628930 | GUZMAN, VICTOR | 05-Jun-97 | 69000 | NATIONAL HOME | ANTHONY M. CICALESE | | 92000 | FIDELITY | CT-20274A | 18 | FORD AVE | FREEHOLD | NJ | 07728 | $23,000.00 | COASTAL TITLE |

| Loan No. | Borrower | Closing Date | Loan Amt. | Correspondent | Closing Agent | Sold Date | Purch. Price | Title Company | Commitment No. | Street No. | Street Address | City | State | Zip | Amt. 2nd Mtg | Title Agent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 627946 | MOREIRA, MICHELLE R. | 30-Apr-97 | 107250 | NATIONAL HOME | ANTHONY CICALESE | 27-Jun-97 | 143000 | FIDELITY | CT-19693-A | 286 | PACIFIC ST | JERSEY CITY | NJ | 07305 | $35,750.00 | COASTAL TITLE |
| 624175 | HRISTOV, LAURE | 31-Dec-96 | 122500 | NATIONAL HOME | STANLEY YACKER, ESQ. | 07-Mar-97 | 175000 | Fidelity National | CT-18951(A) | 20 | DUPONT ST | SEASIDE | NJ | 08751 | $35,000.00 | Coastal Title |
| 622656 | REILLY, BRIAN G. | 22-Nov-96 | 131625 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 175500 | Fidelity National | CT-16674(A) | 609 | 609 4TH AVENUE | ASBURY PARK | NJ | 07712 | $24,000.00 | Coastal Title |
| 623307 | CUZZI JR., MARIO | 22-Nov-96 | 145875 | NATIONAL HOME | STANLEY YACKER, ESQ. | 17-Jan-97 | 194500 | Fidelity National | CT-18757(A) | 604 | 604 GRAND AVE | ASBURY PARK | NJ | 07712 | $29,300.00 | Coastal Title |
| 624177 | HRISTOV, LAURE | 31-Dec-96 | 65800 | NATIONAL HOME | STANLEY YACKER, ESQ. | 07-Mar-97 | 94000 | Fidelity National | CT-19021(A) | 26 | INSTITUTE ST | FREEHOLD | NJ | 07728 | $18,500.00 | Coastal Title |
| 624927 | DIPPOLITO, AMANDA | 30-Jan-97 | 87500 | NATIONAL HOME | STANLEY YACKER, ESQ. | 07-Mar-97 | 125000 | Fidelity National | CT-19193-M-A | 744-46 | W. 4TH STREET | PLAINFIELD | NJ | 07060 | $24,800.00 | Coastal Title |
| 624926 | DIPPOLITO, AMANDA | 30-Jan-97 | 82600 | NATIONAL HOME | STANLEY YACKER, ESQ. | 07-Mar-97 | 118000 | Fidelity National | CT-19176(A) | 245 | CLERK STREET | JERSEY CITY | NJ | 07305 | $23,600.00 | Coastal Title |
| 625058 | JUERGENSEN, HANS | 31-Jan-97 | 52500 | NATIONAL HOME | STANLEY YACKER, ESQ. | 07-Mar-97 | 75000 | Fidelity National | CT - 18058 (A) | 58 | 3RD STREET | NEWARK | NJ | 07107 | $15,000.00 | |
| 624714 | JUERGENSEN, HANS | 23-Jan-97 | 117600 | NATIONAL HOME | STANLEY YACKER, ESQ. | 07-Mar-97 | 168000 | Fidelity National | CT-19224 | 207 | VIRGINIA AVE | JERSEY CITY | NJ | 07305 | $33,600.00 | Coastal Title |
| 627377 | KACZMAREK, LAURIE J. | 16-Apr-97 | 79500 | NATIONAL HOME | ANTHONY M. CICALESE | 27-Jun-97 | 106000 | FIDELITY | CT-19201 | 12 | BOND ST | FREEHOLD | NJ | 07728 | $26,500.00 | COASTAL TITLE |
| 627286 | CRAWFORD, | 11-Apr-97 | 123750 | NATIONAL HOME | ANTHONY M. CICALESE | 27-Jun-97 | 165000 | FIDELITY | CT-19647 | 439 | E 7TH ST | PLAINFIELD | NJ | 07060 | $41,250.00 | COASTAL TITLE |
| 627635 | CRAWFORD, | 07-May-97 | 90000 | NATIONAL HOME | ANTHONY CICALESE | 27-Jun-97 | 120000 | FIDELITY | CT-20132(A) | 43 | CLINTON AVE | PLAINFIELD | NJ | 07060 | $30,000.00 | COASTAL TITLE |

