# EXHIBIT 10

| No. | Loan No. | Property Address | Grantor/Kane's Co. (recorded date, instrument #) | Grantee/Strawbuyer/ Grantor (recorded date, instrument #) | Grantee/Strawbuyer & Grieser Co. (recorded date, instrument #) | Mortgage (recorded date, instrument #) | Bates Numbers for Recorded Docs. |
|---|---|---|---|---|---|---|---|
| A | 619474 | 506 Asbury Avenue | Cristo Property Management, Ltd. (recorded 4/8/97, 1997038190) | Jill A. Montanye (recorded 4/8/97, 1997038191) | Jill A. Montanye 40% and CAPMI[1] 60% (recorded 4/8/97, 1997038192) | NHF[2] (recorded 4/8/97, 1997038193) | FT/NT03407-3415, 3447-3456 |
| B | 623303 | 1324 Asbury Avenue | G.J.L. Limited (recorded 2/3/97, 199701396S) | Mario Cuzzi, Jr. (recorded 4/8/97, 199703814l) | Mario Cuzzi, Jr. 40% and CAPMI 60% (recorded 4/8/97, 199703814Z) | NHF (recorded 4/8/97, 1997038143) | FT/NT02272-2291 |
| | 622645 | 1032-34 Bangs Avenue | Cristo Property Management, Ltd. (recorded 4/9/97, 1997038978) | Alicia Juergensen (recorded 4/9/97, 1997038981) | Alicia Juergensen 40% and CAPMI 60% (recorded 4/9/97, 1997038982) | NHF (recorded 4/9/97, 1997038988) | FT/NT04913-4932 |
| | 616945 | 56 Bank Street | D.E.K. Homes of New Jersey, Inc. (recorded 5/16/96, 36564) | Thomas G. and Anna Leodis (recorded 5/16/96, 396565) | Thomas G. and Anna Leodis 40% and CAPMI 60% (recorded 5/16/96, 396566) | NHF (recorded 5/16/96, 396567) | FT/NT01989-2006 |
| | 626827 | 181 Clerk Street | Cristo Property Management, Ltd. (recorded 4/11/97, 10:14AM) | Anthony W. Fania, Jr. (recorded 4/22/97, 11:26AM) | Anthony W. Fania, Jr. 40% and CAPMI 60% (recorded 4/22/97, 11:26AM) | NHF (recorded 4/22/97, 11:22AM) | FT/NT05122-5131, 5142-5151 |
| | 623846 | 303 Comstock Avenue | G.J.L. Limited (recorded 1/30/97, 1997012834) | Susan Viscardo (recorded 4/7/97, 199703762S) | Susan Viscardo 40% and CAPMI 60% (recorded 4/7/97, 199703762Q) | NHF (recorded 4/7/97, 1997037630) | FT/NT01649-1668 |
| | 624172 | 30 Dewitt Avenue | G.J.L. Limited (recorded 1/30/97, 1997012853) | Kimberly E. Powell (recorded 4/8/97, 1997038332) | Kimberly E. Powell 40% and CAPMI 60% (recorded 4/8/97, 1997038333) | NHF (recorded 4/8/97, 1997038334) | FT/NT04547-4567 |

---

[1] Capitol Assets Property Management & Investment, Co., Inc. ("CAPMI")
[2] National Home Funding ("NHF")

