### CERTIFICATION OF SERVICE

I, Robert A. Magnanini, hereby certify that on December 22, 2011, the within Memorandum of Law in Opposition to Defendants' Nations Title Insurance of New York, Inc. and Fidelity National Title Insurance Co. of New York's Motion for Partial Summary Judgment As to the Title Claims; Counterstatement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1 Requiring Denial of Defendants Fidelity National Title Insurance Co. of New York and Nations Title Insurance of New York, Inc.'s Motion for Partial Summary Judgment As To the Title Claims; Certification of Amy Walker Wagner and Exhibits thereto; and Certificate of Service were filed electronically with the Court and served upon all counsel of record via the ECF System, with a courtesy copy forwarded via Federal Express to the following:

Honorable Dickinson R. Debevoise  
United States District Court for the  
District of New Jersey  
M.L. King. Jr. Federal Building & Courthouse  
50 Walnut Street  
Newark, NJ 07101

                                                      /s/  
                                            Robert A. Magnanini