## **CERTIFICATION OF SERVICE**

I, Robert A. Magnanini, hereby certify that on December 22, 2011, the within Memorandum of Law in Opposition to Defendant Commonwealth Land Title Insurance Company's Motion for Partial Summary Judgment to Dismiss the Bad Faith Claims at Paragraph 98-100 of the Fourth Amended Complaint; Counterstatement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1 Requiring Denial of Defendant Commonwealth Land Title Insurance Company's Motion for Partial Summary Judgment; Certification of Jeffrey A. Shooman and Exhibits thereto; and Certificate of Service were filed electronically with the Court and served upon all counsel of record via the ECF System, with a courtesy copy forwarded via Federal Express to the following:

Honorable Dickinson R. Debevoise
United States District Court for the
District of New Jersey
M.L. King. Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07101

                                                                   /s/
                                      Robert A. Magnanini