

December 23, 2011

**VIA ECF**

Clerk
U.S. District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

*Re:  **Walsh Securities, Inc., v. Commonwealth Land Title Insurance Company, et al.**
**Civil Action No. 97-cv-3496 (DRD)(MAS)***

Dear Sir/Madam:

This firm represents Defendant Commonwealth Land Title Insurance Company.  We enclose for filing the following:

(a)   Brief in Opposition to Plaintiff's Motion for Partial Summary Judgment;

(b)   Responsive Statement of Material Facts Pursuant to Local Civil Rule 56.1;

(c)   Supplemental Statement of Disputed Material Facts filed Pursuant to Local Civil Rule 56.1;

(d)   Certification of Sara F. Merin in Support of Supplemental Statement of Disputed Material Facts filed Pursuant to Local Civil Rule 56.1, with exhibits; and

(e)   Certification of Service.

Very truly yours,

*s/ David R. Kott*

David R. Kott
Enclosures
cc:   Honorable Dickinson R. Debevoise, U.S.D.J. (via regular mail w/enclosures)
      Robert A. Magnanini, Esq. (via ECF w/enclosures)

David R. Kott
Partner
T. 973.622.4444
F. 973.624.7070
dkott@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 12707136v.1