**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant
  Commonwealth Land Title
  Insurance Company

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | Civil Action No. 97-cv-3496 (DRD)(MAS) |
| Plaintiff, | Hon. Dickinson R. Debevoise, U.S.S.D.J. |
| v. | Hon. Michael A. Shipp, U.S.M.J. |
| CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. Limited, ET AL., | **CERTIFICATION OF SERVICE** |
| Defendants. | |

**Sara F. Merin**, of full age, hereby certifies as follows:

1.    I am an attorney at law of the State of New Jersey and am associated with the firm of McCarter & English, LLP, attorneys for Defendant Commonwealth Land Title Insurance Company ("Commonwealth") in this case.

2.    On December 23, 2011, I caused to be filed with the Clerk of the United States District Court for the District of New Jersey via ECF the following documents:

    (a)    Brief in Opposition to Plaintiff's Motion for Partial Summary Judgment;

    (b)    Responsive Statement of Material Facts Pursuant to Local Civil Rule 56.1;

    (c)    Supplemental Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1;

ME1 12731870v.1

    (d) Certification of Sara F. Merin in Support of Supplemental Statement of Disputed Material Facts filed Pursuant to Local Civil Rule 56.1, with exhibits; and

    (e) this Certification of Service.

  3. On the same date, I sent a courtesy copy of each of the aforementioned documents via regular mail to:

> Honorable Dickinson R. Debevoise, U.S.D.J.
> U.S. District Court for the District of New Jersey
> M. L. King, Jr. Federal Bldg. & U.S. Courthouse
> 50 Walnut Street
> Newark, New Jersey 07102

  4. On the same date, I served, via ECF, the aforementioned documents on the following counsel of record:

> Robert A. Magnanini, Esq.
> Stone Magnanini, LLP
> 150 John F. Kennedy
> Short Hills, NJ 07078

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: December 23, 2011

                  Sara F. Merin

ME1 12731870v.1