FOX ROTHSCHILD LLP
Princeton Pike Corporate Center
997 Lenox Drive – Building 3
Lawrenceville, New Jersey 08648-2311
(609) 896-3600

Attorneys for Defendants, Fidelity National
Title Insurance Co. of New York and Nations
Title Insurance of New York, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : |
| Plaintiff, | : Judge Dickinson R. Debevoise |
| v. | : Magistrate Judge Michael A. Shipp |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED; DEK HOMES OF NEW JERSEY, INC.; OAKWOOD PROPERTIES, INC.; NATIONAL HOME FUNDING, INC.; CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC.; CAPITAL ASSETS PROPERTY MANAGEMENT, LLC; WILLIAM KANE; GARY GRIESER; ROBERT SKOWRENSKI, II; RICHARD CALANNI; RICHARD DiBENEDETTO; JAMES R. BROWN; THOMAS BRODO; ROLAND PIERSON; STANLEY YACKER, ESQ.; MICHAEL ALFIERI, ESQ.; RICHARD PEPSNY, ESQ.; ANTHONY M. CICALESE, ESQ.; LAWRENCE CUZZI; ANTHONY D'APOLITO; DAP CONSULTING, INC.; COMMONWEALTH LAND TITLE INSURANCE CO.; NATIONS TITLE INSURANCE OF NEW YORK, INC.; FIDELITY NATIONAL TITLE INSURANCE CO. OF NEW YORK; COASTAL TITLE AGENCY; STEWART TITLE GUARANTY COMPANY; IRENE DiFEO; DONNA PEPSNY; WEICHERT REALTORS; and VECCHIO REALTY, INC., d/b/a MURPHY REALTY BETTER HOMES AND GARDENS, Defendants. | : No. 97-3496 (DRD)(MAS)<br><br>: Motion Return Date:<br><br>: **CERTIFICATION OF EDWARD J. HAYES IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT OF WALSH SECURITIES, INC.** |

I, EDWARD J. HAYES, hereby certify as follows:

1. I am an attorney-at-law licensed to practice in the Commonwealth of Pennsylvania and am a partner in the law firm of Fox Rothschild LLP, attorneys for Fidelity National Title Insurance Company of New York and Nations Title Insurance Company of New York (collectively, "Fidelity"). On February 5, 1998, the Court granted my admission pro hac vice in this matter. As such, I am fully familiar with the facts stated herein based upon personal knowledge and review of documents. I make this certification in opposition to the motion for partial summary judgment filed by Plaintiff, Walsh Securities, Inc. ("Walsh").

2. Attached as Exhibit "A" are copies of relevant portions of the deposition transcript of Robert C. Walsh, the president of Walsh.

3. Attached as Exhibit "B" is a copy of the jacket for the ALTA 1992 loan policy. I certify under the penalty of perjury that the foregoing statements made by me are true and correct.

Date:  December 23, 2011                     s/ Edward J. Hayes, Esquire