# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| WALSH SECURITIES, INC., | : | |
| | : | |
| Plaintiff, | : | Judge Dickinson R. Debevoise |
| v. | : | Magistrate Judge Michael A. Shipp |
| | : | |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a | : | No. 97-3496 (DRD)(MAS) |
| G.J.L. LIMITED; DEK HOMES OF NEW JERSEY, INC.; | : | |
| OAKWOOD PROPERTIES, INC.; NATIONAL HOME | : | |
| FUNDING, INC.; CAPITAL ASSETS PROPERTY | : | |
| MANAGEMENT & INVESTMENT CO., INC.; CAPITAL | : | |
| ASSETS PROPERTY MANAGEMENT, LLC; WILLIAM | : | |
| KANE; GARY GRIESER; ROBERT SKOWRENSKI, II; | : | |
| RICHARD CALANNI; RICHARD DiBENEDETTO; | : | |
| JAMES R. BROWN; THOMAS BRODO; ROLAND | : | **ORDER DENYING PARTIAL** |
| PIERSON; STANLEY YACKER, ESQ.; MICHAEL | : | **SUMMARY JUDGMENT FOR** |
| ALFIERI, ESQ.; RICHARD PEPSNY, ESQ.; ANTHONY | : | **WALSH SECURITIES, INC.** |
| M. CICALESE, ESQ.; LAWRENCE CUZZI; ANTHONY | : | **AND GRANTING SUMMARY** |
| D'APOLITO; DAP CONSULTING, INC.; | : | **JUDGMENT TO TITLE** |
| COMMONWEALTH LAND TITLE INSURANCE CO.; | : | **DEFENDANTS** |
| NATIONS TITLE INSURANCE OF NEW YORK, INC.; | : | |
| FIDELITY NATIONAL TITLE INSURANCE CO. OF | : | |
| NEW YORK; COASTAL TITLE AGENCY; STEWART | : | |
| TITLE GUARANTY COMPANY; IRENE DiFEO; | : | |
| DONNA PEPSNY; WEICHERT REALTORS; and | : | |
| VECCHIO REALTY, INC., d/b/a MURPHY REALTY | : | |
| BETTER HOMES AND GARDENS, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**AND NOW,** this         day of                        , 2012, upon consideration of the Motion for partial summary judgment filed by Plaintiff, Walsh Securities, Inc. and the response of Defendants Fidelity National Title Insurance Co. of New York and Nations Title Insurance of New York, Inc., it is hereby

ORDERED AND DECREED that Walsh Securities, Inc. motion for partial summary judgment is DENIED; and it is further

ORDERED AND DECREED pursuant to F.R.C.P. 56(f) that judgment is entered in favor of Fidelity National Title Insurance Co. of New York and Nations Title Insurance of New York, Inc. and against Walsh Securities, Inc. on all claims asserted by Walsh Securities, Inc.

BY THE COURT:

_____
HONORABLE DICKINSON R. DEBEVOISE