# STONE ⚜ MAGNANINI
## LLP

COMPLEX COMMERCIAL LITIGATION

**NEW JERSEY OFFICES**   150 JFK Parkway, Short Hills, NJ 07078   P 973.218.1111   F 973.218.1106

January 4, 2012

**VIA CM/ECF**

Honorable Michael A. Shipp, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07101

      Re:   *Walsh Securities, Inc. v. Cristo Property Management, LTD, et al.*
            Civil Action No.: 97-3496 (DRD/MAS)

Dear Judge Shipp:

    As Your Honor knows, we represent Plaintiff, Walsh Securities, Inc. ("WSI") in the above-entitled action. Pursuant to Your Honor's July 19, 2011 Amended Scheduling Order, Affirmative Expert Reports are due to be served by January 30, 2012. Since the parties are still engaged in motion practice, with replies to summary judgment motions being due on January 13, 2012, WSI respectfully requests that the expert discovery schedule be postponed until the resolution of the three partial summary judgment motions that are pending. The resolution of these motions could more narrowly tailor the topics for which the parties are utilizing experts and perhaps eliminate the need for certain experts. Thus, the parties could avoid unnecessary expenses by adjourning the expert discovery deadlines until after the conclusion of the present motion practice. Furthermore, the current discovery disputes and the need for Defendant Richard Calanni to reenter this case could impact expert discovery. Counsel for Defendants Commonwealth Land Title Insurance Co., Nations Title Insurance of New York, Inc. and Fidelity National Title Insurance Co. of New York have consented to this request.

    In addition, from an unprompted review of the Bankruptcy Court docket, it is apparent that Mr. Calanni's Chapter 7 Bankruptcy was discharged on April 29, 2011. Since the Petition never identified WSI or any of the parties to this case the discharge does not apply to the above-referenced litigation. It is also unclear why Mr. Calanni never notified anyone in this action of the discharge. Accordingly, the stay in this action entered by Judge Debevoise on February 25, 2011 as to Mr. Calanni (Doc. 443) should be promptly lifted.

      Should Your Honor have any questions or require additional information, please do not hesitate to contact me at (973) 218-1111.  Thank you for Your Honor's kind consideration of this request.

Respectfully submitted,

Amy Walker Wagner

cc:      Counsel of Record (via CM/ECF)
          Richard Calanni, *pro se* (via e-mail and U.S. Mail)