Richard Calanni, pro-se
1 Old Farm Road Tinton Falls, NJ 07724, Phone (732) 389-8738 Fax (732) 389-8853

Honorable Michael A. Shipp, U.S.M.J  January 6, 2012
United States District Court District Of New Jersey
50 Walnut Street
Newark, NJ 07101

Re: WALSH SECURITIES, INC.,
    Action No. CV 97-3496 (DRD/MAS)

Dear Judge Shipp,

As your Honor is aware, I represent myself Richard Calanni, pro-se. I am submitting a follow up to yesterdays opposing lift of stay.

The attorney who filed my bankruptcy as asked me to forward his contact information if any one should need to speak with him.

Antonio J. Toto, Esq.

126 Old Bridge Turnpike

South River, NJ 08882

Phone: 732-613-3922

Fax: 732-613-3923

Respectfully Submitted

Richard Calanni