# STONE ⚜ MAGNANINI
### LLP

---

COMPLEX COMMERCIAL LITIGATION

**NEW JERSEY OFFICES**   150 JFK Parkway, Short Hills, NJ 07078   P 973.218.1111   F 973.218.1106

January 10, 2012

**VIA CM/ECF**

Honorable Dickinson R. Debevoise
United States District Court for the
District of New Jersey
M.L. King. Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.
              Civil Action No.: 97-3496 (DRD/MAS)

Dear Judge Debevoise:

      As Your Honor knows, we represent Plaintiff Walsh Securities, Inc. ("WSI") in the above-entitled action. In response to WSI's motion for partial summary judgment, Defendant Commonwealth Land Title Insurance Co. and Defendants Nations Title Insurance of New York, Inc. and Fidelity National Title Insurance Co. of New York (collectively "Defendants"), who are all owned by the same parent company, have each filed lengthy oppositions to WSI's motion.

      Due to the nature of two opposition briefs, which mostly raise completely different legal issues in opposition to WSI's motion, WSI seeks leave to file an over-length reply brief to adequately address the issues raised in Defendants' combined 68 page briefs. Specifically, WSI respectfully request the Court's permission to file a single brief of up to 45 pages in 14-point Times New Roman font. We have spoken with counsel for Defendant Commonwealth Land Title Insurance Co. and Defendants Nations Title Insurance of New York, Inc. and Fidelity National Title Insurance Co. of New York and, while they disagree with our position that their briefs raised different legal and factual arguments, we have been advised that they have no objection to this request.

      Should Your Honor have any questions or require additional information, please do not hesitate to contact me at (973) 218-1111. Thank you for Your Honor's kind consideration of this request.

                                        Respectfully submitted,

                                        /s/ Amy Walker Wagner
                                        Amy Walker Wagner

cc:    Counsel of Record (via CM/ECF)

---