**Richard Calanni, pro-se**
1 Old Farm Road Tinton Falls, NJ 07724, Phone (732) 389-8738 Fax (732) 389-8853

Honorable Michael A. Shipp, U.S.M.J          January 5, 2012
United States District CourtDistrict Of New Jersey
50 Walnut Street
Newark, NJ 07101

Re:   WALSH SECURITIES, INC.,
              Action No. CV 97-3496 (DRD/MAS)

Dear Judge Shipp,

**As your Honor is aware, I represent myself Richard Calanni, pro-se. I am opposing the lift of stay requested by the Stone & Magnanini dated Jan 4, 2012.**
Please take a moment to read some of my thoughts followed by my current life status., because I don't know what else to say. I've been out of this case for over a year and don't know what's been going on. It would take me over a year to catch up only if they stand still.

At the time I appeared before the Honorable, Judge Debevoise, he practically assured me that this case was going to settle between the plaintiff and the defendants Commonwealth Land Title Insurance Co., Nations Title Insurance of New York, Inc and Fidelity National Title Insurance Co. of New York. ( of whom I don't believed showed up ). In a more than a convincing manner, Judge Debevoise looked straight at and conversed with Robert Magnanini that a settlement between these parties will be made. It was then said by Judge Debevois to Mr. Magnanini that Mr. Calanni can go on with his life and no one will be chasing him. The Judge said that looking right into my face. Saying go home and go on with your life Mr. Calanni, no one will be chasing you.

This case is now 17 years old. How insane is this. I cant believe that these attorneys in my opinion abuse the courts and others for so many years. They stretch, amended, (which means to me they changed their minds because that wont work ) and manipulate the courts. People in this case have died, gotten Alzheimer's, open heart surgery, and or are physically immobile or have just forgotten.
Deposition after depositions of the defendants and witness's, choice by the plaintiff and the above noted defendants, all under oath testify I had nothing to do with them or their conspiracy. The plea my attorney Mr. Moriaty, Esq. Red Bank NJ, told me to take was a lie

of law made by him to me, that I had to plea guilty to "some one else's truth" because federal law indicates that. As far as I knew by Mr. Moriarty, I had no choice. However, depositions prove that some one else's truth, say I'm not guilty and yet the court refuse to recognize the depositions proving my innocents. Why bother taking depositions? The plaintiffs attorneys even went to the extent of teleprompting depositions from Costa Rica who said they did not know of me, depositions from Florida said I had nothing to do with the scam, plus others. How much proof does the court want. In 17 years back and forth, up and down I have never changed my position. That's because I'm telling the truth. Mr. Magnanini let people out of this case directly involved or employed by Walsh Securities, or have testimony directly involving Walsh Security and released witness's involving themselves by their own admittance. Yet I'm being kept in, know less, harassed, abused, and miss-worded. All because I can't afford proper and legal representation.

My current Life Status for the last 17 years has been down hill.
1) I will be 61 years old this year.
2) My income is $29,000. I had to work for 50% less to keep my job.
3) I owe the IRS back tax's to 2009, 2010 with penalties and interest on a payment plan they just started for me, plus this years quarterly without any savings yet.
4) I have no health insurance for the past 2 years because I cant afford it
5) I had to decrease my wife's secondary health coverage. She is 77 with diabetes, high blood pressure and eczema, degeneration of the eye, glaucoma.
6) I'm stressed due to the recent lost of my mother
7) Me and my wife have been unable to see a dentist for years due to no available money. We both are suffering from tooth decay.
8) I am sitting here sick right now responding and cant afford to see a doctor.
9) Our food budget as been reduce to $37.00 a week when I can afford it.
10) I filed bankruptcy. Walsh Securities was included. Why the attorney for the plaintiff is unaware of this I don't know. They were told the day I appeared before Judge Debevoise. I have to check with the attorney who filed.

I am broke. I cant afford to loose a days pay. Its terrible but true. I cant think straight any more. My income is day to day. I have illness at home.

**Please your Honor, I oppose**
**Respectfully submitted**
Richard Calanni

*[signature]*