

**McCARTER & ENGLISH**
ATTORNEYS AT LAW

January 13, 2012

**VIA ECF**

Clerk
U.S. District Court for the District of New Jersey
M. L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

David R. Kott
Partner
T. 973.622.4444
F. 973.624.7070
dkott@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

Re: **Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.**
    **Civil Action No. 97-cv-3496 (DRD)(MAS)**

Dear Sir/Madam:

This office represents Defendant Commonwealth Land Title Insurance Company in connection with this matter. Enclosed for filing are the following:

(1) Defendant Commonwealth Land Title Insurance Company's Reply Brief in Further Support of its Motion for Partial Summary Judgment to Dismiss, with Prejudice, the Bad Faith Claims at Paragraphs 98 to 100 of the Fourth Amended Complaint;

(2) Commonwealth Land Title Insurance Company's Reply to Plaintiff's Counterstatement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1;

(3) Certification of Sara F. Merin in Support of Commonwealth's Reply Briefs, with exhibits; and

(4) Certification of Service.

Very truly yours,

s/ David R. Kott

David R. Kott

Enclosures
cc: Honorable Dickinson R. Debevoise (via ECF and regular mail) (w/encls.)
    Robert A. Magnanini, Esq. (via ECF) (w/encls.)

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 12836467v.1