McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant
 Commonwealth Land Title
 Insurance Company

|  |  |
|---|---|
| WALSH SECURITIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. Limited, ET AL., <br><br> Defendants. | UNITED STATES DISTRICT COURT <br> FOR THE DISTRICT OF NEW JERSEY <br><br> Civil Action No. 97-cv-3496 (DRD)(MAS) <br><br> Hon. Dickinson R. Debevoise, U.S.S.D.J. <br> Hon. Michael A. Shipp, U.S.M.J. <br><br> **CERTIFICATION OF SERVICE** |

**Sara F. Merin**, of full age, hereby certifies as follows:

1. I am an attorney at law of the State of New Jersey and am associated with the firm of McCarter & English, LLP, attorneys for Defendant Commonwealth Land Title Insurance Company ("Commonwealth") in this case.

2. On January 13, 2012, I caused to be filed with the Clerk of the United States District Court for the District of New Jersey via ECF the following documents:

 (a) Defendant Commonwealth Land Title Insurance Company's Reply Brief in Further Support of Defendant's Motion for Partial Summary Judgment to Dismiss, with Prejudice, the Bad Faith Claims at Paragraphs 98-100 of the Fourth Amended Complaint;

ME1 12835029v.1

      (b)    Commonwealth Land Title Insurance Company's Reply to Plaintiff's Counterstatement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1;

      (c)    Certification of Sara F. Merin in Support of Commonwealth's Reply Briefs, with exhibits; and

      (d)    this Certification of Service.

3.    On the same date, I sent a courtesy copy of each of the aforementioned documents via regular mail to:

> Honorable Dickinson R. Debevoise, U.S.S.D.J.
> U.S. District Court for the District of New Jersey
> M. L. King, Jr. Federal Bldg. & U.S. Courthouse
> 50 Walnut Street
> Newark, New Jersey 07102

4.    On the same date, I served, via ECF, the aforementioned documents on the following counsel of record:

> Robert A. Magnanini, Esq.
> Stone Magnanini, LLP
> 150 John F. Kennedy
> Short Hills, NJ 07078

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: January 13, 2012

/s/ Sara F. Merin

ME1 12835029v.1