
**McCARTER & ENGLISH**
ATTORNEYS AT LAW

January 13, 2012

**VIA ECF**

Clerk
U.S. District Court for the District of New Jersey
M. L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:  **Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.**
      **Civil Action No. 97-cv-3496 (DRD)(MAS)**

Dear Sir/Madam:

This office represents Defendant Commonwealth Land Title Insurance Company in connection with this matter. Enclosed for filing are the following:

(1) Defendant Commonwealth Land Title Insurance Company's Reply Brief in Further Support of its Motion for Partial Summary Judgment Dismissing Plaintiff's Claims for Damages Resulting from Loss of Merger and/or For Its Own Diminution in Value;

(2) Commonwealth Land Title Insurance Company's Reply to Plaintiff's Counterstatement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1;

(3) Certification of Sara F. Merin in Support of Commonwealth's Reply Briefs, with exhibits; and

(4) Certification of Service.

Very truly yours,

s/ David R. Kott

David R. Kott

Enclosures
cc:  Honorable Dickinson R. Debevoise (via ECF and regular mail) (w/encls.)
      Robert A. Magnanini, Esq. (via ECFl) (w/encls.)

David R. Kott
Partner
T. 973.622.4444
F. 973.624.7070
dkott@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 12837840v.1