McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant
  Commonwealth Land Title
  Insurance Company

|  |  |
|---|---|
| WALSH SECURITIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. Limited, ET AL., <br><br> Defendants. | UNITED STATES DISTRICT COURT <br> FOR THE DISTRICT OF NEW JERSEY <br><br> Civil Action No. 97-cv-3496 (DRD)(MAS) <br><br> Hon. Dickinson R. Debevoise, U.S.S.D.J. <br> Hon. Michael A. Shipp, U.S.M.J. <br><br> **CERTIFICATION OF SERVICE** |

**Sara F. Merin**, of full age, hereby certifies as follows:

1. I am an attorney at law of the State of New Jersey and am associated with the firm of McCarter & English, LLP, attorneys for Defendant Commonwealth Land Title Insurance Company ("Commonwealth") in this case.

2. On January 13, 2012, I caused to be filed with the Clerk of the United States District Court for the District of New Jersey via ECF the following documents:

   (a) Defendant Commonwealth Land Title Insurance Company's Reply Brief in Further Support of Defendant's Motion for Partial Summary Judgment Dismissing Plaintiff's Claims for Damages Resulting from Loss of Merger or for its Diminution of Value;

ME1 12834852v.1

    (b) Commonwealth Land Title Insurance Company's Reply to Plaintiff's Counterstatement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1;

    (c) Certification of Sara F. Merin in Support of Commonwealth's Reply Briefs, with exhibits; and

    (d) this Certification of Service.

3. On the same date, I sent a courtesy copy of each of the aforementioned documents via regular mail to:

> Honorable Dickinson R. Debevoise, U.S.S.D.J.
> U.S. District Court for the District of New Jersey
> M. L. King, Jr. Federal Bldg. & U.S. Courthouse
> 50 Walnut Street
> Newark, New Jersey 07102

4. On the same date, I served, via ECF, the aforementioned documents on the following counsel of record:

> Robert A. Magnanini, Esq.
> Stone Magnanini, LLP
> 150 John F. Kennedy
> Short Hills, NJ 07078

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: January 13, 2012

_____
Sara F. Merin

ME1 12834852v.1