# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | |
| Plaintiff, | Judge Dickinson R. Debevoise |
| v. | Magistrate Judge Michael A. Shipp |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED; DEK HOMES OF NEW JERSEY, INC.; OAKWOOD PROPERTIES, INC.; NATIONAL HOME FUNDING, INC.; CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC.; CAPITAL ASSETS PROPERTY MANAGEMENT, LLC; WILLIAM KANE; GARY GRIESER; ROBERT SKOWRENSKI, II; RICHARD CALANNI; RICHARD DiBENEDETTO; JAMES R. BROWN; THOMAS BRODO; ROLAND PIERSON; STANLEY YACKER, ESQ.; MICHAEL ALFIERI, ESQ.; RICHARD PEPSNY, ESQ.; ANTHONY M. CICALESE, ESQ.; LAWRENCE CUZZI; ANTHONY D'APOLITO; DAP CONSULTING, INC.; COMMONWEALTH LAND TITLE INSURANCE CO.; NATIONS TITLE INSURANCE OF NEW YORK, INC.; FIDELITY NATIONAL TITLE INSURANCE CO. OF NEW YORK; COASTAL TITLE AGENCY; STEWART TITLE GUARANTY COMPANY; IRENE DiFEO; DONNA PEPSNY; WEICHERT REALTORS; and VECCHIO REALTY, INC., d/b/a MURPHY REALTY BETTER HOMES AND GARDENS, | No. 97-3496 (DRD)(MAS)  **ORDER GRANTING PARTIAL SUMMARY JUDGMENT** |
| Defendants. | |

**AND NOW,** this          day of                    , 2012, upon consideration of the Motion for partial summary judgment of Defendants Fidelity National Title Insurance Co. of New York and Nations Title Insurance of New York, Inc. as to title insurance claims asserted by Plaintiff, Walsh Securities, Inc., and the response of Plaintiff Walsh Securities, Inc. thereto, it is hereby

ORDERED AND DECREED that partial summary judgment is entered in favor of Fidelity National Title Insurance Co. of New York and Nations Title Insurance of New York, Inc. and

against Walsh Securities, Inc. on all claims asserted by Walsh Securities, Inc. in this litigation under title insurance policies.

BY THE COURT:

_____
HONORABLE DICKINSON R. DEBEVOISE