FOX ROTHSCHILD LLP
Princeton Pike Corporate Center
997 Lenox Drive – Building 3
Lawrenceville, New Jersey 08648-2311
(609) 896-3600

Attorneys for Defendants, Fidelity National
Title Insurance Co. of New York and Nations
Title Insurance of New York, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | |
| Plaintiff, | Judge Dickinson R. Debevoise |
| v. | Magistrate Judge Michael A. Shipp |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED; DEK HOMES OF NEW JERSEY, INC.; OAKWOOD PROPERTIES, INC.; NATIONAL HOME FUNDING, INC.; CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC.; CAPITAL ASSETS PROPERTY MANAGEMENT, LLC; WILLIAM KANE; GARY GRIESER; ROBERT SKOWRENSKI, II; RICHARD CALANNI; RICHARD DiBENEDETTO; JAMES R. BROWN; THOMAS BRODO; ROLAND PIERSON; STANLEY YACKER, ESQ.; MICHAEL ALFIERI, ESQ.; RICHARD PEPSNY, ESQ.; ANTHONY M. CICALESE, ESQ.; LAWRENCE CUZZI; ANTHONY D'APOLITO; DAP CONSULTING, INC.; COMMONWEALTH LAND TITLE INSURANCE CO.; NATIONS TITLE INSURANCE OF NEW YORK, INC.; FIDELITY NATIONAL TITLE INSURANCE CO. OF NEW YORK; COASTAL TITLE AGENCY; STEWART TITLE GUARANTY COMPANY; IRENE DiFEO; DONNA PEPSNY; WEICHERT REALTORS; and VECCHIO REALTY, INC., d/b/a MURPHY REALTY BETTER HOMES AND GARDENS, | No. 97-3496 (DRD)(MAS)<br><br>**CERTIFICATE OF SERVICE** |
| Defendants. | |

Edward J. Hayes, of full age, hereby certifies as follows:

1. I am an attorney-at-law licensed to practice in the Commonwealth of Pennsylvania and am a partner in the law firm of Fox Rothschild LLP, attorneys for Fidelity National Title Insurance Company of New York and Nations Title Insurance Company of New York (collectively, "Fidelity") in the above matter.

2. On this date, the following documents were filed via ECF with the Clerk for the United States District Court for the District of New Jersey:

   a. Reply Brief in support of Motion for partial Summary Judgment;

   b. Certification of Edward J. Hayes;

   c. Response to Walsh Counter-statement on Fidelity Motion;

   d. Proposed form of Order; and

   e. Joinder to Reply of Commonwealth Land Title to Counter-statement on Commonwealth Motion

   f. Certificate of Service.

3. I further certify that on this date I served a true and correct copy of the above listed documents upon the following individuals by first class mail, postage prepaid:

> Robert A. Magnanini, Esq.
> Stone Magnaini, LLP
> 150 John F. Kennedy
> Short Hills, NJ  07078

**Attorney for plaintiff Walsh Securities, Inc.**

David R. Kott, Esquire  
McCarter & English, LLP  
Four Gateway Center  
100 Mulberry Street  
Newark, NJ 07102

**Attorney for Commonwealth Land Title Insurance Company**

Date: January 13, 2012               s/ Edward J. Hayes, Esquire