Robert A. Magnanini
Amy Walker Wagner
Jeffrey A. Shooman
Daniel I. Mee
STONE & MAGNANINI LLP
150 John F. Kennedy Parkway, Fourth Floor
Short Hills, New Jersey 07078
(973) 218-1111
*Attorneys for Walsh Securities, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : |
| Plaintiff, | : Civil Action No. 97-cv-3496 (DRD)(MAS) |
| vs. | : Hon. Dickinson R. Debevoise, U.S.D.J. |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED; et al., | : |
| Defendants. | : |

**CERTIFICATION OF AMY WALKER WAGNER IN SUPPORT OF PLAINTIFF WALSH SECURITIES, INC.'S COUNTERSTATEMENT TO DEFENDANT COMMONWEALTH LAND TITLE INSURANCE COMPANY'S SUPPLEMENTAL STATEMENT OF DISPUTED MATERIAL FACTS PURSUANT TO LOCAL CIVIL RULE 56.1 AND IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Amy Walker Wagner, of full age, upon my oath certify as follows:

1. I am a member of the Bar of this Court and an Associate in the law firm of Stone & Magnanini LLP, attorneys for Plaintiff Walsh Securities, Inc. in the above-captioned matter. I submit this Certification in support of Plaintiff's Counterstatement to Defendant Commonwealth Land Title Insurance Company's Supplemental Statement of Disputed Material Facts Pursuant to Local Civil Rule 56.1 and in support of Plaintiff's Motion for Partial Summary Judgment.

2.     A true and correct copy of Page 5 of the Walsh Securities Bankruptcy Petition, filed November 9, 2010, is annexed hereto as Exhibit A.

3.     True and correct copies of excerpts from the April 9, 2010, April 23, 2010 and September 30, 2011 depositions of Walsh Securities, Inc.'s 30(b)(6) representative, Robert C. Walsh, are annexed hereto as Exhibit B.

4.     True and correct copies of excerpts from the June 11, 2010 and June 21, 2010 depositions of Betty Ann Demola are annexed hereto as Exhibit C.

5.     True and correct copies of excerpts from the April 19, 2007, May 4, 2007 and October 5, 2011 depositions of William Kane are annexed hereto as Exhibit D.

6.     True and correct copies of excerpts from the September 24, 2011 deposition of Paul Del Rosso are annexed hereto as Exhibit E.

7.     True and correct copies of excerpts from the May 5, 2010 deposition of James Walsh are annexed hereto as Exhibit F.

8.     True and correct copies of excerpts from the January 16, 2007 deposition of Gary Greiser are annexed hereto as Exhibit G.

9.     True and correct copies of excerpts from the January 10, 2007 and January 22, 2007 depositions of Richard Calanni are annexed hereto as Exhibit H.

10.    True and correct copies of excerpts from the September 29, 2010 deposition of Anthony Cicalese are annexed hereto as Exhibit I.

11.    True and correct copies of excerpts from the September 17, 2010 deposition of Anthony D'Apolito are annexed hereto as Exhibit J.

12.    True and correct copies of excerpts from the September 24, 2011 deposition of Peter Trebour are annexed hereto as Exhibit K.

13. True and correct copies of excerpts from the May 25, 2010 deposition of Robert Skowrenski II are annexed hereto as Exhibit L.

14. True and correct copies of excerpts from the May 1, 2007 deposition of Richard DiBenedetto are annexed hereto as Exhibit M.

I hereby certify that the above facts are true to the best of my knowledge. I understand that I am subject to punishment if any of the above facts are willfully false.

Dated: January 13, 2012

By: _____
Amy Walker Wagner