Robert A. Magnanini
Amy Walker Wagner
Jeffrey A. Shooman
Daniel I. Mee
STONE & MAGNANINI LLP
150 John F. Kennedy Parkway, Fourth Floor
Short Hills, New Jersey 07078
(973) 218-1111
*Attorneys for Walsh Securities, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : |
| Plaintiff, | : Civil Action No. 97-cv-3496 (DRD)(MAS) |
| vs. | : Hon. Dickinson R. Debevoise, U.S.D.J. |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED; et al., | : |
| Defendants. | : |

**CERTIFICATION OF AMY WALKER WAGNER IN SUPPORT OF
PLAINTIFF WALSH SECURITIES, INC.'S COUNTERSTATEMENT TO
DEFENDANTS NATIONS TITLE INSURANCE OF NEW YORK, INC.'S AND
FIDELITY NATIONAL TITLE INSURANCE CO. OF NEW YORK'S
SUPPLEMENTAL STATEMENT OF DISPUTED MATERIAL FACTS
PURSUANT TO LOCAL CIVIL RULE 56.1 AND IN SUPPORT OF
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Amy Walker Wagner, of full age, upon my oath certify as follows:

1.     I am a member of the Bar of this Court and an Associate in the law firm of Stone & Magnanini LLP, attorneys for Plaintiff Walsh Securities, Inc. in the above-captioned matter. I submit this Certification in support of Plaintiff's Counterstatement to Defendants Nations Title Insurance of New York, Inc.'s and Fidelity National Title Insurance Co. of New York's Supplemental Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1 and in support of Plaintiff's Motion for Partial Summary Judgment.

1

2.     A true and correct copy of an excerpt from the May 25, 2010 deposition of Robert Walter Skowrenski, II is annexed hereto as Exhibit A.

3.     A true and correct copy of a June 9, 1997 Assignment of Security Instrument from National Home Funding, Inc. to Walsh Securities, Inc. on 18 Ford Avenue, and a subsequent Assignment, are annexed hereto as Exhibit B.

4.     A true and correct copy of a February 28, 1996 Assignment of Mortgage from National Home Funding, Inc. to GF Mortgage Corporation on 335 Watson Avenue, and subsequent Assignments, are annexed hereto as Exhibit C.

5.     A true and correct copy of an excerpt from the April 23, 2010 deposition of Robert C. Walsh is annexed hereto as Exhibit D.

I hereby certify that the above facts are true to the best of my knowledge.  I understand that I am subject to punishment if any of the above facts are willfully false.

Dated:  January 13, 2012

By:_____
Amy Walker Wagner

2