# EXHIBIT B

```
262434
```

CLERK'S OFFICE
MONMOUTH COUNTY
NEW JERSEY
INSTRUMENT NUMBER
1998072660
RECORDED ON
May 26, 1998
4:10:14 PM
BOOK: OR-801
PAGE: 643
Total Pages: 1

COUNTY RECORDING $16.00
FEES
DEDICATED TRUST $2.00
FUND COMMISSION
TOTAL $18.00

OFG# 3D550 US
LOAN NO. 628930
(Complete this document and acknowledgment
as required by State law or corporate authority, as applicable)

## ASSIGNMENT OF SECURITY INSTRUMENT

**KNOW ALL MEN BY THESE PRESENTS, THAT**

NATIONAL HOME FUNDING, INC. WITH OFFICES AT 3443 HIGHWAY 9-N HOLIDAY PLAZA FREEHOLD, NJ 07728 party of the first part, in consideration of the sum of TEN ($10.00) DOLLARS and other good and valuable consideration to it in hand paid by

WALSH SECURITIES, INC. WITH OFFICES AT 4 CAMPUS DRIVE PARSIPPANY, NJ 07054 party of the second part, at or before the ensealing and delivery of these presents, the receipt whereof is hereby acknowledged, has granted, bargained, sold, assigned, transferred and set over and by these presents does hereby grant, bargain, sell, assign, transfer, and set over unto the said party of the second part that certain Mortgage or Deed of Trust ("Security Instrument") by VICTOR GUZMAN, UNMARRIED To

National Home Funding, Inc., Beneficiary

dated June 5, 1997 and (to be) filed for record in the Office of the recorder of Mortgages or Deeds of Trust; as applicable of the City/County of MONMOUTH , State of NJ *, in (insert if recorded) Book, Volume or Liber number 6252 at Page 8161 , and given to secure payment of $ 69,000.00 and secured by the following described property;

* RECORDED: 7/30/97   , Commonly known as:

18 FORD AVE FREEHOLD, NJ 07728
together with the Note or obligation described in said Security Instrument, and the money due and to become due thereon, with interest due and owing thereon.

TO HAVE AND TO HOLD the same unto the said part of the second part, its successors and assigns forever, the said party of the first part has caused these presents to be signed in its name by its officer, on June 9, 1997

WITNESSES / ATTEST:                NATIONAL HOME FUNDING, INC.

_____            By: _____
                                   Robert W. Skowrenski II
_____                 President

STATE OF New Jersey    COUNTY OF Monmouth ) SS

I, an Officer duly authorized to take acknowledgements of deeds according to the laws of this state, duly qualified and acting, hereby certify that Robert W. Skowrenski II   Pres. + duly   of NATIONAL HOME FUNDING, INC. to me personally known, this day acknowledged before me that said person executed the foregoing Assignment of Security Instrument as such Officer of said organization, and that said person acknowledged that said instrument is the valid and binding obligation of said organization, and that said person executed said Assignment of Security Instrument as the voluntary act and deed of such person, and of said organization, and was duly authorized to execute it on behalf of said organization.

IN WITNESS WHEREOF, I hereunto set my hand and Official Seal in said county and state, this 9 Day of June, 1997
(affix Notary stamp & official seal)

_____
Mary M. Di Nonno
MARY M. DI NONNO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires March 4, 2002

Prepared by and return to:
Maureen O. Chung
Specialized Mortgage Services, Inc.
17341 Southwest 18th Street
Miramar, FL. 33029.
(954)441-8196



OFB# 3055068
LOAN NO. 628930

ASSIGNMENT OF SECURITY INSTRUMENT

KNOW ALL MEN BY THESE PRESENTS, THAT
Walsh Securities, Inc., a Delaware Corporation with offices at 4 Campus Drive, Parsippany, N.J. 07054 party of the first part, in consideration of the sum of TEN ($10.00) DOLLARS and other good and valuable consideration to it in hand paid by Ocwen Federal Bank FSB
1665 Palm Beach Lakes Blvd, #105, West Palm Beach, FL 33401
party of the second part, at or before the ensealing and delivery of these presents, the receipt whereof is hereby acknowledged, has granted, bargained, sold, assigned, transferred and set over and by these presents does hereby grant, bargain, sell, assign, transfer, and set over unto the said party of the second part that certain Mortgage or Deed of Trust ("Security Instrument") by
VICTOR GUZMAN, UNMARRIED To National Home Funding, Inc., Beneficiary
dated  05-Jun-97  and (to be) filed for record in the Office of the recorder of Mortgages or Deeds of Trust, as applicable for the City/County of MONMOUTH , State of NJ
in (insert if recorded) Book, Volume or Liber number 6252 at Page 861
, and given to secure payment of $69,000.00 , and secured by the following described property:
RECORDED: 7/30/97          Commonly known as:
18 FORD AVE
FREEHOLD ,NJ 07728
together with the Note or obligation described in said Security Instrument, and the money due and to become due thereon, with interest due and owing thereon. This assignment is made without recourse.

TO HAVE AND TO HOLD the same unto the said part of the second part, its successors and assigns forever, the said party of the first part has caused these presents to be signed in its name by its officer, on Wednesday, June 11, 1997

WITNESSES / ATTEST:                      Walsh Securities, Inc.
                                         By: _____
                                         John H. Isbrandtsen
                                         Vice President

STATE OF New Jersey    COUNTY OF Morris  ) SS

I, am an Officer duly authorized to take acknowledgements of deeds according to the laws of this state, duly qualified and acting, hereby certify that John H. Isbrandtsen
Vice President   of Walsh Securities, Inc.
to me personally known, this day acknowledged before me that said person executed the foregoing Assignment of Security Instrument as such Officer of said organization, and that said person acknowledged that said instrument is the valid and binding obligation of said organization, and that said person executed said Assignment of Security Instrument as the voluntary act and deed of such person, and of said organization, and was duly authorized to execute it on behalf of said organization and, if required by law or corporate authorization, affixed the seal of said organization hereto.

IN WITNESS WHEREOF, I hereunto set my hand and Official Seal in said county and state, on
Wednesday, June 11, 1997
(affix Notary stamp & official seal)

                                         KATHLEEN A. FALLON GONZALEZ
                                         NOTARY PUBLIC OF NEW JERSEY
Prepared by and return to:               My Commission Expires 1/20/2002
Maureen O. Chung
Specialized Mortgage Services, Inc.
17341 Southwest 18th Street
Miramar, FL 33029.
(954)441-8196

FT/NT04667