# EXHIBIT C



0073-416-73 A

WHEN RECORDED RETURN TO:
Resha Reha
Principal Portfolio Services
3150 Bristal Street Suite 250
Costa Mesa CA  92626

PREPARED BY:
CAROLYNN CZACHOR

TELEPHONE #:
LOAN #: 614472

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is
3443 HIGHWAY 9 NORTH,
FREEHOLD, NEW JERSEY 07728
does hereby grant, sell, assign, transfer and convey, unto the
GF MORTGAGE CORP.
a corporation organized and existing under the laws of
(herein "Assignee"), whose address is
4 CAMPUS DRIVE,
PARSIPPANY, NJ 07054
a certain Mortgage dated FEBRUARY 27, 1996          , made and executed by
JULIO CRESPO AND CRUZ M. CRESPO

to and in favor of NATIONAL HOME FUNDING, INC.                        upon the following described property situated in
MIDDLESEX                            County, State of NEW JERSEY             :
LEGAL DESCRIPTION ATTACHED HERETO
Commonly known as: 333 Watson Avenue, Perth Amboy, NJ 08861

RECEIVED/RECORDED
MIDDLESEX COUNTY  09/24/96              14/1997

BK0658PG129             FEE       $21.00
                        INSTRUMENT ASSIGNMENT   13221       NONE  AB

such Mortgage having been given to secure payment of $ 109,200.00   which Mortgage is of record in Book,
Volume, or Liber No. 5855       , at page   362         (69-66-496- Recorded on 3/4/96 ) of the
(of Life 5414-   Records of MIDDLESEX             County, State of NEW JERSEY
together with the note(s) and obligations therein described and the money due and to become due thereon with interest, and all
rights accrued or to accrue under such Mortgage.
   TO HAVE AND TO HOLD the same unto Assignee, its successor and assigns, forever, subject only to the terms and
conditions of the above-described Mortgage.
   IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on 26, Feb, 96

Witness (Print Name)                                    NATIONAL HOME FUNDING, INC.
                                                        249
                                                        (Assignor)
Witness (Print Name)                                    By:  Robert W. Skawinski  President
                                                        (Signature)  ROBERT W. SKAWINSKI, II, PRESIDENT
                                                        (Print Name & Title)
MARY M. DiNOVA
Witness (Print Name)

Seal:
State of New Jersey              County of Monmouth
   On this  28   day of  February , 1996    , before me, the subscriber, personally appeared
Robert W. Skawinski, II
who, I am satisfied, is/are the person(s) named in and who executed the within instrument and thereupon acknowledged that
he/she/they signed, sealed and delivered the same as his/her/their act and deed, for the purposes therein expressed.

                                                        NOTARY PUBLIC OF NEW JERSEY
New Jersey Assignment of Mortgage 6/95    BK0658PG129    My Commission Expires March 4, 1997



SCHEDULE __C__

Agent File No. M7 11334

LEGAL DESCRIPTION

ALL THAT CERTAIN tract or parcel of land and premises situate, lying and being in the City of PERTH AMBOY, County of MIDDLESEX and State of New Jersey, and being more particularly described as follows:

BEGINNING at a point on the westerly sideline of Watson Avenue (66 feet wide) said point being distant southerly 177.44 feet from the intersection of said sideline with the southerly sideline of Fayette Street, and running, thence:

1)  Leaving Watson Avenue, North 68 degrees 30 minutes 00 seconds west a distance of 73.00 feet to a point, thence;

2)  South 21 degrees 30 minutes 00 seconds west a distance of 25.00 feet to a point, thence;

3)  South 68 degrees 30 minutes 00 seconds east a distance of 73.00 feet to a point on the westerly sideline of said Watson Avenue, thence;

4)  Along said sideline, North 21 degrees 30 minutes 00 seconds east a distance of 25.00 feet to the point and place of BEGINNING.

FOR INFORMATION PURPOSES ONLY - Said premises being also known as Lot 19 in Block 115 as shown on the current Tax Map of the  City of Perth Amboy, County of Middlesex and State of New Jersey.

