**CERTIFICATION OF SERVICE**

I, Robert A. Magnanini, hereby certify that on January 13, 2012, the within Reply Memorandum of Law in Support of Plaintiff's Motion for Partial Summary Judgment; Counterstatement to Defendant Commonwealth Land Title Insurance Company's Supplemental Statement of Disputed Material Facts Pursuant to Local Civil Rule 56.1; Counterstatement to Defendants Nations Title Insurance of New York, Inc.'s and Fidelity National Title Insurance Co. of New York's Supplemental Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1; Certification of Amy Walker Wagner in Support of Plaintiff's Counterstatement to Defendant Commonwealth Land Title Insurance Company's Supplemental Statement of Disputed Material Facts Pursuant to Local Civil Rule 56.1, and Exhibits thereto; Certification of Amy Walker Wagner in Support of Plaintiff's Counterstatement to Defendants Nations Title Insurance of New York, Inc.'s and Fidelity National Title Insurance Co. of New York's Supplemental Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1, and Exhibits thereto; and Certificate of Service were filed electronically with the Court and served upon all counsel of record via the ECF System, with a courtesy copy sent via Hand Delivery to the following:

Honorable Dickinson R. Debevoise
United States District Court for the
District of New Jersey
M.L. King. Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07101

/s/ Robert A. Magnanini
Robert A. Magnanini