UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

<u>NEWARK</u>                                                                                   JANUARY 17, 2012

**JUDGE:**  Dickinson R. Debevoise                                            Cv.  97- 3496 (DRD)
**COURT REPORTER**: Mollie Giordano
**DEPUTY CLERK** : Ellen Mc Murray

**TITLE OF CASE:**

   WALSH SECURITIES    v.  CRISTO   PROPERTY

**APPEARANCES :**

   Robert A. Magnanini, Esq for pltf          Daniel I. Mee, Esq for pltf.
   Amy Waller Wagner, Esq for pltf           Jeffrey Shoom, Esq for pltf
   Edward J. Hayes, Esq for deft              David R. Kott, Esq for deft.
            Sara F. Merin, Esq for deft

**NATURE OF PROCEEDINGS**:   MOTION

Hearing on defendant's application for a motion for partial summary judgment.
Hearing on plaintiff's application for a motion for partial summary judgement.
Court reserves decision.

                                                                Ellen Mc Murray
                                                                Sr. Court Room Deputy

Time Commenced:   11:00 am
Time Adjourned :    1:30 pm