

**McCARTER & ENGLISH**
ATTORNEYS AT LAW

January 17, 2012

**VIA ELECTRONIC FILING AND REGULAR MAIL**

Honorable Michael A. Shipp
U.S. Magistrate, United States District Court
Martin Luther King Building & US Courthouse
50 Walnut Street
Newark, NJ 07102

David R. Kott
Partner
T. 973.639.2056
F. 973.624.7070
dkott@mccarter.com

Re: Walsh Securities, Inc. v. Cristo Property Management, et al.
United States District for the District of New Jersey
Civil Action No. 97-3496 (DRD/MAS)

Dear Judge Shipp:

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

We represent the defendant Commonwealth Land Title Insurance Company in this case. Co-defendants Fidelity National Title Insurance Company of New York and Nations Title Insurance of New York Inc. are represented by Edward J. Hayes, Jr., Esq. Mr. Hayes and I jointly submit the enclosed Affidavit of Vincent Sharkey, Senior Vice President, Major Claims in the Office of the General Counsel of Fidelity National Title Group, regarding the procedure by which the Title Defendants set loss reserves as requested in your January 3, 2011 Letter Order, Document 494.

Respectfully submitted,

/s/ David R. Kott

David R. Kott

Enclosure

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

cc: Robert A. Magnanini, Esq. (w/encl.)(via electronic filing & email)
    Edward J. Hayes, Jr., Esq. (w/encl.) (via email)

ME1 12848472v.1