

January 17, 2012

**VIA ECF**

Clerk
U.S. District Court for the District of New Jersey
M. L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re: Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.
Civil Action No. 97-cv-3496 (DRD)(MAS)**

Dear Sir/Madam:

This office represents Defendant Commonwealth Land Title Insurance Company in connection with this matter. Enclosed for filing is the Certification of Sara F. Merin Providing a Correct Copy of the Document Referenced as "Exhibit S" to the December 23, 2011 Merin Certification [Document 492], which corrects the record to provide the Court with a copy of a letter that was discussed and quoted in the December 23 certification but was unintentionally omitted from its exhibits.

Very truly yours,

*s/ David R. Kott*

David R. Kott

Enclosures
cc:   Honorable Dickinson R. Debevoise (via ECF and regular mail) (w/encls.)
      Robert A. Magnanini, Esq. (via ECF) (w/encls.)

David R. Kott
Partner
T. 973.622.4444
F. 973.624.7070
dkott@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON