UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : Civil Action No. 97-3496 (DRD) (MAS) |
| Plaintiff, | : Hon. Dickinson R. Debevoise |
| vs. | : |
| CRISTO ROPERTY MANAGEMENT, LTD., *et al.* | : NOTICE OF MOTION |
| Defendants. | : |

**PLEASE TAKE NOTICE** that on Monday, March 5, 2012, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiff Walsh Securities Inc., by and through its counsel Stone & Magnanini LLP, shall move before the Honorable Michael A. Shipp at the United States District Court for the District of New Jersey, located at the Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey for an Order awarding Plaintiff settlement funds pursuant to its Agreement with Defendant Coastal Title Agency and Commonwealth Land Title Insurance Co., Fidelity National Title Insurance Co. of New York and Nations Title Insurance of New York, Inc. and in accordance with the Court's Order dated February 3, 2012.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Plaintiff will rely upon the accompanying Letter Brief. A proposed form of Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is respectfully requested.

Dated: February 10, 2012        **STONE & MAGNANINI LLP**

/s/ Robert A. Magnanini
Robert A. Magnanini
150 John F. Kennedy Parkway, 4th floor
Short Hills, NJ 07078
Tel.: (973) 218-1111

Attorneys for Plaintiff Walsh Securities, Inc.