Robert A. Magnanini
Amy Walker Wagner
Jeffrey A. Shooman
Daniel I. Mee
Stone & Magnanini LLP
150 John F Kennedy Parkway, 4th Floor
Short Hills, NJ 07078
Tel: (973) 218-1111
Fax: (973) 218-1106
*Attorneys for Plaintiff Walsh Securities, Inc.*

| | |
|---|---|
| WALSH SECURITIES, INC., | Civil Action No. 97-3496 (DRD) (MAS) |
| Plaintiff, | Hon. Dickinson R. Debevoise |
| vs. | |
| CRISTO ROPERTY MANAGEMENT, LTD., *et al.* | **[PROPOSED] ORDER** |
| Defendants. | |

**THIS MATTER**, having been opened to the Court by Stone & Magnanini LLP, on behalf of Plaintiff, Walsh Securities, Inc. for an Order awarding Plaintiff settlement funds pursuant to its Agreement with Defendant Coastal Title Agency ("Coastal") and Commonwealth Land Title Insurance Co. ("Commonwealth"), Fidelity National Title Insurance Co. of New York ("Fidelity") and Nations Title Insurance of New York, Inc. ("Nations") (collectively, "the Title Insurance Defendants") and in accordance with the Court's Order dated February 3, 2012, and the Court having considered the submissions of the parties and argument of counsel, and for good cause shown;

**IT IS**, on this ____ day of _____, 2012 hereby

**ORDERED** that Plaintiff, Walsh Securities, Inc.'s Motion an Order awarding Plaintiff the Coastal settlement funds be and hereby is granted; and it is

2

**FURTHER ORDERED** that the Title Insurance Defendants will receive an offset for that portion of damages for which they are deemed jointly and severally liable for the conduct of Coastal Title Agency in this matter.

_____
Honorable Michael A. Shipp, U.S.M.J.