<u>**CERTIFICATION OF SERVICE**</u>

I, Robert A. Magnanini, hereby certify that on February 10, 2012, the within Notice of Motion; Letter Brief in Support of Plaintiff's Motion to Disburse the Coastal Title Agency Settlement Proceeds in Accordance with the Court's February 3, 2012 Order; and Certificate of Service were filed electronically with the Court and served upon all counsel of record via the ECF System, with a courtesy copy forwarded via Federal Express to the following:

Honorable Michael A. Shipp
United States District Court for the
District of New Jersey
M.L. King. Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07101

and via regular mail to the following:

Richard Calanni
1 Old Farm Road
Tinton Falls, NJ 07724


                                        <u>/s/ Robert A. Magnanini</u>
                                           Robert A. Magnanini