**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

CHAMBERS OF
**MICHAEL A. SHIPP**
UNITED STATES MAGISTRATE JUDGE

MARTIN LUTHER KING COURTHOUSE
50 WALNUT ST.   ROOM 2042
NEWARK, NJ 07102
973-645-3827

**LETTER ORDER**

February 16, 2012

<u>**VIA CM/ECF**</u>

    Re:    <u>Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.</u>
              <u>Civil Action No. 97-3496 (DRD)</u>

Dear Counsel and Mr. Calanni:

    This matter came before the Court upon correspondence from counsel and Mr. Calanni regarding Mr. Calanni's bankruptcy status. According to Plaintiff's counsel, Mr. Calanni's bankruptcy proceedings did not include the within litigation. Mr. Calanni's correspondence indicated his belief that the bankruptcy proceedings included the within litigation. The Court conducted a telephone status conference on February 8, 2012. Mr. Calanni's bankruptcy attorney informally participated in the conference and did not provide any assurances to the Undersigned that the bankruptcy covered the within litigation.

    After careful consideration, the Court **ORDERS**:

1. The stay against Mr. Calanni in this matter will be lifted effective **March 1, 2012** unless by **February 27, 2012**, Mr. Calanni presents a copy of relevant bankruptcy filings which demonstrates that the within litigation was covered by the bankruptcy proceedings.

2. This matter is scheduled for an in-person status/settlement conference as to Mr. Calanni on **March 13, 2012 at 10:00 a.m.** Mr. Calanni and counsel for Plaintiff must attend the settlement conference in person. Counsel for Defendants may attend the conference in person or may be immediately available by telephone. By **March 6, 2012**, each party must submit an *ex parte*, confidential letter regarding its settlement position as it relates to Mr. Calanni.

3.     If the case fails to settle as to Mr. Calanni, Mr. Calanni shall submit an application for pro bono counsel by **March 23, 2012**. Any opposition to the pro bono application shall be submitted by **March 30, 2012**.

_/s/ Michael A. Shipp_
**HONORABLE MICHAEL A. SHIPP**
**UNITED STATES MAGISTRATE JUDGE**