**Richard Calanni, pro-se**
1 Old Farm Road Tinton Falls, NJ 07724, Phone (732) 389-8738 Fax (732) 389-8853

Honorable Michael A. Shipp, U.S.M.J          January 5, 2012
United States District Court District Of New Jersey
50 Walnut Street
Newark, NJ 07101

Re:    WALSH SECURITIES, INC.,
             Action No. CV 97-3496 (DRD/MAS)


Dear Judge Shipp,

In reference to the conference call that took place on February 8, 2012, I don't know what happened. I couldn't get a word in. All the attorneys spoke but me. And when they did speak as Mr. Kott did to you, he said he didn't know what to do with me when you asked him. But what he did say is he will do what ever Mr. Hayes will do because he take council from him. However, Mr. Kott did acknowledge that I have no assets. This is easily know by all. Don't you think when the attorneys in this case are running out of ideas to do with me when asked by your Honor, we have reached the conclusion that its time to release me?

Every time I try to get my life back in some balance. MR. Magnanini finds some way to pull me down again. Although Mr. Magnanini has been generous at times in supplying me with copies of depositions that I couldn't afford, I think he's got a personal vendetta against me. Especially when every one else who even served jail time and still admit they did do illegal and or unethical actions, some ordered by his client Walsh Securities, he has released them. What else is it? I cant imagine anything else. I'm going to be 61 years old this year. I was 44 years old when this started. I'm finished. There's nothing more I can do in my life but work meaning less jobs trying to survive, pay bills, care for my wife who has medical issues including diabetes high blood pressure and skin disorders that took 5 years to minimal control. This case has added to her illness and stressful life reactivating and worsening her condition. At 77 she can't endure anymore. Now her high blood pressure medication has been taken away due to the changes in the Medicare Social Security. It has more than tripled in cost. A generic is being tested on her but in the passed a change of medication has had adverse conditions and landed her in the hospital. I cannot concentrate anymore. Its to much for one man to handle. They, the attorneys wake up in the morning looking forward to this case. But when is enough, enough?

There's no jobs available to me that would include retirement or medical benefits. I had to cancel medical coverage 2 years ago because I cant afford it. I haven't been to the dentist for four years and now discover I have teeth problems. This is no joke. Its sad and embarrassing that this is where my life has turned. I've passed the age to plan a future and lost it, I have none, I'm done, that's it, its over with. People have served less time in prison for more severe reasons, and yet the stigma of this case and its current status has

hung over me for 17 years. It has completed its task. Life as past me by. The prime of my life is over, and my senior years have no positive out look. Google me and who wants to bother.
I'm tired, drained, broke, do not have the same time or energy and especially the knowledge to battle this case any longer. There is no money on earth to take this case on.

Judge Debevoise put a stay on me not just because of bankruptcy, but because there was to be a settlement as Mr. Magnanini indicated when the Judge strongly suggested. Now how is it that Magnanini turns to you to take the stay away. Isn't Judge Debevoise decision and suggestion to settle have weight.

When does the court step in and see the ridiculousness of this case. Every crook in this case has testified under oath that I did not conspire with them and/or didn't know them. These are the bad guys who admit to their wrong doing. They have nothing to loose to say I was involved if I was. But to the contrary they all say I wasn't involved or even knew them or about a conspiracy that they conjured up because I wasn't. What was the purpose for all these years of these depositions held by Magnanini and others if the testimonies aren't given consideration by the court.

The plaintiffs got the truth but are not interested in the truth, Their only interested in what they want the truth to be. **THEY WANTED THEIR TRUTH. BOY DOES THAT SOUND FAMILIAR. JUST HAS MY ATTORNEY IN THE CRIMINAL CASE SAID TO ME, take the plea because " I AM TAKING A PLEA TO SOME ONE ELSE'S TRUTH, because that's Federal Law or I will go to jail for a long time..**

It seems to me that the attorneys in this case won't stop till they hear a something that they consider the truth to justify their means. When does the court recognize apple sauce. Tell me?. What purpose do the depositions taken under oath serve. My understanding was the court uses depositions to decide what's truthful. Yet Judge Debevoise said the only thing that matters was my guilty plea. And then he went on to put a stay on me with the belief this case would settle between Magnanini and the Insurance Tile defendants. If deposition don't matter, then why did I waste so many years, time, lost of work to go to these depositions to cross examine theses witnesses and crooks, and some wittness who sort refuge leaving the United States and giving up their citizen ship. I stayed here to fight for the truth of my innocence, got it and it didn't matter. They all admitted I did not conspire with any of them even as hard as Mr. Magnanimity tried to convince them to say I did.

The truth can be twisted and turned to a point long enough until it comes back again as truth. And the truth is I am innocent. The plaintiff has stretched the truth in this case for so long that the truth came back and bit him. They should not be allowed to continue to twist the truth and take advantage of the courts any longer.

**At this time I am asking the court to continue my stay because I am going to seek and apply for Public Defendant and searching the internet for Pro Bono and where**

ever I can. I have reached my point of mind to understand these proceedings any longer. Just as Mr. Kott an experience and seasoned attorney needed the council of Mr. Hayes to decide what he wanted to do with me, I need the same help. Without it I have no proper representation in the court of law. Of cause, if I find one, ample time will be needed for the attorney to review this long complex case who ever it may be.

PS, as trying to complete this letter on Feb 16, 2012, I received a docket of some sort in the mail of settlement referred to a Feb 3, 2012 order by your Honor. Not only do I don't know what this means, I was left out of any input because of the stay. I'm totally lost now.

Thank You, your Honor, Please consider

**At A Great Disadvantage**

**Richard Calanni, Pro-Se**

1 OF 2 pgs.