**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant/Third-Party
 Plaintiff Commonwealth Land Title Insurance Company

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., <br>      Plaintiff, <br> v. <br><br> CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, RONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW YORK INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, COASTAL TITLE AGENCY, DONNA PEPSNY, WEICHERT REALTORS, and VECCHIO REALTY, INC. D/B/A MURPHY REALTY BETTER HOMES and GARDENS, <br><br>      Defendants. <br> and <br><br> COMMONWEALTH LAND TITLE INSURANCE COMPANY <br><br>      Defendant/Third-Party Plaintiff, <br> v. <br><br> ROBERT WALSH, JAMES WALSH and ELIZABETH ANN DeMOLA, <br><br>      Third-Party Defendants. | Civil Action No. 97-cv-3496 (DRD) (MAS) <br> Honorable Dickinson R. Debevoise <br><br><br><br> **AFFIDAVIT OF DAVID R. KOTT IN OPPOSITION TO PLAINTIFF'S MOTION (DOCUMENT 516 FILED 02/10/12) AWARDING PLAINTIFF SETTLEMENT FUNDS PAID BY DEFENDANT COASTAL TITLE AGENCY** |

ME1 13005045v.1

STATE OF NEW JERSEY    :
                       : ss:
COUNTY OF ESSEX        :

DAVID R. KOTT, of full age, being duly sworn, according to law, upon his oath, deposes and says:

1. I am a member of the Bar of the State of New Jersey and one of the attorneys for defendant Commonwealth Land Title Insurance Company ("Commonwealth") in this case. I made this Affidavit in opposition to a motion filed by plaintiff (Document 516 Filed 02/10/12) for an Order awarding plaintiff settlement funds paid by defendant Coastal Title Agency.

2. I attach hereto as Exhibit A a Business Errors or Omissions Liability Policy I received from Steven J. Polansky, Esq., an attorney retained by co-defendant Coastal Title Agency's insurer, General Star Indemnity Company, which has been produced in discovery in this case.

3. I attach hereto as Exhibit B an April 10, 1989 Agreement between Commonwealth and Coastal Title Agency Inc. which has been produced in discovery in this case.

4. I attach hereto as Exhibit C a November 1, 1996 Issuing Agency Agreement between defendant Fidelity National Title Insurance Company of New York and Coastal Title Agency, Inc., which has been produced in discovery in this case.

5. I attach hereto as Exhibit D a January 1, 1991 Agency Contract between TRW Title Insurance of New York Inc. and Coastal Title Agency, Inc., which has been produced in discovery in this case.

6. I attach hereto as Exhibit E a true and accurate copy of a closing service letter on behalf of Commonwealth to National Home Funding, Inc., with a signature line for Robert F. Agel of Coastal Title Agency, Inc., dated July 30, 1996, which has been produced in discovery in this case.

7. I attach hereto as Exhibit F a true and accurate copy of a closing service letter on behalf of Commonwealth to National Home Funding, Inc., with a signature line for Robert F. Agel of Coastal Title Agency, Inc., dated March 27, 1997, which has been produced in discovery in this case.

8. I attach hereto as Exhibit G a true and accurate copy of relevant portions of the transcript of the August 5, 2010 deposition of Robert Agel, which has been produced in discovery in this case.

_____
DAVID R. KOTT

Sworn and subscribed to
before me this 21 day
of February, 2012.

_____

DEBRA ANNE KAUFMAN
A NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES 12/01/2015

ME1 13005045v.1