

# McCARTER & ENGLISH
ATTORNEYS AT LAW

February 21, 2012

VIA ELECTRONIC FILING AND REGULAR MAIL

Honorable Dickinson R. Debevoise
United States District Court, District of New Jersey
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
Room 5083
50 Walnut Street
Newark, NJ 07102

> Re: Walsh Securities, Inc. v. Cristo Property Management, et al.
> United States District for the District of New Jersey
> Civil Action No. 97-3496 (DRD)(MAS)

Dear Judge Debevoise:

We represent the defendant, Commonwealth Land Title Insurance Company, in this case.

On January 17, 2012, Your Honor heard oral argument on a number of motions for partial summary judgment filed by the parties. In our brief in opposition to plaintiff's motion for partial summary judgment (Document 492-1 Filed 12/23/11), we cited to the New Jersey Appellate Division's December 22, 2011 decision in Bondi v. Citigroup. I write simply to inform the Court that the Bondi decision is now reported at 423 N.J. Super. 377, 32 A.3d 1158.

Respectfully submitted,

David R. Kott

DRK:tas

cc: Robert A. Magnanini, Esq. (via electronic filing & email)
Amy Walker Wagner, Esq. (via email)
Daniel I. Mee, Esq. (via email)
Edward J. Hayes, Jr., Esq. (electronic filing)

David R. Kott
Partner
T. 973.622.4444
F. 973.624.7070
dkott@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 13012002v.1