**Richard Calanni, pro-se**
1 Old Farm Road Tinton Falls, NJ 07724,  Phone (732) 389-8738 Fax (732) 389-8853

Honorable Michael A. Shipp, U.S.M.J　　　　　　January 23, 2012
United States District Court District Of New Jersey
50 Walnut Street
Newark, NJ 07101

  Re: WALSH SECURITIES, INC.,
     Action No. CV 97-3496 (DRD/MAS)

Dear Judge Shipp,

In receipt of your LETTER ORDER DOCUMENT 517, DATED 2/16/12, I just received via US mail on Thursday 2/23/12 at 2:30pm. Monday is 2/27/12. This is only giving me one day Friday prepare and respond. I called your office immediately. In addition, I need to speak to the attorney Mr. Toto who handled the my bankruptcy. It appeared to me not by his fault, the questions asked of him on the Feb 8, 2012 phone conference was a question unprepared for. He was in court and informally joined the conference without pay. Its obvious to me he wasn't carrying my files with him during his court proceedings. which again in my opinion was unfair to him and me. I didn't know that the decision of my stay being lifted or not was partially based on what Mr. Toto's response was going be in the conference. He doesn't have any knowledge of this case and never was a part of it. In my opinion again, he was unfairly thrown into the mix, leaving me short of proper representation.

I need to contact Mr. Toto, arrange a meeting, get what files he has and wonder if it makes any difference any way if law restricts me to incorporate the litigation into my bankruptcy

So please your Honor, I am asking for an extended amount of time to respond. I am working pro-se without any resources of money, knowledge or man power. A big load to carry, but no choices to choose from.

Thank you
Richard Calanni, pro-se

*/s/ Richard Calanni*