# STONE ⚔ MAGNANINI
### LLP

COMPLEX COMMERCIAL LITIGATION

**NEW JERSEY OFFICES**    150 JFK Parkway, Short Hills, NJ 07078    P  973.218.1111    F  973.218.1106

February 27, 2012

**VIA CM/ ECF**

Honorable Michael A. Shipp, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07101

> Re:    *Walsh Securities, Inc.  v. Cristo Property Management, LTD, et al.*
>        Civil Action No. 97-3496 (DRD/MAS)

Dear Judge Shipp:

This firm represents plaintiff Walsh Securities Inc. in the above-referenced action.  We write to respectfully request a short extension of time in which to file a reply in support of our Motion to Disburse the Coastal Settlement Proceeds (Document No. 516, filed February 10, 2012), to which Commonwealth opposed, and to respond to Commonwealth Land Title Insurance Co.'s Motion to Compel Production of Supplemental Documentation regarding Latham & Watkins' Internal Investigation (Document No. 515, filed February 10, 2012).

The new date for both our reply and our opposition to Commonwealth's motion would be March 5, 2012.  Counsel for Commonwealth has consented to this request.

Should Your Honor have any questions, please do not hesitate to contact the undersigned.

Respectfully submitted,

Robert A. Magnanini

RAM/aa
cc :    All Counsel of Record (via CM/ECF)
        Richard Calanni (via electronic mail)