CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101-0419

OFFICIAL BUSINESS

RECEIVED - CLERK
U.S. DISTRICT COURT
2012 FEB 21 P 2:05

AUGUST W. FISCHER
53 PEQUOT ROAD
RINGWOOD, NJ 07456

neopost
02/22/2012
US POSTAGE
$00.65⁰

FIRST-CLASS MAIL
ZIP 07102
041L11214751

NIXIE       075    4E   1       70   02/24/12
         RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

BC: 07101           *2030-00604-22-39

**Other Orders/Judgments**
2:97-cv-03496-DRD-MAS WALSH SECURITIES INC v. CRISTO PROPERTY, et al
12BK, SCHEDO

RECEIVED
U.S. DISTRICT COURT
2012 FEB 27 P 2:00

U.S. District Court

District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 2/21/2012 at 6:32 AM EST and filed on 2/16/2012
**Case Name:** WALSH SECURITIES INC v. CRISTO PROPERTY, et al
**Case Number:** 2:97-cv-03496-DRD-MAS
**Filer:**
**Document Number:** 517

**Docket Text:**
**LETTER-ORDER that the stay against Mr. Calanni will be lifted effective 3/1/12 unless he presents a copy of relevant bankruptcy filing by 2/27/12; ( In-Person Status/Settlement Conference set for 3/13/2012 10:00 AM before Magistrate Judge Michael A. Shipp.) If the case fails to settle as to Mr. Calanni, he shall subm. an appl. for pro bono counsel by 3/23/12, opposition due 3/30/12.. Signed by Magistrate Judge Michael A. Shipp on 2/16/12. (DD, )**

**2:97-cv-03496-DRD-MAS Notice has been electronically mailed to:**

AMY CHRISTINE PURCELL    apurcell@foxrothschild.com

AMY WALKER WAGNER    awagner@stonemagnalaw.com, aalberts@stonemagnalaw.com, mhamilton@stonemagnalaw.com

DAVID HARTMAN COLVIN    dcolvin@foxrothschild.com

DAVID R. KOTT    dkott@mccarter.com

FREDERICK W. ALWORTH    falworth@gibbonslaw.com, efiling@gibbonslaw.com

JEROME A. BALLAROTTO    jabesquire@aol.com

JOHN B. MCCUSKER    jmcc@marc-law.com, ceaves@marc-law.com, mpapagelopoulos@marc-law.com, msommer@marc-law.com

MARK W. CATANZARO    mark@catanzarolaw.com, lisa@catanzarolaw.com, susan@catanzarolaw.com

MARTIN R. MCGOWAN    mcgowan@methwerb.com, fertig@meth.com, mcg49@comcast.net

https://ecf.njd.circ3.dcn/cgi-bin/Dispatch.pl?667493948781638                              2/21/2012

MICHAEL D. SCHOTTLAND  mschottland@lomurrolaw.com, rrella@lomurrolaw.com, smcdonough@lomurrolaw.com

NORMAN M. HOBBIE  nhobbie@hcbtlaw.com, ctdavi@hcbtlaw.com

ROBERT A. MAGNANINI  rmagnanini@stonemagnalaw.com, aalberts@stonemagnalaw.com, mhamilton@stonemagnalaw.com

ROBERT J. REILLY , III  rreilly@rswlegal.com

VINCENT P. MANNING  vmanning@freeholdlawyers.com

**2:97-cv-03496-DRD-MAS Notice will not be electronically mailed to::**

ANTHONY D'APOLITO
909 WOODLAND AVENUE
WALL, NJ 07719

AUGUST W. FISCHER
53 PEQUOT ROAD
RINGWOOD, NJ 07456

ELIZABETH A. DEMOLA
1 ABEDIM WAY
CALIFON, NJ 07830

JAMES R. BROWN
1089 CEDAR AVENUE
UNION, NJ 07083

JOHN M. BOYLE
LINDABURY, MCCORMICK & ESTABROOK, PC
53 CARDINAL DRIVE
PO BOX 2369
WESTFIELD, NJ 07091-2369

MARITZA D. BERDOTE BRYNE

PASQUALE MENNA
KAUFF & MENA , ESQS.
170 BROAD STREET
P.O. BOX 762
RED BANK, NJ 07701

RICHARD CALANNI
ONE OLD FARM ROAD
TINTON FALLS, NJ 07724-3272

RICHARD DIBENEDETTO
3 LOLLER DRIVE

CM/ECF LIVE - U.S. District Court for the District of New Jersey
Case 2:97-cv-03496-DRD-JAD Document 528 Filed 03/27/12 Page 4 of 6 PageID: 10129
Page 3 of 3

MARTINSVILLE, NJ 08836

STANLEY YACKER
33 BROADWAY, #1
OCEAN ROVE, NJ 07756

TERRENCE S. BRODY
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street, 8th Floor West Wing
P.O. Box 080
Trenton, NJ 08625-0080

THEODORE W DAUNNO
1033 CLIFTON AVENUE
CLIFTON, NJ 07013

THOMAS G. BRODO
319 QUEEN ANNE RD #B
TEANECK, NJ 07666

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=2/21/2012] [FileNumber=5696326-0
] [26b790ce83c178c05b8052fef10c32cd181f8892ad5d535334fee9f20aa0b2e38b1
314d953c4ce56162fed1875e598b75f6266b05810f506a54684eddeece3d8]]

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

CHAMBERS OF
**MICHAEL A. SHIPP**
UNITED STATES MAGISTRATE JUDGE

MARTIN LUTHER KING COURTHOUSE
50 WALNUT ST. ROOM 2042
NEWARK, NJ 07102
973-645-3827

**LETTER ORDER**

February 16, 2012

**VIA CM/ECF**

Re:   Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.
      Civil Action No. 97-3496 (DRD)

Dear Counsel and Mr. Calanni:

This matter came before the Court upon correspondence from counsel and Mr. Calanni regarding Mr. Calanni's bankruptcy status. According to Plaintiff's counsel, Mr. Calanni's bankruptcy proceedings did not include the within litigation. Mr. Calanni's correspondence indicated his belief that the bankruptcy proceedings included the within litigation. The Court conducted a telephone status conference on February 8, 2012. Mr. Calanni's bankruptcy attorney informally participated in the conference and did not provide any assurances to the Undersigned that the bankruptcy covered the within litigation.

After careful consideration, the Court **ORDERS**:

1. The stay against Mr. Calanni in this matter will be lifted effective **March 1, 2012** unless by **February 27, 2012**, Mr. Calanni presents a copy of relevant bankruptcy filings which demonstrates that the within litigation was covered by the bankruptcy proceedings.

2. This matter is scheduled for an in-person status/settlement conference as to Mr. Calanni on **March 13, 2012 at 10:00 a.m.** Mr. Calanni and counsel for Plaintiff must attend the settlement conference in person. Counsel for Defendants may attend the conference in person or may be immediately available by telephone. By **March 6, 2012**, each party must submit an *ex parte*, confidential letter regarding its settlement position as it relates to Mr. Calanni.

3. If the case fails to settle as to Mr. Calanni, Mr. Calanni shall submit an application for pro bono counsel by **March 23, 2012**. Any opposition to the pro bono application shall be submitted by **March 30, 2012**.

_____
HONORABLE MICHAEL A. SHIPP
UNITED STATES MAGISTRATE JUDGE