ECF



**McCARTER**
**&ENGLISH**
ATTORNEYS AT LAW

February 29, 2012

**VIA ELECTRONIC FILING AND REGULAR MAIL**

Clerk
United States District Court, District of New Jersey
Martin Luther King Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:  Walsh Securities, Inc. v. Cristo Property Management, et al.
United States District for the District of New Jersey
Civil Action No. 97-3496 (DRD)(MAS)

David R. Kott
Partner
T. 973.622.4444
F. 973.624.7070
dkott@mccarter.com

Dear Sir/Madam:

We represent defendant, Commonwealth Land Title Insurance Co. ("Commonwealth"), in this case.

On February 21, 2012 I electronically filed an Affidavit of David R. Kott in Opposition to Plaintiff's Motion (Document 516 Filed 02/10/12) Awarding Plaintiff Settlement Funds Paid by Defendant Coastal Title Agency.  (Document 519-1 Filed 0/21/12.)  I attached to that Affidavit as Exhibit A a Business Errors or Omissions Liability Policy insuring co-defendant Coastal Title Agency issued by General Star Indemnity Company.

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

I now enclose for filing a Supplemental Affidavit of David R. Kott in Opposition to Plaintiff's Motion (Document 516 Filed 02/10/12) Awarding Plaintiff Settlement Funds Paid by Defendant Coastal Title Agency.  This Supplemental Affidavit has attached to it a more legible copy of the General Star Indemnity Company Business Errors or Omissions Liability Policy issued to co-defendant Coastal Title Agency.

BOSTON

Very truly yours,

HARTFORD

/\\_

NEW YORK

David R. Kott
Enclosures
DRK:tas

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

cc:  Honorable Dickinson R. Debevoise (w/encs., via electronic filing and regular mail)
Honorable Michael A. Shipp (w/encs., via electronic filing and regular mail)
Robert A. Magnanini, Esq. (w/encs., via electronic filing and email)
Amy Wagner, Esq. (w/encs., via email)
Daniel I. Mee, Esq. (w/encs., via email)
Edward J. Hayes, Jr., Esq. (w/encs., via email and regular mail)
Sara F. Merin, Esq. (w/encs., via email)

ME1 13060625v.1