# STONE 𝕄 MAGNANINI
## LLP

COMPLEX COMMERCIAL LITIGATION

**NEW JERSEY OFFICES**   150 JFK Parkway, Short Hills, NJ 07078   P 973.218.1111   F 973.218.1106

March 5, 2012

**VIA CM/ECF**

Honorable Michael A. Shipp, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07101

    Re:   *Walsh Securities, Inc. v. Cristo Property Management, LTD, et al.*
           Civil Action No. 97-3496 (DRD/MAS)

Dear Judge Shipp:

    This firm represents Plaintiff Walsh Securities in the above-referenced matter. We write in response to Defendant Commonwealth Land Title's February 10, 2012 motion to compel the production of any supplemental documents regarding Latham & Watkins' internal investigation (Docket No. 515).

    After extensive review of all files related in any way to Walsh Securities, we cannot locate any other "supplemental investigative report" by Latham & Watkins. We have discussed this with Commonwealth's counsel, David Kott; therefore, we will not be filing an opposition to this motion. Further, we understand that Mr. Kott will be filing a letter withdrawing this motion so that the Court will not be required to spend further time on this issue.

    Please do not hesitate to contact the undersigned with any questions Your Honor may have.

                                     Respectfully submitted,

                                     /s/Robert A. Magnanini
                                     Robert A. Magnanini

RAM/aa
cc: All Counsel of Record (via CM/ECF)