**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**MICHAEL A. SHIPP**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.  ROOM 2042<br>NEWARK, NJ 07102<br>973-645-3827 |

**LETTER ORDER**

March 2, 2012

**VIA CM/ECF**

    Re:    **Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.**
              **Civil Action No. 97-3496 (DRD)**

Dear Counsel and Mr. Calanni:

    This matter comes before the Court upon Mr. Calanni's request for an extension of time to respond to the Court's February 16, 2012 Order.

    After careful consideration, the Court **ORDERS**:

1. The Court grants Mr. Calanni's request for an extension of time to respond to the Court's February 16, 2012 Order.

2. The settlement conference currently scheduled for March 13, 2012 is hereby adjourned. The Court will conduct a status/settlement conference on **March 28, 2012** at **10:00 a.m.** Counsel for Plaintiff and Mr. Calanni must attend the conference in person. Counsel for Defendants may attend the conference in person or may be immediately available by telephone. By **March 21, 2012**, each party must submit an *ex parte*, confidential letter regarding its settlement position as it relates to Mr. Calanni.

3. Mr. Calanni must bring a copy of any documents that support his assertion that the bankruptcy proceedings covered the within litigation to the March 28, 2012 conference. If Mr. Calanni fails to demonstrate that the bankruptcy proceedings covered the within litigation, the Court will lift the stay and proceed with the settlement conference.

4. If the case fails to settle as to Mr. Calanni, Mr. Calanni shall submit an application for pro bono counsel by **April 5, 2012**. Any opposition to the pro bono application shall be submitted by **April 12, 2012**.

_____
HONORABLE MICHAEL A. SHIPP
UNITED STATES MAGISTRATE JUDGE