
## McCARTER & ENGLISH
ATTORNEYS AT LAW

**VIA ELECTRONIC FILING & REGULAR MAIL**

March 7, 2012

Hon. Michael A. Shipp, U.S.M.J.
United States District Court
District of New Jersey
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

David R. Kott
Partner
T. 973.639.2056
F. 973.624.7070
dkott@mccarter.com

Re: Walsh Securities, Inc. v. Cristo Property Management, et al.
Civil Action No. 97-cv-3496 (DRD) (MAS)

Dear Judge Shipp:

We represent the defendant Commonwealth Land Title Insurance Company in this matter. On February 10, 2012 we electronically filed a letter motion to compel the production of any supplemental reports/letters/findings regarding an internal investigation that Latham & Watkins did on behalf of the plaintiff (Document 515 Filed 02/10/12). We are in receipt of a March 5, 2012 letter from Robert A. Magnanini, Esq., the attorney for the plaintiff (Document 527 Filed 03/05/12). Based upon the representation made by Mr. Magnanini in this letter that after an extensive review of all files related in any way to Walsh Securities, Mr. Magnanini has not been able to locate any other "supplemental investigative report" by Latham & Watkins, we withdraw our motion.

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

Respectfully submitted,

David R. Kott

cc: Robert Magnanini, Esq. (electronic filing and regular mail)
Daniel I. Mee, Esq. (email and regular mail)
Jeffrey Shooman, Esq. (email and regular mail)
Amy Walker Wagner, Esq. (email and regular mail)
Edward J. Hayes, Esq. (email and regular mail)

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 13096521v.1