**Richard Calanni, pro-se**
1 Old Farm Road Tinton Falls, NJ 07724, Phone (732) 389-8738 Fax (732) 389-8853

Honorable Michael A. Shipp, U.S.M.J          March 17, 2012
United States District Court District Of New Jersey
50 Walnut Street
Newark, NJ 07101

Re:   WALSH SECURITIES, INC.,
            Action No. CV 97-3496 (DRD/MAS)

Dear Judge Shipp,

According to the bankruptcy documents that I was able to get from the attorney handling it, he addressed and combined this case CV97-3496 to U.S DISTRICT COURT, FISHER FEDERAL BUILDING , TRENTON NJ 08608. I specifically included this case with him when I was preparing my bankruptcy. If he got it wrong I don't know where I stand now as usual. Here I go again. Another step, another problem from another attorney who I look to depend on because their the ones who are suppose to utilize the law, that they are suppose to protect me with. Three attorneys on three different levels in this case, three errors made by them, yet I'm left holding the bag. What to do, I don't know anymore

In need of HELP

Richard Calanni, pro-se