UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

WALSH SECURITIES, INC.,

        Plaintiff,

v.

CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, et al.,

        Defendants.

Civ. No. 97-3496 (DRD)

**O R D E R**

This matter having come before the Court on a Motion for Summary Judgment submitted by Plaintiff Walsh Securities, Inc. ("WSI") on certain of its claims for breach of contract and a Motion for Summary Judgment submitted by Fidelity National Title Insurance Co. of New York, and Nations Title Insurance of New York (collectively referred to as "the Title Insurers") on a number of WSI's claims for breach of contract, as well as on its claim for bad faith and portions of its claim for compensatory damages; and the Court having considered the submissions and oral arguments of the parties;

IT IS on this 17th day of April, 2012, hereby ORDERED that WSI's Motion for Summary Judgment is DENIED. The Title Insurers' Motion for Summary Judgment is DENIED with respect to WSI's claims for breach of contract and compensatory damages, but GRANTED with respect to WSI's claim for bad faith. WSI's bad faith claim is dismissed with prejudice.

                                                                            **/s/ Dickinson R. Debevoise**
                                                                           DICKINSON R. DEBEVOISE, U.S.S.D.J.