**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

CHAMBERS OF
**DICKINSON R. DEBEVOISE**
JUDGE

MARTIN LUTHER KING JR.
FEDERAL BUILDING & COURTHOUSE
50 WALNUT ST., ROOM 5083
P.O. BOX 999
NEWARK, NJ 07101-0999
**973-645-6121**

April 17, 2012

Robert A. Magnanini, Esq.
Stone & Magnanini, LLP
150 JFK Parkway, 4th Floor
Short Hills, New Jersey 07078

Edward J. Hayes, Esq.
Fox Rothschild, LLP
2000 Market Street, 20th Floor
Philadelphia, Pennsylvania 19103

David R. Kott, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102

Re:    **Walsh Securities, Inc. v. Cristo Property Management, LTD.**
       **Civ. No. 97-3496 (DRD)**

Dear Counsel:

I think the issuance of the opinion concerning the pending motions is about as far as we can go without a trial.  I will ask my Deputy Clerk, Ms. Ellen McMurray to communicate with you and arrange a date when we can have a settlement conference.  I invite you all to engage in creative thinking so that we can relieve all the parties as well as the Court of the continuing burden of carrying this case in an active status.

Very truly yours,

Dickinson R. Debevoise
U.S.S.D.J.

cc:    Ellen McMurray, Deputy Clerk
DRD/cds