

**McCARTER & ENGLISH**
ATTORNEYS AT LAW

David R. Kott
Partner
T. 973.639.2056
F. 973.624.7070
dkott@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

April 30, 2012

VIA ELECTRONIC FILING AND REGULAR MAIL

Honorable Michael A. Shipp
Magistrate Judge
U.S. District Court, District of New Jersey
M.L. King Jr. Federal Bldg & Courthouse
50 Walnut Street
Newark, NJ 07102

Re:  Walsh Securities, Inc. v. Cristo Property Management, et al.
     United States District for the District of New Jersey
     Civil Action No. 97-3496 (DRD)(MAS)

Dear Judge Shipp:

We represent the defendants/third party plaintiff Commonwealth Land Title Insurance Company in this case. In support of our application for the pro hac vice admission of David M. Satnick, Esq. and Sara Crisafulli, Esq., we enclose the following:

  1.  Certification of David R. Kott in Support of Application for Admission of David M. Satnick, Esq. and Sara J. Crisafulli, Esq., pro hac vice;

  2.  Certification of David M. Satnick, Esq., in Support of Application for Admission of David M. Satnick, Esq., pro hac vice;

  3.  Certification of Sara J. Crisafulli, Esq., in Support of Application for Admission of Sara J. Crisifulli, Esq., pro hac vice;

  4.  Proposed Order admitting David M. Satncik, Esq. and Sara J. Crisifulli, Esq., pro hac vice;

As noted in my enclosed Certification, we have been informed by Robert A. Magnanini, Esq., one of the attorneys for the plaintiffs, that the plaintiffs do not object to the pro hac vice admissions of Mr. Satnick and Ms. Crisafulli. Accordingly, if the enclosed Order meets with Your Honor's approval, I would request that Your Honor enter the Order and that Your Honor's Deputy Clerk electronically file same.

Respectfully Submitted,

David R. Kott

DRK/dak
Enclosures

cc:  Robert A. Magnanini, Esq. (w/encs. - via electronic filing and regular mail)
     Edward J. Hayes, Jr., Esq. (via email)

ME1 13350315v.1