**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant/Third-Party
Plaintiff Commonwealth Land Title Insurance Company

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

WALSH SECURITIES, INC.,
     Plaintiff,
v.

CRISTO PROPERTY MANAGEMENT, LTD., a/k/a
G.J.L. LIMITED, DEK HOMES OF NEW JERSEY,
INC., OAKWOOD PROPERTIES INC.,
NATIONAL HOME FUNDING, INC., CAPITAL
ASSETS PROPERTY MANAGEMENT &
INVESTMENT CO., INC., CAPITAL ASSETS
PROPERTY MANAGEMENT, L.L.C., WILLIAM J.
KANE, GARY GRIESER, ROBERT
SKOWRENSKI, II, RICHARD CALANNI,
RICHARD DIBENEDETTO, JAMES R. BROWN,
THOMAS BRODO, RONALD J. PIERSON,
STANLEY YACKER, ESQ., MICHAEL ALFIERI,
ESQ., RICHARD PEPSNY, ESQ., ANTHONY M.
CICALESE, ESQ., LAWRENCE M. CUZZI,
ANTHONY D'APOLITO, DAP CONSULTING,
INC., COMMONWEALTH LAND TITLE
INSURANCE COMPANY, NATIONS TITLE
INSURANCE OF NEW YORK INC., FIDELITY
NATIONAL TITLE INSURANCE COMPANY OF
NEW YORK, COASTAL TITLE AGENCY,
DONNA PEPSNY, WEICHERT REALTORS, and
VECCHIO REALTY, INC. D/B/A MURPHY
REALTY BETTER HOMES and GARDENS,

     Defendants.
and

COMMONWEALTH LAND TITLE INSURANCE
COMPANY

     Defendant/Third-Party Plaintiff,
v.

ROBERT WALSH, JAMES WALSH and
ELIZABETH ANN DeMOLA,

     Third-Party Defendants.

---

Civil Action No. 97-cv-3496 (DRD) (MAS)
Honorable Dickinson R. Debevoise

**CERTIFICATION OF DAVID R. KOTT IN SUPPORT OF APPLICATION FOR ADMISSION OF DAVID M. SATNICK, ESQ. AND SARA J. CRISAFULLI, ESQ. *PRO HAC VICE***

ME1 13340185v.1

**DAVID R. KOTT**, of full age, hereby certifies as follows:

1. I am an attorney-at-law of the State of New Jersey and a member of the law firm of McCarter & English, LLP, attorneys for Defendant/ Third Party Plaintiff Commonwealth Land Title Insurance Company. I submit this Certification in support of the application of David M. Satnick, Esq. and Sara J. Crisafulli, Esq., for admission to the Bar of this Court *pro hac vice*. I am familiar with the facts and information set forth herein.

2. Plaintiffs' counsel, Robert A. Magnanini, Esq. of Stone Magnanini has informed me that he has no objection to the *pro hac vice* admission of Mr. Satnick and Ms. Crisafulli.

3. I am a member in good standing of the New Jersey bar.

4. Mr. Satnick and Ms. Crisafulli will be associated with me in the defense of this matter. I will be responsible for the conduct of Mr. Satnick and Ms. Crisafulli in the case. I, or another member of McCarter & English, LLP, will sign all pleadings, briefs and other papers filed with the Court.

5. I, or another member or associate of McCarter & English, LLP, will make all court appearances.

6. I have advised Mr. Satnick and Ms. Crisafulli of the existence of the Rules of the United States District Court for the District of New Jersey and have provided to them copies of L. Civ. R. 103.1, *Judicial Ethics and Professional Responsibility*; L. Civ. R. 101.1(c), *Admission of Attorneys: Appearance* Pro Hac Vice; *Local Counsel*; and L. Civ. R. 104.1, *Discipline of Attorneys*. I will ensure that Mr. Satnick and Ms. Crisafulli comply with L. Civ. R. 101.1(c).

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                   *[signature]*
                                                  DAVID R. KOTT

Dated: April 26, 2012