**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant/Third-Party
  Plaintiff Commonwealth Land Title Insurance Company

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., <br>                    Plaintiff, <br> v. <br><br> CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, RONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW YORK INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, COASTAL TITLE AGENCY, DONNA PEPSNY, WEICHERT REALTORS, and VECCHIO REALTY, INC. D/B/A MURPHY REALTY BETTER HOMES and GARDENS, <br><br>                    Defendants. <br> and <br><br> COMMONWEALTH LAND TITLE INSURANCE COMPANY <br><br>                    Defendant/Third-Party Plaintiff, <br> v. <br><br> ROBERT WALSH, JAMES WALSH and ELIZABETH ANN DeMOLA, <br><br>                    Third-Party Defendants. | Civil Action No. 97-cv-3496 (DRD) (MAS) <br> Honorable Dickinson R. Debevoise <br><br><br><br><br> **CERTIFICATION OF DAVID M. SATNICK IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

ME1 13339836v.1

**David M. Satnick**, of full age, hereby certifies as follows:

1. I am and have been since 1979 an attorney-at-law of the Bar of the Supreme Court of the State of New York, which is the State in which I am domiciled and in which I principally practice law.

2. The Clerk of the Appellate Division of the Supreme Court of the State of New York, located at 25th Street and Madison Avenue, New York, New York is the office maintaining the roll of the members of the bar of the State of New York.

3. I certify that there are no disciplinary proceedings pending against me in any jurisdiction, and no discipline has previously been imposed upon me in any jurisdiction.

4. I understand that I have a continuing obligation to notify the Court of any matter affecting my standing with the bar of the State(s) of New York or with any other court in which I am admitted to practice.

5. I am a Partner of the law firm of Loeb & Loeb, LLP, 345 Park Avenue, New York, New York 10154.

6. I have represented Commonwealth Land Title Insurance Company in various actions. In that capacity, I have become familiar with claims made against Commonwealth Land Title Insurance Company and have developed expertise in claims made against Commonwealth Land Title Insurance Company.

7. Because of my firm's long-standing relationship with Commonwealth Land Title Insurance Company and our familiarity with the nature of its products, the clients have requested that we represent them in connection with this lawsuit.

8. I have reviewed the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, *Judicial Ethics and Professional Responsibility*; L. Civ. R. 101.1(c), *Admission of Attorneys: Appearance* Pro Hac

Vice; *Local Counsel*; and L. Civ. R. 104.1, *Discipline of Attorneys* and agree to comply with said Rules, including all disciplinary rules, and to be associated with the law firm of McCarter & English, LLP, attorneys of record authorized to practice in the State of New Jersey and before this Court, during the period of my *pro hac vice* admission.

9. I agree to have all pleadings, briefs, and other papers filed with the Court signed by a member of the law firm of McCarter & English, LLP.

10. I agree to submit to this Court's jurisdiction for discipline;

11. I agree to pay the fee for this *pro hac vice* admission of $150.00 to the Clerk, United States District Court for the District of New Jersey.

12. I agree to remit to the New Jersey Lawyers' Fund for Client Protection the annual payment required in accordance with New Jersey Court Rule 1:28-2(a) for each calendar year this matter is pending.

13. I certify that all retainer agreements with clients in the subject litigation do not, and in the future will not, violate any of the contingency fee provisions found in the New Jersey Court Rules.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DAVID M. SATNICK

Dated: April 30, 2012

ME1 13339836v.1