**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant
 Commonwealth Land Title
 Insurance Company

**FOX ROTHSCHILD, LLP**
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Attorneys for Defendants
 Fidelity National Title Insurance Co.
 of New York, and Nations Title
 Insurance of New York, Inc.

| | |
|---|---|
| WALSH SECURITIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. Limited, ET AL., <br><br> Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY <br><br> Civil Action No. 97-cv-3496 (DRD)(MAS) <br><br> Hon. Dickinson R. Debevoise, U.S.S.D.J. <br> Hon. Michael A. Shipp, U.S.M.J. <br><br> **Motion Day: June 4, 2012** <br><br> **NOTICE OF MOTION FOR PARTIAL RECONSIDERATION OF THE COURT'S APRIL 17, 2012 DECISION OR, IN THE ALTERNATIVE, FOR CERTIFICATION TO THE THIRD CIRCUIT** |

TO:   Robert A. Magnanini, Esq.
      Stone & Magnanini LLP
      150 JFK Parkway
      Short Hills, NJ 07078

COUNSEL:

**PLEASE TAKE NOTICE** that on June 4, 2012 at 10 o'clock in the forenoon, or as soon thereafter as counsel may be heard, we shall apply to the United States District Court for the

ME1 13362740v.1

District of New Jersey for entry of an Order granting partial reconsideration of the Court's April 17, 2012 Order and Opinion finding that Plaintiff has standing to pursue its claims for damages resulting from Walsh Holding Co., Inc.'s loss of merger with Resource Bancshares Mortgage Group or, in the alternative, certifying the issue to the Third Circuit for review;

**PLEASE TAKE FURTHER NOTICE** that in support of the motion we shall rely upon Commonwealth Land Title Insurance Co., Fidelity National Title Insurance Co. of New York, and Nations Title Insurance of New York, Inc.'s Brief in Support of Their Motion for Partial Reconsideration of the Court's April 17, 2012 Decision Denying, in Part, Their Motions for Partial Summary Judgment or, in the Alternative, For Certification to the Third Circuit;

**PLEASE TAKE FURTHER NOTICE** that proposed forms of Order are submitted with this motion.

       **McCARTER & ENGLISH, LLP**
       Attorneys for Defendant
         Commonwealth Land Title
         Insurance Company

       By:  *s/David R. Kott*
           David R. Kott
           A Member of the Firm

       **FOX ROTHSCHILD, LLP**
       Attorneys for Defendants
         Fidelity National Title Insurance Co. of
         New York, and Nations Title Insurance of
         New York, Inc.

       By:
           Edward J. Hayes

Dated: May 1, 2012