

May 1, 2012

**VIA ECF**

Clerk
U.S. District Court for the District of New Jersey
M. L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:  **Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.**
     **Civil Action No. 97-cv-3496 (DRD)(MAS)**

David R. Kott
Partner
T. 973.622.4444
F. 973.624.7070
dkott@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

Dear Sir/Madam:

This office represents Defendant Commonwealth Land Title Insurance Company in connection with this matter.  Enclosed for filing are the following:

(1)  Notice of Motion for Partial Reconsideration of the Court's April 17, 2012 Decision or, in the Alternative, for Certification to the Third Circuit;

(2)  Commonwealth Land Title Insurance Co., Fidelity National Title Insurance Co. of New York, and Nations Title Insurance of New York, Inc.'s Brief in Support of Their Motion for Partial Reconsideration of the Court's April 17, 2012 Decision Denying, in Part, Their Motions for Partial Summary Judgment or, in the Alternative, For Certification to the Third Circuit;

(3)  a proposed form of Order Granting the Motion for Partial Reconsideration and Reconsidering the Decision Regarding Plaintiff's Standing to Pursue a Claim for Damages for the Unconsummated Merger Transaction between Walsh Holdings, Co., Inc. and Resource Bancshares Mortgage Group;

(4)  a proposed form of Order Certifying to the Third Circuit for Review the Question of Plaintiff's Standing to Pursue a Claim for Damages for the Unconsummated Merger Transaction between Walsh Holdings, Co., Inc. and Resource Bancshares Mortgage Group; and

(5)  a Certification of Service.

Very truly yours,

s/ David R. Kott

David R. Kott
Enclosures
cc:  Honorable Dickinson R. Debevoise (via ECF and regular mail) (w/encls.)
     Robert A. Magnanini, Esq. (via ECF and regular mail) (w/encls.)
     Edward J. Hayes, Esq. (via ECF and regular mail) (w/encls.)

ME1 13370165v.1