**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant
   Commonwealth Land Title
   Insurance Company

**FOX ROTHSCHILD, LLP**
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Attorneys for Defendants
   Fidelity National Title Insurance Co.
   of New York, and Nations Title
   Insurance of New York, Inc.

|  |  |
|---|---|
| WALSH SECURITIES, INC.,<br><br>                 Plaintiff,<br><br>v.<br><br>CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. Limited, ET AL.,<br><br>                 Defendants. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No. 97-cv-3496 (DRD)(MAS)<br><br>Hon. Dickinson R. Debevoise, U.S.S.D.J.<br>Hon. Michael A. Shipp, U.S.M.J.<br><br>**Motion Day: June 4, 2012**<br><br>**ORDER GRANTING COMMONWEALTH LAND TITLE INSURANCE CO., FIDELITY NATIONAL TITLE INSURANCE CO. OF NEW YORK, AND NATIONS TITLE INSURANCE OF NEW YORK, INC.'S MOTION FOR PARTIAL RECONSIDERATION AND RECONSIDERING THE DECISION REGARDING PLAINTIFF'S STANDING TO PURSUE A CLAIM FOR DAMAGES FOR THE UNCONSUMMATED MERGER TRANSACTION BETWEEN WALSH HOLDINGS, CO., INC. AND ; RESOURCE BANCSHARES MORTGAGE GROUP** |

      **THIS MATTER** having been opened to the Court by McCarter & English, LLP, attorneys for Defendant Commonwealth Land Title Insurance Company, and Fox Rothschild,

LLP attorneys for Defendants Fidelity National Title Insurance Co. of New York, and Nations Title Insurance of New York, Inc., ("Title Defendants") seeking an Order granting partial reconsideration of the Court's April 17, 2012 Order and Opinion finding that Plaintiff has standing to pursue its claims for damages resulting from Walsh Holding Co., Inc.'s loss of merger with Resource Bancshares Mortgage Group or, in the alternative, certifying the issue to the Third Circuit for review; and the Court having considered the papers submitted in support of and in opposition to the Motion; and good cause appearing;

**IT IS** on this _____ day of _____, 2012,

**ORDERED** that the Title Defendants' motion for partial reconsideration of the Court's April 17, 2012 Order and Opinion is be and hereby is **GRANTED**; and it is further

**ORDERED** that this Court hereby reconsiders and vacates its April 17, 2012 Opinion and Order denying in part the Title Defendants' Motion for Partial Summary Judgment only to the extent that the Opinion and Order found that Plaintiff has standing to pursue its claims for damages resulting from Walsh Holding Co., Inc.'s loss of merger with Resource Bancshares Mortgage Group; and it is further

**ORDERED** that he Title Defendants' motion for partial summary judgment as to Plaintiff's lack of standing to pursue its claims for damages resulting from Walsh Holding Co., Inc.'s loss of merger with Resource Bancshares Mortgage Group be and hereby is **GRANTED**; and it is further

**ORDERED** that Plaintiff Walsh Securities, Inc., lacks standing to pursue its claims for damages resulting from Walsh Holding Co., Inc.'s loss of merger with Resource Bancshares Mortgage Group; and it is further

ME1 13362740v.1

**ORDERED** that all of Plaintiff's claims within the Complaint seeking damages from the Title Defendants based on the failed merger between Walsh Holdings, Co., Inc. and Resource Bancshares Mortgage Group, Inc. be and hereby are **DISMISSED** with prejudice and without costs.

_____
Hon. Dickinson R. Debevoise, U.S.D.J.