**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant
  Commonwealth Land Title
  Insurance Company

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | Civil Action No. 97-cv-3496 (DRD)(MAS) |
| Plaintiff, | Hon. Dickinson R. Debevoise, U.S.S.D.J.<br>Hon. Michael A. Shipp, U.S.M.J. |
| v. | |
| CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. Limited, ET AL., | **CERTIFICATION OF SERVICE** |
| Defendants. | |

**Sara F. Merin**, of full age, hereby certifies as follows:

1. I am an attorney at law of the State of New Jersey and am associated with the firm of McCarter & English, LLP, attorneys for Defendant Commonwealth Land Title Insurance Company ("Commonwealth") in this case.

2. On May 1, 2012, I caused to be filed with the Clerk of the United States District Court for the District of New Jersey via ECF the following documents:

    (a) Notice of Motion for Partial Reconsideration of the Court's April 17, 2012 Decision or, in the Alternative, for Certification to the Third Circuit;

    (b) Commonwealth Land Title Insurance Co., Fidelity National Title Insurance Co. of New York, and Nations Title Insurance of New York, Inc.'s Brief in Support of Their Motion for Partial Reconsideration of the Court's April

17, 2012 Decision Denying, in Part, Their Motions for Partial Summary Judgment or, in the Alternative, For Certification to the Third Circuit;

(c) A proposed form of Order Granting Commonwealth Land Title Insurance Co., Fidelity National Title Insurance Co. of New York, and Nations Title Insurance of New York, Inc.'s Motion for Partial Reconsideration and Reconsidering the Decision Regarding Plaintiff's Standing to Pursue a Claim for Damages for the Unconsummated Merger Transaction between Walsh Holdings, Co., Inc. and Resource Bancshares Mortgage Group;

(d) A proposed form of Order Certifying to the Third Circuit for Review the Question of Plaintiff's Standing to Pursue a Claim for Damages for the Unconsummated Merger Transaction between Walsh Holdings, Co., Inc. and Resource Bancshares Mortgage Group; and

(e) this Certification of Service.

3. On the same date, I sent a courtesy copy of each of the aforementioned documents via ECF and regular mail to:

> Honorable Dickinson R. Debevoise, U.S.S.D.J.
> U.S. District Court for the District of New Jersey
> M. L. King, Jr. Federal Bldg. & U.S. Courthouse
> 50 Walnut Street
> Newark, New Jersey 07101.

4. On the same date, I served, via ECF and regular mail, the aforementioned documents on the following counsel of record:

> Robert A. Magnanini, Esq.
> Stone Magnanini, LLP
> 150 John F. Kennedy
> Short Hills, NJ 07078;

ME1 13362740v.1

Edward J. Hayes, Jr., Esq.
Fox, Rothschild, O'Brien & Frankel
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

_/s/ Sara F. Merin_
Sara F. Merin

Dated: May 1, 2012