# STONE ▮ MAGNANINI
### LLP

COMPLEX COMMERCIAL LITIGATION

**NEW JERSEY OFFICES**  150 JFK Parkway, Short Hills, NJ 07078   P 973.218.1111   F 973.218.1106

May 15, 2012

**VIA CM/ECF**

Honorable Dickinson R. Debevoise
United States District Court for the
District of New Jersey
M.L. King. Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:   Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.
             Civil Action No.: 97-3496 (DRD/MAS)

Dear Judge Debevoise:

    We write as a follow up to the conversation between Daniel Mee, Esq. of this office and your law clerk concerning the opposition brief to be filed by Plaintiff, Walsh Securities, Inc. in response to the Motion for Reconsideration filed by Commonwealth Land Title Insurance Company and joined by Fidelity and Nations Title Companies. Because there is no reply allowed pursuant to the Rules, and because of various scheduling conflicts, Plaintiff has asked and counsel for Defendants have consented to Plaintiff filing its opposition brief on Tuesday, May 29, 2012 (because Monday, May 28 is a holiday), one week after the current May 21, 2012 response date. This short extension will not change the return date of June 4, 2012.

    Please feel free to telephone the undersigned with any questions Your Honor may have. We thank the Court for its continued courtesies in this matter.

                                  Respectfully submitted,

                                  Robert A. Magnanini

RAM/aa
cc:   David Kott, Esq. (via CM/ECF and electronic mail)
       Edward Hayes, Esq. (CM/ECF and electronic mail)