McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant/Third-Party
 Plaintiff Commonwealth Land Title Insurance Company

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

WALSH SECURITIES, INC.,

                Plaintiff,

v.

CRISTO PROPERTY MANAGEMENT, LTD., a/k/a
G.J.L. LIMITED, DEK HOMES OF NEW JERSEY,
INC., OAKWOOD PROPERTIES INC.,
NATIONAL HOME FUNDING, INC., CAPITAL
ASSETS PROPERTY MANAGEMENT &
INVESTMENT CO., INC., CAPITAL ASSETS
PROPERTY MANAGEMENT, L.L.C., WILLIAM J.
KANE, GARY GRIESER, ROBERT
SKOWRENSKI, II, RICHARD CALANNI,
RICHARD DIBENEDETTO, JAMES R. BROWN,
THOMAS BRODO, RONALD J. PIERSON,
STANLEY YACKER, ESQ., MICHAEL ALFIERI,
ESQ., RICHARD PEPSNY, ESQ., ANTHONY M.
CICALESE, ESQ., LAWRENCE M. CUZZI,
ANTHONY D'APOLITO, DAP CONSULTING,
INC., COMMONWEALTH LAND TITLE
INSURANCE COMPANY, NATIONS TITLE
INSURANCE OF NEW YORK INC., FIDELITY
NATIONAL TITLE INSURANCE COMPANY OF
NEW YORK, COASTAL TITLE AGENCY,
DONNA PEPSNY, WEICHERT REALTORS, and
VECCHIO REALTY, INC. D/B/A MURPHY
REALTY BETTER HOMES and GARDENS,

                Defendants.

and

COMMONWEALTH LAND TITLE INSURANCE
COMPANY

                Defendant/Third-Party Plaintiff,

v.

ROBERT WALSH, JAMES WALSH and
ELIZABETH ANN DeMOLA,

                Third-Party Defendants.

Civil Action No. 97-cv-3496 (DRD) (MAS)
Honorable Dickinson R. Debevoise

**ORDER ADMITTING DAVID M. SATNICK,
ESQ. and SARA J. CRISAFULLI, ESQ.
*PRO HAC VICE***

ME1 13339842v.1

**THIS MATTER** having been brought before the Court by McCarter & English, LLP, attorneys for Defendant/Third Party Plaintiff Commonwealth Land Title Insurance Company for an Order, pursuant to Local Rule 101.1(c), permitting David M. Satnick, Esq., and Sara J. Crisafulli, Esq., of the firm Loeb & Loeb, LLP to appear and participate *pro hac vice* on behalf of Defendant/Third Party Plaintiff Commonwealth Land Title Insurance Company and counsel for Plaintiffs Walsh Securities, Inc. having consented to the entry of this Order; and the Court having considered this matter pursuant to Federal Rule of Civil Procedure 78, and good cause having been shown;

**IT IS** on this 21st day of May 2012,

**ORDERED** that David M. Satnick, Esq., and Sara J. Crisafulli, Esq. of the firm Loeb & Loeb, LLP are hereby permitted to appear in this action *pro hac vice*; and it is further

**ORDERED** that all pleadings, briefs and other papers filed with the Court on behalf of Defendant/Third Party Plaintiff Commonwealth shall be signed by a member or associate of the firm of McCarter & English, LLP, who shall be responsible for said papers, and for the conduct of the cause, and who shall be present in Court during all phases of these proceedings, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

**ORDERED** that David M. Satnick, Esq., and Sara J. Crisafulli, Esq. shall remit to the New Jersey Lawyers' Fund for Client Protection the annual payment required in accordance with New Jersey Court Rule 1:28-2(a) for each calendar year this matter is pending; and it is further

**ORDERED** that David M. Satnick, Esq. and Sara Crisafulli, Esq. shall pay $150.00 to the Clerk, United States District Court for the District of New Jersey; and it is further

ME1 13339842v.1

**ORDERED** that David M. Satnick, Esq. and Sara J. Crisafulli, Esq. shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 101.1(c), *Admission of Attorneys: Appearance* Pro Hac Vice; *Local Counsel;* L. Civ. R. 103.1, *Judicial Ethics and Professional Responsibility*; and L. Civ. R. 104.1, *Discipline of Attorneys*; and it is further

**ORDERED** that David M. Satnick, Esq. and Sara J. Crisafulli, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

                                                              **s/Michael A. Shipp**
                                                           Hon. Michael A. Shipp, U.S.M.J.