UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------------x
WALSH SECURITIES, INC.,                                        :
                                                               :
v.                    Plaintiff,                               :     Civil Action No. 97-3496
                                                               :     Honorable William G. Bassler
CRISTO PROPERTY MANAGEMENT, LTD.,                              :
a/k/a G.J.L. LIMITED, DEK HOMES OF                             :
NEW JERSEY, INC., OAKWOOD                                      :
PROPERTIES INC., NATIONAL HOME                                 :
FUNDING, INC., CAPITAL ASSETS                                  :
PROPERTY MANAGEMENT & INVESTMENT                               :
CO., INC., CAPITAL ASSETS                                      :
PROPERTY MANAGEMENT, L.L.C.,                                   :
WILLIAM J. KANE, GARY GRIESER,                                 :
ROBERT SKOWRENSKI, II, RICHARD                                 :
CALANNI, RICHARD DIBENEDETTO, JAMES                            :
R. BROWN, THOMAS BRODO, RONALD J.                              :
PIERSON, STANLEY YACKER, ESQ.,                                 :
MICHAEL ALFIERI, ESQ., RICHARD                                 :
PEPSNY, ESQ., ANTHONY M. CICALESE,                             :
ESQ., LAWRENCE M. CUZZI, ANTHONY                               :
D'APOLITO, DAP CONSULTING, INC.,                               :
COMMONWEALTH LAND TITLE INSURANCE                              :
COMPANY, NATIONS TITLE INSURANCE                               :
OF NEW YORK INC., FIDELITY NATIONAL                            :
TITLE INSURANCE COMPANY OF NEW                                 :
YORK, COASTAL TITLE AGENCY, and                                :
STEWART TITLE GUARANTY COMPANY,                                :
IRENE DiFEO, DONNA PEPSNY,                                     :
WEICHERT REALTORS, AND VECCHIO                                 :
REALTY, INC. D/B/A MURPHY REALTY                               :
BETTER HOMES and GARDENS,                                      :
                                                               :
                      Defendants.                              :
and                                                            :
                                                               :
COMMONWEALTH LAND TITLE INSURANCE                              :
COMPANY,                                                       :

                      Defendant/Third Party Plaintiff, :

ME1 13501882v.1

v.

ROBERT WALSH and ELIZABETH ANN DeMOLA,        :

        Third Party Defendants.

            :

---------------------------------------------------------------x

### REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel listed below to receive electronic notification in the within matter, and it is represented that:

(1) A Consent Order of the Court granting *pro hac vice* admission to David M. Satnick and Sara J. Crisafulli, attorneys at the law firm of Loeb & Loeb, LLP, in the within matter was entered on May 22, 2012 [document # 542]; and

(2) The Admission Fee for each, in the amount of $150 pursuant to L. Civ. R. 101.1(c)(3), was paid to the Clerk of the Court on May 22, 2012.

                                                                 *s/David R. Kott*
                                                                 David R. Kott
                                                                 McCARTER & ENGLISH, LLP
                                                                 Four Gateway Center
                                                                 100 Mulberry Street
                                                                 Newark, NJ 07102
                                                                 Attorneys for Defendant/Third Party
                                                                 Plaintiff Commonwealth Land Title
                                                                 Insurance Company

Dated: May 29, 2012

PRO HAC VICE ATTORNEY INFORMATION:

| | |
|---|---|
| Name: | David M. Satnick, Esq. |
| Address: | Loeb & Loeb, LLP |
| | 345 Park Avenue |
| | New York, NY 10154 |
| Email: | dsatnick@loeb.com |
| | |
| Name: | Sara J. Crisafulli, Esq. |
| Address: | Loeb & Loeb, LLP |
| | 345 Park Avenue |
| | New York, NY 10154 |
| Email: | scrisafulli@loeb.com |

ME1 13501882v.1