**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Sent To: ELIZABETH A. DEMOLA
Street, Apt. No or PO Box No.: 1 ABEDIM WAY
City, State, ZIP: CALIFON, NJ 07830

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Sent To: TERRENCE S. BRODY
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street, 8th Floor West Wing
P.O. Box 080
Trenton, NJ 08625-0080

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Sent To: RICHARD DIBENEDETTO
Street, Apt. No or PO Box No.: 3 LOLLER DRIVE
City, State, ZIP: MARTINSVILLE, NJ 08836

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Sent To: RICHARD CALANNI
Street, Apt. No or PO Box No.: ONE OLD FARM ROAD
City, State, ZIP: TINTON FALLS, NJ 07724-3272