UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Honorable Patty Shwartz**  U.S. Post Office & Courthouse Bldg.
**United States Magistrate Judge**  Federal Square, Newark, NJ  07101
(973) 645-6596

August 2, 2012

Robert A. Magnanini, Esq.
Amy Walker Wagner, Esq.
Stone & Magnanini LLP
150 John F. Kennedy Parkway
4th floor
Short Hills, New Jersey 07078

Richard Calanni
One Old Farm Road
Tinton Falls, New Jersey 07724

Richard Dibenedetto
3 Loller Drive
Martinsville, New Jersey 08836

Frederick W. Alworth, Esq.
Gibbons, PC
One Gateway Center
Newark, New Jersey 07102

Terrence S. Brody, DAG
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street, 8th floor West Wing
P.O. Box 080
Trenton, New Jersey 08625

John B. McCusker, Esq.
McCusker, Anselmi, Rosen & Carvelli, PC
210 Park Avenue, Suite 301
Florham Park, New Jersey 07932

Elizabeth A. Demola
1 Abedim Way
Califon, New Jersey 07830

David R. Kott, Esq.
McCarter & English, LLP

Four Gateway Center
100 Mulberry Street
PO Box 652
Newark, New Jersey 07101

Amy Christine Purcell, Esq.
David Hartman Colvin, Esq.
Fox Rothschild LLP
2000 Market Street
10th floor
Philadelphia, Pennsylvania 19103

## LETTER ORDER

    Re:    **Walsh Securities Inc. v. Cristo Property, et al.**
             **Civil Action No. 97-3496(DRD)**

Dear Counsel:

    Please be advised that I am recusing myself from this case. Magistrate Judge J.A. Dickson will assume all Magistrate Judge responsibilities in this case.

                          **SO ORDERED**.

                          s/Patty Shwartz
                          HON. PATTY SHWARTZ
                          United States Magistrate Judge