Robert A. Magnanini
Amy Walker Wagner
Daniel I. Mee
STONE & MAGNANINI LLP
150 John F. Kennedy Parkway, Fourth Floor
Short Hills, New Jersey 07078
(973) 218-1111
*Attorneys for Walsh Securities, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WALSH SECURITIES, INC., | : |
| Plaintiff, | : Civil Action No. 97-cv-3496 (DRD)(JAD) |
| vs. | : Hon. Dickinson R. Debevoise, U.S.D.J. |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED; et al., | : |
| Defendants. | : |

**CERTIFICATION OF ROBERT A. MAGNANINI IN SUPPORT OF OBJECTIONS TO JUDGE SHIPP'S REPORT AND RECOMMENDATION FILED JULY 26, 2012**

I, Robert A. Magnanini, of full age, upon my oath certify as follows:

1.     I am a member of the Bar of this Court and a Partner in the law firm of Stone & Magnanini LLP, attorneys for Plaintiff, Walsh Securities, Inc. in the above-captioned matter. I submit this Certification in support of Plaintiff's Opposition to the July 25, 2012 Report and Recommendation of the Honorable Michael A. Shipp Regarding Plaintiff's Motion for Disbursement of Funds From the Settlement With Defendant, Coastal Title Agency.

2.     A true and correct copy of the February 3, 2012 Order [Docket No. 514] setting the briefing schedule regarding Plaintiff's motion to disburse proceeds from its settlement with Coastal Title Agency is annexed hereto as Exhibit A.

3.     A true and correct copy of the February 10, 2012 letter brief of Plaintiff in

1

support of its motion to disburse proceeds from the settlement with Coastal Title Agency [Docket No. 516-1] is annexed hereto as Exhibit B.

4. A true and correct copy of the February 21, 2012 letter brief of Defendant, Commonwealth Land Title Insurance Co. ("Commonwealth") in opposition to Plaintiff's motion to disburse proceeds from its settlement with Coastal Title Agency [Docket No. 519, without Exhibits] is annexed hereto as Exhibit C.

5. A true and correct copy of the March 5, 2012 letter brief of Plaintiff in further support of its motion to disburse proceeds from the settlement with Coastal Title Agency [Docket No. 528], which contains the Settlement Agreement as Exhibit A, is annexed hereto as Exhibit D.

6. A true and correct copy of July 25, 2012 Report and Recommendation of the Honorable Michael A. Shipp regarding Plaintiff's motion to disburse proceeds from the settlement with Coastal Title Agency [Docket No. 546] is annexed hereto as Exhibit E.

7. A true and correct copy of the February 11, 2011 letter from Commonwealth to Steven J. Polansky, Esq. regarding a draft Settlement Agreement and Release is annexed hereto as Exhibit F.

8. A true and correct copy of the July 24, 2011 letter from Plaintiff to the Honorable Michael A. Shipp regarding a discovery dispute with Commonwealth and requesting mediation as to the Coastal settlement proceeds [Docket No. 460] is annexed hereto as Exhibit G.

9. A true and correct copy of the July 27, 2011 letter from Commonwealth to the Honorable Michael A. Shipp in response to Exhibit G above [Docket No. 462] is annexed hereto as Exhibit H.

10. A true and correct copy of the July 27, 2011 letter from Plaintiff to the Honorable

Michael A. Shipp in response to Exhibit H above [Docket No. 463] above is annexed hereto as Exhibit I.

I hereby certify that the above facts are true to the best of my knowledge. I understand that I am subject to punishment if any of the above facts are willfully false.

Dated:  August 9, 2012                    By: /s/ Robert A. Magnanini
                                              Robert A. Magnanini

3