# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Walsh Securities,

        Plaintiff,

v.

Cristo Property, et al.,

        Defendants.

Civil Action No. 97-3496 (DRD)(MAS)

**ORDER**

**THIS MATTER** having come before the Court for a telephone status conference on January 25, 2012, and for good cause shown,

IT IS on this 3rd day of February, 2012,

**ORDERED THAT:**

1. As set forth in the Court's January 27, 2012 text order, a telephone status conference regarding the status of Mr. Calanni in this litigation is scheduled for **February 8, 2012 at 10:30 a.m.** Counsel for Plaintiff shall initiate the call to (973) 645-3827.

2. Plaintiff's motion to disburse the Coastal settlement proceeds shall be set on the next regular motion briefing schedule, specifically:

   Moving briefs shall be filed by **February 10, 2012**;
   Opposition briefs shall be filed by **February 21, 2012**[1]; and
   Reply briefs shall be filed by **February 27, 2012**.

   The Undersigned will issue a Report & Recommendation based on the papers unless counsel are advised otherwise by Chambers.

3. The expert discovery dates are adjourned pending resolution of the pending summary judgment motions. Counsel shall e-file a joint letter within one week of

---

[1] If Defendants require additional time to file a response, counsel shall meet and confer and submit a joint proposed schedule with opposition and reply dates.

the Court's decision on the summary judgment motions. The Court will then schedule a conference to set the expert discovery dates.

_____
HONORABLE MICHAEL A. SHIPP
UNITED STATES MAGISTRATE JUDGE