Robert A. Magnanini
Amy Walker Wagner
Daniel I. Mee
Stone & Magnanini LLP
150 John F Kennedy Parkway, 4th Floor
Short Hills, NJ 07078
Tel: (973) 218-1111
Fax: (973) 218-1106
*Attorneys for Plaintiff Walsh Securities, Inc.*

| | |
|---|---|
| WALSH SECURITIES, INC., | : Civil Action No. 97-3496 (DRD) (JAD) |
| Plaintiff, | : Hon. Dickinson R. Debevoise |
| vs. | : |
| CRISTO ROPERTY MANAGEMENT, LTD., *et al.* | : **[PROPOSED] ORDER** |
| Defendants. | : |

**THIS MATTER**, having been opened to the Court by Stone & Magnanini LLP, on behalf of Plaintiff, Walsh Securities, Inc. for an Order awarding Plaintiff settlement funds pursuant to its Agreement with Defendant Coastal Title Agency ("Coastal") and Commonwealth Land Title Insurance Co. ("Commonwealth"), Fidelity National Title Insurance Co. of New York ("Fidelity") and Nations Title Insurance of New York, Inc. ("Nations") (collectively, "the Title Insurance Defendants") and in accordance with the Court's Order dated February 3, 2012, and the Court having considered the submissions of the parties and argument of counsel, and for good cause shown;

**IT IS**, on this ____ day of _____, 2012 hereby

**ORDERED** that the Court rejects the Report and Recommendation of the Honorable Michael A. Shipp Regarding Plaintiff's Motion for Disbursement of Funds From the Settlement With Defendant, Coastal Title Agency, filed July 26, 2012 [Docket No. 546]; and it is

2

**FURTHER ORDERED** that Plaintiff, Walsh Securities, Inc.'s Motion for an Order awarding Plaintiff the Coastal settlement funds be and hereby is granted; and it is

**FURTHER ORDERED** that the total settlement amount of $425,000.00 be payable to Plaintiff, Walsh Securities, Inc., such amount being released to Plaintiff from the trust account of its counsel, Stone & Magnanini LLP; and it is

**FURTHER ORDERED** that the Title Insurance Defendants will receive an offset for that portion of damages for which they are deemed jointly and severally liable for the conduct of Coastal Title Agency in this matter.

_____
Honorable Dickinson R. Debevoise