## CERTIFICATION OF SERVICE

I, Robert A. Magnanini, hereby certify that on August 9, 2012, the within Plaintiff's Objections to Judge Shipp's Report and Recommendation Filed July 26, 2012; Certification of Robert A. Magnanini in Support of Objections to Judge Shipp's Report and Recommendation Filed July 26, 2012, and Exhibits thereto; Proposed Order; and Certificate of Service were filed electronically with the Court and served upon all counsel of record via the ECF System, with a courtesy copy sent via Federal Express to the following:

Honorable Dickinson R. Debevoise
United States District Court for the
District of New Jersey
M.L. King. Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07101

/s/ Robert A. Magnanini
Robert A. Magnanini

{00034447;v1}