UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

WALSH SECURITIES, INC.,

                Plaintiff,

v.

CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, et al.,

                Defendants.

Civ. No. 97-3496 (DRD)

**ORDER**

    This matter having come before the Court on a Motion for Reconsideration, pursuant to Local Civil Rule 7.1(i), submitted by Defendants Commonwealth Land Title Insurance Company, Fidelity National Title Insurance Co. of New York, and Nations Title Insurance of New York (collectively referred to as "the Title Insurers"), of the Court's April 17, 2012 ruling denying their Motion for Summary Judgment on Plaintiff Walsh Securities Inc.'s ("WSI") claim for compensatory damages arising out of the failed merger between Walsh Holding Co., Inc. ("Walsh Holding"), WSI's parent company, and Resource Bancshares Mortgage Group ("RBMG"); and the Court having considered the submissions of the parties;

    IT IS on this 10th day of August, 2012, hereby ORDERED that the Title Insurers' Motion for Reconsideration is GRANTED. Consequently, WSI's claim for damages arising out of the failed merger between Walsh Holding and RBMG is dismissed with prejudice.

                                            /s/ **Dickinson R. Debevoise**
                                           DICKINSON R. DEBEVOISE, U.S.S.D.J.