

**McCARTER & ENGLISH**
ATTORNEYS AT LAW

August 23, 2012

**VIA ECF**

Clerk
U.S. District Court for the District of New Jersey
M. L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: *Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.*
Civil Action No. 97-cv-3496 (DRD)(MAS)

Dear Sir/Madam:

This office represents Defendant Commonwealth Land Title Insurance Company in connection with this matter. Enclosed for filing are the following:

(1) Commonwealth Land Title Insurance Co., Fidelity National Title Insurance Co. of New York, and Nations Title Insurance of New York Inc.'s Response to Plaintiff's Objections to Judge Shipp's July 26, 2012 Report and Recommendation and

(2) Certification of Service.

Very truly yours,

s/ David R. Kott

David R. Kott

Enclosures
cc: Hon. Dickinson R. Debevoise, U.S.S.D.J. (via ECF and regular mail) (w/encls.)
Robert A. Magnanini, Esq. (via ECF) (w/encls.)
Edward J. Hayes (via ECF) (w/encls.)
David M. Satnick (via email) (w/encls.)
Sara Crisafulli (via email) (w/encls.)

David R. Kott
Partner
T. 973.622.4444
F. 973.624.7070
dkott@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 14023419v.1