**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

**LOEB & LOEB LLP**
345 Park Avenue
New York, New York 10154
(212) 407-4823

Attorneys for Defendant
  Commonwealth Land Title
  Insurance Company

**FOX ROTHSCHILD, LLP**
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291
Attorneys for Defendants
   Fidelity National Title Insurance Co.
   of New York and Nations Title
   Insurance of New York, Inc.

|  |  |
|---|---|
| WALSH SECURITIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. Limited, ET AL., <br><br> Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY <br><br> Civil Action No. 97-cv-3496 (DRD)(MAS) <br><br> Hon. Dickinson R. Debevoise, U.S.S.D.J. <br> Hon. Michael A. Shipp, U.S.M.J. <br><br> **CERTIFICATION OF SERVICE** |

**Sara F. Merin**, of full age, hereby certifies as follows:

1.  I am an attorney at law of the State of New Jersey and am associated with the firm of McCarter & English, LLP, attorneys for Defendant Commonwealth Land Title Insurance Company ("Commonwealth") in this case.

2.  On August 23, 2012, I caused to be filed with the Clerk of the United States District Court for the District of New Jersey via ECF the following documents:

ME1 14023501v.1

    (a)    Commonwealth Land Title Insurance Co., Fidelity National Title Insurance Co. of New York, and Nations Title Insurance of New York Inc.'s Response to Plaintiff's Objections to Judge Shipp's July 26, 2012 Report and Recommendation and

    (b)    this Certification of Service.

3.    On the same date, I sent a courtesy copy of each of the aforementioned documents via regular mail to:

> Honorable Dickinson R. Debevoise, U.S.S.D.J.
> U.S. District Court for the District of New Jersey
> M. L. King, Jr. Federal Bldg. & U.S. Courthouse
> 50 Walnut Street
> Newark, New Jersey 07102

4.    On the same date, I served, via ECF, the aforementioned documents on the following counsel of record:

> Robert A. Magnanini, Esq.
> Stone Magnanini, LLP
> 150 John F. Kennedy
> Short Hills, NJ 07078

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

                                                                        Sara F. Merin

Dated: August 23, 2012