# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | |
| Plaintiff, | Civ. No. 97-3496 (DRD) |
| v. | **O R D E R** |
| CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, et al., | |
| Defendants. | |

This matter having come before the Court on a Report and Recommendation issued by Magistrate Judge Michael A. Shipp denying Plaintiff Walsh Securities, Inc.'s ("WSI") Motion to Disburse; and the Court having considered WSI's objections to the Report and Recommendation, as well as Defendants Commonwealth Land Title Insurance Company, Fidelity National Title Insurance Co. of New York and Nations Title Insurance of New York, Inc.'s (the "Title Insurers") response to WSI's objections;

IT IS on this 14th day of September, 2012, hereby ORDERED that Judge Shipp's Report and Recommendation is adopted and WSI's Motion to Disburse is DENIED. The settlement proceeds issued by Defendant Coastal Title Agency to WSI and the Title Insurers will be held in abeyance until the parties can reach an agreement regarding on how to distribute them.

                                                   **/s/ Dickinson R. Debevoise**
                                                 DICKINSON R. DEBEVOISE, U.S.S.D.J.