UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : Civil Action No. 97-3496 (DRD) (JAD) |
| Plaintiff, | : Hon. Dickinson R. Debevoise |
| vs. | : |
| CRISTO ROPERTY MANAGEMENT, LTD., *et al.* | : **NOTICE OF MOTION** |
| Defendants. | : |

**PLEASE TAKE NOTICE** that on Monday, October 15, 2012, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiff Walsh Securities Inc., by and through its counsel Stone & Magnanini LLP, shall move before the Honorable Dickinson R. Debevoise at the United States District Court for the District of New Jersey, located at the Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey for an Order clarifying the August 10, 2012 Opinion and Order [Docket Entry Nos. 550-551] on the Title Insurance Defendants' May 1, 2012 Motion for Partial Reconsideration of the Court's April 17, 2012 Decision Denying, in Part, Their Motions for Summary Judgment or, in the Alternative, for Certification to the Third Circuit [Docket Entry No. 540].

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Plaintiff will rely upon the accompanying Memorandum of Law. A proposed form of Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is respectfully requested.

Dated: September 21, 2012                         **STONE & MAGNANINI LLP**

/s/ Robert A. Magnanini
Robert A. Magnanini
Amy Walker Wagner
Daniel I. Mee
150 John F. Kennedy Parkway, 4th floor
Short Hills, NJ 07078
Tel.: (973) 218-1111

Attorneys for Plaintiff Walsh Securities, Inc.