Robert A. Magnanini
Amy Walker Wagner
Daniel I. Mee
Stone & Magnanini LLP
150 John F Kennedy Parkway, 4th Floor
Short Hills, NJ 07078
Tel: (973) 218-1111
Fax: (973) 218-1106
*Attorneys for Plaintiff Walsh Securities, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : Civil Action No. 97-3496 (DRD) (JAD) |
| Plaintiff, | : Hon. Dickinson R. Debevoise |
| vs. | : |
| CRISTO ROPERTY MANAGEMENT, LTD., *et al.* | : **[PROPOSED] ORDER** |
| Defendants. | : |

**THIS MATTER**, having been opened to the Court by Stone & Magnanini LLP, on behalf of Plaintiff, Walsh Securities, Inc. for an Order clarifying the August 10, 2012 Opinion and Order [Docket Entry Nos. 550-551] on the Title Insurance Defendants' May 1, 2012 Motion for Partial Reconsideration of the Court's April 17, 2012 Decision Denying, in Part, Their Motions for Summary Judgment or, in the Alternative, for Certification to the Third Circuit [Docket Entry No. 540], and the Court having considered the submissions of the parties and argument of counsel, and for good cause shown;

**IT IS**, on this ____ day of _____, 2012 hereby

**ORDERED** that the Court's Opinion and Order granting the Title Insurance Defendants' Motion for Partial Reconsideration holds, as they explicitly state, that WSI's claim for damages

arising out of the failed merger between Walsh Holding and RBMG is dismissed with prejudice; and it is

**FURTHER ORDERED** that the Court's Opinion and Order does not relate to or reconsider its April 17, 2012 Opinion denying Defendants' Motion for Partial Summary Judgment on Walsh Securities, Inc.'s claims seeking damages for Walsh Securities, Inc.'s own diminution in value; and it is

**FURTHER ORDERED** that the Court's Opinion and Order do not bar Plaintiff Walsh Securities, Inc. from pursuing its claims seeking damages related to its own diminution of value.

                                                            DICKINSON R. DEBEVOISE, U.S.D.J.