**CERTIFICATION OF SERVICE**

I, Robert A. Magnanini, do hereby certify that on September 21, 2012, Plaintiff's Notice of Motion seeking an Order clarifying the August 10, 2012 Opinion and Order [Docket Entry Nos. 550-551] on the Title Insurance Defendants' May 1, 2012 Motion for Partial Reconsideration of the Court's April 17, 2012 Decision Denying, in Part, Their Motions for Summary Judgment or, in the Alternative, for Certification to the Third Circuit [Docket Entry No. 540]; Memorandum of Law in Support thereof; Proposed Order; and Certificate of Service were filed with the Court and served upon all counsel of record via the ECF system, with a courtesy copy forwarded via Federal Express to the following:

Honorable Dickinson R. Debevoise
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

/s/ Robert A. Magnanini
Robert A. Magnanini