

**McCARTER & ENGLISH**
ATTORNEYS AT LAW

September 26, 2012

VIA ELECTRONIC FILING AND REGULAR MAIL

Honorable Dickinson R. Debevoise
United States District Court
District of New Jersey
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
Room 5083
50 Walnut Street
Newark, NJ  07102

Re:  Walsh Securities, Inc. v. Cristo Property Management, et al.
      United States District for the District of New Jersey
      Civil Action No. 97-3496 (DRD)(JAD)

Dear Judge Debevoise:

We represent the defendant, Commonwealth Land Title Insurance Company, in this case. The plaintiff has filed a motion for clarification of Your Honor's August 10, 2012 Opinion and Order [Docket Entry Nos. 550-551].

The plaintiff's motion is currently returnable on October 15, 2012. We request that the motion be adjourned for one motion day until November 5, 2012. We have spoken with Amy Walker Wagner, Esq., one of the attorneys for the plaintiff, and Ms. Wagner consents to our request to adjourn the motion.

Respectfully submitted,

David R. Kott

DRK/tas

cc:  Honorable Joseph A. Dickson (via electronic filing and regular mail)
     Robert A. Magnanini, Esq. (via electronic filing and email)
     Amy Walker Wagner, Esq. (via email)
     Daniel I. Mee, Esq. (via email)
     David M. Satnick, Esq. (via email)
     Sara Crisafulli, Esq. (via email)
     Edward J. Hayes, Jr., Esq. (via email)
     Sara Merin, Esq. (via email)
     Debra A. Kaufman (via email)

David R. Kott
Partner
T. 973.639.2056
F. 973.624.7070
dkott@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON
HARTFORD
NEW YORK
NEWARK
PHILADELPHIA
STAMFORD
WILMINGTON