

McCARTER
&ENGLISH
ATTORNEYS AT LAW

October 22, 2012

**VIA ECF**

Clerk
U.S. District Court for the District of New Jersey
M. L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re:  *Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.*
       Civil Action No. 97-cv-3496 (DRD)(JAD)**

Dear Sir/Madam:

We, along with Loeb & Loeb LLP, represent Defendant Commonwealth Land Title Insurance Company in the above-referenced matter.  Enclosed for filing on behalf of Commonwealth Land Title Insurance Company and co-defendants Fidelity National Title Insurance Co. of New York and Nations Title Insurance of New York, Inc. are the following:

> (1)  The Title Defendants' Opposition to Plaintiff's Motion to Clarify this Court's August 10, 2012 Order and
>
> (2)  Certification of Service.

Very truly yours,

*s/ David R. Kott*

David R. Kott

Enclosures
cc:  Hon. Dickinson R. Debevoise, U.S.S.D.J. (via ECF and regular mail) (w/encls.)
     Robert A. Magnanini, Esq. (via ECF) (w/encls.)
     Edward J. Hayes (via ECF) (w/encls.)
     David M. Satnick (via email) (w/encls.)
     Sara Crisafulli (via email) (w/encls.)

David R. Kott
Partner
T. 973.622.4444
F. 973.624.7070
dkott@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 14318323v.1