**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

**LOEB & LOEB LLP**
345 Park Avenue
New York, New York 10154
(212) 407-4823

*Attorneys for Defendant*
  *Commonwealth Land Title*
  *Insurance Company*

**FOX ROTHSCHILD, LLP**
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291
*Attorneys for Defendants*
  *Fidelity National Title Insurance Co.*
  *of New York and Nations Title*
  *Insurance of New York, Inc.*

|  |  |
|---|---|
| WALSH SECURITIES, INC., | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
| Plaintiff, | Civil Action No. 97-cv-3496 (DRD)(JAD) |
| v. | Hon. Dickinson R. Debevoise, U.S.S.D.J. Hon. Joseph A. Dickson, U.S.M.J. |
| CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. Limited, ET AL., | **CERTIFICATION OF SERVICE** |
| Defendants. |  |

**Sara F. Merin**, of full age, hereby certifies as follows:

1. I am an attorney at law of the State of New Jersey and am associated with the firm of McCarter & English, LLP, attorneys for Defendant Commonwealth Land Title Insurance Company ("Commonwealth") in this case.

2. On October 22, 2012, I caused to be filed with the Clerk of the United States District Court for the District of New Jersey via ECF the following documents:

ME1 14318294v.1

    (a)  The Title Defendants' Opposition to Plaintiff's Motion to Clarify this Court's August 10, 2012 Order and

    (b)  this Certification of Service.

3. On the same date, I sent a courtesy copy of each of the aforementioned documents via regular mail to:

> Honorable Dickinson R. Debevoise, U.S.S.D.J.
> U.S. District Court for the District of New Jersey
> M. L. King, Jr. Federal Bldg. & U.S. Courthouse
> 50 Walnut Street
> Newark, New Jersey 07101

4. On the same date, I served, via ECF, the aforementioned documents on the following counsel of record:

> Robert A. Magnanini, Esq.
> Stone & Magnanini, LLP
> 150 John F. Kennedy
> Short Hills, NJ 07078

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: October 22, 2012

                     Sara F. Merin

ME1 14318294v.1