# STONE ▞ MAGNANINI
## LLP

COMPLEX COMMERCIAL LITIGATION

**NEW JERSEY OFFICES**    150 JFK Parkway, Short Hills, NJ 07078    P 973.218.1111    F 973.218.1106

October 26, 2012

**VIA CM/ECF**

Honorable Dickinson R. Debevoise
United States District Court for the
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07101

    Re:   *Walsh Securities, Inc. v. Cristo Property Management, LTD, et al.*
            Civil Action No. 97-3496 (DRD/MAS)

Dear Judge Debevoise:

    This firm represents plaintiff Walsh Securities Inc. in the above-referenced action. We write to respectfully request a two week extension of time, to November 12, 2009, in which to file a reply in support of our Motion for Clarification and an adjournment of the hearing on this motion from November 5, 2012 to November 19, 2012. Counsel for the Title Insurance Defendants have consented to this request.

    Should Your Honor have any questions, please do not hesitate to contact the undersigned.

                                                  Respectfully submitted,

                                                  Robert A. Magnanini

RAM/aa

cc :    All Counsel of Record (via CM/ECF)