**CERTIFICATION OF SERVICE**

      I, Robert A. Magnanini, do hereby certify that on November 13, 2012, Plaintiff's Memorandum of Law in Response to Defendants' Opposition to Plaintiff's Motion to Clarify This Court's August 10, 2012 Opinion and Order and Certificate of Service were filed with the Court and served upon all counsel of record via the ECF system, with a courtesy copy forwarded via Federal Express to the following:

    Honorable Dickinson R. Debevoise
    United States District Court for the District of New Jersey
    Martin Luther King, Jr. Federal Building & U.S. Courthouse
    50 Walnut Street
    Newark, NJ 07101

                                                  /s/ Robert A. Magnanini
                                                  Robert A. Magnanini