UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

<u>NEWARK</u>                                                                NOVEMBER 19, 2012

**JUDGE:** Dickinson R. Debevoise                  Civ# 97-3496
**COURT REPORTER**: *Jackie Kashmer*
**DEPUTY CLERK** : Ellen Mc Murray

**TITLE OF CASE:**

    WALSH SECURITIES INC    V.    CRISTO PROPERTY, et al

**APPEARANCES :**

    David Stone, Esq for pltf.
    Amy W. Wagner, Esq for pltf.
    David Kott, Esq for deft.
    Edward J. Hayes, Esq for deft
    David Satnick, Esq for deft.

**NATURE OF PROCEEDINGS**:    Motion Hearing

    Plaintiff's application for a motion hearing clarifying the 8/10/12 Opinion & Order. Court reserves decision.

                                                                     Ellen Mc Murray
                                                                     Sr. Court Room Deputy

Time Commenced: 10:00 am
Time Adjourned :    10:45 am