UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

WALSH SECURITIES, INC.,

                Plaintiff,

v.

CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, et al.,

                Defendants.

Civ. No. 97-3496 (DRD)

**O R D E R**

This matter having come before the Court on a Motion for Clarification submitted by Plaintiff Walsh Securities, Inc. ("WSI") seeking an Order stating that WSI may pursue damages for diminution of its value as a company; and the Court having considered the submissions and oral arguments of the parties;

IT IS on this 28th day of November, 2012, hereby ORDERED that WSI's Motion for Clarification is DENIED. WSI's claim for damages arising out of its diminution in value is dismissed with prejudice.

                                            **/s/ Dickinson R. Debevoise**
                                            DICKINSON R. DEBEVOISE, U.S.S.D.J.