UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Chambers of**
**Joseph A. Dickson**
United States Magistrate Judge

Martin Luther King, Jr. Federal Bldg.
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102
(973-645-2580)

December 17, 2012

<u>Via Electronic Filing</u>

Mr. Richard Calanni
1 Old Farm Road
Tinton Falls, New Jersey 07724

  Re: <u>Walsh Securities, Inc. v. Cristo Property, *et al.*</u>
     <u>Civil Action No. 97-3496 (DRD) (JAD)</u>

Dear Mr. Calanni:

 I am in receipt of your letter dated December 11, 2012. I consider your letter to be written in regard to settlement negotiations and, therefore, will accept it *ex parte* and will not require that it be placed on the Docket. I also note that you did not serve it on your adversaries in this matter.

 In the last paragraph of page 1, however, you state "I want what Mr. Magnanini said in writing and where this was ever mentioned again within in [sic] negotiations with Commonwealth or any other party, and if written or filed any where at any time sent to me out to me." You are referring in that sentence, I believe, that Mr. Magnanini, according to you, stated that Walsh Securities "owned or bought back 40% of the mortgages in question. And that 60% was owned by another party." Furthermore, you state that "Mr. Magnanini continue [sic] to say that he has been negotiating with Commonwealth, a defendant, considering that 40%."

1

I interpret your letter to mean that if the other parties in this case have any written documents, letters or e-mails that reflect or relate to the statements that you heard at our conference on November 30, 2012, that you would like such documents to be produced to you. Accordingly, I request that the other parties in this lawsuit take your request under consideration and respond accordingly.

It should be clear that the Court is not going to perform such a search and respond to your request.

If you have any other questions or comments concerning the foregoing, please respond in writing and place your response on the Docket via Electronic Case Filing ("ECF").

Very truly yours,

Joseph A. Dickson, U.S.M.J.

cc:  Hon. Dickinson R. Debevoise, U.S.D.J.