# RICHARD CALANNI, PRO SE

1 Old Farm Road
Tinton Falls, NJ 07724
Phone (732) 389-8738
Fax (732) 389-8853

June 19, 2013

Honorable Judge Dickson
United States District Court
Martin Luther King Building and Court House
50 Walnut Street,
Newark, New Jersey 07102

Re:   WALSH SECURITIES, INC.,
            Action No. CV 97-3496 (WGB)

Dear Judge Dickson

I'm upset I missed your order for today's June 19, 2013 Status Conference. I didn't see your electronic file because on the same day of your Honors email, I received Via Fedex Mr. Magnanani's filing that requested your Honors intervention. I was reading his letter and missed your email. In the past 16years Mr. Magnanini or office would call me to be sure I was up to date, because of what I thought, was because of my inexperienced Pro-se position. This was normally done in the past 16 years. Now that things appear to be coming to a climax that consideration is less. I think it was because of that puzzling term my be of JURISDICTION.

However your Honor, going forward, please consider the hour for the SETTLEMENT conference. As your Honor is aware of my financial situation and my wifes illness, every dollar is vital to my house hold. Me being a Limo driver, my income is based on trip to trip. There's not even a weekly estimate anymore. Things are getting worse and not better. I have one steady client who I pick up between the hours of 2 & 5pm. I can only attend AM conferences. I am asking please your honor, to pick any day as long as it's AM. Attorneys who are more restricted and request specific times and days, I am only asking for AM's of ANY DAY. Please consider my situation because I am a one man act, and from what I have witnessed, you appear to have a handle on this case more than most.

After 18 years of a disastrous life

Richard Calanni, pro-se

RECEIVED IN THE CHAMBERS OF

JUN 2 4 2013

HON. JOSEPH A. DICKSON

Richard Calanni
1 Old Farm Rd.
Tinton Falls, NJ 07724

7013 0600 0000 3188 9077



U.S. POSTAGE PAID
SHREWSBURY, NJ 07702
JUN 20, 13
AMOUNT $6.11
0009250 1-06

Honorable Judge Dickson
United States District Court
Martin Luther King Building
and Court House
50 Walnut Street
Newark N.J. 07102

RECEIVED
AT 8:30
WILLIAM T. WALSH, CLERK
JUN 24 2013