UNITED STATES DISTRICT COURT **CLOSED**
DISTRICT OF NEW JERSEY
NEWARK, NEW JERSEY

ORDER

WALSH SECURITIES INC.          :
                               :
                               :   Civil   97-3496 (DRD)
         v.                    :
                               :
CRISTO PROPERTY MANAGEMENT, LTD. :
                               :

It has been reported to the Court that the above entitled action has been settled;

It is on this \_\_\_26th\_\_\_ day of SEPTEMBER, 2013

O R D E R E D that this action be and is hereby dismissed as to all litigants, without costs and without prejudice to the right, upon good cause shown within **60 days**, to re-open this action if the settlement has not been consummated. The Court shall retain jurisdiction to enforce any settlement agreement.

_____
DICKINSON R. DEBEVOISE
United States District Judge