UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALSH SECURITIES, INC., | : Civil Action No. 97-3496 (DRD) (JAD) |
| Plaintiff, | : Hon. Dickinson R. Debevoise |
| vs. | : STIPULATION AND ORDER OF DISMISSAL OF COMPLAINT WITH PREJUDICE AND WITHOUT COSTS |
| CRISTO PROPERTY MANAGEMENT, LTD., *et al.* | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED and SO-ORDERED BY THE COURT,** that pursuant to that certain Confidential Settlement Agreement between the parties hereto dated October 1, 2013: (1) the Complaint in this action, and each and every claim in this action asserted by Plaintiff Walsh Securities, Inc. against Defendants Commonwealth Land Title Insurance Company, Nations Title Insurance of New York, Inc., and Fidelity National Title Insurance Company are hereby dismissed with prejudice and without costs or atttorneys' fees as to one party as against the other; (2) all persons claiming from, through or under Walsh Securities, Inc. are forever barred from asserting any claims as against Defendants Commonwealth Land Title Insurance Company, Nations Title Insurance of New York, Inc., and Fidelity National Title Insurance Company (or any of their affiliates) which were or could have been asserted in this action or which relate to the subject matter hereof; and (3) this Court shall retain jurisdiction of this case for purpose of enforcing the parties' settlement.

{00051171;v1}

SO STIPULATED AND AGREED.

DATED: October 7, 2013

By: _____
Robert A. Magnanini, Esq.
Amy Walker Wagner, Esq.
STONE & MAGNANINI LLP
150 John F. Kennedy Parkway, 4th Floor
Short Hills, NJ 07078

*Attorneys for Plaintiff Walsh Securities, Inc.*

By: MK
By: _____
DATED: October 2, 2013

David R. Kott, Esq.
McCARTER & ENGLISH
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

*Attorneys for Commonwealth Land Title Insurance Company*

By: _____ 10/7/13

Edward J. Hayes, Esq.
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222

*Attorneys for Defendant Fidelity National Title Insurance Company and Nations Title Insurance Company of New York, Inc.*

**IT IS SO ORDERED** this ___ day of _____, 2013

_____
HON. DICKINSON R. DEBEVOISE, U.S.S.D.J.

{00051171;v1}