# RICHARD CALANNI, PRO SE

1 Old Farm Road
Tinton Falls, NJ 07724
Phone (732) 389-8738
Fax (732) 389-8853

October 12, 2013

Honorable Joseph A. Dickson
United States District Court
Martin Luther King Building and Court House
50 Walnut Street, Room 5083
Newark, New Jersey 07101

    Re:    WALSH SECURITIES, INC.,
                Action No. CV 97-3496 (WGB)

TO BE FILED:
Dear Judge Dickson,

I Richard Calanni don't join the dismissal and settlement of this case made by the plaintiff and all defendants settling. The case must remain in effect or to litigate due to my cross and counter claim.

I am submitting original filed cross and counter claims made by my attorney August Fischer, Esq. now retired. Amy Wagner of Stone & Magnanini via phone conversation said to me that I had no counter claim. This copy disproves that. Robert Magnanini knew of this and even left a phone message that " this might be my LUCKY DAY " after I called your chambers of the settlement that was in process leaving me out of the loop. Two days later Amy Wagner calls me to tell me I'm out without consideration.  after 18 years.? What kind of games are they playing TORMENTING me with words of a LUCKY DAY? then telling me you got nothing. Once again by the attorneys. As stated in my cross / counter I believe that Walsh Securities knew of and / or their employees and / or executives knew and were part of the loss. Betty Ann DiMola excutive of Walsh Securities pleaded quilty. Any amendments made there after by me as pro-se were only answers to the amendment requests (several changes on how the plaintiff was moving with this case ) and not considered any change of cross counter / claims to the plaintiff and defendants to the original filed made by my attorney August Fischer. Any answer made by me were only additions to the original.

When amendments were requested I contacted the plaintiffs attorney Robert Magnanini who guided me through the procedure. I did this to comply with the Courts procedures.

DISSADVANTGE:

Also as your honor mentioned to me during my last attendance at your conference you said you couldn't speak to me until you were finished with Mr. Magnanini and Mr. Kott. Unfortunately their advantage to file ELECTRONICLY leaves me at a great DISSADVANTAGE to speak with you. I as pro-se I can only file by mail.

So now I was left with 2 problems,
1) Finding my CROSS/COUNTER claims dating back to 1997 that a retired attorney filed for me because Robert Magnaninis' associated said she didn't have it and I should get it ( of cause it was much easier for them to do )

2) having to file this later at after you sign their agreement of which I am respectfully opposing.

Therefore my CROSS/ COUNTER claims still remain in effect until the plaintiff and defendants negotiated an agreement to my position settlement, me Richard Calanni, pro-se as well as to dismiss with prejudice must stay in effect and or to litigate.

Respectfully submitted

*[signature]*

Richard Calanni, pro-se