1 Old Farm Road
Tinton Falls, NJ 07724
Phone (732) 389-8738
Fax (732) 389-8853

October 12, 2013

**POST NOTE TO OPPOSITION TO SETTLEMENT AND MY ACTIVE COUNTER / CROSS CLAIM.**

**WALSH SECURITIES, INC vs. CRISTO PROPERTY MANAGEMENT**

**CIVIL ACTION No 97-3496 (DRD)**

Judge Debevoise U.S.D.J
&
Judge Dickson U.S.M.J

I feel that I need to file my opposition with both of your Honors because I don't know what happen here.

Judge Debevoise if you recall I begged to be released from this case and both Mr. Magnanini and Mr. Kott refused.

And Judge Dickson, you and I never had our conference of my settlement, one on one as you promised you would after you finished speaking with Mr. Magnanini and Mr. Kott of their settlement.

It seems this case of 18 years spun right by me over night with no consideration not only to me as an individual citizen that had no Due Process of Law, but no consideration as *Pro-Se*.

Bottom line sounds to me that I was a porn for their gain.

Please your Honors I now turn to you, Begging the Court for Justice.

The following are my OPPOSITIONG TO SETTLEMENT OF WHICH I AM NOT A PART OF and SUBMIT MY ACTIVE COUNTER / CROSS CLAIMS.

Sincerely

Richard Calanni, *Pro-Se*