## Information Sheet

**A COPY OF YOUR COMPLAINT OR ANSWER SHOULD BE ATTACHED TO THIS INFORMATION SHEET**

Name of Action: <u>Walsh Securities, Inc. vs. Cristo Property Management, Ltd., et al.</u>

Civil Action No.: <u>97-3496 (WGB)</u>

Judge Assigned To: <u>Hon. William G. Bassler, U.S.D.J.</u>

Time & Date of Scheduling Conference: <u>Tuesday, January 20, 1998  9:30 a.m.</u>

### I.

1. What is your name: <u>August W. Fischer, Esq.</u>
   Firm name: <u>August W. Fischer, Esq.</u>
   Address and telephone number: <u>53 Pequot Road, Ringwood, NJ 07456 (973) 962-7179</u>

2. Which party do you represent? <u>Defendant, Richard Calanni</u>

### II.

3. Has the action been settled or discontinued? <u>No.</u>
   If so, has there been a Stipulation or Dismissal filed? <u>Not Applicable</u>

4. Have settlement discussions taken place? <u>No.</u>
   If so when? _____
   What was plaintiff(s) last demand? _____
   What was defendant(s) last offer? _____

### III.

5. What discovery have you conducted to date? <u>None.</u>

6. What discovery remains to be conducted by you? <u>Interrogatories, Request for Production of Documents, Requests for Admissions, Depositions.</u>

7. Have you encountered any discovery problems to date? _____
   If so, what?   No.

8. Do you anticipate any discovery problem(s)? ___ No.
   If so, what? _____

9. Do you have or anticipate any special discovery needs (i.e. videotape or telephone depositions, problems with out-of-state witnesses or documents, etc.)?   Yes.
   If so, what? Assistance from the court with regard to overseeing discovery.

10. Should limitations be placed on any discovery device?   No.
    If so, describe the proposed limitation and the reason for it

11. How much time do you estimate is required to complete discovery?   To early to determine.

NOTE:   COUNSEL ARE EXPECTED TO RESOLVE DISCOVERY DISPUTES BEFORE THESE ARE BROUGHT TO THE COURT'S ATTENTION.  STRICT COMPLIANCE WITH GENERAL RULES 12 AND 15 IS ALSO EXPECTED.

### IV.

12. Do you intend to rely on an expert?   Unknown at this time.
    If so, will you be prepared to supply the expert report(s) to adversary counsel? _____

### V.

13. Are any motions now pending?   None.
    If so, what relief is being sought and what is (was) the return date?   None.

14. Are there any procedural, discovery, or dispositive motions still to be made?   To early to be determined.
    If so, what relief will be sought, and what is the anticipated return date? _____

### VI.

15. Are there any additional matters to be brought to the attention of the court?   No.

Dated: 1/19/98                Signature: _____
                                         AUGUST W. FISCHER, ESQ.

NOTE:      THIS INFORMATION SHEET REPLACES THE DISCOVERY MEMORANDUM CONTEMPLATE BY GENERAL RULE 15A.  THE ORIGINAL OF THIS SHEET MUST BE RECEIVED IN CHAMBERS NOT LATER THAN 478 HOURS BEFORE THE INITIAL SCHEDULING CONFERENCE.  WHEN RETURNING THIS INFORMATION SHEET TO CHAMBERS, PLEASE ENCLOSED A COPY OF YOUR INITIAL PLEADING.  (i.e. COMPLAINT, ANSWER, etc.)

FAILURE TO COMPLY WITH THIS DIRECTION MAY RESULT IN SANCTIONS.