## CERTIFICATE OF SERVICE

I, Amy Walker Wagner, hereby certify that on October 25, 2013, a true and correct copy

of Plaintiff Walsh Securities Inc.'s Letter to the Hon. Dickinson R. Debevoise and the

Hon. Joseph A. Dickson Pursuant to the Court's October 18, 2013 Text Order [Docket Entry

578] and Certificate of Service were filed with the Clerk of Court and served upon all counsel

of record via the ECF system, and was served upon the following via Federal Express:

> Mr. Richard Calanni
> 1 Old Farm Road
> Tinton Falls, NJ 07724

Additionally, courtesy copies were forwarded via Federal Express to the following:

> Hon. Dickinson R. Debevoise, U.S.S.D.J.
> United States District Court for the
> District of New Jersey
> Martin Luther King, Jr. Federal Building
> 50 Walnut Street
> Newark, New Jersey 07101

> Hon. Joseph A. Dickson, U.S.M.J.
> United States District Court for the
> District of New Jersey
> M.L. King. Jr. Federal Building & Courthouse
> 50 Walnut Street
> Newark, NJ 07101

> s/ Amy Walker Wagner
> Amy Walker Wagner