**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

**LOEB & LOEB LLP**
345 Park Avenue
New York, New York 10154
(212) 407-4823

*Attorneys for Defendant*
  *Commonwealth Land Title*
  *Insurance Company*

|  |  |
|---|---|
| WALSH SECURITIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CRISTO PROPERTY MANAGEMENT, LTD., A/K/A G.J.L. Limited, ET AL., <br><br> Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY <br><br> Civil Action No. 97-cv-3496 (DRD)(JAD) <br><br> Hon. Dickinson R. Debevoise, U.S.D.J. <br> Hon. Joseph A. Dickson, U.S.M.J. <br><br> **CERTIFICATION OF SERVICE** |

NANETTE R. McCALL, of full age, hereby certifies as follows:

1. I am employed by the firm of McCarter & English, LLP, attorneys for Defendant Commonwealth Land Title Insurance Company in this case.

2. On October 28, 2013, I caused to be filed with the Clerk of the United States District Court for the District of New Jersey via ECF and regular mail an October 28, 2013 letter addressed to Honorable Dickinson R. Debevoise pursuant to the Court's Text Order [Document 578 Filed October 18, 2013].

ME1 16674328v.1

3. On the same date, I served, via ECF and regular mail, the aforementioned document on Robert A. Magnanini, Esq., Stone & Magnanini, LLP, 150 John F. Kennedy, Short Hills, NJ 07078, attorneys for plaintiff.

4. On the same date, I served, via certified mail, r.r.r. and regular mail, the aforementioned document on Richard Calanni, 1 Old Farm Road, Tinton Falls, NJ 07724, pro se defendant.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

*/s/ Nanette R. McCall*
Nanette R. McCall

Dated: October 28, 2013