# RICHARD CALANNI, PRO SE

RECEIVED
DEC 11 2013
AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

1 Old Farm Road
Tinton Falls, NJ 07724
Phone (732) 389-8738
Fax (732) 389-8853
December 3, 2013

Honorable Debevoise U.S.D.J  Honorable. Joseph A. Dickson, U.S.M.J.
United States District Court  United States District Court
Martin Luther King Jr. Federal Building  Martin Luther King Jr. Federal Building
50 Walnut Street, Room 5083  50 Walnut Street, Room 5083
Newark, New Jersey 07101  Newark, New Jersey 07101

Re:  WALSH SECURITIES, INC.,
     Action No. CV 97-3496 (WGB)

Dear Judge Debevoise and Judge Dickson

As you are aware I represent myself as Pro-se due to the lack of funds and being able to have fare council. Attorneys I asked was not willing to take on this case. In my mind and fact this case never ended and restarted again. It is the same case that I at the time with my attorney August Fischer filed a counter claim against Walsh Securities Inc. To me an uneducated individual with no legal council, except for Mr. Magnanini. When these amendments were sent to me I called Mr. Magnanini questiong what this was. He informing me of the consequences I would suffer if I didn't answer Amendments of what he describe to me were additions and some minor disclaimers that were against and or made by or for McCarter & English, National Title Insurance and Fidelity National Title Insurance Co. of New York. If this was that complicated as it appears to be now, Mr. Magnanini should have never guided me via telephone, but should have just said he cant help me and suggest I get other legal advise. He never mentioned that this is like a do over of the whole complaint and anything before that was deleted. If an Amendment is like a Do Over, trust me I would have asked for dismissal. So using Stone and Magnanini's and Amy Wagner's terminology of RESURECT, where and when did it DIE for 18 continuous years. Which again brings me right back to the beginning where I made my COUNTER AND CROSS CLAIMS.

Therefore, the injustice that as wronged me and ruined my life that cannot be regained, years of probation, poverty, causing illness in my family, invasion of the FBI, lies surrounding me, and Stone & Magnanini, McCarter & English, Edward J. Hayes rep. National Tiltle Ins. Of New York and Fedelity National Insurance Co. of New York this litigaton needs to go forward as of the original complaint in all.

The Following are some responses to some of the claims made by Amy Wagner representing Stone & Magnanini

As far as my plea. My attorney Chuck Moriaty told me that I was taking a plea to **"someone else truth"** explained to me by him that meant I got caught up in a circle of people that intended to commit a crime, even though I had no intent or knowledge of it Federal Law says I'm still guilty. And I'm not even sure if what was said during a Federal case can be admissible here.

During my sentence Judge Wolen even said he didn't know what to do with me because I was just a spoke on a wheal that spun out of controll. He asked the prosecutor, what should he do. The prosecuted shrugged his shoulders and said he didn't know. So the judge thought for a moment and my attorney sat there not uttering a word with not one plea or suggestion to the judge on my behalf. My attorney kept his head down like he didn't hear the judge ask. Where are those comments made by Judge Wolen in the minutes provided by Amy Wagner that you didn't get.

As far as pleas, Betty Ann Demola an executive and sister of Walsh Securities pleaded guilty. Causing my dilemma here.

The amount of appraisals I did doesn't come near the lost the plaintiff claims. Magnanini said he had 8 or 12 appraisals of mine that went into file. And beside, my plea reflected one house in Rumson New Jersey. Not what Amy Wagner stated to your honors and filed, that Roland Pierson and I were convicted because I had him sign appraisals. She's wrong.

Kelly O'Neil employee of Walsh Securities admitted to altering loan bundle to complete under supervision.

Roland Pierson was only told that I could not sign appraisals that he signed because I was not allowed to be the review appraiser being that he appraised for me. That is legal.

As far as not attending depositions of what is NOW expressed as More Senior Employees by Amy Wagner is because I had nothing to do with them. So what would I be asking them, and again during that time and now Im just a working guy trying to find work and pay my bills.
  **And as admitted by Amy Wagner that Betty AnnDemola is a MORE SENIOR of Walsh Securities, She DEMOLA pleaded GUILTY.**
Also all of a sudden the ones that the plaintiff claims conspired were ONLY low level, meaning un-important people. Wow how things have changed.

I only attended the depositions that were considered to be important to me of what I was accused of, and that was conspiracy. So that was my question to them and the answer was NO. Period.  And now all of a sudden that question from me to the ones they said I conspired with is insignificant.

And Amy Wagner is wrong when she says I never reviewed the documents at the repository. Not only did I review search and try to find what they had there in the back room that was a mess. I viewd it at Schotlands Esq. office in freehold. As Amy said to me

during our last conversation, She was probably still or not in law school when this started.

All these other things about General Mills, Krafts, Global Foods as you can see your Honors, Im not qualified to respond to these cases. I from the very beginning of this case I was judged in the news papers, convicted and already sentenced in the newspapers, lost reputation in my community of which I am still denied today even to volunteer when I apply. Lies were written about me that have now been proven false. But now the truth is out that I never conspired. Testimony includes of my proven innocence came from Robert Skowrenski II, Anthony Dapolito, Bill Kane, Kelly O'Neil, Laury King, and others including defendants who ran from this great country and now live in Costa Rico. Well, I'm here to stand my ground of innocence. The USA is my HOME. Not wanting to be in this case the plaintiff and their now comrade defendants kept me in for 18 years and now I need Justice and closure.

Amy Wagner made some false accusations and now that the plaintiff in getting Real technical submitting case law and the comrade defendants joining them, I'm no match, nor do I have the ability to research cases that could be out there opposing their case findings. With the exhausting and unreasonable time this case has taken, and time of my life that cant be reclaimed and no time for me to give I am asking the court for a public defender or give me time to research a attorney who may find interest in a high profile case as this.

Thank you your Honors

Sincerely

Richard Calanni., pro-se