



## McCARTER & ENGLISH
### ATTORNEYS AT LAW

February 4, 2014

VIA ELECTRONIC FILING AND REGULAR MAIL

Honorable Joseph A. Dickson
United States Magistrate Judge
United States District Court
Martin Luther King Building & Courthouse
50 Walnut Street
Newark, NJ 07101

**David R. Kott**
Partner
T. 973.639.2056
F. 973.624.7070
dkott@mccarter.com

Re: Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.
United States District Court for the District of New Jersey
Civil Action No. 97-cv-3496 (DRD) (JAD)

Dear Judge Dickson:

We represent the defendant, Commonwealth Land Title Insurance Company, in this case. The defendant, Richard Calanni, has pending an application to re-open this case. [Document 577 Filed 10/16/13 & Document 583 Filed 12/11/13]. Please accept this letter brief in further opposition to Mr. Calanni's application to re-open this case. I understand from Edward J. Hayes, Jr., Esq., the attorney for co-defendants, Nations Title Insurance of New York Inc. and Fidelity National Title Insurance Company of New York, that Mr. Hayes joins in this letter on behalf of his clients.

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

Your Honor conducted an in-person Status Conference on the record on December 6, 2013. At that in-person Status Conference, Your Honor instructed Mr. Calanni to submit to the Court by January 24, 2014 a letter advising the Court as to whether or not Mr. Calanni wishes to proceed with his application to re-open this case, or rather if Mr. Calanni would withdraw his application. Thereafter, on December 9, 2013 Your Honor entered a Text Order requiring Mr. Calanni to submit a letter advising the Court as to whether or not he wishes to proceed with this application before January 24, 2014. [Document 582 Filed 12/09/13]. It does not appear that Mr. Calanni has submitted the letter to the Court that Your Honor ordered he submit.

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WASHINGTON, DC

WILMINGTON

Plaintiff's attorney, Robert A. Magnanini, Esq., of Stone Magnanini, LLP, had previously submitted a letter brief in opposition to Mr. Calanni's application. [Document 579 Filed 10/25/13]. Similarly, our law firm had also previously submitted a letter brief in opposition to Mr. Calanni's application, which was joined in by Mr. Hayes on behalf of his clients. [Document 580 Filed 10/28/13].

ME1 17076023v.1


Honorable Joseph A. Dickson
February 4, 2014
Page 2

We rely on our earlier-submitted letter brief in opposition to Mr. Calanni's application to re-open this case. [Document 580 Filed 10/28/13]. It is plain that Mr. Calanni has not shown a basis to re-open this case. Indeed, insofar as Mr. Calanni's answer to the Fourth Amended Complaint does not contain any cross-claims against the title insurance defendants [Document 353 Filed 09/29/03], it appears that Mr. Calanni's application to re-open the case would be futile as to the title insurance defendants. Accordingly, I am enclosing an Order Denying Defendant Richard Calanni's Application to Re-Open This Case. If the enclosed Order meets with Your Honor's approval, I would request that Your Honor enter it and that Your Honor's Deputy Clerk electronically file it.

Respectfully submitted,

David R. Kott

DRK/tas

Enclosure

cc: Honorable Dickinson R. Debevoise (w/enc., via electronic filing & regular mail)
    Robert A. Magnanini, Esq. (w/enc., via electronic filing & regular mail)
    Richard Calanni, Pro Se (w/enc., via certified mail, R.R.R. & regular mail)