**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

**LOEB & LOEB LLP**
345 Park Avenue
New York, New York 10154
(212) 407-4823

Attorneys for Defendant
  Commonwealth Land Title Insurance Company

---

WALSH SECURITIES, INC.,

                                Plaintiff,

v.

CRISTO PROPERTY MANAGEMENT, LTD., a/k/a G.J.L. LIMITED, DEK HOMES OF NEW JERSEY, INC., OAKWOOD PROPERTIES INC., NATIONAL HOME FUNDING, INC., CAPITAL ASSETS PROPERTY MANAGEMENT & INVESTMENT CO., INC., CAPITAL ASSETS PROPERTY MANAGEMENT, L.L.C., WILLIAM J. KANE, GARY GRIESER, ROBERT SKOWRENSKI, II, RICHARD CALANNI, RICHARD DIBENEDETTO, JAMES R. BROWN, THOMAS BRODO, RONALD J. PIERSON, STANLEY YACKER, ESQ., MICHAEL ALFIERI, ESQ., RICHARD PEPSNY, ESQ., ANTHONY M. CICALESE, ESQ., LAWRENCE M. CUZZI, ANTHONY D'APOLITO, DAP CONSULTING, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, NATIONS TITLE INSURANCE OF NEW YORK INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, COASTAL TITLE AGENCY, DONNA PEPSNY, WEICHERT REALTORS, and VECCHIO REALTY, INC. D/B/A MURPHY REALTY BETTER HOMES and GARDENS,

                                Defendants.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Civil Action No. 97-cv-3496 (DRD) (JAD)
Honorable Dickinson R. Debevoise

**ORDER DENYING DEFENDANT RICHARD CALANNI'S APPLICATION TO RE-OPEN THIS CASE**

---

      THIS MATTER having been opened to the Court by defendant, Richard Calanni, pro se, seeking to re-open this case [Document 577 Filed 10/16/13 & Document 583 Filed 12/11/13]; and the Court (per Judge Debevoise) having entered a "60-day" Order of Dismissal [Document

ME1 17075945v.1

574 Filed 09/27/13]; and the Court (per Judge Debevoise) also having entered a Stipulation and Order of Dismissal of Complaint With Prejudice and Without Costs [Document 576 Filed 10/07/13]; and the undersigned having conducted an in-person Status Conference on the record on December 6, 2013 (Robert A. Magnanini, Esq., David R. Kott, Esq., Edward J. Hayes, Jr., Esq., and Richard Calanni, pro se, appearing); and the Court having considered the papers submitted by defendant, Richard Calanni, in support of his application to re-open this case [Document 577 Filed 10/16/13 & Document 583 Filed 12/11/13]; and the Court having considered the opposition to the application to re-open this case filed by the plaintiff [Document 579 Filed 10/25/13]; and the Court having considered the opposition to the application to re-open this case filed by defendants, Commonwealth Land Title Insurance Company, Nations Title Insurance of New York Inc. and Fidelity National Title Insurance Company of New York, [Document 580 Filed 10/28/13];

  IT IS this _____ day of _____, 2014,

  ORDERED that defendant Richard Calanni's application to re-open this case be and hereby is denied.

_____<br>HON. JOSEPH A. DICKSON, U.S.M.J.

ME1 17075945v.1