

February 4, 2014

**VIA CM/ECF & REGULAR MAIL**

Hon. Joseph A. Dickson, U.S.M.J.
United States District Court for the
District of New Jersey
Martin Luther King, Jr. Federal Bldg.
50 Walnut Street
Newark, New Jersey 07101

      Re:   *Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.*
             Case No.: 97-3496 (DRD/JAD)

Dear Judge Dickson:

      This firm represents plaintiff Walsh Securities, Inc. ("WSI") in the above-referenced matter. WSI joins the defendants' request to deny Mr. Calanni's application to re-open this case.

      In their letter filed today, the defendants' accurately note that during the December 6, 2013 in-person status conference, the Court gave Mr. Calanni more than six weeks to simply decide whether or not he intended to pursue his application to reinstate this litigation. (Doc. 584.) He has not done so even though it is now ten days past the Court's deadline. (Doc. 582.) WSI relies on its previously submitted brief in opposition to Mr. Calanni's application, (Doc. 579), and the Court should deny the application for the reasons addressed in WSI's brief and the reasons stated in the brief submitted by defendants, (Doc. 580).

                                                      Respectfully submitted,

                                                      s/Robert A. Magnanini
                                                      Robert A. Magnanini

cc:   All counsel of record (via CM/ECF)
       Richard Calanni (via E-Mail & FedEx)