# RICHARD CALANNI, PRO SE

1 Old Farm Road
Tinton Falls, NJ 07724
Phone (732) 389-8738
Fax (732) 389-8853

February 20, 2014

Honorable Debevoise U.S.D.J
United States District Court
Martin Luther King Building and Court House
50 Walnut Street, Room 5083
Newark, New Jersey 07101

Re:   WALSH SECURITIES, INC.,
            Action No. CV 97-3496 (WGB)

TO BE FILED:
Dear Judge Debevoise U.S.D.J

Addressing the filing of Judge A. Dickson, U.S.M.J

1)   First I want to apologize to the court for my delay in response. When I received the electronic filing date I thought it was A changed to February 28, 2014. I didn't realize that was for the other answering attorneys. I have had a lot to read and had to deal with other matters throwing my timing and dates all off. I've been fighting to get my health insurance back that has been cancelled due to the new Health programs, I'm dealing with my congressman and the IRS Advocates because I'm being billed by the IRS almost $4,000.00 above the $9,000.00 I'm trying to pay off since 2009. In the interim I had strep throat, lost a weeks work, dealing with shoveling snow at Midnights so I can go to work 4am still sick. It might sound a bit but that's what I've been dealing with all at once. So please accept my apologies. And just the other day I found FEDEX slips buried in the snow by my side garage door. If that came from any of the attorneys or court I cant tell. The slips Snow Blowed chopped up with the brick that got stuck in my snow blower.

that my proof of evidence and discovery.

9) Its noted that a letter July 12, 2010 a request to seek dismissal and to file a motion August 11, 2010. My letter was not a letter, That was a motion. And what affirmative claims that we don't know about in 18 years. And then its admitted the court denied my application February22, 2011. Please help me understand. I'm getting confused on how my motion could be denied if its claimed I didn't submit one. I would like an answer please.

10) I cant remember when I was permitted to apply for Pro Bono.

11) its finally noted that I made counter /cross claims December 1997. But I never withdrew. And I never heard that I needed to mention it with every other sentence. However on the last page its said that the District Court dismissed them. I have no clue about that or notification of that.

12) I looked Poulis cant find a meaning. Cant respond.

13) Its is noted many times of my FAILER. If I failed so many times in 18years why wasn't I ever informed of such incapability's along the lines of argument.

Acting pro-se because no attorney wanting to touch this case because of my lack of money, as Pro-Se at no time did I ever imagine of my FILING to be just informal letters as stated. My every writing should not be labeled as informal letters. So please explain that to me. What happened? I'm dumfounded.
So now that everything I thought was in compliance is only label a letter and failer. I need more time to consider settlement negations.

My lack of not mentioning of cross and counter didn't mean any where I filed a withdrawal of my Counter claim. The plaintiffs attorney called a my counter a resurrection, because I never thought it died. Cross is mentioned always because I was addressing answers to questions made by the plaintiff known as Amended. *To me that meant an addition or changes to the settling defendants argument, as explained to me by Mr. Magnanini when I called him to ask him what it meant.*

I am not an attorney. Being forced to work pro-se as defined to me ***should not be held to the same standard as a practicing attorney.***

2) The plaintiff had 18years to plan and Amend Complaints. I was only given a month which is not enough time for me to decide find legal help. That's obvious with a case like this.

3) I wouldn't be seeking legal advise and need more time if the settling parties didn't keep me out of negotiations that were held behind closed doors. I find that un-warranted after using me as the catalyst and the term JURISDICTION, which judge Dickson defined to me that meant if I was let go by the plaintiff and the settings defendants they would have to go through the whole process again. 18 years worth.

4) I looked upped sua sponte. I read and still don't know what it means I cant.

5) Replead: This was just mentioned many times. Why would I ever think I would have to replead ( a word I never heard used). I filed in the beginning my counter and cross claims. It was never withdrawn by me. I'm assuming replead means I need to keep repeating myself? For something I never withdrew?

6) Its mentioned that I seeked leave to file a dismissal and I only mention myself as a defendant but no mention of a my counter or cross claim. Why would I want to mention release of my counter/cross before they would relieve me, leaving my self open to no counter/cross against.

7) Its claimed I never filed anything else until 2008. Again I never withdrew counter/cross.
Then its noted I submitted a change of address and that needed the words of counter/cross? it's a change of address notice.

8) Show me where it is written or Law that I have to prove or submit evidence and not take advantage of the witness' provided by the plaintiff and other defendants supplied by way of deposition. I attended some of which I thought were needed, I cross examined which is of record making

case to come to an agreement that defendant is entitled to compensation.

Note: when I filed opposing to the settlement I'm also assuming no monies exchanged hands.

The bottom line is this. Laws and cases are now being thrown at me by very competent people with staffs of which I am no match. I was believing that this case with its own merits and know would be the only things used. **Whos's vs. Whats's** is no match for me. All I know is, It was proven by depositions of many that I had no knowledge of this scam and had no conspirators.

My plea keeps being thrown in my face and I'm not even certain it can be used in a civil trial.

I am not a plaintiff bringing a case to court, I am a defendant, lost 18 years of life and was tossed in a mix I knew nothing about. It's a crying shame that a case could go on for so many years and ruin so many innocent live. I've learned from this case is The money and the Powers to be have much advantage.
I was never a thief and never will be one. But I certainly will look upon the law and justice differently. No one is innocent until proven innocent. I didn't think that's the way it was. Others were released who admit to this day they were willing involved, where several depositions prove I was not and yet I wasn't released. I'm sorry I don't get it.

I thank you your Honor and all the Judges who were involved. Being I cant get an attorney and the lack of my ability, stress to my home and damage to my health and my wife, I leave the decision in your hands to the best end results of this case. , I cant think anymore.

I Stand Alone to better days.

Sincerely and bewildered

Richard Calanni.