


March 6, 2014

VIA ELECTRONIC FILING AND REGULAR MAIL

Honorable Dickinson R. Debevoise
United States District Court, District of New Jersey
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
Room 5083
50 Walnut Street
Newark, NJ 07102

David R. Kott
Partner
T. 973.639.2056
F. 973.624.7070
dkott@mccarter.com

Re: <u>Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.</u>
United States District Court for the District of New Jersey
Civil Action No. 97-cv-3496 (DRD) (JAD)

Dear Judge Debevoise:

We represent the defendant, Commonwealth Land Title Insurance Company, in this case. <u>Pro se</u> defendant, Richard Calanni, has sent a February 20, 2014 letter to Your Honor [Document 587 Filed 02/24/14] with respect to Judge Dickson's February 18, 2014 Report and Recommendation on Defendant Richard Calanni's Informal Request to Reopen Matter. [Document 586 Filed 02/18/14]. It is my understanding that the Court may treat Mr. Calanni's February 20, 2014 letter as an objection to Judge Dickson's Report and Recommendation. If that is the case, then please consider this letter our response to Mr. Calanni's objection to Judge Dickson's Report and Recommendation. I have spoken to Edward J. Hayes, Jr., Esq., the attorney for co-defendants, Nations Title Insurance of New York Inc. and Fidelity National Title Insurance Company of New York, and he joins in this letter.

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

We believe Judge Dickson's Report and Recommendation was correctly decided and should be affirmed. We rely upon the arguments made in our October 28, 2013 letter to Your Honor [Document 580 Filed 10/28/13] and in our February 4, 2014 letter to Judge Dickson [Document 584 Filed 02/04/14].

BOSTON

HARTFORD

Respectfully submitted,

NEW YORK

/L

NEWARK

PHILADELPHIA

David R. Kott

DRK/tas

STAMFORD

cc: Honorable Joseph A. Dickson (via electronic filing & regular mail)
Robert A. Magnanini, Esq. (via electronic filing & regular mail)
Richard Calanni, Pro Se (via electronic filing, certified mail, r.r.r.
 & regular mail)

WASHINGTON, DC

WILMINGTON

ME1 17358314v.1