# **Richard Calanni**, pro-se

**1 Old Farm Road**
**Tinton Falls, NJ 07724**
**Phone (732) 389-8738**
**Fax (732) 389-8853**

March 13, 2014

Honorable Debevoise U.S.S.D.J
United States District Court
Martin Luther King Building and Court House
50 Walnut Street, Room 5083
Newark, New Jersey 07101

    Re:   WALSH SECURITIES, INC.,
                   Action No. CV 97-3496 (WGB)

TO BE FILED:
Dear Judge Debevoise U.S.S.D.J

In response to Mr. Kott, Mr. Hayes and Mr. Magnanini, It would have saved the court 19 years and I would have had a life If these 3 firms could have agreed unanimously as they agree with each other now against me leaving me out of settlement negotiations.

However, Mr. Magnanini makes my point when he mentions I made a big ***kerfuffle.*** That's exactly what the plaintiff did with so many changes in this case. They kerfuffled me. Now he either means I caused a disturbance of which if that was the case, that would mean to me that I wasn't taken seriously and that's an insult and defamation of my character. Or I was confused of which they caused by all the changes in this case now defined to me as amended complaints. Again I say when I asked Mr. Magnanini what was an Amended, he explained to me it was a change to how Mr. Kott saw things. So in no form was my counter claim ever mention to me that I needed to be repeated the words counter claim.

You can ask Judge Dickson the confusion that was caused in his court room during one of the conferences we had when Judge Dickson asked me how much I am asking for and who Im suing. Mr. Magnanini and Mr. Kott immediately and vigorously started pointing fingers at each other debating who I was suing. Judge Dickson looked at me and asked me again, and I said both, but I have a counter to the plaintiff. Judge Dickson said " good we have something". But Mr. Magnanini and Mr. Kott still went at it verbally until judge Dickson stopped them and said " ok stop, ok it really doesn't matter now but I have omething, go on" Then they went on to other matters in this case. So its obvious to me at both astute attorneys knew something was not clear and it was in regards, I believe by

their actions that day it had to do with the meaning of amended complaint.

My response to Mr. Magnanini's Filing March 7, 2014 continues by his numbered comments as follows

1) I filed on time to all because Mr. Maganani said I could be held in contempt if I don't and threat of liens could be place upon me. And again in my mind I always had a counter claim in tact.. And again Mr. Magnanini guide me with the answer to the amended.
2) He states I propounded any discovery in support of my counter claim. Thats supporting my point that **I did go forward with it,** To suggest to a person or group of people to consider.
3) he states that I pleaded with the court to release me of which they didn't. That's true, keeping all my claims counter/cross in tact with me. Not to release one, releases none. Then he says I should have included my counter claims as an asset in the bankruptcy. What asset? There was no settlement of assets. Report what?
Then Mr. Magnanini said all Ive ever said of myself for a decade is that I was a defendant in this case. Excuse me but else was I? Counter/Claim in the action of a defendant, the the other way around.

Again my plea is mentioned. But what is not mentioning is it was of one property in Rumson, NJ. And my plea defined to me by my attorney as someone else's truth is Federal Law.
As far as a co-conspirator, there is none according to many depositions including mine. The one and only one they claim was not instructed by me to violate any professional standards. Those claims made by one lack merit and truth. Testimonies that were brought forth by many depositions all testify I had no knowledge of any fraudulent activity which as been shown not to be *arms length transaction.*

Also I find it offensive that Mr. Magnanini suggests that I found or may have considered the court to be prejudice to me and my motions. Never once did I ever state that. I responded to what was written by Judge Dickson's comments to the best of my ability never ever suggesting anything now, then or in the past 19 years. I have been respectful all the way. But if Mr. Maganani interprets something out of my response, may he see's something with a different with his trained eye that something was missed on my behalf.

Simply put I read and think that Mr. Magnanini as supported my argument several times in his response dated March 7, 2014 and I am entitled to financial compensation in this settlement as well as to be released with prejudice.

Sincerely,

Richard Calanni.

Signature