# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---

**WALSH SECURITIES, INC.,**          :
                                     :       **Civ. No. 97-3496 (DRD)**
    **Plaintiff,**                :
                                     :       **O R D E R**
    **v.**                        :
                                     :
**CRISTO PROPERTY**                  :
**MANAGEMENT, LTD., et al.,**        :
                                     :
    **Defendants**               :
                                     :

---

For the reasons set forth in an Opinion of even date;

IT IS ON THIS 21ST DAY OF MARCH, 2014;

**ORDERED** that the February 18, 2014 Report and Recommendation of U.S. Magistrate

Judge Joseph A. Dickson is adopted as the Opinion of the Court and in accordance therewith, the

counterclaims and crossclaims of defendant Richard Calanni are dismissed with prejudice.


                                **s/Dickinson R. Debevoise** _____
                                **DICKINSON R. DEBEVOISE**
                                **U.S. Senior District Judge**

**DATED:  March 21, 2014**