# RICHARD CALANNI

May 13, 2014

Honorable Debevoise U.S.D.J *and Judge Dickson*
United States District Court
Martin Luther King Building and Court House
50 Walnut Street, Room 5083
Newark, New Jersey 07101

Re: WALSH SECURITIES, INC.,
　　　Action No. CV 97-3496 (WGB)

Dear Judge Televise & Judge Dickson

As you remember I use to be Richard Calanni, **pro-se**. I am no longer that due to the closing of this case. I am just Richard Calanni a person. However, it appears Mr Magnanini is not considering your closure. You havent heard a peep from me because I respect your decision. I may not agree with it but I support the courts because I support the law and your Honors decision.

Unfortunately as I told your Honors time and time again they wont leave me alone or peace. I received an email and letter from Mr Magnanini requesting I pay for his office expenses. If he **FAILED** in his negotiations of dollar amounts in settlement he should live with what he agreed to in your court room and your signing of closure. Where did he ever mention in his settlement that I was made part of his office expenses. If he did I should have been there during settlements of which I was left out. Just as your honors have pointed out to me of my failures, It seems Mr. Magnanini is not immune of the same. This case is closed, **closed**. Although I am a novice to law, errors and elimination of words prevented me of having my day in court and any financial settlement. All I gained was loss. Mr. Magnanini is an expert and a seasoned attorney licensed in the State of New Jersey and he should be held to a much higher standard then I, be proficient in his work and especially the settlement of this case.

He and the settling attorneys if you recall fought me tooth and nail not to reopen, not to let me go and not to include me in the settlement. Not including me in the settlement I would claim does not include me in anything especially Mr. Magananinins office expenses. After the fact he is having to find ways to include me now. After the fact he wants to undue his settlement and harass me. He should discuss his expenses with his client Walsh. He was representing them not me. Documents were demanded by him, he took on the case by choice, he settled for ex amount of dollars of his agreement. And yet he chases me.

Your Honors Closed or Not Close. I believe, Very Closed. Enough is Enough. He is now

invading my life outside this case. I am honoring your closure. It appears he is not.

I am no longer pro-se from the time your Honor closed this case. I am just Richard Calanni, who Mr. Magnanini is persuing outside of a case that no longer exists, but he is trying to tie back into what your honors have closed of his agreed settlement. I believe there is something not right here.

I am asking for your intervention.

**With deep regret of having to contact you**

Richard Calanni

*[Signature]*
Signature

**PS , I am sending you a copy of what Mr. Magnanini mailed me and my response to him.**

# STONE M MAGNANINI
## LLP

---

COMPLEX COMMERCIAL LITIGATION

**NEW JERSEY OFFICES**   150 JFK Parkway, Short Hills, NJ 07078   P 973.218.1111   F 973.218.1106

May 1, 2014

**VIA EMAIL & REGULAR MAIL**

Richard Calanni
One Old Farm Road
Tinton Falls, NJ 07724-3272

      Re:   *Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.*
           Case No.: 97-3496 (DRD/JAD)

Dear Mr. Calanni:

    As you are aware, this firm represents plaintiff Walsh Securities, Inc. ("WSI") in the above-referenced matter. Then Magistrate and Judge Cavanaugh ordered all Parties to the above litigation to produce relevant documents to two document repositories. The repository previously held by Michael Schottland, Esq. in Freehold was transferred to our offices, so we have two sets of documents. In light of the recent dismissal of this action, we will be disbanding the repository.

    Please let us know if you would like your clients' productions returned to you or destroyed. If you would like the productions returned, kindly arrange for the documents to be picked up at our office no later than May 16, 2014. After May 16, we will arrange for any unclaimed productions to be destroyed and we will forward you an invoice for the cost of same. Thank you for your attention to this matter.

                                        Sincerely,

                                        Robert A. Magnanini

**verizon**
Verizon Message Center

*From Richard Calanni to Magnanini in Response*

Tuesday, May 13 at 12:50 PM

From: AFC LIMOUSINE <afclimo@verizon.net>

To: BRawson@stonemagnalaw.com, afclimo@verizon.net

Cc: RMagnanini@stonemagnalaw.com

Subject: Re: Walsh v. Cristo (97-3496)

**VIA EMAIL & REGULAR MAIL/ re WALSH SECURITIES v. CRISTO PROPERTY MANAGEMENT, LTD
CASE# 97-3496 (DRD/JAD)**

**DATE: MAY 13, 2014**

**Dear Mr. Magnanini,**

In response to your notification of document destruction. This case has been closed with much effort by you and who you financially settled with.
Your **FAILURE** to make all and all part of your settlement satisfactory is what you should take up with your client and not me. This was your choice to take the case, demand all documentation, to peruse litigation and finalize with a settlement excluding me of any financial gain and or responsibility. I only accumulated loss. When I tried to reopen the case you strongly objected and **FAILED** to mention during your argument that I may have costs after your secret settlement. As well of me being totally left out of your negotiating settling you left me out and I am done.

If you are attempting to reopened this case due to your **FAILURE of dollar amounts** in your negotiation, it should be sent to the Judges that closed this case. Your arguments kept it closed and supported by defendants on record. Contact the Judges or call who ever you settled with, or if you are unsatisfied with the payment your client paid you, then contact them directly and leave me alone. I don't want any of the documents you mentioned and I am not accepting any bills for what ever you do with them. This is something you should have thought of during you're settlement negotiating dollar amount of which I don't know how much it was.

**I am now just Richard Calanni trying to go on with life and you are disturbing and infiltrating him.**

**I am no longer *pro-se*** due and from to the closing of this case and its date signed by the proceeding Judges. I am an individual free from this case as signed and your leaving me a voice message saying this good be my lucky day, also explained what that meant by your associate Amy Wagner.

---

All the documents you and others have sent me, should I be sending you a bill for my removal of 18 years which you settled and I was not allowed my day in court due to your settlement to have a chance to prove all you sent me was not true or true?

Im done and again you settled with others you need to take this and all matters up with.

Richard Calanni  *[signature]*

On 05/02/14, Brian Rawson<BRawson@stonemagnalaw.com> wrote:

Dear Mr. Calanni:

Please see the attached correspondence from Bob Magnanini regarding the above-referenced matter. Thank you.

Brian Rawson
Paralegal
**Stone & Magnanini LLP**
150 JFK Parkway, 4th Floor
Short Hills, NJ 07078
(973) 218-1111, ext. 1392
www.stonemagnalaw.com

Mr. Richard C. Calanni
1 Old Farm Rd
Tinton Falls, NJ 07724

Judge Debevoise
United States District Court
Martin Luther King Building
and Court House
50 Walnut Street
Newark, N.J. 07101