

## STONE MAGNANINI LLP

COMPLEX COMMERCIAL LITIGATION

NEW JERSEY OFFICES    150 JFK Parkway, Short Hills, NJ 07078    P 973.218.1111    F 973.218.1106

May 20, 2014

**VIA CM/ECF & REGULAR MAIL**

Hon. Dickinson R. Debevoise, U.S.S.D.J.   Hon. Joseph A. Dickson, U.S.M.J.
United States District Court for the      United States District Court for the
District of New Jersey                    District of New Jersey
Martin Luther King, Jr. Federal Building  Martin Luther King, Jr. Federal Building
50 Walnut Street                          50 Walnut Street
Newark, New Jersey 07101                  Newark, NJ 07101

    Re: *Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.*
      Case No.: 97-3496 (DRD/JAD)

Dear Judge Debevoise and Judge Dickson:

  This firm represents Plaintiff Walsh Securities Inc. ("WSI") in the above-referenced action and submits this letter in response to a letter filed by Richard Calanni. (Doc. 593). We apologize to the Court that it is being pulled into a non-dispute concerning the dismantling of the document repository that was established by the Court on January 23, 1998 (Doc. 46, ¶ 14). Our letter to Mr. Calanni was a form letter, as is apparent from the letter Mr. Calanni attached, which was sent to all counsel and pro se parties in the case inviting them to retrieve their documents from the repository or pay for their shredding. Most parties have already retrieved their documents or have agreed to have them shredded at a cost of $6.00 per box. If Mr. Calanni had contacted this Firm, we would have told him that the documents that he produced from his part of the fraud on WSI amounted to approximately one redweld worth of his appraisals, which could be shredded for $1.00. In fact, having reviewed the documents, there is no identifying personal information, and they can therefore be disposed of without shredding. This is a ministerial matter that does not require the Court's intervention.

            Respectfully submitted,

             s/ Robert A. Magnanini
            Robert A. Magnanini

cc: All counsel of record (*via CM/ECF*)
   Richard Calanni (*via CM/ECF, E-Mail & Regular Mail*)