# STONE M MAGNANINI
## LLP

COMPLEX COMMERCIAL LITIGATION

**NEW JERSEY OFFICES**   150 JFK Parkway, Short Hills, NJ 07078   P 973.218.1111   F 973.218.1106

May 21, 2014

**VIA CM/ECF & REGULAR MAIL**

Hon. Dickinson R. Debevoise, U.S.S.D.J.  
United States District Court for the  
District of New Jersey  
Martin Luther King, Jr. Federal Building  
50 Walnut Street  
Newark, New Jersey 07101

Hon. Joseph A. Dickson, U.S.M.J.  
United States District Court for the  
District of New Jersey  
Martin Luther King, Jr. Federal Building  
50 Walnut Street  
Newark, NJ 07101

Re: *Walsh Securities, Inc. v. Cristo Property Management, Ltd., et al.*  
Case No.: 97-3496 (DRD/JAD)

Dear Judge Debevoise and Judge Dickson:

This firm represents Plaintiff Walsh Securities Inc. ("WSI") in the above-referenced action.

As a follow up to my filing of yesterday, Mr. Calanni sent us an email today granting us permission to destroy his documents, which we will do at no cost to him.

Therefore, this case can be closed.

Respectfully submitted,

s/ Robert A. Magnanini  
Robert A. Magnanini

cc:   All counsel of record (*via CM/ECF*)  
Richard Calanni (*via CM/ECF, E-Mail & Regular Mail*)