LAW OFFICE OF ANTONIO J. TOTO, ESQ., L.L.C.
106 MAIN STREET
SOUTH RIVER, NJ 08882
(732) 613-3922
(732) 613-3923
N.J. ATTORNEY ID NO. 000301992
ATTORNEY FOR RICARD C. CALANNI

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEWARK

UNITED STATES OF AMERICA     CASE No.: ~~P287677~~ 97-3496

vs.     MOTION TO VACATE RESTITUTION UNDER 18 USC $3613(b)

RICARD C. CALANNI

PLEASE BE ADVISED that on June 7, 2021, the undersigned Antonio J. Toto, Esq., attorney for DEFENDANT RICARD C. CALANNI, shall apply to the Court for an Order to vacate any restitution under 18 USC$3613(b).

PLEASE ALSO BE ADVISED that the Defendant shall rely on oral argument and attached certification.

Respectfully,

Dated: May 4, 2021

_____
Antonio J. Toto, Esq.

### CERTIFICATION OF SERVICE

I, Antonio J. Toto, Esq. hereby certify that I have served all the proper parties in accordance with the rules of the Court.

I certify that if the foregoing statements made by me are true. I am aware that if the statements made by me are willfully false, I am subject to punishment.

Dated: May 4, 2021

_____
Antonio J. Toto, Esq.

LAW OFFICE ANTONIO J. TOTO, ESQ, L.L.C.
106 MAIN STREET
SOUTH RIVER, NJ 08882
(732) 613-3922
(732) 613-3923
ATTORNEY FOR RICHARD C. CALANNI

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEWARK

UNITED STATES OF AMERICA      CASE NO.: P2876677

vs.

RICHARD C. CALANNI            ORDER

This matter having been brought before the Court by Antonio J. Toto, Esq., attorney for DEFENDANT RICHARD C. CALANNI, and the Court having heard the arguments of counsel and for good cause shown;

IT IS on this _____ day of _____ 2021 ORDERED

The DEFENDANT RICHARD C. CALANNI restitution is hereby vacated.

_____
**Granted**

_____
**Hon.**

## CERTIFICATION OF ANTONIO J. TOTO, ESQ.

I, ANTONIO J. TOTO, ESQ., hereby certify:

1. My name is ANTONUIO J. TOTO, ESQ., and I am familiar with the facts of the within motion.

2. The Defendant in this matter was sentenced to pay restitution in 1997.

3. At this time, the Defendant would request that the Court vacate the Defendant's restitution Order not only because of Defendant's financial situation, he does not have the ability to pay but also that it has been more than 20 years since his date of sentence which was noncustodial. He was sentenced in 1997.

4. Under 18 USC $3613(b), "the liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment." Richard C. Calanni was sentenced in 1997, more than 24 years ago.

5. Therefore, for the attached reasons of hardship and inability to pay, and the fact that it has been more than 20 years. The Defendant respectfully requests that the Court terminate the restitution.

I certify that the foregoing statements made by me true. I am aware that if any of the statements are willfully false, I am subject to punishment.

Dated: May 4, 2021

_____
Antonio J. Toto, Esq.

## CERTIFICATION OF RICHARD C. CALANNI

I, RICHARD C. CALANNI, hereby certify:

1. My name is RICHARD CALANNI and I am familiar with the attached certification.

2. On or about 1997, I pled guilty to in the United States District Court in Newark, N.J. to a RICO charge. As part of the plea, I was ordered to pay $78,000 in Restitution.

3. At this point in my life, I cannot afford to pay the restitution amount and ask the Court to relieve me of the obligation. I have no assets and do not own anything of value.

4. The reasons I request the Court to relieve me of the obligation is that I simply cannot afford to pay that amount. I am currently 70 years of age and my wife is extremely ill with stomach cancer. The doctors removed approximately 50% of her stomach. At this point, I cannot work because I must tend to her daily needs, i.e., cooking, cleaning, shopping etc. She cannot get around without my help. I must be there for her 24 hours a day;

it is very demanding.

