RED BANK, NJ 07701

RICHARD DIBENEDETTO
3 LOLLER DRIVE
MARTINSVILLE, NJ 08836

STANLEY YACKER
33 BROADWAY, #1
OCEAN ROVE, NJ 07756

TERRENCE S. BRODY
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street, 8th Floor West Wing
P.O. Box 080
Trenton, NJ 08625-0080

THEODORE W DAUNNO
1033 CLIFTON AVENUE
CLIFTON, NJ 07013

THOMAS G. BRODO
319 QUEEN ANNE RD #B
TEANECK, NJ 07666

## Quality Control Events
2:97-cv-03496-DRD-JAD WALSH
SECURITIES INC v. CRISTO
PROPERTY, et al **CASE
CLOSED on 09/27/2013**

12BK,CLOSED,PROSE,SCHEDO

### U.S. District Court

### District of New Jersey [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 7/14/2021 at 2:54 PM EDT and filed on 7/14/2021
**Case Name:**      WALSH SECURITIES INC v. CRISTO PROPERTY, et al
**Case Number:**      2:97-cv-03496-DRD-JAD
**Filer:**
**WARNING: CASE CLOSED on 09/27/2013**
**Document Number:** No document attached

**Docket Text:**
**CLERK'S QUALITY CONTROL MESSAGE - The [597] Motion to Vacate filed by Antonio Toto on 7/12/2021 appears to be filed in the incorrect case. PLEASE REVIEW THE MOTION and file it in the correct case. This submission will remain on the docket unless otherwise ordered by the court. (qa, )**


**2:97-cv-03496-DRD-JAD Notice has been electronically mailed to:**

AMY CHRISTINE PURCELL      apurcell@foxrothschild.com

ANTONIO J. TOTO      ajtotoeb@comcast.net

DAVID HARTMAN COLVIN      dcolvin@foxrothschild.com

DAVID R. KOTT      dkott@mccarter.com, dkaufman@mccarter.com, nmccall@mccarter.com, skaplan@mccarter.com

FREDERICK W. ALWORTH      falworth@gibbonslaw.com, efiling@gibbonslaw.com

JEROME A. BALLAROTTO      jabesquire@aol.com

JOHN B. MCCUSKER      jmcc@marc-law.com, mpapagelopoulos@marc-law.com, msharpe@marc.law, msommer@marc-law.com

MARK W. CATANZARO      mark@catanzarolaw.com, lisa@catanzarolaw.com, susan@catanzarolaw.com

MARTIN R. MCGOWAN    mcgowan@methwerb.com, fertig@meth.com, mcg49@comcast.net

MICHAEL D. SCHOTTLAND    mschottland@lomurrolaw.com, charvey@lomurrolaw.com,
elubin@lomurrolaw.com, mcagnini@lomurrofirm.com

NORMAN M. HOBBIE    nhobbie@hcblawyers.com, ctdavi@hcblawyers.com,
jdecarlo@hcblawyers.com

ROBERT A. MAGNANINI    rmagnanini@stonemagnalaw.com, tsaybe@stonemagnalaw.com,
vespinal@stonemagnalaw.com

ROBERT J. REILLY , III    rreilly@rswlegal.com

VINCENT P. MANNING    vmanning@freeholdlawyers.com

**2:97-cv-03496-DRD-JAD Notice has been sent by regular U.S. Mail:**

AMY WALKER WAGNER
STONE & MAGNANINI LLP
100 Connell Drive, Suite 2200
Berkeley Heights, NJ 07922

ANTHONY D'APOLITO
909 WOODLAND AVENUE
WALL, NJ 07719

AUGUST W. FISCHER
53 PEQUOT ROAD
RINGWOOD, NJ 07456

ELIZABETH A. DEMOLA
1 ABEDIM WAY
CALIFON, NJ 07830

JAMES R. BROWN
1089 CEDAR AVENUE
UNION, NJ 07083

JOHN M. BOYLE
LINDABURY, MCCORMICK & ESTABROOK, PC
53 CARDINAL DRIVE
PO BOX 2369
WESTFIELD, NJ 07091-2369

MARITZA D. BERDOTE BRYNE


PASQUALE MENNA
KAUFF & MENA, ESQS.
170 BROAD STREET
P.O. BOX 762

CLERK
**UNITED STATES DISTRICT COURT**
NEWARK, NEW JERSEY 07101-0419

OFFICIAL BUSINESS

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2021 AUG -9 A 4 31

XRAYED

DV DANIELS NJ 070

16 JUL 2021 PM 3 L

neopost
07/16/2021
**US POSTAGE**
FIRST-CLASS MAIL
$00.51⁰
ZIP 07102
041L11246772



0107/29/21

NIXIE    100    EE    1

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC:  07101    *1230-00828-16-38

08836-2027