## Quality Control Events
2:97-cv-03496-DRD-JAD WALSH SECURITIES INC v. CRISTO PROPERTY, et al **CASE CLOSED on 09/27/2013**

12BK,CLOSED,PROSE,SCHEDO

### U.S. District Court

### District of New Jersey [LIVE]

### Notice of Electronic Filing

The following transaction was entered on 7/14/2021 at 2:54 PM EDT and filed on 7/14/2021
**Case Name:** WALSH SECURITIES INC v. CRISTO PROPERTY, et al
**Case Number:** 2:97-cv-03496-DRD-JAD
**Filer:**
**WARNING: CASE CLOSED on 09/27/2013**
**Document Number:** No document attached

**Docket Text:**
**CLERK'S QUALITY CONTROL MESSAGE - The [597] Motion to Vacate filed by Antonio Toto on 7/12/2021 appears to be filed in the incorrect case. PLEASE REVIEW THE MOTION and file it in the correct case. This submission will remain on the docket unless otherwise ordered by the court. (qa, )**

**2:97-cv-03496-DRD-JAD Notice has been electronically mailed to:**

AMY CHRISTINE PURCELL    apurcell@foxrothschild.com

ANTONIO J. TOTO    ajtotoeb@comcast.net

DAVID HARTMAN COLVIN    dcolvin@foxrothschild.com

DAVID R. KOTT    dkott@mccarter.com, dkaufman@mccarter.com, nmccall@mccarter.com, skaplan@mccarter.com

FREDERICK W. ALWORTH    falworth@gibbonslaw.com, efiling@gibbonslaw.com

JEROME A. BALLAROTTO    jabesquire@aol.com

JOHN B. MCCUSKER    jmcc@marc-law.com, mpapagelopoulos@marc-law.com, msharpe@marc.law, msommer@marc-law.com

MARK W. CATANZARO    mark@catanzarolaw.com, lisa@catanzarolaw.com, susan@catanzarolaw.com

MARTIN R. MCGOWAN     mcgowan@methwerb.com, fertig@meth.com, mcg49@comcast.net

MICHAEL D. SCHOTTLAND     mschottland@lomurrolaw.com, charvey@lomurrolaw.com, elubin@lomurrolaw.com, mcagnini@lomurrofirm.com

NORMAN M. HOBBIE     nhobbie@hcblawyers.com, ctdavi@hcblawyers.com, jdecarlo@hcblawyers.com

ROBERT A. MAGNANINI     rmagnanini@stonemagnalaw.com, tsaybe@stonemagnalaw.com, vespinal@stonemagnalaw.com

ROBERT J. REILLY , III     rreilly@rswlegal.com

VINCENT P. MANNING     vmanning@freeholdlawyers.com

**2:97-cv-03496-DRD-JAD Notice has been sent by regular U.S. Mail:**

AMY WALKER WAGNER
STONE & MAGNANINI LLP
100 Connell Drive, Suite 2200
Berkeley Heights, NJ 07922

ANTHONY D'APOLITO
909 WOODLAND AVENUE
WALL, NJ 07719

AUGUST W. FISCHER
53 PEQUOT ROAD
RINGWOOD, NJ 07456

ELIZABETH A. DEMOLA
1 ABEDIM WAY
CALIFON, NJ 07830

JAMES R. BROWN
1089 CEDAR AVENUE
UNION, NJ 07083

JOHN M. BOYLE
LINDABURY, MCCORMICK & ESTABROOK, PC
53 CARDINAL DRIVE
PO BOX 2369
WESTFIELD, NJ 07091-2369

MARITZA D. BERDOTE BRYNE

PASQUALE MENNA
KAUFF & MENA, ESQS.
170 BROAD STREET
P.O. BOX 762

CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101-0419

OFFICIAL BUSINESS

DV DANIELS NJ 070

16 JUL 2021 PM 3 L

neopost
07/16/2021
US POSTAGE $00.51

ZIP 07102
041L11246772

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2021 AUG -6  A 11: 02

X-RAYED

P.O. Box 080
Trenton, NJ 08625-0080

THEODORE W DAUNNO
1033 CLIFTON AVENUE
CLIFTON, NJ 07013

07013-999955

NIXIE        100  CE 1         0107/30/21
            RETURN TO SENDER
           INSUFFICIENT ADDRESS
             UNABLE TO FORWARD
BC: 07101              *1230-00732-16-38