# FINANCIAL DISCLOSURE STATEMENT

### A. INSTRUCTIONS – READ CAREFULLY

The information requested in the following form is to be submitted concerning a current case in connection with an asset investigation. The purpose of this form is to determine what assets you have or control. If you are married or have a live-in companion, you must list assets held by your spouse or live-in companion, as well as yourself, and show whether each asset is owned individually or jointly. By completing and signing this financial disclosure statement, you acknowledge that the information provided will affect action by the United States Department of Justice and further understand that any false answers can lead to the termination or nullification of any plea agreement ultimately reached and/or prosecution for false statements as provided under Title 18, United States Code, Section 1001 (maximum prison sentence of five (5) years and/or a fine of not more than $250,000).

You must complete each section of this form. Answer every question. If the answer is "no" you must check the box that states "no." If the answer is "yes" you must check that box that states "yes" and provide the requisite details below. Do not leave any question unanswered. Be as complete and accurate as possible. If there is insufficient space on the form, please attach additional sheets as necessary, and date and initial each additional page.

### B. ACKNOWLEDGMENT

I ✓ am ___ am not (check one) represented by counsel in the collection of this debt. If I am represented by retained or appointed counsel, I acknowledge having reviewed the foregoing instructions with my counsel. My counsel's name is _ANTONIO TOTTO_.

Date: _Aug 12, 2021_   Name: _CALANNI, RICHARD C_
                              Last         First        Middle

Signature: _[signed] Richard Calanni_

---

Authority for the solicitation of the requested information includes one or more of the following: 5 U.S.C. § 301, 901 (see Note, Executive Order 6166, June 10, 1933); 28 U.S.C. § 501–530A; 28 U.S.C. § 1651, 3201–3206; 31 U.S.C. § 3701–3731; 44 U.S.C. § 3101; 4 C.F.R. § 101–101.8; 28 C.F.R. § 0.160, 0.171 and Appendix to Subpart Y; 18 U.S.C. § 3664(d)(3).

The principal purpose for gathering this information is to evaluate your ability to pay the government's claim or judgment against you. Routine uses of the information are established in the following U.S. Department of Justice Case File Systems published in Vol. 42 of the Federal Register, Justice/CIV-001 at page 5332; Justice/TAX-001 at page 15347; Justice/USA-005 at pages 53406-53407; Justice/USA-007 at pages 53408-53410; Justice/CRIM-016 at pages 12774. Disclosure of the information is voluntary. If the requested information is not furnished, the United States may seek disclosure through other means.

## Part A: Identify Yourself

| | | | |
|---|---|---|---|
| Full Name | Richard C Calanni | List all other names you have used | None |
| Date of Birth | April 22, 1951 | | |
| SSN | -2557 | | |
| Cell Phone | (908) 309-7964 | Email | TINTONFALLSLIMOUSINE@VERIZON.NET |

**1. Housing Information:** ☐ Own/Mortgage  ☐ Rent  ☐ Live with Others

| | | | |
|---|---|---|---|
| Current Address | 1-Old Farm Road, Tinton Falls NJ 07724-3272 | Landlord Name | Property Owned By Spouce |
| Home Phone | (732) 389-8761 | Landlord Address | |
| Previous Address | | Landlord Telephone | ( ) |
| | | List utilities included in rent | |

**2. Are you currently employed?** ☐ Yes: ☐ Full-time or ☐ Part-time  ☒ No

| | | | |
|---|---|---|---|
| Current Occupation | Self Independent Limousine / Car Owner | Gross Annual Salary: $ 0 | |
| Current Employer | Hire Date: | - or - Hourly Wage: $ 0 | |
| | Company: | Average hours per week: 0 | |
| | Address: | Pay Period: ☐ Weekly ☐ Bi-Weekly ☐ Monthly | |
| Previous Occupation | Limo Driver | Cant Recall over 25 years ago | |
| Previous Employer | Employment Dates: 1995 to 2003 | Gross Annual Salary: $ | |
| | Company: Concorde Limousine | - or - Hourly Wage: $ | |
| | Address: 900 NJ 33, Freehold NJ 07728 | Average hours per week: | |

**3. Have you served in the U.S. Armed Forces?** ☐ Yes  ☐ No

**4. Are you a sole proprietor of any full-time or part-time businesses?** ☒ Yes ☐ No

| | | | |
|---|---|---|---|
| Business Name | TINTON FALLS LIMOUSINE | Nature of Business | CAR SERVICE |
| Address | 1-OLD FARM Rd TINTON FALLS NJ 07724 | How are you paid? ☐ Salary: $ 0  ☐ Draw  ☐ Combination | |
| | | Do you use payment apps? ☐ Apple Pay ☐ Zelle ☐ PayPal ☒ Other: | |