# EXHIBIT 3

LATHAM & WATKINS
ATTORNEYS AT LAW
ONE NEWARK CENTER
NEWARK, NEW JERSEY 07101-3174
TELEPHONE (201) 639-1234
FAX (201) 639-7298

PAUL R. WATKINS (1899-1973)
DANA LATHAM (1898-1974)

CHICAGO OFFICE
SEARS TOWER, SUITE 5800
CHICAGO, ILLINOIS 60606
TELEPHONE (312) 876-7700
FAX (312) 993-9767

HONG KONG OFFICE
23RD FLOOR
STANDARD CHARTERED BANK BUILDING
4 DES VOEUX ROAD CENTRAL, HONG KONG
TELEPHONE + 852-2905-6400
FAX + 852-2905-6940

LONDON OFFICE
ONE ANGEL COURT
LONDON EC2R 7HJ ENGLAND
TELEPHONE + 44-171-374 4444
FAX + 44-171-374 4460

LOS ANGELES OFFICE
633 WEST FIFTH STREET, SUITE 4000
LOS ANGELES, CALIFORNIA 90071-2007
TELEPHONE (213) 485-1234
FAX (213) 891-8763

MOSCOW OFFICE
113/1 LENINSKY PROSPECT, SUITE C200
MOSCOW, RUSSIA 117198
TELEPHONE + 7-503 956-5555
FAX + 7-503 956-5556

NEW YORK OFFICE
885 THIRD AVENUE, SUITE 1000
NEW YORK, NEW YORK 10022-4802
TELEPHONE (212) 906-1200
FAX (212) 751-4864

ORANGE COUNTY OFFICE
650 TOWN CENTER DRIVE, SUITE 2000
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE (714) 540-1235
FAX (714) 755-8290

SAN DIEGO OFFICE
701 "B" STREET, SUITE 2100
SAN DIEGO, CALIFORNIA 92101-8197
TELEPHONE (619) 236-1234
FAX (619) 696-7419

SAN FRANCISCO OFFICE
505 MONTGOMERY STREET, SUITE 1900
SAN FRANCISCO, CALIFORNIA 94111-2562
TELEPHONE (415) 391-0600
FAX (415) 395-8095

TOKYO OFFICE
INFINI AKASAKA, MINATO-KU
TOKYO 107, JAPAN
TELEPHONE +813-3423-3970
FAX +813-3423-3971

WASHINGTON, D.C. OFFICE
1001 PENNSYLVANIA AVE., N.W., SUITE 1300
WASHINGTON, D.C. 20004-2505
TELEPHONE (202) 637-2200
FAX (202) 637-2201

July 28, 1997

EXHIBIT
PENGAD 800-631-6989
Nations-3
9/27/11

**VIA U.P.S. & TELECOPY**

Kevin S. Cairns, Esq.
Underwriting Counsel
Nations Title Insurance of New York Inc.
106 Apple Street, Suite 300
Tinton Falls, NJ 07724

Re: Claims Based On Closing Service Letters to Walsh Securities Inc. As Successors And/Or Assigns To National Home Funding, Inc.

Dear Kevin:

The purpose of this letter is to put you on notice that our client Walsh Securities Inc. ("Walsh Securities") has retained us to seek recovery for losses or claims covered by Closing Service Letters issued by Nations Title Insurance of New York Inc. to Walsh Securities as the successors and/or assigns of National Home Funding, Inc. in a series of real estate transactions. These losses or claims arise out of activities by closing attorneys ("Attorneys") whose conduct is covered by your Closing Service Letters. The losses or claims arise out of:

1. Failure of the Attorneys to comply with Walsh Securities' written closing instructions relating to the collection of payments and funds due to Walsh Securities, and/ or

2. Fraud of or misapplication by the Attorneys in handling Walsh Securities' funds in connection with the collection of payments and funds due to Walsh Securities.