| Loan No. | Property Address | Grantor/Kane's Co. (recorded date, instrument #) | Grantee/Strawbuyer/ Grantor (recorded date, instrument #) | Grantee/Strawbuyer & Grieser Co. (recorded date, instrument #) | Mortgage (recorded date, instrument #) | Bates Numbers for Recorded Docs. |
|---|---|---|---|---|---|---|
| 622861 | 326 Fisher Avenue | Cristo Property Management, Ltd. (recorded 3/3/97, 1997024515) | Donald Devincenzo (recorded 3/3/97, 1997024516) | Donald Divincenzo 40% and CAPMI 60% (recorded 3/3/97, 1997024517) | NHF (recorded 3/3/97, 1997024518) | FT/NT01568-1587 |
| 624173 | 101 Herbert Street | Cristo Property Management Ltd. (recorded 2/5/97, 1997015546) | Thomas Owens (recorded 4/8/97, 1997038216) | Thomas Owens 40% and CAPMI 60% (recorded 4/8/97, 1997038217) | NHF (recorded 4/8/97, 1997038221) | FT/NT04174-4194 |
| 621714 | 89 Jefferson | Cristo Property Management Ltd. (recorded 11/14/96) | Raymond Apgar (recorded 5/30/97, R83500) | Raymond Apgar 40% and CAPMI 60% (recorded 5/30/97, R83501) | NHF (recorded 5/30/97, R83502) | FT/NT03902-3923 |
| 622863 | 1422 Mattison Avenue | Cristo Property Management Ltd. (recorded 4/8/97, 1997038290) | Ralph Juergensen (recorded 4/8/97, 1997038309) | Ralph Juergensen 40% and CAPMI 60% (recorded 4/8/97, 1997038311) | NHF (recorded 4/8/97, 1997038313) | FT/NT01860-1891 |
| 626828 | 222 Monticello Avenue | Cristo Property Management Ltd. (recorded 4/24/97) | Wesley and Donna Wright (recorded 6/12/97, 10:50AM) | Wesley and Donna Wright 40% and CAPMI 60% (recorded 6/12/97, 10:50AM) | NHF (recorded 6/12/97, 10:55AM) | FT/NT00921-940 |
| 624171 | 253A South Pearl Street | Cristo Property Management Ltd. (recorded 2/26/97, 1997022685) | Dimitar D. Deliyski (recorded 2/26/97, 1997022686) | Dimitar D. Deliyski 40% and CAPMI 60% (recorded 2/26/97, 1997022687) | NHF (recorded 2/26/97, 1997022688) | FT/NT04304-4323 |
| 616947 | 205 River Street | D.E.K. Homes of New Jersey, Inc. (recorded 5/16/96, 386560) | Thomas G. and Anna Leodis (recorded 5/16/96, 386561) | Thomas G. and Anna Leodis 40% and CAPMI 60% (recorded 5/16/96, 386562) | NHF (recorded 5/16/96, 386563) | FT/NT01261-1278 |
| 622633 | 1507 Summerfield Avenue | G.J.L. Limited (recorded 3/5/97, 1997025145) | Pamela Ricigliano (recorded 4/9/97, 199703897O) | Pamela Ricigliano 40% and CAPMI 60% (recorded 4/9/97, 1997038971) | NHF (recorded 4/9/97, 1997038972) | FT/NT05607-5626 |

| No. | Loan No. | Property Address | Grantor/Kane's Co. (recorded date, instrument #) | Grantee/Strawbuyer/ Grantor (recorded date, instrument #) | Grantee/Strawbuyer & Grieser Co. (recorded date, instrument #) | Mortgage (recorded date, instrument #) | Bates Numbers for Recorded Docs. |
|---|---|---|---|---|---|---|---|
| | 622658 | 126 Union Avenue | G.J.L. Limited (recorded 3/3/97, 1997024495) | Brian G. Reilly (recorded 3/3/97, 1997024496) | Brian G. Reilly 40% and CAPMI 60% (recorded 3/3/97, 1997024497) | NHF (recorded 3/3/97, 1997024498) | FT/NT02926-2935, 2940-2949 |
| | 623847 | 701 First Avenue | G.J.L. Limited (recorded 4/8/97, 1997038256) | Lawrence M. Cuzzi (recorded 4/8/97, 1997038257) | Lawrence M. Cuzzi 40% and CAPMI 60% (recorded 4/8/97, 1997038258) | NHF (recorded 4/8/97, 1997038259) | FT/NT00384-403 |
| | 622862 | 603 First Avenue | G.J.L. Limited (recorded 2/25/97, 1997022292) | Susan Viscardo (recorded 4/7/97, 1997037712) | Susan Viscardo 40% and CAPMI 60% (recorded 4/7/97, 1997037713) | NHF (recorded 4/7/97, 1997037714) | FT/NT02153-2172 |
| | 622017 | 612 First Avenue | Cristo Property Management Ltd. (recorded 4/9/97, 1997039067) | Loretta Rizutto (recorded 4/9/97, 1997039068) | Loretta Rizutto 40% and CAPMI 60% (recorded 4/9/97, 1997039069) | NHF (recorded 4/9/97, 1997039077) | FT/NT01459-1479 |
| | 623848 | 305 Second Avenue | G.J.L. Limited (recorded 4/7/97, 1997037654) | Lawrence M. Cuzzi (recorded 4/7/97, 1997037655) | Lawrence M. Cuzzi 40% and CAPMI 60% (recorded 4/7/97, 1997037656) | NHF (recorded 4/7/97, 1997037657) | FT/NT03617-3636 |
| | 624169 | 409 Sixth Avenue | G.J.L. Limited (recorded 4/8/97, 1997038120) | Thomas Owens (recorded 4/8/97, 1997038121) | Thomas Owens 40% and CAPMI 60% (recorded 4/8/97, 1997038121) | NHF (recorded 4/8/97, 1997038144) | FT/NT05231-5250 |