BK0659PG130

FT/NT00620

RETURN TO:
005 264964 B B

LOAN NO. 664472

WHEN RECORDED RETURN TO:
Evelia Barba
Principal Portfolio Services
3150 Bristol Street Suite 250
Costa Mesa CA  92626

## ASSIGNMENT OF SECURITY INSTRUMENT

KNOW ALL MEN Y THESE PRESENTS, THAT GF Mortgage Corp.   , 4 Campus Drive, Parsippany, New Jersey, 07054 party of the first part, in consideration of the sum of TEN ($10.00) DOLLARS and other good and valuable consideration in lawful money of the United States to it in hand paid by                    TMS Mortgage Inc, A New Jersey Corporation

party of the second part, at or before the ensealing and delivery of these presents, the receipt whereof is hereby acknowledged, has granted, bargained, sold, assigned, transferred and set over and by these presents does hereby grant, bargain, sell, assign, transfer and set over unto the said party of the second part that certain Security Instrument by
JULIO CRESPO and CRUZ M. CRESPO
dated  2/2/90,       and (to be) filed for record in the Office of the recorder of Mortgages / Deeds of Trust, as applicable in the City/County of  Middlesex
on the following described property:  See schedule A for additional information, if attached hereto.
Commonly known as :           Recorded on 3/19/96
335 WATSON AVE PERTH AMBOY, NJ  08876  BK 5050 PG 502
together with the Note or obligation described in said Security Instrument, and the money due and to become due thereon, with interest and owing thereon.

TO HAVE AND TO HOLD the same unto the said part of the second part, its successors and assigns forever, the said party of the first part has caused these presents to be signed in its name by its officer, and its corporate seal to be affixed on                    April 15, 1996

WITNESSES / ATTEST:                              GF MORTGAGE CORP.



By:
    Arnold J. Cohn, Vice President

STATE OF NEW JERSEY,  COUNTY OF MORRIS ) SS

I, an Officer duly authorized to take acknowledgments of deeds according to the laws of this state, duly qualified and acting, hereby certify that      Arnold J. Cohn, Vice President
of  GF Mortgage Corp., to me personally known, this day acknowledged before me that said person executed the foregoing Assignment of Security Instrument as such Officer of said organization, and that said person acknowledged  that said instrument is the valid and binding obligation of said organization, and that said person executed said  Assignment of Security Instrument as the voluntary act and deed of such person, and of said organization, and was duly authorized to execute it on behalf of said organization.

IN WITNESS WHEREOF,  I have hereunto set my hand and Official Seal in said county and state, this   15th Day of April, 1996

RECEIVED/RECORDED
MIDDLESEX COUNTY 03/24/96         144184
FEE                           176.00
INSTRUMENT ASSIGNMENT  13825        RB

                              Denise L. Zarek
                              (affix Notary stamp & seal)

BK0658PG131

                              DENISE L. ZAREK
                              NOTARY PUBLIC OF NEW JERSEY
                              My Commission Expires Dec. 3, 1996

05141115051

BK0658PG131

FT/NT00621

## SCHEDULE _c_

Agent File No. MT 11334

LEGAL DESCRIPTION

ALL THAT CERTAIN tract or parcel of land and premises situate, lying and being in the City of PERTH AMBOY, County of MIDDLESEX and State of New Jersey, and being more particularly described as follows:

BEGINNING at a point on the westerly sideline of Watson Avenue (66 feet wide) said point being distant southerly 177.44 feet from the intersection of said sideline with the southerly sideline of Fayette Street, and running, thence;

1) Leaving Watson Avenue, north 68 degrees 30 minutes 00 seconds west a distance of 73.00 feet to a point, thence;

2) South 21 degrees 30 minutes 00 seconds west a distance of 25.00 feet to a point, thence;

3) South 68 degrees 30 minutes 00 seconds east a distance of 73.00 feet to a point on the westerly sideline of said Watson Avenue, thence;

4) Along said sideline, North 21 degrees 30 minutes 00 seconds east a distance of 25.00 feet to the point and place of BEGINNING.

FOR INFORMATION PURPOSES ONLY - Said premises being also known as Lot 19 in Block 115 as shown on the current Tax Map of the  City of Perth Amboy, County of Middlesex and State of New Jersey.