5. Last year, I earned a gross amount of $27,655, hardly enough to pay my bills and expenses. My wife Frances Colanni does not work because of her medical condition. I do not know how we are going to survive knowing that I cannot really work because I have to take care of her. See Exhibit A, my 1099 from 2020

6. I have attached my monthly budget. An examination of my budget shows that I have no money left for anything, let alone pay any restitution. See Exhibit B.

excess of the speed limit.

I certify that the foregoing statements made by me true.  I am aware that if any of the statements are willfully false, I am subject to punishment.

Dated:  March 19, 2021

Richard Calanni

# EXHIBIT A

8181 COMMUNICATIONS PKWY   TXW-1403
PLANO TX 75024

0001517 101 NSP0TASD 1Z1 000000000000 0810 K1
TINTON FALLS LIMOUSINE LLC
1 OLD FARM ROAD
TINTON FALLS NJ 07724



| | | | **Payment Card and Third Party Network Transactions** |
|---|---|---|---|
| **FILER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.**<br>PAYMENTECH LLC<br>8181 COMMUNICATIONS PKWY  TXW-1403<br>PLANO TX 75024<br>1-888-886-8869 | **FILER'S TIN**<br>26-0406045<br>**PAYEE'S TIN**<br>XX-XXX2903 | OMB No. 1545-2205<br>**2020**<br>Form **1099-K** | |
| CORRECTED (if checked) | | | |
| **Check to indicate if FILER is a (an):**<br>Payment settlement entity (PSE) [X]<br>Electronic Payment Facilitator (EPF)<br>Other third party | **Check to indicate transactions reported are:**<br>Payment card [X]<br>Third party network | **1a Gross amount of payment card/third party network transactions** $27,656.06<br>**1b Card Not Present transactions** $27,656.06<br>**3 Number of payment transactions** 7 | **2 Merchant category code** 4121<br>**4 Federal income tax withheld** $0.00 | **Copy B For Payee**<br>This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| **PAYEE'S name, street address, city or town, state or province, country, and ZIP or foreign postal code**<br>TINTON FALLS LIMOUSINE LLC<br>1 OLD FARM ROAD<br>TINTON FALLS NJ 07724 | **5a January** $26,457.82<br>**5c March** $0.00<br>**5e May** $0.00<br>**5g July** $0.00 | **5b February** $1,198.24<br>**5d April** $0.00<br>**5f June** $0.00<br>**5h August** $0.00 | |
| **PSE'S name and telephone number** | **5i September** $0.00<br>**5k November** $0.00 | **5j October** $0.00<br>**5l December** $0.00 | |
| **Account number (see instructions)**<br>738095NJ | **6 State** NJ | **7 State identification no.** | **8 State income tax withheld** $0.00 |

Form **1099-K**          (keep for your records)          www.irs.gov/form1099K          Department of the Treasury - Internal Revenue Service

Page 1

| PAYER'S name, street address, city, state, and ZIP code, and telephone no. | 1 Unemployment compensation $34,168.00 | OMB No. 1545-0120 | Certain Government Payments |
|---|---|---|---|
| NEW JERSEY DEPARTMENT OF LABOR UNEMPLOYMENT INSURANCE PO BOX 916 TRENTON, NJ 08625-0916 | 2 State or local income tax refunds, credits, or offsets $ | 2020 Form 1099-G | |
| PAYER'S Federal Identification number 22-2481818 | 3 Box 2 amount is for tax year $ | 4 Federal Income tax withheld $0.00 | Copy B For Recipient |
| RECIPIENT'S Name RICHARD CALANNI | 5 ATAA payments $ | 6 Taxable grants $ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 7 Agriculture payments $ | 8 Box 2 is trade or business income ▶ ☐ | |
| | UNEMPLOYMENT INSURANCE | | |

Form 1099-G          (Keep for your records.)          Department of the Treasury - Internal Revenue Service

TAA Form: TAA-1-08 (R-11-16)