**5. Do you own or operate any corporations, partnerships, or LLCs?** ☒ Yes ☐ No

| | | | |
|---|---|---|---|
| Business Name | TINTON FALLS LIMOUSINE, LLC | Employer Identification Number (EIN) | 27-4622903 |
| Trade Name (DBA) | | Are the business's federal taxes current? ☒ Yes ☐ No | |
| Address | 1-OLD FARM ROAD TINTON FALLS NJ 07724 | What is your ownership interest? | OWNER |
| | | Do you use payment apps? ☐ Apple Pay ☐ Zelle ☐ PayPal ☒ Other: ↓ | |
| How are you paid? ☐ Salary: $ 0   ☐ Draw  ☐ Combination | | Dividend Payments & Frequency  0 | CHASE MERCHANT SERVICE 0 |

**6. Do you receive any other income from any other business (e.g. shareholder)?** ☐ Yes ☒ No

Explain:

**7. Are your federal taxes current?** ☒ Yes ☐ No

**8. Did you file a federal income tax return last year?**
☒ Yes: ☐ Single ☒ Married, filed Jointly ☐ Married, filed Separately ☐ Head of Household ☐ No

**9. Marital Status:** ☒ Married (provide details below) ☐ Unmarried (single, divorced, widowed)

| | | | |
|---|---|---|---|
| Date of Marriage | FEB 1, 1975 | Spouse's Occupation | None |
| Spouse's Full Name | FRANCES CALANNI | Company | None |
| Spouse's Date of Birth | AUG 11, 1935 | Work Address | None |
| Spouse's Cell Phone | ( ) None | | |

**10. Do you have any dependent children under the age of 18?** ☐ Yes ☒ No

| Name | Date of Birth | Does the child primarily reside with you? | Dependent's Monthly Income (e.g. child support, gov't assistance) | List any child support in arrears |
|---|---|---|---|---|
| | | ☐ Yes ☐ No | $ | $ |
| | | ☐ Yes ☐ No | $ | $ |
| | | ☐ Yes ☐ No | $ | $ |

## Part B: Assets & Liabilities

| 11. Identify total amount of cash on hand. | | | | $1,837 |
|---|---|---|---|---|

**12. Identify all domestic bank accounts that you have signatory authority.**

| | Financial Institution | Name(s) on Account | Account No. | Current Balance |
|---|---|---|---|---|
| Checking Account | CHASE | RICHARD CALANNI | 4483183324 / 8330085343 | $1,811.00 |
| Savings Account | CHASE | RICHARD CALANNI | 3578921727 | $26.00 |
| Other: | | | | $ |
| Other: | | | | $ |
| Other: | | | | $ |

**13. Do you or your spouse have any foreign bank accounts?** ☐ Yes ☒ No

| Country | Financial Institution | Name(s) on Account | Account No. | Current Balance |
|---|---|---|---|---|
| | | | | $ |
| | | | | $ |

**14. Do you or your spouse maintain a safe deposit box?** ☐ Yes ☒ No

| Name(s) on Account | Financial Institution | Address | Box No. | Contents |
|---|---|---|---|---|
| | | | | |

**15. Do you or your spouse own any securities (e.g. bonds, stocks, mutual funds)?** ☐ Yes ☒ No

| Name(s) on Account | Company | No. of Units/Shares | Current Unit/Stock Price | Current Value |
|---|---|---|---|---|
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |

**16. Do you or your spouse own any cryptocurrency (e.g. Bitcoin, Ethereum, Ripple)?** ☐ Yes ☒ No

| Public Key | Private Key | Company | Units | Current Value |
|---|---|---|---|---|
| | | | | $ |
| | | | | $ |

**17. Do you or your spouse own any U.S. savings bonds?** ☐ Yes ☒ No

| Type of Bond (Series EE or Series I) | Name(s) on Bond | Date Purchased | Current Value |
|---|---|---|---|
| | | | $ |

**18. Do you or your spouse have any retirement accounts (e.g. IRA, 401(k), pension plans) or 529 plans?** ☐ Yes ☒ No

| Name(s) on Account | Company | Account Type | Account No. | Current Balance |
|---|---|---|---|---|
| | | | | $ |
| | | | | $ |
| | | | | $ |