The Attorneys and the closings or transactions covered by this letter are described in Schedule A which is attached to this letter. Because Walsh Securities is still investigating certain mortgage loan transactions, Walsh Securities reserves its right to supplement this notice letter and the list of closing attorneys and the closings or transactions described in Schedule A with additional closing attorneys and closings or transactions insured by Nations Title Insurance of New York Inc.

Please contact me to discuss Walsh Securities' recovery of funds owed to it.

Sincerely,

Jeffrey M. Goodman*
of LATHAM & WATKINS

Attachment

cc: Walsh Securities Inc.

* Admitted in New York State Only

# Schedule A

| Loan No. | Borrower | Closing Date | Loan Amt | Correspondent | Closing Agent | Sold Date | Purch. Price | Title Company | Commitment No. | Street No. | Street Address | City | State | Zip | Amt. 2nd Mtg | Title Agent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 619478 | MONTANYE, JILL A. | 25-Jul-96 | 93750 | NATIONAL HOME | STANLEY YACKER, ESQ. | 30-Sep-96 | 120000 | NATIONAL TITLE | CT17760 | 17 | EASTWOOD AVE | LONG BRANCH | NJ | 07740 | | COASTAL |
| 614500 | GRIESER, GARY | 15-Mar-96 | 135000 | | | 21-Jun-96 | 193000 | NATIONS TITLE | CT16598 | | 45 ABBORTFORDS AVE | LONG BRANCH | NJ | 07740 | $0.00 | COASTAL |
| 614404 | GRIESER, GARY D. | 22-Feb-96 | 96600 | FIRST TOWN | DOUGLAS J. KINZ | 01-Aug-96 | 138000 | NATIONS TITLE | ITA 301-871A | | | PATERSON | NJ | 07514 | $0.00 | INTERSTATE |
| 614502 | GRIESER, GARY D | 29-Feb-96 | 140000 | NATIONAL HOME | JOHN JAY PERRONE, | 30-Sep-96 | 200000 | NATIONS TITLE | CT-16601 | 606 | 606 5TH AVE. | ASBURY PARK | NJ | 07791 | | COASTAL |
| 614503 | GRIESER, GARY D. | 29-Feb-96 | 140000 | NATIONAL HOME | JOHN JAY PERRONE, | 30-Sep-96 | 200000 | NATIONS TITLE | CT-16600 | 915 | 5TH AVE. | ASBURY PARK | NJ | 07791 | | COASTAL |
| 615792 | COSARES, NICHOLAS | 03-Apr-96 | 70000 | NATIONAL HOME | STANLEY YACKER, ESQ. | 21-Jun-96 | 100000 | NATIONS TITLE | CT 16783 | 539 | MYRTLE AVENUE | NEPTUNE | NJ | 11531 | $8,000.00 | COASTAL |
| 617762 | COSARES, NICHOLAS | 29-May-96 | 105000 | NATIONAL HOME | STANLEY YACKER | 21-Jun-96 | 140000 | NATIONS TITLE | MT-11243 | 42 | E SUNSET AVE | RED BANK | NJ | 07741 | $21,000.00 | MONMOUTH |
| 617763 | COSARES, NICHOLAS | 29-May-96 | 90000 | NATIONAL HOME | STANLEY YACKER, ESQ. | 21-Jun-96 | 120000 | NATIONS TITLE | | 30 | SOUTH 5TH STREET | LONG BRANCH | NJ | 07701 | $18,000.00 | MONMOUTH |
| 617764 | COSARES, NICHOLAS | 30-May-96 | 135000 | NATIONAL HOME | STANLEY YACKER, ESQ. | 21-Jun-96 | 180000 | NATIONS TITLE | MT11231 | 125 | ELMWOOD AVE | LONG BRANCH | NJ | 07701 | $27,000.00 | MONMOUTH |