BK0658PG132



Account Number : 0073141673

PLEASE RECORD & RETURN TO:
The Money Store ·
Attn: Correspondent Lending Department
3301 C Street, Suite 801E
Sacramento, CA  95816

Space Above This Line For Recording Data

ASSIGNMENT OF MORTGAGE / DEED OF TRUST

KNOW ALL MEN BY THESE PRESENTS:

That TMS Mortgage, Inc., 3301 C Street, Suite 801E, Sacramento, CA 95816,
Assignor, for and in consideration of the sum of One Dollar and 00/100 ($1.00) and other good
and valuable consideration, by these presents does hereby transfer, sell, assign and convey
unto            The Bank of New York, as Trustee under the Pooling and Servicing Agreement
dated as of May 31, 1996, Series 1996-B   101 Barclay Street 22W, New York,
NY 10286

Assignee, its successors, transferees and assigns, all its right, title and interest in that certain
Mortgage/Deed of Trust dated April 27, 1996 made by Julio Crespo and Cruz M. Crespo on
lands located at 335 Watson Ave., in the City of Perth Amboy  in the County of Middlesex and
State of New Jersey, 08861, as more particularly described in Exhibit "A" attached hereto,
which Mortgage/Deed of Trust was recorded or registered on ___ 3 \ 19 \ 96 ___ in
Book ___ 5050 ___, at Page ___ 262 ___, and/or as Document Number _____.

TOGETHER with the Bond, Note or other Obligation therein described in the amount of
$109,200.00 Dollars principal with interest.  TO HAVE AND TO HOLD the same unto the said
assignee forever, subject only to all the provisions contained in the said Mortgage/Deed of Trust
and the Bond, Note or other Obligation.

IN WITNESS WHEREOF, the said Assignor, via its proper corporate officer(s), has
appropriately executed the above named document and has caused its corporate seal to be
hereto affixed and caused these presents to be signed in its name and behalf by Linda
Wheeler, Assistant Vice President, this 6th day of June A.D. 1996.

Attested by:                                    TMS MORTGAGE INC.
                                                Attn: Correspondent Lending
                                                3301 C Street, Suite 801E
                                                Sacramento, CA 95816

Kia-Maria Dunkelberger, Witness        By: _____
                                                Linda Wheeler, Assistant Vice President

State of California,
County of Sacramento
On Thursday, June 6, 1996 before me, Kathryn Ann Rexicker, personally appeared Linda Wheeler and
Kia-Maria Dunkelberger, personally known to me (or proved to me on the basis of satisfactory evidence)
to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me
that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s) or entity upon behalf of which the person(s) acted, executed
the instrument.  WITNESS my hand and official seal.

_____(Seal)
Kathryn Ann Rexicker, Notary Public

Title Order No. _____        Esc: _____

BK0678PG273              BK0678PG273

FT/NT00623

SCHEDULE ___ ε __

Agent File No. MT 11134

LEGAL DESCRIPTION

ALL THAT CERTAIN tract or parcel of land and premises situate, lying and being in the City of PERTH AMBOY, County of MIDDLESEX and State of New Jersey, and being more particularly described as follows:

BEGINNING at a point on the westerly sideline of Watson Avenue (66 feet wide) said point being distant southerly 177.44 feet from the intersection of said sideline with the southerly sideline of Fayette Street, and running, thence:

1)  Leaving Watson Avenue, north 68 degrees 30 minutes 00 seconds west a distance of 72.00 feet to a point, thence;

2)  South 21 degrees 30 minutes 00 seconds west a distance of 25.00 feet to a point, thence;

3)  South 68 degrees 30 minutes 00 seconds east a distance of 72.00 feet to a point on the westerly sideline of said Watson Avenue, thence;

4)  Along said sideline, North 21 degrees 30 minutes 00 seconds east a distance of 25.00 feet to the point and place of BEGINNING.

FOR INFORMATION PURPOSES ONLY - Said premises being also known as Lot 19 in Block 115 as shown on the current Tax Map of the  City of Perth Amboy, County of Middlesex and State of New Jersey.

BK0678PG274