# Budget

| MONEY IN | |
|---|---|
| EST. RC SS 2021 | $2,039 |
| EST. FC SS 2021 | $696 |
| TOTAL INCOME | $2,735 |

| MONEY LEFT OVER | |
|---|---|
| Income minus expenses | -$3,222 |

| MONEY OUT | |
|---|---|
| BUSINESS AUTO LOAN | $957 |
| PERSONAL AUTO LOAN | $329 |
| BUSINESS AUTO INSURANCE | $468 |
| PERSONAL AUTO INSURANCE | $92 |
| FOOD,SOAPS,PLUS, ETC.. | $750 |
| PROPERTY TAXS | $710 |
| UTILITIES,ELE,GAS,WATER,SEWER | $392 |
| MEDICAL INSURANCE | $896 |
| MEDICAL DEDUCTIBLE PLUS CO-PAY | $259 |
| ESTIMATED MEDICATION,INCONTINENCE SUPPORT | $125 |
| HOME INSURANCE | $110 |
| HOME MAINTENANCE CONTRACT | $122 |
| LAWN CARE, FERTLIZE, YEARLY CLEANUP | $128 |
| FIOS triple level required for Church Channel | $242 |
| CELL PHONE | $94 |
| AUTO Registration fees | $16 |
| AUTO maintenance & FUEL | $125 |
| Legal and Accounting Fees | $142 |
| UNKNOWN, IRS and State Taxes | |
| UNKNOWN, Miscellaneous, toiletries, PLUS | |
| TOTAL EXPENSES | $5,957 |



Income/Expenses

- Income minu[s]
- Total expens[es]
- Total income

**AUGUST W. FISCHER**
COUNSELLOR AT LAW
53 Pequot Road
Ringwood, N.J. 07456
(973)962-7179
FAX(973)962-0389

March 23, 1998

The Honorable William G. Bassler
United States District Judge
M.L. King, Jr. Fed. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

RE: WALSH SECURITIES INC. vs CRISTO MANAGEMENT LTD., et als.
    Civil Action No.: 97-3496 (WGB)

Dear Judge Bassler:

The defendant, Richard Calanni joins in the application to Stay the Proceedings in the above matter. We hereby adopt the statements and arguments set forth in the brief filed by Joseph Sorrentino, Esq. on behalf of the defendant, Cristo Property Management, Ltd.

The risk of self incrimination is quite high in the instant action. The United States Attorneys Office, which appeared before your Honor at the Scheduling Conference, January 20, 1998, indicated their great interest in this proceeding and that they were closely monitoring the pleadings and submissions. Their obvious interest has to do with use of the same in the pending criminal investigation. Furthermore, my client has been advised by the FBI that the U.S.A. Office will certainly be seeking indictments against some or most of the parties involved herein.

Sincerely yours,

AUGUST W. FISCHER, ESQ.

AWF/ds
cc: see attached Service List



CONTAINS PROTECTED HEALTH INFORMATION - HANDLE ACCORDING TO MSKCC POLICY

# MEMORIAL HOSPITAL FOR CANCER AND ALLIED DISEASES
## Operative Report - Surgery
### Gastric-Mixed Tumor

| | | | | |
|---|---|---|---|---|
| CALANNI, FRANCES | MRN: 38002081 | DOB: 08/11/1935 | 82y | F |
| DATE: 03/26/2018 | ACCT: 68155934 | PROVIDER: Yoon, Sam S (MD) 017780 | | |

Last Updated:    03/29/2018 08:46 AM
Service Date:    03/26/2018 07:58 AM
Entered By:      Wall, Karalyn D Transcriptionist on 03/27/2018 09:00 AM

**Service:**
Gastric and Mixed Tumor.

**Surgeon Information:**
Date of Surgery: 03/26/2018.

Operating Room: MAIN OR 19.

Procedure: 1 OF 1.

Case ID: 955436.

Primary: YOON, SAM SUNGHYUN Gastric/Mixed Tumor.

Fellow: ABELSON, JONATHAN.

Physician Assistant: STEPHANIE LILA ALVARADO.

Physician Asst Student: FINE, JESSICA.

Physician Assistant: GARBACZ, SAMANTHA ANN.

**Diagnosis:**
- Pre-Op Diagnosis: Malignant neoplasm of stomach, unspecified.
- Pre-Op Diagnosis: Gastric antrum adenocarcinoma.
- Post-Op Diagnosis (Pending Final Pathology): Malignant neoplasm of stomach, unspecified.
- Post-Op Diagnosis (Pending Final Pathology): Gastric antrum adenocarcinoma.