**19. Do you or your spouse have any life insurance policies?** ☒ Yes ☐ No

| Name(s) on Account | Company | Policy No. | Face Amount | Cash Surrender Value |
|---|---|---|---|---|
| FRANCES CALANNI | STATE FARM | 32931670 | $100,000 00 | $0 |
| | | | $ | $ |
| | | | $ | $ |

**20. Are you or your spouse a judgment creditor?** ☐ Yes ☒ No

| Name of Person/Entity | Address | Case Information | Judgment Amount | Balance Owed |
|---|---|---|---|---|
| | | Court:<br>Case No.: | $ | $ |

**21. Are you or your spouse a judgment debtor or currently party to any pending lawsuit?** ☐ Yes ☒ No

| Name of Person/Entity | Address | Case Information | Judgment Amount | Balance Owed |
|---|---|---|---|---|
| | | Court:<br>Case No.: | $ | $ |

**22. Does any person or entity owe you or your spouse money (notwithstanding Q.18)?** ☐ Yes ☒ No

| Name of Person/Entity | Address | Type of Loan | Identify Collateral | Loan Amount | Balance Owed |
|---|---|---|---|---|---|
| | | ☐ unsecured<br>☐ secured | | $ | $ |
| | | ☐ unsecured<br>☐ secured | | $ | $ |

23. Do you or your spouse owe any person or entity money (notwithstanding Q.19)?  ☐ Yes  ☒ No

| Name of Person/Entity | Address | Type of Loan | Identify Collateral | Loan Amount | Balance Owed |
|---|---|---|---|---|---|
| | | ☐ unsecured ☐ secured | | $ | $ |
| | | ☐ unsecured ☐ secured | | $ | $ |

24. Do you or your spouse have any interest in real estate anywhere in the world?  ☐ Yes  ☒ No
    Include any real estate currently on the market or under contract.

| Name(s) on Deed | Address | Mortgage Payment | Lienholder | Mortgage Balance | Fair Market Value |
|---|---|---|---|---|---|
| | | $ | | $ | $ |
| | | $ | | $ | $ |
| | | $ | | $ | $ |

25. Are any of the real estate properties listed above income producing properties?  ☐ Yes  ☒ No
    If so, provide income statements and/or tax returns for the last 2 years for each rental property.

| Name(s) of Tenant | Address | Total Lease Term | Months Remaining on Lease | Monthly Rental Income |
|---|---|---|---|---|
| | | | | $ |
| | | | | $ |

26. Do you or your spouse own or have possession of automobiles, motorcycles, boats, aircrafts, recreational vehicles, etc.?  ☒ Yes  ☐ No

| Year, Make, and Model | Ownership Interest | Monthly Payment | Lienholder | Lien Balance | Insurance Company |
|---|---|---|---|---|---|
| 1996 - Needs Repair for 10 years Mercury | ☐ Leased ☒ Purchased | $ 0 | 0 | $ 0 | State Farm |
| 2011 - Need Oil Pan and Trans Pan ML 350 | ☐ Leased ☒ Purchased | $ 0 | 0 | $ 0 | State Farm |
| 2014 E 350 | ☐ Leased ☒ Purchased | $ 329.68 | MBF Finance | $ 8,341.55 | State Farm |
| | ☐ Leased ☐ Purchased | $ | | $ | |

27. Have you or your spouse given any gifts, or transferred any real or personal property (including cash) valued at over $500 within the last 3 years?  ☐ Yes  ☒ No

| Item Description | To Whom | Date | Value |
|---|---|---|---|
| | | | $ |
| | | | $ |

DOJ USAO – DNJ                Page 6 of 11                Initials ___

28. Do you or your spouse own any personal property (e.g. jewelry, art, furniture, gold, collection items, etc.) valued in excess of $500?  ☒ Yes  ☐ No

| Item Description | Location of Property | Fair Market Value |
|---|---|---|
| Home of Resident Owner Spouce | 1-Old Farm Rd Tinton Falls NJ, 07724-3222 | $440,000 |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

29. Do you or your spouse have any credit cards, charge accounts, or lines of credit?  ☒ Yes  ☐ No

| Account | Credit Limit | Current Balance | Minimum Monthly Payment |
|---|---|---|---|
| LOEWS 8192 4313 624835 | $7,300 | $0 | $0 |
| Home Depot 6035 3210 0965 1882 | $6,000 | $0 | $0 |
| HomeGoods 5243 6616 4697 7986 | $1,024.00 | $0 | $0 |
| William Sonoma 4546 8610 0178 4548 | $2,000 | $19.00 | $19.00 |
| Discover 6011 4994 2478 3569 | $8,000 | $616.51 | $35.00 |
| | $ | $ | $ |