| 618726 | LIEBLER, DAVID A. | 27-Jun-96 | 86250 | NATIONAL HOME | STANLEY YACKER, ESQ. | 30-Sep-96 | 120000 | Nations Title | MT-11229 | 126 | LEIGHTON AVENUE | RED BANK | NJ | 07740 | $17,000.00 | Monmouth Title |
| 618729 | LIEBLER, DAVID A. | 27-Jun-96 | 93750 | NATIONAL HOME | STANLEY YACKER, ESQ. | 30-Sep-96 | 125000 | Nations Title | CT-17640 | 1000 | 1000 4TH AVENUE | ASBURY PARK | NJ | 07741 | $18,600.00 | Coastal Title |
| 619481 | LEODIS, GEORGE T | 24-Jul-96 | 90000 | NATIONAL HOME | STANLEY YACKER | 23-Aug-96 | 120000 | NATIONS TITLE | CT17766(A) | 5 | EASTWOOD AVENUE | LONG BRANCH | NJ | 07740 | $18,000.00 | COASTAL |
| 619476 | MONTANYE, JILL A. | 24-Jul-96 | 75750 | NATIONAL HOME | STANLEY YACKER, ESQ. | 30-Sep-96 | 101000 | NATIONS TITLE | CT-17770(A) | 1222 | MONROE AVE | ASBURY PARK | NJ | 07712 | $15,200.00 | COASTAL |
| 619472 | MONTANYE, JILL A. | 25-Jul-96 | 112500 | NATIONAL HOME | STANLEY YACKER | 23-Aug-96 | 150000 | NATIONS TITLE | CT17759 | 319 | SEWALL AVENUE | ASBURY PARK | NJ | 07712 | | COASTAL |
| .19480 | LEODIS, GEORGE T | 25-Jul-96 | 123750 | NATIONAL HOME | STANLEY YACKER, ESQ. | 23-Aug-96 | 165000 | NATIONS TITLE | CT17758 | 768 | STATE ST | PERTH AMBOY | NJ | 08861 | $24,750.00 | COASTAL |
| 619474 | MONTANYE, JILL A. | 25-Jul-96 | 146250 | NATIONAL HOME | STANLEY YACKER, ESQ. | 30-Sep-96 | 200000 | Nations Title | CT-17764 | 506 | ASBURY AVENUE | ASBURY PARK | NJ | 07712 | $29,250.00 | Coastal Title |
| 614472 | CRESPO, JULIO | 27-Feb-97 | 109200 | NATIONAL HOME | STANLEY YACKER | 31-May-96 | 156000 | NATIONS TITLE | MT 11134 | 335 | WATSON AVE | PERTH AMBOY | NJ | 00876 | $7,800.00 | MONMOUTH |
| 616911 | POPE, KATHY | 08-May-96 | 87500 | NATIONAL HOME | STANLEY YACKER | 21-Jun-96 | 125000 | NATIONS TITLE | MT 11221 | 270 | FISHER AVE | NEPTUNE | NJ | 07753 | $25,000.00 | MONMOUTH |
| 617772 | LEODIS, ANNA | 29-May-96 | 105000 | NATIONAL HOME | STANLEY YACKER | 21-Jun-96 | 140000 | NATIONS TITLE | MT11228 | 124 | LEIGHTON AVENUE | RED BANK | NJ | 07744 | $21,000.00 | MONMOUTH |
| 617770 | LEODIS, THOMAS G. | 31-May-96 | 112500 | NATIONAL HOME | STANLEY YACKER, ESQ. | 21-Jun-96 | 150000 | NATIONS TITLE | MT11234 | 1102 | BANKS AVENUE | ASBURY PARK | NJ | 07702 | | MONMOUTH |
| 617774 | LEODIS, ANNA | 31-May-96 | 135000 | NATIONAL HOME | STANLEY YACKER, ESQ. | 21-Jun-96 | 180000 | NATIONS TITLE | MT11240 | 703 | 703 COMSTOCK AVENUE | ASBURY PARK | NJ | 07728 | $27,000.00 | MONMOUTH |
| 614368 | GRIESER, GARY D | 29-Feb-96 | 108500 | NATIONAL HOME | JOHN JAY PERRONE | 28-Mar-96 | 155000 | Nations Title of New | CT- 15756 | 1702 | Elk Street | Piscataway | NJ | 07791 | | Coastal Title |
| 619588 | MONTANYE, JILL A | 26-Jul-96 | 135000 | NATIONAL HOME | STANLEY YACKER, ESQ. | 30-Sep-96 | 180000 | NATIONS TITLE OF | CT-17761 | 404 | EMORY AVENUE | ASBURY PARK | NJ | 07712 | $27,000.00 | COASTAL TITLE |