**Nature of Operation:**
Upper endoscopy, minimally invasive robot-assisted distal gastrectomy, D2 lymphadenectomy, Roux-en-Y reconstruction.
ANESTHESIA:   General anesthesia.

**Indications:**
The patient is an 82-year-old woman who has underlying hypertension, diabetes mellitus, and arthritis. She presented with upper GI bleeding. An upper endoscopy identified a gastric ulcer, which was previously described in the body of the stomach along the posterior wall, as well as gastritis. A biopsy showed well-differentiated adenocarcinoma. A CT scan showed no metastatic disease. She had a premedical evaluation and is now brought to the operating room for resection.

**Findings:**
On upper endoscopy, the patient had a mass about 2-3cm in maximal dimension along the posterior wall of the gastric antrum. This was inked on the proximal aspect. On microscopic exploration, there was no evidence of disease. Distal gastrectomy was performed with a proximal transection of 1-2cm on the lesser curvature proximal to the incisura angularis and on the greater curvature about half-way from the GE junction to the pylorus. Lymph nodes station 1, 3, 4, 5, 6, 7, 8, 9, 10P, 12A were dissected. An antecolic Roux-en-Y reconstruction was performed with a 50cm Roux limb. Mesenteric traps were closed.

**Procedures Performed:**
The patient was brought into the operating room and placed in the supine position. She underwent general anesthesia without event. We performed an upper endoscopy with the above findings.

We did ink the proximal border of the tumor with methylene blue.

# United States District Court

DISTRICT OF __NEW JERSEY__

TO:
RICHARD CALANNI

## SUBPOENA TO TESTIFY BEFORE GRAND JURY

SUBPOENA FOR:

☐ PERSON   ☒ DOCUMENTS OR OBJECT(S)

YOU ARE HEREBY COMMANDED to appear and testify before the Grand Jury of the United States District Court at the place, date, and time specified below.

| PLACE | ROOM |
|---|---|
| UNITED STATES DISTRICT COURT<br>U.S.P.O. & COURTHOUSE BUILDING<br>FEDERAL SQUARE<br>NEWARK, NEW JERSEY   07101 | GRAND JURY ROOM 483 |
| | DATE AND TIME<br>9:45 A.M.<br>JULY 18, 1997 |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):*

SEE ATTACHMENT A

APPEARANCE BEFORE THE GRAND JURY WILL BE WAIVED UPON PRODUCTION OF THE REQUESTED DOCUMENTS TO SPECIAL AGENT THOMAS JOBES, FBI, (732) 741-0006, AS AGENT OF THE GRAND JURY PRIOR TO THE ABOVE RETURN DATE.

☐ Please see additional information on reverse

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| CLERK | DATE |
|---|---|
| WILLIAM T. WALSH | 7/9/97 |
| (BY) DEPUTY CLERK<br>[signature] | |

| This subpoena is issued upon application of the United States of America<br>FAITH S. HOCHBERG<br>UNITED STATES ATTORNEY | NAME, ADDRESS AND PHONE NUMBER OF ASSISTANT U.S. ATTORNEY<br>MARC W. FARLEY, DEPUTY CHIEF<br>FRAUD & PUBLIC PROTECTION DIVISION<br>U.S. ATTORNEY'S OFFICE<br>970 BROAD STREET<br>NEWARK, NJ 07102   (201) 645-2783 |
|---|---|

*If not applicable, enter "none."   To be used in lieu of AO110   FORM OBD-227 JAN. 86

Memorandum

DRAFT



| Subject | Date |
|---|---|
| Rule 11 Hearing -- <u>United States v. Richard Calanni</u><br>December 1, 1998 | November __, 1998 |

| To | From |
|---|---|
| Hon. Alfred M. Wolin, U.S.D.J. | Alain Leibman, AUSA |

It is my understanding that, pursuant to a plea agreement with the United States, the defendant **Richard Calanni** will enter a plea of guilty on December 1, 1998 to Count 1 of Indictment No. 98-422, which charges him with conspiracy to commit wire fraud contrary to 18 U.S.C. § 1343, in violation of 18 U.S.C. § 371.