30. Do you use any payment apps (e.g. Apple Pay, Zelle, PayPal, etc.)?  ☐ Yes  ☒ No

Explain:

31. Are you a Trustee, Executor, or Administrator?  ☐ Yes  ☒ No

Explain:

32. Is anyone holding any money on your behalf?  ☐ Yes  ☒ No

Explain:

33. Do you anticipate receiving any benefits from an established trust, or do you have a contingent or future interest in any property of any kind?  ☐ Yes  ☒ No

Explain:

## Part C: Calculate Net Monthly Income

### Monthly Income

1. **List monthly gross wages, salary, and commissions** before all payroll deductions. *If not paid monthly, calculate what the monthly wage would be.*   1. $ 0
2. **Estimate and list monthly overtime pay.**   2. $ 0
3. **Calculate gross income.** Add line 1 + line 2.   3. $ 0
4. **List payroll deductions:**
   4a. Tax, Medicare, and Social Security deductions   4a. $ 0
   4b. Contributions for retirement plans   4b. $ 0
   4c. Health insurance   4c. $ 0
   4d. Life insurance   4d. $ 0
   4e. Garnishment. Specify:   4e. $ 0
   4f. Other deduction. Specify:   4f. $ 0
   4g. Other deduction. Specify:   4g. $ 0
5. **Add payroll deductions.** Add lines 4a through 4g.   5. $ 0
6. **Calculate total monthly take-home pay.** Subtract line 5 from line 3.   6. $ 0

**Other Income:**

7. **Net income from rental property.** Attach a statement for each property showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   7. $ 0
8. **Net income from operating a business.** Attach a statement for each business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8. $ 0
9. **Interest and Dividends**   9. $ 0
10. **Family support payments** (e.g. alimony, child support). Specify:   10. $ 0
11. **Other government assistance** (e.g. food stamps, housing programs). Specify:   11. $ 0
12. **Medicare**   12. $ 0
13. **Medicaid**   13. $ 0
14. **Social Security Income** –   14. $ 1,975.00
15. **Supplemental Security Income**   15. $ 0
16. **Social Security Disability Income**   16. $ 0
17. **Unemployment compensation**   17. $ 652.00

DOJ USAO – DNJ                 Page 8 of 11                 Initials RC

18. Workers' compensation — 18. $ 0
19. Pension. Specify: — 19. $ 0
20. Retirement. Specify: — 20. $ 0
21. Other income. Specify: COVID GIG WORKER — 21. $ 300.00
22. Other income. Specify: — 22. $ 0
23. Add all other income. Add lines 7 through 22. — 23. $ 2,927.00
24. Calculate total monthly income. Add line 6 + line 23. — 24. $ 2,927.00

25. Do you anticipate that your average monthly income will increase or decrease by more than 10% within 1 year?
   ☐ No.
   ☒ Yes. Explain: UNEMPLOYMENT AND COVID GIG WORKER WILL END IN 3 WEEKS – SEPT 4, 2021 BY OVER 30 PERCENT

## Monthly Expenses

26. Mortgage or Rent — 26. $ 0
   If not included in line 26:
   26a. Real estate taxes — 26a. $ 714.43
   26b. Property, homeowner's, or renter's insurance — 26b. $ 108.33
   26c. Home maintenance, repair, and upkeep expenses — 26c. $ 270.00
   26d. Homeowner's association or condominium dues — 26d. $ 0
27. Additional mortgage payments for residence, home equity loans — 27. $ 0
28. Utilities:
   28a. Electricity, heat, natural gas — 28a. $ 401.00
   28b. Water, sewer, garbage collection — 28b. $ 31.58
   28c. Telephone, cell phone, internet, cable, streaming services — 28c. $ 356.00
   28d. Other. Specify: BUSINESS PRINTER INK & PAPER CHASE MERCHANT SERVICE — 28d. $ 33.00
29. Groceries — 29. $ 425
30. Housekeeping supplies — 30. $ 30
31. Childcare and children's education costs — 31. $ 0
32. Clothing, laundry, and dry cleaning — 32. $ 10
33. Personal care products WIFE INCONTINENCE (EST +) — 33. $ 130
34. Medical and dental expenses DRS. BUT COULD NOT AFFORD THE DENTAL OUT OF POCKET — 34. $ 45

35. Installment or lease payments:

    35a. Payment for Vehicle 1     35a. $329.68

    35b. Payment for Vehicle 2 AUTO REGY'S X3     35b. $18.00

    35c. Other. Specify: SELF OWNER LIMO SEDAN PAYMENTS     35c. $956.63

36. Transportation. Include gas, maintenance, or bus fare. Do not include car payment.     36. $75.00

37. Entertainment, recreation, clubs, and subscriptions. Specify:     37. $0

38. Charitable contributions, religious donations. Specify:     38. $19.00

39. Insurance. Do not include insurance already deducted from your wages (lines 4c and 4d), or included in lines 26 and 43.