The defendant has signed a plea agreement obligating him to cooperate with the government. Accordingly, it is anticipated that he may testify in future proceedings brought against others. The proposed allocution (Section __, <u>infra</u>) has been drafted in consultation with the defendant and his counsel with that possibility of future testimony in mind.

A. The statutes

In pertinent part, 18 U.S.C. § 371 provides:

> If two or more persons conspire either to commit any offense against the United States or to defraud the United States, or any agen-

Richard Calanni
1-Old Farm Rd
Tinton Falls NJ 07724-3272

| (Miles 6,000) Business | | Annual Exp And Personal | |
|---|---|---|---|
| Gas | $1,523 | | |
| Toll + Parking | 2,975 | | |
| Car Payments - Purchase | 11,484 | Health Ins + | 1,782 |
| | | HRZN Ins + | 9,072 |
| Auto Ins | 4,238 | Dental Ins + | 1,525 |
| Repairs | 7,225 | Life Ins. + | 828 |
| Car Wash | 200 | Doctors + | 2214 |
| Cell Phone Srvc | 1,580 | Meds + | 1,600 |
| Internet Srvc | 960 | Plus Deductable + | 1,525 |
| Web Site | 800 | Property Tax | 8020 |
| Equip | 5,800 | Home Ins | 1,075 |
| Membership | 60 | Sewer | 380 |
| Stationary | 370 | Water | 900 |
| Gifts | 270 | Elec | 1440 |
| Fees Acct | 700 | Gas | 1,560 |
| Bank Fee | 80 | Car Loan | 3,948 |
| Lic Fee | 75 | Food } Toiletries | 8,000 |
| Regy Car | 129 | | |
| Cleaners | 224 | Fios + Phone | 2,904 |
| | | Home Maintenance | 325 |
| | | Hm Contract | 1,098 |
| | | Lawn | 1,200 |
| | | Then the Unknow. | |

There has been no income due to Covid since February 2020 I have been on unemployment and dont project business to recapture. I am asking that I be relieved of restitution so my only income of Social Security won't be garnished. I am the home care taker.

Estimated Cost of Living
46,346

My wife is mending from cancer surgery the removal of 45 percent of her stomach as well as diabetes, high blood pressure, cholesterol, and knee bone on bone. I now have my own medical issues.

## MEMORIAL SLOAN KETTERING CANCER CENTER

Frances Calanni            MRN:    38002081

**Tuesday March 02, 2021**

| | |
|---|---|
| 10:30 AM | Monmouth Lab<br>Lab Visit<br>MSK Monmouth<br>480 Red Hill Road, Concourse entrance<br>Middletown, NJ 07748 |
| | If you need to cancel or reschedule this appointment, please contact us at:<br>Sam Sunghyun Yoon, MD<br>212-639-7436<br>**Instructions**<br>This appointment is for pre-visit blood work or vital signs requested by your provider. Monday - Friday, please enter on the Concourse for Monmouth Lab visits. On Saturdays, please enter on the Lower Concourse. |
| 10:45 AM | Sam Sunghyun Yoon, MD<br>Follow Up Visit<br>MSK Monmouth<br>480 Red Hill Road, Lower Concourse entrance<br>Middletown, NJ 07748 |

MyMSK is MSK's online patient portal, where you can securely access appointment information, lab and radiology results, hospital bills, connect with your doctor's office, review a clinical summary document for your visits and more. To enroll, visit https://my.mskcc.org and enter the following enrollment ID: 1635787574.

To fill your prescriptions at one of our pharmacies, call us at 646-888-0730 for locations. To update your preferred pharmacy information, visit MyMSK.org or contact your doctor's office.

Please update your medication list in our patient portal, MyMSK, before your appointment. Look for "Medications" under the Medical Info tab. Include all prescription and over-the-counter medications, vitamins, herbal supplements, patches, inhalers, creams, eye drops, and ear drops. If you don't have a MyMSK account, please bring a list of all the medications you take, including the dose, how often you take it, how you take it (such as by mouth), and why you take it.

Printed: 2/15/2021 12:21 PM            Page: 1

Printed by PAL, ADARSH [100014839] at 2/15/2021 12:21:10 PM