    39a. Health Insurance HRZN 472+81 DEDUCT/MONTHLY     39a. $807.00
    DENTAL 127X2=254+

    39b. Life Insurance     39b. $69.00

    39c. Vehicle Insurance     39c. $145.83

    39d. Other. Specify: SELF OWNER LIMO INSURANCE     39d. $234.25

    39e. Other. Specify: PRESCRIPTIONS (CVS)     39e. $82.50

? 40. Taxes. Do not include taxes already deducted from your wages (line 4a) or included in lines 26 and 43. UNKNOWN-UNEMPLOYED     40. $

41. Payments of alimony and child support. Do not include payments already deducted from your wages (lines 4e through 4g).     41. $0

42. Payments of support to others who do not live with you. Specify:     42. $0

43. Leasehold expenses:

    43a. Mortgages on other property     43a. $0

    43b. Real estate taxes     43b. $0

    43c. Property, homeowner's, or renter's insurance     43c. $0

    43d. Maintenance, repair, or upkeep expenses     43d. $0

    43e. Homeowner's association or condominium dues     43e. $0

44. Other. Specify:     44. $0

45. Other. Specify:     45. $0

46. Other. Specify:     46. $0

47. Calculate your monthly expenses. Add lines 26 through 46.     47. $5,291.23

48. Explain any unusual, recurring monthly expenses you have for yourself or any dependent:
UNUSUAL WOULD BE UNFORSEEABLE EXPENSES FOR MY WIFE NEED, AND ALTHOUGH I HAVE DENTAL INSURANCE I CANT GO BECAUSE I DONT HAVE THE OUT OF POCKET FOR BRIDGE WORK, FOR ME AND MY WIFE

49. Do you anticipate that your average monthly expenses will increase or decrease by more than 10% within 1 year?

☐ No.

☒ Yes. Explain: BECAUSE EVERYTHING IS GOING UP IN THE ECONOMY AND OUR PRESCIPTIONS HAVE GONE UP AND MORE PILLS REQUIRED DUE TO MY WIFE AGE, STOMACH CANCER SURGURY, INCONTINENCE AND INEVITABLE 2 KNEE REPLACEMENTS AS PER DR.

**Net Monthly Income**

50. Copy your monthly income from line 24.  $2,927.00

51. Copy your monthly expenses from line 47.  $5,291.23

52. **Calculate your monthly net income.** Subtract line 51 from line 50. NEGATIVE  $-2364.23

IN MOST CASES I WOULD PAY AS THINGS CAME AND HAVE ANSWERED TO THE BEST OF MY ABILITY PC

## Part D: Signature Required

I declare under penalty of perjury that the information provided is true, correct, and complete. I understand that making a false statement or concealing property can result in five (5) years imprisonment and/or a fine of not more than $250,000 under 18 U.S.C. § 1001.

_____
(Signature) Debtor

_____
Date

_____
(Signature) Attorney for Debtor

8/17/21
Date

Return to:
U.S. Attorney's Office
Attn: Financial Litigation Unit
970 Broad Street, Ste. 700
Newark, New Jersey 07102

Richard CALANNI.

Addendum Page 1 of 2

As long as this debt is held over me I am unable to get any grants that is available to small business to survive, although I pay my fees to the State of New Jersey Treasury for filing fees to operate.

I have conducted myself as a contributing citizen to the state and country. I pay my taxs, I vote, I volunteer when I was able prior my wifes cancer surgery.

Im getting older and not younger. After 25 years of contributing to society with good work ethics, I am doing a life sentence with the debt over my head. Please take my excellent conduct into consideration as well.

Richard Calanni
Aug 12, 2021          RC

Richard Calanni:

Addendum Page 2 of 2 -

Repairs that are needed to home that have been needed but can't afford nor budget for:

---

Furnace ducts are rusted and leak from the furnace in the crawl space from water and dampness. It is temporaly taped from preventing carbon monoxide

---

Crawl space is flooding

---

Insulation in crawl space need to be replaced due to the years of dampness

---

Roofing shingles are dry rotting

---

Chimney and roof exhaust rusting

---

Garage doors, frames and entry door deteriorating

---

Deck needs replacing

---

I have no idea how to price these but but issues do exist.

Richard Calanni
Aug 12, 2021   RC